**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| **TAPESTRY, INC.**<br>2405 York Road, Suite 201<br>Lutherville-Timonium, Maryland 21093<br><br>    **Plaintiff,**<br><br>v.<br><br>**FACTORY MUTUAL**<br>**INSURANCE COMPANY,**<br>270 Central Avenue, P.O. Box 7500<br>Johnston, Rhode Island 02919-4949<br><br>    **Defendant.** | *<br>*<br>*<br>*<br>*<br>*   **Case No.:** _____<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S**
**NOTICE OF REMOVAL**

The Defendant, the Factory Mutual Insurance Company ("FMIC"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332 and 1446, hereby files this Notice of Removal from the Circuit Court for Baltimore County, Maryland, to the United States District Court for the District of Maryland, Northern Division, and in support thereof state as follows:

1.    Plaintiff, Tapestry, Inc. ("Tapestry"), initiated the present action against FMIC in the Circuit Court for Baltimore County, Maryland, Civil Action No. C-03-CV-21-002002, on or about June 24, 2021, seeking a declaratory judgment and alleging breach of contract.

2.    FMIC was served with a copy of the complaint on.

3.    Pursuant to 28 U.S.C. §1446(b)(1), this notice is being filed within 30 days of FMIC's receipt of the Plaintiff's initial pleadings.

4.    Plaintiff is domiciled in the State of Maryland.

5. FMIC is an insurance company organized under the laws of the State of Rhode Island and maintains its principal place of business in Rhode Island.

6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship, and the amount in controversy exceeds $75,000, exclusive of costs and interest.

7. A copy of the Complaint filed in the Circuit Court and the subsequently issued Summons are attached hereto as **Exhibit A**.

8. FMIC will file and serve its responsive pleading to the Complaint as required by the Federal Rules.

9. A true and correct copy of the Notice of Filing of Removal, which has been filed contemporaneously in the Maryland Circuit Court action, is attached hereto as **Exhibit B**.

Respectfully Submitted,

/s/ Bryant S. Green, Esq. (#19752)
Craig D. Roswell, Esq. (# 09529)
Bryant S. Green, Esq. (# 19752)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6300
(410) 783-6363 facsimile
cdroswell@nilesbarton.com
bsgreen@nilesbarton.com
*Counsel for Defendant,*
*Factory Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 2nd day of August, 2021, a copy of this Notice of Removal was served via e-mail, first class mail, and CM/ECF on:

Deborah B. Baum, Esq.
Laura A. Freid-Studlo, Esq.
Brendan W. Hogan, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, D.C. 20036
Deborah.baum@pillsburylaw.com
Laura.freidstudlo@pillsburylaw.com
Brendan.hogan@pillsburylaw.com
*Counsel for Plaintiff,*
*Tapestry, Inc.*

                                                /s/ Bryant S. Green
                                                Bryant S. Green