## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| TAPESTRY, INC.<br>2405 York Road<br>Suite 201<br>Lutherville-Timonium, MD 21093 | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| FACTORY MUTUAL INSURANCE<br>COMPANY<br>270 Central Avenue<br>P.O. Box 7500<br>Johnston, RI 02919 | ) ) ) ) ) ) ) |
| Defendant. | ) ) ) |
| SERVE ON:<br>   Maryland Insurance Administration<br>   200 St. Paul Place, Suite 2700<br>   Baltimore, MD 21202 | ) ) ) ) ) |

C-03-CV-21-002002

**Civil Action No. _____**

**DEMAND FOR JURY TRIAL**

## COMPLAINT

Plaintiff Tapestry, Inc. ("Tapestry" or "Plaintiff") files this Complaint against Defendant

Factory Mutual Insurance Company ("FM" or "Defendant") and alleges as follows:

### NATURE OF THE ACTION AND RELIEF SOUGHT

1.    This action arises out of FM's refusal to provide coverage and denial of coverage

for Tapestry's losses arising from the SARS-CoV-2 virus (the "Coronavirus") and the disease

that it causes, Coronavirus Disease 2019 ("COVID-19"), and the physical loss or damage to

property and business interruption they caused under the "all-risk" commercial property

insurance policies FM sold to Tapestry for the policy periods April 4, 2019 to April 4, 2020 (the

"2019/2020 Policy") (attached hereto as Exhibit 1) and April 4, 2020 to April 4, 2021 (the

"2020/2021 Policy") (attached hereto as Exhibit 2) (each a "Policy" and, collectively, the

"Policies") (the April 4, 2019 to April 4, 2020 period, and April 4, 2020 to April 4, 2021 period shall be referred to collectively herein as the "Policy Periods").

2.      This coverage dispute is centered in Maryland.  Tapestry, a Maryland corporation with an office in Baltimore County, is the owner of modern luxury accessory and lifestyle brands, including Coach, kate spade new york and Stuart Weitzman, and is the operator of over 1,500 stores in the U.S. and internationally, including 15 stores in Maryland.

3.      Tapestry seeks a declaration as to the scope and breadth of the parties' rights and obligations under the Policies in connection with Tapestry's ongoing losses and FM's refusal to honor its promises to protect Tapestry in the face of devastating occurrences like the presence of the Coronavirus and COVID-19 at Tapestry's stores, and at nearby businesses within one mile of each Tapestry store that attract customers to Tapestry's stores (referred to as "ATTRACTION PROPERTY" in the Policies).  ATTRACTION PROPERTY includes, among other things, shopping malls, restaurants, and metropolitan areas.

4.      FM, the sole insurer for Tapestry's stores in the U.S., has breached the 2019/2020 Policy by dragging its feet and refusing to issue a coverage determination to Tapestry to this day almost 15 months after receiving Tapestry's April 2, 2020 notice of its staggering physical loss or damage to property and the resultant economic losses arising from the Coronavirus and COVID-19.  FM has also breached the 2020/2021 Policy by disclaiming coverage under all coverages other than those for Communicable Disease.  Accordingly, Tapestry was forced to turn to this Court for relief.

5.      Tapestry suffered significant losses in excess of hundreds of millions of dollars in damages arising from the physical loss or damage caused by the Coronavirus and COVID-19.

6.      Tapestry seeks a declaratory judgment requiring FM to satisfy its obligations to

2

Tapestry under the Policies, which includes providing coverage under multiple coverages in the Policies. Tapestry also seeks damages for breach of contract stemming from FM's failure to pay its covered losses.

7.    Tapestry seeks a declaratory judgment to determine the scope of the parties' rights and obligations under the Policies. Particularly, Tapestry seeks an order forcing FM to provide coverage to Tapestry under multiple coverages in the Policies. Once the parties' rights are determined, Tapestry also seeks damages for breach of contract for FM's failure to pay its covered losses.

8.    The "all-risk" Policies were drafted and issued by FM (on a FM Global Advantage® Time Element Select ™ form), which underwrote 100% of the Policies' $2 billion in limits ($1 billion for each Policy) (as well as collected 100% of the premium) and covers "ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded[.]"

9.    When introduced in 2016, the FM Global Advantage® coverage form was marketed as offering Business Interruption coverage "wherever you operate, or however indirect your connection to the loss."[1] FM also described its Business Interruption coverage as offering "unmatched coverage flexibility."[2]

10.    The Policies provide sweeping coverage. Indeed, an "all-risk" policy is the broadest type of commercial property policy sold, providing coverage for all risks of physical loss or damage except as excluded in the policy. In contrast, the much narrower "named perils" type of property policy solely provides coverage for those perils specifically defined in the

---

[1] *The FM Global Advantage® All-Risk Policy: Our Advantage is YOUR Advantage,* FM GLOBAL, https://www.fmglobal.com/products-and-services/products/the-fm-global-advantage-all-risk-policy (last visited June 3, 2021).

[2] *Business Interruption Coverage: Flexible Coverage When It Matters Most,* FM GLOBAL, https://www.fmglobal.com/products-and-services/products/business-interruption-coverage (last visited June 3, 2021)

4813-0793-8032.v1

policy.  FM could have, but not did, issue a named perils policy to Tapestry.  Rather, it chose to market and sell the sweeping "all-risk" policies to Tapestry and collect a substantial premium commensurate with the broad scope of the Policies' coverage – over $10 million for the Policy Periods.  Now, faced with a large claim, FM seeks to add limitations to the Policies' sweeping coverage that simply do not exist in the language of the Policies it drafted, sold, and issued to Tapestry.

11.     The phrase "physical loss or damage" is not defined or limited in the Policies.  In plain English, "physical loss or damage" to property denotes at least the following meanings:  (1) physical damage to that property; (2) the structural alteration of that property; (3) the interaction of an external physical substance or force with that property, including its presence in the air or attachment to the surface of that property, rendering the property unfit, unsafe or uninhabitable for normal use or otherwise negatively affecting the property's usability; or (4) the loss of use or the loss of functional use, whether in whole or in part, of that property.

12.     Central to the Policies' sweeping coverage is its Time Element loss coverage, known commonly as business interruption – a coverage that is subject to each Policy's full $1 billion in limits.  In the Policies, FM specifically agreed to cover such Time Element loss "directly resulting from physical loss or damage *of the type insured*" under the Policies.  (Emphasis added).

13.     Neither virus, pandemics, communicable disease, COVID-19, nor the Coronavirus are excluded causes of loss under the Policies.  Moreover, **communicable disease**, as defined in the Policies, is a covered cause of loss.

14.     Physical loss or damage caused by **communicable disease**, including the Coronavirus and COVID-19, therefore, is "physical loss or damage of the type insured" under

<center>4</center>

the Policies.

15.    Accordingly, Tapestry's Time Element loss (its business interruption loss) arising from or related to the Coronavirus and COVID-19 is subject to each Policy's full $1 billion in limits – meaning that Tapestry's Time Element losses are subject to the $2 billion in limits provided by the Policies.

16.    The toll of the Coronavirus and COVID-19 on lives, property, and businesses in the U.S. and around the world has been calamitous and is among the worst public health and economic catastrophes of the last 100 years.  Indeed, as of June 2, 2021, COVID-19 had killed over 3.6 million people worldwide, 592,232 people in the US, 1.7 million throughout the Americas, 1.1 million throughout Europe, 415,264 in South-East Asia, 203,662 in the Eastern Mediterranean,[3] and is now the third-leading cause of death in this country, surpassed only by heart disease and cancer.[4]

17.    The Coronavirus and COVID-19 have ravaged countries and states all over the world where Tapestry maintains, through its subsidiaries under its three brands, its retail stores, boutiques, and outlet stores (the "Stores," "Tapestry Stores" or "Tapestry's Stores").  For example, in the eight countries with the largest numbers of Tapestry Stores, at least 848,764 lives have been lost to COVID-19:

| Country | COVID-19 Deaths |
|---|---|
| U.S. | 592,232 |
| United Kingdom | 127,782 |

---

[3] *COVID Data Tracker*, CDC (updated June 2, 2021), https://covid.cdc.gov/covid-data-tracker/#datatracker-home (last visited June 3, 2021); *WHO Coronavirus (COVID-19) Dashboard*, WHO (updated June 2, 2021), https://covid19.who.int/ (last visited June 3, 2021).

[4] Gary Stix & Youyou Zhou, *COVID-19 Is Now the Third Leading Cause of Death in the U.S.*, SCI. AM. (Oct. 8, 2020), https://www.scientificamerican.com/article/covid-19-is-now-the-third-leading-cause-of-death-in-the-u-s1/ (last visited June 3, 2021).

4813-0793-8032.v1

| Spain | 79,983 |
|---|---|
| Canada | 25,566 |
| Japan | 13,245 |
| China | 4,995 |
| Malaysia | 2,993 |
| South Korea | 1,968 |
| Total | 848,764[5] |

18.     Within the U.S., at least 239,441 people have died from COVID-19 in Maryland and the five states with the largest number of Tapestry Stores:

| **State** | **COVID-19 Deaths** |
|---|---|
| Maryland | 9,658 |
| California | 62,479 |
| Texas | 50,690 |
| Florida | 37,161 |
| New York | 53,159 |
| New Jersey | 26,294 |
| Total | 239,441[6] |

19.     Indeed, as of June 8, 2021, COVID-19 has killed 9,658 Marylanders.[7]   At its peak, over 4,000 Americans were perishing per day from COVID-19.[8]   A substantial number of Americans are still dying daily.[9]

---

[5] *COVID Data Tracker*, CDC (updated June 2, 2021), https://covid.cdc.gov/covid-data-tracker/#datatracker-home (last visited June 3, 2021); *WHO Coronavirus Disease (COVID-19) Dashboard*, WHO (updated June 2, 2021), https://covid19.who.int/ (last visited June 3, 2021).

[6] *COVID Data Tracker, United States COVID-19 Cases and Deaths by State*, CDC (updated June 8, 2021), https://covid.cdc.gov/covid-data-tracker/#cases_totaldeaths (last visited June 9, 2021).

[7] *Id.*

[8] Eugene Garcia, Lisa Marie Pane & Thalia Beaty, *U.S. tops 4,000 daily deaths from coronavirus for 1ˢᵗ time*, AP NEWS (Jan. 8, 2021), https://apnews.com/article/us-coronavirus-death-4000-daily-16c1f13692 1c7e98cc83289942322ee4 (last visited June 3, 2021).

[9] *COVID Data Tracker, Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory*, CDC (updated June 2, 2021), https://covid.cdc.gov/covid-data-tracker/#trends_dailytrendsdeaths (last visited June 3, 2021); Lisa Maragakis, *Coronavirus Second Wave? Why Cases Increase*, JOHN HOPKINS MED. (updated Nov. 17, 2020), https://www.hopkinsmedicine.org/health/conditions-and-diseases/coronavirus/first-and-second-waves-of-coronavirus (last visited June 3, 2021).

20.     The fashion industry has been severely impacted by the economic devastation caused by the physical loss or damage to property from the Coronavirus and COVID-19. Indeed, due to the pervasiveness of the Coronavirus, retail stores and boutiques that the fashion industry relies upon to sell their products have sustained devastating physical loss or damage to their property.

21.     Due to the prevalence (ratio of infected persons in a population) and incidence (ratio of new cases) of COVID-19 infections in the U.S. and globally, the Tapestry Stores were at consistently high risk for the presence of the airborne Coronavirus from infected patrons and employees, some of whom would have been asymptomatic and unknowing spreaders of the Coronavirus. The Coronavirus can be released into the air when infected persons breathe, talk, cough, sneeze, or sing, and such releases can infiltrate ventilation systems, as well as myriad surfaces (*i.e.*, fomites), such as dermal contact surfaces (*e.g.*, fixtures, counters, point of sale areas, dressing rooms, door handles and on the clothing and other merchandise (footwear, accessories, handbags, fragrance and beauty products, watches, and jewelry, *etc.*). The Coronavirus has deposited, and continues to deposit, and therefore elevate contagion risks on, myriad dermal contact surfaces, which are transformed into disease-spreading fomites. These fomites can pose transmission risks for persons contacting those surfaces.

22.     It is undisputed that air within a property laden with asbestos fibers is unsafe for people. It is no different for a property that has the Coronavirus physically invading and physically altering its air – the building has been damaged because the virus invades and physically transforms the air and makes it unsafe for breathing.

23.     The introduction of the Coronavirus into the indoor air at the Tapestry Stores directly and physically changes, alters, and transforms the composition of the air – such that it

4813-0793-8032.v1

now contains a concentration of potentially deadly SARS-CoV-2 infectious particles and virions (whereas before it did not). The presence of the Coronavirus in the air of the Tapestry Stores physically alters and transforms indoor air on the property into a transmission vector for COVID-19.

24.    As with asbestos in the air, the presence of an unsafe agent, such as the Coronavirus, in the air of the premises alone results in risk. In fact, the risk of death due to exposure to the Coronavirus is orders of magnitude higher than the risk of death due to exposure to asbestos. Indeed, recent estimates indicate that approximately 2,600 Americans die from asbestos exposure (mesothelioma) per year, compared with almost 600,000 deaths due to Coronavirus exposure in the last year alone.[10] It is undisputed that the air within a property filled with asbestos fibers is unsafe for people. It is no different for a property that has the Coronavirus – an external force – physically invading and physically altering its air space; in fact, the Coronavirus is exponentially more deadly than exposure to asbestos fiber.

25.    It is similarly undisputed, and indeed is the law all across this country, that drinking water and the water table that contain a virus or any other impurity that is an agent of illness or death are, as a matter of law, considered damaged because the virus/impurities make the water unsafe for drinking. The same rule must apply to the Coronavirus in the air of a building – the building has been damaged because the virus invades and physically transforms the air and makes it unsafe for breathing.

26.    Contrary to the false pronouncements advanced by the insurance industry, the presence of the Coronavirus is not the same as – and could not be more different from – the

---

[10] Rengyi Xu et al., *Association between mesothelioma and non-occupational asbestos exposure: systematic review and meta-analysis*. 17 ENV'T HEALTH 1, 90 (Dec. 19, 2018), https://ehjournal.biomedcentral.com/articles/10.1186/s12940-018-0431-9 (last visited June 3, 2021).

4813-0793-8032.v1

presence of dust.  The presence of dust does not require the closure and/or restriction of public spaces to make those spaces habitable/fit for normal use/safe and prevent mass illness and death – the presence of the Coronavirus does.  Moreover, the presence of dust is an everyday occurrence.

27.     By contrast, the presence of the Coronavirus in Tapestry's Stores in the air and on surfaces was neither expected nor ordinary.  Unlike dust, the Coronavirus cannot be removed easily from surfaces, *e.g.*, simply by routine cleaning of the surfaces.  Attempting to remove the Coronavirus from surfaces requires specific protocols.  These specific protocols require harsh and abrasive chemicals that are not routinely used and that themselves cause additional physical loss or damage to property at the Tapestry Stores.

28.     Even assuming surface cleaning was 100% effective every time – it is not – surface cleaning does not eliminate the Coronavirus from the air, which is the number one transmission vector.

29.     In the wake of the economic havoc wrought by the Coronavirus and COVID-19, iconic fashion groups, brands, and stores such as Neiman Marcus, Brooks Brothers, J.C. Penney, Century 21 department store ("Century 21"), J. Crew, Stein Mart, Tailored Brands (owner of Men's Warehouse and JoS A. Bank), True Religion, Lucky Brand, G-Star Raw Retail Inc., and Ascena Retail (owner of Ann Taylor and Lane Bryant) have all been forced into bankruptcy.[11]

30.     In February 2020, experts predicted $43 billion in economic losses within the luxury fashion segment due to the Coronavirus and COVID-19.[12]  Just a month later, the United

---

[11] Layla Ilchi, *All the Major Fashion Brands and Retailers Severely Impacted by the COVID-19 Pandemic*, WOMEN'S WEAR DAILY (Dec. 24, 2020), https://wwd.com/fashion-news/fashion-scoops/coronavirus-impact-fashion-retail-bankruptcies-1203693347/ (last visited June 3, 2021).

[12] Zoe Suen, *Luxury Braces for $43 Billion in Losses as Coronavirus Panic Goes Global*, BUS. FASHION (Feb. 24, 2020), https://www.businessoffashion.com/articles/global-markets/luxury-braces-for-43-billion-in-losses-as-

9

Nations predicted COVID-19-related losses within the fashion industry would reach $50 billion, with Europe experiencing a $15.6 billion loss, a $5.8 billion loss in the U.S., and a $5.2 billion loss in Japan.[13]

31.    While losses have yet to be fully quantified, by December 2020, the global fashion industry was expected to experience a 93% drop in economic profit for 2020 as compared to 2019.[14]   Indeed, through November 2020, retail sales in clothing and fashion accessory stores declined 28.5 percent year-over-year from the prior year.[15]

32.    The physical loss or damage to property and the economic devastation wrought by the Coronavirus and COVID-19 on Tapestry and the whole world are unprecedented.  The Coronavirus and COVID-19 could result in net losses starting at $3.2 trillion and reaching as much as $4.8 trillion in U.S. real gross domestic product over the course of two years.[16]

33.    As of June 8, 2021, Maryland had reported at least 460,863 COVID-19 cases, including 9,658 deaths.[17]

---

coronavirus-panic-goes-global (last visited June 3, 2021).

[13] *The UN quantifies the impact of the coronavirus on the fashion industry: 1.5 billion dollars*, MDS: GLOB. FASHION BUS. J. (Mar. 5, 2020), https://www.themds.com/markets/the-un-quantifies-the-impact-of-the-coronavirus-on-the-fashion-industry-15-billion-dollars.html (last visited June 3, 2021).

[14] Imran Amed et al., *The State of Fashion 2021*, MCKINSEY & CO., at 71, 112 (Dec. 1, 2020), https://www.mckinsey.com/~/media/McKinsey/Industries/Retail/Our%20Insights/State%20of%20fashion/2021/The-State-of-Fashion-2021-vF.pdf (last visited June 17, 2021).

[15] Pamela N. Danziger, *2020 Was The Year Fashion Almost Died.  Here's How To Bring It Back to Life in 2021*, FORBES (Dec. 27, 2020), https://www.forbes.com/sites/pamdanziger/2021/12/27/2020-was-the-year-fashion-almost-died-heres-how-to-bring-it-back-to-life-in-2021/?sh=10696c4cfe29 (last visited June 17, 2021).

[16] Emily Gersema, *Business closures and partial reopenings due to COVID-19 could cost the U.S. trillions*, USC NEWS (Nov. 30, 2020), https://news.usc.edu/178979/business-closures-covid-19-pandemic-united-states-gdp-losses/#:~:text=The%20COVID%2D19%20pandemic%20could,years%2C%20a%20USC%20study%20finds (last visited June 3, 2021).

[17] *COVID Data Tracker, United States COVID-19 Cases and Deaths by State*, CDC (updated June 8, 2021), https://covid.cdc.gov/covid-data-tracker/#cases_casesinlast7days (last visited June 9, 2021); *COVID Data Tracker, United States COVID-19 Cases and Deaths by State*, CDC (updated June 8, 2021), https://covid.cdc.gov/covid-data-tracker/#cases_totaldeaths (last visited June 9, 2021).

4813-0793-8032.v1

34.     The physical loss or damage to property due to the Coronavirus and COVID-19 and its economic impact on Maryland is equally devastating, as demonstrated by employment figures.  From February 2020 through April 2021, there was a net loss of 147,000 jobs in Maryland – an overall loss of 5.3% of jobs across all industries.[18]

35.     As businesses suffered from the ripple effects of the Coronavirus and COVID-19, unemployment rates in Maryland rose.  Maryland's Department of Labor reported that unemployment spiked from 3.5% in February 2020 to 9.3% by May 2020.[19]

36.     On March 5, 2020, Governor Larry Hogan announced the first three positive cases of COVID-19 in the state.[20]  The same day, Maryland declared a "State of Emergency" based on the "immediate danger to public safety[.]"[21]  On March 18, Governor Hogan announced the first death in Maryland.[22]  By mid-March 2020, the Coronavirus and COVID-19 were spreading rapidly throughout the area, with numerous new infections and deaths reported daily, and caused the closure of businesses and cancellation of events.[23]  By March 26, 2020, Maryland had 580 cases, and more than 42,000 unemployment claims were filed in a single week.[24]

---

[18] Michael Ettlinger & Jordan Hensley, *COVID-19 Economic Crisis: By State*, UNIV. N.H. CARSEY SCH. PUB. POL'Y (updated June 4, 2021), https://carsey.unh.edu/COVID-19-Economic-Impact-By-State (last visited June 9, 2021).

[19] *Employment Situation – April 2021 – Workforce Information and Performance*, MARYLAND DEPARTMENT OF LABOR (April 2021), https://www.dllr.state.md.us/lmi/employmentsituation/ (historical data must be downloaded) (last visited June 9, 2021).

[20] *A Timeline of the Covid-19 Cases in Maryland* (Mar. 15, 2020), https://www.fredericknewspost.com/news/continuing_coverage/coronavirus/a-timeline-of-the-covid-19-cases-in-maryland/article_4b37ff99-5375-55b3-9864-acda52bfe5b1.html (last visited June 9, 2021).

[21] Declaration of State of Emergency and Existence of Catastrophic Health Emergency – COVID-19, (Mar. 5, 2020), https://governor.maryland.gov/wp-content/uploads/2020/03/Proclamation-COVID-19.pdf (last visited June 9, 2021).

[22] McKenna Oxenden, *Maryland's first coronavirus death is Prince George's man in his 60s,* THE BALTIMORE SUN (Mar. 18, 2020), https://www.baltimoresun.com/coronavirus/bs-md-first-coronavirus-death-20200319-dzuuz7mt5vchlm7no4k2oyrngi-story.html (last visited June 9, 2021).

[23] *TIMELINE: Coronavirus in Maryland, Tracing the Spread in 2020,* CBS BALTIMORE, https://baltimore.cbslocal.com/timeline-how-the-coronavirus-spread-in-maryland/ (last visited June 9, 2021).

[24] *Id.*

11

37.     The Coronavirus and COVID-19 caused widespread physical loss or damage to property and shredded the fabric of the economy in Maryland in mere months. Paying the price are businesses and their employees across Maryland, including Tapestry.

38.     Tapestry's business is one of the many victims of COVID-19. On June 29, 2019, at the end of its last fiscal year before the emergence of the Coronavirus and COVID-19, Tapestry maintained over 1,540 Tapestry Stores throughout the world in 20 countries – including 15 stores in Maryland. At that time, Tapestry's products were also sold in stores in at least an additional 47 countries across the globe – for a total presence in at least 67 countries. In June 2019, Tapestry's business was flourishing, generating over $6.027 billion in annual revenues, $4.053.7 billion in gross profit, $814.1 in operating income and $643.3 million in net income. In December 2019, shortly before the emergence of the Coronavirus and COVID-19, Tapestry employed over 16,139 people in the U.S., including approximately 330 in Maryland. And then, the Coronavirus and COVID-19 struck.

39.     The Coronavirus and COVID-19 have decimated lives and businesses and have caused widespread physical loss or damage to property in Maryland. And the Coronavirus and COVID-19 have significantly impacted Tapestry's property and business in Maryland and throughout the world by causing physical loss or damage to Tapestry's property and surrounding ATTRACTION PROPERTIES.

40.     Tapestry experienced physical loss or damage to its property in at least four ways:

(1) at least 1,261 Tapestry employees (including 17 in Maryland – more than the number of Tapestry Stores in Maryland) tested positive for COVID-19, demonstrating both the certain or virtually certain presence of COVID-19 and/or the Coronavirus in Tapestry Stores, in the air or on surfaces (whether in droplet nuclei, aerosols, droplets or

12

otherwise);

(2) through state, local, and agency governmental orders, that drastically limited Tapestry's use of its property, and at various points shut down or drastically limited the operations of Tapestry's properties causing Tapestry to lose the normal use and function of its property (in either total or in part);

(3) through the need to modify physical behaviors through the use of social distancing, avoiding confined indoor spaces, and avoiding congregating in the same physical area as others, in order to reduce or minimize the potential for viral transmission; and

(4) through the need to mitigate the threat or actual physical presence of the Coronavirus on door handles, clothing, clothing racks, miscellaneous surfaces, in heating and air conditioning systems and in or on any of the multitude of other places the Coronavirus has been or could be found.

41.     The incidence and prevalence (ratio of new vs. existing COVID-19 disease cases) in the U.S., as well as other countries where Tapestry has stores and boutiques is unprecedented. In less than 4 months, COVID-19 spread worldwide and by June 2020, 10 million infections were reported, causing, or contributing to the mortality of a million people.[25]

42.     Indeed, occupancy of indoor spaces is reported to be a major risk factor for transmission of the Coronavirus.  Investigation of over 7,000 COVID-19 cases found that all outbreaks involving three or more people occurred indoors.[26]  The airborne Coronavirus viral RNA has been detected inside indoor spaces at distances over 50 meters from its source and in

---

[25] Hua Qian et al., *Indoor transmission of SARS-CoV-2*, 31 INDOOR AIR 3, 639-45 (Nov. 20, 2020), https://pubmed.ncbi.nlm.nih.gov/33131151/ (last visited June 3, 2021).

[26] *Id.*

13

outdoor air in crowded areas outside of buildings.[27]

43.     The prevalence and incidence of COVID-19 disease worldwide and in the regions and localities where Tapestry's Stores are located (and considering the over 1,261 cases of COVID-19 infections reported by Tapestry's employees (including 17 in Maryland)) demonstrates that it is certain or virtually certain that the Coronavirus was in the air and on surfaces at Tapestry's Stores as do biostatistical analyses.

44.     Unlike surface cleaning of visible substances like dust or debris, where the degree of "clean" can be visually confirmed to a reasonable degree of certainty, that is not the case for the cleaning and disinfection of the Coronavirus because:

- the Coronavirus is not visible to the naked eye;

- the degree and magnitude of the Coronavirus is undetectable, so the effectiveness of disinfection cannot be determined; and

- viral inactivation through disinfection is different for different substrates and surfaces (*i.e.,* cardboard, plastic, stainless steel, or copper) and varies for porous vs. non-porous surfaces.

45.     As compared to the cleaning of visible soiling, dirt, and debris, which typically does not require "disinfection" of surfaces as required for viral contamination, the uncertainty involved in the effectiveness of disinfection of surfaces for something invisible (*i.e.,* the Coronavirus) makes cleaning a much more complicated and less effective process.  There is no degree of certainty as to the "cleanliness" or more importantly the degree of disinfection that would be required by Tapestry employees to effectively remove all of the Coronavirus.  Nor is

---

[27] Yuan Liu et al., *Aerodynamic analysis of SARS-CoV-2 in two Wuhan hospitals*, 582 NATURE 7813, 557-60 (June 2020), https://pubmed.ncbi.nlm.nih.gov/32340022/ (last visited June 3, 2021).

4813-0793-8032.v1

there any method or technique to confirm the disinfection of the invisible Coronavirus from the surfaces in Tapestry's Stores.

46.     The presence of the Coronavirus in the air and on surfaces has caused physical loss or damage to property and made Tapestry's Stores (and indeed the fashion industry's businesses) uninhabitable, unsafe, and unfit for their intended uses – just as if asbestos, ammonia, radon gas, cat urine, fumes, sulfuric gases emitted from Chinese drywall, carbon monoxide, a mold infestation, or a salmonella outbreak were in the air or on surfaces of the premises.  Nor could the Coronavirus or the risk of Coronavirus transmission be completely removed with routine surface cleaning.

47.     Moreover, no amount of routine – or any – surface cleaning could remove the aerosolized Coronavirus suspended in the air in Tapestry's Stores, making that air and Tapestry's Stores dangerous and potentially lethal, thus rendering them uninhabitable, unsafe, and unfit for their intended uses.

48.     No amount of cleaning could prevent the reintroduction of the Coronavirus into the Stores from the entry of persons infectious with the Coronavirus.  As a result, Tapestry's Stores had to operate at a limited capacity or close entirely.

49.     As a result, Tapestry's and the overall fashion industry's stores and boutiques have had to close or operate at limited capacity, and throngs of their customers are unwilling to risk traveling to their shops.  Simply put, the physical loss or damage to Tapestry's and the fashion industry's stores and boutiques has negatively impacted sales and shuttered one storied fashion brand after another.

50.     During all relevant times, Tapestry personnel and agents (such as, for example, security, repair and maintenance crews and employees) introduced and reintroduced the

15

Coronavirus into the air and surfaces in the Stores causing physical loss or damage to the air, surfaces and inventory of the Stores.

51.     The demonstration of even the likely presence of the Coronavirus at the physical site is sufficient to render the property unfit, unsafe, or uninhabitable for normal use and to negatively affect the property's usability.

52.     In addition, the presence of the Coronavirus directly results in the loss of use or the loss of functional use, whether in whole or in part, of that property.

53.     In response to the Coronavirus and COVID-19, Tapestry implemented a safety and health plan and incurred significant related expenses, covered as Extra Expense under the Policies, to help minimize Coronavirus exposure risks and make Tapestry's Stores as safe as possible, to protect its employees and customers, to resume and continue operating as close to normal as possible (meaning, the way Tapestry ran and performed prior to the emergence of the Coronavirus and COVID-19), and to ameliorate, as much as possible, the physical loss or damage to Tapestry's Stores caused by the Coronavirus and COVID-19.

54.     Tapestry's safety and health plan included implementation of safety and health protocols for its employees and the implementation of safety measures as well as the investment of significant funds for enhanced housekeeping, procurement of PPE, hand sanitizer, cleaning products, physical barriers and signage so Tapestry could continue to mitigate its losses and operate with certain limitations, and to lessen the risk of continued physical loss or damage to its property.

55.     Despite concerted safety processes, Tapestry personnel have not escaped the risks of exposure to and infection from the Coronavirus. Since March 2020, at least 1,261 Tapestry employees (including 17 in Maryland) have reported that they contracted COVID-19.

4813-0793-8032.v1

56.     The diagnosis of at least 1,261 Tapestry employees (including 17 in Maryland) with COVID-19 is direct proof that the Coronavirus and COVID-19 have been present at Tapestry's Stores and caused Tapestry to sustain physical loss or damage to its property.

57.     The Coronavirus and COVID-19 significantly impacted Tapestry's business in Maryland, across the U.S. and throughout the world. Indeed, by December 2020, the number of Tapestry's active employees in the U.S. had decreased to approximately 9,754, down from 16,139 active employees just a year before. Similarly, by December 31, 2020, the number of Tapestry's active employees in Maryland had sunk to approximately 213, down from 262 active employees on March 1, 2020.

58.     To cushion the impact of the Coronavirus and COVID-19, Tapestry turned to its property insurer, FM, to whom Tapestry paid over $10 million in premiums in exchange for $2 billion in property damage and Time Element (also known as business interruption) coverage during the Policy Periods. FM, however, declined to fulfill its obligations to Tapestry under the Policies. FM's disregard for its own insured has forced Tapestry to turn to this Court for relief.

59.     The insurance industry has repeatedly and falsely warned courts and the media that COVID-19-related claims will bankrupt insurers and force them to raise premiums and restrict coverages – but they have reaped enormous profits by denying covered claims and have continued to raise premiums despite refusing to uphold their coverage obligations. For example, FM Global, FM's parent company, reported an increase of almost $500 million in net premium for 2020 compared with 2019, and net income of over $1.7 billion.[28]

60.     FM's current coverage position, in which it has asserted that there is no coverage

---

[28] FM Global Annual Report 2020, at 40, https://fmglobalpublic.hartehanks.com/AssetDisplay?acc=11FM&itemCode=W186258 (last visited June 3, 2021).

4813-0793-8032.v1

for COVID-19 claims because property was not structurally altered, is particularly egregious because, in 2019 FM told a federal court in New Mexico (the "New Mexico Action") that "physical loss or damage" means loss of use and there is no structural alteration requirement.

61.    Particularly, in a motion *in limine* it filed in the New Mexico Action, FM stated that a mold infestation in a pharmaceutical manufacturing plant's "clean room" that "destroyed the aseptic environment" of the clean room – which had caused no structural alteration – rendered it "unfit for its intended use" and therefore constituted "physical loss or property damage."[29]

62.    In its motion *in limine*, FM cited with approval the very same cases cited by policyholder attorneys across this nation in COVID-19 insurance recovery actions for the proposition that there is no structural alteration requirement to physical loss or damage and that the loss of use or loss of functional use of property is sufficient to trigger coverage – propositions that FM now strongly contests in COVID-19 cases.

63.    FM stated in its public court filing in the New Mexico Action:

> It is undisputed that the mold infestation destroyed the aseptic environment and rendered Room 152 unfit for its intended use – manufacturing injectable pharmaceutical products. Numerous courts have concluded that loss of functionality or reliability under similar circumstances constitutes physical loss or damage. *See, e.g., Western Fire Insurance Co. v. First Presbyterian Church*, 437 P.2d 52 (Colo. 1968) (church building sustained physical loss or damage when it was rendered uninhabitable and dangerous due to gasoline under the building); *Gregory Packaging, Inc. v. Travelers Property and Casualty Company of America*, Civ. No. 2:12-cv-04418 2014 U.S. Dist. LEXIS 165232, 2014 WL 6675934 (D. N.J. 2014) (unsafe levels of ammonia in the air inflicted "direct physical loss of or damage to" the juice packing facility "because the ammonia physically rendered the facility unusable for a period of time."); *Port Authority of N.Y. and N.J. v. Affiliated FM Ins. Co.*, 311 F.3d 226, 236 (3d Cir. 2002) (asbestos fibers); *Essex v. BloomSouth Flooring Corp.*, 562 F.3d 399, 406 (1st Cir. 2009) (unpleasant odor in

---

[29] Plaintiff Factory Mutual Insurance Company's Motion *In Limine* No. 5 Re Physical Loss or Damage, *Factory Mutual Ins. Co., et al. v. Federal Ins. Co.*, Case No.: 1:17-cv-00760-GJF-LF (D. \N.M. Nov. 19, 2019), attached hereto as Exhibit 3.

home); *TRAVCO Ins. Co. v. Ward*, 715 F.Supp.2d 699, 709 (E.D. Va. 2010), aff'd, 504 F. App'x. 251 (4th Cir. 2013) ("toxic gases" released by defective drywall).

Loss of functionality and/or reliability is especially significant where, as here, the property covered involves a product to be consumed by humans.  Courts have concluded that the product is damaged where its "function and value have been seriously impaired, such that the product cannot be sold." *Pepsico, Inc. v. Winterthur International America Insurance Co.*, 806 N.Y.S.2d 709, 744 (App. Div. 2005), citing *General Mills, Inc. v. Gold Medal Insurance Co.*, 622 N.W.2d 147 (Minn. Ct. App. 2001); *Pillsbury Co. v. Underwriters at Lloyd's, London*, 705 F Supp 1396 (D. Minn. 1989); *National Union Fire Ins. Co. of Pittsburgh, Pa. v. Terra Indus.*, 216 F Supp 2d 899 (N.D. Iowa 2002), *aff'd* 346 F3d 1160 (8th Cir. 2003), cert denied 541 US 939 (2004); *Shade Foods, Inc. v. Innovative Prods. Sales & Mktg., Inc.*, 93 Cal Rptr. 2d 364 (Cal. App. 2000); *Zurich Am. Ins. Co. v. Cutrale Citrus Juices USA, Inc.*, 2002 WL 1433728, 2002 US Dist LEXIS 26829 (M.D. Fla. 2002).  These courts' rationale regarding food products applies equally, if not more so, to the injectable pharmaceuticals OSO manufactured which were exposed to mold and no longer met industry safety standard. *See, General Mills v. Gold Medal Insurance*, 622 N.W.2d at 152 (food product which no longer met FDA safety standard sustained property damage.); *Motorists Mutual Ins. Co. v. Hardinger*, 131 F. Appx. 823 (3d Cir. 2005) (E coli in water well was physical loss or damage to insured's home.)

*See* Exhibit 3.

64.    FM's motion *in limine* in the New Mexico Action also stated that the "period of time as well as the costs required to bring [the Insured's property] to the level of cleanliness following the mold infestation required by [the Insured's] customers is also physical loss or damage" as the failure to meet the required level of cleanliness itself constituted damage and rendered the property "unusable as the result of a covered loss." *Id.*

65.    Additionally, FM admitted that "***[a]t best for [the opposing insurer] 'physical loss or damage,' which is undefined, is susceptible of more than one reasonable interpretation and is therefore ambiguous and must be construed against [the opposing insurer and in favor of coverage]*.**" *Id.* (emphasis added).

66.    FM's admissions in the New Mexico Action were legally correct: (a) the actual presence of the Coronavirus and COVID-19 at Tapestry's Stores constitutes "physical loss or damage" within the meaning of the Policies; and (b) "at best" "physical loss or damage" is

4813-0793-8032.v1

ambiguous and must be construed against the drafter – FM.

67. Tapestry seeks a judgment declaring the scope of the FM's obligation to pay Tapestry's losses under the Policies.

68. Should the Court determine that FM's coverage positions are wrong, Tapestry also seeks damages for breach of contract against FM for its failure to honor its obligations to Tapestry under the Policies.

## THE PARTIES

69. Tapestry is a corporation formed under the laws of Maryland with its principal place of business in New York.

70. Tapestry is informed and believes, and based thereon alleges, that Defendant FM is a Rhode Island corporation with its principal place of business in Rhode Island.

## JURISDICTION AND VENUE

71. This Court has personal jurisdiction over FM pursuant to Md. Code, Cts. & Jud. Proc. § 6-103 because this action arises from FM's transaction of business in the State of Maryland and because FM contracted, through the Policies, to insure property and/or risk located within the State of Maryland at the time of contracting.

72. This Court has subject matter jurisdiction pursuant to Md. Code, Cts. & Jud. Proc. § 3-403 as Tapestry seeks a declaratory judgment in this action.

73. Venue is proper in this Court under Md. Code, Cts. & Jud. Proc. § 6-201 because FM, on its own and through its authorized agents, carries on regular business in Baltimore County.

74. Venue is also proper in this Court under Md. Code, Cts. & Jud. Proc. § 6-202(3) because Tapestry resides in this county and FM has no principal place of business in Maryland.

20

**FACTUAL BACKGROUND**

A.    **Tapestry**

75.    Tapestry is a global fashion luxury group, consisting of three iconic brands that are industry leaders in design, style, and craftsmanship:  (1) Coach; (2) kate spade new york ("Kate Spade"); and (3) Stuart Weitzman.  Tapestry's brands cover the full spectrum of fashion luxury categories including women's and men's accessories, footwear and ready-to-wear, as well as wearable technology, luggage, watches, jewelry, eyewear, and a full line of fragrance products.

76.    The Coach brand, by far the largest of Tapestry's brands representing 70.9% of Tapestry's total net sales in the 2019 fiscal year, has long been recognized as one of the world's leading international fashion design houses of modern luxury accessories and lifestyle collections.  Coach was founded in 1941 as a family-run workshop with six artisans making wallets and billfolds by hand in New York City.  Over the following decades, Coach became a pioneer in the leather goods and accessories, establishing itself as the Original American House of Leather before diversifying into other luxury product categories.  Today, Tapestry has over 960 directly operated Coach Stores and 13,700 employees globally.

77.    The Kate Spade brand was founded over 20 years ago in 1993 with a collection of six essential handbags, and it has grown into a global lifestyle brand delivering seasonal collections of handbags, ready-to-wear, jewelry, footwear, home décor, and other luxury products.  Tapestry has 275 directly operated Kate Spade Stores and 4,800 employees globally.

78.    The Stuart Weitzman brand, founded in 1986, is a leading footwear and accessories brand.  Tapestry has approximately 80 directly operated Stuart Weitzman Stores and over 700 employees globally.

79.    Prior to the outset of the emergence of the Coronavirus and COVID-19, Tapestry

4813-0793-8032.v1

was a leader in the fashion world, earning $6.0271 billion in annual revenue and maintaining approximately 1,540 Tapestry Stores worldwide, including 675 in North America (391 Coach Stores; 213 Kate Spade Stores; 71 Stuart Weitzman Stores) and 865 internationally (595 Coach Stores; 194 Kate Spade Stores; and 76 Stuart Weitzman Stores) as of June 29, 2019.

80.     Indeed, prior to the outset of the emergence of the Coronavirus and COVID-19, Tapestry had Tapestry Stores in at least 20 countries around the globe, including: Australia, Belgium, Canada, China (Mainland, Hong Kong SAR, Macau SAR, and Taiwan), Ireland, France, Germany, Italy, Japan, Malaysia, Mexico, Netherlands, New Zealand, Philippines, Portugal, Singapore, South Korea, Spain, Switzerland, United Kingdom, and the U.S. Moreover, at that time, Tapestry's products were also sold in stores in at least an additional 47 countries across the globe – for a total presence in at least 67 countries.

81.     As of April 3, 2019, approximately 414 of Tapestry's Stores were located in the U.S., in 45 of 50 states. And as of December 2019, Tapestry employed approximately 16,139 people in the U.S., including 330 employees at 15 Tapestry Stores located in Maryland, providing income and benefits for thousands of families. Similarly, by March 1, 2020, just before the Coronavirus and COVID-19 struck Maryland in force, Tapestry had 262 active Maryland employees.

82.     As a part of its prudent business practices, and in recognition of its responsibilities to its employees and customers, Tapestry maintains insurance coverage.

83.     Tapestry specifically maintains "all risk" commercial property coverage with FM, covering not only more commonly occurring risks like fire, but also entirely unanticipated and novel risks that may arise. As described below in greater detail, the Policies provide coverage for all "*loss* or damage" to Tapestry's property unless specifically excluded. (emphasis added).

4813-0793-8032.v1

**B.      The Coronavirus and COVID-19**

84.      COVID-19 is a severe **communicable disease** caused by the Coronavirus.  The Coronavirus can cause serious systemic illness and death.[30]

85.      The existence and presence of the Coronavirus and COVID-19 are not completely reflected in the reported cases or individuals' positive test results, as only a portion of the population has been tested.  For example, in June 2020, the Centers for Disease Control and Prevention ("CDC") estimated that the number of people in the U.S. who have been infected with COVID-19 was ten times higher than the number of reported cases.[31]  Additionally, at least 40% of people infected with COVID-19 are asymptomatic.[32]  COVID-19 also includes a pre-symptomatic incubation period of up to 14 days, during which time infected people can transmit COVID-19 to other people, given that they release infectious droplets and aerosols into the air and onto surfaces without having experienced symptoms and without realizing that they are contagious or infected.[33]

86.      Studies have demonstrated that pre-symptomatic individuals have an even greater ability to transmit COVID-19 than other infected people because they carry high levels of "viral load" during a period when they have no symptoms and therefore are unaware that they are

---

[30] Tianna Hicklin, *Immune cells for common cold may recognize SARS-COV-2*, NAT. INST. HEALTH (Aug. 18, 2020), https://www.nih.gov/news-events/nih-research-matters/immune-cells-common-cold-may-recognize-sars-cov-2 (last visited June 3, 2021).

[31] Lena H. Sun & Joel Achenbach, *CDC chief says coronavirus cases may be 10 times higher than reported,* WASH. POST (June 25, 2020), https://www.washingtonpost.com/health/2020/06/25/coronavirus-cases-10-times-larger/ (last visited June 3, 2021).

[32] Ellen Cranley, *40% of people infected with covid-19 are asymptomatic, a new CDC estimate says,* BUS. INSIDER (July 12, 2020), https://www.businessinsider.com/cdc-estimate-40-percent-infected-with-covid-19-asymptomatic-2020-7 (last visited June 3, 2021).

[33] *See Coronavirus disease 2019 (COVID-19) Situation Report – 73,* WHO (Apr. 2, 2020), https://apps.who.int/iris/bitstream/handle/10665/331686/nCoVsitrep02Apr2020-eng.pdf?sequence=1&isAllowed=y (last visited June 3, 2021); Minghui Yang et al., *SARS-CoV-2 Detected on Environmental Fomites for Both Asymptomatic and Symptomatic Patients with COVID-19,* 203 AM. J. RESPIRATORY & CRITICAL CARE MED. 3 (Feb. 1, 2021), https://www.atsjournals.org/doi/10.1164/rccm.202006-2136LE (last visited June 3, 2021).

4813-0793-8032.v1

infectious.[34]   The National Academy of Sciences has concluded that "the majority of transmission is attributable to people who are not exhibiting symptoms, either because they are still in the pre-symptomatic stage or the infection is asymptomatic."[35]

87.   As early as February 26, 2020, the CDC advised that COVID-19 was spreading freely without the ability to document the source of new infections, also known as community transmission or community spread.

88.   COVID-19 is highly contagious, uniquely resilient, and potentially deadly.  The degree to which an infectious disease is contagious is measured by $R_0$, a term that defines the average number of other people who are likely to become infected by one person with that disease.   The $R_0$ is a measure of the transmissibility of a pathogen and is determined by estimating the susceptibility of individuals in the population to disease, the transmissibility of the pathogen and importantly, the likelihood and duration of contact between individuals in a population, a parameter that is directly determined by the physical properties of the environment in which contact occurs.[36]  Studies have concluded that one person with COVID-19 could infect as many as 5.7 others ($R_0 \approx 5.7$), which is much higher than seasonal influenza for example, where on average, one person will infect only 1.3 others ($R_0 \approx 1.3$).[37]

---

[34] *See, e.g.*, Xi He et al., *Temporal dynamics in viral shedding and transmissibility of COVID-19*, 26 NATURE MED. 672-75, 674 (Apr. 15, 2020), https://www.nature.com/articles/s41591-020-0869-5 (last visited June 3, 2021); Lirong Zou *et al.*, *SARS-CoV-2 Viral Load in Upper Respiratory Specimens of Infected Patients,* NEW ENG. J. MED. 382, 1177-79 (Mar. 19, 2020), https://www.nejm.org/doi/full/10.1056/NEJMc2001737 (last visited June 3, 2021).

[35] Seyed M. Moghadas et al., *The implications of silent transmission for the control of COVID-19 outbreaks*, 117 PNAS 30, 17513-15 (July 28, 2020), https://www.pnas.org/content/117/30/17513 (last visited June 3, 2021).

[36] Anthony R. Ives & Claudio Bozzuto, *Estimating and explaining the spread of COVID-19 at the county level in the USA*, 4 COMMC'NS BIOLOGY 60 (Jan. 5, 2021), https://www.nature.com/articles/s42003-020-01609-6 (last visited June 3, 2021).

[37] M. Cevik, C.C.G. Bamford & A. Ho, *COVID-19 pandemic-a focused review for clinicians*, 26 CLINICAL MICROBIOLOGY & INFECTION 7, 842-47 (July 1, 2020), https://www.clinicalmicrobiologyandinfection.com/article/S1198-743X(20)30231-7/fulltext (last visited June 3, 2021).

4813-0793-8032.v1

89.    The Coronavirus can remain infectious for "much longer time periods than generally considered possible."[38] In the Journal of Virology, researchers demonstrated that the Coronavirus can survive up to 28 days at room temperature (68°F) on a variety of surfaces including glass, steel, vinyl, plastic, and paper.[39] A CDC report from March 27, 2020, stated that the Coronavirus was identified on surfaces of the cabins on the Diamond Princess cruise ship 17 days after the cabins were vacated but before they were disinfected.[40]

90.    Numerous other scientific studies and articles have identified the persistence of the Coronavirus on doorknobs, toilets, faucets, and other high-touch points, as well as on commonly overlooked surfaces such as floors.[41]

91.    While the detection of viral RNA on surfaces or in the air does not necessarily mean that the Coronavirus is currently present and infectious, it demonstrates that the Coronavirus was in fact present.  Studies have demonstrated the transmission of laboratory-confirmed Coronavirus infection via surfaces.[42]

92.    The World Health Organization ("WHO") states that "[t]he disease spreads primarily from person to person through small droplets from the nose or mouth, which are

[38] Shane Riddell et al., *The effect of temperature on persistence of SARS-CoV-2 on common surfaces*, 17 VIROLOGY J. 145 (Oct. 7, 2020), https://virologyj.biomedcentral.com/articles/10.1186/s12985-020-01418-7 (last visited June 3, 2021).

[39] *Id.*

[40] Leah F. Moriarty et al., *Public Health Responses to COVID-19 Outbreaks on Cruise Ships — Worldwide, February–March 2020*, 69 MMWR 12, 347-52 (Mar. 27, 2020), https://www.cdc.gov/mmwr/volumes/69/wr/mm6912e3.htm (last visited June 3, 2021).

[41] Zhen-Dong Guo et al., *Aerosol and Surface Distribution of Severe Acute Respiratory Syndrome Coronavirus 2 in Hospital Wards, Wuhan, China, 2020*, 26 EMERGING INFECTIOUS DISEASES 7, 1583-91 (July 2020), https://pubmed.ncbi.nlm.nih.gov/32275497/ (last visited June 3, 2021).

[42] Nancy HL Leung, *Transmissibility and transmission of respiratory viruses*, NATURE REVS. MICROBIOLOGY 1-18 (Mar. 22, 2021), https://pubmed.ncbi.nlm.nih.gov/33753932/ (last visited June 3, 2021); G. Kampf et al., *Persistence of coronaviruses on inanimate surfaces and their inactivation with biocidal agents*, 104 J. HOSP. INFECTIONS 3, 246-51 (Mar. 2020), https://pubmed.ncbi.nlm.nih.gov/32035997/ (last visited June 3, 2021).

25

expelled when a person with COVID-19 coughs, sneezes, or speaks . . . . People can catch COVID-19 if they breathe in these droplets from a person infected with the virus . . . . These droplets can land on objects and surfaces around the person such as tables, doorknobs and handrails. People can become infected by touching these objects or surfaces, then touching their eyes, nose or mouth."[43]

93.     People infected with the Coronavirus spread the virus not only from small droplets but also from aerosols expelled from their nose and mouth when they cough, sneeze, or speak. People become infected with the Coronavirus and resultant COVID-19 disease if they breathe in these droplets or aerosols expelled by an infected person. Droplets and aerosols can be expelled in close proximity (1-2 meters) or can be carried on air currents tens of meters.[44]

## C.     The Coronavirus and COVID-19 Cause Physical Loss or Damage to Property

94.     The omnipresence of the Coronavirus and COVID-19 is enabled by multiple modes of viral transmission, including respiratory droplet, airborne/aerosolized and fomite transmission (*i.e.*, transmission from surfaces and objects).[45] These transmission methods demonstrate that the Coronavirus and/or COVID-19 cause physical loss or damage to property.

95.     Respiratory transmission of COVID-19 occurs through exposure to an infected person's respiratory particles, such as from saliva or mucus.[46] Respiratory transmission of the

---

[43] *Q&A on coronaviruses (COVID-19)*, WHO (updated Apr. 17, 2020), https://web.archive.org/web/20200506094904/https://www.who.int/emergencies/diseases/novel-coronavirus-2019/question-and-answers-hub/q-a-detail/q-a-coronaviruses (last visited June 3, 2021).

[44] Lidia Morawska & Donald K. Milton, *It Is Time to Address Airborne Transmission of Coronavirus Disease 2019 (COVID-19)*, 71 CLINICAL INFECTIOUS DISEASES 9, 2311-13 (Dec. 3, 2020), https://pubmed.ncbi.nlm.nih.gov/32628269/ (last visited June 3, 2021).

[45] *See, e.g., Scientific Brief: Transmission of SARS-CoV-2: implications for infection prevention precautions*, WHO (July 9, 2020), https://www.who.int/news-room/commentaries/detail/transmission-of-sars-cov-2-implications-for-infection-prevention-precautions (last visited June 3, 2021).

[46] *Id.*

4813-0793-8032.v1

Coronavirus is commonly divided into droplet (larger particles that have a transmission range of about six feet) and airborne (smaller particles that can remain suspended in the air for prolonged periods of time) modes of transmission. Though convenient, this binary division is an oversimplification that underscores transmission risk.[47] Humans produce a wide range of particle sizes when coughing, sneezing, talking, singing, or otherwise dispersing droplets, with virions predominating in the smallest particles.[48] Respiratory particles produced by the average person can travel almost 20 feet by sneezing.[49] An M.I.T. researcher has found that virus-laden "clouds" containing clusters of droplets can travel 23 to 27 feet.[50] A recent review article on viral, host and environmental factors reported on the "abundant evidence" that proximity is a significant factor in measuring Coronavirus transmission risks.[51]

96.     Airborne transmission involves the spread of the infectious agent caused by the dissemination of droplet nuclei (aerosols) from, for example, exhaled breath, that remain infectious when suspended in the air over long distances and time.[52] These tiny particles can

---

[47] Kevin P. Fennelly, *Particle sizes of infectious aerosols: implications for infection control*, 8 LANCET RESPIRATORY MED. 9, P914-24 (Sept. 1, 2020), https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30323-4/fulltext (last visited June 3, 2021).

[48] *Id.*

[49] *Id.*

[50] Lydia Bourouiba, *Turbulent Gas Clouds and Respiratory Pathogen Emissions, Potential Implications for Reducing Transmission of COVID-19*, 323 JAMA 18, 1837-38 (Mar. 26, 2020), https://jamanetwork.com/journals/jama/fullarticle/2763852 (last visited June 3, 2021).

[51] Eric A. Meyerowitz et al., *Transmission of SARS-CoV-2: A Review of Viral, Host, and Environmental Factors*, ANNALS INTERNAL MED. (Jan. 2021), https://www.acpjournals.org/doi/10.7326/M20-5008 (last visited June 3, 2021).

[52] Lydia Bourouiba, *Turbulent Gas Clouds and Respiratory Pathogen Emissions, Potential Implications for Reducing Transmission of COVID-19*, 323 JAMA 18, 1837-38 (Mar. 26, 2020), https://jamanetwork.com/journals/jama/fullarticle/2763852 (last visited June 3, 2021); *see also* Jose-Luis Jimenez, *COVID-19 Is Transmitted Through Aerosols. We Have Enough Evidence, Now It Is Time to Act*, TIME (Aug. 25, 2020), https://time.com/5883081/covid-19-transmitted-aerosols/ (last visited June 3, 2021); Ramon Padilla & Javier Zarracina, *WHO agrees with more than 200 medical experts that COVID-19 may spread via the air*, USA TODAY (updated Sept. 21, 2020), www.usatoday.com/in-depth/news/2020/04/03/coronavirus-protection-how-masks-might-stop-spread-through-coughs/5086553002/ (last visited June 3, 2021); Wenzhao Chen et al., *Short-range airborne*

4813-0793-8032.v1

remain suspended "for indefinite periods unless removed by air currents or dilution ventilation."[53]  As a result, the risk of disease transmission increases substantially in enclosed environments, compared to outdoor settings.[54]

97.   The WHO and the scientific community have studied the spread of the Coronavirus through aerosols in indoor settings via air circulation systems.  For example, the CDC published a research letter concluding that a restaurant's air conditioning system triggered the transmission of the Coronavirus, spreading it to people who sat at separate tables downstream of the restaurant's airflow.[55]  Moreover, a study detected the Coronavirus inside HVAC systems transmitted over 180 feet from its source.[56]

98.   A recently published (February 2021) systematic review of airborne transmission of the Coronavirus corroborated the CDC's concerns and recommended procedures to improve ventilation of indoor air environments to decrease bioaerosol concentration and reduce the Coronavirus' spread.[57]

*route dominates exposure of respiratory infection during close contact*, 176 BLDG. & ENV'T (June 2020), https://www.sciencedirect.com/science/article/pii/S0360132320302183 (last visited June 3, 2021).

[53] Kevin P. Fennelly, *Particle sizes of infectious aerosols: implications for infection control*, 8 LANCET RESPIRATORY MED. 9, P914-24 (Sept. 1, 2020), https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30323-4/fulltext (last visited June 3, 2021).

[54] Muge Cevik, Julia L Marcus, Caroline Buckee, & Tara C Smith, *Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) Transmission Dynamics Should Inform Policy*, CLINICAL INFECTIOUS DISEASES (Sept. 23, 2020), https://academic.oup.com/cid/advance-article/doi/10.1093/cid/ciaa1442/5910315 (last visited June 3, 2021).

[55] Jianyun Lu et al., *COVID-19 outbreak associated with air conditioning in restaurant, Guangzhou, China*, 2020, 26 EMERGING INFECTIOUS DISEASES 7 (July 2020), https://wwwnc.cdc.gov/eid/article/26/7/20-0764_article (last visited June 3, 2021); *see also* Keun-Sang Kwon et al., *Evidence of Long-Distance Droplet Transmission of SARS-CoV-2 by Direct Air Flow in a Restaurant in Korea*, 35 J. KOREAN MED. SCI. 46, e415 (Nov. 30, 2020), https://jkms.org/DOIx.php?id=10.3346/jkms.2020.35.e415 (last visited June 3, 2021).

[56] Karolina Nissen et al., *Long-distance airborne dispersal of SARS-CoV-2 in COVID-19 wards*, SCI. REPS. 10, 19589 (Nov. 11, 2020), https://www.nature.com/articles/s41598-020-76442-2 (last visited June 9, 2021).

[57] Zahra Noorimotlagh et al., *A systematic review of possible airborne transmission of the COVID-19 virus (SARS-CoV-2) in the indoor air environment*, 193 ENV'T RSCH. 110612, 1-6 (Feb. 2021), https://www.sciencedirect.com/science/article/pii/S0013935120315097?dgcid=rss_sd_all (last visited May 3, 2021).

4813-0793-8032.v1

99.     Additionally, on May 7, 2021 the CDC issued a scientific brief warning of the risks of airborne indoor transmission of the Coronavirus from aerosols at distances greater than six feet from the source, stating that "transmission of SARS-CoV-2 from inhalation of virus in the air farther than six feet from an infectious source can occur" and that:

> With increasing distance from the source, the role of inhalation likewise increases. Although infections through inhalation at distances greater than six feet from an infectious source are less likely than at closer distances, the phenomenon has been repeatedly documented under certain preventable circumstances. These transmission events have involved the presence of an infectious person exhaling virus indoors for an extended time (more than 15 minutes and in some cases hours) leading to virus concentrations in the air space sufficient to transmit infections to people more than 6 feet away, and in some cases to people who have passed through that space soon after the infectious person left. Per published reports, factors that increase the risk of SARS-CoV-2 infection under these circumstances include:
>
> - **Enclosed spaces with inadequate ventilation or air handling** within which the concentration of exhaled respiratory fluids, especially very fine droplets and aerosol particles, can build-up in the air space.
> - **Increased exhalation** of respiratory fluids if the infectious person is engaged in physical exertion or raises their voice (e.g., exercising, shouting, singing).
> - **Prolonged exposure** to these conditions, typically more than 15 minutes.[58] (emphasis in original)

100.    The CDC has recommended "ventilation interventions" to help reduce exposure to the airborne Coronavirus in indoor spaces, including increasing airflow and air filtration (such as with high-efficiency particulate air ("HEPA") fan/filtration systems).[59] These and other remedial measures must be implemented, at high cost and extra expense, to reduce the amount of the Coronavirus present in the space and to make property safe for its intended use. These

---

[58] *Scientific Brief: SARS-CoV-2 Transmission*, CDC (updated May 7, 2021), https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/sars-cov-2-transmission.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fscience%2Fscience-briefs%2Fscientific-brief-sars-cov-2.html (last visited June 3, 2021).

[59] *Ventilation in Buildings*, CDC (updated June 2, 2021), https://www.cdc.gov/coronavirus/2019-ncov/community/ventilation.html#:~:text=HEPA%20filters%20are%20even%20more,with%20SARS%2DCoV%2D2 (last visited June 3, 2021).

4813-0793-8032.v1

extreme measures demonstrate that the Coronavirus and COVID-19 cause direct physical loss or damage to interior spaces. Even then, those interventions cannot be guaranteed to eliminate the aerosolized Coronavirus in an indoor space. Nor do they eliminate it immediately.

101.   COVID-19 may also be transmitted to people from physical objects, materials, or surfaces. "Fomites" are physical objects or materials that carry, and are capable of transmitting infectious agents, altering these objects to become vectors of disease.[60] Fomite transmission has been demonstrated as highly efficient for viruses, both from object-to-hand and from hand-to-mouth.[61]

102.   In addition, while fomite transmission may not be the primary route of transmission for COVID-19, fomite transmission is important and has been estimated to be responsible for up to 25% of all deaths due to COVID-19 since lockdowns were imposed.[62]

103.   The WHO has described fomite transmission as follows:

> Respiratory secretions or droplets expelled by infected individuals can contaminate surfaces and objects, creating fomites (contaminated surfaces). **Viable SARS-CoV-2 virus and/or RNA detected by RT-PCR can be found on those surfaces for periods ranging from hours to days**, depending on the ambient environment (including temperature and humidity) and the type of surface, in particular at high concentration in health care facilities where COVID-19 patients were being treated. Therefore, transmission may also occur indirectly through touching surfaces in the immediate environment or objects contaminated with virus from an infected person . . . .[63] (Emphasis added).

---

[60] *Fomite*, MERRIAM-WEBSTER, https://www.merriam-webster.com/dictionary/fomite (last visited June 3, 2021).

[61] P. Rusin, S. Maxwell, & C. Gerba, *Comparative surface-to-hand and fingertip-to-mouth transfer efficiency of gram-positive bacteria, gram-negative bacteria, and phage*, 93 J. APPLIED MICROBIOLOGY, 4, 585-92 (Sept. 18, 2002), https://pubmed.ncbi.nlm.nih.gov/12234341/ (last visited June 3, 2021).

[62] A. Meiksin, *Dynamics of COVID-19 transmission including indirect transmission mechanisms: a mathematical analysis*, 148 EPIDEMIOLOGY & INFECTION e257, 1-7 (Oct. 23, 2020), https://www.cambridge.org/core/journals/epidemiology-and-infection/article/dynamics-of-covid19-transmission-including-indirect-transmission-mechanisms-a-mathematical-analysis/A134C5182FD44BEC9E2BA6581EF805D3 (last visited June 3, 2021).

[63] *See, e.g., Scientific Brief: Transmission of SARS-CoV-2: implications for infection prevention precautions*, WHO (July 9, 2020), https://www.who.int/news-room/commentaries/detail/transmission-of-sars-cov-2-implications-for-

104.    In addition to studies cited by the WHO,[64] numerous other studies and scientific articles have discussed fomite transmission as a mode of virus transmission, including, but not limited to:

a.    A study of a COVID-19 outbreak published by the CDC identifying elevator buttons and restroom taps as possible causes of the "rapid spread of SARS-CoV-2" in a shopping mall in China.[65]

b.    A National Institutes of Health study published in the New England Journal of Medicine finding that the Coronavirus survives up to four hours on copper, up to 24 hours on cardboard, and up to three days on plastic and stainless steel, and suggesting that people may acquire the virus through the air and after touching contaminated objects.[66]

c.    An American Society for Microbiology article discussing fomite infection as involving both porous and non-porous surfaces, and occurring through a fomite's contact with bodily secretions, hands, aerosolized virus from talking, sneezing, coughing, etc., or other airborne viral particles that settle after a disturbance of a fomite (*e.g.*, shaking a contaminated textile such as clothing merchandise).[67]   According to the researchers, "[o]nce a fomite is contaminated, the transfer of infectious virus may readily occur between inanimate and animate objects, or vice versa, and between two separate

---

infection-prevention-precautions (last visited June 3, 2021).

[64] *Id.*

[65] Jing Cai et al., *Indirect Virus Transmission in Cluster of COVID-19 Cases, Wenzhou, China, 2020*, 26 EMERGING INFECTIONS DISEASES 6 (June 2020), https://wwwnc.cdc.gov/eid/article/26/6/20-0412_article (last visited June 3, 2021).

[66] *New coronavirus stable for hours on surfaces*, NAT'L INSTS. HEALTH (Mar. 17, 2020), https://www.nih.gov/news-events/news-releases/new-coronavirus-stable-hours-surfaces (last visited June 3, 2021).

[67] Stephanie A. Bone & Charles P. Gerba, *Significance of Fomites in the Spread of Respiratory and Enteric Viral Disease*, 73 APPLIED & ENV'T MICROBIOLOGY 6, 1687-96 (Mar. 2007), https://aem.asm.org/content/73/6/1687 (last visited June 3, 2021).

fomites (if brought together)."[68]  Generally, frequently touched surfaces can become highly transmissive fomites.[69]

    d.    A CDC research letter reporting that the Coronavirus can remain viable on polystyrene plastic, aluminum, and glass for 96 hours in indoor living spaces.[70]

    e.    A *Journal of Hospital Infection* article citing studies revealing that human coronaviruses can persist on inanimate surfaces like metal, glass, or plastic for up to nine days.[71]

105.    Importantly, the Coronavirus has been detected on environmental objects and surfaces from symptomatic, pre-symptomatic and asymptomatic individuals.[72]  Fomites are known to transform the surface of property into a potentially deadly Coronavirus transmission device.

106.    Accordingly, the presence of the Coronavirus in and on property, including in indoor air, on surfaces, and on objects, causes physical loss or damage to property by causing physical harm to and altering property and otherwise making it incapable of being used for its intended purpose.

107.    Among other things, the presence of the Coronavirus transforms everyday

---

[68] *Id.*

[69] *Id.*

[70] Boris Pastorino et al., *Prolonged Infectivity of SARS-CoV-2 in Fomites*, 26 EMERGING INFECTIOUS DISEASES 9 (Sept. 2020), https://wwwnc.cdc.gov/eid/article/26/9/20-1788_article (last visited June 3, 2021).

[71] G. Kampf et al., *Persistence of coronaviruses on inanimate surfaces and their inactivation with biocidal agents*, J. HOSP. INFECTION 104, 246-51 (Feb. 6, 2020), https://www.journalofhospitalinfection.com/action/showPdf?pii=S0195-6701%2820%2930046-3 (last visited June 3, 2021).

[72] Minghui Yang et al., *SARS-CoV-2 Detected on Environmental Fomites for Both Asymptomatic and Symptomatic Patients with COVID-19*, 203 AM. J. RESPIRATORY & CRITICAL CARE MED. 3, 374-78 (Feb. 1, 2021), https://www.atsjournals.org/doi/pdf/10.1164/rccm.202006-2136LE (last visited June 3, 2021).

surfaces and objects into fomites, causing a tangible change of the property into a transmission vehicle for disease from one host to another. The WHO's description of fomite transmission of COVID-19 expressly recognizes this physical alteration of property, describing viral droplets as "**creating** fomites (contaminated surfaces)"[73] (emphasis added). "Creating" involves making or bringing into existence something new[74] – such as something that is in an altered state from what it was before the Coronavirus was present on, in and around the property.

108.   The Coronavirus adheres to surfaces and objects, harming and physically changing and physically altering those objects by becoming a part of their surface and making physical contact with them unsafe for their ordinary and customary use. Once the Coronavirus is in, on, or near property, it is easily spread by the air, people, and objects, from one area to another, causing additional physical loss or damage.

109.   Additionally, the presence of the dangerous and potentially fatal Coronavirus in and on property, including in indoor air, on surfaces, and on objects, renders the property lost, unsafe and unfit for its normal usage. Respiratory particles (including droplets and airborne aerosols) and fomites are physical substances that alter the physical properties of the interiors of buildings to make them unsafe, untenantable, uninhabitable, and unfit for normal use.

110.   In addition to being found in air samples,[75] the Coronavirus remains stable in body secretions (respiratory, urine, feces), on surfaces, and in sewage, particularly at lower

---

[73] *See, e.g., Scientific Brief: Transmission of SARS-CoV-2: implications for infection prevention precautions*, WHO (July 9, 2020), https://www.who.int/news-room/commentaries/detail/transmission-of-sars-cov-2-implications-for-infection-prevention-precautions (last visited June 3, 2021).

[74] *See, e.g., Create*, MERRIAM-WEBSTER, https://www.merriam-webster.com/dictionary/create (last visited June 3, 2021).

[75] Zhen-Dong Guo et al., *Aerosol and Surface Distribution of Severe Acute Respiratory Syndrome Coronavirus 2 in Hospital Wards, Wuhan, China, 2020*, 26 EMERGING INFECTIOUS DISEASES 7, 1583-91 (July 2020), https://pubmed.ncbi.nlm.nih.gov/32275497/ (last visited June 3, 2021).

4813-0793-8032.v1

temperatures.[76]

**D.    The Coronavirus Cannot be Removed or Eliminated by Routine Cleaning**

111.    The proposition advanced by the insurance industry that an indoor space containing the infectious Coronavirus can be made safe and fit for its functional and intended use because the Coronavirus can be removed by routine surface cleaning is false.

112.    In fact, the CDC has recently released guidance stating that there is little evidence to suggest that routine use of disinfectants can prevent the transmission of the Coronavirus from fomites in community settings.[77]    Indeed, the CDC concluded that according to a more quantitative microbial risk assessment study, "surface disinfection once- or twice-per-day had little impact on reducing estimated risks" of Coronavirus transmission.[78]

113.    A number of studies have demonstrated that the Coronavirus is "much more resilient to cleaning than other respiratory viruses so tested."[79]    The measures that must be taken to attempt to remove and disinfect the Coronavirus from property are significant and depend on the concentration of the Coronavirus, myriad surface characteristics (*e.g.*, type of surface, temperature, porosity) and extend far beyond ordinary or routine cleaning.

114.    Efficacy of decontaminating agents for viruses is based on a number of factors, including the initial amount of virus present, surface porosity, contact time with the

[76] Nevio Cimolai, *Environmental and decontamination issues for human coronaviruses and their potential surrogates*, 92 J. MED. VIROLOGY 11, 2498-510 (June 12, 2020), https://onlinelibrary.wiley.com/doi/10.1002/jmv.26170 (last visited June 3, 2021).

[77] *Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments*, CDC (updated Apr. 5, 2021), https://www.cdc.gov/coronavirus/2019-ncov/more/science-and-research/surface-transmission.html (last visited June 3, 2021).

[78] *Id.* (citing A. K. Pitol & T. R. Julian, *Community transmission of SARS-CoV-2 by fomites: Risks and risk reduction strategies*, ENV'T SCI. & TECH. LETTERS (2020)).

[79] Nevio Cimolai, *Environmental and decontamination issues for human coronaviruses and their potential surrogates*, 92 J. MED. VIROLOGY 11, 2498-510 (June 12, 2020), https://onlinelibrary.wiley.com/doi/10.1002/jmv.26170 (last visited June 3, 2021).

34

decontaminating agent, dilution, temperature, and pH, among many others.  No reported studies have investigated the efficacy of surface cleaning (with soap or detergent not containing a registered disinfectant) for reducing concentrations of the Coronavirus on non-porous surfaces. [80] However, in one study, detergent surfactants were not recommended as single agents, but rather in conjunction with complex disinfectant solutions.[81]

115.    Additionally, unlike cleaning a visible substance such as dust, the Coronavirus is invisible to the naked eye, making it challenging to accurately determine the efficacy of decontaminating agents and how "clean is clean" or if surface disinfection was even effective. Moreover, the toxicity of an agent may inhibit the growth of cells used to determine the presence of virus, making it difficult to determine if lower levels of infectious virus are actually still present on treated surfaces.[82]

116.    In order to be effective, cleaning and decontamination procedures require strict adherence to protocols not necessarily tested under "real life" conditions in the midst of a widespread wave of pervasive Coronavirus spread, where treated surfaces or objects may not undergo even exposure or adequate contact time.[83]  Indeed, studies of coronaviruses have demonstrated viral RNA persistence on objects despite cleaning with 70% alcohol. [84]

117.    When considering disinfection and decontamination, the safety of products and

---

[80] *Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments*, CDC (updated Apr. 5, 2021), https://www.cdc.gov/coronavirus/2019-ncov/more/science-and-research/surface-transmission.html (last visited June 3, 2021).

[81] Nevio Cimolai, *Environmental and decontamination issues for human coronaviruses and their potential surrogates*, 92 J. MED. VIROLOGY 11, 2498-510 (June 12, 2020), https://onlinelibrary.wiley.com/doi/10.1002/jmv.26170 (last visited June 3, 2021).

[82] *Id.*

[83] *Id.*

[84] Joon Young Song et al., *Viral Shedding* and *Environmental Cleaning in Middle East Respiratory Syndrome Coronavirus Infection*, 47 INFECTION & CHEMOTHERAPY 4, 252-55 (Dec. 2015), https://www.icjournal.org/DOIx.php?id=10.3947/ic.2015.47.4.252 (last visited June 3, 2021).

4813-0793-8032.v1

procedures must be considered as well, due to the risks of harmful chemical accumulation, breakdown of treated materials, flammability, and potential for allergen exposure.[85]

118.    With respect to textiles – one of the forms of merchandise sold at Tapestry's Stores – studies have demonstrated that virus can survive on fabrics and be transferred to skin and other surfaces, "suggesting it is biologically plausible that . . . infectious diseases can be transmitted directly through contact with contaminated textiles."[86] Coronavirus, which was dispersed onto and into the very fabric of Tapestry's merchandise therefore caused physical loss or damage to that merchandise, transforming it into hazardous material.

119.    Given the inadequacy of conventional cleaning procedures and in response to the physical loss or damage at the Tapesty Stores caused by the presence of Coronavirus and COVID-19 on surfaces, disinfection and decontamination measures include, but are not limited to, the use of harsh chemicals to perform deep disinfection, the removal and disposal of porous materials like clothing, cloth and other fabrics.

120.    Tapestry also, as a result of or in connection with the physical loss or damage to Tapestry's merchandise and property, removed repaired, rebuilt and reinstalled property and fixtures within its Stores and otherwise reconfigured and altered interior spaces to respond to and restore the physical loss or damage caused by the communicable disease COVID-19.

121.    Similarly, property, such as interior spaces, walls, shelving and merchandising racks, had to be discarded, rebuilt and/or reconfigured to accommodate building, occupancy codes and other restrictions in place following the presence of the Coronavirus and COVID-19 at

---

[85] Id.

[86] Lucy Owen & Katie Laird, The role of textiles as fomites in the healthcare environment: a review of the infection control risk, 8 PEER J. LIFE & ENV'T e9790, 1-35 (Aug. 25, 2020), https://peerj.com/articles/9790/ (last visited June 3, 2021).

36

the Tapestry Stores. These measures, among others, demonstrate that the Coronavirus and COVID-19 did and do cause physical loss or damage to property.

122. None of the above-referenced surface cleaning measures, however, remove the Coronavirus from the air. And, in fact, many actually exacerbate the damage to the air.

123. Many of the surfaces and materials discussed in the studies and articles cited above are used throughout Tapestry's Stores as part of their operations, including plastics, glass, metals, and cloth and fabrics. Similarly, these surfaces and materials are used in virtually all office buildings, stores, shopping centers, restaurants, movie theaters, and other businesses and amenities throughout the U.S. and the across the globe.

124. The aerosolized Coronavirus presents an inhalation exposure risk for people becoming exposed and infected with the Coronavirus and developing COVID-19. Indeed, the CDC, on April 5, 2021, concluded that:

- "[t]he principal mode by which people are infected with [the Coronavirus] … is through exposure to respiratory droplets carrying infectious virus"; and

- "when a person with suspected or confirmed COVID-19 has been indoors, virus can remain suspended in the air for minutes to hours."[87]

125. Aerosolized Coronavirus particles and virions cannot be eliminated by routine surface cleaning and in some cases cleaning contaminated surfaces (i.e., floors) could reasonably result in re-aerosolization of the Coronavirus. Cleaning the Coronavirus from surfaces in an indoor space will not remove aerosolized Coronavirus particles from the air any more than cleaning friable asbestos particles that have landed on a surface will remove the friable asbestos

---

[87] *Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments*, CDC (updated Apr. 5, 2021), https://www.cdc.gov/coronavirus/2019-ncov/more/science-and-research/surface-transmission.html (last visited June 3, 2021).

particles suspended in the air.  In each case, people can inhale and become infected with the Coronavirus or develop asbestos-related diseases.

126.   Moreover, given the ubiquity and pervasiveness of the Coronavirus, no amount of cleaning or ventilation intervention will prevent a person infected with the Coronavirus who is contagious from entering an indoor space and exhaling millions of additional Coronavirus droplets and infectious aerosols into the air, thereby further:  (a) filling the air and physically altering it with aerosolized Coronavirus that can be inhaled; and (b) depositing infectious Coronavirus droplets on the surfaces, physically altering and transforming those surfaces into disease-transmitting fomites.

E.   **The Certain or Virtually Certain Presence of the Coronavirus at Tapestry's Stores, its Attraction Property and its Contingent Time Element Locations**

127.   Since March 2020, over 1,261 Tapestry employees (including 17 in Maryland) have confirmed that they contracted COVID-19.  Given the high percentage of asymptomatic cases of COVID-19, it is certain that the actual number of Tapestry employees who had contracted COVID-19 was substantially greater than the at least 1,261 employees (including 17 in Maryland) known to have contracted COVID-19.  This is proof of the actual, certain presence of the Coronavirus at Tapestry's Stores, *i.e.*, in, or around, the properties.

128.   Additionally, given how highly contagious the Coronavirus is, the global pervasive status of COVID-19 and the heavily trafficked common areas in and around Tapestry's Stores, including its locations within Maryland, it is statically certain or near-certain that many other individuals at or in the vicinity of Tapestry's Stores contracted and carried the Coronavirus. Two examples of this are Tapestry's Stores located at the Clarksburg Premium Outlets shopping center in Clarksburg, Maryland in Montgomery County – particularly:  (a) the Coach Outlet; and (b) the Kate Spade Outlet located in that shopping center.

4813-0793-8032.v1

129.    Maryland experienced a COVID-19 outbreak in March 2020.  By April 15, 2020, Maryland had over 10,000 reported cases with 349 recorded deaths.[88]

130.    Moreover, the high number of COVID-19 deaths indicates a significantly higher number of cases than those confirmed by COVID-19 tests.[89]  The infection fatality rate ("IFR") for COVID-19, defined as the proportion of individuals who die of the disease among all infected individuals, varies by age, as shown in the table below.[90]

### IFR TABLE FOR MONTGOMERY COUNTY, MARYLAND (TAPESTRY)

| Age | Proportion of U.S. Population (2010)[91] | Proportion of Montgomery County (2019)[92] | IFR | Infections Per Death |
|---|---|---|---|---|
| 0-17 | 0.24 | 0.231 | 0.00002 | 50,000 |
| 18-49 | 0.44 | 0.409 | 0.0005 | 2,000 |
| 50-64 | 0.19 | 0.200 | 0.006 | 167 |
| 65+ | 0.13 | 0.161 | .09 | 11 |

131.    In the U.S., the average IFR across all age demographics represented in the table above (taking into account each category's proportion to the population as a whole) is 0.013, meaning that there is approximately one death for every 77 infections.  The death toll in the U.S.

---

[88] *TIMELINE: Coronavirus in Maryland, Tracing the Spread in 2020*, CBS BALTIMORE, https://baltimore.cbslocal.com/timeline-how-the-coronavirus-spread-in-maryland/ (last visited June 9, 2021).

[89] Andrew T. Levin et al. *Assessing the age specificity of infection fatality rates for COVID-19: systematic review, meta-analysis, and public policy implications*, 35 EUR. J. EPIDEMIOLOGY 12, 1123-38 (Dec. 8, 2020), https://pubmed.ncbi.nlm.nih.gov/33289900/ (last visited June 11, 2021).

[90] *COVID-19 Pandemic Planning Scenarios*, CDC (updated Mar. 19, 2021), https://www.cdc.gov/coronavirus/2019-ncov/hcp/planning-scenarios.html (last visited June 11, 2021).  Results reproduced from Table 1 (current best estimate).

[91] *Age and Sex Composition: 2010*, U.S. CENSUS BUREAU, at 2 tbl.1 (May 2011), https://www.census.gov/prod/cen2010/briefs/c2010br-03.pdf (last visited June 11, 2021).

[92] *County Population by Characteristics: 2010-2019*, U.S. CENSUS BUREAU, at Maryland dataset link (updated June 11, 2021), https://www.census.gov/data/tables/time-series/demo/popest/2010s-counties-detail.html (last visited June 11, 2021).

4813-0793-8032.v1

attributable to the Coronavirus and COVID-19 stood at 554,929 through April 5, 2021.[93]  That statistic, however, corresponds to 42,478,281 cases, which is significantly larger than the 30.7 million cases confirmed through testing as of that date.[94]

132.    The IFR is a statistical quantity estimated from data using seroprevalence studies.[95]  As more data becomes available, the accuracy of the estimation continues to improve. Current estimates of IFR used by the CDC comes from peer-reviewed statistical analyses using data from 27 studies and 34 locations,[96] and account for the range of uncertainty of IFR estimates according to best standards of statistical practice.

133.    The IFR estimates can vary by county based on age demographics.  Specifically, the COVID-19 IFR for Montgomery County, MD is estimated to be 0.0159 using the above table, which means that each death in Montgomery County corresponds to about 63.1 cases in the county.  Accounting for uncertainty in IFR estimation gives a plausible range of variation in Montgomery County between 0.0119 (corresponding to 84.1 cases for each death) to 0.0198 (corresponding to 50.4 cases for each death).  These numbers are based on uncertainty reported by a peer-reviewed multi-location, multi-study meta-analysis.[97]  A meta-analysis is a quantitative statistical analysis of several separate but similar experiments or studies in order to test the

---

[93] *Coronavirus in the U.S.: Latest Map and Case Count*, NY TIMES (updated June 11, 2021), https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html (last visited June 11, 2021).

[94] *Id.*

[95] Seroprevalence studies use blood tests to identify people in a population who have antibodies against the Coronavirus. *See Large-scale Geographic Seroprevalence Surveys*, CDC (updated Oct. 2, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/geographic-seroprevalence-surveys.html (last visited June 11, 2021).

[96] Andrew T. Levin et al., *Assessing the age specificity of infection fatality rates for COVID-19: systematic review, meta-analysis, and public policy implications*, 35 EUR. J. EPIDEMIOLOGY 12, 1123-38 (Dec. 2020), https://pubmed.ncbi.nlm.nih.gov/33289900/ (last visited June 11, 2021).

[97] *Id.*

40

pooled data for statistical significance.[98]

134.    Using deaths recorded in Montgomery County, Maryland with the IFR estimate for the county can be used to reliably demonstrate the proportion of persons in the Montgomery County population who were infectious with COVID-19 on a particular day in 2020. This metric, also known as "daily prevalence," varied over 2020, with maximum daily prevalence in Montgomery County reaching 0.67%, and a plausible range of from 0.53% to 0.89%. Simply put, the greater the daily prevalence of COVID-19, the more widespread the disease and the Coronavirus were among the population.

135.    The high prevalence of infectious COVID-19 cases makes it statistically certain or near-certain that Coronavirus droplets and aerosols were frequently dispersed into the air and on property in, on and around the Tapestry Stores, rendering routine cleaning even less effective at removing the Coronavirus from surfaces at the Tapestry Stores and completely ineffective at removing aerosolized Coronavirus particles and virions from the air inside those Stores. This was also the case at a myriad of business and tourist destinations throughout the state, including at the Attraction Property.

136.    Between March 1, 2020, and December 31, 2020, two Tapestry Stores located in Clarksburg, Maryland (the Coach Outlet and the Kate Spade Outlet) had a total of 96,818 and 53,053 customer visits, respectively. Correlating these visits to the prevalence of infectious cases in Montgomery County is telling: during this period, the Coach Outlet experienced an estimated 225.7 visits from customers infectious with COVID-19, with a plausible range of variation from 180.5 to 300.9, while the Kate Spade Outlet experienced an estimated 127.6 visits

---

[98] *Meta-analysis*, MERRIAM-WEBSTER, https://www.merriam-webster.com/dictionary/meta-analysis (last visited June 11, 2021).

4813-0793-8032.v1

from customers infectious with COVID-19, with a plausible range of variation from 102.1 to 170.2.

137.    In short, during each of the 219 days when the Coach Outlet was opened to customers between March 1, 2020 and December 31, 2020, that location experienced an average of 1.03 visits by customers infectious with COVID-19, with a plausible range of variation from 0.82 to 1.37 such visits per day.

138.    Similarly, during each of the 207 days that the Kate Spade Outlet was opened to customers between March 1, 2020 and December 31, 2020, that location experienced an average of 0.62 visits by customers infectious with COVID-19, with a plausible range of variation from 0.49 to 0.82 such visits per day

139.    Due to the high prevalence of infectious cases, the Coronavirus was statistically certain or near certain to be present at a myriad of office buildings, stores, shopping centers, restaurants, movie theaters, and other businesses and amenities throughout Maryland, the U.S. and the across the globe in locations where Tapestry operates the Tapestry Stores and where the ATTRACTION PROPERTY and Tapestry's **contingent time element locations** are located.

140.    The CDC keeps track of known infections by county. Each of the U.S.'s over 3,142 county and county-equivalents has reported COVID-19 infections.

141.    The presence of the Coronavirus at the Tapestry Stores, as well as at the ATTRACTION PROPERTY, was certain or virtually certain. This can be confirmed with certainty or near-certainty by statistical modeling based on the known incidences of infection, despite the lack of commercially available tests for air or surface presence of the Coronavirus, and despite the shortage of either rapid or laboratory COVID-19 tests and testing sites that could have otherwise resulted in testing being administered to every individual who was on-site at the

4813-0793-8032.v1

relevant times.[99]

142.    Early in the course of the Coronavirus and COVID-19, testing was limited, and thus potentially thousands more people were infected than were reported.[100] National and local incidence and prevalence rates clearly demonstrated the high magnitude of COVID-19 infections (and deaths) and the pervasiveness of the Coronavirus throughout the states, countries and regions where the Tapestry Stores are located.  Moreover, deaths recorded in these same states, countries, and regions point to a much higher prevalence of infectious cases that the number of positive COVID-19 tests actually reported in the area, and reliable statistical models have established with certainty or high probability that the Coronavirus was present at the Tapestry Stores.

143.    Epidemiologists have explained that "the percent positive is a critical measure because it gives us an indication of how widespread infection is in the area where the testing is occurring[.]"[101]  The percent positive is a crucial indicator to determine whether a business can safely remain open.  As a threshold for the percent positive being "too high," the WHO stated that the percent positive should remain below 5% for at least two weeks before re-opening.[102]

144.    As shown below, by way of example, many of the cities and states in which Tapestry maintains its U.S. Tapestry Stores were experiencing exceptionally high positivity

---

[99] See, e.g., Aroon Chande et al., Real-time, interactive website for US-county-level COVID-19 event risk assessment, 4 NATURE HUM. BEHAV., 1313-19 (Nov. 9, 2020), https://www.nature.com/articles/s41562-020-01000-9 (last visited June 3, 2021).

[100] See, e.g., Benedict Carey & James Glanz, Hidden Outbreaks Spread Through U.S. Cities Far Earlier Than Americans Knew, Estimates Say, N.Y. TIMES (updated July 6, 2020), https://nytimes.com/2020/04/23/us/coronavirus-early-outbreaks-cities.html (last visited June 3, 2021).

[101] David Dowdy & Gypsyamber D'Souza, COVID-19 Testing: Understanding the "Percent Positive", JOHNS HOPKINS BLOOMBERG SCH. PUB. HEALTH (Aug. 10, 2020), https://www.jhsph.edu/covid-19/articles/covid-19-testing-understanding-the-percent-positive.html (last visited June 3, 2021).

[102] Id.

43

rates:

- **Maryland**: As of March 31, 2020, Maryland reported a 7-day positivity rate of 13.72% and a daily positivity rate of 16.76% - with those numbers both over 25% by April 17. [103]

- **New York City**: As of April 1, 2020, New York City's positivity rate reached 57.4%, which is over 11 times higher than the 5% positivity cap. [104]

- **New York**: Throughout March 2020, New York's positivity rate steadily skyrocketed, and approached a staggering 50% in early April, nearly 10 times higher than the 5% positivity limit. [105]

- **Connecticut**: As of March 31, 2020, the statewide 7-day rolling test positivity rate was 35% in Connecticut. [106]

- **New Jersey:** By March 27, 2020, New Jersey's positivity rate was 33.4%. [107]

- **Georgia:** As of April 4, 2020, Georgia had a 7-day moving average positivity rate of 31.0%. [108]

- **Chicago**: By the end of March 2020, the positivity rate in Chicago was over

[103] *Coronavirus Disease 2019 (COVID-19) Outbreak*, MARYLAND.GOV (updated June 3, 2021), https://coronavirus.maryland.gov/ (last visited June 3, 2021).

[104] *Percentage Positive Results By County Dashboard*, N.Y. FORWARD (updated June 15, 2021), https://forward.ny.gov/percentage-positive-results-county-dashboard (last visited June 16, 2021).

[105] *Id.*.

[106] *COVID-19 in Connecticut: Data Analysis*, DATAHAVEN (Nov. 11, 2020), https://www.ctdatahaven.org/reports/covid-19-connecticut-data-analysis (last visited June 3, 2021).

[107] Brent Johnson & Len Menlisurgo, *N.J. coronavirus cases spike to 8,825 with 108 deaths. Officials announce 1,982 new positive tests, marking another big 24-hour surge*, NJ.COM (updated Mar. 28, 2020), https://www.nj.com/coronavirus/2020/03/nj-coronavirus-cases-spike-to-8825-with-108-deaths-officials-announce-1982-new-positive-tests-marking-another-big-24-hour-surge.html (last visited June 3, 2021).

[108] *Daily State-By-State Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/georgia (last visited June 3, 2021).

4813-0793-8032.v1

20%.[109]

- **Indiana**: As of April 7, 2020, Indiana had a 7-day moving positivity average rate of 19.9%.[110]

- **Illinois**: As of March 31, 2020, Illinois had a 7-day moving positivity average rate of 18.8%.[111]

- **Massachusetts**: As of April 1, 2020, Massachusetts had a daily positivity 7-day moving average of 18.2%.[112]

- **Colorado**: As of December 5, 2020, the Colorado Department of Public Health reported a modeling report that estimated 16.5% of the state's 5.8 million residents have been infected to date and that 1 in 40 Coloradans were infectious.[113]

- **Los Angeles**: As of April 18, 2020, the positivity rate in Los Angeles County was 14.4% with the positivity rate in Los Angeles City being 7.3%.[114]

- **Nevada**: As of April 1, 2020, Nevada had a daily positivity 7-day moving

---

[109] *CHICAGO COVID-19 UPDATE*, CHI. DEPT. PUB. HEALTH (July 30, 2020), https://www.chicago.gov/content/dam/city/sites/covid/reports/2020-07-30/Chicago_COVID-19_Update_V8_7.30.2020.pdf (last visited June 3, 2021).

[110] *Daily State-By-State-Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/indiana (last visited June 3, 2021).

[111] *Daily State-By-State-Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/illinois (last visited June 3, 2021).

[112] *Daily State-By-State-Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/massachusetts (last visited June 3, 2021).

[113] Noelle Phillips, *1 in 40 Coloradans are positive for COVID-19, state modeling report says*, DENVER POST (Dec. 5, 2020), https://www.denverpost.com/2020/12/05/colorado-covid-outbreak-rate-december-2020/ (last visited June 3, 2021).

[114] *Daily Los Angeles COVID-19 Data Summary*, OFF. MAYOR (July 29, 2020), https://corona-virus.la/sites/default/files/inline-files/Release_Daily%20Data%20Report%20Wednesday%207_29_F%20%281%29.pdf (last visited June 3, 2021).

4813-0793-8032.v1

average of 13.8%. Nevada's daily positive 7-day moving average as of August 3, 2020 was 15.8% and as December 13, 2020 was 19.5%. [115]

- **Pennsylvania**: As of March 31, 2020, the positivity rate in Philadelphia was over 12% with 4,843 positive cases and 63 deaths. [116]

- **California**: As of April 5, 2020, California reported a 7-day test positivity rate of 11.8%. [117]

- **Ohio:** As of April 1, 2020, Ohio had a daily positivity 7-day moving average of 11.4%, which continued to rise to 24.2%, as of April 21, 2020. [118]

- **Arizona:** As of April 17, 2020, Arizona had a daily positivity 7-day moving average of 11.0%. Arizona's daily positivity 7-day moving average subsequently rose to 19.2% as of July 6, 2020. [119]

- **Florida**: On March 29, 2020, the 7-day positivity rate for those taking COVID-19 tests in Florida was 10% with a daily rate of 13%. [120]

- **San Francisco**: From early March through late April 2020, San Francisco's

---

[115] *Daily State-By-State Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/nevada (last visited June 3, 2021).

[116] *See PA Coronavirus (COVID-19) Update Archive March 2020*, PA. DEPT. HEALTH (Mar. 31, 2020), https://www.health.pa.gov/topics/disease/coronavirus/Pages/March-Archive.aspx (last visited June 3, 2021).

[117] *Tracking COVID-19 in California*, COVID19.CA.GOV (updated June 3, 2021), https://covid19.ca.gov/state-dashboard/ (last visited June 3, 2021).

[118] *Daily State-By-State Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/ohio (last visited June 3, 2021).

[119] *Daily State-By-State Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/arizona (last visited June 3, 2021).

[120] *Florida Dept. of Health Updates New COVID-19 Cases, Announces Three New Deaths Related to COVID-19, Morning Update*, FLORIDAHEALTH.GOV (Mar. 30, 2020), http://www.floridahealth.gov/newsroom/2020/03/033020-1100-covid19.pr.html (last visited June 3, 2021).

4813-0793-8032.v1

positive test rate was over 10%.[121]

- **Wisconsin**: As of March 31, 2020, Wisconsin had a 7-day moving positivity average rate of 9.8%, as of October 25, 2020, the 7-day positivity average rate spiked to 16.85%.[122]

- **Virginia**: As of March 31, 2020, Virginia had a daily positivity 7-day moving average of 9.4%, which continued to rise to 19.4% as of April 23, 2020.[123]

- **Washington**: As of March 31, 2020, Washington had a 7-day moving positivity average rate of 9.3%.[124]

- **Texas**: As of April 1, 2020, Texas had a daily positivity 7-day moving average of 6.8%. Texas's daily positivity 7-day moving average as of August 7, 2020, was 20.1%.[125]

145.  As shown below, by way of example, the foreign countries where Tapestry maintains a large number of its Tapestry Stores were also experiencing exceptionally high positivity rates of the Coronavirus once again demonstrating the certain or virtually certain presence of the Coronavirus at all of Tapestry's Stores at various points in time since the emergence of the Coronavirus and COVID-19:

---

[121] Kellie Hwang, *S.F.'s coronavirus positive test rate is the lowest of all big U.S. cities. Can it stay that way?*, S.F. CHRON. (updated Oct. 30, 2020), https://www.sfchronicle.com/bayarea/article/S-F-s-coronavirus-positive-test-rate-is-the-15683356.php (last visited June 3, 2021).

[122] *Daily State-By-State-Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/wisconsin (last visited June 3, 2021).

[123] *Daily State-By-State Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/virginia (last visited June 3, 2021).

[124] *Daily State-By-State-Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/washington (last visited June 3, 2021).

[125] *Daily State-By-State Testing Trends*, JOHNS HOPKINS UNIV. MED. (updated June 3, 2021), https://coronavirus.jhu.edu/testing/individual-states/texas (last visited June 3, 2021).

4813-0793-8032.v1

- **Spain**: As of April 21, 2020, Spain had a daily positivity rate, given as a rolling 7-day average of 42.90%[126]

- **United Kingdom**: As of April 10, 2020, the United Kingdom had a daily positivity rate, given as a rolling 7-day average of 30.00%.[127]

- **Italy**: As of March 20, 2021, Italy had a daily positivity 7-day moving average of 26.8 %.[128]

- **Japan**: As of February 14, 2020, Japan had a daily positivity 7-day moving average of 20.4%.[129]

- **Canada**: As of April 11, 2020, Canada had a daily positivity rate, given as a rolling 7-day average of 11.20%.[130]

146.    Maryland presents a powerful example of how the above-referenced statistical modeling confirms the presence of the Coronavirus at Tapestry's Stores (in addition to its certain presence as demonstrated by the large numbers of Tapestry employees who reported contracting COVID-19).

147.    With respect to the testing that was then available, local positivity rates demonstrated the pervasiveness of the Coronavirus in Maryland by March 2020 and the certitude based on statistical modeling that Tapestry's 15 Maryland retail Stores and their nearby Attraction Properties suffered from the presence of the Coronavirus. As of March 31, 2020, Maryland reported a 7-day positivity rate of 13.72% and a daily positivity rate of 16.76%, with

---

[126] *Coronavirus (COVID-19) Testing*, OUR WORLD IN DATA (updated June 1, 2021), https://ourworldindata.org/coronavirus-testing (last visited June 3, 2021).

[127] *Id.*

[128] *Id.*

[129] *Id.*

[130] *Id.*

4813-0793-8032.v1

those numbers both over 25% by April 17 – indicating uncontrolled community spread of the Coronavirus and its certain or virtually certain presence in all of Tapestry's Maryland Stores.[131]

148.    The other states and countries where Tapestry maintained its other Stores and operations experienced a similar spread of the Coronavirus and COVID-19 and those Stores experienced the same physical loss or damage to property as Tapestry experienced in Maryland.

**F.    New and Even More Transmissible Variants of the Coronavirus Have Emerged During the 2020/2021 Policy Period**

149.    While the damage and destruction caused by the original variant of the Coronavirus (the Wild Type) is staggering, during the 2020/2021 Policy Period, completely new and distinct variants of the Coronavirus emerged that were even more transmissible than the original Wild Type variant of the Coronavirus.[132]

150.    These new variants of the Coronavirus have caused yet more physical loss of or damage to Tapestry's Stores, its ATTRACTION PROPERTY and its **contingent time element locations**.

151.    In December 2020, a new variant, called B.1.1.7 of the Coronavirus, thought to be 50% more transmissible and infectious, and up to 30% deadlier than the original Wild Type (and therefore even more apt than the Wild Type to cause physical loss or damage by rendering that property unfit, unsafe and uninhabitable), was identified in the U.K.[133] As of January 2021, the

---

[131] *Coronavirus Disease 2019 (COVID-19) Outbreak*, MARYLAND.GOV (updated June 9, 2021), https://coronavirus.maryland.gov/ (last visited June 9, 2021).

[132] Takahisa Fujino et al., *Novel SARS-CoV-2 Variant in Travelers from Brazil to Japan*, 27 EMERGING INFECTIOUS DISEASES 4 (Apr. 2021), https://wwwnc.cdc.gov/eid/article/27/4/21-0138_article (last visited June 9, 2021); *SARS-CoV-2 Variants*, WHO (Dec. 31, 2020), https://www.who.int/csr/don/31-december-2020-sars-cov2-variants/en/ (last visited June 9, 2021).

[133] Julia Ries, *The Coronavirus is Mutating: What We Know About the New Variants*, HEALTHLINE (Jan. 22, 2021), https://www.healthline.com/health-news/the-coronavirus-is-mutating-what-we-know-about-the-new-variants (last visited June 9, 2021); *About Variants of the Virus that Causes COVID-19*, CDC (updated May 20, 2021), https://www.cdc.gov/coronavirus/2019-ncov/transmission/variant.html (last visited June 9, 2021).

4813-0793-8032.v1

U.K. variant of the Coronavirus had been detected in 33 countries, including the U.S. (and in states such as California, Colorado, and Florida, where Tapestry maintains its Stores).[134] And as of April 8, 2021, the U.K. variant had been detected in all 50 U.S. states (including Maryland).[135]

152.   In early October 2020, yet another new variant of the Coronavirus, known as B.1.351 was identified in South Africa, which is purportedly more contagious than the original strain as it has been associated with a higher viral load.[136] As of June 8, 2021, the B.1.351 variant had been detected in 45 of the 50 U.S. states, including Maryland.[137]

153.   In early January 2021, another variant of the Coronavirus, known as P.1, was detected in travelers from Brazil.[138] As of June 8, 2021, the P.1 variant had been detected in all 50 U.S. states (including Maryland).[139]

154.   In January 2021, studies identified a new variant of the Coronavirus in the U.S., identified as COH.20G/501Y, that did not come from the U.K. or South African branches of the virus.[140] Similar to the U.K. variant, the mutations in the new variant of the Coronavirus likely

---

[134] Gabrielle Masson, *UK virus strain in 3 states; South Africa variant deemed 'even more of a problem': 5 things to know*, BECKER'S HOSP. REV. (Jan. 4, 2021), https://www.beckershospitalreview.com/public-health/uk-virus-strain-in-3-states-south-africa-variant-deemed-even-more-of-a-problem-5-things-to-know.html (last visited June 9, 2021).

[135] *US COVID-19 Cases Caused by Variants*, CDC (updated Apr. 10, 2021), https://www.cdc.gov/coronavirus/2019-ncov/transmission/variant-cases.html (last visited June 9, 2021).

[136] Julia Ries, *The Coronavirus is Mutating: What We Know About the New Variants*, HEALTHLINE (Jan. 22, 2021), https://www.healthline.com/health-news/the-coronavirus-is-mutating-what-we-know-about-the-new-variants (last visited June 9, 2021); *About Variants of the Virus that Causes COVID-19*, CDC (updated May 20, 2021), https://www.cdc.gov/coronavirus/2019-ncov/transmission/variant.html (last visited June 9, 2021).

[137] *COVID Data Tracker, Variant Proportions*, CDC (updated June 8, 2021), https://covid.cdc.gov/covid-data-tracker/#variant-proportions (last visited June 9, 2021).

[138] *About Variants of the Virus that Causes COVID-19*, CDC (updated May 20, 2021), https://www.cdc.gov/coronavirus/2019-ncov/transmission/variant.html (last visited June 9, 2021).

[139] *COVID Data Tracker, Variant Proportions*, CDC (updated June 8, 2021), https://covid.cdc.gov/covid-data-tracker/#variant-proportions (last visited June 9, 2021).

[140] *Researchers Discover New Variant of COVID-19 Virus in Columbus, Ohio*, OHIO STATE UNIV. (Jan. 13, 2021), https://wexnermedical.osu.edu/mediaroom/pressreleaselisting/new-sars-cov2-variant (last visited June 9, 2021).

4813-0793-8032.v1

make this variant more infectious (and therefore even more apt to cause physical loss of or damage to property) than the original Wild Type.[141]  Another variant, identified as L452R, that originated in Denmark has "ripped" through Northern California and has been confirmed in more than a dozen other states.[142]

**G.     Government Orders and the Closure of Tapestry's Stores**

155.   On March 16, 2020, the CDC and the national Coronavirus Task Force issued guidance to the American public titled "30 Days to Slow the Spread" of COVID-19.  The guidance called for restrictive social distancing measures, such as working from home, avoiding gatherings of more than 10 people and staying away from bars and restaurants.[143]

156.   State and local governments across the nation and governments around the world recognized the unprecedented and mushrooming outbreaks of COVID-19 across the nation and the Coronavirus's catastrophic impact through the physical loss or damage to property and lives. As a consequence, many states issued "State of Emergency" Declarations in early March 2020. Within a short time, virtually every U.S. state where there was a Tapestry Store issued orders suspending or severely limiting business operations deemed to be "non-essential businesses" where people could potentially contract COVID-19 from others or from the property itself.  This included fashion retail and outlet stores such as Tapestry's Stores.

157.   Between March 17, 2020 and April 6, 2020, state or local authorities in every

---

[141] *Id.*

[142] Fenit Nirappil, *Another coronavirus variant linked to growing share of cases, several large outbreaks, in California*, WASH. POST (Jan. 18, 2021), https://www.washingtonpost.com/health/2021/01/18/california-coronavirus-variant/ (last visited June 9, 2021).

[143] The President's Coronavirus Guidelines for America, 30 Days to Slow the Spread, WHITE HOUSE & CDC (Mar. 16, 2020), https://trumpwhitehouse.archives.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last visited June 3, 2021).

4813-0793-8032.v1

U.S. state where there was a Tapestry Store, save Nebraska and South Dakota, issued orders that required such Stores to close.

158.    Similarly, between March 11 and March 27, 2020, virtually every country in Europe in which Tapestry maintained a Store issued orders resulting in the closure of all Stores in that country.[144]  Every province in Canada in which Tapestry maintained a Store issued similar orders closing Tapestry's Stores during the same time.[145]  On March 23, 2020, the Chief Minister of Australia ordered the temporary closure of non-essential business, including Tapestry's Stores.[146]  Similar orders were issued in Asian countries where Tapestry maintained its Stores.[147]

159.    These government orders, through their forced closure of Tapestry's Stores, prohibited access to the Tapestry Stores – all of which are insured "**locations**" under the Policies.

160.    As a result of the Coronavirus and COVID-19, and the physical loss or damage to Tapestry's property, ATTRACTION PROPERTY and/or "**contingent time element locations**" caused by the Coronavirus and the government guidance and orders, Tapestry's Stores in all of its geographical operating areas were shuttered.  Specifically:

---

[144] *See, e.g., Shutdowns Spread Across Europe as Spain and France Order Broad Restrictions*, N.Y. TIMES (Mar. 14, 2020), https://www.nytimes.com/2020/03/14/world/europe/france-coronavirus.html (last visited June 3, 2021).

[145] *See Closure of non-essential businesses in British Columbia, Alberta, Ontario and Québec*, DENTONS (updated Mar. 30, 2020), https://www.dentons.com/en/insights/alerts/2020/march/30/closure-of-non-essential-businesses-in-british-columbia-alberta-ontario-and-quebec#:~:text=While%20British%20Columbia%20has%20not%20yet%20ordered%20the,services%20businesses%20to%20be%20closed%20to%20the%20public. (last visited June 3, 2021).

[146] *See COVID-19: a chronology of state and territory government announcements (up until 30 June 2020)*, PARLIAMENT AUSTL. (Oct. 22, 2020), https://www.aph.gov.au/About_Parliament/Parliamentary_Departments/Parliamentary_Library/pubs/rp/rp2021/Chronologies/COVID-19StateTerritoryGovernmentAnnouncements (last visited June 3, 2021).

[147] *See, e.g.,* Michael Penn, *How Some Asian Countries Beat Back COVID-19*, DUKE GLOBAL HEALTH INST. (Aug. 12, 2020), https://globalhealth.duke.edu/news/how-some-asian-countries-beat-back-covid-19 (last visited June 3, 2021).

4813-0793-8032.v1

- all Coach, Kate Spade and Stuart Weitzman stores in North America and Europe were closed beginning on March 18, 2020;[148]

- in Greater China, closures of Tapestry's Stores began on January 23, 2020 with closures peaking on February 8 and 9, 2020 with 273 Tapestry Stores (86% of the stores in Greater China at that time) closed; and

- in the Asia Pacific region all Tapestry Stores in Malaysia, Singapore, Australia, New Zealand, and some of Tapestry's Stores in Japan, were closed by the beginning of April 2020.[149]

161.   Many of these and other government orders arising from the Coronavirus and COVID-19 expressly recognized that the Coronavirus damages property, not just people.  The orders issued in Washington, home to 10 Tapestry Stores, are prime examples.  On March 16, 2020, Governor Inslee issued an order closing fitness centers, theaters and indoor dining (and certain other business), in Washington.[150]  Among other things, the March 16, 2020 order expressly stated, among its justifications, that the pervasiveness of COVID-19 was a "public disaster affecting . . . property;" that state government agencies were working with local health officials "in alleviating the impacts to . . . property;" and that among its objectives was to "help preserve and maintain . . . property[.]"[151]

---

[148] *Tapestry, Inc.'s Response to COVID-19: Company to Temporarily Close all Coach, Kate Spade and Stuart Weitzman Stores in North America and Europe*, TAPESTRY (Mar. 17, 2020), https://tapestry.gcs-web.com/news-releases/news-release-details/tapestry-incs-response-covid-19# (last visited June 3, 2021).

[149] *Tapestry, Inc. Provides COVID-19 Operational Update*, TAPESTRY (Apr. 10, 2020), https://tapestry.gcs-web.com/news-releases/news-release-details/tapestry-inc-provides-covid-19-operational-update (last visited June 3, 2021).

[150] Wash. Proclamation No. 20-13, *Proclamation By the Governor Amending Proclamation 20-05*, OFF. GOVERNOR (Mar. 16, 2020), https://www.governor.wa.gov/sites/default/files/proclamations/20-13%20Coronavirus%20Restaurants-Bars%20%28tmp%29.pdf (last visited June 3, 2021).

[151] *Id.*

4813-0793-8032.v1

162.    On March 23, 2020, Governor Inslee issued a "Stay Home – Stay Healthy" order requiring every Washingtonian to stay home unless they needed to pursue an essential activity, banning all gatherings for social, spiritual, and recreational purposes, and closing all businesses except essential businesses.[152]  Tapestry's Stores were considered non-essential businesses under the order.   Among other things, the March 23, 2020 order expressly stated, among its justifications, that the pervasiveness of COVID-19 was a "public disaster affecting . . . property;" that state government agencies were working with local health officials "in alleviating the impacts to . . . property;" and that among its objectives was to "help preserve and maintain . . . property[.]"[153]

163.    Moreover, many government orders explicitly cited the need to protect and preserve property as a motivation for such order.  For example, almost every New York City order imposing COVID-19 related restrictions specifically cited the need to mitigate ongoing property damage.  Consistent with this, a March 16, 2020 Order stated that it was issued "because of the propensity of the virus to spread person to person and also because **the virus physically is causing property loss and damage**."  (Emphasis added).[154]

## H.    The Government Orders Recognized that the Coronavirus Causes Physical Loss or Damage to Property and Required Measures to Stop Aerosol and Fomite Transmission

164.    In state after state where Tapestry maintains its Tapestry Stores, the governmental orders arising from the Coronavirus and COVID-19 required measures to protect against aerosol

---

[152] Wash. Proclamation No. 20-25, *Proclamation By the Governor Amending Proclamation 20-05*, OFF. GOVERNOR (Mar. 23, 2020), https://www.governor.wa.gov/sites/default/files/proclamations/20-25%20Coronavirus%20Stay%20Safe-Stay%20Healthy%20%28tmp%29%20%28002%29.pdf (last visited June 3, 2021).

[153] *Id.*

[154] N.Y.C. Emergency Exec. Order No. 100, OFF. MAYOR (Mar. 16, 2020), https://www1.nyc.gov/assets/home/downloads/pdf/executive-orders/2020/eeo-100.pdf (last visited June 3, 2021).

4813-0793-8032.v1

and fomite transmission and expressly addressed the Coronavirus' impacts upon property in numerous ways.

165.   For example, Maryland, where Tapestry maintains 16 Stores, issued government orders to protect against aerosol and fomite transmission of Coronavirus.

166.   On March 7, 2020, Governor Hogan declared a "disaster emergency" based on the "immediate danger to public safety[.]" [155]

167.   Throughout March, Governor Hogan issued a series of increasingly restrictive orders limiting the number of individuals able to gather at any location and closing or restricting certain businesses.  On March 23, 2020, and as amended on March 30, 2020, Governor Hogan ordered all non-essential businesses to close entirely, with specified exceptions including, in the case of retail establishments, remaining open to "sell retail products on a delivery basis." [156]

168.   Because Tapestry's Maryland stores typically sell products to in-store customers, Governor Hogan's orders required the closure of Tapestry's 15 Maryland Stores entirely. However, due to the presence of the Coronavirus in Tapestry's Stores and the risks – indeed the certainty – of further presence of the Coronavirus in the air of those stores by remaining open, which rendered them unfit for their normal use given the raging viral outbreak and uncontrolled community spread of the Coronavirus, Tapestry had already closed all of its North American Stores beginning on March 18, 2020.

169.   New York, where Tapestry maintains 33 Stores, also issued government orders to

---

[155] Declaration of State of Emergency and Existence of Catastrophic Health Emergency – COVID-19, (Mar. 5, 2020), https://governor.maryland.gov/wp-content/uploads/2020/03/Proclamation-COVID-19.pdf (last visited June 9, 2021).

[156] Order of the Governor of the State of Maryland Number 20-03-23-01 (Mar. 23, 2020), https://governor.maryland.gov/wp-content/uploads/2020/03/Gatherings-THIRD-AMENDED-3.23.20.pdf (last visited June 9, 2021); Order of the Governor of the State of Maryland Number 20-03-30-01 (Mar. 30, 2020), https://governor.maryland.gov/wp-content/uploads/2020/03/Gatherings-FOURTH-AMENDED-3.30.20.pdf (last visited June 9, 2021).

4813-0793-8032.v1

protect against aerosol and fomite transmission of Coronavirus.

170.    On March 7, 2020, Governor Cuomo declared a "disaster emergency" in response to the transmission in New York and the threat that COVID-19 "poses to the health and welfare of its residents and visitors."[157]

171.    On March 12, 2020, Governor Cuomo issued an executive order banning all events or gatherings of more than 500 people in the state and requiring businesses to operate at less than 50% of their maximum occupancy ("March 12, 2020 Order").[158]

172.    On March 22, 2020, Governor Cuomo issued a "stay at home" order and directed all non-essential businesses to cease in person operations entirely by March 22, 2020, thus requiring the closure of Tapestry's 33 New York Stores as well as its corporate headquarters in Manhattan.[159]

173.    New York reopened in phases depending on when particular regions met the metrics specified in Governor Cuomo's Orders, as well as applicable local orders, such as those issued by New York City.  Retail businesses such as Tapestry's 33 New York Stores remained subject to extensive social distancing, PPE, and cleaning and disinfection requirements even after reopening.[160]

174.    California, where Tapestry maintains 57 Stores, also issued government orders to

---

[157] N.Y. Exec. Order No. 202: Declaring a Disaster Emergency in the State of New York, (Mar. 7, 2020), https://www.governor.ny.gov/news/no-202-declaring-disaster-emergency-state-new-york (last visited June 8, 2021).

[158] N.Y. Executive Order No. 202.1: Continuing Temporary Suspension and Modification of Laws Relating to the Disaster Emergency (March 12, 2020), https://www.governor.ny.gov/news/no-2021-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency (last visited June 8, 2021).

[159] See N.Y. Executive Order Nos. 202.6 (Mar. 18, 2020), 202.7 (Mar. 19, 2020), and 202.8 (Mar. 20, 2020), https://www.governor.ny.gov/executiveorders (last visited June 8, 2021).

[160] Reopening New York Curbside and In-Store Pickup Retail Guidelines for Employers and Employees, Office of the Governor, https://www.governor.ny.gov/sites/default/files/atoms/files/CurbsideIn-StorePickupRetailShortGuidelines.pdf (last visited June 8, 2021).

protect against aerosol and fomite transmission of Coronavirus.

175.   On March 4, 2020, California Governor Newsom declared a state of emergency as the number of positive California cases rose and following the first official COVID-19 death in the state.[161]

176.   Eight days later, on March 12, 2020, Governor Newsom issued an executive order banning all gatherings of more than 250 people in the state.[162]

177.   On March 20, 2020, Los Angeles County Health Officer enacted a "Safer at Home" order requiring all "non-essential" commercial properties and business to close including but not limited to all retail establishments.[163] Immediately after Los Angeles County announced its Safer at Home Order, Governor Newsom issued Executive Order N-33-20, the "California Order" requiring all individuals living in California to "stay home or at their place of residence except as necessary to maintain continuity of operations of the federal critical infrastructure sectors."[164]

178.   On May 25, 2020, the California Department of Public Health permitted the limited reopening of retail stores statewide.[165] The reopening required that retailers throughout

---

[161] *Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19*, OFF. GOVERNOR (Mar. 4, 2020), https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/ (last visited June 3, 2021).

[162] *Governor Newsom Issues New Executive Order Further Enhancing State and Local Government's Ability to Respond to COVID-19 Pandemic*, OFF. GOVERNOR (Mar. 12, 2020), https://www.gov.ca.gov/2020/03/12/governor-newsom-issues-new-executive-order-further-enhancing-state-and-local-governments-ability-to-respond-to-covid-19-pandemic/ (last visited June 3, 2021).

[163] *Closed for Business? Los Angeles and California Issue Sweeping Orders to Combat COVID-19 Spread*, JD SUPRA (Mar. 23, 2020), https://www.jdsupra.com/legalnews/closed-for-business-los-angeles-and-75150/ (last visited June 3, 2021).

[164] Cal. Exec. Order N-33-20, OFF. GOVERNOR (Mar. 20, 2020), https://covid19.ca.gov/img/Executive-Order-N-33-20.pdf (last visited June 3, 2021).

[165] *You Can Shop Anywhere in California. State Officials Relax Coronavirus Restrictions*, SACRAMENTO BEE (May 25, 2020), https://www.sacbee.com/news/politics-government/capitol-alert/article242984766.html (last visited June 3, 2021).

4813-0793-8032.v1

the state follow industry specific COVID-19 guidelines.[166]  These guidelines were expressly issued, among other reasons, to protect against aerosol and fomite transmission of the Coronavirus, and explicitly addressed the Coronavirus' impacts upon property in numerous ways, including but not limited to requiring businesses to:

a)      "[p]erform thorough cleaning in high traffic areas, such as break rooms, lunch areas and areas of ingress and egress including stairways, stairwells, escalators, handrails, and elevator controls";

b)      "[f]requently disinfect commonly used surfaces, including shopping carts, baskets, conveyor belts, registers…";

c)      "[c]lean touchable surfaces between shifts or between users";

d)      "[c]lean and sanitize shared equipment";

e)      "[c]onsider installing portable high-efficiency air cleaners, upgrading the building's air filters to the highest efficiency possible, and making other modifications to increase the quantity of outside air and ventilation in offices and other spaces."

179.    Florida, where Tapestry maintains 32 Stores, also issued government orders to protect against aerosol and fomite transmission of the Coronavirus.

180.    On March 1, 2020, Governor DeSantis issued Executive Order 20-51 directing the Florida Department of Health to issue a Public Health Emergency in response to the state's first two confirmed COVID-19 cases.[167]  On March 9, 2020, Governor DeSantis officially declared a

---

[166] *COVID-19 Industry Guidance: Retail*, CAL. DEPT. PUB. HEALTH (Jul. 29, 2020), https://files.covid19.ca.gov/pdf/guidance-retail.pdf (last visited June 3, 2021).

[167] Fla. Exec. Order No. 20-51, OFF. GOVERNOR (Mar. 1, 2020), https://www.flgov.com/wp-content/uploads/orders/2020/EO_20-51.pdf (last visited June 3, 2021).

4813-0793-8032.v1

State of Emergency.[168]

181.    On March 20, 2020, Governor DeSantis issued Executive Order 20-83 "Emergency Management - COVID-19 - Protective Measures for Vulnerable Populations, Gatherings of Private Citizens and Density of the Workforce" advising against all social or recreational gatherings of 10 or more people and urging all who can work from home to do so.[169]

182.    Florida counties also passed local regulations to protect public health. Miami-Dade County Mayor Cava declared a State of Emergency on March 19, 2020, ordering all "non-essential retail and commercial establishments" closed.[170]  Broward County and Palm Beach County similarly implemented orders restricting public access to non-essential retail and commercial establishments.[171]

183.    On April 29, 2020, Governor DeSantis issued Executive Order 20-112 "Phase 1: Safe. Smart. Step-by-Step. Plan for Florida's Recovery" permitting the limited reopening of retail stores, provided they abide by social distancing measures and limit their indoor capacity to 25%.[172]  Among other reasons, this order was expressly issued to protect against aerosol and fomite transmission of the Coronavirus, and explicitly addressed the Coronavirus' impacts upon property, including but not limited to requiring businesses to "maintain appropriate social

---

[168] Fla. Exec. Order No. 20-52, OFF. GOVERNOR (Mar. 9, 2020), https://www.flgov.com/wp-content/uploads/2020/03/EO-20-52.pdf (last visited June 3, 2021).

[169] Fla. Exec. Order No. 20-83, *Emergency Management - COVID-19 - Protective Measures for Vulnerable Populations, Gatherings of Private Citizens and Density of the Workforce,* OFF. GOVERNOR (Mar. 20, 2020), https://www.flgov.com/wp-content/uploads/orders/2020/EO_20-83.pdf (last visited June 3, 2021).

[170] *Miami-Dade County Emergency Order 07-20,* OFF. MAYOR (Mar. 19, 2020), https://www.flgov.com/wp-content/uploads/orders/2020/EO_20-91.pdf (last visited June 3, 2021).

[171] Fla. Exec. Order No. 20-89, *Emergency Management- COVID-19 - Miami-Dade County, Broward County, Palm Beach County, Monroe County Public Access Restrictions,* OFF. GOVERNOR (Mar. 30, 2020), https://www.flgov.com/wp-content/uploads/orders/2020/EO_20-89.pdf (last visited June 3, 2021).

[172] Fla. Exec. Order No. 20-112, *Phase 1: Safe. Smart. Step-by-Step. Plan for Florida's Recovery,* OFF. GOVERNOR (Apr. 29, 2020), https://www.flgov.com/wp-content/uploads/orders/2020/EO_20-112.pdf (last visited June 3, 2021).

4813-0793-8032.v1

distancing and sanitation protocols."

184.    Local counties provided guidelines for the reopening of retail establishments. Miami-Dade County provided a "General Checklist for Retail Businesses"[173] that expressly protected against aerosol and fomite transmission of the Coronavirus, and explicitly addressed the Coronavirus' impacts upon property in numerous ways, including but not limited to requiring businesses to:

- "[c]hange and/or upgrade HVAC filters as necessary to maximize fresh air";

- providing PPE to its employees such as facemasks, goggles, face shields and gloves;

- designing, engineering and installing barriers (such as point of sale locations) to hamper direct and droplet transmission of the Coronavirus and foster social distancing;

- making hand sanitizer, disinfecting wipes, soap and water readily available to customers;

- purchasing and placing readily visible signage to encourage safe practices among employees and customers;

- regularly and frequently cleaning any high-touch and frequently touched surfaces according to heightened CDC and state department of health guidelines;

- dramatically increasing cleaning frequency at its Tapestry Stores; and

- upgrading HVAC ventilation filters.

**I.    Tapestry's Stores Reopened but Operate Under Severe Restrictions and with Safety**

---

[173] *General Checklist for Retail Businesses*, MIAMI DADE CNTY. (May 18, 2020), http://web.archive.org/web/20201027130026/https://www.miamidade.gov/information/library/general-checklist-retail-employers.pdf (last visited June 3, 2021).

**Measures that Forced Tapestry to Incur Extra Expenses to Continue Operating and Prevent Further Physical Loss or Damage to its Property**

185.    Beginning on May 29, 2020, Tapestry started re-opening the Tapestry Stores in the U.S. and Canada.  By the end of June 2020, substantially all of the Tapestry Stores in the U.S. and Canada had re-opened (with intermittent closures for a few handfuls of Tapestry Stores from July 2020 to the present due to either local shut-downs or positive COVID-19 tests of Tapestry Store employees).  By September 9, 2020, substantially all then-existing Tapestry Stores in the U.S. had reopened after the initial March 18, 2020 closure.

186.    Tapestry re-opened substantially all of its 15 Maryland Stores between June 5, 2020 and June 29, 2020.

187.    Beginning on April 27, 2020, Tapestry started reopening the Tapestry Stores in Europe and by July 31, 2020, substantially all had been reopened.

188.    Beginning in February 2020, Tapestry started reopening the Tapestry Stores in China and by April 11, 2020, substantially all had been reopened.

189.    Tapestry started reopening the Tapestry Stores in other Asian countries besides China, and by November 6, 2020, substantially all the Tapestry Stores in Asian countries besides China had been reopened.

190.    In order to prevent further physical loss or damage to its property and to stay open and continue operating its Tapestry Stores in a safe and compliant manner, Tapestry has incurred significant costs and extra expenses and imposed restrictions on certain of its services.  These costs/expenses/bans/restrictions include, but are not limited to:

- operating the Tapestry Stores at reduced hours of operation;

- providing PPE to its employees such as facemasks, face shields and gloves;

- reconfiguring store layouts and installing barriers in certain stores to hamper

61

4813-0793-8032.v1

direct and droplet transmission of the Coronavirus and foster social distancing;

- making hand sanitizer, disinfecting wipes, soap and water readily available to employees and customers;

- purchasing and placing readily visible signage to encourage safe practices among employees and customers;

- regularly and frequently cleaning any high-touch and frequently touched surfaces according to heightened CDC and state department of health guidelines; and

- dramatically increasing cleaning frequency at its Tapestry Stores.

191.   The presence of the Coronavirus on Tapestry's property caused it to suffer physical loss or damage to its Tapestry Stores as previously alleged herein.   Significant restrictions at Tapestry Stores, including reduced hours and reduced capacity, some imposed by government orders, have deprived Tapestry of the full use of its property, causing further physical loss or damage to Tapestry's property.   Moreover, they have alienated some of Tapestry's current and prospective customers, causing Tapestry to sustain yet more losses.

192.   Additionally, many of Tapestry's Stores had to re-close due to the physical loss or damage to Tapestry's property, ATTRACTION PROPERTY and other nearby properties caused by the Coronavirus.

193.   For example, due to waves of re-closures, as of June 14, 2021, 9% of Tapestry's Stores in Asia (excluding Greater China) were closed, with 37 closures out of 403 total stores. The closed Tapestry Stores included:  (a) all 32 Tapestry Stores in Malaysia; (b) 3 Tapestry Stores in Singapore; and (c) 2 Tapestry Stores in Australia and New Zealand.

**J.   The Devastating Toll on Tapestry's Business from the Effects of the Coronavirus and COVID-19**

194.   Tapestry has suffered significant losses and continues to suffer losses from the

62

closures of its Tapestry Stores and related losses from the presence of the Coronavirus and COVID-19.

195.    In particular, since the onset of the Coronavirus and COVID-19, Tapestry's revenues have declined, disrupting the business as well as the jobs and livelihoods of the over 16,139 people in the U.S. who were employed by Tapestry at the time of the emergence of the Coronavirus and COVID-19. The human toll this has caused is inestimable.

196.    The financial toll on Tapestry, however, like many similar companies, is measurable and significant. For example, in Tapestry's annual report for fiscal year 2020, ended June 27, 2020, Tapestry reported:  (1) a revenue decline of $1,065.7 billion compared to the prior year (down to $4,961.4 billion); (2) a net loss for the year of $652.1 million, compared to a net profit of $643.4 million during the prior year; and (3) an annual loss per share of $2.34. Tapestry publicly reported these results in its Form 10-K filing with the SEC for Tapestry's fiscal year 2020, ended June 27, 2020.[174]

197.    Tapestry timely notified FM of these losses and has met all conditions and requirements for coverage under the Policies. As set forth herein, FM has constructively denied coverage by refusing to issue a final coverage position.

**K.    The 2019/2020 and 2020/2021 FM Global Advantage® Time Element Select™ "All Risk" Commercial Property Policies**

198.    In exchange for a substantial premium, FM sold Tapestry policy number 1050294, the 2019/2020 Policy.

199.    Tapestry fully paid the premium for the 2019/2020 Policy.

200.    FM drafted the 2019/2020 Policy, which includes the FM Global Advantage®

---

[174] Tapestry, Inc., Annual Report (Form 10-K) (Aug. 13, 2020).

4813-0793-8032.v1

Time Element Select ™ coverage form.

201. In exchange for a substantial premium, FM sold Tapestry policy number 1065667, the 2020/2021 Policy.

202. Tapestry fully paid the premium for the 2020/2021 Policy.

203. FM drafted the 2020/2021 Policy which includes the FM Global Advantage® Time Element Select ™ coverage form.

204. The Policies insure against "ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded," and provides coverage for property damage losses, business interruption losses ("Time Element" per the policy language), and other losses.

205. The Policy Limit for each Policy is $1,000,000,000 per **occurrence**.[175]

206. The Policies' full terms and conditions are set forth therein, but as relevant here, the Policies provide as follows:

***Time Element and Time Element Coverages***

207. The Policies cover "TIME ELEMENT loss, as provided in the TIME ELEMENT COVERAGES, directly resulting from physical loss or damage **of the type insured**." (Emphasis added).

208. As set forth above, the Coronavirus and COVID-19 caused physical loss or damage to property at Tapestry's insured **locations** – which include, but are not limited to, Tapestry's Stores. This triggered the Policies' TIME ELEMENT COVERAGES.

209. The Coronavirus and COVID-19 also rendered such property unfit and unsafe for its normal usages, depriving Tapestry of its property. This also triggered the Policies' TIME ELEMENT COVERAGES.

---

[175] Unless otherwise noted, capitalized and/or bolded terms herein are capitalized and bolded in the Policies.

4813-0793-8032.v1

210.   **Communicable disease** is a cause of physical loss or damage covered under the Policies.

211.   The Policies also cover loss resulting from the imminent risk of physical loss or damage caused by **communicable disease**.

212.   Pursuant to the Policies various coverage provisions, physical loss or damage caused by, and/or the actual not suspected presence of, **communicable disease**, trigger coverage under the Policy up to the Policy's $1 billion limit of liability.

213.   **Communicable disease** triggers the Policies TIME ELEMENT COVERAGES, subject to each Policy's full $1 billion limit of liability because **communicable disease** is physical loss or damage "of the type insured" under the Policies.

214.   COVID-19 is a **communicable disease** as that term is defined in the Policies.

215.   Tapestry's TIME ELEMENT losses arising from COVID-19 are subject to each Policy's full $1 billion limit of liability.

216.   Neither the Coronavirus nor COVID-19 are excluded under the Policies.

217.   Among the Policies' TIME ELEMENT COVERAGES is GROSS EARNINGS, covering "the Actual Loss Sustained by the Insured… during the PERIOD OF LIABILITY."

218.   The Policies include an EXTENDED PERIOD OF LIABILITY that extends the GROSS EARNINGS coverage up to 180 days (and up to 365 days for Location No. W04, One Coach Way, Jacksonville, Florida) to cover "the reduction in sales resulting from: 1) the interruption of business as covered by GROSS EARNINGS; 2) for such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and 3) commencing with the date on which the liability of the Company for loss resulting from interruption of business

4813-0793-8032.v1

would terminate if this Extension had not been included in this Policy."

219.    Pursuant to the terms of the Policies, the policyholder has the "option to make claim based on either a) GROSS EARNINGS and EXTENDED PERIOD OF LIABILITY; or b) GROSS PROFIT."

220.    The Policies measure GROSS PROFIT as "the Actual Loss Sustained by the Insured of the following due to the necessary interruption of business during the PERIOD OF LIABILITY: a) Reduction in Sales and b) Ordinary Payroll and c) Increase in Cost of Doing Business."

221.    The Policies define GROSS PROFIT as "The amount produced by adding to the Net Profit the amount of the Insured Fixed Charges, or if there be no Net Profit the amount of the Insured Fixed Charges less that proportion of any loss from business operations as the amount of the Insured Fixed Charges bears to all fixed charges."

222.    The Policies define Net Profit as "The net operating profit (exclusive of all capital receipts and accruals and all outlay properly chargeable to capital) resulting from the business of the Insured at the insured **locations** after due provision has been made for all fixed charges and other expenses including depreciation but before the deduction of any taxes on profits."

223.    The Policies define Insured Fixed Charges as "All fixed charges unless specifically excluded herein."

224.    Tapestry derives a large proportion of its revenue from its Tapestry Stores, both in the U.S. and around the world.  Many of these **locations** were closed during the Policy Periods. To the extent any of the **locations** were reopened, this was often at reduced capacity, reduced hours, and reduced levels of service.  As such, Tapestry has sustained and is sustaining a substantial Time Element loss of its Gross Earnings and Gross Profit as insured under the

66

Policies.

225.   The Policies provide EXTRA EXPENSE coverage, covering "the reasonable and necessary extra costs incurred by the Insured of the following during the PERIOD OF LIABILITY: 1) extra expenses to temporarily continue as nearly **normal** as practicable the conduct of the Insured's business; 2) extra costs of temporarily using property or facilities of the Insured or other[.]"

226.   As set forth herein, Tapestry incurred Extra Expense to resume and continue as nearly as practicable its normal business activities that would otherwise be suspended due to physical loss or damage caused by the Coronavirus and COVID-19, costs associated with altering its property to protect it from physical loss or damage, as well as the safety of its occupants, such as erecting barriers, reconfiguring indoor spaces, disinfecting surfaces and materials, and providing PPE to employees.

227.   The Policies provide coverage for LEASEHOLD INTEREST loss to cover the actual rent or portion of the rent payable by Tapestry "[i]f the lease agreement requires continuation of rent; and if the property is wholly [or partially] untenantable or unusable," or "[i]f the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law[.]"

228.   Tapestry leases the premises for substantially all of its Stores.  The presence of the Coronavirus made all or substantially all of its Stores wholly or partially untenantable or unusable and yet many of its landlords insisted that Tapestry's lease agreements required the continuation of rent.  Set forth below are just a few examples of the many landlords for specific Tapestry Stores who contended that the leases for the Store required Tapestry to continue paying rent – despite the Stores' untenantability or unusability as a result of the Coronavirus and

4813-0793-8032.v1

COVID-19:

| Landlord | Brand | Location of Store |
|---|---|---|
| Pyramid Management Group, LLC | Coach | Walden Galleria, Buffalo, NY 10001 |
| Riverwalk Marketplace, LLC | Kate Spade | Outlet Collection at Riverwalk, New Orleans, LA 70130 |
| Arrowhead Towne Center LLC | Coach | Arrowhead Towne Center, Glendale, AZ 85308 |
| Vornado Realty Trust | Coach | 595 Madison Avenue, New York, NY 10022 |

229.   Accordingly, Tapestry incurred LEASEHOLD INTEREST loss covered under the Policies.

230.   The Policies provide RENTAL INSURANCE coverage for "the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY: 1) the fair rental value of any portion of the property occupied by the Insured; 2) the income reasonably expected from rentals of unoccupied or unrented portions of such property; and 3) the rental income from the rented portions of such property according to bona fide leases, contracts or agreements in force at the time of loss[.]"

231.   As a result of the physical loss of or damage to property caused by the presence of the Coronavirus at property subleased by Tapestry to numerous subtenants, Tapestry lost rental income from many of these subtenants.  Some examples of such lost rental income include:

| Subtenant | Location of Subleased Premises |
|---|---|
| R.M. Williams US NY LLC | 152 Spring Street, New York, NY 10012 |
| Marine Layer, Inc. | 205 Columbus Avenue, New York, NY 10023 |

232.   Accordingly, the Policies' RENTAL INSURANCE COVERAGE has been triggered and Tapestry is entitled to coverage thereunder.

4813-0793-8032.v1

**_Additional Coverages and Time Element Extensions_**

233.    The Policies include numerous Additional Coverages and Time Element Extensions that apply to Tapestry's losses from the Coronavirus and COVID-19. These include the following, among others:

234.    The Policies provide COMMUNICABLE DISEASE RESPONSE coverage for "the reasonable and necessary costs incurred by the Insured... for the: 1) cleanup, removal and disposal of the actual not suspected presence of **communicable diseases** from insured property[.]" The coverage applies when "a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by: 1) an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or 2) a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**."

235.    The Policies also provide INTERRUPTION BY COMMUNICABLE DISEASE coverage for "the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY at such **location** with the actual not suspected presence of **communicable disease**." This coverage applies when "a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by: 1) an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or 2) a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**."

236.    The Policies define **communicable disease** as "disease which is: transmissible from human to human by direct or indirect contact with an affected individual or the individual's

discharges[.]"

237.   COVID-19 is a **communicable disease** under the Policies.

238.   The Policies do not exclude loss, cost, or damage caused by **communicable disease**.

239.   The Policies do not exclude loss, cost, or damage caused by a virus that causes **communicable disease**.

240.   By providing for the "cleanup, removal and disposal of ... **communicable disease**," the Policies explicitly recognize that **communicable disease** physically damages property.

241.   By excepting from its coverage for **communicable disease** "loss or damage directly or indirectly caused by . . . **terrorism**," the Policies expressly recognize the **communicable disease** causes physical loss or damage.

242.   The Policies' express admission that **communicable disease** causes "loss or damage" is confirmed by FM Global's regulatory submissions concerning related policy forms and FM Global's addition of **communicable disease** as a covered peril.

243.   Upon information and belief, prior to its inclusion in the Advantage – TE Select coverage form, FM Global and/or its parent and/or sister companies represented to state regulators and the public that the **communicable disease** coverage specifically applied to physical damage caused by **communicable disease**.

244.   In another commercial property insurance policy form utilized by FM Global, the FMG7446 form, FM Global stated specifically with respect to the "Communicable Disease" coverage extension, that "**the presence of and the spread of communicable diseases will be considered direct physical damage** and the expenses listed above will be considered expenses

70

to repair such damage." (Emphasis added). A copy of excerpts from FM Global's regulatory filing regarding the FMG7446 form is attached as Exhibit 4.

245.    On information and belief, the **communicable disease** coverage used in the FMG7446 form provides the basis for the **communicable disease** coverages included in the Policies.

246.    Accordingly, as evidenced by the Policies' specific response to physical loss or damage caused by the insured peril of **communicable disease**, physical damage to property caused by **communicable disease** is "physical loss or damage of the type insured" under the Policies.

247.    The Policies provide CIVIL OR MILITARY AUTHORITY coverage for "the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location** provided such order is the direct result of physical damage of the type insured at the insured **location** or within five statute miles/eight kilometers of it."

248.    The Coronavirus and COVID-19 caused physical loss or damage throughout the cities, states, and countries where Tapestry's Stores are located, and caused the deprivation of use of such property, including property within five (5) miles of the Tapestry Stores, giving rise to the actions of civil authority in those cities, states, and countries, as set forth herein. These orders prohibited access to the Tapestry Stores. The damage giving rise to the civil authority orders is "of the type insured" by the Policies because the Policies provide coverage for **communicable disease**.

249.    The Policies provide CONTINGENT TIME ELEMENT EXTENDED coverage for "the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the

4813-0793-8032.v1

PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to property of the type insured at **contingent time element locations**[.]"

250.    The Policies define **contingent time element locations** as including: "A. any **location**: 1) of a direct customer, supplier, contract manufacturer or contract service provider to the Insured; 2) of any company under a royalty, licensing fee or commission agreement with the Insured;" and "B. any **location** of a company that is a direct or indirect customer, supplier, contract manufacturer or contract service provider to a **location** described in A1 above."

251.    The CONTINGENT TIME ELEMENT EXTENDED coverage also states: "Time Element loss recoverable under this Extension is extended to include the following TIME ELEMENT COVERAGE EXTENSIONS:

CIVIL OR MILITARY AUTHORITY

CONTINGENT TIME ELEMENT EXTENDED

DATA SERVICE PROVIDER TIME ELEMENT

DELAY IN STARTUP

EXTENDED PERIOD OF LIABILITY

INGRESS/EGRESS

OFF PREMISES DATA SERVICES TIME ELEMENT

ON PREMISES SERVICES

SERVICE INTERRUPTION TIME ELEMENT"

252.    In plain English, the Policies provide coverage for Tapestry's losses if the properties of Tapestry's direct and indirect customers or suppliers suffer physical loss or damage "of the type insured" by the Policies, or if such direct and indirect customers or suppliers experience loss of the type covered under the listed TIME ELEMENT EXTENSIONS. Here,

72

both are true: **communicable disease** is physical loss or damage "of the type insured" by the Policies, and Tapestry's direct and indirect customers and service providers, suffered physical loss or damage, "directly resulting" in losses to Tapestry.

253.    Among other things, as set forth herein, the Coronavirus and COVID-19 caused physical loss or damage at **locations** of direct and indirect customers and service providers to Tapestry.  Those direct and indirect customers and service providers also suffered loss of the type covered by CIVIL OR MILITARY AUTHORITY, CONTINGENT TIME ELEMENT, INGRESS/EGRESS, EXTENDED PERIOD OF LIABILITY, and other TIME ELEMENT EXTENSIONS due to the Coronavirus and COVID-19.

254.    Additionally, as set forth herein, the Coronavirus and COVID-19 rendered such properties unfit and unsafe for their normal usages, resulting in the deprivation of use of such properties.  As a result, many of Tapestry's direct and indirect customers, such as Tapestry's retail partners that sell Tapestry products at their own locations (for example, Macy's), were unable to sell Tapestry's products, leading to cancelled and diminished orders and insured losses for Tapestry.  Similarly, many of Tapestry's service providers such as factories and other suppliers were unable to meet their obligations to Tapestry, and delayed or cancelled shipments to Tapestry, further diminishing Tapestry's ability to manufacture and/or sell its products, leading to insured losses.

255.    The Policies provide ATTRACTION PROPERTY coverage, which covers "the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to an insured **location** and is within 1 statute mile/1.6 kilometers of the insured **location**."

73

256.    In plain English, the Policies provide coverage for Tapestry's losses and EXTRA EXPENSE directly resulting therefrom, if certain types of nearby properties or the properties of Tapestry's direct customers or suppliers suffer physical loss or damage "of the type insured."

257.    Among other things, as set forth herein, the Coronavirus and COVID-19 caused physical loss or damage at properties that attract customers to Tapestry's Stores, including the many business amenities and tourist attractions within a short distance of the Tapestry Stores.

258.    The Policies provides INGRESS/EGRESS coverage for "the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY due to the necessary interruption of the Insured's business due to partial or total physical prevention of ingress to or egress from an insured **location**, whether or not the premises or property of the Insured is damaged, provided that such prevention is a direct result of physical damage of the type insured to property of the type insured."

259.    The Coronavirus and COVID-19 caused physical damage to property throughout the cities, states and countries where Tapestry's Stores are located, and caused the deprivation of use of such property.  The areas surrounding the Tapestry Stores, like the rest of the cities where the Stores are located, were non-viable destinations in general, thus preventing access to the Tapestry Stores.

260.    The Policies provide PROTECTION AND PRESERVATION OF PROPERTY and PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT coverages, for "reasonable and necessary costs incurred for actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property" and "the Actual Loss Sustained by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after

4813-0793-8032.v1

the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property."

261.    Tapestry undertook costly measures necessary to protect the Tapestry Stores from further loss or damage and to mitigate its damages.  This included, among other things, altering its property to protect it from physical loss or damage, and taking measures to protect the safety of its employees and customers, including erecting barriers, reconfiguring indoor spaces, disinfecting surfaces and materials, and providing PPE to employees.  Additionally, during times of low or no occupancy at or operation at the Tapestry Stores, to mitigate its losses and to protect its property, Tapestry incurred costs associated with security, utilities and maintenance.

262.    Tapestry also expects that when the calculation of its losses is fully known, additional coverages under the Policies may be applicable and additional provisions may become relevant.  The foregoing is not a comprehensive discussion of all potentially applicable policy coverages, terms, and conditions, which are fully set forth in the Policies.

263.    No exclusions apply to Tapestry's claim arising from its losses from the Coronavirus or COVID-19 and from the government orders arising from or relating to the Coronavirus or COVID-19 (the "Tapestry Claim").

**_The Policies' Contamination Exclusions Do Not Apply_**

264.    As detailed above, the Policies provide several coverages applicable to Tapestry's losses.  Significantly, these coverages do not refer to "physical loss or damage" or "physical damage" in the abstract, but instead qualify this trigger language by adding the phrase "of the type insured" – meaning that the Policies' general coverage grants are expressly to be interpreted in a manner which provides coverage for types of risk that other provisions in the Policies

4813-0793-8032.v1

indicate are insured.

266. The Policies' Communicable Disease Response coverage provide coverage for, among other things, "the reasonable and necessary costs incurred . . . for the: 1) cleanup, removal and disposal of . . . **communicable disease** from insured property."

266. The Policies' Interruption by Communicable Disease Coverage provide coverage for, among other things, "the Actual Loss Sustained" when "a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease**" and as a result "access to such **location** is limited, restricted or prohibited by: 1) an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or 2) a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease.**"

267. As a result, it is clear that "cleanup, removal and disposal" of a **communicable disease**, and business interruption caused by the "actual not suspected presence of a **communicable disease**" is property damage "of the type insured" by the Policies, and this informs the interpretation of other coverages within the Policies that refer to property damage "of the type insured" by the Policies.

268. COVID-19 is a **communicable disease** transmissible from human to human.

269. COVID-19 therefore meets the definition of **communicable disease** under the Policies, and property damage attributable to COVID-19 is property damage "of the type insured" by the Policies.

270. The Policies contain an exclusion that purports to preclude coverage for **contamination** (the "Contamination Exclusion").

271. The Policies define **contamination** as, among other things, a "virus."

272.   The Policies cannot simultaneously provide coverage for **communicable disease**, yet purport to simultaneously exclude coverage for "contamination" arising from a virus.

273.   Conflicting provisions within the Policies cannot be read to negate certain coverages or in ways that render some coverage provisions mere surplusage. The words of the Policies must be read in a manner that gives meaning to all language, and leaves no provision without force and effect. Otherwise, the coverage would be illusory and the provisions, when read together, would make no sense.

274.   The Policies' Contamination Exclusion does not exclude coverage for loss caused by **Communicable Disease**.

275.   The Policies' Contamination Exclusion does not exclude coverage for loss caused by COVID-19.

276.   The Policies' Contamination Exclusion contains an exception for "radioactive contamination" but not one for **communicable disease**.

277.   The Policies cannot, at the same time, preclude coverage for the Coronavirus or COVID-19 while providing it for **communicable disease**.

278.   Furthermore, the Contamination Exclusion excludes only contamination and associated "direct" "costs," not "loss" or "damage," or even indirect "costs," such as time element loss and extra expenses.

279.   Contamination exclusions like the one FM drafted here apply to traditional pollution, not to natural catastrophes such as the Coronavirus and/or COVID-19. To the extent the Coronavirus and COVID-19 is actually present or suspected of being present at Tapestry's Stores, its presence would be the result of a natural process, as opposed to an act of pollution or contamination. Tapestry reasonably expected and understood that a Contamination Exclusion

77

would apply to polluting activities, as opposed to natural catastrophes such as the Coronavirus and COVID-19.

280.   The Policies' Contamination exclusion does not exclude coverage for Tapestry's claim.

281.   In the alternative, the Policies' Contamination Exclusion is ambiguous and, as such, must be construed against the drafter, FM.

### The Policies' Communicable Disease Sublimits Do Not Cap Tapestry's Losses

282.   The Policies afford coverage to Tapestry for the actual presence of **communicable disease** at a Tapestry **location**.  This **communicable disease** coverage is present under two sections of the Policies titled "Communicable Disease Response" and "Interruption by Communicable Disease" (together, the "On-Site Communicable Disease Coverages").

283.   The Communicable Disease Response provision expressly provides that it is an "Additional Coverage."

284.   The Interruption by Communicable Disease Response provision expressly provides that it is a coverage "Extension."

285.   The On-Site Communicable Disease Coverages were added to the Policies as "enhancements" to what the base policy form already covered as **communicable disease**.

286.   **Communicable disease** is a risk of physical loss or damage not excluded under the Policies.

287.   Physical loss or damage caused by **communicable disease** is physical loss or damage of the type insured under the Policies.

288.   The Policies contain no provision or wording that designates the On-Site Communicable Disease Coverages as the exclusive coverages applicable to physical loss or

78

damage caused by **communicable disease.**

289.    The On-Site Communicable Disease Coverages do not operate to limit any other coverage under the Policies that may also apply to loss or damage resulting from or caused by **communicable disease**, including physical loss or damage resulting from or caused by **communicable disease** at or away from Tapestry **locations**.

290.    Likewise, any sublimit applicable to the On-Site Communicable Disease Coverages does not apply to limit any other coverage under the Policies that may also apply to loss or damage resulting from or caused by **communicable disease**, including physical loss or damage resulting from or caused by **communicable disease** at or away from the Tapestry Stores.

291.    The Policies' On-Site Communicable Disease Coverages are not limited by, and are not an "exception to" the Policies' Contamination Exclusion. Rather, that the Policies afford explicit coverage for loss and damage caused by **communicable disease**, while also excluding coverage for **contamination**, which is defined to include, among other things, "virus," clearly demonstrates FM's intent that the Policies' Contamination exclusion has no application to loss or damage caused by **communicable disease** or its causative agent.

292.    Rather, coverage for physical loss and damage, and/or resulting business interruption loss, from or caused by **communicable disease**, including physical loss or damage resulting from or caused by **communicable disease** at or away from the Tapestry Stores, is subject to the Policies' limits associated with the coverage or coverages implicated.

293.    In addition, the insurance industry has known the risks associated with pandemics for more than a century. These risks have been even more pronounced and evident to FM and insurers generally, in recent decades due to SARS, Ebola, MERS, H1N1, and Zika.

294.    Because such risks are well-known to both FM and insurers generally, there are

4813-0793-8032.v1

exclusions in common usage in the insurance industry that could have unambiguously excluded losses caused by communicable diseases, viruses, and pandemics, without also covering such risks.

295.    Upon information and belief, prior to the sale and issuance of the Policies, FM was aware of exclusions being used in the insurance industry that purported to expressly exclude loss from "communicable diseases," "viruses," and "pandemic" or "pandemics." ("Virus or Pandemic Exclusions").

296.    Upon information and belief, FM was aware of the risk of an infectious viral pandemic such as Middle East respiratory syndrome ("MERS"), Severe acute respiratory syndrome ("SARS") and Avian influenza prior to selling and issuing the Policies.

297.    FM did not include any Virus or Pandemic Exclusions in the Policies.

298.    To the contrary, the Policies contain two express grants of coverage for **communicable disease**, such that losses from **communicable disease** are affirmatively covered and are of the type insured under the Policies.

299.    Because the Policies affirmatively grants coverage for **communicable disease**, neither affirmative coverages can reasonably be understood to be an exception to any exclusion.

***The International Insurance Program***

300.    Tapestry maintains insurance coverage covering its operations around the globe, including the Policies and insurance policies covering its operations in specific countries (referred to as "local policies" in the Policies).

301.    Each Policy is "designated the Master Global Insuring Policy" and provides coverage in certain circumstances when "the coverage under [a] local policy issued by the Company, its **representative company** or any other insurance company has been exhausted."

4813-0793-8032.v1

The "Company" is defined as FM in the Policies' Declarations, and **"representative company"** is defined as "Factory Mutual Insurance Company, FM Insurance Company Limited or FM Insurance Europe S.A.; Affiliated FM Insurance Company; Appalachian Insurance Company or any other company issuing a local policy at the direction of the Company."

302.    "Upon exhaustion of coverage under the local policy" the Policies cover:

A.    the difference in definitions, perils, conditions or coverages between the local policy and [the] Policy; and

B.    the difference between the limit(s) of liability stated in the local policy and [the] Policy, provided that:

1)    the Coverage is provided under [the] Policy;
2)    the limit(s) of liability have been exhausted under the local policy; and
3)    the deductible(s) applicable to such claim for loss or damage under the local policy has been applied. If the deductible applied in the local policy is different from the deductible that would have been applied for such losses under [the] Policy, then [the] Policy will provide for such difference in deductible.

303.    Tapestry also expects that when the calculation of its losses is fully known, additional coverages under the Policies may be applicable and additional provisions may become relevant. The foregoing is not a comprehensive discussion of all potentially applicable policy coverages, terms, and conditions, which are fully set forth in the Policies.

**L.    FM's Bad Faith Conduct**

304.    Aware that its Global Advantage® Time Element Select ™ policy form (the "Global Advantage Form") affords coverage for COVID-19 losses beyond the sublimited On-Site Communicable Disease Coverages, FM nevertheless specifically trained its claims adjusters to limit its insureds to only these limited coverages and, in bad faith, steer claims into those grants to the exclusion of other, larger coverages.

305.    FM outlined its systematic practice in a set of "Talking Points on the 2019 Novel

4813-0793-8032.v1

Coronavirus (2019-nCoV)" (the "Talking Points") prepared for FM claims adjusters to use to ensure that they reach the conclusion that there is no coverage for COVID-19 related claims beyond the paltry On-Site Communicable Disease Coverages.[176]

306.    FM drafted the Talking Points.

307.    FM provided the Talking Points to its personnel for use when adjusting claims based on the Coronavirus and/or COVID-19.

308.    The Talking Points outline only a few of the many different coverages contained in its Global Advantage Form – *i.e.*, the policy form on which the Policies issued to Tapestry are based.

309.    The Talking Points outline certain specific "triggers" of coverage that the adjuster should look for when investigating any COVID-19 claim.

310.    Notably, the only "triggers" identified in the Talking Points are those applicable to the On-Site Communicable Disease Coverages and the Talking Points entirely fail to mention all of the different "triggers" of coverage that may be implicated by COVID-19 claims.

311.    By including only the On-Site Communicable Disease Coverages as coverages potentially applicable to a COVID-19 claim, the FM Talking Points steer adjusters to only seek information that pertains to the On-Site Communicable Disease Coverages.

312.    In fact, the FM Talking Points expressly and unequivocally foreclose the availability of coverage under the Policies' Civil or Military Authority coverage provision, where the FM Talking Points state:

Q. Does coverage under Civil or Military Authority apply?

A. No

---

[176] A copy of FM's "Talking Points" is annexed hereto as Exhibit 5.

313.    Upon information and belief, FM had no factual basis for the foregoing statement concerning Civil Authority coverage when it prepared that statement for use in the Talking Points.

314.    The FM Talking Points make similar false statements with respect to the Policies' Contingent Time Element Extended coverage.

315.    Upon information and belief, FM likewise lacked factual basis for its statement concerning Contingent Time Element Extended coverage and other coverages addressed in the Talking Points.

316.    The FM Talking Points further instruct that "the presence of a **communicable disease** does not constitute physical damage and is not of the type insured against as a virus falls within the definition of **contamination**, which is excluded."

317.    This foregoing instruction is false and misleading. Indeed, as alleged above, the Policies recognizes that the presence of **communicable disease** causes physical damage to property because, among other things, it provides coverage for the resulting "cleanup, removal and disposal of … **communicable disease**."

318.    The Talking Points instruct FM's claim handlers to reach conclusions without evaluating the unique facts of a specific claim or applicable law.

319.    The Talking Points push FM's claim handlers to steer its policyholders toward the On-Site Communicable Disease Coverages, which offer a sliver of that coverage otherwise provided by the Policies.

320.    The Talking Points violate and are in derogation of accepted practices of good faith insurance claim handling.

321.    FM's use of the Talking Points constitutes an unfair or deceptive act or practice in

83

the business or insurance.

322.   FM's use of the Talking Points reflects a conscious disregard of its policyholders' rights under the Policies and of FM placing its own interests above that of its policyholders.

323.   By directing its adjusters away from the other coverages in the Global Advantage Form that may (and here do) cover COVID-19-related losses, FM ensured that such coverages would not be considered, that a proper investigation would not be conducted, and that the wrong coverage determination would be reached.

324.   Ironically, although improperly designed to steer its adjusters to only those coverages with paltry sublimits, the Talking Points concede that the actual presence of COVID-19 on insured property constitutes property "damage" as used in the Policies.

**M.     FM Executes its Talking Points Playbook by Steering Tapestry's Claim Toward the Sublimited On-Site Communicable Disease Coverages, Effectively Denying Coverage Even Under Those Coverages and Denying Under the Other Coverages**

325.   On or about April 2, 2020, Tapestry provided notice to FM of the Tapestry Claim under the 2019/2020 Policy.

326.   On April 14, 2020, FM's adjuster acknowledged receipt of the Tapestry Claim via letter and reserved FM's rights.  The adjuster, however, immediately, began executing on FM's playbook from its Talking Points of steering the claim directly and exclusively toward the Policies' sublimited On-Site Communicable Disease Coverages.  To that end, FM's letter:

- stated that "COVID-19 meets the definition of a communicable disease under the policy";

- set forth what the FM adjuster claimed were "[o]ther key conditions of" the On-Site Communicable Disease Coverages";

- quoted, at length, from the 2019/2020 Policy's Communicable Disease Response

84

and Interruption by Communicable Disease coverages; and

- asked a series of requests for information ("RFIs") designed to steer the Tapestry Claim toward solely the On-Site Communicable Disease Coverages.

327.    FM's April 14, 2020 letter never mentioned the 2019/2020 Policy's TIME ELEMENT COVERAGE or its coverages for LEASEHOLD INTEREST, EXTRA EXPENSE, CIVIL OR MILITARY AUTHORITY, CONTINGENT TIME ELEMENT, INGRESS/EGRESS, PROTECTION AND PRESERVATION OF PROPERTY.  Nor did FM ever request to visit or inspect any of Tapestry's Stores.

328.    On May 13, 2020, Tapestry responded to FM's RFIs, sending an email with the requested information and including multiple attachments.

329.    On May 26, 2020, FM issued another letter stating that it was establishing a single claim file and a single claim number and reserving FM's rights.

330.    The May 26, 2020 letter continued FM's Talking Points strategy of steering the Tapestry Claim exclusively toward the On-Site Communicable Disease Coverage. Particularly, the letter:

- requested a few additional items of information relating to the closure of certain Tapestry Stores following positive COVID-19 tests of Tapestry Store employees; and

- never mentioned the 2019/2020 Policy's TIME ELEMENT COVERAGE or its coverages for LEASEHOLD INTEREST, EXTRA EXPENSE, CIVIL OR MILITARY AUTHORITY, CONTINGENT TIME ELEMENT, INGRESS/EGRESS, PROTECTION AND PRESERVATION OF PROPERTY.

331.    As with its prior letter, FM's May 26, 2020 letter never requested to visit or

4813-0793-8032.v1

inspect any of Tapestry's Stores.

332.   On September 29, 2020, FM issued another letter once again reserving its rights and serving amended RFIs to steer the Tapestry Claim exclusively toward the On-Site Communicable Disease Coverages. Once again, the FM letter never mentioned the 2019/2020 Policy's TIME ELEMENT COVERAGE or its coverages for LEASEHOLD INTEREST, EXTRA EXPENSE, CIVIL OR MILITARY AUTHORITY, CONTINGENT TIME ELEMENT, INGRESS/EGRESS, PROTECTION AND PRESERVATION OF PROPERTY.

333.   On November 6, 2020, Tapestry provided information responsive to FM's September 29, 2020 amended RFIs. Tapestry also reminded FM that Tapestry's claim was far broader than merely the On-Site Communicable Disease Coverages and that FM's RFI's were "narrowly focused" on just those coverages. Specifically, Tapestry stated:

> As an initial matter, your letter implies that the only losses identified to date are losses caused by the actual presence of COVID-19 at insured locations. This is incorrect. Among other things, Tapestry has suffered and continues to suffer losses and incur extra expenses and preservation and protection of property costs, as well as mitigation and other costs to reduce losses, due to federal, state and local orders issued as a result of physical damage and the presence of individuals affected by COVID-19 within five (5) statute miles of multiple insured locations, physical restrictions preventing ingress and egress from insured locations, efforts undertaken to preserve and protect insured locations, and other covered costs under the Policy.
>
> We note that your requests are narrowly focused on the presence of COVID-19 at insured locations. But please be clear, as we assume you already are, that our losses are far greater and not so limited.

334.   As of the filing of this Complaint, almost 15 months after Tapestry provided notice of the Tapestry Claim, FM has not agreed to provide the urgently needed coverage and has not provided any coverage determination under the 2019/2020 Policy.

335.   On June 9, 2021, Tapestry provided notice to FM of the Tapestry Claim under the 2020/2021 Policy.

336.    On June 22, 2021 – less than two weeks after notice of the Tapestry Claim under the 2020/2021 Policy – FM issued a letter to Tapestry denying coverage for the Tapestry Claim under the 2020/2021 Policy under all coverages with the sole exception of the On-Site Communicable Disease Coverages.  In its letter, using language entirely consistent with its Talking Points, FM concluded that the 2020/2021 Policy's provisions other than the On-Site Communicable Disease Coverages "require physical loss or damage . . . as one of the conditions of coverage and the presence of COVID-19 does not cause physical loss or damage so that condition cannot be met."  FM also contended that the 2020/2021 Policy's Contamination Exclusion applied to bar coverage, stating, "the Policy excludes coverage for contamination. The presence of a virus, pathogen, or disease causing or illness causing agent such as COVID-19 is a form of contamination as defined in our Policy, which is excluded."

337.    Finally, in its June 22, 2021 letter, FM, again consistent with its Talking Points, asked a series of RFIs designed to steer the Tapestry Claim toward solely the On-Site Communicable Disease Coverages.

## FIRST CAUSE OF ACTION
### (Declaratory Judgment)

338.    Tapestry incorporates the above Paragraphs by reference.

339.    This is a cause of action for declaratory judgment pursuant to Maryland Uniform Declaratory Judgments Act, Section 3-401 *et seq.* of the Courts and Judicial Proceedings Article of the Maryland Code.  An actual and justiciable controversy exists between Tapestry and FM concerning their respective rights and obligations under the Policies.

340.    The issuance of a declaratory judgment by this Court is necessary to resolve the existing controversy among the parties.

341.    As such, this Court has the authority to issue a declaratory judgment concerning

87

the respective rights and obligations of Tapestry and FM under the Policies.

342.    Tapestry seeks a declaratory judgment declaring that the Policies cover the losses it has suffered.

343.    Tapestry seeks a declaratory judgment declaring that FM is responsible for fully and timely paying the Tapestry Claim.

344.    The burden of proof is upon FM to demonstrate that coverage is limited in any way under the Policies.

## SECOND CAUSE OF ACTION
### (Breach of Contract)

345.    Tapestry incorporates Paragraphs 1-337 above by reference.

346.    The Policies are valid and enforceable contracts.

347.    Tapestry paid a substantial premium for the Policies and the promises of coverage contained therein, and otherwise performed all of its obligations owed under the Policies or was excused from performance.

348.    FM has yet to issue a coverage determination regarding the Tapestry Claim under the 2019/2020 Policy and has refused to pay or otherwise honor its promises, effectively denying coverage to Tapestry.  In effectively denying coverage for the Tapestry Claim as alleged above, FM breached its contract (that is, the 2019/2020 Policy).

349.    FM has denied coverage for the Tapestry Claim under all coverages of the 2020/2021 Policy with the sole exception of its On-Site Communicable Disease Coverages.  As such, FM breached its contract (that is, the 2020/2021 Policy).

350.    As a result of FM's breaches of contract, Tapestry has suffered and continues to suffer damage in an amount to be proven at trial, but currently estimated to exceed hundreds of millions of dollars in damages.

4813-0793-8032.v1

351.    By failing to investigate the Tapestry Claim, FM breached its duty of good faith and fair dealing to its insured.  As a result, Tapestry is entitled to consequential damages for FM's breach of the Policies.

352.    Consequential damages for breach of the Policies were reasonably contemplated by the parties when FM issued the Policies.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff Tapestry respectfully requests that the Court enter Judgment in its favor against Defendant FM as follows:

1.    On the First Cause of Action, a declaratory judgment that the losses Tapestry has suffered are covered by the Policies and that Defendant is responsible for fully and timely paying Tapestry's losses;

2.    On the Second Cause of Action, for an award of damages in favor of Tapestry in an amount to be proven at trial, plus pre- and post-judgment interest at the maximum legal rate, attorneys' fees, costs, and disbursements for this action; and

3.    For such other relief as this Court deems equitable and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff Tapestry, Inc. demands a trial by jury for all issues so triable.

Deborah B. Baum

89

Dated: June 24, 2021

Respectfully submitted,

Deborah B. Baum (CPF# 0707090001)
Laura A. Freid-Studlo (CPF# 0512140121)
Brendan W. Hogan (CPF#1312180010)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, NW
Washington, DC 20036
Phone: (202) 663-8000
Fax: (202) 663-8007
deborah.baum@pillsburylaw.com
laura.freidstudlo@pillsburylaw.com
brendan.hogan@pillsburylaw.com
*Counsel for Plaintiff Tapestry, Inc.*

4813-0793-8032.v1

# Exhibit 1

# FM Global

# MUTUAL CORPORATION
# NON-ASSESSABLE POLICY

Factory Mutual Insurance Company
P.O. Box 7500
Johnston, Rhode Island 02919
1-800-343-7722

> A SURCHARGE WILL BE ADDED TO THE PREMIUM OF THIS POLICY AS REQUIRED BY KENTUCKY REVISED STATUTES SECTION 136.392.

## DECLARATIONS

| Policy No. | Previous Policy No. | DATE OF ISSUE |
|---|---|---|
| 1050294 | 1024749 | 03 April 2019 |

| Account No. | Replaces Binder No. | |
|---|---|---|
| 1-35582 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and of premium charged, Factory Mutual Insurance Company, hereafter referred to as the Company, does insure:

> **INSURED:**
>
> Tapestry, Inc.
>
>
> (For Complete Title See Policy)

The term of this Policy is from the 4th day of April, 2019 to the 4th day of April, 2020 at 12:01 a.m., Standard Time, at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

By virtue of this Policy and any other policies purchased from the Company being in force, the Insured becomes a member of the Company, subject to the provisions of its charter and by-laws, and is entitled to one vote either in person or by proxy at any and all meetings of said Company.

Assignment of this Policy will not be valid except with the written consent of the Company.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in the city of Johnston, R. I.
this  3rd day of  April, 2019.

_____
Authorized Signature

Secretary

President

Countersigned (if required) this          day of

_____
Agent

Florida information: **"THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."**

Form FMGA DEC
7020 (10/13)

Printed in U.S.A.



Factory Mutual Insurance Company
Johnston, Rhode Island
A Mutual Corporation

This policy is Non-Assessable.

It is important that the written
portions of all policies covering
the same property read exactly
alike. If they do not, they should
be made uniform at once.

In case of loss notify the company
or its local agent at once in writing.

7019 (9/01)

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies, or contracts of insurance of which the following shall apply to and form a part of this policy.

## EXTRACTS FROM CHARTER OF THIS COMPANY
### Granted by the General Assembly of the State of Rhode Island

SECTION 5:  Except as hereinafter specifically provided, each natural person, partnership, association, corporation or legal entity insured on the mutual plan by the Corporation shall be a member of the Corporation during the term of its policy but no longer, and at all meetings of the members shall be entitled to one vote either in person or by proxy, provided, however, that where there is more than one insured under any policy, such insureds shall nevertheless be deemed to be a single member of the Corporation for all purposes.  The Corporation may issue policies which do not entitle the insured to membership in the Corporation nor to participate in its surplus.

SECTION 10:  Upon the termination of the membership of any member, all his or its right and interest in the surplus, reserves and other assets of the Corporation shall forthwith cease.

## EXTRACTS FROM THE BY-LAWS OF THIS COMPANY
### Adopted July 13, 2000

ARTICLE 1 – MEETINGS OF THE MEMBERS

SECTION 1.  Annual Meeting
The annual meeting of the members shall be held at the principal offices of the Company, or at such other place as may be stated in the notice of the meeting, at 9:00 a.m. on the second Thursday of April in each year, for the election of directors and the transaction of such other business as may be brought before the meeting.  If the annual meeting is omitted on the day herein provided therefor, a special meeting may be held in place thereof; and any business transacted or elections held at such special meeting shall be as effective as if transacted or held at the annual meeting.

7019 (9/01)



Account No.   1-35582
Policy No.   1050294

## TABLE OF CONTENTS
### (Order In Which They Appear)

Page No.

**DECLARATIONS PAGE**

**DECLARATIONS**

1.   NAMED INSURED AND MAILING ADDRESS ....................................................... 1
2.   POLICY DATES .............................................................................................. 1
3.   INSURANCE PROVIDED ................................................................................. 1
4.   PREMIUM ..................................................................................................... 1
5.   PREMIUM PAYABLE ...................................................................................... 1
6.   LOSS ADJUSTMENT/PAYABLE ....................................................................... 1
7.   DEDUCTIBLE REIMBURSEMENT ................................................................... 2
8.   TERRITORY .................................................................................................. 3
9.   MASTER GLOBAL INSURING POLICY ............................................................ 3
10.   JURISDICTION ............................................................................................. 4
11.   CURRENCY .................................................................................................. 4
12.   LIMITS OF LIABILITY ................................................................................... 4
13.   DEDUCTIBLES .............................................................................................. 9

**PROPERTY DAMAGE**

1.   INSURED PROPERTY ..................................................................................... 14
2.   EXCLUDED PROPERTY .................................................................................. 14
3.   EXCLUSIONS ................................................................................................ 15
4.   APPLICATION OF POLICY TO DATE OR TIME RECOGNITION ........................... 19
5.   VALUATION .................................................................................................. 20
6.   ADDITIONAL COVERAGES ............................................................................ 21
     CYBER ADDITIONAL COVERAGES ................................................................ 22
     A.   DATA, PROGRAMS OR SOFTWARE ..................................................... 22
     B.   OFF PREMISES DATA SERVICES PROPERTY DAMAGE .......................... 23
     OTHER ADDITIONAL COVERAGES ................................................................ 24
     A.   ACCIDENTAL INTERRUPTION OF SERVICES ........................................ 24
     B.   ACCOUNTS RECEIVABLE ................................................................... 25
     C.   AUTOMATIC COVERAGE ................................................................... 26
     D.   BRANDS AND LABELS ...................................................................... 26
     E.   CLAIMS PREPARATION COSTS ........................................................... 26
     F.   COINSURANCE DEFICIENCY AND CURRENCY DEVALUATION .............. 27
     G.   COMMUNICABLE DISEASE RESPONSE ............................................... 27
     H.   CONSEQUENTIAL REDUCTION IN VALUE ........................................... 28
     I.   CONTROL OF DAMAGED PROPERTY ................................................... 28
     J.   DEBRIS REMOVAL ........................................................................... 29
     K.   DECONTAMINATION COSTS .............................................................. 29
     L.   ERRORS AND OMISSIONS .................................................................. 29
     M.   EXPEDITING COSTS ......................................................................... 30
     N.   FINE ARTS AND VALUABLE PAPERS AND RECORDS ............................ 30
     O.   INSTALLMENT OR DEFERRED PAYMENTS .......................................... 31
     P.   LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL ...... 32



Account No.   1-35582
Policy No.   1050294

# TABLE OF CONTENTS
## (Order In Which They Appear)

Page No.

Q. LAW AND ORDINANCE ...................................................... 32
R. LOSS PAYMENT INCREASED TAX LIABILITY ............................ 33
S. MACHINERY OR EQUIPMENT STARTUP OPTION ......................... 34
T. MISCELLANEOUS PROPERTY ............................................. 35
U. NEIGHBOUR'S RECOURSE AND TENANT'S LIABILITY .................. 36
V. OPERATIONAL TESTING ................................................... 36
W. PROTECTION AND PRESERVATION OF PROPERTY ...................... 37
X. SERVICE INTERRUPTION PROPERTY DAMAGE .......................... 37
Y. TEMPORARY REMOVAL OF PROPERTY .................................. 38
Z. TERRORISM ................................................................ 38
AA. TRANSPORTATION ........................................................ 39

**TIME ELEMENT**

1. LOSS INSURED ................................................................ 43
2. TIME ELEMENT COVERAGES ................................................. 44
   A. INSURED OPTION ........................................................ 44
   B. GROSS EARNINGS ....................................................... 44
   C. GROSS PROFIT .......................................................... 46
   D. EXTRA EXPENSE ......................................................... 48
   E. LEASEHOLD INTEREST ................................................... 49
   F. RENTAL INSURANCE ..................................................... 50
3. PERIOD OF LIABILITY ........................................................ 50
4. TIME ELEMENT EXCLUSIONS ................................................. 53
5. TIME ELEMENT COVERAGE EXTENSIONS ..................................... 54
   CYBER TIME ELEMENT COVERAGE EXTENSIONS .......................... 54
   A. COMPUTER SYSTEMS NON PHYSICAL DAMAGE ....................... 54
   B. OFF PREMISES DATA SERVICES TIME ELEMENT ...................... 55
   SUPPLY CHAIN TIME ELEMENT COVERAGE EXTENSIONS ................. 56
   A. CIVIL OR MILITARY AUTHORITY ....................................... 56
   B. CONTINGENT TIME ELEMENT EXTENDED .............................. 57
   C. INGRESS/EGRESS ....................................................... 57
   D. LOGISTICS EXTRA COST ................................................ 58
   E. SERVICE INTERRUPTION TIME ELEMENT .............................. 60
   ADDITIONAL TIME ELEMENT COVERAGE EXTENSIONS .................... 61
   A. ATTRACTION PROPERTY ................................................ 61
   B. CRISIS MANAGEMENT ................................................... 61
   C. DELAY IN STARTUP ..................................................... 62
   D. EXTENDED PERIOD OF LIABILITY ..................................... 62
   E. INTERRUPTION BY COMMUNICABLE DISEASE .......................... 63
   F. ON PREMISES SERVICES ................................................ 64
   G. PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT ... 64
   H. RELATED REPORTED VALUES ........................................... 64
   I. RESEARCH AND DEVELOPMENT ......................................... 65
   J. SOFT COSTS ............................................................. 65



Account No.  1-35582
Policy No.   1050294

## TABLE OF CONTENTS
### (Order In Which They Appear)

Page No.

**LOSS ADJUSTMENT AND SETTLEMENT**

1.   REQUIREMENTS IN CASE OF LOSS ............................................................66
2.   CURRENCY FOR LOSS PAYMENT...........................................................67
3.   PARTIAL PAYMENT OF LOSS SETTLEMENT ......................................67
4.   COLLECTION FROM OTHERS .................................................................67
5.   SUBROGATION .........................................................................................67
6.   COMPANY OPTION ..................................................................................68
7.   ABANDONMENT .......................................................................................68
8.   APPRAISAL ................................................................................................68
9.   SUIT AGAINST THE COMPANY .............................................................69
10.  SETTLEMENT OF CLAIMS ......................................................................69

**GENERAL PROVISIONS**

1.   CANCELLATION/NON-RENEWAL............................................................70
2.   INSPECTIONS...............................................................................................70
3.   PROVISIONS APPLICABLE TO SPECIFIC JURISDICTIONS ...................70
4.   LIBERALIZATION ........................................................................................74
5.   MISREPRESENTATION AND FRAUD ........................................................74
6.   LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS ................74
7.   OTHER INSURANCE ....................................................................................75
8.   POLICY MODIFICATION .............................................................................76
9.   REDUCTION BY LOSS .................................................................................76
10.  SUSPENSION .................................................................................................77
11.  TITLES...........................................................................................................77
12.  ASSIGNMENT ...............................................................................................77
13.  DEFINITIONS ................................................................................................77
SCHEDULE OF LOCATIONS........................................................................ APPENDIX A
FLOOD PRONE LOCATIONS........................................................................APPENDIX B
NATIONAL FLOOD INSURANCE PROGRAM LOCATIONS ........................APPENDIX C
WIND AREAS....................................................................................................APPENDIX D
CYBER OPTIMAL RECOVERY ENDORSEMENT, Form FMG7558, Edition October 2016
SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT, Form
FMG7308, Edition January 2015



**Account No.  1-35582**
**Policy No.   1050294**

## DECLARATIONS

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

**1.   NAMED INSURED AND MAILING ADDRESS**

Tapestry, Inc. and any subsidiary, and Tapestry, Inc. interest in any partnership or joint venture in which Tapestry, Inc. has management control or ownership as now constituted or hereafter is acquired, as the respective interest of each may appear; all hereafter referred to as the "Insured," including legal representatives.

10 Hudson Yards
New York, New York 10001

**2.   POLICY DATES**

> TERM: 1 Year
>
> FROM: 04 April 2019 at 12:01 a.m., Standard Time;
> TO:      04 April 2020 at 12:01 a.m., Standard Time,
>
> at the **location** of property involved as provided in this Policy.

**3.   INSURANCE PROVIDED**

The coverage under this Policy applies to property described on the Schedule of Locations or covered under the terms and conditions of the AUTOMATIC COVERAGE, ERRORS AND OMISSIONS or MISCELLANEOUS PROPERTY provisions, unless otherwise provided.

Schedule of Locations are as listed on the Schedule of Locations attached to this Policy.

**4.   PREMIUM**

This Policy is issued in consideration of an initial premium.

**5.   PREMIUM PAYABLE**

Willis of New York, Inc. pays the premium under this Policy, and any return of the paid premium accruing under this Policy will be paid to the account of Willis of New York, Inc.

**6.   LOSS ADJUSTMENT/PAYABLE**

Loss, if any, will be adjusted with and payable to Tapestry, Inc., or as may be directed by Tapestry, Inc.

 FM Global

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee either on a Certificate of Insurance or other evidence of insurance on file with the Company or named below.

When named on a Certificate of Insurance or other evidence of insurance, such additional interests are automatically added to this Policy as their interests may appear as of the effective date shown on the Certificate of Insurance or other evidence of insurance. The Certificate of Insurance or other evidence of insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

The following additional interest(s) is added to the Policy as Additional Named Insured as their interests may appear. Such interests do not extend to any TIME ELEMENT coverage under this Policy.

Coach Way Florida, LLC
1270 Soldiers Field Road
Brighton, MA 02135

As respects their interest in Real Property at the following:

| Location No. | Location Description |
|---|---|
| W04 | UNITED STATES OF AMERICA<br>JACKSONVILLE, FLORIDA, 32218-7940<br>1 Coach Way<br>Jacksonville Coach |

Limit of Liability: USD39,349,810

Adding such additional interest(s) does not amend, extend or alter the terms, conditions or provisions of this Policy.

## 7.   DEDUCTIBLE REIMBURSEMENT

At the written request of the Insured, and in accordance with any Certificates of Insurance or other written evidence that may then be issued to protect the insurable interests of any third party covered hereunder, this Company shall adjust and pay losses in full without regard to any deductible provision which would otherwise apply under the terms and conditions of this Policy; such loss to be adjusted with Tapestry, Inc. and payable to Tapestry, Inc. and appropriate loss payee(s) as their interests may appear.

It is further agreed that in any case where a loss is adjusted and payment made in accordance with the above, Tapestry, Inc. agrees to reimburse this Company as respects such loss payment for that amount which is equal to but not exceeding the amount of the deductible that would have been applicable had this provision not been in effect. Such reimbursement shall be made within 30 days, payable to and forwarded to the Factory Mutual Insurance Company, 300 Kimball Drive, Parsippany, New Jersey 07054-2172.

 FM Global

## 8.    TERRITORY

Coverage as provided under this Policy applies worldwide except does not apply in:

Afghanistan; Albania; Algeria; Angola; Armenia; Azerbaijan; Bangladesh; Belarus; Belize; Benin; Bhutan; Bolivia; Bosnia and Herzegovina; Botswana; Burkina Faso; Burundi; Cambodia; Cameroon; Central African Republic; Chad; Cote D'Ivoire; Cuba; Democratic Republic of the Congo; Djibouti; Egypt; Equatorial Guinea; Eritrea; Ethiopia; Fiji; Gabon; Gambia; Georgia; Ghana; Grenada; Guatemala; Guinea; Guinea-Bissau; Guyana; Haiti; Honduras; Jammu and Kashmir in India; Iran; Iraq; Israel; Gaza Strip, West Bank and territories north of Latitude 32.80 N in Israel; Kenya; Laos; Lebanon; Lesotho; Liberia; Libya; Madagascar; Malawi; Mali; Mauritania; Mauritius; Moldova; Mongolia; Montenegro; Montserrat; Mozambique; Myanmar; Namibia; Nepal; Niger; Nigeria; North Korea; Pakistan; Papua New Guinea; Aksai Chin and Trans-Karakoram Tract in People's Republic of China; Republic of the Congo; Chechen Republic of the Russian Federation; Rwanda; Senegal; Seychelles; Sierra Leone; Somalia; Sri Lanka; South Sudan; Sudan; Swaziland; Syria; Tajikistan; Tanzania; Timor-Leste; Togo; Tunisia; Agri, Batman, Bingol, Bitlis, Diyarbakir, Elazig, Hakkari, Igdir, Mardin, Mus, Sanliurfa, Siirt, Sirnak and Van in Turkey; Turkmenistan; Uganda; Ukraine; Crimea Region of Ukraine; Uzbekistan; Venezuela; Yemen; Zambia; and Zimbabwe.

## 9.    MASTER GLOBAL INSURING POLICY

This Policy is designated the Master Global Insuring Policy.  Coverage under this Policy shall apply only after the coverage provided under the local policy issued by the Company, its **representative company(ies)** or any other insurance company has been exhausted.  Such local policy will be the first policy to respond in the event of loss or damage.  Only upon exhaustion of coverage under the local policy, this Policy covers:

A.    the difference in definitions, perils, conditions or coverages between the local policy and this Policy; and

B.    the difference between the limit(s) of liability stated in the local policy and this Policy,

provided that:

   1)    the coverage is provided under this Policy;

   2)    the limit(s) of liability has been exhausted under the local policy, and

   3)    the deductible(s) applicable to such claim for loss or damage under the local policy has been applied.  If the deductible applied in the local policy is different from the deductible that would have been applied for such loss under this Policy, then this Policy will provide for such difference in deductible.

Any coverage provided under the local policy that is not provided under this Policy does not extend to this Policy.  As respects **representative company(ies)** only, any insolvency or bankruptcy of the local insurance company shall be considered exhaustion of coverage under the local policy.

 FM Global

**Account No.   1-35582**
**Policy No.   1050294**

As respects local policies issued by companies other than this Company or its **representative company(ies)**, the following also applies:

A.   This Policy will not cover:

    1)   any financial loss due to insolvency or bankruptcy of the insurance company issuing the local policy.

    2)   any financial loss due to the application of deductibles, coinsurance or average clauses under the local policy.

    3)   any difference in limits of liability between the local policy and this Policy.

B.   It is agreed that during the term of this Policy the Insured will not cancel or restrict any insurance in force at the time coverage hereunder attaches, which covers the same risk(s) as covered hereunder, without the knowledge and consent of the Company.

C.   If the local policy is cancelled, restricted or allowed to expire and not renewed without the knowledge and consent of the Company, this coverage will continue to apply as though such local policy had been maintained in full force and effect.

## 10.   JURISDICTION

This Policy will be governed by the laws of the United States of America.

Any disputes arising hereunder will be exclusively subject to United States of America jurisdiction.

## 11.   CURRENCY

All amounts, including deductibles, premiums and limits of liability, indicated in this Policy shall be in the currency represented by the three letter currency designation shown.  This three letter currency designator is defined in Table A.1-Currency and funds code list, International Organization for Standardization (ISO) 4217, edition in effect at the inception of this Policy.

## 12.   LIMITS OF LIABILITY

The Company's maximum limit of liability in an **occurrence**, including any insured TIME ELEMENT loss, will not exceed the Policy limit of liability of USD1,000,000,000 subject to the following provisions:

A.   Limits of liability and time limits stated below or elsewhere in this Policy are part of, and not in addition to, the Policy limit of liability.

B.   Limits of liability in an **occurrence** apply to the total loss or damage at all **locations** and for all coverages involved, including any insured TIME ELEMENT loss, subject to the following provisions:

 FM Global

**Account No.   1-35582**
**Policy No.   1050294**

1) when a limit of liability applies in the **aggregate during any policy year**, the Company's maximum amount payable will not exceed such limit of liability during any policy year.

2) when a limit of liability applies to a **location** or other specified property, such limit of liability will be the maximum amount payable for all loss or damage at all **locations** arising from physical loss or damage at such **location** or to such other specified property.

C.   Should an **occurrence** result in liability payable under more than one policy issued to the Named Insured by the Company, or its **representative companies**, the maximum amount payable in the aggregate under all such policies will be the applicable limit(s) of liability indicated in this Policy.

Applicable Limits of Liability/Time Limits:

| | |
|---|---|
| ATTRACTION PROPERTY | 30 consecutive days |
| AUTOMATIC COVERAGE | 120 day period but not to exceed a USD100,000,000 limit, per **location** |
| CIVIL OR MILITARY AUTHORITY | 30 consecutive days |
| CLAIMS PREPARATION COSTS | USD100,000 plus 50% of the amount recoverable under this coverage in excess of USD100,000 |
| COINSURANCE DEFICIENCY AND CURRENCY DEVALUATION | USD100,000,000 |
| COMMUNICABLE DISEASE RESPONSE | USD1,000,000 in the **aggregate during any policy year**<br><br>The Company's maximum limit of liability for INTERRUPTION BY COMMUNICABLE DISEASE and this coverage combined shall not exceed USD1,000,000 in the **aggregate during any policy year** regardless of the number of locations, coverages or **occurrences** involved. |
| COMPUTER SYSTEMS NON PHYSICAL DAMAGE and DATA, PROGRAMS OR SOFTWARE combined | USD1,000,000 in the **aggregate during any policy year** |
| CONTINGENT TIME ELEMENT EXTENDED | USD50,000,000 except a USD100,000,000 limit for the following locations:<br><br>a)      Dluxe Bags Philippines Inc, Tarlac |



**Account No.   1-35582**
**Policy No.   1050294**

|  |  |  |
|---|---|---|
|  |  | Productivity Center Sta Rosa, Conception, Tarlac, Philippines |
|  | b) | Cy Vina Co., Ltd Lot N, Road 1, Long Duc Industrial Park, Tra Vinh City, Tra Vinh Province, Vietnam |
|  | c) | Simone Accessories Collection Vietnam TG Plot AI, AI-1, AVI, AVII, KII-1 Tan Huong Industrial Park, Tan Huong Commune, Chau Thanh District, Tien Giang Province, Vietnam |
|  | d) | Thaibinh Group #2/434 Binh Hao Town, Thuan An District, Binh Duong, Vietnam |
|  | e) | SuperL Philippines Inc. angeles Industrial Park, Inc. Special Economic zone, Barangay Calibutbut, Bacolor ,Pampanga, Philippines |
|  | f) | Yamani Dynasty Co., Ltd Nam Hong Commune, Nam Truc District, Nam Dinh Province, Vietnam |
|  | g) | FCF Manufacturing Corporation 11th Avenue, Freeport of Bataan, Mariveles, Philippines |
|  |  | The Company's maximum limit of liability will not exceed a USD100,000,000 limit regardless of the number of locations or coverages involved. |
| CRISIS MANAGEMENT |  | 30 consecutive days |
| **earth movement** |  | USD250,000,000 in the **aggregate during any policy year** but not to exceed the following limits in the **aggregate during any policy year**: |
|  | a) | USD100,000,000 for Location No. CC29, Asia Distribution Center (ADC): EXEL Logistics China Co. Ltd., No. 199, Shenfei Road, BLP, Bonded Logistics Park Branch KE2-4B Stockroom, Shanghai, People's Republic of China |
|  | b) | USD50,000,000 for property located in **Pacific Northwest Seismic Zone** |



Account No.  1-35582
Policy No.  1050294

| | |
|---|---|
| | combined |
| | c) USD25,000,000 for property located in the **New Madrid Seismic Zone** combined |
| | d) USD20,000,000 for property located in Alaska, Hawaii, the Commonwealth of Puerto Rico and Nevada (only the counties of Carson City, Douglas, Esmeralda, Lyon, Mineral, Storey, Washoe) combined |
| | e) USD10,000,000 for property located in California |
| | f) USD20,000,000 for property located in Japan |
| | g) USD10,000,000 for property located in Taiwan |
| | h) USD10,000,000 for property located in **high hazard zones for earth movement** combined excluding Location No. CC29 as described on the Schedule of Locations |
| ERRORS AND OMISSIONS | USD100,000,000 |
| EXPEDITING COSTS and EXTRA EXPENSE combined | USD100,000,000 |
| EXTENDED PERIOD OF LIABILITY | 180 day period except a 365 day period for Location No. W04, One Coach Way, Jacksonville, Florida, 32218 |
| **fine arts** | USD100,000,000 but not to exceed a USD10,000 limit per item for **irreplaceable fine arts** not on a schedule on file with the Company |
| fines or penalties for breach of contract or for late or noncompletion of orders combined | USD100,000 |
| **flood** | USD250,000,000 |
| GROSS PROFIT | 12 month period but not to exceed a 90 day period for Ordinary Payroll |
| INGRESS/EGRESS | 30 day period |



**Account No.   1-35582**
**Policy No.   1050294**

| | |
|---|---|
| INTERRUPTION BY COMMUNICABLE DISEASE | 12 month period but not to exceed a USD1,000,000 limit in the **aggregate during any policy year**<br><br>The Company's maximum limit of liability for COMMUNICABLE DISEASE RESPONSE and this coverage combined shall not exceed USD1,000,000 in the **aggregate during any policy year** regardless of the number of locations, coverages or **occurrences** involved. |
| LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL | USD250,000 in the **aggregate during any policy year** |
| LOGISTICS EXTRA COST | 180 day period but not to exceed 200% of the **normal cost** |
| MISCELLANEOUS PROPERTY | As respects property at a **location**:<br><br>a)      USD10,000,000 per **location**<br><br>As respects property not at a **location**:<br><br>a)      USD10,000,000 |
| NEIGHBOUR'S RECOURSE AND TENANT'S LIABILITY | USD10,000,000 |
| OFF PREMISES DATA SERVICES PROPERTY DAMAGE and OFF PREMISES DATA SERVICES TIME ELEMENT combined | USD1,000,000 in the **aggregate during any policy year** |
| Ordinary Payroll | 90 day period |
| SERVICE INTERRUPTION PROPERTY DAMAGE and SERVICE INTERRUPTION TIME ELEMENT combined | USD50,000,000 |
| TERRORISM | USD5,000,000 in the **aggregate during any policy year** but not to exceed the following limits in the **aggregate during any policy year**:<br><br>a)      USD5,000,000 for AUTOMATIC COVERAGE, ERRORS AND OMISSIONS, MISCELLANEOUS PROPERTY and TEMPORARY |

 FM Global

**Account No.   1-35582**
**Policy No.   1050294**

|  | REMOVAL OF PROPERTY combined |
|---|---|
|  | b)      USD5,000,000 for **flood** when caused by or resulting from **terrorism** |
|  | The limits for TERRORISM shall not include the **actual cash value** portion of fire damage caused by **terrorism**. |
|  | The limits for TERRORISM do not apply to the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S). |
| TRANSPORTATION | USD5,000,000 |
| **valuable papers and records** | USD100,000,000 but not to exceed a USD10,000 limit per item for **irreplaceable valuable papers and records** not on a schedule on file with the Company |

## 13.   DEDUCTIBLES

Subject to the deductible general provisions stated below, in each case of loss covered by this Policy the following deductibles apply:

| retail stores, outlet stores and off site storage as described on Schedule of Locations | USD100,000 combined all coverages, per **occurrence** |
|---|---|
| Asia Distribution Center (ADC): EXEL Logistics China Co. Ltd., No. 199, Shenfei Road, BLP, Bonded Logistics Park Branch KE2-4B Stockroom, Shanghai, People's Republic of China; 6 Nguyen Khac Vien Street, Tan Phu Ward, District 7, Ho Chi Minh City Vietnam | USD100,000 combined all coverages, per **occurrence** |
| locations in the European Union and European Economic Area as constituted on 01 July 2013 | USD50,000 combined all coverages, per **occurrence** |
| earthquake | As respects property located in Alaska, California, Hawaii, the Commonwealth of Puerto Rico, Nevada (only the counties of Carson City, Douglas, Esmeralda, Lyon, Mineral, Storey, |



**Account No.   1-35582**
**Policy No.   1050294**

| | |
|---|---|
| | Washoe), Japan, Taiwan, in the **New Madrid Seismic Zone**, in the **Pacific Northwest Seismic Zone** or in **high hazard zones for earth movement** excluding Location No. CC29 as described on the Schedule of Locations:<br><br>Property Damage: 5%, per **location**<br>Time Element: 5%, per **location**<br><br>The above are subject to a minimum deductible of USD500,000 for Property Damage and Time Element combined, per **location** except a minimum of USD100,000 for Property Damage and Time Element combined per **location** at retail stores, outlet stores and off site storage as described on the Schedule of Locations. |
| **flood** | 1)    As respects locations described on National Flood Insurance Program Locations, Appendix C:<br><br>USD100,000 combined all coverages, per **location** subject to the National Flood Insurance Program provision in the OTHER INSURANCE clause of this Policy:<br><br>2)    As respects locations described on Flood Prone Locations, Appendix B:<br><br>USD500,000 combined all coverages, per **location**<br><br>3)    As respects Location No. 7328, 6551 No. 3 Road, Space #1550B, Richmond, British Columbia, Canada V6Y 2B7:<br><br>USD250,000 combined all coverages, per **location** |
| LOGISTICS EXTRA COST | USD500,000 per **occurrence** |
| **wind** | 1)    As respects All Other locations as described on Wind Areas, Appendix D:<br><br>Property Damage: 3%, per **location**<br>Time Element: the 3%, per **location** |

Advantage - TE Select - US Global - 2016  ©2017 FM Global. All rights reserved



|  | The above are subject to a minimum deductible of USD500,000 for Property Damage and Time Element combined, per **location**, except a minimum deductible of USD100,000 for Property Damage and Time Element combined, per **location** for retail stores, outlet stores and off site storage locations as described on the Schedule of Locations |
|  | 2)   As respects Location No. W04, 1 Coach Way, Jacksonville, Florida as described on the Schedule of Locations: |
|  | Property Damage: 2%, per **location**<br>Time Element: 2%, per **location** |
|  | The above are subject to a minimum deductible of USD500,000 for Property Damage and Time Element combined, per **location** |
|  | 3)   As respects Wind Areas United States Northeast locations as described on Wind Areas, Appendix D: |
|  | USD500,000 combined all coverages, per **location** except |
|  | i)   As respects retail stores, outlet stores and off site storage locations as described on Schedule of Locations: |
|  | USD100,000 combined all coverages per **location**, subject to a maximum deductible of USD500,000 combined all coverages, per **occurrence**. |
| All Other Loss | USD500,000 combined all coverages, per **occurrence** |



**Account No.   1-35582**
**Policy No.   1050294**

Deductible General Provisions:

In each case of loss covered by this Policy, the Company will be liable only if the Insured sustains a loss, including any insured TIME ELEMENT loss, in a single **occurrence** greater than the applicable deductible specified above, and only for its share of that greater amount.

A.  For SERVICE INTERRUPTION loss, when a deductible is not specifically stated as applying to SERVICE INTERRUPTION, the deductible applied to the SERVICE INTERRUPTION loss will be the deductible that would apply if the cause of the interruption happened at the insured **location** that sustains the interruption of the specified services.

B.  For CONTINGENT TIME ELEMENT EXTENDED loss, when a deductible is not specifically stated as applying to CONTINGENT TIME ELEMENT EXTENDED, the deductible for CONTINGENT TIME ELEMENT EXTENDED loss will be determined as though the **contingent time element location** was an insured **location** under this Policy.

C.  The stated earthquake deductible will be applied to earthquake loss.  The stated **flood** deductible will be applied to **flood** loss.  The stated **wind** deductible will be applied to **wind** loss.  The provisions of item E below will also be applied to each.

D.  When this Policy insures more than one **location**, the deductible will apply against the total loss covered by this Policy in an **occurrence** except that a deductible that applies on a per **location** basis, if specified, will apply separately to each **location** where the physical damage happened regardless of the number of **locations** involved in the **occurrence**.

E.  Unless stated otherwise, if two or more deductibles apply to an **occurrence**, the total to be deducted will not exceed the largest deductible applicable.  For the purposes of this provision, when a separate Property Damage and a separate Time Element deductible apply, the sum of the two deductibles will be considered a single deductible.  If two or more deductibles apply on a per **location** basis in an **occurrence**, the largest deductible applying to each **location** will be applied separately to each such **location**.

F.  When a % deductible is stated above, whether separately or combined, the deductible is calculated as follows:

Property Damage – % of the value, per the Valuation clause(s) of the PROPERTY DAMAGE section, of the property insured at the **location** where the physical damage happened.

Time Element – % of the full Time Element values that would have been earned in the 12 month period following the **occurrence** by use of the facilities at the **location** where the physical damage happened, plus that proportion of the full Time Element values at all other **locations** where TIME ELEMENT loss ensues that was directly affected by use of such facilities and that would have been earned in the 12 month period following the **occurrence**.

G.  For insured physical loss or damage:

   1)  to insured fire protection equipment; or



2)   from water or other substance discharged from fire protection equipment of the type insured,

the applicable deductible applying to items 1 or 2 above only will be reduced by fifty percent (50%), per **occurrence**.  However, this provision will not apply to loss or damage resulting from fire or **earth movement** regardless of whether claim is made for such fire or **earth movement**.



# PROPERTY DAMAGE

## 1.   INSURED PROPERTY

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, as described in the INSURANCE PROVIDED provision or within 1,000 feet/300 metres thereof, to the extent of the interest of the Insured in such property:

A.   Real Property, including new buildings and additions under construction, in which the Insured has an insurable interest.

B.   Personal Property:

1)   owned by the Insured.

2)   consisting of the Insured's interest as a tenant in improvements and betterments.  In the event of physical loss or damage, the Company agrees to accept and consider the Insured as sole and unconditional owner of improvements and betterments, notwithstanding any contract or lease to the contrary.

3)   of officers and employees of the Insured.

4)   of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

5)   of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to Personal Property.  The Company will defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage.  The Company may, without prejudice, investigate, negotiate and settle any claim or suit as the Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction at an insured **location** or within 1,000 feet/300 metres thereof, to the extent of the Insured's legal liability for insured physical loss or damage to such property.  Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and such interest will not extend to any TIME ELEMENT coverage provided under this Policy.

## 2.   EXCLUDED PROPERTY

The following exclusions apply unless otherwise stated in this Policy:

This Policy excludes:

A.   currency, money, notes or securities.

B.   precious metal in bullion form.

C.   land and any substance in or on land.  However, this exclusion does not apply to:



     1)   landscape gardening.

     2)   car parks, parking lots, pavement, roadways, railways, transformer enclosures or walkways.

     3)   fill beneath car parks, parking lots, pavement, roadways, railways, transformer enclosures, walkways, or buildings and structures.

D.    water.  However, this exclusion does not apply to:

     1)   water that is contained within any enclosed tank, piping system or any other processing equipment.

E.    animals, standing timber or growing crops.

F.    watercraft or aircraft, except when unfueled and manufactured by the Insured.

G.    vehicles of officers or employees of the Insured or vehicles otherwise insured for physical loss or damage.

H.    underground mines or mine shafts or any property within such mine or shaft.

I.    dams or dikes.

J.    property in transit, except as otherwise provided by this Policy.

K.    property sold by the Insured under conditional sale, trust agreement, installment plan or other deferred payment plan after delivery to customers, except as provided by the INSTALLMENT OR DEFERRED PAYMENTS coverage of this Policy.

L.    electronic data, programs or software, except when they are stock in process, finished goods manufactured by the Insured, raw materials, supplies or other merchandise not manufactured by the Insured, or as otherwise provided by the DATA, PROGRAMS OR SOFTWARE coverage of this Policy.

## 3.    EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

A.    This Policy excludes:

     1)   indirect or remote loss or damage.

     2)   interruption of business, except to the extent provided by this Policy.

     3)   loss of market or loss of use.



Account No. **1-35582**
Policy No. **1050294**

    4)  loss or damage or deterioration arising from any delay.

    5)  mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

    6)  loss from enforcement of any law or ordinance:

        a)  regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

        b)  requiring the demolition of any property, including the cost in removing its debris;

        except as provided by the DECONTAMINATION COSTS and LAW AND ORDINANCE coverages of this Policy.

    7)  loss resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretense.

B.  This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

    1)  nuclear reaction or nuclear radiation or radioactive contamination. However:

        a)  if physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

        b)  this Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the insured **location**, provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the insured **location**. This coverage does not apply to any act, loss or damage excluded in item B2f of this EXCLUSIONS clause.

        This exclusion B1 and the exceptions in B1a and B1b do not apply to any act, loss or damage which also comes within the terms of exclusion B2b of this EXCLUSIONS clause.

    2)  a)  hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

            (i)  government or sovereign power (de jure or de facto);

            (ii)  military, naval or air force; or

            (iii) agent or authority of any party specified in i or ii above.

 FM Global

Account No.   1-35582
Policy No.   1050294

b) discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

c) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

d) seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

e) risks of contraband, or illegal transportation or trade.

f) **terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the TERRORISM coverage of the Policy. However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers only to the extent of the **actual cash value** of the resulting direct loss or damage by fire to property insured. This coverage exception for such resulting fire loss or damage does not apply to:

(i) direct loss or damage by fire which results from any other applicable exclusion in the Policy, including the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

(ii) any coverage provided in the TIME ELEMENT section of this Policy or to any other coverages provided in this Policy.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion, or any other risk of physical loss or damage covered elsewhere in this Policy.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2a of this EXCLUSIONS clause then item B2a applies in place of this item B2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2b of this EXCLUSIONS clause then item B2b applies in place of this item B2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2c of this EXCLUSIONS clause then item B2c applies in place of this item B2f exclusion.

If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this item B2f exclusion applies in place of item B1 of this EXCLUSIONS clause.



Account No.   1-35582
Policy No.   1050294

3) any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time:

   a) by an Insured or any proprietor, partner, director, trustee, officer, or employee of an Insured; or

   b) by any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured. This coverage does not apply to any act excluded in B2f of this EXCLUSIONS clause. In no event does this Policy cover loss by theft by any individual specified in a or b above.

4) lack of the following services:

   a) incoming electricity, fuel, water, gas, steam or refrigerant;

   b) outgoing sewerage;

   c) incoming or outgoing voice, data or video,

all when caused by an event off the insured **location**, except as provided in the SERVICE INTERRUPTION and OFF PREMISES DATA SERVICES coverages of this Policy. But, if the lack of such a service directly causes insured physical damage on the insured **location**, then only that resulting damage is insured.

C. This Policy excludes the following, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1) faulty workmanship, material, construction or design from any cause.

2) loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested, or otherwise worked on.

3) deterioration, depletion, rust, corrosion or erosion, wear and tear, inherent vice or latent defect.

4) settling, cracking, shrinking, bulging, or expansion of:

   a) foundations (including any pedestal, pad, platform or other property supporting machinery).

   b) floors.

   c) pavements.



**Account No.  1-35582**
**Policy No.  1050294**

    d)  walls.

    e)  ceilings.

    f)  roofs.

  5)  a)  changes of temperature damage (except to machinery or equipment); or

    b)  changes in relative humidity damage,

    all whether atmospheric or not.

  6)  insect, animal or vermin damage.

  7)  loss or damage to the interior portion of buildings under construction from rain, sleet or snow, whether or not driven by wind, when the installation of the roof, walls or windows of such buildings has not been completed.

D.    This Policy excludes the following unless directly resulting from other physical damage not excluded by this Policy:

  1)  **contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy.  If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured.  This exclusion D1 does not apply to radioactive contamination which is excluded elsewhere in this Policy.

  2)  shrinkage.

  3)  changes in color, flavor, texture or finish.

## 4.  APPLICATION OF POLICY TO DATE OR TIME RECOGNITION

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows.

A.    This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property.  This Policy does not pay for any TIME ELEMENT loss resulting from the foregoing remediation, change, correction, repair or assessment.

B.    Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage.  This Policy



does not pay for any such incident or for any TIME ELEMENT loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000. Such covered resulting physical loss or damage does not include any loss, cost or expense described in A or B above. If such covered resulting physical loss or damage happens, and if this Policy provides TIME ELEMENT coverage, then, subject to all of its terms and conditions, this Policy also covers any insured Time Element loss directly resulting therefrom.

5.    **VALUATION**

Adjustment of the physical loss amount under this Policy will be computed as of the date of loss at the place of the loss, and for no more than the interest of the Insured.

Unless stated otherwise in an Additional Coverage, adjustment of physical loss to property will be subject to the following:

A.    On stock in process, the value of raw materials and labor expended plus the proper proportion of overhead charges.

B.    On finished goods manufactured by or for the Insured, the regular cash selling price, less all discounts and charges to which the finished goods would have been subject had no loss happened.

C.    On raw materials and supplies:

1)    if repaired or replaced, the actual expenditure incurred in repairing or replacing the damaged or destroyed property; or

2)    if not repaired or replaced, the **actual cash value**.

D.    On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from back-up or from originals of a previous generation. These costs will not include research, engineering or any costs of restoring or recreating lost information.

E.    On property that is damaged by fire and such fire is the result of **terrorism**, the **actual cash value** of the fire damage loss. Any remaining fire damage loss shall be adjusted according to the terms and conditions of the Valuation clause(s) in this section of the Policy and shall be subject to the limit(s) of liability for TERRORISM, and if stated the limit of liability for SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S), as shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

F.    On all other property, the lesser of the following:



Account No.   1-35582
Policy No.   1050294

1) The cost to repair.

2) The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

3) The cost in rebuilding, repairing or replacing on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

4) The selling price of real property or machinery and equipment, other than stock, offered for sale on the date of loss.

5) The cost to replace unrepairable electrical or mechanical equipment, including computer equipment, with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

6) The increased cost of demolition, if any, directly resulting from insured loss, if such property is scheduled for demolition.

7) The unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

8) The **actual cash value** if such property is:

   a) useless to the Insured; or

   b) not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company.

The Insured may elect not to repair or replace the insured real or personal property lost, damaged or destroyed. Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss. As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at an insured **location** under this Policy. This item does not extend to LAW AND ORDINANCE.

6.    **ADDITIONAL COVERAGES**

This Policy includes the following Additional Coverages for insured physical loss or damage.

These Additional Coverages:

1)    are subject to the applicable limit of liability;

2)    will not increase the Policy limit of liability; and

3)    are subject to the Policy provisions, including applicable exclusions and deductibles,



all as shown in this section and elsewhere in this Policy.

## CYBER ADDITIONAL COVERAGES

### A.   DATA, PROGRAMS OR SOFTWARE

This Policy covers insured **physical loss or damage to electronic data, programs or software**, including physical loss or damage caused by the malicious introduction of a machine code or instruction.

For the purposes of this Additional Coverage, insured data, programs or software can be anywhere worldwide, including while in transit, except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

With respect to destruction, distortion or corruption caused by the malicious introduction of machine code or instruction, this Additional Coverage will apply when the Period of Liability is in excess of 48 hours.

This Additional Coverage also covers:

1) the cost of the following reasonable and necessary actions taken by the Insured provided such actions are taken due to actual insured **physical loss or damage to electronic data, programs or software**:

    a) actions to temporarily protect and preserve insured electronic data, programs or software.

    b) actions taken for the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

    c) actions taken to expedite the permanent repair or replacement of such damaged property.

2) the reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

Costs recoverable under this Additional Coverage are excluded from coverage elsewhere in this Policy.

This Additional Coverage excludes loss or damage to data, programs or software when they are stock in process, finished goods manufactured by the Insured, raw materials, supplies or other merchandise not manufactured by the Insured.

DATA, PROGRAMS OR SOFTWARE Exclusions: As respects DATA, PROGRAMS OR SOFTWARE, the following applies:



Account No.   1-35582
Policy No.   1050294

1) the exclusions in the EXCLUSIONS clause of this section do not apply except for A1, A2, A6, B1, B2, B3a and B4.

2) the following additional exclusions apply:

This Policy excludes the following, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

a) errors or omissions in processing or copying.

b) loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

c) deterioration, inherent vice, vermin or wear and tear.

DATA, PROGRAMS OR SOFTWARE Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1) the cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer;

2) if not repaired, replaced or restored within two years from the date of loss, the blank value of the media.

## B.   OFF PREMISES DATA SERVICES PROPERTY DAMAGE

This Policy covers insured physical loss or damage to insured property at an insured **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Additional Coverage:

1) facilities of the provider of **off-premises data processing or data transmission services** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine, and

2) an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This Additional Coverage will apply when the period of interruption of **off-premises data processing or data transmission services** as described below is in excess of 24 hours.

The period of interruption of **off-premises data processing or data transmission services** is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.



**Account No.   1-35582**
**Policy No.   1050294**

Additional General Provisions:

1) The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

2) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

OFF PREMISES DATA SERVICES PROPERTY DAMAGE Exclusions: As respects OFF PREMISES DATA SERVICES PROPERTY DAMAGE, the following applies:

1) Items B4 and C5 of the EXCLUSIONS clause in this section do not apply except for B4 with respect to:

 a) incoming electricity, fuel, water, gas, steam or refrigerant; and

 b) outgoing sewerage.

2) The following additional exclusions apply:

 This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

 a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

 b) **terrorism**.

## OTHER ADDITIONAL COVERAGES

## A.   ACCIDENTAL INTERRUPTION OF SERVICES

This Policy covers physical damage resulting from changes in temperature or relative humidity to insured property at an insured **location** when such changes in temperature or relative humidity result from the interruption of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at the insured **location**.

This Additional Coverage will apply when the period of service interruption as described below is in excess of 24 hours.

The period of service interruption is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored.



<div align="right">

**Account No.   1-35582**
**Policy No.   1050294**

</div>

B.   **ACCOUNTS RECEIVABLE**

This Policy covers the following directly resulting from insured physical loss or damage to accounts receivable records while anywhere within this Policy's TERRITORY, including while in transit:

1) any shortage in the collection of accounts receivable.

2) the interest charges on any loan to offset such impaired collection pending repayment of such uncollectible sum.  Unearned interest and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted in determining the amount recoverable.

3) the reasonable and necessary cost incurred for material and time required to re-establish or reconstruct accounts receivable records excluding any costs covered by any other insurance.

4) any other necessary and reasonable costs incurred to reduce the loss, to the extent the losses are reduced.

Accounts receivable records will include accounts receivable records stored as electronic data.

In the event of loss, the Insured will:

1) use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding accounts receivable.

2) reduce loss by use of any suitable property or service:

   a) owned or controlled by the Insured; or

   b) obtainable from other sources.

3) reconstruct, if possible, accounts receivable records so that no shortage is sustained.

The settlement of loss will be made within 90 days from the date of physical loss or damage. All amounts recovered by the Insured on outstanding accounts receivable on the date of loss will belong and be paid to the Company up to the amount of loss paid by the Company.  All recoveries exceeding the amount paid will belong to the Insured.

ACCOUNTS RECEIVABLE Exclusions: As respects ACCOUNTS RECEIVABLE, the following additional exclusions apply:

This Policy does not insure against shortage resulting from:

1) bookkeeping, accounting or billing errors or omissions; or

2) a)   alteration, falsification, manipulation; or



b)  concealment, destruction or disposal,

of accounts receivable records committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property; but only to the extent of such wrongful giving, taking, obtaining or withholding.

## C.   AUTOMATIC COVERAGE

This Policy covers insured physical loss or damage to insured property at any **location** purchased, leased or rented by the Insured after the inception date of this Policy.

This Additional Coverage applies:

1)  from the date of purchase, lease or rental,

2)  until the first of the following:

    a)  the **location** is bound by the Company.

    b)  agreement is reached that the **location** will not be insured under this Policy.

    c)  the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section has been reached.  The time limit begins on the date of purchase, lease or rental.

## D.   BRANDS AND LABELS

If branded or labeled insured property is physically damaged and the Company elects to take all or any part of that property, the Insured may at the Company's expense:

1)  stamp "salvage" on the property or its containers; or

2)  remove or obliterate the brands or labels,

if doing so will not damage the property.

The Insured must relabel such property or its containers to be in compliance with any applicable law.

## E.   CLAIMS PREPARATION COSTS

This Policy covers the actual costs incurred by the Insured:

1)  of reasonable fees payable to the Insured's: accountants, architects, auditors, engineers, or other professionals; and

2)  the cost of using the Insured's employees,



**Account No.   1-35582**
**Policy No.   1050294**

for producing and certifying any particulars or details contained in the Insured's books or documents, or such other proofs, information or evidence required by the Company resulting from insured loss payable under this Policy for which the Company has accepted liability.

This Additional Coverage will not cover the fees and costs of:

1) attorneys, public adjusters, and loss appraisers, all including any of their subsidiary, related or associated entities either partially or wholly owned by them or retained by them for the purpose of assisting them,

2) loss consultants who provide consultation on coverage or negotiate claims.

This Additional Coverage is subject to the deductible that applies to the loss.

**F.     COINSURANCE DEFICIENCY AND CURRENCY DEVALUATION**

This Policy covers the deficiency in the amount of loss payable under the Insured's locally written policy(ies), if any, and its renewals, issued by the Company or its **representative company(ies)**, solely as the result of:

1) the application of a coinsurance (or average) clause; or

2) official government devaluation of the currency in which the local policy is written,

for physical loss or damage of the type insured under such local policy(ies) to property of the type insured under this Policy.

The Insured agrees to adjust the Policy values as a result of such devaluation within 30 days after the date of the currency's devaluation.

There is no liability under this Additional Coverage if the Insured is unable to recover any loss under such local policy(ies) due to intentional underinsurance by the Insured.

**G.     COMMUNICABLE DISEASE RESPONSE**

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

1) an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

2) a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

this Policy covers the reasonable and necessary costs incurred by the Insured at such **location** with the actual not suspected presence of **communicable disease** for the:

1) cleanup, removal and disposal of the actual not suspected presence of **communicable diseases** from insured property; and



**Account No.   1-35582**
**Policy No.   1050294**

   2)  actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from the actual not suspected presence of **communicable diseases** on insured property.

This Additional Coverage will apply when access to such **location** is limited, restricted or prohibited in excess of 48 hours.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the actual not suspected presence of **communicable disease**.

COMMUNICABLE DISEASE RESPONSE Exclusions: As respects COMMUNICABLE DISEASE RESPONSE, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   1)  **terrorism**.

## H.   CONSEQUENTIAL REDUCTION IN VALUE

This Policy covers the reduction in value of insured merchandise that is a part of pairs, sets, or components, directly resulting from insured physical loss or damage to other insured parts of pairs, sets or components of such merchandise.  If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such merchandise to the Company.

## I.   CONTROL OF DAMAGED PROPERTY

This Policy gives control of physically damaged property consisting of finished goods manufactured by or for the Insured as follows:

   1)  the Insured will have full rights to the possession and control of damaged property in the event of insured physical damage to such property provided proper testing is done to show which property is physically damaged.

   2)  the Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

   3)  property so judged by the Insured to be unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

   4)  any salvage proceeds received will go to the:

      a)  Company at the time of loss settlement; or



b)  Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

## J.    DEBRIS REMOVAL

This Policy covers the reasonable and necessary costs incurred to remove debris from an insured **location** that remains as a direct result of insured physical loss or damage.

This Additional Coverage does not cover the costs of removal of:

1)  contaminated uninsured property; or

2)  the **contaminant** in or on uninsured property,

whether or not the **contamination** results from insured physical loss or damage.  This Additional Coverage covers the costs of removal of contaminated insured property or the **contaminant** in or on insured property only if the **contamination**, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

## K.    DECONTAMINATION COSTS

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating **contamination** due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance.  This Additional Coverage applies only to that part of insured property so contaminated due to the actual not suspected presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing contaminated uninsured property or the **contaminant** therein or thereon, whether or not the **contamination** results from an insured event.

## L.    ERRORS AND OMISSIONS

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

1)  in the description of where insured property is physically located;

2)  to include any **location**:

    a)  owned, leased or rented by the Insured on the effective date of this Policy; or

    b)  purchased, leased or rented by the Insured during the term of this Policy; or

3)  that results in cancellation of the property insured under this Policy;



**Account No.   1-35582**
**Policy No.   1050294**

this Policy covers such physical loss or damage, to the extent it would have provided coverage had such error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.

**M.   EXPEDITING COSTS**

This Policy covers the reasonable and necessary costs incurred:

1) for the temporary repair of insured physical damage to insured property;

2) for the temporary replacement of insured equipment suffering insured physical damage; and

3) to expedite the permanent repair or replacement of such damaged property.

This Additional Coverage does not cover costs recoverable elsewhere in this Policy, including the cost of permanent repair or replacement of damaged property.

**N.   FINE ARTS AND VALUABLE PAPERS AND RECORDS**

This Policy covers insured physical loss or damage to **fine arts** and **valuable papers and records** while anywhere within this Policy's TERRITORY, including while in transit.

FINE ARTS AND VALUABLE PAPERS AND RECORDS Exclusions: As respects FINE ARTS AND VALUABLE PAPERS AND RECORDS, the following applies:

1) the exclusions in the EXCLUSIONS clause of this section do not apply except for A1, A2, A6, A7, B1, B2, B3a and B4.

2) the following additional exclusions apply:

This Policy excludes:

a) currency, money, securities.

b) errors or omissions in processing or copying of **valuable papers and records**, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured.

c) deterioration, inherent vice, or wear and tear, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured.

d) fungus, mold or mildew unless directly resulting from other physical damage not excluded by this Policy.

e) loss or damage to **fine arts** from any repairing, restoration or retouching process.



FINE ARTS AND VALUABLE PAPERS AND RECORDS Valuation: On property covered under this Additional Coverage the loss amount will not exceed the lesser of the following:

1)   the cost to repair or restore such property to the physical condition that existed on the date of loss.

2)   the cost to replace.

3)   the value, if any, designated for the item on the schedule on file with the Company.

If a **fine arts** article is part of a pair or set, and a physically damaged article cannot be replaced, or repaired or restored to the condition that existed immediately prior to the loss, the Company will be liable for the lesser of the full value of such pair or set or the amount designated on the schedule.  The Insured agrees to surrender the pair or set to the Company.

## O.   INSTALLMENT OR DEFERRED PAYMENTS

This Policy covers insured physical loss or damage to personal property of the type insured sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan and after such property has been delivered to the buyer.  Coverage is limited to the unpaid balance for such property.

In the event of loss to property sold under deferred payment plans, the Insured will use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding amounts due or to regain possession of the property.

There is no liability under this Policy for loss:

1)   pertaining to products recalled including, but not limited to, the costs to recall, test or to advertise such recall by the Insured.

2)   from theft or conversion by the buyer of the property after the buyer has taken possession of such property.

3)   to the extent the buyer continues payments.

4)   not within the TERRITORY of this Policy.

INSTALLMENT OR DEFERRED PAYMENTS Valuation: On property covered under this Additional Coverage the loss amount will not exceed the lesser of the following:

1)   total amount of unpaid installments less finance charges.

2)   **actual cash value** of the property at the time of loss.

3)   cost to repair or replace with material of like size, kind and quality.



Account No. 1-35582
Policy No. 1050294

**P. LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL**

This Policy covers the reasonable and necessary cost for the cleanup, removal and disposal of the actual not suspected presence of **contaminant(s)** from uninsured property consisting of land, water or any other substance in or on land at the insured **location** if the release, discharge or dispersal of such **contaminant(s)** is a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to cleanup, remove and dispose of **contamination** from such property:

1) at any **location** insured for Personal Property only.

2) at any property insured under AUTOMATIC COVERAGE, ERRORS AND OMISSIONS or MISCELLANEOUS PROPERTY coverage provided by this Policy.

3) when the Insured fails to give written notice of loss to the Company within 180 days after inception of the loss.

**Q. LAW AND ORDINANCE**

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

1) such law or ordinance is enforced as a direct result of insured physical loss or damage at an insured **location**;

2) such law or ordinance is in force at the time of such loss or damage; and

3) such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

1) demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

2) repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.



The Company's maximum liability for this Coverage A at each insured **location** in any **occurrence** will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

1)   the reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or

2)   the cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

LAW AND ORDINANCE Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

1)   the **actual cash value**; and

2)   the cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

LAW AND ORDINANCE Exclusions: As respects LAW AND ORDINANCE, the following additional exclusions apply:

This Policy does not cover:

1)   any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

2)   any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

**R.   LOSS PAYMENT INCREASED TAX LIABILITY**

This Policy covers the increase in tax liability as described herein incurred by the Insured.

Coverage A:

The increase in tax liability from an insured loss at an insured **location** if the tax treatment of:

1)   the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured; and/or



2)   the profit portion of a TIME ELEMENT loss payment under this Policy;

is greater than the tax treatment of profits that would have been incurred had no loss happened.

Coverage B:

If loss payment under this Policy cannot be made in the country where the loss happened, such loss is to be paid in the currency of this Policy in a country designated by the Insured where such payment is legally permissible.  The Insured will cooperate with the Company in making every reasonable effort to pay the loss or portion of it in the country in which the loss happened.

The Company will pay the net amount required to offset local taxes on income with due consideration to any tax relief/credit that accrues because of such payment using the Formula described below. Such Formula will not apply if the calculation of additional payment results in an amount less than zero.

The actual payment under this Additional Coverage will be adjusted and reduced by all appropriate tax credits and/or tax relief entitled and/or received by the Insured and/or the local entity where the loss happened provided that an income tax liability is incurred.

Any payment under this Additional Coverage will be made only after completion and acceptance by the Company of audited tax returns for the period in question for both the country where a payment under this Additional Coverage is made and the country where the loss happened.

Formula:

Additional Payment =        $[a(1-c)/(1-b)] - a$

Where:
a = loss otherwise payable under this Policy except for operation of this coverage, after due
     consideration for any applicable deductible(s).
b = the net effective rate of the sum of: any taxation (a positive number) plus any tax
     relief/credit (a negative number) that accrues in the country where loss payments are
     received.
c = the net effective rate of the sum of: any taxation (a positive number) plus any tax
     relief/credit (a negative number) that accrues in the country where the loss happened.

The rates referred to will be the respective corporate income tax rates in effect on the date of the loss.

**S.    MACHINERY OR EQUIPMENT STARTUP OPTION**

After insured machinery or equipment that has sustained insured physical loss or damage is repaired or replaced and such machinery or equipment is undergoing startup, the following applies:



If physical loss or damage of the type insured directly results to such machinery or equipment from such startup, the Insured shall have the option of claiming such resulting insured damage as part of the original event of physical loss or damage or as a separate **occurrence**.

This Additional Coverage applies only:

1) to the first startup event after the original repair or replacement; and

2) when the first startup event happens during the term of this Policy or its renewal issued by the Company.

For the purposes of this Additional Coverage, startup means:

1) the introduction into machinery or equipment of feedstock or other materials for processing or handling;

2) the commencement of fuel or energy supply to machinery or equipment.

**T.    MISCELLANEOUS PROPERTY**

This Policy covers insured physical loss or damage to:

1) insured property;

2) property of the type insured that is under contract to be used in a construction project at an insured **location**:

   a) from the time such property is delivered to the Insured or their contractor (with respect to the property under construction) by the manufacturer or supplier;

   b) while such property is located at a storage site; and

   c) while such property is in transit from a storage site to another storage site or to a construction project at an insured **location**,

that does not include any such property owned or rented by the contractor;

while anywhere within this Policy's TERRITORY, including while in transit.

This Additional Coverage excludes property covered elsewhere in this Policy.

MISCELLANEOUS PROPERTY Exclusions: As respects MISCELLANEOUS PROPERTY, the following additional exclusions apply:

1) This Policy excludes:

   a) **transmission and distribution systems** not at a **location**.



b)  property insured under import or export ocean marine insurance.

c)  property shipped between continents.

d)  airborne shipments unless by regularly scheduled passenger airlines or air freight carriers.

e)  property of others, including the Insured's legal liability for it, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

2)  This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a)  **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

## U.   NEIGHBOUR'S RECOURSE AND TENANT'S LIABILITY

As respects insured **locations** in France, the French Territories, Spain, Italy, Belgium, Greece, Portugal or Luxembourg:

This Policy covers the Insured's liability:

1)  as a tenant or occupant under the articles of any civil or commercial code toward the owner for direct physical damage of the type insured to real or personal property of the type insured of the owner of the premises.

2)  under articles of any civil or commercial code toward neighbours, co-tenants and other third parties for direct physical damage of the type insured to real or personal property of the type insured of neighbours, co-tenants and other third parties.

3)  as landlord under articles of any civil or commercial code for direct physical damage of the type insured to personal property of the type insured of tenants as a result of construction defects or lack of maintenance.

4)  as tenant or occupant under the articles of any civil or commercial code for total or partial loss of use by the owner of the premises resulting from direct physical damage of the type insured.

## V.   OPERATIONAL TESTING

This Policy covers insured physical loss or damage to insured property during the **period of operational testing**.

This Additional Coverage excludes property, including stock or material, manufactured or processed by the Insured.



### W.   PROTECTION AND PRESERVATION OF PROPERTY

This Policy covers:

1)   reasonable and necessary costs incurred for actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

2)   reasonable and necessary:

   a)   fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

   b)   costs incurred of restoring and recharging fire protection systems following an insured loss.

   c)   costs incurred for the water used for fighting a fire in, on or exposing the insured property.

This Additional Coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by TERRORISM coverage as provided in this section of the Policy.

This Additional Coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

### X.   SERVICE INTERRUPTION PROPERTY DAMAGE

This Policy covers insured physical loss or damage to insured property at an insured **location** when such physical loss or damage results from the interruption of incoming services consisting of electricity, gas, fuel, steam, water, refrigeration or from the lack of outgoing sewerage service by reason of any accidental event at the facilities of the supplier of such service located within this Policy's TERRITORY, that immediately prevents in whole or in part the delivery of such usable service.

This Additional Coverage will apply when the period of service interruption as described below is in excess of 24 hours.

The period of service interruption is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Provisions:

1)   The Insured will immediately notify the suppliers of services of any interruption of such services.

 FM Global

2)   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has for the supply of such specified services.

SERVICE INTERRUPTION PROPERTY DAMAGE Exclusions: As respects SERVICE INTERRUPTION PROPERTY DAMAGE, the following applies:

1)   The exclusions in the EXCLUSIONS clause in this section do not apply except for:

   a)   A1, A2, A3, A6, B1, B2, and

   b)   B4 with respect to incoming or outgoing voice, data or video, and

   c)   D1 except with respect to fungus, mold or mildew.

2)   The following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a)   **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

   b)   **terrorism**.

## Y.   TEMPORARY REMOVAL OF PROPERTY

When insured property is removed from an insured **location** for the purpose of being repaired or serviced or in order to avoid threatened physical loss or damage of the type insured by this Policy, this Policy covers such property:

1)   while at the premises to which such property has been moved; and

2)   for physical loss or damage as provided at the insured **location** from which such property was removed.

This Additional Coverage does not apply to property:

1)   insured, in whole or in part, elsewhere in this Policy.

2)   insured, in whole or in part, by any other insurance policy.

3)   removed for normal storage, processing or preparation for sale or delivery.

## Z.   TERRORISM

This Policy covers physical loss or damage to property as described in the INSURANCE PROVIDED provision caused by or resulting from **terrorism**.



Account No.   1-35582
Policy No.   1050294

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion, or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this Additional Coverage are excluded from coverage elsewhere in this Policy.

This Additional Coverage does not cover loss or damage which also comes within the terms of either item B2a or B2c of the EXCLUSIONS clause in this section of the Policy.

This Additional Coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

1) that involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion, or radioactive force, whether in time of peace or war and regardless of who commits the act; or

2) that is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3) in which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

4) that involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## AA.   TRANSPORTATION

This Policy covers the following personal property, except as excluded by this Policy, while in transit within the TERRITORY of this Policy:

1) owned by the Insured.

2) shipped to customers under F.O.B., C & F or similar terms.  The Insured's contingent interest in such shipments is admitted.

3) of others in the actual or constructive custody of the Insured to the extent of the Insured's interest or legal liability.

4) of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

    a) when shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer.



    b)  when shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer.

Coverage Attachment and Duration:

1)  This Additional Coverage covers from the time the property leaves the original point of shipment for transit.  It then covers continuously in the due course of transit:

    a)  within the continent in which the shipment commences until the property arrives at the destination within such continent; or

    b)  between Europe and Asia, for land or air shipments only, from when the shipment commences until the property arrives at the destination.

2)  However, coverage on export shipments not insured under ocean cargo policies ends when the property is loaded on board overseas vessels or aircraft.  Coverage on import shipments not insured under ocean cargo policies begins after discharge from overseas vessels or aircraft.

This Additional Coverage:

1)  covers general average and salvage charges on shipments covered while waterborne.

2)  insures physical loss or damage caused by or resulting from:

    a)  unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts.

    b)  improper parties having gained possession of property through fraud or deceit.

Additional General Provisions:

1)  This Additional Coverage will not inure directly or indirectly to the benefit of any carrier or bailee.

2)  The Insured has permission, without prejudicing this insurance, to accept:

    a)  ordinary bills of lading used by carriers;

    b)  released bills of lading;

    c)  undervalued bills of lading; and

    d)  shipping or messenger receipts.

3)  The Insured may waive subrogation against railroads under side track agreements.



**Account No.   1-35582**
**Policy No.   1050294**

Except as otherwise stated, the Insured will not enter into any special agreement with carriers releasing them from their common law or statutory liability.

TRANSPORTATION Exclusions: As respects TRANSPORTATION, the following applies:

1) the exclusions in the EXCLUSIONS clause of this section do not apply except for A1 through A4, B1 through B4, C1, C3, C5, C6, D1 through D3.

2) the following additional exclusions apply:

This Policy excludes:

a) samples in the custody of salespeople or selling agents.

b) property insured under import or export ocean marine insurance.

c) waterborne shipments, unless:

(i) by inland water; or

(ii) by roll-on/roll-off ferries operating between European ports; or

(iii) by coastal shipments.

d) airborne shipments unless by regularly scheduled passenger airlines or air freight carriers.

e) property of others, including the Insured's legal liability for it, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

f) any transporting vehicle.

g) property shipped between continents, except by land or air between Europe and Asia.

TRANSPORTATION Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1) Property shipped to or for the account of the Insured will be valued at actual invoice to the Insured.  Included in the value are accrued costs and charges legally due.  Charges may include the Insured's commission as selling agent.

2) Property sold by the Insured and shipped to or for the purchaser's account will be valued at the Insured's selling invoice amount.  Prepaid or advanced freight costs are included.

3) Property not under invoice will be valued:



a)   for property of the Insured, at the valuation provisions of this Policy applying at the place from which the property is being transported; or

b)   for other property, at the actual cash market value at the destination point on the date of loss,

less any charges saved which would have become due and payable upon arrival at destination.



Account No.   1-35582
Policy No.   1050294

## TIME ELEMENT

TIME ELEMENT loss as provided in the TIME ELEMENT COVERAGES and TIME ELEMENT COVERAGE EXTENSIONS of this section of the Policy:

A.   is subject to the applicable limit of liability that applies to the insured physical loss or damage but in no event for more than any limit of liability that is stated as applying to the specific TIME ELEMENT COVERAGE and/or TIME ELEMENT COVERAGE EXTENSION; and

B.   will not increase the Policy limit of liability; and

C.   is subject to the Policy provisions, including applicable exclusions and deductibles,

all as shown in this section and elsewhere in this Policy.

## 1.   LOSS INSURED

A.   This Policy insures TIME ELEMENT loss, as provided in the TIME ELEMENT COVERAGES, directly resulting from physical loss or damage of the type insured:

   1)   to property described elsewhere in this Policy and not otherwise excluded by this Policy or otherwise limited in the TIME ELEMENT COVERAGES below;

   2)   used by the Insured, or for which the Insured has contracted use;

   3)   while located as described in the INSURANCE PROVIDED provision or within 1,000 feet/300 metres thereof, or as described in the TEMPORARY REMOVAL OF PROPERTY provision; or

   4)   while in transit as provided by this Policy, and

   5)   during the Periods of Liability described in this section,

   provided such loss or damage is not at a **contingent time element location**.

B.   This Policy insures TIME ELEMENT loss only to the extent it cannot be reduced through:

   1)   the use of any property or service owned or controlled by the Insured;

   2)   the use of any property or service obtainable from other sources;

   3)   working extra time or overtime; or

   4)   the use of inventory,

   all whether at an insured **location** or at any other premises. The Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the TIME ELEMENT loss.



C.   This Policy covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this section of this Policy.  The amount of such recoverable expenses will not exceed the amount by which the loss has been reduced.

D.   In determining the amount of loss payable, the Company will consider the experience of the business before and after and the probable experience during the PERIOD OF LIABILITY. The probable experience will consider any increase or decrease in demand for the Insured's goods or services during the PERIOD OF LIABILITY, even if such increase or decrease is from the same event that caused physical loss or damage starting the PERIOD OF LIABILITY.

## 2.   TIME ELEMENT COVERAGES

### A.   INSURED OPTION

The Insured has the option to make claim based on either

a)   GROSS EARNINGS and EXTENDED PERIOD OF LIABILITY; or

b)   GROSS PROFIT,

as described in the TIME ELEMENT section of this Policy and subject to the applicable terms and conditions as may be shown elsewhere.

Such option may be exercised at any time prior to the conditions set forth in the SETTLEMENT OF CLAIMS clause in the LOSS ADJUSTMENT AND SETTLEMENT section of this Policy.

If such claim involves more than one insured **location**, including interdependency at one or more insured **locations**, such claim will be adjusted by using the single coverage option chosen above.

### B.   GROSS EARNINGS

Measurement of Loss:

1)   The recoverable GROSS EARNINGS loss is the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY:

a)   Gross Earnings;

b)   less all charges and expenses that do not necessarily continue during the interruption of production or suspension of business operations or services;

c)   less ordinary payroll, and

d)   plus all other earnings derived from the operation of the business.



   e)   Ordinary Payroll, including taxes and charges dependent on the payment of wages:

        (i)   for a period of time of not more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section immediately following the interruption of production or suspension of business operations or services, and

        (ii)  only to the extent such payroll continues following the loss and would have been earned had no such interruption happened.

        However, if an Insured reduces the daily loss payable under Ordinary Payroll, either by:

        (i)   providing gainful employment for, or

        (ii)  paying less than the normal salary rate to,

        all or part of its employees, then the number of consecutive days of Ordinary Payroll may be extended.  However, this provision will not increase the total liability of this Company beyond the amount it would have been liable for Ordinary Payroll costs without this provision. Ordinary Payroll does not cover any portion of salaries or wages included in Gross Earnings.

2)   For the purposes of the Measurement of Loss, Gross Earnings is:

     for manufacturing operations: the net sales value of production less the cost of all raw stock, materials and supplies used in such production; or

     for mercantile or non-manufacturing operations: the total net sales less cost of merchandise sold, materials and supplies consumed in the operations or services rendered by the Insured.

     Any amount recovered under property damage coverage at selling price will be considered to have been sold to the Insured's regular customers and will be credited against net sales.

3)   In determining the indemnity payable as the Actual Loss Sustained, the Company will consider the continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or suspension of business operations or services.

4)   If the Insured would have operated at a deficit had no interruption of production or suspension of business operations or services happened, the following applies:

   a)   for Gross Earnings, the extent to which charges and expenses would have been earned will be determined by subtracting the operating deficits from the charges and expenses that necessarily continue.



Account No.  1-35582
Policy No.  1050294

   b)  for Ordinary Payroll, the extent payroll would have been earned will be determined by subtracting the excess, if any, of the operating deficit over the fixed charges that need to continue from such payroll.

5)  There is recovery hereunder to the extent that the Insured is:

   a)  wholly or partially prevented from producing goods or continuing business operations or services;

   b)  unable to make up lost production within a reasonable period of time, not limited to the period during which production is interrupted;

   c)  unable to continue such operations or services during the PERIOD OF LIABILITY; and

   d)  able to demonstrate a loss of sales for the operations, services or production prevented.

## C.  GROSS PROFIT

Measurement of Loss:

1)  The recoverable GROSS PROFIT loss is the Actual Loss Sustained by the Insured of the following due to the necessary interruption of business during the PERIOD OF LIABILITY: a) Reduction in Sales and b) Ordinary Payroll and c) Increase in Cost of Doing Business.  The amount payable as indemnity hereunder will be:

   a)  with respect to Reduction in Sales:  The sum produced by applying the Rate of Gross Profit to the amount by which the sales during the PERIOD OF LIABILITY will fall short of the Standard Sales.  In determining the Reduction in Sales, any amount recovered under property damage coverage at selling price will be credited against lost sales.

   b)  Ordinary Payroll, including taxes and charges dependent on the payment of wages, during the PERIOD OF LIABILITY only to the extent such payroll would have been earned had such loss not happened.

      However, if an Insured reduces the daily loss payable under Ordinary Payroll, either by:

      (i)  providing gainful employment for, or

      (ii)  paying less than the normal salary rate to,

      all or part of its employees, the number of consecutive days of Ordinary Payroll may be extended. This provision will not increase the total liability of this Company beyond the amount it would have been liable for Ordinary Payroll costs without this provision.  Ordinary Payroll does not cover any portion of salaries or wages included in Net Profit or fixed charges.



**Account No.   1-35582**
**Policy No.   1050294**

c) with respect to Increase in Cost of Doing Business:

    (i) the additional expenditure necessarily and reasonably incurred for the sole purpose of avoiding or diminishing the reduction in sales and a loss of Ordinary Payroll which, but for that expenditure, would have taken place during the PERIOD OF LIABILITY; but

    (ii) not exceeding the sum produced by applying the Rate of Gross Profit to the amount of the reduction thereby avoided,

all less any sum saved during the PERIOD OF LIABILITY with respect to such of the Insured Fixed Charges as may cease or be reduced because of such interruption of business.

2) For the purposes of the Measurement of Loss:

Gross Profit is:

The amount produced by adding to the Net Profit the amount of the Insured Fixed Charges, or if there be no Net Profit the amount of the Insured Fixed Charges less that proportion of any loss from business operations as the amount of the Insured Fixed Charges bears to all fixed charges.

Net Profit is:

The net operating profit (exclusive of all capital receipts and accruals and all outlay properly chargeable to capital) resulting from the business of the Insured at the insured **locations** after due provision has been made for all fixed charges and other expenses including depreciation but before the deduction of any taxes on profits.

Insured Fixed Charges is:

All fixed charges unless specifically excluded herein.  Ordinary Payroll is not an Insured Fixed Charge.

Sales is:

The money paid or payable to the Insured for goods sold and delivered and for services rendered in the conduct of the business at an insured **location**.

Rate of Gross Profit is:

The rate of Gross Profit earned on the sales during the twelve full calendar months immediately before the date of the physical loss or damage to the described property.

Standard Sales is:



The sales during that period in the twelve months immediately before the date of the physical loss or damage to the described property which corresponds with the PERIOD OF LIABILITY.

3) In determining the indemnity payable as the Actual Loss Sustained:

   a) if any fixed charges of the business are not insured hereunder, then, in computing the amount recoverable hereunder as Increase in Cost of Doing Business, that proportion only of the additional expenditure will be recoverable hereunder which the sum of the Net Profit and the Insured Fixed Charges bears to the sum of the Net Profit and all the fixed charges excluding Ordinary Payroll.

   b) if during the PERIOD OF LIABILITY goods will be sold or services will be rendered elsewhere than at the insured **locations** for the benefit of the business, either by the Insured or by others on the Insured's behalf, the money paid or payable in respect of such sales or services will be included in arriving at the amount of sales during the PERIOD OF LIABILITY.

4) The Insured will act with due diligence and dispatch in repairing or replacing physically damaged buildings and equipment to the same or equivalent physical and operating conditions that existed prior to the damage; and take whatever actions are necessary and reasonable to minimize the loss payable hereunder.

GROSS PROFIT Exclusions: As respects GROSS PROFIT, the TIME ELEMENT EXCLUSIONS B and C of this section do not apply and the following applies instead:

This Policy does not insure against any increase in loss due to damages for breach of contract or for late or noncompletion of orders, or fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

Coverage under GROSS PROFIT for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the PERIOD OF LIABILITY.

## D.   EXTRA EXPENSE

Measurement of Loss:

The recoverable EXTRA EXPENSE loss will be the reasonable and necessary extra costs incurred by the Insured of the following during the PERIOD OF LIABILITY:

1) extra expenses to temporarily continue as nearly **normal** as practicable the conduct of the Insured's business;

2) extra costs of temporarily using property or facilities of the Insured or others; and

3) costs to purchase finished goods from third parties to fulfill orders when such orders cannot be met due to physical loss or damage to the Insured's finished goods, less payment received for the sale of such finished goods.



**Account No.  1-35582**
**Policy No.   1050294**

less any value remaining at the end of the PERIOD OF LIABILITY for property obtained in connection with the above.

If the Insured makes claim in accordance with the terms and conditions of the INSURED OPTION clause, the PERIOD OF LIABILITY for EXTRA EXPENSE coverage will be the PERIOD OF LIABILITY applicable to the Time Element coverage option selected.

EXTRA EXPENSE Exclusions: As respects EXTRA EXPENSE, the following applies:

1)  TIME ELEMENT EXCLUSIONS C does not apply to item 3 above.

2)  The following additional exclusions apply:

This Policy does not insure:

a)  any loss of income.

b)  costs that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

c)  costs of permanent repair or replacement of property that has been damaged or destroyed.  However, this exclusion does not apply to item 3 above.

d)  any expense recoverable elsewhere in this Policy.

**E.   LEASEHOLD INTEREST**

Measurement of Loss:

The recoverable LEASEHOLD INTEREST incurred by the Insured of the following:

1)  If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

2)  If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the Lease Interest for the first three months following the loss; and the Net Lease Interest for the remaining unexpired term of the lease.

3)  As used above, the following terms mean:

Net Lease Interest:
That sum which placed at 6% interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

Lease Interest:



The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

LEASEHOLD INTEREST Exclusions: As respects LEASEHOLD INTEREST, the following applies:

1)   This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

2)   TIME ELEMENT EXCLUSIONS A, B and C do not apply and the following applies instead:

This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

**F.   RENTAL INSURANCE**

Measurement of Loss:

The recoverable RENTAL INSURANCE loss is the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY:

1)   the fair rental value of any portion of the property occupied by the Insured;

2)   the income reasonably expected from rentals of unoccupied or unrented portions of such property; and

3)   the rental income from the rented portions of such property according to bona fide leases, contracts or agreements in force at the time of loss,

all not to include noncontinuing charges and expenses.

RENTAL INSURANCE Exclusions: As respects RENTAL INSURANCE, TIME ELEMENT EXCLUSIONS A does not apply and the following applies instead:

This Policy does not insure any loss of rental income during any period in which the insured property would not have been tenantable for any reason other than an insured loss.

**3.   PERIOD OF LIABILITY**

A.   The PERIOD OF LIABILITY applying to all TIME ELEMENT COVERAGES, except GROSS PROFIT and LEASEHOLD INTEREST and as shown below or if otherwise provided under any TIME ELEMENT COVERAGE EXTENSION, and subject to any Time Limit provided in the LIMITS OF LIABILITY clause in the DECLARATIONS section, is as follows:

1)   For building and equipment, the period:



Account No.   1-35582
Policy No.   1050294

a) starting from the time of physical loss or damage of the type insured; and

b) ending when with due diligence and dispatch the building and equipment could be:

(i) repaired or replaced; and

(ii) made ready for operations,

under the same or equivalent physical and operating conditions that existed prior to the damage.

c) not to be limited by the expiration of this Policy.

2) For building and equipment under construction:

a) the equivalent of the above period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened; and

b) due consideration will be given to the actual experience of the business compiled after completion of the construction and startup.

3) For stock-in-process and mercantile stock, including finished goods not manufactured by the Insured, the time required with the exercise of due diligence and dispatch:

a) to restore stock in process to the same state of manufacture in which it stood at the inception of the interruption of production or suspension of business operations or services; and

b) to replace physically damaged mercantile stock.

This item does not apply to RENTAL INSURANCE.

4) For raw materials and supplies, the period of time:

a) of actual interruption of production or suspension of operations or services resulting from the inability to get suitable raw materials and supplies to replace similar ones damaged; but

b) limited to that period for which the damaged raw materials and supplies would have supplied operating needs.

5) If water:

a) used for any manufacturing purpose, including but not limited to as a raw material or for power;

b) stored behind dams or in reservoirs; and



c)  on any insured **location**,

is released as the result of physical damage of the type insured to such dam, reservoir or connected equipment, the Company's liability for the actual interruption of production or suspension of operations or services due to inadequate water supply will not extend beyond 30 consecutive days after the damaged dam, reservoir or connected equipment has been repaired or replaced.

This item does not apply to RENTAL INSURANCE.

6)  For physically damaged exposed films, records, manuscripts and drawings, the time required to copy from backups or from originals of a previous generation.  This time does not include research, engineering or any other time necessary to restore or recreate lost information.

This item does not apply to RENTAL INSURANCE.

7)  For physically damaged or destroyed property covered under DATA, PROGRAMS OR SOFTWARE, the time to recreate or restore including the time for researching or engineering lost information.

This item does not apply to RENTAL INSURANCE.

B.    The PERIOD OF LIABILITY applying to GROSS PROFIT is as follows:

1)  The period:

a)  starting from the time of physical loss or damage of the type insured; and

b)  ending not later than the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section,

during which period the results of the business shall be directly affected by such damage.

c)  not to be limited by the expiration of this Policy.

2)  For property under construction, the period:

a)  starting on the date that production, business operation or service would have commenced if physical damage of the type insured had not happened; and

b)  ending not later than the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section,

during which period the results of the business shall be directly affected by such damage.



c)   not to be limited by the expiration of this Policy.

The Rate of Gross Profit and Standard Sales will be based on the experience of the business after construction is completed and the probable experience during the PERIOD OF LIABILITY.

C.   The PERIOD OF LIABILITY does not include any additional time due to the Insured's inability to resume operations for any reason, including but not limited to:

1)   making changes to the buildings, structures, machinery or equipment except as provided in the LAW AND ORDINANCE clause in the PROPERTY DAMAGE section.

2)   restaffing or retraining employees.  However, this item does not apply to additional time needed to train staff to use new machinery or equipment that replaces machinery or equipment that suffered insured physical loss or damage, provided such training is completed within 90 consecutive days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative.

## 4.   TIME ELEMENT EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to TIME ELEMENT loss:

This Policy does not insure:

A.   Any loss during any idle period, including but not limited to when production, operation, service or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

1)   physical loss or damage not insured by this Policy on or off of the insured **location**.

2)   planned or rescheduled shutdown.

3)   strikes or other work stoppage.

4)   any other reason other than physical loss or damage insured under this Policy.

B.   Any increase in loss due to:

1)   suspension, cancellation or lapse of any lease, contract, license or orders.

2)   damages for breach of contract or for late or noncompletion of orders.

3)   fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

4)   any other consequential or remote loss.

 FM Global

**Account No.   1-35582**
**Policy No.   1050294**

C.   Any loss resulting from physical loss or damage to finished goods manufactured by or for the Insured, or the time required for their reproduction.

D.   Any loss resulting from the **actual cash value** portion of direct physical loss or damage by fire caused by or resulting from **terrorism**.

**5.   TIME ELEMENT COVERAGE EXTENSIONS**

This Policy also insures TIME ELEMENT loss, as provided by the TIME ELEMENT COVERAGES of this Policy, for the TIME ELEMENT COVERAGE EXTENSIONS described below.

**CYBER TIME ELEMENT COVERAGE EXTENSIONS**

**A.   COMPUTER SYSTEMS NON PHYSICAL DAMAGE**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of interruption directly resulting from:

1)   the failure of the Insured's **electronic data processing equipment or media** to operate, provided that such failure is the direct result of a malicious act directed at the NAMED INSURED; or

2)   the Insured's reasonable action to temporarily protect the Insured's **electronic data processing equipment or media** against an actual or immediately impending malicious act directed at the NAMED INSURED, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

For the purposes of this Extension, the Insured's **electronic data processing equipment or media** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

As respects item 1 above, this Extension will apply when the period of interruption is in excess of 48 hours.

As used above, the period of interruption:

1)   is the period starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when with due diligence and dispatch, the Insured's **electronic data processing equipment or media** could be restored to the same or equivalent operating condition that existed prior to the failure.

2)   does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.



**B.    OFF PREMISES DATA SERVICES TIME ELEMENT**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of interruption at an insured **location of off-premises data processing or data transmission services,** when the interruption is caused by any accidental event at the facilities of the provider of such services that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Extension:

1)   facilities of the provider of **off-premises data processing or data transmission services** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine, and

2)   an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This Extension will apply when the period of interruption of **off-premises data processing or data transmission services** is in excess of 24 hours.

Additional General Provisions:

1)   The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

2)   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured covered by COMPUTER SYSTEMS NON PHYSICAL DAMAGE coverage as provided in this section of the Policy.

OFF PREMISES DATA SERVICES TIME ELEMENT Exclusions: As respects OFF PREMISES DATA SERVICES TIME ELEMENT, the following applies:

1)   Item B4 of the EXCLUSIONS clause in the PROPERTY DAMAGE section does not apply except for B4 with respect to:

a)   incoming electricity, fuel, water, gas, steam or refrigerant; and

b)   outgoing sewerage.

2)   The following additional exclusions apply:

 FM Global

Account No.   1-35582
Policy No.   1050294

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone.**

b) **terrorism.**

As used above, the period of interruption of **off-premises data processing or data transmission services**:

1) is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the PERIOD OF LIABILITY clause in this section.

2) is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

3) does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

## SUPPLY CHAIN TIME ELEMENT COVERAGE EXTENSIONS

## A.   CIVIL OR MILITARY AUTHORITY

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location** provided such order is the direct result of physical damage of the type insured at the insured **location** or within five statute miles/eight kilometres of it.

This Extension does not apply to LEASEHOLD INTEREST.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of such physical damage; but

2) not to exceed the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

 FM Global

Account No.  1-35582
Policy No.  1050294

**B.   CONTINGENT TIME ELEMENT EXTENDED**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the
Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage
of the type insured to property of the type insured at **contingent time element locations**
located within the TERRITORY of this Policy.

As respects CONTINGENT TIME ELEMENT EXTENDED:

1) Time Element loss recoverable under this Extension is extended to include the following
   TIME ELEMENT COVERAGE EXTENSIONS:

   CIVIL OR MILITARY AUTHORITY
   CONTINGENT TIME ELEMENT EXTENDED
   DELAY IN STARTUP
   EXTENDED PERIOD OF LIABILITY
   INGRESS/EGRESS
   OFF PREMISES DATA SERVICES TIME ELEMENT
   ON PREMISES SERVICES
   SERVICE INTERRUPTION TIME ELEMENT

2) The Insured will influence and cooperate with the **contingent time element location** in
   every way and take any reasonable and necessary action to mitigate the loss payable
   hereunder.

3) TIME ELEMENT EXCLUSIONS C does not apply.

CONTINGENT TIME ELEMENT EXTENDED Exclusions: As respects CONTINGENT
TIME ELEMENT EXTENDED, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1) lack of incoming or outgoing transmission of voice, data or video.

2) **earth movement** as respects a direct or indirect customer, supplier, contract
   manufacturer or contract service provider located in California, in the **New Madrid
   Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

3) physical loss or damage caused by or resulting from **terrorism**, regardless of any other
   cause or event, whether or not insured under this Policy, contributing concurrently or in
   any other sequence of loss.

**C.   INGRESS/EGRESS**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the
Insured due to the necessary interruption of the Insured's business due to partial or total
physical prevention of ingress to or egress from an insured **location**, whether or not the
premises or property of the Insured is damaged, provided that such prevention is a direct
result of physical damage of the type insured to property of the type insured.



INGRESS/EGRESS Exclusions: As respects INGRESS/EGRESS, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1) lack of incoming or outgoing service consisting of electric, fuel, gas, water, steam, refrigerant, sewerage and voice, data or video.

2) picketing or other action by strikers except for physical damage not excluded by this Policy.

3) physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

This Policy does not provide coverage under this Extension for more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

**D.   LOGISTICS EXTRA COST**

This Policy covers the extra cost incurred by the Insured during the PERIOD OF LIABILITY due to the disruption of the **normal** movement of goods or materials:

1) directly between insured **locations**; or

2) directly between an insured **location** and a **location** of a direct customer, supplier, contract manufacturer or contract service provider to the Insured,

provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured located within the TERRITORY of this Policy.

Measurement of Loss:

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

1) extra costs to temporarily continue as nearly **normal** as practicable the movement of goods or materials.

This Extension will apply when the PERIOD OF LIABILITY is in excess of 48 hours except 168 hours applies for **earth movement** and/or **flood** and/or **wind**.

LOGISTICS EXTRA COST Exclusions: As respects LOGISTICS EXTRA COST, the following additional exclusions apply:

This Policy does not insure:



1) any loss resulting from disruption in the movement of goods or materials between **contingent time element locations**.

2) any loss resulting from disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

3) any loss of income.

4) costs that usually would have been incurred in conducting the business during the same period had there been no disruption of **normal** movement of goods or materials.

5) costs of permanent repair or replacement of property that has been damaged or destroyed.

6) any expense recoverable elsewhere in this Policy.

7) any loss resulting from disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

8) any loss resulting from disruption caused by loss or damage from **earth movement** in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

9) any loss resulting from disruption caused by physical loss or damage to personal property of the Insured while in transit.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of physical loss or damage causing the disruption of the **normal** movement of goods or materials directly between insured **locations**; or directly between the insured **location** and the **location** of the direct customer, supplier, contract manufacturer or contract service provider to the Insured, and

2) ending not later than:

    a) when with due diligence and dispatch the **normal** movement of goods or materials directly between insured **locations**; or directly between the insured **location** and the **location** of the direct customer, supplier, contract manufacturer or contract service provider to the Insured could be resumed; or

    b) the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

 FM Global

Account No.   1-35582
Policy No.   1050294

E.   **SERVICE INTERRUPTION TIME ELEMENT**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of service interruption at an insured **location** when the loss is caused by the interruption of incoming services consisting of electricity, gas, fuel, steam, water, refrigeration or from the lack of outgoing sewerage service by reason of any accidental event at the facilities of the supplier of such service located within this Policy's TERRITORY, that immediately prevents in whole or in part the delivery of such usable services.

This Extension will apply when the period of service interruption is in excess of 24 hours.

Additional General Provisions:

1)   The Insured will immediately notify the suppliers of services of any interruption of such services.

2)   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has for the supply of such specified services.

SERVICE INTERRUPTION TIME ELEMENT Exclusions: As respects SERVICE INTERRUPTION TIME ELEMENT, the following applies:

1)   The exclusions in the EXCLUSIONS clause in the PROPERTY DAMAGE section do not apply except for:

a)   A1, A2, A3, A6, B1, B2, and

b)   B4 with respect to incoming or outgoing voice, data or video, and

c)   D1 except with respect to fungus, mold or mildew.

2)   The following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a)   **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

b)   **terrorism**.

As used above, the period of service interruption:

1)   is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations

following the restorations of service under the same or equivalent physical and operating conditions as provided by the PERIOD OF LIABILITY clause in this section.

2) is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

3) does not extend to include the interruption of operations caused by any reason other than interruption of the specified service(s).

## ADDITIONAL TIME ELEMENT COVERAGE EXTENSIONS

### A.   ATTRACTION PROPERTY

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to an insured **location** and is within 1 statute mile/1.6 kilometres of the insured **location**.

ATTRACTION PROPERTY Exclusions: As respects ATTRACTION PROPERTY, the following additional exclusion applies:

This Policy does not insure loss resulting from:

1) physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of such physical damage; but

2) not to exceed the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

### B.   CRISIS MANAGEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location**, provided such order is a direct result of:

1) a violent crime, suicide, attempted suicide, or armed robbery; or

2) a death or bodily injury caused by a workplace accident;

at such insured **location**.



For the purposes of this Extension only, a workplace accident shall be considered a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.

This Extension of coverage will apply when the PERIOD OF LIABILITY is in excess of 4 hours.

CRISIS MANAGEMENT Exclusions: As respects CRISIS MANAGEMENT, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1) **terrorism**.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting with the time the civil or military authority prohibits access; but

2) not to exceed the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

## C.    DELAY IN STARTUP

GROSS EARNINGS or GROSS PROFIT and EXTRA EXPENSE are extended to cover the Actual Loss Sustained incurred by the Insured during the PERIOD OF LIABILITY due to the reasonable and necessary delay in startup of business operations directly resulting from physical loss or damage of the type insured to insured property under construction at an insured **location**.

## D.    EXTENDED PERIOD OF LIABILITY

The GROSS EARNINGS coverage is extended to cover the reduction in sales resulting from:

1) the interruption of business as covered by GROSS EARNINGS;

2) for such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

3) commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Extension had not been included in this Policy.



However, this Extension does not apply to GROSS EARNINGS loss resulting from physical loss or damage caused by or resulting from **terrorism**.

EXTENDED PERIOD OF LIABILITY Exclusions: As respects EXTENDED PERIOD OF LIABILITY, the TIME ELEMENT EXCLUSIONS B of this section does not apply and the following applies instead:

This Policy does not insure against any increase in loss due to damages for breach of contract or for late or noncompletion of orders, or fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

Coverage under this Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

Coverage under this Extension does not apply for more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

E.   **INTERRUPTION BY COMMUNICABLE DISEASE**

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

1)   an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

2)   a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

this Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY at such **location** with the actual not suspected presence of **communicable disease**.

This Extension will apply when access to such **location** is limited, restricted, or prohibited in excess of 48 hours.

INTERRUPTION BY COMMUNICABLE DISEASE Exclusions: As respects INTERRUPTION BY COMMUNICABLE DISEASE, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1)   the enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

2)   loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.



The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of the order of the authorized governmental agency or the Officer of the Insured; but

2) not to exceed the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

**F.    ON PREMISES SERVICES**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to the following property located within 1,000 feet/300 metres of the insured **location**:

1) Electrical equipment and equipment used for the transmission of voice, data or video.

2) Electrical, fuel, gas, water, steam, refrigeration, sewerage, voice, data or video transmission lines.

**G.    PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT**

This Policy covers the Actual Loss Sustained by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Extension does not cover the Actual Loss Sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by TERRORISM coverage as provided in the PROPERTY DAMAGE section.

This Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

**H.    RELATED REPORTED VALUES**

If reported TIME ELEMENT values include:

1) **locations** used by the Insured (such as branch stores, sales outlets and other plants) but not listed on a schedule under this Policy; and



2)  a TIME ELEMENT loss would result at such **locations**,

3)  from insured physical loss or damage at an insured **location**,

then this Policy provides coverage for such resulting TIME ELEMENT loss in accordance with the coverage applicable at such insured **location**.

## I.   RESEARCH AND DEVELOPMENT

The GROSS EARNINGS and GROSS PROFIT coverages are extended to insure the Actual Loss Sustained by the Insured of continuing fixed charges and Ordinary Payroll directly attributable to the interruption of research and development activities that in themselves would not have produced income during the PERIOD OF LIABILITY.

The PERIOD OF LIABILITY for this Extension will be the period from the time of direct physical loss or damage of the type insured to the time when the property could be repaired or replaced and made ready for operations, but as respects GROSS PROFIT and Ordinary Payroll such period of time shall not exceed the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.  Such period of time shall not be limited by the date of expiration of this Policy.

## J.   SOFT COSTS

This Policy covers the Actual Loss Sustained incurred by the Insured of **soft costs** during the PERIOD OF LIABILITY arising out of the delay of completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at an insured **location**.

FM Global

**Account No.   1-35582**
**Policy No.   1050294**

## LOSS ADJUSTMENT AND SETTLEMENT

### 1.   REQUIREMENTS IN CASE OF LOSS

The Insured will:

1)   give immediate written notice to the Company of any loss.

2)   protect the property from further loss or damage.

3)   promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4)   give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by the Company.  The proof of loss must state the knowledge and belief of the Insured as to:

    a)   the time and origin of the loss.

    b)   the Insured's interest and that of all others in the property.

    c)   the **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

    d)   any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

    e)   by whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5)   include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6)   further, the Insured, will as often as may be reasonably required:

    a)   exhibit to any person designated by the Company all that remains of any property;

    b)   submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

    c)   produce for examination at the request of the Company:

        (i)   all books of accounts, business records, bills, invoices and other vouchers; or

        (ii)   certified copies if originals are lost,

at such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## 2.   CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the Insured.

In the event of a loss adjustment involving currency conversion, the exchange selling rate will be calculated as follows:

A.   As respects the calculation of deductibles and limits of liability, the rate of exchange published in The Wall Street Journal on the date of loss.

B.   As respects loss or damage to insured real and personal property:

   1)   the cost to repair or replace such property will be converted at the time the cost of repair or replacement is incurred based on the rate of exchange published in The Wall Street Journal.

   2)   if such property is not replaced or repaired, the conversion will be based on the rate of exchange published in The Wall Street Journal as of the date of loss.

C.   As respects TIME ELEMENT loss the conversion will be based on the average of the rate of exchange published in The Wall Street Journal on the date of loss and the rate of exchange published in The Wall Street Journal on the last day of the Period of Liability.

If The Wall Street Journal was not published on the stipulated date, the rate of exchange will be as published on the next business day.

## 3.   PARTIAL PAYMENT OF LOSS SETTLEMENT

In the event of insured physical loss or damage determined by the Company's representatives to be in excess of the applicable Policy deductible, the Company will advance mutually agreed upon partial payment(s), subject to the Policy's provisions.  To obtain such partial payments, the Insured will submit a signed and sworn Proof of Loss as described in this Policy, with adequate supporting documentation.

## 4.   COLLECTION FROM OTHERS

The Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## 5.   SUBROGATION

The Insured is required to cooperate in any subrogation proceedings.  The Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of the Company's payment.



The Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss, nor will such waiver affect the Insured's rights under this Policy.

Any recovery from subrogation proceedings, less costs incurred by the Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1)      any applicable deductible; and/or

2)      any provable uninsured loss,

bears to the entire provable loss amount.

## 6.   COMPANY OPTION

The Company has the option to take all or any part of damaged property at the agreed or appraised value.  The Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## 7.   ABANDONMENT

There may be no abandonment of any property to the Company.

## 8.   APPRAISAL

If the Insured and the Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

1)      the Insured has fully complied with all provisions of this Policy, including REQUIREMENTS IN CASE OF LOSS; and

2)      the Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire.  If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or the Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending.  The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for TIME ELEMENT loss, the amount of loss for each TIME ELEMENT coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire.  An award agreed to in writing by any two will determine the amount of loss.

The Insured and the Company will each:

1)      pay its chosen appraiser; and



**Account No.   1-35582**
**Policy No.   1050294**

2)      bear equally the other expenses of the appraisal and umpire.

A demand for APPRAISAL shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under REQUIREMENTS IN CASE OF LOSS.

The Company will not be held to have waived any of its rights by any act relating to appraisal.

**9.      SUIT AGAINST THE COMPANY**

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:

1)      the Insured has fully complied with all the provisions of this Policy; and

2)      legal action is started within twelve months after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such twelve months' limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

**10.     SETTLEMENT OF CLAIMS**

The amount of loss for which the Company may be liable will be paid within 30 days after:

A.      proof of loss as described in this Policy is received by the Company; and

B.      when a resolution of the amount of loss is made either by:

1)   written agreement between the Insured and the Company; or

2)   the filing with the Company of an award as provided in the APPRAISAL clause of this section.

FM Global

<div align="right">

**Account No.   1-35582**
**Policy No.   1050294**

</div>

## GENERAL PROVISIONS

1. **CANCELLATION/NON-RENEWAL**

   This Policy may be:

   A.   cancelled at any time at the request of the Insured by surrendering this Policy to the Company or by giving written notice to the Company stating when such cancellation will take effect; or

   B.   cancelled by the Company by giving the Insured not less than:

      1)   60 days' written notice of cancellation; or

      2)   10 days' written notice of cancellation if the Insured fails to remit, when due, payment of premium for this Policy; or

   C.   non-renewed by the Company by giving the Insured not less than 60 days' written notice of non-renewal.

   Return of any unearned premium will be calculated on the customary short rate basis if the Insured cancels and on a pro-rata basis if the Company cancels this Policy.  Return of any unearned premium will be made by the Company as soon as practicable.

2. **INSPECTIONS**

   The Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property.  The Company does not address life, safety or health issues.

   The Company's:

   A.   right to make inspections;

   B.   making of inspections; or

   C.   providing recommendations or other information in connection with any inspections,

   will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.  The Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

   When the Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

3. **PROVISIONS APPLICABLE TO SPECIFIC JURISDICTIONS**

   A.   If the provisions of this Policy conflict with the laws of any jurisdictions in which this Policy applies, and if certain provisions are required by law to be stated in this Policy, this Policy



Account No.   1-35582
Policy No.   1050294

will be read so as to eliminate such conflict or deemed to include such provisions for insured **locations** within such jurisdictions.

B.    The Company will provide to the Insured copies of endorsements mandated for use by the laws of provinces in Canada.  The endorsements modify this Policy with respect to any insured property located in the province in which the endorsement applies.

C.    The Company will provide to the Insured copies of endorsements mandated for use by the laws of states in the United States of America.  The endorsements modify this Policy with respect to any insured property located in the state in which the endorsement applies.

D.    In respect of any insured property located in Australia, the definition of **terrorism** is declared null and void and it is agreed that a Declared Terrorist Incident under the Terrorism Insurance Act 2003 shall be considered an act of **terrorism** within the terms of this Policy. Coverage recoverable under the Terrorism Insurance Act 2003 is excluded from coverage under this Policy.  Any difference in limit between loss recoverable under the Terrorism Insurance Act 2003 and this Policy is not recoverable under this Policy.

E.    In respect of any insured property located in Belgium, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism in accordance with the Law of 1 April 2007 shall be considered an act of **terrorism** within the terms of this Policy. Coverage provided, in accordance with the terms and conditions of the Terrorism Reinsurance and Insurance Pool Statute, under the European policy issued by FM Insurance Europe S.A. is excluded from coverage under this Policy.  Any difference in limit between loss recoverable from Terrorism Reinsurance and Insurance Pool and this Policy is not recoverable under this Policy.

F.    In respect of any insured property located in France or in French territories, the definition of **terrorism** is declared null and void and it is agreed that any event certified to be an act of terrorism in accordance with articles L126-2, R126-1 and R126-2 of the Insurance Code and decree 2001-1337 dated 28 December 2001 shall be considered an act of **terrorism** within the terms of this Policy.  Terrorism coverage is mandatory and is provided to the Insured under the European/local policy issued by FM Insurance Europe S.A.  Coverage provided under this Policy shall not extend the coverage for terrorism provided under such European/local policy.  Any difference in limit between loss recoverable for terrorism under the European/local policy and this Policy is not recoverable under this Policy.

G.    In respect of any insured property located in **Great Britain**, the definition of **terrorism** is declared null and void and it is agreed that an act of **terrorism** shall mean an event certified by Her Majesty's Treasury to be an act of terrorism or determined to be such by an appropriately designated tribunal.  Coverage provided by the TERRORISM CERTIFICATE under the United Kingdom policy issued by FM Insurance Company Limited is excluded from coverage under this Policy.

H.    In respect of any insured property located in the Netherlands, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism in accordance with Dutch Terrorism Risk Reinsurance Company's terms and conditions shall be considered an act of **terrorism** within the terms of this Policy.  Coverage provided in accordance with the Dutch Terrorism Risk Reinsurance Company's terms and conditions under the European



policy issued by FM Insurance Europe S.A. is excluded from coverage under this Policy. Any difference in limit between loss recoverable from Dutch Terrorism Risk Reinsurance Company (NHT) and this Policy is not recoverable under this Policy.

I.    Coverage is provided for physical loss or damage and any resulting TIME ELEMENT loss as provided in the TIME ELEMENT section of this Policy to insured property in Northern Ireland occasioned by or happening through or in consequence directly or indirectly of:

    1)  riot, civil commotion and (except in respect of loss or damage and resulting TIME ELEMENT loss by fire or explosion) strikers, locked-out workers or persons taking part in labor disturbances or malicious persons; and

    2)  **terrorism**,

    subject to liability of the Company only to be for the extent of the loss not recoverable by the Insured under the "Criminal Damage (Compensation) (Northern Ireland) Order 1977" or subsequent legislation; and to all other terms, conditions and limits of this Policy.

J.    For any insured property located in Norway, this Policy insures against loss or damage to insured property resulting from Natural Catastrophe perils as designated in the Act of Natural Perils of June 16th, 1989.

K.    With respect to any insured property in South Africa, the following conditions additionally apply:

    Notwithstanding anything contained herein to the contrary:

    1)  This Policy does not cover loss of or damage directly or indirectly to property related to or caused by:

        a)  civil commotion, labor disturbances, riot, strike, lockout or public disorder or any act or activity which is calculated or directed to bring about any of the above;

        b)  war, invasion, act of foreign enemy, hostilities or warlike operations (whether war be declared or not) or civil war;

        c)  (i)  mutiny, military rising, military or usurped power, martial law or state of siege, or any other event or cause which determines the proclamation or maintenance of martial law or siege;

            (ii) insurrection, rebellion or revolution.

        d)  any act (whether on behalf of any organization, body or person, or group of persons) calculated or directed to overthrow or influence any state or government, or any provincial, local or tribal authority with force, or by means of fear, terrorism or violence;

        e)  any act which is calculated or directed to bring about loss or damage in order to further any political aim, objective or cause or to bring about any social or economic

 FM Global

**Account No.   1-35582**
**Policy No.   1050294**

change, or in protest against any state or government, or any provincial, local or tribal authority, or for the purpose of inspiring fear in the public, or any section thereof;

f)   any attempt to perform any act referred to in clause d or e above;

g)   The act of any lawfully established authority in controlling, preventing, suppressing or in any other way dealing with any event referred to in clause a, b, c, d, e or f above.

If the Insurers allege that by reason of clauses a, b, c, d, e, f, or g of this exclusion, loss or damage is not covered by this Policy, the burden of proving the contrary will rest on the Insured.

2)   This Policy does not cover loss or damage caused directly or indirectly by or through or in consequence of any event for which a fund has been established in terms of the War Damage Insurance and Compensation Act 1976 (No. 85 of 1976) or any similar Act operative in any of the territories to which this Policy applies.

L.   In respect of any insured property located in Spain and as applies to Physical Damage coverage and any resulting TIME ELEMENT loss as provided by the TIME ELEMENT section of this Policy, this Policy does not insure against physical loss or damage caused by:

1)   events separately insured by the Consorcio de Compensacion de Seguros, or events classified by the Public Authorities in Spain as an "extraordinary circumstance."

2)   all losses where, despite being of an extraordinary and catastrophic nature, the Consorcio de Compensacion de Seguros does not acknowledge the rights of the Insured on account of the Insured's failure to comply with any of the conditions and stipulations contained in the Reglamento y Disposiciones Complementarias in force at the time of the loss as well as those occurring within the payment free period specified by the aforementioned authority.  The Consorcio de Compensacion de Seguros will indemnify claims of an extraordinary nature, within the terms of the various laws and/or Royal Decrees and/or Regulations of Spain which govern Consorcio de Seguros.

In respect of any insured property in Spain, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism by Consorcio de Compensacion de Seguros shall be considered an act of **terrorism** within the terms of this Policy.

M.   As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that an event defined as a Certified Act of Terrorism under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) under the United States of America policy issued by Factory Mutual Insurance Company shall be considered an act of **terrorism** within the terms of this Policy.  Coverage recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) is excluded from any other coverage under this Policy.  Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES



Account No.   1-35582
Policy No.   1050294

CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) and this Policy is not recoverable under this Policy.

## 4.  LIBERALIZATION

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## 5.  MISREPRESENTATION AND FRAUD

This entire Policy will be void if, whether before or after a loss, an Insured has:

A.   willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

B.   made any attempt to defraud the Company.

C.   made any false swearing.

## 6.  LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS

A.   The Company will pay for loss to specified property insured under this Policy to each specified Lender Loss Payee (hereinafter referred to as Lender) as its interest may appear, and to each specified Mortgagee as its interest may appear, under all present or future mortgages upon such property, in order of precedence of the mortgages.

B.   The interest of the Lender or Mortgagee (as the case may be) in property insured under this Policy will not be invalidated by:

1)   any act or neglect of the debtor, mortgagor, or owner (as the case may be) of the property.

2)   foreclosure, notice of sale, or similar proceedings with respect to the property.

3)   change in the title or ownership of the property.

4)   change to a more hazardous occupancy.

The Lender or Mortgagee will notify the Company of any known change in ownership, occupancy, or hazard and, within 10 days of written request by the Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

C.   If this Policy is cancelled at the request of the Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:



1)  sooner terminated by authorization, consent, approval, acceptance, or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

2)  this Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

D.  The Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment.  If the debtor, mortgagor, or owner has failed to pay any premium due under this Policy, the Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation.  If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

E.  The Company has the right to invoke this Policy's SUSPENSION clause.  The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel, subject to the suspension.  The Company will provide the Lender or Mortgagee at the last known address a copy of the suspension notice.

F.  If the Company pays the Lender or Mortgagee for any loss, and denies payment to the debtor, mortgagor or owner, the Company will, to the extent of the payment made to the Lender or Mortgagee be subrogated to the rights of the Lender or Mortgagee under all securities held as collateral to the debt or mortgage.  No subrogation will impair the right of the Lender or Mortgagee to sue or recover the full amount of its claim.  At its option, the Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest.  In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to the Company, and the remaining debt or mortgage will be paid to the Company.

G.  If the Insured fails to render proof of loss, the Lender or Mortgagee, upon notice of the Insured's failure to do so, will render proof of loss within 60 days of notice and will be subject to the provisions of this Policy relating to APPRAISAL, SETTLEMENT OF CLAIMS, and SUIT AGAINST THE COMPANY.

H.  Other provisions relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

# 7.   OTHER INSURANCE

A.  If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

B.  In no event will this Policy apply as contributing insurance.

C.  The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy.  The existence of any



such insurance will not reduce any limit or sublimit of liability in this Policy. Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

D. The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy. The existence of such other insurance will not prejudice recovery under this Policy. If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

E. If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with the Company.

F. National Flood Insurance Program: This Policy shall respond as excess over those terms and conditions concurrent with the Standard Flood Insurance Policy issued to the Insured, its renewal or replacement thereof.

The **flood** deductible for location(s) as described on the National Flood Insurance Program Locations, Appendix C will be reduced by one dollar for each dollar recovered under the Standard Flood Insurance Policy until no deductible applies.

It is agreed that the Insured will purchase **flood** insurance for location(s) as described on the National Flood Insurance Program Locations, Appendix C from the National Flood Insurance Program and will maintain the maximum amount of available flood insurance for building and contents under the National Flood Insurance Program.

If for any reason the National Flood Insurance Program Standard Flood Insurance Policy should not be in force at the time of loss, this Policy will respond as if the terms and conditions of the Standard Flood Insurance policy were in force and the maximum amount of available flood insurance for building and contents coverage had been purchased from the National Flood Insurance Program.

## 8.   POLICY MODIFICATION

This Policy contains all of the agreements between the Insured and the Company concerning this insurance. The Insured and the Company may request changes to this Policy. This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

A.   create a waiver, or change any part of this Policy; or

B.   prevent the Company from asserting any rights under the provisions of this Policy.

## 9.   REDUCTION BY LOSS

Claims paid under this Policy will not reduce its limit of liability, except claims paid will reduce any **aggregate during any policy year** limit.



<div align="right">

**Account No.   1-35582**
**Policy No.   1050294**

</div>

10.  **SUSPENSION**

On discovery of a dangerous condition, the Company may immediately suspend this insurance on any machine, vessel or part thereof by giving written notice to the Insured.  The suspended insurance may be reinstated by the Company.  Any unearned premium resulting from such suspension will be returned by the Company.

11.  **TITLES**

The titles in this Policy are only for reference.  The titles do not in any way affect the provisions of this Policy.

12.  **ASSIGNMENT**

Assignment of this Policy will not be valid except with the written consent of the Company.

13.  **DEFINITIONS**

The following terms when appearing in **boldface** in this Policy mean:

**actual cash value**:
the amount it would cost to repair or replace insured property, on the date of loss, with material of like kind and quality, with proper deduction for obsolescence and physical depreciation.

**aggregate during any policy year**:
the Company's maximum amount payable during any policy year.

**communicable disease**:
disease which is:

A.   transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

B.   Legionellosis.

**contaminant**:
anything that causes **contamination**.

**contamination**:
any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**contingent time element location**:
A.   any **location**:

1)   of a direct customer, supplier, contract manufacturer or contract service provider to the Insured;



**Account No.   1-35582**
**Policy No.   1050294**

2) of any company under a royalty, licensing fee or commission agreement with the Insured;

B.     any **location** of a company that is a direct or indirect customer, supplier, contract manufacturer or contract service provider to a **location** described in A1 above,

not including **locations** of any company directly or indirectly supplying to, or receiving from, the Insured, electricity, fuel, gas, water, steam, refrigeration, sewage, voice, data or video.

**date or time recognition**:
the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or processing of data involving one or more dates or times, including the Year 2000.

**earth movement**:
any natural or man-made earth movement including, but not limited to earthquake or landslide, regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, sprinkler leakage, or **flood** resulting from **earth movement** will not be considered to be loss by **earth movement** within the terms and conditions of this Policy.

**electronic data processing equipment or media**:
any computer, computer system or component, hardware, network, microprocessor, microchip, integrated circuit or similar devices or components in computer or non-computer equipment, operating systems, data, programs or other software stored on electronic, electro-mechanical, electro-magnetic data processing or production equipment, whether the property of the Insured or not.

**fine arts**:
paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, money, securities.

**flood**:
flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer back-up resulting from any of the foregoing; regardless of any other cause or event, whether natural or man-made, contributing concurrently or in any other sequence of loss.  Physical loss or damage from **flood** associated with a storm or weather disturbance whether or not identified by name by any meteorological authority, is considered to be **flood** within the terms of this Policy. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.

**Great Britain**:
England and Wales and Scotland but not the territorial seas adjacent thereto as defined by the Territorial Sea Act 1987 nor the Isle of Man nor the Channel Islands.



**Account No.   1-35582**
**Policy No.   1050294**

**high hazard zones for earth movement**:
the provinces of Catamarca, Chaco, Cordoba, Formosa, Jujuy, La Rioja, Mendoza, Neuquen, Salta, San Juan, San Luis, Santiago del Estero and Tucuman in Argentina; Bulgaria; Caribbean Islands of Aruba, Cayman Islands, Dominican Republic, Jamaica, and Trinidad and Tobago; Chile; Colombia; Costa Rica; Croatia; Curacao; Cyprus; Ecuador; El Salvador; Greece; Guam; Iceland; the states of Arunachal Pradesh, Assam, Bihar, Gujarat, Himachal Pradesh, Madhya Pradesh, Manipur, Meghalaya, Tripura, Mizoram, Nagaland, Punjab, West Bengal, Uttar Pradesh and Uttaranchal in India; Indonesia; Italy; Jordan; Monaco; New Zealand; Nicaragua; Northern Pacific Islands of Federated States of Micronesia, Palau, Northern Marianas, Marshall Islands and Kiribati; Panama; People's Republic of China; Peru; Philippines; the states of Baja California, Baja California Sur, Chiapas, Colima, Guerrero, Jalisco, Mexico (including Mexico City), Michoacán, Morelos, Nayarit, Oaxaca, Puebla, Sinaloa, Sonora, Tabasco, Tlaxcala and Veracruz in the Republic of Mexico; Romania; the Republic of Dagestan and the oblasts of Kamchatka and Sakhalin in the Russian Federation; Serbia; the provinces of Granada and Murcia in Spain; Southern Pacific Islands of American Samoa, Loyalty Islands, French Polynesia, New Caledonia, Solomon Islands, Samoa, Tonga, Tuvalu and Vanuatu; Turkey

**irreplaceable**:
an item which cannot be replaced with other of like kind and quality.

**location**:
A.      as specified in the Schedule of Locations, or

B.      if not so specified in the Schedule of Locations:

   1)   a building, yard, dock, wharf, pier or bulkhead (or any group of the foregoing),

      a)   bounded on all sides by public streets, clear land space or open waterways, each not less than 50 feet/15 metres wide.  Any bridge or tunnel crossing such street, space or waterway will render such separation inoperative for the purpose of this definition.

**New Madrid Seismic Zone**:
Arkansas, United States of America, counties of:
Arkansas, Clay, Craighead, Crittenden, Cross, Fulton, Greene, Independence, Izard, Jackson, Lawrence, Lee, Lonoke, Mississippi, Monroe, Phillips, Poinsett, Prairie, Randolph, Sharp, St. Francis, White, Woodruff

Illinois, United States of America, counties of:
Alexander, Bond, Clay, Clinton, Crawford, Edwards, Effingham, Fayette, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Madison, Marion, Massac, Monroe, Perry, Pope, Pulaski, Randolph, Richland, Saline, St. Clair, Union, Wabash, Washington, Wayne, White, Williamson

Indiana, United States of America, counties of:
Gibson, Knox, Pike, Posey, Spencer, Vanderburgh, Warrick

Kentucky, United States of America, counties of:

Advantage - TE Select - US Global - 2016 ©2017 FM Global. All rights reserved



Ballard, Caldwell, Calloway, Carlisle, Christian, Crittenden, Daviess, Fulton, Graves, Henderson, Hickman, Hopkins, Livingston, Lyon, Marshall, McCracken, McLean, Muhlenberg, Todd, Trigg, Union, Webster

<u>Mississippi, United States of America, counties of</u>:
Alcorn, Benton, Coahoma, De Soto, Lafayette, Marshall, Panola, Quitman, Tate, Tippah, Tunica

<u>Missouri, United States of America, counties of</u>:
Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Jefferson, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, St. Francois, St. Louis, City of St. Louis, Ste. Genevieve, Stoddard, Washington, Wayne

<u>Tennessee, United States of America, counties of</u>:
Benton, Carroll, Chester, Crockett, Decatur, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Houston, Humphreys, Lake, Lauderdale, Madison, McNairy, Montgomery, Obion, Perry, Shelby, Stewart, Tipton, Weakley

**normal**:
the condition that would have existed had no physical loss or damage happened.

**normal cost**:
the cost associated with the movement of goods or materials suffering the disruption that the Insured would have incurred had no physical loss or damage causing disruption happened.

**occurrence**:
the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

A.   **terrorism**: **occurrence** shall mean the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

B.   **earth movement**: **occurrence** shall mean the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services**:
the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**Pacific Northwest Seismic Zone**:
<u>Oregon, United States of America, counties of</u>:
Benton, Clackamas, Clatsop, Columbia, Coos, Curry, Douglas, Hood River, Jackson, Josephine, Klamath, Lane, Lincoln, Linn, Marion, Multnomah, Polk, Tillamook, Washington, Yamhill

<u>Washington, United States of America, counties of</u>:



**Account No.   1-35582**
**Policy No.   1050294**

Chelan, Clallam, Clark, Cowlitz, Grays Harbor, Island, Jefferson, King, Kitsap, Kittitas, Lewis, Mason, Pacific, Pierce, San Juan, Skagit, Skamania, Snohomish, Thurston, Wahkiakum, Whatcom

<u>British Columbia (includes Vancouver Island), Canada:</u>
South of 50° N latitude and west of 120° W longitude

**period of operational testing**:
the period of time beginning 24 hours prior to the earlier of the following:

A.    introduction, into a system, of feedstock or other materials for processing or handling;

B.    commencement of fuel or energy supply to a system,

and ending with the earlier of the following:

A.    the expiration date or cancellation date of this Policy.

B.    if specified, the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

**physical loss or damage to electronic data, programs or software**:
the destruction, distortion or corruption of electronic data, programs or software.

**representative company(ies)**:
Factory Mutual Insurance Company, FM Insurance Company Limited or FM Insurance Europe S.A.; Affiliated FM Insurance Company; Appalachian Insurance Company or any other company issuing a local policy at the direction of the Company.

**soft costs**:
costs over and above those that are **normal** at an insured **location** undergoing renovation or in the course of construction, limited to the following:

A.    construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including; the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, charges by the lenders for the extension or renewal of loans necessary.

B.    commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of re-leasing and marketing due to loss of tenant(s) or purchaser(s).

C.    additional fees for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

D.    property taxes, building permits, additional interest on loans, realty taxes and insurance premiums.



Account No.   1-35582
Policy No.   1050294

**terrorism**:
any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

when the effect or apparent purpose is:

A.   to influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or

B.   to further or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems**:
transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data, and video.  Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records**:
written, printed or otherwise inscribed documents and records, including books, maps, films, drawings, abstracts, deeds, mortgages and manuscripts, all of which must be of value to the Insured.

**wind**:
direct action of wind including substance driven by wind.  **Wind** does not mean or include anything defined as **flood** in this Policy.

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 000001.85 | 5401 | Outlet Store | Woodburn Company Stores | 1001 North Arney Road, Suite 910 | Woodburn | Marion | Oregon | 97071-8447 | USA |
| 000205.52 | KSOH06 | Off Site Storage | Distrib./OH | 8741 Jacquemin Drive | West Chester | Butler | Ohio | 45069-4860 | USA |
| 000223.69 | 2704 | Retail Store | Easton Town Center | 4200 The Strand | Columbus | Franklin | Ohio | 43219-6187 | USA |
| 000229.40 | 4703 | Outlet Store | Arundel Mills | 7000 Arundel Mills Circle, Space 428 | Hanover | Anne Arundel | Maryland | 21076-1282 | USA |
| 000248.33 | 3700 | Outlet Store | Anthem | 4250 West Anthem Way, Space 520 | Anthem | Maricopa | Arizona | 85086-7678 | USA |
| 000261.22 | 1101 | Retail Store | Chandler Fashion Center | 3111 West Chandler Boulevard, Space 1052 | Chandler | Maricopa | Arizona | 85226-5071 | USA |
| 000263.63 | 3808 | Outlet Store, Off Site Storage | Carlsbad Company Stores, Carlsbad Premium Outlets, Offsite Storage Warehouse - Carlsbad, CA | 5629 Paseo Del Norte, Space A139, Ste 100 | Carlsbad | San Diego | California | 92008-4458 | USA |
| 000317.17 | 1410 | Retail Store | Mall at Millenia | 4200 Conroy Road, Suite E-129 | Orlando | Orange | Florida | 32839-2400 | USA |
| 000324.07 | KSCA174 | Retail Store | The Commons at Calabasas | 4751 Commons Way | Calabasas | Los Angeles | California | 91302-3365 | USA |
| 000366.02 | 1103 | Retail Store | Kierland Commons | 15215 North Kierland Boulevard, Suite 130 | Scottsdale | Maricopa | Arizona | 85254-8185 | USA |
| 000372.59 | 5654 | Outlet Store | Opry Mills | 236 Opry Mills Drive, Space 634A | Nashville | Davidson | Tennessee | 37214-2434 | USA |
| 000413.82 | 5652 | Outlet Store | Lebanon Premium Outlets | 410 Outlet Village Boulevard | Lebanon | Wilson | Tennessee | 37090-2700 | USA |

Page 1 of 112

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A



| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 000413.84 | 4007 | Outlet Store | Orlando Vineland Premium Outlets | 8200 Vineland Avenue, Space 830, Space 430 | Orlando | Orange | Florida | 32821-6811 | USA |
| 000414.21 | 1200 | Retail Store | | 190 Post Street | San Francisco | San Francisco | California | 94108-4703 | USA |
| 000415.95 | 4006 | Outlet Store | Key West | 517 Duval Street | Key West | Monroe | Florida | 33040-6587 | USA |
| 000417.50 | 2459 | Retail Store | The Promenade at Sagemore | 500 Route 73 South, Suite A27 | Marlton | Burlington | New Jersey | 08053-8000 | USA |
| 000421.96 | 4900 | Outlet Store | Albertville Premium Outlets | 6415 Labeaux Avenue Northeast, Space B050 | Albertville | Wright | Minnesota | 55301-9813 | USA |
| 000436.16 | 5463 | Outlet Store | Gettysburg | 1863 Gettysburg Village Drive, Space H870 | Gettysburg | Adams | Pennsylvania | 17325-8989 | USA |
| 000455.08 | 5705 | Outlet Store | Allen Premium Outlets | 820 West Stacy Road, Space 190 | Allen | Collin | Texas | 75013-4800 | USA |
| 000506.53 | 1226 | Retail Store | Farmers Market | 189 The Grove Drive, Suite K20 | Los Angeles | Los Angeles | California | 90036-6222 | USA |
| 000533.15 | 4702 | Outlet Store | Queenstown Premium Outlets | 116, 405, 417 Outlet Center Drive | Queenstown | Queen Anne's | Maryland | 21658-1610 | USA |
| 000610.97 | 4000 | Outlet Store | Prime Outlets | 6060 Collier Boulevard, Space T088 | Naples | Collier | Florida | 34114-3955 | USA |
| 000643.20 | 5554 | Outlet Store | Tanger Factory Outlet Center | 10819, 10843 Kings Road, Space 275 | Myrtle Beach | Horry | South Carolina | 29572-6084 | USA |
| 000643.21 | 2565A | Retail Store | | 79 5th Avenue | New York | New York | New York | 10003-3034 | USA |
| 000676.76 | 3812 | Outlet Store | Santa Barbara | 808A State Street, 1F | Santa Barbara | Santa Barbara | California | 93101-3207 | USA |

Dated: 04-April-2019

Page 2 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 000676.78 | 3254 | Retail Store | Tysons Galleria | 1811G International Drive, Space 1158 | MC Lean | Fairfax | Virginia | 22102-4408 | USA |
| 000731.75 | 1102 | Retail Store | La Encantada | 2905 East Skyline Drive, Suite 265 | Tucson | Pima | Arizona | 85718-3087 | USA |
| 000735.58 | KSVA27 | Retail Store | Short Pump Town Center | 11800 West Broad Street | Richmond | Henrico | Virginia | 23233 | USA |
| 000758.58 | 5904 | Outlet Store | Centralia Factory Outlets | 1310 Lum Road | Centralia | Lewis | Washington | 98531-1818 | USA |
| 000769.74 | STCA03 | Retail Store | The Shops on El Paseo | 73-080, 73-425 El Paseo, Suite 6 | Palm Desert | Riverside | California | 92260 | USA |
| 000837.05 | KSTX56 | Retail Store | Market Street Woodlands | 9595 Six Pines Drive | Spring | Montgomery | Texas | 77380-1586 | USA |
| 000843.50 | 1550 | Retail Store | Jordan Creek Town Center | 101 Jordan Creek Parkway, Space 1376 | West Des Moines | Dallas | Iowa | 50266-8181 | USA |
| 000947.47 | 4202 | Outlet Store | Chicago Premium Outlets | 1650 Premium Outlet Boulevard, Unit 1129 | Aurora | Kane | Illinois | 60502-2901 | USA |
| 000968.72 | 5002 | Outlet Store | Settler's Green Outlet Village | 2 Common Court, Space B50 | North Conway | Carroll | New Hampshire | 03860-5423 | USA |
| 000968.75 | 5141 | Outlet Store | Las Vegas North Premium Outlets | 755, 775, 795 South Grand Central Parkway Unit 2111, 2215 | Las Vegas | Clark | Nevada | 89106-4524 | USA |
| 000975.29 | 5902 | Outlet Store, Retail Store | Seattle Premium Outlets | 10600 Quil Ceda Boulevard, Suite 1022 | Tulalip | Snohomish | Washington | 98271-8081 | USA |
| 000980.16 | 2705 | Retail Store | Crocker Park | 183 Main Street, Space 1025 | Westlake | Cuyahoga | Ohio | 44145-6980 | USA |
| 000980.36 | 6100 | Outlet Store | San Juan | 158 Calle del Santo Cristo | San Juan | San Juan | Puerto Rico | 00901-1509 | USA |

Dated:  04-April-2019

**FM Global**

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 000980.41 | 2561 | Retail Store | Soho | 143 Prince Street | New York | New York | New York | 10012-3104 | USA |
| 000987.50 | 1425 | Retail Store | St. John's Town Center | 4813 River City Drive | Jacksonville | Duval | Florida | 32246-7429 | USA |
| 000987.56 | 2300 | Retail Store | Village Pointe | 17255 Davenport Street, Suite 119 | Omaha | Douglas | Nebraska | 68118-4092 | USA |
| 001041.80 | STNY09 | Retail Store | Broadway | 2151 Broadway | New York | New York | New York | 10023-8243 | USA |
| 001041.83 | STPA02 | Office | Philadelphia | 1711 Walnut Street | Philadelphia | Philadelphia | Pennsylvania | 19103-5204 | USA |
| 001046.65 | 6153 | Outlet Store | Legends Outlets Kansas City | 1847, 1867 Village West Parkway | Kansas City | Wyandotte | Kansas | 66111-1315 | USA |
| 001072.11 | 5050 | Outlet Store | Atlantic City, Tanger Outlets Atlantic City | 31 North Michigan Avenue, Space 602, 108 Columbus Boulevard | Atlantic City | Atlantic | New Jersey | 08401-4164 | USA |
| 001100.03 | 5702 | Outlet Store | Rio Grande Valley Premium Outlets | 5001 East Expressway 83, Space 610 | Mercedes | Hidalgo | Texas | 78570-4571 | USA |
| 001139.78 | KSNY39 | Retail Store | Fifth Avenue | 135 Fifth Avenue | New York | New York | New York | 10010-7101 | USA |
| 001162.32 | KSKY04 | Retail Store | Radial (fkn. GSI) | 40 Logistics Boulevard | Walton | Boone | Kentucky | 41094-9382 | USA |
| 001168.66 | KSDC05 | Retail Store | Georgetown | 3034 M Street Northwest | Washington | District of Columbia | District of Columbia | 20007-3739 | USA |
| 001195.57 | 2056 | Retail Store | Partridge Creek | 17420 Hall Road, Space 185 | Clinton Township | Livingston | Michigan | 48038-6916 | USA |
| 001216.04 | DE07 | Outlet Store | Tanger Rehoboth Outlet Center | 36470 Seaside Outlet Drive | Rehoboth Beach | Sussex | Delaware | 19971-1212 | USA |
| 001226.27 | KSMA15 | Retail Store | Newbury Street | 117 Newbury Street | Boston | Suffolk | Massachusetts | 02116-2902 | USA |

Dated: 04-April-2019

Page 4 of 112

FM Global

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 001281.30 | 5701 | Outlet Store | Round Rock Premium Outlets | 4401 N. IH-35, Suite 750A | Round Rock | Williamson | Texas | 78664-2669 | USA |
| 001301.13 | 3119 | Retail Store | The Domain | 11600 Century Oaks Terrace, Suite 113 | Austin | Travis | Texas | 78758-8688 | USA |
| 001319.40 | KSNY01 | Retail Store | Broome Street | 454 Broome Street | New York | New York | New York | 10013-2602 | USA |
| 001337.30 | 3116 | Retail Store | Southlake Town Square | 400 Grand Avenue West | Southlake | Tarrant | Texas | 76092-7663 | USA |
| 001351.23 | 5555 | Outlet Store | Charleston Outlets | Tanger Outlet Center | North Charleston | Charleston | South Carolina | 29418-6947 | USA |
| 001351.26 | 6002 | Outlet Store | Wisconsin Dells | 210 North Gasser Road, Suite 351 | Baraboo | Sauk | Wisconsin | 53913-9529 | USA |
| 001376.35 | 5455 | Outlet Store | Tanger Outlet Center at Mill Stream | 117 Stanley K Tanger Boulevard, Suite 1001A | Lancaster | Lancaster | Pennsylvania | 17602 | USA |
| 001389.02 | 5459 | Outlet Store | Bethlehem | 77 Sands Boulevard, Space 205 & 211 | Bethlehem | Northampton | Pennsylvania | 18015-7705 | USA |
| 001474.87 | 5457 | Outlet Store | Philadelphia Premium Outlets | 18 West Lightcap Road, Suite 1101, 1233 | Pottstown | Montgomery | Pennsylvania | 19464-7806 | USA |
| 001523.38 | 1105 | Retail Store | San Tan Village | 2206 East Williams Field Road Building 9, Suite 110 | Gilbert | Maricopa | Arizona | 85295-0769 | USA |
| 001617.63 | 5707 | Outlet Store | Houston Premium Outlets | 29300 Hempstead Road, Space 422 | Cypress | Harris | Texas | 77433-4247 | USA |
| 001639.30 | KSAL05 | Retail Store | Bridge Street Town Centre | 330 Bridge Street | Huntsville | Madison | Alabama | 35810-3311 | USA |
| 001639.36 | KSCA134 | Retail Store | The Americana at Brand | 116 Caruso Avenue | Glendale | Los Angeles | California | 91210-1563 | USA |
| 001667.75 | 5703 | Outlet Store | El Paso Outlets | 7051 S. Desert Boulevard | Canutillo | El Paso | Texas | 79835-8557 | USA |

Dated: 04-April-2019

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 001678.02 | 3813 | Outlet Store | Las Americas Outlets | 4155 Camino de la Plaza, Unit 420A | San Diego | San Diego | California | 92173-5934 | USA |
| 001730.23 | 5054 | Outlet Store | Jersey Shore Premium Outlets | 1 Premium Outlet Boulevard, Space 201 | Tinton Falls | Monmouth | New Jersey | 07753-7469 | USA |
| 001732.36 | 5458 | Outlet Store | Pittsburgh Tanger Outlets | 2200 Tanger Boulevard, Space 905 | Washington | Washington | Pennsylvania | 15301 | USA |
| 001918.87 | 5302 | Outlet Store | Coach Cincinnati, Cincinnati (Men's) | 849, 867 Premium Outlets Drive, Space 867 | Monroe | Warren | Ohio | 45050-1841 | USA |
| 002258.16 | STCA04 | Retail Store | Beverly Hills | 437 North Rodeo Drive | Beverly Hills | Los Angeles | California | 90210-4536 | USA |
| 002258.26 | KSCA164 | Retail Store | Santana Row | 355 Santana Row | San Jose | Santa Clara | California | 95128-2049 | USA |
| 002279.30 | 4500 | Outlet Store | Freeport Village Station | 1 Freeport Village Station, Space A310 | Freeport | Cumberland | Maine | 04032-1563 | USA |
| 002283.25 | 5204 | Outlet Store | Tanger Outlet Center | Mebane Oaks Road & I-85/ 40, Space 894 | Mebane | Alamance | North Carolina | 27302 | USA |
| 002324.83 | 3601 | Outlet Store | Grand River | 6200 Grand River Boulevard East, Space 642 | Leeds | Jefferson | Alabama | 35094-6701 | USA |
| 002324.86 | KSNC11 | Outlet Store | Tanger Factory Outlet Center (18550) | 4000 Arrowhead Boulevard | Mebane | Alamance | North Carolina | 27302-7645 | USA |
| 002324.87 | 5350 | Outlet Store | The Outlet Shoppes at Oklahoma City, OKC Outlets | 7634, 7650 West Reno Avenue, Space 670 | Oklahoma City | Oklahoma | Oklahoma | 73127-7213 | USA |
| 002348.10 | KSVT02 | Outlet Store | Manchester Designer Outlets | 97 Depot Street | Manchester Center | Bennington | Vermont | 05255-9500 | USA |
| 002386.99 | 4806 | Outlet Store | Prestige Outlets Chesterfield | 17017 North Outer 40 Road | Chesterfield | Saint Louis | Missouri | 63005-1471 | USA |

Dated:  04-April-2019

Page 6 of 112

**FM Global**

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 002394.28 | 3551 | Retail Store | Mall of San Juan | 1000 Mall of San Juan Boulevard | San Juan | San Juan | Puerto Rico | 00924-4008 | USA |
| 002439.15 | W12 | Office | Hudson Yards | 10 Hudson Yards | New York | New York | New York | 10001 | USA |
| 002466.38 | 4055 | Outlet Store | The Outlet Shoppes at Atlanta | 915 Ridgewalk Parkway | Woodstock | Cherokee | Georgia | 30188-4896 | USA |
| 002535.55 | 5003 | Outlet Store | Merrimack Premium Outlets | 80 Premium Outlets Boulevard, Suite 341 | Merrimack | Hillsborough | New Hampshire | 03054-4775 | USA |
| 002536.76 | 5711 | Outlet Store | Grand Prairie, Grand Prairie Premium Outlets | 2950 West Interstate 20, Space 220 | Grand Prairie | Tarrant | Texas | 75052-8040 | USA |
| 002552.54 | STH101 | Retail Store | Intl Market Place, HI | 2330 Kalakaua Avenue Ste 114 | Honolulu | Honolulu | Hawaii | 96815-5001 | USA |
| 002685.81 | 3702 | Outlet Store | Westgate, Tanger Outlets West Gate | 6800 North 95th Avenue | Glendale | Maricopa | Arizona | 85305-6800 | USA |
| 002685.85 | 5712 | Outlet Store | South Houston, Tanger Outlets-Houston | 5885 Gulf Freeway, Space 790 | Texas City | Galveston | Texas | 77591-7052 | USA |
| 002692.45 | 3703 | Outlet Store | Phoenix Primium Outlets | 4976 Premium Outlets Way Suite 700 | Chandler | Maricopa | Arizona | 85226-5515 | USA |
| 002692.85 | 5752 | Outlet Store | Traverse Mountain Outlet | 3700 North Cabelas Boulevard, W Grand Terrace Parkway, Space 400 | Lehi | Utah | Utah | 84043-3866 | USA |
| 002716.23 | 4203 | Outlet Store | Rosemont | 5219 Fashion Outlets Way Ste 2130 | Rosemont | Cook | Illinois | 60018-5321 | USA |
| 002737.37 | 4706 | Outlet Store | National Harbor, Tanger Outlets National Harbor | 6800 Oxon Hill Road Suite 800 | Oxon Hill | Prince George's | Maryland | 20745-4728 | USA |
| 002747.25 | 3831 | Outlet Store | Gran Plaza | 888 West 2nd Street | Calexico | Imperial | California | 92231-9632 | USA |

Dated:  04-April-2019

Page 7 of 112

FM Global

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 002749.03 | 4901 | Outlet Store | Minneapolis, Twin Cities Premium Outlets | 3965 Eagan Outlets Parkway | Saint Paul | Dakota | Minnesota | 55122-4417 | USA |
| 002749.04 | 4805 | Outlet Store | St. Louis Premium | 18505 Outlet Boulevard | Chesterfield | Saint Louis | Missouri | 63005-0010 | USA |
| 002749.05 | 4852 | Outlet Store | Outlets of Mississippi | I-20 & Highway 49 | Pearl | Rankin | Mississippi | 39208-9250 | USA |
| 002900.91 | KSNY73 | Retail Store | Madison Avenue | 789 Madison Avenue | New York | New York | New York | 10065-6106 | USA |
| 002914.07 | 3834 | Outlet Store | Tejon Ranch, The Outlets at Tejon Ranch | 5701 Outlets at Tejon Parkway | Tejon Ranch | Kern | California | 93203-2485 | USA |
| 003029.84 | KSTX66 | Retail Store | The Shops at Clearfork | 5150 Monahans Avenue | Fort Worth | Tarrant | Texas | 76109-1573 | USA |
| 003059.59 | 4270 | Outlet Store | Outlet Shoppes of the Bluegrass | 1155 Buck Creek Road | Simpsonville | Shelby | Kentucky | 40067-7687 | USA |
| 003061.54 | KSCA142 | Retail Store | Pasadena | 39 West Colorado Boulevard | Pasadena | Los Angeles | California | 91105-1922 | USA |
| 003078.84 | 5205 | Outlet Store | Charlotte | 5416 New Fashion Way | Charlotte | Mecklenburg | North Carolina | 28278-5204 | USA |
| 003085.14 | KSMI12 | Outlet Store | Tanger Outlets-Grand Rapids | 350 84th Street Southwest | Byron Center | Kent | Michigan | 49315-7001 | USA |
| 003085.20 | KSNY81 | Retail Store | World Trade Center | 185 Greenwich Street | New York | New York | New York | 10007-2383 | USA |
| 003085.96 | 5855 | Outlet Store | Norfolk Premium Outlets | 1600 Premium Outlets Boulevard | Norfolk | Norfolk (City) | Virginia | 23502-5521 | USA |
| 003107.38 | 3704 | Outlet Store | Tuscan Premium Outlets | 6401 West Marana Center Boulevard | Tucson | Pima | Arizona | 85742-8521 | USA |
| 003121.40 | 4018 | Outlet Store | Tampa Premium Outlets | 2300, 2416 Grand Cypress Drive | Lutz | Pasco | Florida | 33559-6824 | USA |

Dated:  04-April-2019

Page 8 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 003121.43 | 4853 | Outlet Store | Tanger Factory Outlet Center (19380) | 5205 Airways Boulevard | Southaven | DeSoto | Mississippi | 38671-5865 | USA |
| 003132.45 | KSDC07 | Retail Store | CityCenter DC | 994 Palmer Alley Northwest | Washington | District of Columbia | District of Columbia | 20001-4508 | USA |
| 003189.19 | 5304 | Outlet Store | Columbus, Tanger Factory Outlet Center (19040) | Interstate 71 and State Route 36, 400 South Wilson Road | Sunbury | Delaware | Ohio | 43074-1117 | USA |
| 003246.91 | KSFA80 | Outlet Store | Tanger Factory Outlet Center (19010) | 1100 Cornerstone Boulevard | Daytona Beach | Volusia | Florida | 32117-7101 | USA |
| 003246.94 | 4056 | Outlet Store | | 200 Tanger Outlets Boulevard | Pooler | Chatham | Georgia | 31322-4297 | USA |
| 003246.96 | 6155 | Outlet Store | Clarksburg Premium Outlet | 22705 Clarksburg Road | Clarksburg | Montgomery | Maryland | 20871-6379 | USA |
| 003377.65 | 3099 | Retail Store | Legacy West | 7200 Bishop Road, Suite F130 | Plano | Collin | Texas | 75024-3632 | USA |
| 003444.16 | STFA03 | Retail Store | Brickell City Center | 701 S. Miami Ave. | Miami | Miami-Dade | Florida | 33129-1102 | USA |
| 003507.46 | 3854 | Retail Store, Outlet Store | Denver Premium | 13801 Grant Street | Thornton | Adams | Colorado | 80023-6621 | USA |
| 003533.63 | STNY05 | Retail Store | Soho | 118 Spring Street | New York | New York | New York | 10012-3853 | USA |
| 003537.67 | KSCA173 | Retail Store | Burlingame | 1207 Burlingame Avenue | Burlingame | San Mateo | California | 94010-4107 | USA |
| 003537.89 | KSCA166 | Retail Store | La Jolla | 7931 Girard Avenue | La Jolla | San Diego | California | 92037-4233 | USA |
| 003539.94 | KSCA179 | Retail Store | Citadel ASC (5223) | 8603 Chetle Avenue | Santa Fe Springs | Los Angeles | California | 90670-2207 | USA |

Dated: 04-April-2019

Page 9 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 003540.02 | KSFA78 | Retail Store | Sawgrass ASC (5245) | 4538 & 4540 N Haitus Road | Sunrise | Broward | Florida | 33351-7944 | USA |
| 003540.04 | KSHI11 | Retail Store, Off Site Storage | Honolulu ASC (5207), Offsite Storage Warehouse - Honolulu, HI | 729A Emily Street | Honolulu | Honolulu | Hawaii | 96813-5114 | USA |
| 003543.09 | KSRI01 | Retail Store | Wrentham Premium ASC (5211) | 45 Industrial Road | Cumberland | Providence | Rhode Island | 02864-4741 | USA |
| 003543.15 | KSTX62 | Retail Store | Houston Premium ASC (5214) | 16326 Mueschke Road | Cypress | Harris | Texas | 77433-4953 | USA |
| 003543.16 | KSTX65 | Outlet Store | Tanger Outlets Fort Worth | 15841 North Freeway | Fort Worth | Denton | Texas | 76177-3318 | USA |
| 003543.17 | KSTX61 | Retail Store | San Marcos Premium ASC (5209) | 2061 Clovis r Barker Rd | San Marcos | Hays | Texas | 78666-1073 | USA |
| 003543.30 | KSNV42 | Retail Store | Las Vegas ASC (5219) | 5925-1 Wigwam Ave, Building 3A | Las Vegas | Clark | Nevada | 89139-6999 | USA |
| 003543.35 | KSNY79 | Retail Store | Woodbury ASC (5239) | 11 Elkay Drive | Chester | Orange | New York | 10918-3024 | USA |
| 003543.37 | KSNY74 | Retail Store | Columbus Avenue | 205 Columbus Avenue | New York | New York | New York | 10023-4012 | USA |
| 003544.68 | KSCA181 | Retail Store | San Francisco Premium ASC (5218) | 302 Lindbergh Avenue | Livermore | Alameda | California | 94551-9511 | USA |
| 003710.85 | KSWA21 | Off Site Storage | Offsite Storage Warehouse - Marysville, WA | 3804 132nd Place NE | Marysville | Snohomish | Washington | 98271-7882 | USA |
| 005847.01 | 4501 | Outlet Store | Kittery Premium | 375 US Route 1, Space T170 | Kittery | York | Maine | 03904-5582 | USA |
| 006538.02 | 5000 | Outlet Store | Laconia | 120 Laconia Road, Space 126 | Tilton | Belknap | New Hampshire | 03276-5234 | USA |

Dated:  04-April-2019

Page 10 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 006870.91 | 2350 | Retail Store | Rockingham Park | 99 Rockingham Park Boulevard, Space E209 | Salem | Rockingham | New Hampshire | 03079-2900 | USA |
| 006881.16 | 2352 | Retail Store | Pheasant Lane Mall | 310 Daniel Webster Highway, Room W239A | Nashua | Hillsborough | New Hampshire | 03060-5730 | USA |
| 010122.22 | 4603 | Outlet Store | Lee | 145 Premium Outlets Boulevard | Lee | Berkshire | Massachusetts | 01238-8501 | USA |
| 012251.35 | 2009 | Retail Store | Solomon Pond | 601 Donald Lynch Boulevard | Marlborough | Middlesex | Massachusetts | 01752-4730 | USA |
| 012293.69 | STMA01 | Retail Store | The Mall at Chestnut Hill | 199 Boylston Street Suite N127 | Chestnut Hill | Middlesex | Massachusetts | 02467-1607 | USA |
| 012639.14 | 2001 | Retail Store | Burlington Mall | 75 Middlesex Turnpike, Space 2036B | Burlington | Middlesex | Massachusetts | 01803-4923 | USA |
| 012854.31 | 2004 | Retail Store | Faneuil Hall Marketplace | 1 South Market Street | Boston | Suffolk | Massachusetts | 02109-6171 | USA |
| 012857.05 | STMA03 | Retail Store | Copley Place | 100 Huntington Avenue, Space C007 | Boston | Suffolk | Massachusetts | 02116-6506 | USA |
| 012867.50 | KSMA29 | Retail Store | The Shops at Prudential Center | 800 Boylston Street | Boston | Suffolk | Massachusetts | 02199 | USA |
| 013247.10 | 2005 | Retail Store | South Shore | 250 Granite Street | Braintree | Norfolk | Massachusetts | 02184-2801 | USA |
| 013315.18 | 4602 | Outlet Store | Wrentham Village Premium Outlets | 1 Premium Outlet Boulevard, Space 460 | Wrentham | Norfolk | Massachusetts | 02093-1570 | USA |
| 015202.10 | KSRI02 | Office | Blackstone Centre Condominium | 6 Blackstone Valley Place | Lincoln | Providence | Rhode Island | 02865-1162 | USA |
| 017215.50 | 1306 | Retail Store | Mohegan Sun | 1 Mohegan Sun Boulevard, Space C-222 | Uncasville | New London | Connecticut | 06382-1355 | USA |

Dated: 04-April-2019

Page 11 of 112



SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 018100.67 | 1302 | Retail Store | Westfarms Mall | 137, 511 Westfarms Shopping Center | Farmington | Hartford | Connecticut | 06032-1917 | USA |
| 018243.76 | 3901 | Outlet Store | Foxwoods, Tanger Outlets-Foxwoods | 455 Trolley Line Boulevard Space 430 | Mashantucket | New London | Connecticut | 06338-3830 | USA |
| 019656.18 | 3900 | Outlet Store | Clinton Crossings Premium Outlets | 20, 20-A Killingworth Turnpike, Suite 500 | Clinton | Middlesex | Connecticut | 06413-1377 | USA |
| 020428.39 | 1300 | Retail Store | Danbury Fair Mall | 7 Backus Avenue, Space D101 | Danbury | Fairfield | Connecticut | 06810-7422 | USA |
| 020706.11 | STCT01 | Retail Store | Greenwich | 120 Greenwich Avenue | Greenwich | Fairfield | Connecticut | 06830-5504 | USA |
| 021172.27 | 2554 | Retail Store | The Westchester | 125 Westchester Avenue, Suite 2430-A, 1085B | White Plains | Westchester | New York | 10601-4522 | USA |
| 021344.60 | 2557 | Retail Store | | 595 Madison Avenue | New York | New York | New York | 10022-1907 | USA |
| 021348.12 | 2556 | Retail Store | 342 Madison Avenue at 44th Street | 342 Madison Avenue | New York | New York | New York | 10173-0001 | USA |
| 021364.46 | STNY08 | Office, Retail Store | NY Showroom | 625 Madison Avenue - 3rd Floor | New York | New York | New York | 10022-1801 | USA |
| 021364.58 | STNY13 | Distribution Center | Fifth Avenue | 685 5th Avenue | New York | New York | New York | 10022-4223 | USA |
| 021364.58 | 2579 | Retail Store | 685 Fifth Ave. | 685 Fifth Avenue | New York | New York | New York | 10022-4223 | USA |
| 021365.71 | STNY14 | Retail Store | Fifth Avenue | 675 Fifth Avenue | New York | New York | New York | 10022-4245 | USA |
| 021374.26 | 2577 | Retail Store | Herald Square, Macy's Herald Square | 151 West 34th Street | New York | New York | New York | 10001-2101 | USA |

Dated:  04-April-2019

Page 12 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 021383.72 | KSNY82 | Retail Store | Rockefeller Center | 610 Fifth Avenue | New York | New York | New York | 10020-2403 | USA |
| 021385.70 | KSNY70 | Retail Store | KS&CO - 2 Park | 2 Park Avenue | New York | New York | New York | 10016-5614 | USA |
| 021402.62 | 2567 | Retail Store | The Shops at Columbus Circle | 10 Columbus Circle | New York | New York | New York | 10019-1158 | USA |
| 022143.14 | 2550 | Retail Store | The Americana | 2108 Northern Boulevard | Manhasset | Nassau | New York | 11030-3541 | USA |
| 022157.31 | 2551 | Retail Store | Roosevelt Field Mall | 630 Old Country Road, Space 2091, Unit 1067A | Garden City | Nassau | New York | 11530-3467 | USA |
| 022224.61 | 5162 | Outlet Store | Deer Park, Tanger Outlet Center at the Arches | 152 The Arches Circle, Space 346, 455 Commack Road | Deer Park | Suffolk | New York | 11729-7057 | USA |
| 022225.42 | 2563 | Retail Store | Walt Whitman Mall | 160 Walt Whitman Road, 5 Route 110 Space 1061-A | Huntington Station | Suffolk | New York | 11746-4130 | USA |
| 022340.94 | 5156 | Outlet Store | Tanger Factory Outlet Center, Tanger Outlets-Riverhead | 410 Tanger Mall Drive, 1770 West Main Street Phase I, Unit 410 & 411 | Riverhead | Suffolk | New York | 11901-6404 | USA |
| 022940.22 | 2578 | Retail Store | Shops at Nanuet | 9127 Fashion Drive | Nanuet | Rockland | New York | 10954-2700 | USA |
| 023304.02 | 5152 | Outlet Store | Harriman, Harriman (Men's), Woodbury Commons, Woodbury Common Premium Outlets, Woodbury Common Premium Outlets | 303,234, 254, 269, Red Apple Court, Space 303 & 297A, 804 Grapevine Court | Central Valley | Orange | New York | 10917-6612 | USA |

Dated: 04-April-2019

Page 13 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 024547.04 | 5158 | Outlet Store | Adirondack/Lake George Outlet Mall | 1424 State Route 9, Lake George Road | Lake George | Warren | New York | 12845-3486 | USA |
| 026911.02 | 5164 | Outlet Store | Destiny USA | 1 Destiny USA Drive | Syracuse | Onondaga | New York | 13204-9000 | USA |
| 027177.22 | 5157R | Outlet Store | Prime Outlets | 655 Route 318, Store B 083 | Waterloo | Seneca | New York | 13165 | USA |
| 027890.05 | 5155 | Outlet Store | Fashion Outlets Niagara Falls | 1078, 1708, 1900 Military Road& Connecting Blvd Space 80C | Niagara Falls | Niagara | New York | 14304-1770 | USA |
| 027976.37 | 2575 | Retail Store | Walden Galleria | 1 Walden Galleria, Space 6105 | Buffalo | Erie | New York | 14225-5408 | USA |
| 029118.15 | KSNJ16 | Retail Store | KS&CO - NJO | 1 Claibourne Avenue, 5901 West Side Avenue | North Bergen | Hudson | New Jersey | 07047-6448 | USA |
| 029118.84 | STNJ02 | Distribution Center | Veeco Services | 6801 West Side Avenue | North Bergen | Hudson | New Jersey | 07047-6441 | USA |
| 029347.01 | 2468 | Retail Store | Newport Centre | 30 Mall Drive Wes, Space B40 | Jersey City | Hudson | New Jersey | 07310-1615 | USA |
| 029536.21 | STNJ01 | Retail Store | Shops at Riverside Square | 390 Hackensack Avenue | Hackensack | Bergen | New Jersey | 07601-6310 | USA |
| 029536.47 | 2454 | Retail Store | Riverside Square | 1 Riverside Square Space 137 | Hackensack | Bergen | New Jersey | 07601-6307 | USA |
| 029901.84 | W002 | Office | Carlstadt | 410 Commerce Boulevard | Carlstadt | Bergen | New Jersey | 07072-3017 | USA |
| 030394.64 | 2460 | Retail Store | Willowbrook Mall | 1400 Willowbrook Mall Space 1418 | Wayne | Passaic | New Jersey | 07470-6905 | USA |
| 030463.10 | 2451 | Retail Store | Garden State Plaza | Route 4 & 17 | Paramus | Bergen | New Jersey | 07652-1320 | USA |

Dated:  04-April-2019

**FM Global**

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 031119.09 | 2455 | Retail Store | The Mall at Short Hills | JFK Pkwy & Route 24, 1200 Morris Turnpike | Short Hills | Essex | New Jersey | 07078-2746 | USA |
| 031195.10 | 2462 | Retail Store | Rockaway Townsquare Mall | 80 Mount Hope Road, Space 1025 | Rockaway | Morris | New Jersey | 07866-1626 | USA |
| 031683.12 | 5055 | Outlet Store | Jersey Gardens, Jersey Gardens (Men's) | 651 Kapkowski Road, Space 2400, 2024 | Elizabeth | Union | New Jersey | 07201-4901 | USA |
| 032213.94 | 2457 | Retail Store | The Grove at Shrewsbury | 569 Route 35, Suite N12 | Shrewsbury | Monmouth | New Jersey | 07702-4150 | USA |
| 032233.56 | 5052 | Outlet Store | Liberty Village | 1 Church Street, Suite 33 | Flemington | Hunterdon | New Jersey | 08822-1591 | USA |
| 032254.58 | 2472 | Retail Store | Quaker Bridge Mall | 139 Quaker Bridge Mall, Space 1030 | Lawrenceville | Mercer | New Jersey | 08648 | USA |
| 032470.06 | 2466 | Retail Store | Ocean County Mall | 1201 Hooper Avenue, Space 1015 | Toms River | Ocean | New Jersey | 08753-3330 | USA |
| 032473.53 | 5051 | Outlet Store | Jackson Premium Outlets | 537 Monmouth Road, Space 0312 | Jackson | Ocean | New Jersey | 08527-5361 | USA |
| 033162.37 | 2456 | Retail Store | Cherry Hill Mall | 2000 Route 38, Suite 1142 | Cherry Hill | Camden | New Jersey | 08002-2100 | USA |
| 033162.66 | 2470 | Retail Store | Deptford Mall | 1750 Deptford Center Road Space 2031A | Woodbury | Gloucester | New Jersey | 08096-5222 | USA |
| 037047.51 | KSPA30 | Retail Store | Suburban Square | 51 Saint Georges Road | Ardmore | Montgomery | Pennsylvania | 19003-2405 | USA |
| 037145.41 | 5451 | Outlet Store | Pennsylvania Purchase Factory Outlet | 5861 York Road, Suite D1 | Lahaska | Bucks | Pennsylvania | 18931 | USA |
| 037149.04 | 2860 | Retail Store | Oxford Valley | 2300 East Lincoln Highway | Langhorne | Bucks | Pennsylvania | 19047-1805 | USA |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 037614.60 | STPA01 | Retail Store | King of Prussia | 160 North Gulph Road | King of Prussia | Montgomery | Pennsylvania | 19406-2941 | USA |
| 037624.04 | 2856 | Retail Store | King of Prussia II The Plaza, KOP I | 690 West Dekalb Pike, 325 Mall Boulevard | King of Prussia | Montgomery | Pennsylvania | 19406-2982 | USA |
| 037906.09 | 2861 | Retail Store | Lehigh Valley Mall | 250 Lehigh Valley Mall Space 1314 | Whitehall | Lehigh | Pennsylvania | 18052-5719 | USA |
| 038161.06 | 5454 | Outlet Store | Crossing Factory Stores | 1000 Route 611 Unit G-05 | Tannersville | Monroe | Pennsylvania | 18372-8716 | USA |
| 039830.37 | 5450 | Outlet Store | Grove City | 1911 Leesburg Road - Grove City Road | Grove City | Mercer | Pennsylvania | 16127-3356 | USA |
| 040109.86 | 2859 | Retail Store | Ross Park Mall | 1000 Ross Park Mall Drive | Pittsburgh | Allegheny | Pennsylvania | 15237-3875 | USA |
| 040994.47 | 5456 | Outlet Store | The Outlets at Hershey | 51, 62 Outlet Square Building F, Space 51 | Hershey | Dauphin | Pennsylvania | 17033-2742 | USA |
| 042185.61 | 1350 | Retail Store | Christiana Mall | 147 Christiana Mall | Newark | New Castle | Delaware | 19702-3201 | USA |
| 042273.02 | 3950 | Outlet Store | Tanger Outlets-Rehoboth Beach | 34986 Midway Outlet Drive Space 115 & 116 | Rehoboth Beach | Sussex | Delaware | 19971-8587 | USA |
| 043040.42 | 4707 | Outlet Store | Hagerstown Premium Outlets | 400, 700 Premium Outlets Boulevard | Hagerstown | Washington | Maryland | 21740-9524 | USA |
| 043051.49 | 4705 | Outlet Store | Ocean City | 12741 Ocean Gateway | Ocean City | Worcester | Maryland | 21842-9554 | USA |
| 043225.24 | 1951 | Retail Store | Towson Town Center | 825 Dulaney Valley Road Space 4265 | Towson | Baltimore | Maryland | 21204-1036 | USA |
| 043374.18 | 1954 | Retail Store | The Mall in Columbia | 10300 Little Patuxent Parkway Space 2720 | Columbia | Howard | Maryland | 21044-3341 | USA |

Dated: 04-April-2019

Page 16 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 043697.66 | 1953 | Retail Store | Montgomery Mall | 7101 Democracy Boulevard Space 2492 & 25, 2430 | Bethesda | Montgomery | Maryland | 20817-1018 | USA |
| 043698.75 | KSMD04 | Retail Store | Bethesda Row | 4803 Bethesda Avenue | Bethesda | Montgomery | Maryland | 20814-5201 | USA |
| 044414.67 | STVA01 | Retail Store | Fashion Center at Pentagon City | 1100 South Hayes Street Space P01 | Arlington | Arlington | Virginia | 22202-4907 | USA |
| 044429.96 | KSVA28 | Retail Store | Tysons Galleria | 2001 International Drive | McLean | Fairfax | Virginia | 22102-4605 | USA |
| 044443.13 | 3250 | Retail Store | Fair Oaks | 11758U Fair Oaks Mall | Fairfax | Fairfax | Virginia | 22033-3325 | USA |
| 044449.86 | 3252 | Retail Store | Tyson Galleria | 8011 Tysons Corner Center | Mc Lean | Fairfax | Virginia | 22102-4505 | USA |
| 044451.15 | 5851 | Outlet Store | Leesburg Corner Premium Outlets | 241 Fort Evans Road Northeast Unit 699, 869 | Leesburg | Loudoun | Virginia | 20176-4038 | USA |
| 044452.63 | 5852 | Outlet Store | Potomac Mills | 2700 Potomac Mills Circle Space 800A | Prince William | Prince William | Virginia | 22192-4625 | USA |
| 044850.39 | 5850 | Outlet Store | Williamsburg Premium Outlets | 5645, 5715 Richmond Road Space D079 | Williamsburg | James City | Virginia | 23188-1941 | USA |
| 045358.31 | 3256 | Retail Store | Charlottesville Fashion Square | 1589 Rio Road East | Charlottesville | Albemarle | Virginia | 22901-1402 | USA |
| 049064.42 | 2700 | Retail Store | Beachwood Place | 26300 Cedar Road Space 1400 | Beachwood | Cuyahoga | Ohio | 44122-1158 | USA |
| 049362.97 | 5301 | Outlet Store | Aurura Farms Premium Outlets | 549 South Chillicothe Road Space 360 | Aurora | Portage | Ohio | 44202-7848 | USA |

Dated: 04-April-2019

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 049516.20 | 2707 | Retail Store | Summit Mall | 3265 West Market Street Suite 460 | Fairlawn | Summit | Ohio | 44333-3337 | USA |
| 050731.31 | 2708 | Retail Store | Belden Village Mall | 4205 Belden Village Mall Space B8 | Canton | Stark | Ohio | 44718-2503 | USA |
| 052073.03 | 2703 | Retail Store | Polaris Fashion Place | 1500 Polaris Parkway Space 1198 | Columbus | Delaware | Ohio | 43240-2126 | USA |
| 052672.90 | 5300R | Outlet Store | Tanger Outlets | 8000, 8175 Factory Shops Boulevard Space 175 | Jeffersonville | Fayette | Ohio | 43128-9525 | USA |
| 053108.96 | 2701 | Retail Store | Knewood Towne Center | 7875 Montgomery Road Space 2429 | Cincinnati | Hamilton | Ohio | 45236-4344 | USA |
| 054555.17 | KSKY02 | Retail Store | Oxmoor Center | 7900 Shelbyville Road | Louisville | Jefferson | Kentucky | 40222-5451 | USA |
| 054822.38 | 1800 | Retail Store | Fayette Mall | 3401 Nicholasville Road Space D412 | Lexington | Fayette | Kentucky | 40503-3611 | USA |
| 055494.01 | 1651 | Retail Store | The Fashion Mall | 8701, 8702 Keystone Crossing | Indianapolis | Marion | Indiana | 46240-4641 | USA |
| 055600.11 | 1654 | Retail Store | Greenwood Park Mall | 1251 US Highway 31 North Space D134A | Greenwood | Johnson | Indiana | 46142-4503 | USA |
| 055610.23 | 4252 | Outlet Store | Edinburgh Premium Outlets | 11811 North Executive Drive Space B030, 3205 Outlet Drive | Edinburgh | Bartholomew | Indiana | 46124-9128 | USA |
| 056520.15 | 4250 | Outlet Store | Prime Outlets | 6245 North Old 27 Suite A-30 | Fremont | Steuben | Indiana | 46737-8711 | USA |

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 056573.01 | 1653 | Retail Store | University Park Mall | 6501 Grape Road Space292A | Mishawaka | Saint Joseph | Indiana | 46545-1007 | USA |
| 056817.11 | 4251 | Outlet Store | LighthousePlace Premium Outlets, Premium Outlets at Michigan | 1660, 1670 Lighthouse Place | Michigan City | LaPorte | Indiana | 46360-3469 | USA |
| 057360.10 | 2054 | Retail Store | River Town Crossing | 3700 Rivertown Parkway Southwest Space 1184 | Grandville | Kent | Michigan | 49418-3085 | USA |
| 057653.21 | 4651 | Outlet Store | Birch Run Premium Outlets | 12240 South Beyer Road Space F100 | Birch Run | Saginaw | Michigan | 48415-9401 | USA |
| 057669.81 | 4650 | Outlet Store | Tanger Outlets | 2990 Cook Road Space 110 | West Branch | Ogemaw | Michigan | 48661-8733 | USA |
| 058504.34 | 2052 | Retail Store | The Somerset Collection | 2801 West Big Beaver Road Space G223, E138 | Troy | Oakland | Michigan | 48084-3243 | USA |
| 058533.45 | 2053 | Retail Store | Twelve Oaks Mall | 27930, 27500 Novi Road | Novi | Oakland | Michigan | 48377-3418 | USA |
| 058540.72 | 4652 | Outlet Store | Howell Outlets | 1475 North Burkhart Road Suite C120 | Howell | Livingston | Michigan | 48855-8288 | USA |
| 058556.51 | 2050 | Retail Store | Briarwood Mall | 812 Briarwood Circle Space E108 | Ann Arbor | Washtenaw | Michigan | 48108-1616 | USA |
| 058780.95 | 4653 | Outlet Store | Great Lakes Crossing | 4054, 4002 Baldwin Road Space 304 | Auburn Hills | Oakland | Michigan | 48326-1221 | USA |
| 060402.12 | 2107 | Retail Store | Miller Hill Mall | 1600 Miller Trunk Hwy Space J01A | Duluth | Saint Louis | Minnesota | 55811-5640 | USA |

Dated:  04-April-2019

Page 19 of 112

**Account No. 1-35582**
**Policy No. 1050294**

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 061206.86 | 2102 | Retail Store | Ridgedale Center | 12679 Wayzata Boulevard Space 2355 | Minnetonka | Scott | Minnesota | 55305-1941 | USA |
| 061305.47 | 2105 | Retail Store | Southdale Center | 1870 Southdale Center, Space 458 | Edina | Hennepin | Minnesota | 55435-7035 | USA |
| 061306.70 | 2100 | Retail Store | Edina Gallaria | 3510, 3605 Galleria Space 3484 | Edina | Hennepin | Minnesota | 55435-2523 | USA |
| 061378.65 | KSMN09 | Retail Store | Mall of America | 60 East Broadway, 274 West Market Space W-274 | Minneapolis | Anoka | Minnesota | 55425-5550 | USA |
| 061902.37 | 2980 | Retail Store | The Empire Mall | 4001 West 41st Street Space 0115 | Sioux Falls | Minnehaha | South Dakota | 57106 | USA |
| 062791.27 | 6004 | Outlet Store | Oshkosh | 3001 South Washburn Street Space E-050 | Oshkosh | Winnebago | Wisconsin | 54904-8937 | USA |
| 063195.35 | KSWI05 | Retail Store | Mayfair Mall | 2500 North Mayfair Road | Milwaukee | Milwaukee | Wisconsin | 53226-1409 | USA |
| 063314.56 | 6003 | Outlet Store | Johnson Creek Premium Outlets | 575 Linmar Lane Space D40 | Johnson Creek | Jefferson | Wisconsin | 53038-9552 | USA |
| 063520.21 | KSWI04 | Retail Store | Hilldale Mall | 706 N Midvale Boulevard | Madison | Dane | Wisconsin | 53705-3207 | USA |
| 063528.24 | 3403 | Retail Store | West Towne Mall | 66 West Towne Mall Space B5 | Madison | Dane | Wisconsin | 53719-1019 | USA |
| 063784.24 | 6001 | Outlet Store | Pleasant Prairie | 11601 108th Street, 11211 120th Avenue | Pleasant Prairie | Kenosha | Wisconsin | 53158-1703 | USA |
| 064092.25 | 1612 | Retail Store | Hawthorn Center | 522 Hawthorn Center Space 522 | Vernon Hills | Lake | Illinois | 60061-1510 | USA |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

**SCHEDULE OF LOCATIONS, APPENDIX A**

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 064098.35 | 1602 | Retail Store | Northbrook Court | 2158, 2171 Northbrook Court Space 158 Upper level | Northbrook | Cook | Illinois | 60062-1408 | USA |
| 064190.05 | 1605 | Retail Store | Woodfield Shopping Center | F-340 Woodfield Mall | Schaumburg | Cook | Illinois | 60173-5849 | USA |
| 064234.22 | 1604 | Retail Store | Westfield Old Orchard Mall | 4905, 4999 Old Orchard Center | Skokie | Cook | Illinois | 60077-1406 | USA |
| 064323.17 | 1603 | Retail Store | Oakbrook Center | 112, 132, 154 Oakbrook Center Space 154 | Oak Brook | DuPage | Illinois | 60523-1808 | USA |
| 064474.71 | KSIL22 | Retail Store | 900 North | 900 North Michigan Avenue | Chicago | Cook | Illinois | 60611-1542 | USA |
| 064475.28 | 1607 | Retail Store | The Greater North Michigan Avenue Association | 625 North Michigan Avenue Suite 100 | Chicago | Cook | Illinois | 60611-3110 | USA |
| 064475.30 | STIL03 | Retail Store | The Shops at North Bridge | 520 North Michigan Avenue | Chicago | Cook | Illinois | 60611-6982 | USA |
| 064475.31 | STIL02 | Retail Store | Michigan Avenue | 701 North Michigan Avenue | Chicago | Cook | Illinois | 60611-2501 | USA |
| 065910.57 | 1608 | Retail Store | Orland Square | 432 Orland Square Drive Space D07A | Orland Park | Cook | Illinois | 60462-3215 | USA |
| 066635.90 | 4200 | Outlet Store | Factory Stores | A1000 Tuscola Boulevard | Tuscola | Douglas | Illinois | 61953-4011 | USA |
| 068458.23 | 4300 | Outlet Store | Williamsburg | 451 Tanger Drive | Williamsburg | Iowa | Iowa | 52361-9653 | USA |
| 069194.66 | 2201 | Retail Store | Plaza Frontenac | 34, 261 Plaza Frontenac | Saint Louis | Saint Louis | Missouri | 63131-3508 | USA |

Dated:  04-April-2019

**SCHEDULE OF LOCATIONS, APPENDIX A**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 069216.80 | 2202 | Retail Store | West County Mall | 44 West County Center Space 1170 | Des Peres | Saint Louis | Missouri | 63131-3724 | USA |
| 069550.82 | 4800 | Outlet Store | Osage Beach Premium Outlets | 4540 Osage Beach Parkway Space 04 | Osage Beach | Camden | Missouri | 65065-2358 | USA |
| 069597.63 | 2205 | Retail Store | Independence Mall | 18813 East 39th Street South Suite 2026 | Independence | Jackson | Missouri | 64057-1943 | USA |
| 069653.01 | 2200 | Retail Store | Country Club Plaza | 321, 336 West 47th Street | Kansas City | Jackson | Missouri | 64112-1613 | USA |
| 069900.08 | 2204 | Retail Store | Battlefield Mall | 2825 South Glenstone Avenue Space V01C | Springfield | Greene | Missouri | 65804-3732 | USA |
| 069930.49 | 4802 | Outlet Store | Tanger Outlets Branson, Branson | 300 Tanger Boulevard Space 213 | Branson | Taney | Missouri | 65616-2188 | USA |
| 070154.02 | 4920 | Outlet Store | Omaha (Nebraska Crossing Outlets) | 21311, 21317 Nebraska Crossing Drive Space B101, E155 | Gretna | Sarpy | Nebraska | 68028-7289 | USA |
| 071121.99 | 1751 | Retail Store | Oak Park Mall | 11471 West 95th Street Space 61 | Overland Park | Johnson | Kansas | 66214-1827 | USA |
| 071613.10 | 1752 | Retail Store | Town East Square | 7700 East Kellogg Drive Space P02A | Wichita | Sedgwick | Kansas | 67207-1772 | USA |
| 072448.91 | 1251 | Retail Store | Flatiron Crossing | 1 West Flatiron Circle Space 1012 | Broomfield | Boulder | Colorado | 80021-8881 | USA |

Dated:  04-April-2019

Page 22 of 112



Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 072456.82 | 3853 | Outlet Store | Colorado Mills | 14500 West Colfax Avenu Unit 150A | Lakewood | Jefferson | Colorado | 80401-3225 | USA |
| 072460.35 | 1253 | Retail Store | Park Meadows | 8405 Park Meadows Center Drive | Lone Tree | Douglas | Colorado | 80124-5005 | USA |
| 072527.26 | 1250 | Retail Store | Cherry Creek Shopping Center | 3000 East 1st Avenue Space 246 | Denver | Denver | Colorado | 80206-5638 | USA |
| 072533.23 | 3850 | Outlet Store | Prime Outlets | 5050 Factory Shops Boulevard Space 460 | Castle Rock | Douglas | Colorado | 80108-1963 | USA |
| 072544.61 | 3855 | Outlet Store | Silverthorne | 227P Blue River Parkway | Silverthorne | Summit | Colorado | 80498-9648 | USA |
| 073512.75 | 2751 | Retail Store | Penn Square | 1901 NW Expressway Suite 1015B | Oklahoma City | Oklahoma | Oklahoma | 73118 | USA |
| 073539.85 | 2750 | Retail Store | Utica Square Shopping Center | 1846 Utica Square Space 1846 | Tulsa | Tulsa | Oklahoma | 74114-1408 | USA |
| 073817.51 | 2752 | Retail Store | Woodland Hills Mall | 7021 South Memorial Drive Space 0180 | Tulsa | Tulsa | Oklahoma | 74133-2025 | USA |
| 074016.32 | 3147 | Retail Store | Broadway Square | 4601 South Broadway Avenue Space C05 | Tyler | Smith | Texas | 75703-1332 | USA |
| 074149.27 | 3108 | Retail Store | Stonebriar Centre | 2601 Preston Road Suite 2060 | Frisco | Collin | Texas | 75034-9468 | USA |
| 074182.62 | 3104 | Retail Store | Northpark Center | 1324 Northpark Center Space Q1-1324, 1304 | Dallas | Dallas | Texas | 75225-2213 | USA |

Dated: 04-April-2019

Page 23 of 112

FM Global

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 074197.36 | KSTX55 | Retail Store | Knox Street | 3120 Knox Street | Dallas | Dallas | Texas | 75205-4030 | USA |
| 074229.07 | 3113 | Retail Store | The Woodlands Mall | 1201 Lake Woodlands Drive Suite 1134 | Spring | Montgomery | Texas | 77380-5000 | USA |
| 074230.64 | 5709 | Outlet Store | Grapevine Mills | 3000 Grapevine Mills Parkway Space 209A | Grapevine | Tarrant | Texas | 76051-2008 | USA |
| 074339.89 | 3148 | Retail Store | Midland Park Mall | 4511 North Midkiff Road Space E01B | Midland | Midland | Texas | 79705-3256 | USA |
| 074367.87 | 3120 | Retail Store | First Colony Mall | 16535 Southwest Freeway | Sugar Land | Fort Bend | Texas | 77479-2321 | USA |
| 074384.01 | 3101 | Retail Store | The Galleria | 5015, 5075, 5085 Westheimer Road Space 2450 | Houston | Harris | Texas | 77056-5621 | USA |
| 074424.03 | 3111 | Retail Store | Memorial City Mall | 900 Gessner Road Space 740 | Houston | Harris | Texas | 77024-2505 | USA |
| 074454.87 | 5706 | Outlet Store | Katy Mills | 5000 Katy Mills Circle | Katy | Fort Bend | Texas | 77494-4402 | USA |
| 074581.46 | 3112 | Retail Store | Barton Creek Square | 2901 South Capital of Texas Highway Space H11A | Austin | Williamson | Texas | 78746-8101 | USA |
| 074628.29 | 5700 | Outlet Store | San Marcos Premium Outlets | 3939 South Interstate Highway 35 Space 670 | San Marcos | Hays | Texas | 78666-9378 | USA |
| 074638.37 | 3110 | Retail Store | North Star Mall | 7400 San Pedro Avenue Suite 1650 | San Antonio | Bexar | Texas | 78216-5353 | USA |

Page 24 of 112

Dated:  04-April-2019



## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 074638.77 | 3134 | Retail Store | Ingram Park Mall | 6301 Northwest Loop 410 Space S08 | San Antonio | Bexar | Texas | 78238-3824 | USA |
| 074645.68 | 3115 | Retail Store | La Cantera, Shops at La Cantera Parkway | 15899 La Cantera Parkway Suite 3420 | San Antonio | Bexar | Texas | 78256-2422 | USA |
| 074660.17 | 3150 | Retail Store | La Palmera | 5488 South Padre Island Drive Space 1224 | Corpus Christi | Nueces | Texas | 78411-4147 | USA |
| 074679.25 | 3132 | Retail Store | La Plaza Mall | 2200 South 10th Street | McAllen | Hidalgo | Texas | 78503-5437 | USA |
| 075024.62 | 5751 | Outlet Store | Factory Stores | 6699 Landmark Drive Suite G105A | Park City | Summit | Utah | 84098-5919 | USA |
| 075057.87 | 3152 | Retail Store | City Creek Center | 50 South Main Street Suite 261 | Salt Lake City | Salt Lake | Utah | 84101-4500 | USA |
| 076091.22 | 1248 | Retail Store | Los Cerritos Center | 251 Los Cerritos Mall Space D21 | Cerritos | Los Angeles | California | 90703-5422 | USA |
| 076112.70 | 3818 | Outlet Store | Great Mall | 258, 447 Great Mall Drive | Milpitas | Santa Clara | California | 95035-8041 | USA |
| 076168.92 | 1218 | Retail Store | Westfield Galleria at Roseville | 1151 Roseville Parkway Space 120 | Roseville | Placer | California | 95678-1918 | USA |
| 076172.61 | 3815 | Outlet Store | Folsom Premium Outlets | 13000 Folsom Boulevard Suite 706A | Folsom | Sacramento | California | 95630-8001 | USA |
| 076173.83 | 1208 | Retail Store | Sacramento | 1689 Arden Way Space 1318 | Sacramento | Sacramento | California | 95815-4030 | USA |
| 076192.39 | 3811 | Outlet Store | Vacaville Premium Outlets | 274, 348 Nut Tree Road | Vacaville | Solano | California | 95687-3236 | USA |

Dated:  04-April-2019

Page 25 of 112



Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 076200.52 | 3810 | Outlet Store | Petaluma Village Premium Outlets | 2200 Petaluma Boulevard North Suite 935 | Petaluma | Sonoma | California | 94952-6318 | USA |
| 076202.90 | 3814 | Outlet Store | Napa Premium Outlets | 885 Factory Stores Drive Space 885 | Napa | Napa | California | 94558-5661 | USA |
| 076292.24 | 3828 | Outlet Store | Livermore, San Francisco Premium Outlets | 2920, 3098 Livermore Outlets Drive | Livermore | Alameda | California | 94551-4201 | USA |
| 076373.74 | 1211 | Retail Store | Valley Fair, Valley Fair 3 | 2855 Stevens Creek Boulevard Space B205, 1207 | Santa Clara | Santa Clara | California | 95050-6709 | USA |
| 076377.23 | 1230 | Retail Store | Stoneridge Mall | 2037 Stoneridge Mall Road Space A- 216 | Pleasanton | Alameda | California | 94588-3281 | USA |
| 076502.10 | 1217 | Retail Store | Westfield San Francisco Centre, San Francisco Centre | 845, 865 Market Street Space 222 | San Francisco | San Francisco | California | 94103-1900 | USA |
| 076558.11 | 1269 | Retail Store | Vintage Faire Mall | 3401 Dale Road Suite 642 | Modesto | Stanislaus | California | 95356-0505 | USA |
| 076563.64 | 1207 | Retail Store | Stanford Shopping Center | 115, 361, 660 Stanford Shopping Center Spc 184 | Palo Alto | Santa Clara | California | 94304-1414 | USA |
| 076585.75 | KSCA167 | Retail Store | Carmel Plaza | Ocean and Mission Street | Carmel | Monterey | California | 93923-8245 | USA |
| 076585.86 | 3803 | Outlet Store | Carmel Plaza | Ocean Avenue & San Carlos Street Space 1 | Carmel-by-the-Sea | Monterey | California | 93921 | USA |

Dated: 04-April-2019

Page 26 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 076590.42 | 3809 | Outlet Store | Gilroy Premium Outlets, Gilroy (Men's) | 1469, 8325, 8375 Arroyo Circle Space A059, B044, 060 | Gilroy | Santa Clara | California | 95020-7325 | USA |
| 076616.35 | 3816 | Outlet Store | Tulare | 1469 Retherford Street Space 060 | Tulare | Tulare | California | 93274 | USA |
| 076659.31 | 3821 | Outlet Store | Pismo Beach Premium Outlets | 333 Five Cities Drive Suite 108 | Pismo Beach | San Luis Obispo | California | 93449-5000 | USA |
| 076667.80 | 3819 | Outlet Store | Ontario Mills | 1 Mills Circle Space 912A | Ontario | San Bernardino | California | 91764-5207 | USA |
| 076678.69 | 1273 | Retail Store | Santa Monica Place | 395 Santa Monica Place | Santa Monica | Los Angeles | California | 90401-3470 | USA |
| 076681.07 | 1266 | Retail Store | Santa Anita | 400 South Baldwin Avenue Space 2135 | Arcadia | Los Angeles | California | 91007-1900 | USA |
| 076688.36 | 1206 | Retail Store | Glendale Galleria | 2110 Glendale Galleria | Glendale | Los Angeles | California | 91210-2101 | USA |
| 076691.36 | STCA01 | Retail Store | Topanga Shopping Center | 6600 Topanga Canyon Boulevard Unit 18G | Canoga Park | Los Angeles | California | 91303-2617 | USA |
| 076692.43 | 1220 | Retail Store | Sherman Oaks Fashion Square | 14006 Riverside Drive Suite 34 | Sherman Oaks | Los Angeles | California | 91423-1945 | USA |
| 076732.99 | KSCA185 | Retail Store | Westfield Century City | 10250 Santa Monica Boulevard | Los Angeles | Los Angeles | California | 90067-6501 | USA |
| 076750.01 | 1202 | Retail Store | Brea Mall | 1052 Brea Mall | Brea | Orange | California | 92821-5718 | USA |
| 076759.04 | 1274 | Retail Store | Del Amo Fashion Center | 21712 Hawthorne Boulevard, 3525 W Carson St | Torrance | Los Angeles | California | 90503-7028 | USA |

Dated:  04-April-2019

Page 27 of 112

Account No. 1-35582
Policy No. 1050294

**SCHEDULE OF LOCATIONS, APPENDIX A**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 076787.87 | 1209 | Retail Store | South Coast Plaza-Jewel Court | 3333 Bristol Street Space 2883, 1225, 2001 | Costa Mesa | Orange | California | 92626-1873 | USA |
| 076800.07 | 1205 | Retail Store | Fashion Valley Mall | 7007 Friars Road Suite 371 | San Diego | San Diego | California | 92108-1148 | USA |
| 076819.58 | KSCA184 | Outlet Store | Las Americas Premium Outlet | 4211 Camino de la Plaza | San Ysidro | San Diego | California | 92173-3049 | USA |
| 076821.40 | 1246 | Retail Store | North County | 200 East Via Rancho Parkway | Escondido | San Diego | California | 92025 | USA |
| 076846.76 | 1270 | Retail Store | Promenade | 40764 Winchester Road Space 550 | Temecula | Riverside | California | 92591-6505 | USA |
| 077441.88 | 5400 | Outlet Store | Tanger Outlets | 1500 Southeast East Devils Lake Road Suite A160 | Lincoln City | Lincoln | Oregon | 97367-2660 | USA |
| 077465.46 | 2803 | Retail Store | Clackamas Town Center | 12000 Southeast 82nd Avenue Space K-101 | Happy Valley | Clackamas | Oregon | 97086-7721 | USA |
| 077487.17 | 5402 | Outlet Store | Troutdale (Columbia Gorge) | 450 Northwest 257th Avenue Space 118 | Troutdale | Multnomah | Oregon | 97060-8506 | USA |
| 077501.01 | 2800 | Retail Store | Pioneer Place Mall | 700 Southwest 5th Avenue, Space 2045 | Portland | Multnomah | Oregon | 97204-2000 | USA |
| 077580.20 | 2801 | Retail Store | Washington Square Shopping Center | 9569 Southwest Washington Square Road, Space C08 | Portland | Washington | Oregon | 97223-4450 | USA |
| 078412.21 | 3309 | Retail Store | Columbia Center | 1321 North Columbia Center Boulevard, Space 220A | Kennewick | Benton | Washington | 99336-7689 | USA |
| 078681.75 | 5901 | Outlet Store | Prime Outlets | 260 Fashion Way, Space A012 | Burlington | Skagit | Washington | 98233-3204 | USA |

Dated:  04-April-2019

Page 28 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 078805.79 | 3302 | Retail Store | Pacific Place Mall | 600 Pine Street, Space 110 | Seattle | King | Washington | 98101-3700 | USA |
| 078844.06 | 3301 | Retail Store | Bellevue Square | 139, 155 Bellevue Square | Bellevue | King | Washington | 98004-5021 | USA |
| 078849.18 | 3308 | Retail Store | Southcenter | 633 Southcenter Mall | Tukwila | King | Washington | 98188-2888 | USA |
| 078855.33 | 5903 | Outlet Store | North Bend Premium Outlets | 461 South Fork Avenue Southwest, Space 661E | North Bend | King | Washington | 98045-8992 | USA |
| 078863.43 | 5905 | Outlet Store | Auburn, The Outlet Collection Seattle | 1101 Supermall Way, Space 157 | Auburn | King | Washington | 98001-6511 | USA |
| 079153.48 | 1560 | Retail Store | Boise Town Square | 350 North Milwaukee Street, Space 1164 | Boise | Ada | Idaho | 83704-9123 | USA |
| 079286.24 | 2509 | Retail Store | Meadowood Mall | 5425 Meadowood Mall Circle, Space C107A | Reno | Washoe | Nevada | 89502-6508 | USA |
| 079307.15 | 2502 | Retail Store | Fashion Show Mall | 3200 Las Vegas Boulevard South, Space 2022 | Las Vegas | Clark | Nevada | 89109-2612 | USA |
| 079312.81 | 2507 | Retail Store | The Shoppes at the Palazzo, Grand Canal Shoppes, Las Vegas Palazzo | 3377 Las Vegas Boulevard South, Space 2846, 2944 | Las Vegas | Clark | Nevada | 89109-8910 | USA |
| 079313.84 | 2503 | Retail Store | The Forum Shops at Caesars II | 3500 Las Vegas Boulevard, Space S-54, A-01, S13-4, S10 | Las Vegas | Clark | Nevada | 89109-8900 | USA |
| 079315.35 | 5142 | Outlet Store | Las Vegas Premium Outlets - South | 7400 Las Vegas Boulevard South Unit 0400 | Las Vegas | Clark | Nevada | 89123-1000 | USA |

Dated:  04-April-2019

Page 29 of 112

**FM Global**

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 079451.42 | 5143 | Outlet Store | Primm (Men's), Fashion Outlets Las Vegas | 32100 Las Vegas Boulevard South, Space 214 | Primm | Clark | Nevada | 89109 | USA |
| 080277.77 | 2601 | Retail Store | Crabtree Valley Mall | 4325 Glenwood Avenue, Space 1065 | Raleigh | Wake | North Carolina | 27612-4532 | USA |
| 081651.02 | 5203 | Outlet Store, Retail Store | Concord Mills | 8111 Concord Mills Boulevard, Space 275 | Concord | Cabarrus | North Carolina | 28027-6462 | USA |
| 081717.28 | KSNC09 | Retail Store | Southpark Mall | 4400 Sharon Road, Space M21, L14 | Charlotte | Mecklenburg | North Carolina | 28211-3531 | USA |
| 081809.29 | 5206 | Outlet Store | | 800 Brevard Road | Asheville | Buncombe | North Carolina | 28806-2251 | USA |
| 082459.14 | 5552 | Outlet Store | Gaffney Premium Outlets | 1, 455 Factory Shops Boulevard, Space 800 | Gaffney | Cherokee | South Carolina | 29341-3321 | USA |
| 082887.81 | 2952 | Retail Store | Columbiana Centre | 100 Columbiana Circle, Suite 1316 | Columbia | Lexington | South Carolina | 29212-2231 | USA |
| 082945.27 | 5550 | Outlet Store | Myrtle Beach South | 4633 Factory Stores Boulevard, Space DD180 | Myrtle Beach | Horry | South Carolina | 29579-1218 | USA |
| 082981.70 | KSSC11 | Retail Store | The Belmond Charleston Place | 236 King Street | Charleston | Charleston | South Carolina | 29401-3102 | USA |
| 083001.30 | 5551 | Outlet Store | Hilton Head Factory Shops, Tanger Outlets-Hilton Head | 1270 Fording Island Road, Space A160 | Bluffton | Beaufort | South Carolina | 29910-6575 | USA |
| 083750.27 | 4054 | Outlet Store | Tanger Outlets | 800 Steven B Tanger Boulevard, Space 1200 | Commerce | Jackson | Georgia | 30529-3552 | USA |
| 083757.03 | 4051 | Outlet Store | North Georgia Premium Outlets | 800 Highway 400 South, Space 920 | Dawsonville | Dawson | Georgia | 30534-6887 | USA |

Page 30 of 112

Dated:  04-April-2019

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 083793.11 | 1455 | Retail Store | Mall of Georgia | 3333 Buford Drive, Suite 2018A | Buford | Gwinnett | Georgia | 30519-4913 | USA |
| 083854.75 | 1450 | Retail Store | Lenox Square | 3393 Peachtree Road Northeast, Space 3085, 3140A | Atlanta | Fulton | Georgia | 30326-1135 | USA |
| 083862.02 | KSGAT0 | Retail Store | Phipps Plaza | 3500 Peachtree Road Northeast | Atlanta | Fulton | Georgia | 30326-1201 | USA |
| 083920.76 | 4052 | Outlet Store | Locust Grove Outlets Tanger Factory Outlet Center (19000) | 1000 Tanger Drive, Suite 507 | Locust Grove | Henry | Georgia | 30248-3654 | USA |
| 083996.41 | 4053 | Outlet Store | Calhoun Premium Outlets | 455 Belwood Road Southeast, Space B035 | Calhoun | Gordon | Georgia | 30701-3961 | USA |
| 084300.75 | 4014 | Outlet Store | Florida City | 250 East Palm Drive | Homestead | Miami-Dade | Florida | 33034-3514 | USA |
| 084305.01 | 1412 | Retail Store | Florida Mall | 8001 South Orange Blossom Trail, Space 430 | Orlando | Orange | Florida | 32809-7654 | USA |
| 084305.70 | 4002 | Outlet Store | Orlando International Premium Outlets | 4965 4959 International Drive | Orlando | Orange | Florida | 32819-6210 | USA |
| 084400.25 | W04 | Distribution Center | Jacksonville | 1, 2 Coach Way, 1549 Vantage Way South | Jacksonville | Duval | Florida | 32218-7940 | USA |
| 084431.84 | KSFA79 | Retail Store | Disney Springs | 1520 E Buena Vista Drive | Orlando | Orange | Florida | 32830-8431 | USA |
| 084444.57 | 1409 | Retail Store | International Plaza & Bay Street | 2223 North West Shore Boulevard, Space 248 | Tampa | Hillsborough | Florida | 33607-1411 | USA |
| 084479.26 | STFA08 | Retail Store | Dadeland Mall | 7535 North Kendall Drive Spc 2460 | Miami | Miami-Dade | Florida | 33156-7704 | USA |

Dated: 04-April-2019

Page 31 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 084487.39 | 1401 | Retail Store | Aventura Mall | 19501, 19575 Biscayne Boulevard, Space 1479 | Miami | Miami-Dade | Florida | 33180-2342 | USA |
| 084617.31 | 5653 | Outlet Store | Tanger Factory Outlet Center | 1645 Parkway, Suite 1300 | Sevierville | Sevier | Tennessee | 37862-2899 | USA |
| 084628.10 | 3053 | Retail Store | West Town Mall | 7600 Kingston Pike, Space 1200 | Knoxville | Knox | Tennessee | 37919-5600 | USA |
| 084827.69 | 3051 | Retail Store | Green Hills | 2126 Abbott Martin Road, Space 153 | Nashville | Davidson | Tennessee | 37215-2690 | USA |
| 085446.48 | KSAL13 | Retail Store | The Summit | 225 Summit Boulevard | Vestavia | Jefferson | Alabama | 35243-3190 | USA |
| 085866.06 | 3600 | Outlet Store | Tanger Outlets-Foley, Riviera Center Factory Store | 2601 South McKenzie Street, Space 220 | Foley | Baldwin | Alabama | 36535-3416 | USA |
| 086504.34 | 4850 | Outlet Store | Prime Outlets | 10000 Factory Shop Boulevard | Gulfport | Harrison | Mississippi | 39503-4231 | USA |
| 087567.14 | 4320 | Outlet Store | Gonzales | 2300 Tanger Boulevard, Space 128 | Gonzales | Ascension | Louisiana | 70737-5750 | USA |
| 087685.41 | 4321 | Outlet Store | Riverwalk | 500 Port of New Orleans Place | New Orleans | Orleans | Louisiana | 70130-1662 | USA |
| 087690.79 | 1900 | Retail Store | Lakeside Mall | 3301 Veterans Memorial Boulevard, Suite 51 | Metairie | Jefferson | Louisiana | 70002-7657 | USA |
| 088001.78 | KSFA66 | Outlet Store | St. Augustine Prime Outlets | 490 Outlet Mall Boulevard | Saint Augustine | Saint Johns | Florida | 32084-2480 | USA |
| 088001.88 | 4005 | Outlet Store | St. Augustine Premium Outlets | 2700 State Road 16, Space 810 | St. Augustine | Saint Johns | Florida | 32092-0764 | USA |
| 088002.56 | 4008 | Outlet Store | Miromar Premium Outlets | 10801 Corkscrew Road, Suite 322 | Estero | Lee | Florida | 33928-9430 | USA |

Dated: 04-April-2019

Page 32 of 112

**Account No. 1-35582**
**Policy No. 1050294**

**SCHEDULE OF LOCATIONS, APPENDIX A**

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 088005.17 | 1404 | Retail Store | The Gardens Mall | 3101 Pga Boulevard, Suite J1215, J205 | Palm Beach Gardens | Palm Beach | Florida | 33410-2820 | USA |
| 088202.44 | 4001 | Outlet Store | Silver Sands Factory Stores | 10562, 10406 West Emerald Coast Parkway | Destin | Walton | Florida | 32550-7145 | USA |
| 088237.23 | 4019 | Outlet Store | Dolphin Mall II | 11401 NW 12th St | Miami | Miami-Dade | Florida | 33172-6904 | USA |
| 088320.06 | 4004 | Outlet Store | Ellenton Premium Outlets | 5703, 5597 Factory Shops Boulevard, Space 400 | Ellenton | Manatee | Florida | 34222-4114 | USA |
| 088335.42 | 4011 | Outlet Store | Vero Beach Factory Outlet Mall | 1858 94th Drive, Space C100 & C110 | Vero Beach | Indian River | Florida | 32966-3613 | USA |
| 088505.63 | KSFA62 | Retail Store | Waterside Shops | 5485 Tamiami Trail North | Naples | Collier | Florida | 34108-2838 | USA |
| 088507.18 | 4009E | Outlet Store | Sawgrass Mills | 1799 Sawgrass Mills Circle Suite 2414 | Sunrise | Broward | Florida | 33323-3928 | USA |
| 088516.68 | 4003 | Outlet Store | Tanger Outlets | 20350 Summerlin Road, Space 2155 | Fort Myers | Lee | Florida | 33908-3741 | USA |
| 088605.31 | 1405 | Retail Store | The Falls | 8888 Southwest 136th Street, Space 295 | Miami | Miami-Dade | Florida | 33176-5883 | USA |
| 088611.35 | KSFA31 | Retail Store | Town Center at Boca Raton | 6000 Glades Road, Space 1150A, 1068 | Boca Raton | Palm Beach | Florida | 33431-7208 | USA |
| 088636.85 | STFA06 | Office | | 2400 East Commercial Boulevard | Fort Lauderdale | Broward | Florida | 33308-4030 | USA |
| 088652.51 | KSFA77 | Retail Store | Orlando ASC (5213) | 2442 Viscount Row | Orlando | Orange | Florida | 32809-6218 | USA |
| 089310.88 | 5100 | Outlet Store | Santa Fe Premium Outlets | 8380 Cerrillos Road, Suite 120 & 122 | Santa Fe | Santa Fe | New Mexico | 87507-4415 | USA |

Dated:  04-April-2019

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 089356.32 | STAZ02 | Retail Store | Biltmore Fashion Park | 2502 East Camelback Road Spc 178 | Phoenix | Maricopa | Arizona | 85016-4204 | USA |
| 089415.65 | 1104 | Retail Store | Arrowhead Towne Center | 7700 West Arrowhead Towne Center, Suite 1088 | Glendale | Maricopa | Arizona | 85308-8616 | USA |
| 089480.06 | 1100 | Retail Store | Scottsdale Fashion Square | 7014 East Camelback Road, Suite 1136, 1084 | Scottsdale | Maricopa | Arizona | 85251-1235 | USA |
| 089521.76 | KSCA178 | Retail Store | Cabazon | 368 West Lincoln Street | Banning | Riverside | California | 92220 | USA |
| 089566.28 | 1243 | Retail Store | Montebello Town Center | 1772 Montebello Town Center Drive, Space A19 | Montebello | Los Angeles | California | 90640-2163 | USA |
| 089568.83 | 3801 | Outlet Store | Tanger Outlets - Barstow, Barstow (Men's) | 2796 Tanger Way, Suite 300 | Barstow | San Bernardino | California | 92311-9414 | USA |
| 089586.01 | 3802 | Outlet Store | Desert Hills Premium Outlets | 48650 Seminole Drive, Space 138 | Cabazon | Riverside | California | 92230-2116 | USA |
| 089586.03 | STCA09 | Outlet Store | Cabazon | 48400 Seminole Drive | Cabazon | Riverside | California | 92230-2125 | USA |
| 089590.43 | 3827 | Outlet Store | Citadel Outlets | 100 Citadel Drive, Space 616 | Commerce | Los Angeles | California | 90040-1580 | USA |
| 089591.25 | 1201 | Retail Store | Beverly Center | 8500 Beverly Boulevard, Space 718 | Los Angeles | Los Angeles | California | 90048-6201 | USA |
| 089764.20 | 1229 | Retail Store | Rodeo Drive | 327 North Rodeo Drive | Beverly Hills | Los Angeles | California | 90210-5105 | USA |
| 089764.73 | 3805 | Outlet Store | Lake Arrowhead | 28200 Highway 189, Space T210 & T220 | Lake Arrowhead | San Bernardino | California | 92352-9700 | USA |

Dated: 04-April-2019

Page 34 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 089767.85 | 1263 | Retail Store | Main Place | 2800 North Main Street, Space 332-A | Santa Ana | Orange | California | 92705-6607 | USA |
| 089785.64 | 3807 | Outlet Store | Camarillo Premium Outlets | 690, 740, 950 Ventura Boulevard, Space 100, 518 | Camarillo | Ventura | California | 93010-5844 | USA |
| 089828.90 | 3817 | Outlet Store | Viejas Springs Village Outlet Center | 5005 Willows Road, Space E102 | Alpine | San Diego | California | 91901-1675 | USA |
| 092003.21 | 1130 | Retail Store | Anchorage 5th Avenue Mall | 320 West 5th Avenue, Space 306 | Anchorage | Anchorage | Alaska | 99501-2357 | USA |
| 094943.67 | 1501 | Retail Store | Waikiki | 2335 Kalakaua Avenue, Space 106 | Honolulu | Honolulu | Hawaii | 96815-2946 | USA |
| 094944.44 | KSHI06 | Retail Store | Royal Hawaiian Center | 2233 Kalakaua Avenue | Honolulu | Honolulu | Hawaii | 96815-5200 | USA |
| 094945.85 | 1506 | Retail Store | Honu | 2110 Kalakaua Avenue | Honolulu | Honolulu | Hawaii | 96815-2319 | USA |
| 094999.79 | 1505 | Retail Store | Ala Moana Center | 1450 Ala Moana Boulevard, Space 2204 | Honolulu | Honolulu | Hawaii | 96814-4604 | USA |
| 095100.74 | KSHI12 | Retail Store | Whalers Village | 2435 Kaanapali Pkwy | Lahaina | Maui | Hawaii | 96761-1980 | USA |
| 095106.98 | 4100 | Outlet Store | Waikele Premium Outlets | 94-796, 798, 790 Lumiaina Street, Unit 301, 403 | Waipahu | Honolulu | Hawaii | 96797-5672 | USA |
| 096107.02 | 4102 | Outlet Store | Outlets of Maui | 900 Front Street, Space J2 | Lahaina | Maui | Hawaii | 96761-2334 | USA |
| 000459.09 | 7351 | Outlet Store | Windsor Crossing | 1555 Talbot Road, Space 506 | LaSalle | | Ontario | N9H 2N2 | Canada |
| 000654.69 | KSCN266 | Outlet Store | Vaughan Mills | 1 Bass Pro Mills Drive | Concord | | Ontario | L4K 5W4 | Canada |
| 000677.95 | 7354 | Outlet Store | Cookstown | 3311 Simcoe Road 89, Space C6 | Cookstown | | Ontario | L0L 1L0 | Canada |

Dated:  04-April-2019

Page 35 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 001198.57 | 7352 | Outlet Store, Retail Store (Men's) | CrossIron Mills, CrossIron Mills Retail Store | 261055 CrossIron Boulevard, Space 333, 203 | Rocky View County | | Alberta | T4A 0G3 | Canada |
| 001834.94 | 7327 | Retail Store | Fairview Pointe-Claire | 6801 Transcanada Highway, Space H015 | Pointe-Claire | | Quebec | H9R 5J2 | Canada |
| 001838.41 | STCN12 | Retail Store | Rocklands | 2305 chemin Rockland | Mont-Royal | | Quebec | H3P 3E9 | Canada |
| 001838.97 | STCN18 | Distribution Center, Office | SW Montreal Distribution Center, Canada Headquarters | 5796 Royalmount | Mont-Royal | Montreal | | Quebec | H4P 1K5 | Canada |
| 001852.23 | 7325 | Retail Store | Carrefour Laval | 3003, 3035 boulevard le Carrefour | Laval | | Quebec | H7T 1C8 | Canada |
| 002215.10 | STCN13 | Retail Store | Rideau Centre | 50 Rideau Street, Space 344, 333 | Ottawa | | Ontario | K1N 9J7 | Canada |
| 002237.12 | 7326 | Retail Store | Markville Shopping Center | 5000 Highway 7-E, Space 425 | Markham | | Ontario | L3R 4M9 | Canada |
| 002584.66 | 7357 | Outlet Store | Toronto, Toronto Premium Outlets | 13850 Steeles Avenue West, Space 745 | Halton Hills | | Ontario | L7G 0J1 | Canada |
| 002635.16 | 7358 | Outlet Store | Outlet Collection at Niagara | 300 Taylor Road | Niagara on the Lake | | Ontario | L0S 1J0 | Canada |
| 002666.89 | 7307 | Retail Store | Vaughan Promenade Shopping Center | 1 Promenade Circle, Space 234A | Thornhill | | Ontario | L4J 4P8 | Canada |
| 002710.43 | STCN06 | Retail Store | BayView | 2901 Bayview Avenue, Bayview Village Shopping Center | North York | | Ontario | M2K 1E6 | Canada |

Account No. 1-35582
Policy No. 1050294

FM Global

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 002733.06 | KSCN253 | Retail Store | Cumberland Terrace | 137 Cumberland Street | Toronto | | Ontario | M5R 1A6 | Canada |
| 002734.02 | 7304 | Retail Store | Toronto Eaton Centre | 220 Yonge Street, Space 1327, Suite C026 | Toronto | | Ontario | M5B 2H1 | Canada |
| 002763.05 | 7312 | Retail Store | Shops at Don Mills | 939 Lawrence Avenue East, Space J6 | Toronto | | Ontario | M3C 1P8 | Canada |
| 002797.22 | 7305 | Retail Store | The Colonnade | 131 Bloor Street, Unit 1-02 | Toronto | | Ontario | M5S 1R1 | Canada |
| 002818.61 | STCN05 | Retail Store | Bloor | 151 Bloor Street West, Suite 101 | Toronto | | Ontario | M5S 1S4 | Canada |
| 002855.89 | STCN02 | Retail Store | Yorkdale | 3401 Dufferin Street, Yorkdale Shopping Centre, Unit 882 | North York | | Ontario | M6A 2T9 | Canada |
| 002857.28 | STCN08 | Retail Store | Sherway Gardens | 25 The West Mall, Space 1382 | Etobicoke | | Ontario | M9C 1B8 | Canada |
| 002870.28 | KSCN265 | Distribution Center | | 6800 Kitimat Road | Mississauga | | Ontario | L5N 5M1 | Canada |
| 002871.41 | STCN14 | Retail Store | Square One | 100 City Centre Drive, Space 2-920 & 922 | Mississauga | | Ontario | L5B 2C9 | Canada |
| 002967.15 | 7359 | Outlet Store | Ottawa | 8555 Campeau Drive | Kanata | | Ontario | K2T 0K5 | Canada |
| 002983.01 | 7360 | Outlet Store | Montreal Premium Outlets | 19001 chemin Notre-Dame | Mirabel | | Quebec | J7J 0T1 | Canada |
| 003006.74 | 7361 | Outlet Store | Vancouver, McArthur Glen Designer Outlets | 999-7899 Templeton Station Road, #1000 | Richmond | | British Columbia | V7B 0B7 | Canada |
| 003011.48 | 7318 | Retail Store | Mapleview Shopping Centre | 900 Maple Avenue, Space B21 | Burlington | | Ontario | L7S 2J8 | Canada |

Dated: 04-April-2019

Page 37 of 112

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 003122.54 | KSCN274 | Outlet Store | Outlet Collection Winnipeg | 555 Sterling Lyon Parkway | Winnipeg | | Manitoba | R3P 2T3 | Canada |
| 003542.58 | KSCN268 | Distribution Center | | 145 Cushman Road | St Catharines | | Ontario | L2M 6T2 | Canada |
| 003432.03 | 7315 | Retail Store | Fairview Park | 2960 Kingsway Drive, Space C010 | Kitchener | | Ontario | N2C 1X1 | Canada |
| 003507.07 | KSCN273 | Outlet Store | Premium Outlet Collection Edmonton International Airport | 1 Outlet Collection Way | Edmonton | | Alberta | T9E 1J5 | Canada |
| 003569.27 | 7316 | Retail Store | White Oaks Mall | 1105 Wellington Road, Space 65 | London | | Ontario | N6E 1V4 | Canada |
| 003951.05 | 7323 | Retail Store | Polo Park | 1485 Portage Avenue, Space 0271 | Winnipeg | | Manitoba | R3G 0W4 | Canada |
| 003971.18 | 7321 | Retail Store | Chinook Centre, Calgary | 6455 Macleod Trail South, Space 1167 | Calgary | | Alberta | T2H 0K8 | Canada |
| 003998.48 | STCN03 | Retail Store | Oakridge | Space 125 & 129 650 West 41st Avenue, Oakridge Center | Prince George | | British Columbia | V2L 2P3 | Canada |
| 061496.48 | 7314 | Retail Store | Southgate Centre | 5015-111 Street NW | Edmonton | | Alberta | T6H 4M6 | Canada |
| 061514.00 | 7306 | Retail Store | West Edmonton Mall | West Edmonton Mall 8882-170 Street Northwest, Space S-221/223 | Edmonton | | Alberta | T5T 4M2 | Canada |
| 092103.32 | STCN10 | Retail Store | Park Royal | 731 / 925 Main Street | West Vancouver | | British Columbia | V7T 2Z3 | Canada |
| 092104.69 | KSCN272 | Office | Kate Spade Canada Inc. | 1021 Hastings Street West | Vancouver | | British Columbia | V6E 0C3 | Canada |
| 092113.20 | 7322 | Retail Store | Mayfair | 3147 Douglas Street, Space 375 | Victoria | | British Columbia | V8Z 6E3 | Canada |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 092115.41 | 7328 | Retail Store | Richmond Centre | 6551 No. 3 Road, Space 1550B | Richmond | | British Columbia | V6y 2B7 | Canada |
| 092129.36 | 7309 | Retail Store | Metropolis at Metrotown | 4700 Kingsway, Space 1183 | Burnaby | | British Columbia | V5H 4M1 | Canada |
| 092138.42 | 7310 | Retail Store | Pacific Centre, Vancouvr | 910-609, 701 West Granville Street, Space D034, Pacific Center Unit G054, 725 Granville Street | Vancouver | | British Columbia | V7Y 1G5 | Canada |
| 092140.97 | 7300 | Retail Store | Vancouver | 755 Burrard Street, Space 103 | Vancouver | | British Columbia | V6Z 1X6 | Canada |
| AA0965.00 | AA01 | Outlet Store | Parndorf | Strasse 1/ Unit 401 Parndorf Factory | Pardorf | | Burgenland | 7111 | Austria |
| AA1185.00 | AA02 | Outlet Store | DESIGNER OUTLET SALZBURG | KASERNENSTRASS E 1 | WALS-HIMMELREI CH | | Salzburg | 5073 | Austria |
| AU1367.00 | AU09 | Retail Store | Coach Chadstone Shop Centre, KSN CHADSTONE | 1341 Dandenong Road, Shop G002, G003 Chadstone Shopping Centre | Chadstone | | Victoria | 3148 | Australia |
| AU2322.00 | KSNAU23 | Retail Store | KSN SYDNEY WESTFIELD | 188 PITT STREET, SHOP 4007, LEVEL 4, Westfield Sydney, Pitt St & Market St | Sydney | | New South Wales | 2000 | Australia |
| AU2323.00 | AU07 | Retail Store | Coach Pacific Fair, KSN PACIFIC FAIR | Hooker Boulevard, Shop 1580,1509, Pacific Fair Shopping Centre | Broadbeach | | Queensland | 4218 | Australia |
| AU2534.00 | AU16 | Retail Store | Coach Con. C/O DJ Melbourne | 310 Bourke Street, Concession DJ's Melbourne | Melbourne | | Victoria | 3000 | Australia |

Dated: 04-April-2019

**Account No. 1-35582**
**Policy No. 1050294**

**SCHEDULE OF LOCATIONS, APPENDIX A**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| AU2542.00 | AU19 | Retail Store | Coach DJ Adelaide | 100 Rundle Mall, Concession DJ's Sydney | Adelaide | | South Australia | 5000 | Australia |
| AU2546.00 | AU04 | Retail Store | Coach Chatswood | 345 Victoria Avenue | Chatswood | | New South Wales | 2067 | Australia |
| AU3492.00 | AU22 | Retail Store | Travel Sydney Airport | B2-765 Departures Level | Mascot | | New South Wales | 2020 | Australia |
| AU5438.00 | AU10 | Outlet Store | Coach DFO Homebush | 3-5 Underwood Road and 10 Homebush Bay Drive, Shop 3-028 | Homebush | | New South Wales | 2140 | Australia |
| AU5521.00 | AU21 | Outlet Store | Perth DFO | 11 High St, Perth Airport | Perth Airport | | Western Australia | 6105 | Australia |
| AU6058.00 | AU13 | Retail Store | Coach Con DJ Eliz St Store | 86-108 Castlereagh Street, Concession DJ's Sydney | Sydney | | New South Wales | 2000 | Australia |
| AU6072.00 | AU17 | Retail Store | Coach DJ Brisbane | 210 Queen Street, Concession DJ's Sydney | Brisbane City | | Queensland | 4000 | Australia |
| AU7948.00 | AU02 | Outlet Store, Retail Store | Coach Harbour Town, KSN HARBOUR TOWN | 147 BRISBANE RD, Cnr Gold Coast Highway & Oxley Drive, Shop C23, C24A Harbourtown Shopping Centre | Biggera Waters | | Queensland | 4216 | Australia |
| AU8495.00 | AU01 | Outlet Store | COACH Birkenhead Point | 19 Roseby Street, Birkenhead Point Shopping Centre Shop 55 | Drummoyne | | New South Wales | 2047 | Australia |
| AU8508.00 | AU18 | Retail Store | Coach DJ Perth | 622 Hay Street | Perth | | Western Australia | 6000 | Australia |

Dated:  04-April-2019

Page 40 of 112

FM Global

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| AUD574.00 | AU11 | Retail Store | Coach Mens QVB | 455 George Street, Shop 14, 24 - 26 QVB | Sydney | | New South Wales | 2000 | Australia |
| AUH013.00 | AU08 | Outlet Store | Coach DFO Essendon | 100 Bulla Road | Essendon Fields | | Victoria | 3041 | Australia |
| AUK036.00 | AU20 | Distribution Center | Australia DC | 4 Millner Avenue | Horsley Park | | New South Wales | 2175 | Australia |
| AUN545.00 | AU05 | Outlet Store, Retail Store | COACH DFO South Wharf, KSN DFO SOUTH WHARF | 20 Convention Place, SHOP 27 | South Wharf | | Victoria | 3006 | Australia |
| AUP275.00 | AU03 | Retail Store | Coach Collins Lane | 260 Collins Street, Shop FGA & FLA | Melbourne | | Victoria | 3000 | Australia |
| AUQ186.00 | AU06 | Retail Store | Coach Emporium, KSN EMPORIUM | 269-321. 295 Lonsdale Street G-011, EMPORIUM MELBOURNE | Melbourne | | Victoria | 3000 | Australia |
| BE2155.00 | BE01 | Outlet Store | Maasmechelen | Zetellaan 100, Maasmechelen Village, Unit 39 | Eisden | | Limburg | 3630 | Belgium |
| CC0981.00 | STCC013 | Retail Store | Xian Zhongda | Xi'an Zhongda International Mansion, No.30, South Avenue | Xi'an | | Shanxi | | China |
| CC1154.00 | CC002 | Office | Beijing Office (Oriental Plaza), Beijing Oriental Plaza, Oriental Plaza | Shop AA65, AA16A & AA18, Rm 4,15/F, West Tower 2 Oriental Plaza, No.1 East Chang An Road, Dong Cheng District | Beijing | | Beijing | 100738 | China |

Dated: 04-April-2019

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC1507.00 | STCC024 | Retail Store | Jing An Kerry Centre | 1515 Nanjing Road West, Unit N1-10A, 2F, Shanghai Kerry Center | Shanghai | | Shanghai | 200040 | China |
| CC1513.00 | STCC003A | Retail Store | Beijing World Mall | Unit NB130 and 132, Lower Level 1, No. 1 (Phase 2) Jianguomenwai Avenue, Chaoyang District | Beijing | | Beijing | | China |
| CC1959.00 | CC027 | Retail Store | Shanghai Ongoing Department Store | Shop D153, Shanghai Ongoing Department, No.1618 Nanjing Road West | Shanghai | | Shanghai | 200040 | China |
| CC2041.00 | CC096 | Retail Store | Jiangxi Parkson Zhong Shan Cheng Department Store | Shop 1F-A31, No. 177 Zhongshan Road | Nanchang | | Jiangxi | 330006 | China |
| CC2511.00 | KSCC027 | Retail Store | Raffles City | No. 268 Middle Xizang Road | Shanghai | | Shanghai | 200040 | China |
| CC2718.00 | CC115 | Retail Store | Shanghai Pudong Airport | 29-31A Domestic Department | Shanghai | | Shanghai | 200335 | China |
| CC2745.00 | CC220 | Retail Store | Shanghai Grand Gateway, Grand Gateway 66 | Shop 119/119A/120/162, 1F, Shop 221, Floor 2, Shanghai Grand Gateway, No.1 Hong Qiao Road | Xuhui | | Shanghai | 200000 | China |
| CC3067.00 | CC107 | Retail Store | Nanchang Fortune Shopping Plaza | F1, 1-1A2, No. 357 Bayi Avenue, Nanchang | Jiangxi | | Jiangxi | 330006 | China |

Dated: 04-April-2019

Page 42 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC3647.00 | STCC208 | Retail Store | Hangzhou Tower - Mall, Hangzhou Tower | Hangzhou Tower, Huan Cheng Bei Lu, L206, 2F, No.1 Shop A215, L2, Tower A | Hangzhou | | Zhejiang | 310006 | China |
| CC4034.00 | CC297 | Retail Store | Shenyang Times Charter, Shenyang Charter Department Store | 1/F, Shenyang Charter Shopping Centre, No. 7-1 Beijing Jie, Shenhe Distric | Shenyang | | Liaoning | | China |
| CC4370.00 | CC219 | Retail Store | Qingdao Hisense | Shop 2127, 1/F, 2205, 2nd Floor No. 117 Macao Road, Shinan District | Qingdao | | Shandong | 266000 | China |
| CC4385.00 | KSCC014 | Retail Store | APM | No.138 Wangfujing Street | Beijing | | Beijing | | China |
| CC4405.00 | CC146A | Retail Store | Shanghai IFC, BJSKP Men's BJ SKP, Beijing SKP Outlet Men's, Beijing SKP, Beijing SKP | 440,441,442, 1F, D2051, 2/F, Shop U104, D4033 the forth floor, M3024, 3/F, Beijing SKP No.87 Jianguo Road, Chen Zhuang Outlet, Nankou Town, Changping District | Beijing | | Beijing | 102200 | China |
| CC4641.00 | STCC005 | Retail Store | Beijing YinTai | Unit 326-327, 3rd Floor, Building 1, No. 2 Jianguomenwai Avenue, Chaoyang District | Beijing | | Beijing | | China |

Dated: 04-April-2019

FM Global

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC4662.00 | CC069 | Retail Store | Shandong Inzone | Store 104, 1F, Jinan Inzone, No. 66 Luoyuan Street | Jinan | | Shandong | 250063 | China |
| CC4813.00 | KSCC267 | Retail Store | Taikoo Li Sanlitun The Village, Beijing Taikoo Li Sanlitun | No.19 Sanlitun Road, Chaoyang District,Beijing | Beijing | | Beijing | 100000 | China |
| CC4981.00 | CC057A | Retail Store | CQ Mixc Mall | L1 L160, Wanxiang City, No. 1881 South Baoan Road, Luohu District, Shenzhen | Chongqing | | Chongqing | 518001 | China |
| CC4985.00 | KSCC016 | Retail Store | Joy City (Xidan), Han Guang Dept. Store | 1F Hanguang Department Store, Xidan Joy City, No. 131, North Xidan Road | Beijing | | Beijing | 100032 | China |
| CC5140.00 | CC009 | Retail Store | Shenzhen Kingglory Plaza, KingGlory Plaza, Hisense Plaza - 2 | Shop. 001, King Glory Plaza, No. 2028 Renmin South Road, Luohu District | Shenzhen | | Guangdong | 518023 | China |
| CC5153.00 | CC229 | Retail Store | Tianjin Hisense 2F, Tianjin Hisense | Shop 203, 2/F, No.188, Jiefang Road, Heping District | Tianjin | | Tianjin | 300000 | China |
| CC5202.00 | CC001 | Office | Shanghai Office Wheelock | 20/F, 53/F, 1717 Nanjing Road West | Shanghai | | Shanghai | 200040 | China |
| CC5228.00 | CC032 | Retail Store | Suzhou Matro, Suzhou Matro 1941 Pop up | Shop 1024, 1049 1/F, Suzhou Matro Shopping Mall, No. 245 Guanqian Street | Suzhou | | Jiangsu | 215005 | China |

Dated:  04-April-2019

Page 44 of 112

**Account No. 1-35582**
**Policy No. 1050294**

**SCHEDULE OF LOCATIONS, APPENDIX A**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC5232.00 | STCC158 | Retail Store | IFC Shanghai - Mall, IFC | No.8 Central Avenue, LG1-47, IFC D Building Lujiazui Financial And Trade Zone Century Avenue | Pudong District | | Shanghai | | China |
| CC5233.00 | CC087 | Retail Store | Deji Plaza, Nanjing Deji Plaza | L213, F219 Level 2, No. 18 Zhongshan Road | Nanjing | | Jiangsu | 210000 | China |
| CC5301.00 | CC051 | Retail Store | Pudong Yaohan Men's Store | Shop 106, Shanghai No.1 Yao Han, No.501 Zhang Yang Road, Pudong New District | Shanghai | | Shanghai | 200120 | China |
| CC5325.00 | CC037 | Retail Store | Shanghai New World City | 1F, 2-88 Nanjing Road West, Huangpu District | Shanghai | | Shanghai | 200003 | China |
| CC5507.00 | CC29 | Distribution Center | Asia Distribution Center | No.199 Shenfei Road Bonded Logistics Park Branch KE2-4B Stockroom | Shanghai | | Shanghai | 200137 | China |
| CC5612.00 | CC232 | Retail Store | XiAn Ginwa High-Tech | No.33 Ke Ji Road, Hi-Tech Zone | Xi An | | Shaanxi | 710000 | China |
| CC5678.00 | CC018 | Retail Store | Hanguang Department Store | 1/F Beijing ZhongYou Department Store, No.176 Xidan North Street, Xicheng District | Beijing | | Beijing | 100032 | China |

Dated:  04-April-2019

Page 45 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC5682.00 | CC123 | Retail Store | Hangzhou Outlet | Shop B107/109/111, No. 2888 Huqingping Road No. 5555 Middle Jia Song Road | Shanghai | | Shanghai | 201703 | China |
| CC5686.00 | CC261 | Retail Store | Guangzhou Friendship Pop Up | 369 Huanshi East Road | Guangzhou | | | | China |
| CC5941.00 | CC212 | Retail Store | Kunming Gingko Shiguang | Shop F1006, F/1, No.985, Beijing Road | Kunming | | Yunnan | 650000 | China |
| CC6061.00 | CC082 | Retail Store | Changchun Charter Shopping Center, Changchun Charter Department Store | Shop C-1118, 1F, Charter Shopping Center, No. 1255 Chongqing Road | Changchun | | Jilin | 130061 | China |
| CC6062.00 | CC145 | Retail Store | Dalian Parkland Mall | G30, Parkland Mall, 19 Jiefang Road, Zhongshan district | Dalian | | Liaoning | 528400 | China |
| CC6063.00 | STCC012 | Retail Store | DaLian Time Square | Units K203 and L236, Level 2, Dalian Times Square, No 50 Renmin Road, Zhongshan District, Dalian, Liaoning Province | Dalian | | | | China |
| CC6069.00 | CC030 | Retail Store | Nanjing Golden Eagle International Shopping Center Xinjiekou Store | 1/F, No. 89 Hanzhong Road, Baixia District | Nanjing | | Jiangsu | 210029 | China |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC6071.00 | CC048 | Retail Store | Shenyang Zhongxing International Famous Brand Plaza | Shop 006, Shenyang Zhongxing, No.86 North Taiyuan Road, Heping district | Shenyang | | Liaoning | 110001 | China |
| CC6073.00 | CC061 | Retail Store | Holiday Plaza | Shop L1-55, Holiday Plaza, No. 9028 Shennan Road, Nanshan District | Shenzhen | | Guangdong | 518053 | China |
| CC6075.00 | CC039 | Retail Store | Wuhan International Plaza Shopping Center | Shop 4, Block C, Wuhan International Plaza Shopping Center, No. 690, Jie Fang Avenue, Jianghan District | Wuhan | | Hubei | 430000 | China |
| CC6076.00 | CC186 | Retail Store | Xian Ginwa Zhong Lou | B1 Gulou Center No. 1 West Street, Beilin District | Xi'an | | Shaanxi | 710000 | China |
| CC6355.00 | CC012 | Retail Store | Chongqing Starlight 68 Plaza | Shop L113 L1, Starlight 68 Plaza, No. 68 Yanghe One Road, Jiangbei District | Chongqing | | Chongqing | 400000 | China |
| CC6357.00 | CC124 | Retail Store | Beijing Lufthansa Outlets, Bailian Outlets (Xiasha) | Shop A156-167, No. 199 Qichao Road, Xiasha District | Hangzhou | | Zhejiang | 310018 | China |
| CC6362.00 | CC063 | Retail Store | Zhengzhou Dennis Department Store | Shop 112, 1/F, No. 2 Renmin Road, Zhengzhou | Henan | | Henan | 450000 | China |
| CC6364.00 | CC020 | Retail Store | Harbin Grand Shopping Center | 1/F, No. 378 Guo Ge Li Avenue, Nan' Gang District | Harbin | | Heilongjiang | 150001 | China |

Dated: 04-April-2019

Page 47 of 112

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC6365.00 | KSSCC033 | Retail Store | Jiu Guang | 268 Wang Dun Road | Suzhou | | Jiangsu | | China |
| CC6366.00 | CC023 | Retail Store | Hangzhou MixC Mall, The MixC | 105 Hangzhou Wanxiang City, No. 701 Qianjiang Xincheng Fuchun Road, No.701 Four Season Grean Street Daofuchun Road, Jianggan District | Hangzhou | | Zhejiang | 310020 | China |
| CC6425.00 | CC119 | Retail Store | Shanghai Bailian Youyicheng Shopping Mall | 1F-23 Bailianyouyi Shopping Center, No. 8 Songhu Road | Shanghai | | Shanghai | 200030 | China |
| CC6649.00 | CC035 | Retail Store | Guangzhou Taikoo | Shop L218 & L219, 383 Tianhe Road, Tianhe District | Guangzhou | | Guangdong | 510620 | China |
| CC6770.00 | CC222 | Retail Store | Shenyang MixC | Shop 104, 1F, No.288 Youth Avenue, Unit 230, No.288, Qingnian Avenue, Heping District | Shenyang | | Liaoning | 110000 | China |
| CC6844.00 | CC090 | Retail Store | Shanghai IAPM | 1F, One ICC, 999 Huaihai Middle Road Xuhui Qu | Shanghai | | Shanghai | 200031 | China |
| CC7071.00 | CC292 | Outlet Store, Retail Store | Beijing Premium Factory | 1-117 119, 1-061 F1 Scitech Outlet No. 28 North Xiangjiang Road, Chaoyang District | Beijing | | Beijing | | China |

Dated:  04-April-2019

Page 48 of 112

FM Global

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC7077.00 | CC058 | Retail Store | Changsha Friendship Shop | B1F Friendship Shop, No. 368 Wuyi Road, Furong District | Changsha | | Hunan | 410011 | China |
| CC7082.00 | CC010 | Retail Store | Harbin Charter, Harbin Charter Shopping Centre | Shop 1109, 1/F, No. 106 Anlong Street, No. 1 2nd Section of Renmin South Road Daoli District | Harbin | | Heilongjiang | 150018 | China |
| CC7087.00 | CC016 | Retail Store | Ningbo Heyi Avenue Shopping Center | Shop 1027, Area B, 1/F, No. 66 Heyi Road, Haishu District | Ningbo | | Zhejiang | 315000 | China |
| CC7093.00 | CC269 | Retail Store | Shenyang One Mall | Shop C10, 1F, No. 268, Zhongjie Street, Shenhe District | Shenyang | | | | China |
| CC7095.00 | CC015 | Retail Store | Shijiazhuang Xian Tian Xia | No.326 Zhongshan East Road, Chang An District | Shijiazhuang | | Hebei | 050010 | China |
| CC7097.00 | CC233 | Retail Store | Xia Men Paragon | Shop 130-131,Phase 2, Paragon Center Shopping Mall, No.197 Jiahe Road, Siaming District | Xiamen | | Fujian | 361000 | China |
| CC7436.00 | CC072 | Retail Store | the Mixc | F1 173, Huarun Wanxiang City No. 136 Minzu Avenue, Qingxiu District | Nanning | | Guangxi | 530022 | China |

Dated: 04-April-2019

Page 49 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC7467.00 | CC137 | Distribution Center | Shanghai ICH | No. 3329 Jinqian Rd, (Nanfeng Rd) Fengxian District Tian Wan Logistic Inc. | Shanghai | | Shanghai | 201400 | China |
| CC7548.00 | CC091 | Retail Store | Chengdu IFS | Shop L122, 1/F, Unit L251, 2nd Floor, Chengdu IFS, No.1 section 3, Hongxing Road, Jinjiang District | Chengdu | | Sichuan | 610021 | China |
| CC7549.00 | CC047 | Retail Store | Lanzhou Guofang Department Store | Store 111, 1F, Lanzhou Guofang Department Store, No.4-6 Square south Road, Chengguan District | Lan Zhou | | Gansu | 730000 | China |
| CC7550.00 | CC078 | Retail Store | Tianjin Lotte Dept. Store Culture Center Store | Unit 1-L-014, Culture Center Store, Lotte Department Store, No. 9 Leyuan Road | Tian Jin | | Tianjin | 300000 | China |
| CC7551.00 | CC236 | Retail Store | | Shop 1A03,2A03, ChangAn International Wangfujing Department Store, Nanguanzheng Street, Beilin District | Xian | | Shaanxi | 710000 | China |

Dated: 04-April-2019

Page 50 of 112

**FM Global**

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC7580.00 | CC074 | Retail Store | Suzhou Matro - New District | Shop 1027, 1/F, No. 211 Changjiang Road, New District | Suzhou | | Jiangsu | 150000 | China |
| CC7581.00 | CC102 | Retail Store | Taiyuan Wangfujing | 1F, Wangfujing Shopping Mall, No. 99 North Qinxian Avenue | Taiyuan | | Shanxi | 030000 | China |
| CC7632.00 | CC062 | Retail Store | Hefei Intime Centre | Shop 112, 1/F, No. 98 Middle Changjiang Road | Hefei | | Anhui | 465555 | China |
| CC7646.00 | CC230 | Retail Store | Urumqi Maison Mode | Shop MN-109, North Youhao Road, Shayibake District | Urumqi | | Xinjiang | 830000 | China |
| CC7649.00 | CC021 | Retail Store | Wuxi Yaohan | Shop A127, 1st Floor, Block A, No.168, Zhongshan Road, Chong'an District | Wuxi | | Jiangsu | 214001 | China |
| CC7939.00 | CC131 | Retail Store | West Outlets Shopping Plaza | C2-101,C2-102,C2-103 F1 No. 36 Shuangyuan Road, Dongling District | Shenyang | | Liaoning | 110170 | China |
| CC7941.00 | CC130 | Retail Store | Shenyang Scitech Premium Outlet Mall | F1 183,184 No. 51 Panlong Avenue , Huangpo District | Wu Han | | Hubei | 430312 | China |
| CC8047.00 | CC100A | Retail Store | Beijing Lafayette Men's, Galeries Lafayette | Unit 148, Shop L2-2.52, Shop L1-1.13, No.110 North Avenue, Xidan District | Beijing | | Beijing | 100000 | China |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC8053.00 | KSCC271 | Outlet Store | The Florentia Village, Tianjin Wuqing Outlet Men's, Tianjin Wuqing Outlet | Shop 200 & 201, 1F, Florentia Village, North of Qianjin Road | Tianjin | | Tianjin | 301700 | China |
| CC8247.00 | CC128 | Retail Store, Outlet Store | Bejing China World, Ningbo Shanjing Outlet Mall | Shanjing Outlet Plaza, No. 555 Qiushi Road, Yinzhou district | Ning bo | | Zhejiang | 315100 | China |
| CC8269.00 | CC127 | Retail Store, Outlet Store | Shanjing Outlets Plaza, Times Outlets | 1200-1203, A District, F1 No. 633 Shuangnan Avenue, Shuangliu Town | Chengdu | | Sichuan | 610200 | China |
| CC8557.00 | CC143 | Retail Store | Zhengzhou David City | F1 1021 Dannies David Erqi Road | Zhengzhou | | Henan | 450000 | China |
| CC8615.00 | CC064 | Retail Store | Kunming Shuncheng Shopping Mall | Shop T-126 & T-127, F/1, No. 11 DongFeng West Road | Kunming | | Yunnan | 650032 | China |
| CC8616.00 | KSCC123 | Outlet Store | Mega Mills | 5999 Middle Jiasong Road | Shanghai | | Shanghai | 201703 | China |
| CC8617.00 | CC147 | Retail Store | Shanghai Daimaru | No.228, East Nanjing Road, Huangpu District | Shanghai | | Shanghai | 200003 | China |
| CC8618.00 | CC138 | Retail Store, Outlet Store | Shanghai Florentia Village, Suzhou Village | Unit H10, No. 969,Wei Ting Yang Cheng Huan Rd, Industrial Park | Suzhou | | Jiangsu | 215021 | China |
| CC8684.00 | KSCC018 | Retail Store | Sino-Ocean Taikoo Li - 1 | No.8 Zhongshamao Street | Chengdu | | Sichuan | | China |

Dated:  04-April-2019

Page 52 of 112

**FM Global**

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC8754.00 | STCC001 | Retail Store | Beijing Badaling Outlet | Chenzhuang, Nankou Town, Changping District | Beijing | | Beijing | | China |
| CC8986.00 | KSCC024 | Retail Store | Joy City | Shanghai Joy City II, No. 198 North Xizang Road | Shanghai | | Shanghai | 200085 | China |
| CC8987.00 | CC214 | Retail Store | Nanjing East Outlet | 1 Linquan Road, Guozhuang, Jurong, Zhenjiang City | Nanjing | | Jiangsu | 210000 | China |
| CC9022.00 | CC028 | Retail Store | Hangzhou Intime Department Store (Wulin) | 1A-07, 1/F, No. 530 Yan'an Road Yintai Wulin Department Store | Hangzhou | | Zhejiang | 310006 | China |
| CC9187.00 | C270A | Outlet Store | Shanghai Florentia Village Outlet | Shop D15-17,1F, Shanghai Florentia Village Outlet, Huazhou Road, Pudong New District | Shanghai | | Anhui | | China |
| CC9189.00 | CC204 | Retail Store | Guangzhou Panyu | No.383, North Panyu Avenue, Nancun, Panyu District | Guangzhou | | Guangdong | 510000 | China |
| CC9190.00 | KSCC026 | Outlet Store | Shanghai Village | No. 88 East Shendi Road | Shanghai | | Shanghai | 200120 | China |
| CC9202.00 | CC298 | Outlet Store | Chongqing Outlet | No. 1 Outlets Road, North Area of Chongqing New North Zone | Chongqing | | Chongqing | | China |
| CC9203.00 | CC215 | Retail Store | Nanjing Sasseur Outlet Pop Up | Shop 1-C04, No.12, Zhoudong Road, East Mozhou Road, Jiangning District | Nanjing | | Jiangsu | 210000 | China |

Dated: 04-April-2019

Page 53 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | Street Address / County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC9266.00 | CC171 | Retail Store | Tianjin Wuqing Outlet | F1 C No.9 East South Four Rings Road, Zhaoyang District | Beijing | | Beijing | 657000 | China |
| CC9267.00 | CC136 | Retail Store | Tianjin Wuqing Outlet Men's | F1-A02 & A03, Building 3, Liba Village, No. 6, Yuesheng Road, Fangshan District | Changyang | | Beijing | 102400 | China |
| CC9268.00 | CC133 | Retail Store | Scitech Premium Outlet Mall | No.98, North Huanhe Road, Longgang District | Tianjin | | Tianjin | 518100 | China |
| CC9269.00 | CC022 | Retail Store | Shanghai HK Plaza | NL1-13-15, 1/F & NL2-01, 2/F, North HK Plaza, No. 282 Central Huaihai Road, Luwan District | Shanghai | | Shanghai | 200021 | China |
| CC9271.00 | CC168 | Retail Store | Suzhou Village Outlet | A1112, A1113, A1114, A1115 Dalian Outlet Xianglujiao Logistic Park, Xigang District, Tianjin | Suzhou | | Jiangsu | 215000 | China |
| CC9272.00 | CC135 | Retail Store | Beijing Capital Outlets | Shop A3-105, No. 18-28 Xiqin Road | Wuxi | | Jiangsu | 214028 | China |
| CC9274.00 | CC185 | Retail Store | Nanjing Bailian Outlet | G13,G14,G15, No. 28 Shugang Road, Guicheng Street Florentia Village | Foshan | | Guangdong | 528000 | China |

Page 54 of 112

Dated:  04-April-2019

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC9276.00 | CC155 | Retail Store | Beijing SKP Outlet | No.19, West Qianwei Road | Kunming | | Yunnan | 650228 | China |
| CC9432.00 | CC295 | Retail Store | Chongqing MixC | 1/F, Chongqing MixC | Chongqing | | Chongqing | | China |
| CC9449.00 | CC101 | Retail Store | Shanghai Global Harbor | F1 L1087-L1089 Universal Port, No. 3300 North Zhongshan Road, Putuo District | Shanghai | | Shanghai | 200063 | China |
| CC9675.00 | CC041 | Retail Store | Beijing Cuiwei Department Store | Store C-22, 1F, No. 33 Fuxing Road, Haidian District | Beijing | | Beijing | 100036 | China |
| CC9684.00 | CC013 | Retail Store | Chengdu Renhe Chuntian Guanghua Store | Shop A-B2, 1/F, Renhe Spring Department Store, Section 2 West 2nd Ring Road, Qingyang District | Chengdu | | Sichuan | 610041 | China |
| CC9730.00 | CC263 | Retail Store | Shanghai Taikoo Hui | L130,No.288 Shimenyi Road,Jingan District | Shanghai | | | | China |
| CC9756.00 | KSCC004 | Office | Shenghui Fashion Co. Ltd. | 13, JiaFu Square Mall 4/F Podium 5 Guihua Road, Futian Free Trade Zone | Shenghui | | Shanghai | 518038 | China |

Dated:  04-April-2019

Page 55 of 112

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|-----------|--------------|------|-------|----------------|------|--------|------------------|-------------|---------|
| CC9757.00 | KSCC005 | Office | Shenghui Fashion - Qingdao Branch | ShengWen International Trade Building No. 187 Heilongjiang Road Chengyang District | Qingdao | | Shandong | 266109 | China |
| CC9950.00 | KSCC268 | Retail Store | Chaoyang Joy City, Beijing Joy City | Shop 45/46, 1/F, Beijing Joy City, No.101 Chaoyang North Road, Chaoyang District,Beijing | Beijing | | Beijing | 100123 | China |
| CCA119.00 | CC200 | Retail Store | Chengdu Lotte Popup | Shop 13, Building 1. No. 1700 North Tianfu Avenue, High Tech Zone | Chengdu | | Sichuan | 610000 | China |
| CCA137.00 | CC209 | Retail Store | Harbin Maple Leaf Outlet Pop Up | Shop A1063、A1064、A10 65、A1066, No.16999, Zhongyuan Avenue, Songbei District | Harbin | | Heilongjiang | 150000 | China |
| CCA363.00 | STCC264 | Retail Store | Chongqing IFS | No.38, JiangBeiCheng Beida Street, Chongqing International Finance Square, Shop No. L313, L324 the third floor | Jiangbei District | | Chongqing | 400000 | China |

Dated:  04-April-2019

Page 56 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA473.00 | CC272 | Retail Store | Guilin Weixiaotang Mall | the first floor Weixiaotang Mall, NO.37 Zhongshanzhong Roud | Guilin | | | | China |
| CCA474.00 | CC275 | Retail Store | Hangzhou tower shopping city | Shop NO.B334, 3F.B floor,Hangzhou tower shopping city | Hangzhou | | | | China |
| CCA475.00 | CC266 | Retail Store | Jinlin Ouya | No. 6, East Liberation Road, Changyi District | Jilin | | | | China |
| CCA476.00 | CC277 | Outlet Store | Nanchang Shanshan Outlet Pop Up | Shop NO.1-1015/1-1016/1-1017, 1F,Shanshan Outlet Pop Up, NO.3388,Jiulong Road,Honggu beach New District | Nanchang | | | | China |
| CCA477.00 | CC262 | Retail Store | Shenzhen Haiya Mega Mall | L126 the first floor Haiya mega mall,NO.99 Jianan 1 Road,Baoan 5 District | Shenzhen | | | | China |
| CCA484.00 | CC274 | Outlet Store | Taiyuan Shanshan Outlet Pop Up | Shop NO.E-122/E-123/E-124, 1F,Shanshan Outlet Pop Up | Taiyuan | | | | China |

Page 57 of 112

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA485.00 | STCC019 | Retail Store | Yantai Zhenhua Shopping Mall | 1F, Zhenhua Shopping Mall, No.39 Western Street, Zhifu District, Yantai | Yantai | | | | China |
| CCA486.00 | CC190 | Retail Store | BJ Shuang An | 1F, NO.38 Beisanhuan Xilu, Haidian District | Beijing | | Beijing | 100000 | China |
| CCA487.00 | CC194 | Retail Store, Outlet Store | Beijing Surprise Outlet Pop Up, Surprise Outlet | Shop B-80&81, No.1 East, Forrest Park, Jin zhan County, Chaoyang District | Beijing | | Beijing | 100000 | China |
| CCA488.00 | CC197 | Retail Store | Beijing Wangfujing | Zone A, Beijing Department Store, No.255 Beijing Wangfujing Street, Dong Cheng District | Beijing | | Beijing | 100000 | China |
| CCA489.00 | STCC004 | Retail Store | Beijing Shuang'an Mall | No.39, West Road of North Third Ring Road, Haidian District | Beijing | | Beijing | | China |
| CCA490.00 | CC240 | Office | DG | 3/F, Zone D, 3rd Building, Guanghui Industria Area, Dong Cheng Technology Park | DongGuan | | Beijing | 100000 | China |
| CCA492.00 | CC024 | Retail Store | Tianjin Isetan | 1/F, Isetan, Block C, Modem City, No. 108 Nanjing Road, Heping District | Tian Jin | | Tianjin | 300050 | China |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA493.00 | CC081 | Retail Store | Tianjin G•YuanBao Binhai International Shopping Center | Shop 1109, 1F, 19 Huanghai Road, TEDA | Tianjin | | Tianjin | 300456 | China |
| CCA496.00 | CC140 | Retail Store | Tianjin Airport T2 | 7#-1,T2, Binhai International Airport, Dongli District | Tianjin | | Tianjin | 300300 | China |
| CCA497.00 | CC014 | Retail Store | Shijiazhuang Beiguo Commercial Building | F1 Beiguo Department Store, No. 188 East Zhongshan Road, Qiaodong District | Shijiazhuang | | Hebei | 050011 | China |
| CCA498.00 | CC226 | Retail Store | Tang Shan Zhenhua | No.45 West Xinhua Street | Tangshan | | Hebei | 063000 | China |
| CCA499.00 | CC118 | Retail Store | Xingtai Beiguo Shopping Mall | 1F Shop M-04, No.188 West Zhongxing Street | Xingtai | | Hebei | 054000 | China |
| CCA500.00 | CC109 | Retail Store | Datong Parkson | F1 Kaideshijia Squrare, West side of South Yongtai Road | Datong | | Shanxi | 037008 | China |
| CCA501.00 | CC099 | Retail Store | Xian Century Ginwa Times Square Shopping Plaza | No. 336 Huancheng South Road, Beilin District | Xi'an | | Shanxi | 710065 | China |
| CCA502.00 | CC160 | Retail Store | Baotou Wangfujing | Baotou Wangfujing, No.69 Steel Street, Kun Area | Baotou | | Neimenggu | 014000 | China |
| CCA503.00 | CC059 | Retail Store | Victory International Plaza | Shop L004, F1, No. 8 Xinhua East Street | Hohhot | | Neimenggu | 010010 | China |

FM Global

Dated:  04-April-2019

Page 59 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA504.00 | CC040 | Retail Store | Anshan New Mart | Shop A-02 & A-03, F1, No. 42 Shengli Road South, Tiedong District | Anshan | | Liaoning | 114001 | China |
| CCA505.00 | CC019 | Retail Store | Dalian Mykal | No.57 Qingni Street, Zhongshan District | Dalian | | Liaoning | 116101 | China |
| CCA507.00 | CC202 | Retail Store | Dalian Hang Lung | Shop 158-159, No. 66 Wusi Road, Xigang District | Dalian | | Liaoning | 116000 | China |
| CCA508.00 | CC075 | Retail Store | Changchun Ouya Commercial Capital | No. 1128 Gongnong Road, Chaoyang District | Changchun | | Jilin | 130021 | China |
| CCA509.00 | CC210 | Retail Store | Harbin Shanshan Outlet Pop Up | Shop A13500 + B13800, No.555, Limin Avenue, Songbei Limin Development Zone | Harbin | | Heilongjiang | 150000 | China |
| CCA510.00 | CC221 | Retail Store | Shanghai Yi Ou Lai Village | Unit J3, International Tourist Holiday Zone | Pudong | | Shanghai | 200120 | China |
| CCA515.00 | CC004 | Retail Store | Changzhou Time fortune Plaza | F1 A02 Taifu Department Store, No. 95-97 West Yanling Road, Tianning District | Changzhou | | Jiangsu | 213001 | China |
| CCA516.00 | CC114 | Retail Store | JiangYin Springland Department Store | No. 18, Middle Renmin Road | Jiangyin | | Jiangsu | 214431 | China |
| CCA517.00 | CC216 | Retail Store | Nanjing Bailian Outlet Pop Up | Shop 3-1-01, No.99, Shengyang Avenue, Jiangning District | Nanjing | | Jiangsu | 210000 | China |
| CCA518.00 | CC217 | Retail Store | Nantong Yaohan | 1/F, No. 47, Middle Ren Min Road | Nantong | | Jiangsu | 226000 | China |

Dated:  04-April-2019

Page 60 of 112

**FM** Global

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA519.00 | CC225 | Retail Store | Taizhou Golden Eagle | Shop A21, East 18 Dongjin Road, Hailing District | Taizhou | | Jiangsu | 225300 | China |
| CCA520.00 | CC098 | Retail Store | Wuxi Center 66 | Shop 132-1, 1F Hunglung Plaza, No. 139 Middle Renmin Road, Chongan District | Wuxi | | Jiangsu | 214001 | China |
| CCA521.00 | CC067 | Retail Store | Xuzhou Golden Eagle | 1F, No. 2 North Zhongshan Road, Great Eagle International Shopping Centre | Xuzhou | | Jiangsu | 221002 | China |
| CCA522.00 | CC111 | Retail Store | Yancheng Golden Eagle | Shop A40, Golden Eagle shopping mall, No.169 Middle Jianjun Road | Yancheng | | Jiangsu | 224001 | China |
| CCA523.00 | CC070 | Retail Store | Yangzhou Golden Eagle International Shopping Center | No. 120 South Wenhe Road | Yangzhou | | Jiangsu | 225001 | China |
| CCA524.00 | CC238 | Retail Store | Zhang Jiagang Mambat | Shop1127, 1/F, No 88 Hexi Road | Zhangjiaguang | | Jiangsu | 212000 | China |
| CCA525.00 | CC104 | Retail Store | Zhenjiang Yaohan | No. 288, Zhongshan Road(East) | Zhenjiang | | Jiangsu | 315040 | China |
| CCA526.00 | CC089 | Retail Store | Huzhou Zhebei Shopping Center | Shop A13, 1st Floor, 659-697 South Street, Zhebei Mansion | Huzhou | | Zhejiang | 313000 | China |

Dated:  04-April-2019

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA529.00 | CC120 | Retail Store | Shaoxing Datong Shopping Center | F1 23, No. 689 Shimin Avenue, Baiguan Street, Shangyu District | Shaoxing | | Zhejiang | 312300 | China |
| CCA530.00 | CC108 | Retail Store | Time Square Shopping Center | Times Square, No. 288 Chezhan Avenue | Wenzhou | | Zhejiang | 325000 | China |
| CCA531.00 | CC211 | Retail Store | Hefei Sasseur Outlet | B01-03, Changning Avenue, Gaoxin District | Hefei | | Anhui | 230000 | China |
| CCA532.00 | CC161 | Retail Store | Beiguo Future Plaza | F1 G2 Chaoyang North Street, Baoding | Heifei | | Anhui | 230000 | China |
| CCA534.00 | CC046 | Retail Store | Xiamen Zhongshan PCD | 1F, No.76-132 Zhongshan Road, Siming District | Xiamen | | Fujian | 360001 | China |
| CCA535.00 | CC203 | Retail Store | Dezhou DPS | 1F, No.118, Middle Hubin Avenue | Dezhou | | Shandong | 253000 | China |
| CCA536.00 | CC189 | Retail Store | Beijing SKP Outlet Men's | A -19 Store F1 Zhenhua Department Stall No. 36 Jinan Road | Dongying | | Shandong | 257000 | China |
| CCA537.00 | CC042 | Retail Store | Jinan Hunglung | Shop 102, 1F, No. 188 Quancheng Road | Jinan | | Shandong | 250011 | China |
| CCA538.00 | CC077 | Retail Store | Yantai World Square Zhenhua Boutique Mall | 1F-B06, 39th West Main Street, Zhifu District | Yantai | | Shandong | 265500 | China |
| CCA539.00 | CC148 | Retail Store | QingDao Mixc | G102&L102,QingDao Mixc, Shi Nan Qi | Qingdao | | Shandong | 266000 | China |

Dated:  04-April-2019

Page 62 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA540.00 | CC231 | Retail Store | Weifang Zhongbai DPS | 1/F, Weifang DPS, No 233 West Shengli Steet | Weifang | | Shandong | 261000 | China |
| CCA541.00 | CC076 | Retail Store | Weihai Zhenhua Department Store | A13, 1/F, No. 89 Xinwei Road, Huancui District | Weihai | | Shandong | 264200 | China |
| CCA542.00 | CC106 | Retail Store | Lotte Department Store | Lotte Department Store WeGo Plaza, No.17-4 Xinwei Road, Huancui Zone | Weihai | | Shandong | 264200 | China |
| CCA543.00 | CC079 | Retail Store | Chengdu Wangfujing Shopping Mall | Shop L01-001, 1/F, No.2 Middle Kehua Road, Wuhou District | Chengdu | | Sichuan | 610021 | China |
| CCA544.00 | CC278 | Retail Store | Chongqing SKP | Shop NO.01028–1, 1F,Chongqing SKP,NO.99,Jiazhou Road,Longxi Street,Yubei District | Chongqing | | | | China |
| CCA545.00 | CC276 | Retail Store | Fuzhou DongBai DPS | Shop NO.A1F-A31, 1F,DongBai DPS,NO.84,817 north Road,Gulou District | Fuzhou | | | | China |
| CCA547.00 | CC239 | Retail Store | Zhengzhou Shanshan Outlet | No.406 Zhengkai Avenue, Zhongmou County | Zhengzhou | | Henan | 450000 | China |
| CCA548.00 | CC084 | Retail Store | Wuhan Chicony Square, Chicony Square | Shop 1020, F1, No.6 Luoyu Road, Hongshan District | Wuhan | | Hubei | 430022 | China |

Dated: 04-April-2019

Page 63 of 112

FM Global

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA551.00 | CC083 | Retail Store | Changsha Wangfujing | F1, No. 27 Middle Huangxing Road | Changsha | | Hunan | 410000 | China |
| CCA552.00 | CC112 | Retail Store | Changsha Kaifu Wanda Plaza | Shop1F-21, No.589 Zhongshan Road, Kaifu District | Changsha | | Hunan | 410007 | China |
| CCA553.00 | CC198 | Retail Store, Outlet Store | Changsha Times Outlet | Shop E117-119, North Europe Road 168, Jinzhou Industrial Zone | Changsha | | Hunan | 410000 | China |
| CCA554.00 | CC199 | Retail Store | Changsha Hisense, Hisense Plaza - 1 | Shpp107, No.36 Middle Xiangjiang, Tianxin District | Changsha | | Hunan | 410000 | China |
| CCA555.00 | CC223 | Retail Store | Shenzhen Maoye | Shop 102, 1F, No. 2009 North Huaqiang Road,Futian District | Shenzhen | | Guangdong | 518000 | China |
| CCA556.00 | CC206 | Retail Store | Haikou Seaview | Shop 1-11, 1/F, No.8, East Haixiu Road, Meilan District | Haikou | | Hainan | 570100 | China |
| CCA557.00 | CC207 | Retail Store | Haikou Wanning Shouchuang Outlet Pop Up | Shop F1-B01, Capital Outlet, Lianxing Avenue, Liji Town | Wanning | | Hainan | 571500 | China |
| CCA558.00 | CC045 | Retail Store | Chengdu Mixc Mall | Store 178, 1F,No.8, Shuangqing Road | Chengdu | | Sichuan | 610058 | China |
| CCA560.00 | CC071 | Retail Store | Guiyang Modern Capital Plaza | No.1 North Zhonghua Road | Gui Yang | | Guizhou | 550001 | China |
| CCA561.00 | CC008 | Retail Store | Taiyuan Tianmei | 107 Taiyuan Tianmei Xintiandi No. 113 Changfeng Street, Xiaodian District | Tai Yuan | | Shaanxi | 250011 | China |

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA562.00 | CC234 | Retail Store | Xian City On CA | Shop 022-023, Weiyang Economic Technology Development Zone | Xian | | Shaanxi | 710000 | China |
| CCA563.00 | CC235 | Retail Store | Xi'an Sean Outlet | Shop 1-112-114, No.11, Zhiyang Square, Phoenix Street, Lin Xuan District | Xian | | Shaanxi | 710000 | China |
| CCA564.00 | CC093 | Retail Store | Xining Wangfujing No. 1 Department Store | Shop J-1, 1F, No. 40 West Street | Xining | | Qinghai | 810000 | China |
| CCA565.00 | CC094 | Retail Store | Xining Wangfujing No. 2 Department Store | Shop 1C-04, 1F, No. 1 West Wusi Road | Xining | | Qinghai | 810008 | China |
| CCA566.00 | CC103 | Retail Store | Yinchuan Xinhua Department Store | Shop X1F-23, 1F, No. 97 East Xinhua Street | Yinchuan | | Ningxia | 750000 | China |
| CCA567.00 | CC181 | Retail Store | Urumqi Maison Mode | F1 Middle Square New Century Square, Handan | Urumqi | | Xinjiang | 830000 | China |
| CCA579.00 | CC273 | Retail Store | Liu Zhou Mall | 2 Longcheng Road | Shenzhen | | | | China |
| CCA580.00 | CC224 | Retail Store | Shijiazhuang Beiguo Outlet | No. 1 Lvdao Road | Shijiazhuang | | Hebei | 050000 | China |
| CCA581.00 | CC213 | Retail Store | Luoyang Wangfujing | No. 429, Middle Zhong Zhou Road | Luoyang | | Henan | 471000 | China |
| CCA582.00 | CC026 | Retail Store | Chengdu Wangfujing Departmenet Store | 1/F, Wangfujing Department, No. 15 Zongfu Road, Jinjiang District | Chengdu | | Sichuan | 610016 | China |

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA583.00 | CC205 | Retail Store | Guiyang Modern Capital Estee | 42 Shi Nan Road, Poly International Plaza | Gui Yang | | Guizhou | 550000 | China |
| CCA607.00 | KSCCC029 | Retail Store | IFS, Changsha IFS | 187 Jiefang West Road, Shop L159, Level 1 | Changsha | | Hunan | 410005 | China |
| CCA631.00 | CC281 | Retail Store | Xi'an SKP Men's, Xi'an SKP Women's, Xi'an SKP | Changan north road NO. 261 | Xian | | Shanxi | | China |
| CCB233.00 | CC290 | Outlet Store | Jinan Bailian Outlet | Jinan Bailian Outlet | Jinan | | | | China |
| CCB273.00 | CC294 | Outlet Store | Changchun Wangfujing Outlet | Shop F1-A-026/027/028/029, NO.388 Yongshun Road, Changchun | Changchun | | | | China |
| CCB274.00 | CC062A | Retail Store | Shantou Chicony | No. 98 Changping Road | Jinping | | | 515100 | China |
| CCB275.00 | CC293 | Retail Store | Liaocheng Zhenhua | Shop A03, 1F, NO.66 North Liuyuan Road, Liaocheng | Liaocheng | | | | China |
| CCB276.00 | CC285 | Outlet Store | Wuhan Florentia Village | 1F, Wuhan Florentia Village | Wuhan | | | | China |
| CCB277.00 | CC286 | Retail Store | Xian Saga | No. 123 Chang'an mld- Road | Xi'an | | | | China |
| CCB278.00 | CC296 | Retail Store | Zhengzhou Grand Emporium | Shop L157, NO1 West Huayuan Road, Zhengzhou | Zhengzhou | | | | China |
| CCB279.00 | CC291 | Outlet Store | Shenyang Xinglong Outlet Pop Up | Shenyang Xinglong Outlet Mall,No.5 Yingpan North street | Shenyang | | Liaoning | | China |

Dated:  04-April-2019

Page 66 of 112

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCB280.00 | CC289 | Outlet Store | Changchun Sasseur Outlet Pop Up | Changchun Sasseur mall,no.4802 people's street | Changchun | | Jilin | | China |
| CCB281.00 | KSCC020 | Retail Store | Suzhou Tower | No. 372 Renmin Road | Suzhou | | Jiangsu | 215007 | China |
| CCB282.00 | CC280 | Outlet Store | Hangzhou Shouchuang Outlet Pop Up | Jiangbin East avenue no.889 Shouchuang Outlet | Hangzhou | | Zhejiang | | China |
| CCB283.00 | STCC014 | Retail Store | Ningbo Heyi | Shop 1033 , one floor, Haishu District, Zhejiang Ningbo, and Yi Lu shopping Center | Ningbo | | Zhejiang | | China |
| CCB284.00 | KSCC022 | Retail Store | Baida Gulou Center | No. 96 Suzhou Road | Hefei | | Anhui | 230001 | China |
| CCB285.00 | CC282 | Retail Store | Fuzhou Wangfujing No.1 | F1, No. 128 Wusi Road | Fuzhou | | Fujian | | China |
| CCB286.00 | KSCC025 | Retail Store | The Mixc | Mixc, No. 10 Shandong Rd | Qingdao | | Shandong | 266071 | China |
| CCB287.00 | CC279 | Retail Store | Zibo Inzone | 1F Zibo Inzone zhangdian district no.128 | Zibo | | Shandong | | China |
| CCB288.00 | CC287 | Retail Store | Changshao IFS | L136B, Changsha IFS, Dongpailou | Changsha | | Hunan | | China |
| CCB289.00 | KSCC015 | Retail Store | Coastal City | No.33 Wenxinwu Road | Shenzhen | | Guangdong | 518054 | China |
| CCB290.00 | KSCC013 | Retail Store | Far Eastern Dept. Store | 10 Beicheng Tianjie St | Chongqing | | Chongqing | | China |
| CCB291.00 | CC283 | Outlet Store | Chengdu Florentia Village | 3F,Pingan road no.6 | Chengdu | | Sichuan | | China |

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCB292.00 | CC284 | Retail Store | Erdos Shopping Center | No. 2 South Dalate Road | Ordos | | Ningxia | | China |
| CH0326.00 | CH04 | Retail Store | Taichung Chung Yo | 161 Sun Ming Road, 1F Section 3 Building B | TaiChung | | Taichung | 40446 | Taiwan |
| CH0692.00 | CH07 | Retail Store | Sogo Taichung | 299 Taichung Port Road, 1F Section 1 | TaiChung | | Taichung | 40353 | Taiwan |
| CH1133.00 | CH14 | Retail Store | Mitsukoshi Tainan | 658 Simen Road, 1F | Tainan | | Tainan | 70059 | Taiwan |
| CH1155.00 | CH08 | Retail Store | Mitsukoshi Nanking | 12 Nanjing West Road, 1F | Taipei | | Taipei | 10444 | Taiwan |
| CH1438.00 | CH12 | Retail Store | Mitsukoshi Taichung, Mitsukoshi Taichung (Men's) | 2F., 5F No.301, Sec. 3, Taiwan Blvd., Xitun Dist. | TaiChung | | Taichung | 40756 | Taiwan |
| CH1444.00 | CH19 | Retail Store | Far Eastern Hsinchu | 323 Xida Road, 1F, East District | HsinChu | | Hsinchu | 30041 | Taiwan |
| CH1525.00 | CH17 | Retail Store | Hanshin Zouying | 777 Bo'ai 2nd Road, 1F | KaoHsiung | | Kaohsiung | 81355 | Taiwan |
| CH1558.00 | CH03 | Retail Store | Taipei 101 Tower | 7 Xin Yi Road, 2F, Section 5 | Taipei | | Taipei | 11049 | Taiwan |
| CH1820.00 | CH25 | Retail Store | E-DA Outlet Mall | 12 Xuecheng Road, Section 1 Dashu District, 2F | KaoHsiung | | Kaohsiung | 84048 | Taiwan |
| CH1837.00 | CH21 | Retail Store | Uni-Hankyu Kaohsiung | 789 Zhonghua 5th Road, 1F Qian Zhen District | KaoHsiung | | Kaohsiung | 80674 | Taiwan |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CH1861.00 | CH12B | Outlet Store, Retail Store | TW Mitsui Outlet Park Taichung Port, Far Eastern Taichung Temp | 2F, NO.251, SEC. 3, TAIWAN BLVD | Taichung | | Taichung | | Taiwan |
| CH1881.00 | CH24 | Retail Store | Far Eastern Banciao | 28 Xinzhan Road Banqiao District | New Taipei City | | Taipei | 22041 | Taiwan |
| CH1892.00 | CH02 | Office | Office | 1 Songzhi Road, 22F Xinyi District | Taipei | | Taipei | 11047 | Taiwan |
| CH1911.00 | CH22 | Retail Store | Sogo BR 4 | 300 Zhongxiao East Road Section 3 | Taipei | | Taipei | 10654 | Taiwan |
| CH1913.00 | CH01 | Distribution Center | Taiwan ICH | No.53, Hou-Shen Rd., Luchu, Tao Yuan County | Tao Yuan | | Taoyuan | | Taiwan |
| CH2034.00 | KSCH02 | Retail Store | Breeze - Xin Yi | No.68, Sec. 5, Zhongxiao E. Rd. | Taipei | | Taipei | | Taiwan |
| CH2123.00 | CH27 | Retail Store | Hsinchu Big City | No.239, Zhongyang Road East District | Hsinchu City | | Hsinchu | 30041 | Taiwan |
| CH2124.00 | CH15 | Retail Store | Mitsukoshi Zuoying | 123 Gaotie Road, 1F | KaoHsiung | | Kaohsiung | 81365 | Taiwan |
| CH2125.00 | CH18 | Retail Store | Far Eastern Kaohsiung | 21 Sanduo 4th Road, 1F | KaoHsiung | | Kaohsiung | 80247 | Taiwan |
| CH2126.00 | CH29 | Outlet Store | Taimall | 1F, No. 112, Sec. 1, Nankan Road Luzhu Township | Taoyuan | | Taoyuan | 338 | Taiwan |
| CH2127.00 | CH32 | Outlet Store | TW Taoyuan Gloria Outlets | 1F, No. 189, Chunde Road Zhongli District | Taoyuan | | Taoyuan | 320 | Taiwan |
| CH2128.00 | CH26 | Retail Store | Far Eastern Taoyuan | No.20, Zhongzheng Road | Taoyuan City | | Taoyuan | 330 | Taiwan |

Dated:  04-April-2019

Page 69 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CH2129.00 | CH05 | Retail Store | Sogo Zhongli | No. 357, Yuan Hua Road, 1F | Zhong Li City | | Taoyuan | 111 | Taiwan |
| CH2130.00 | CH06 | Retail Store | Sogo Tienmu | 777 Zhong Shan North Road 1F, Section 6 | Taipei | | Taipei | 11152 | Taiwan |
| CH2133.00 | CH23 | Retail Store | Dayeh Takashimaya | 55 Zhongcheng Road, 1F Section 2 Shilin District | Taipei | | Taipei | 11148 | Taiwan |
| CH2134.00 | CH28 | Retail Store | Mitsukoshi Tienmu | Store: No. 68, Tienmu East Road | Taipei | | Taipei | 111 | Taiwan |
| CH2135.00 | CH31 | Retail Store | TW Taipei Q Square Temp | No. 1, Sec. 1, Chengde Road Datong District | Taipei | | Taipei | 103 | Taiwan |
| CH2381.00 | KSCH01 | Outlet Store | Mitsui Outlet Park Linkou | No. 356, Section 1, Wenhuasan Road | Taipei | | Taipei | | Taiwan |
| CH2382.00 | KSCH22 | Retail Store | SOGO - Fuxing Store,Taipei | No. 300, Sec. 3, Jhongsiao East Road 3/f, Fu-Xing Branch | Taipei | | Taipei | | Taiwan |
| CI0244.00 | STSP07 | Office | Elda | Poligono Salinetas, Seven St | Spain | | Las Palmas | 35214 | Spain |
| EI1218.00 | EI01 | Retail Store | Arnotts | 12 Henry Street | Dublin | | Dublin | | Ireland |
| EI1254.00 | KSEI02 | Retail Store, Outlet Store | Kildare | Kildare Village, Nurney Road | County Kildare | | Kildare | | Ireland |
| FR5527.00 | FR08 | Retail Store | Printemps Louvre | 99 rue de Rivoli | Paris | | Paris | 75001 | France |
| FR7790.00 | FR01B | Retail Store | Printemps Mens, Printemps LGF | 64 boulevard Haussmann | Paris | | Paris | 75009 | France |

Dated: 04-April-2019

Page 70 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| FR8793.00 | FR05 | Retail Store | GL Womens, Galeries Lafayette | Reception Mogador 12 rue de Mogador | Paris | | Paris | 75009 | France |
| FRA772.00 | FR09 | Outlet Store | La Vallee | 3 Cours de la Garrone La Vallee Shopping Centre | Serris | | Seine-et-Marne | 77700 | France |
| FRA905.00 | FR07 | Retail Store | RSH | 372-374 Rue Saint Honroe | Paris | | Paris | 75001 | France |
| FRE332.00 | STFR02 | Retail Store | Paris - St Honore' | 342 Rue Saint Honore | Paris | | Paris | 75001 | France |
| FRE333.00 | STFR01 | Retail Store | St Tropez | 11 rue des Commercants | St Tropez | | Var | 83990 | France |
| FRG202.00 | FR11 | Retail Store | Les Terraces du Port | Unit 271, Centre commercial les Terrasses du Port | Marseille | | | 13002 | France |
| FRH664.00 | FR06 | Retail Store | GL Mens | Rue de la Marne | Paris | | Paris | 75019 | France |
| FRJ044.00 | FR12 | Outlet Store | Provence | Village de la Peronne | Miramas | | | 13140 | France |
| FRJ186.00 | FR03 | Office | Paris Showroom | 3 rue Meyerbeer | Paris | | Paris | 75009 | France |
| FRJ187.00 | STFR07 | Distribution Center | Une Piece en Plus | 12 rue de Rocroy | Paris | | Paris | 75010 | France |
| FRJ188.00 | KSFR03 | Retail Store | | 418 rue Saint Honore | Paris | | Paris | 75008 | France |
| FRJ557.00 | STFR10 | Retail Store | Printemps, France | Rue de Provence, Rayon 112-Code Marque 57 99 | Paris | | Paris | 75009 | France |
| GE6940.00 | GE03 | Outlet Store | Wertheim | Almosenberg Unit 135 | Wertheim a Main | | Baden-Württemberg | 97877 | Germany |

Dated: 04-April-2019

Page 71 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| GE7103.00 | STGE02 | Retail Store | Galeries Lafayette Berlin | Friedrichstr. 76-78 | Berlin | | Berlin | 10117 | Germany |
| GE8117.00 | GE05 | Outlet Store | Zweibruken Factory | Unit 42 Zweibrücken Fashion Outlet | Zweibrücken | | Rheinland-Pfalz | 66482 | Germany |
| GE8614.00 | GE02 | Outlet Store | Ingolstadt | Otto-Hahn-Str. 1 | Ingolstadt | | Bayern | 85055 | Germany |
| GE8419.00 | GE06 | Outlet Store | Wolfsburg Factory | Unit 27 Designer Outlet Wolfsburger Str. | Wolfsburg | | Niedersachsen | 38448 | Germany |
| GEC799.00 | GE01 | Outlet Store | Coach Stores Ltd. | Reutlinger Str. 63 | Metzingen, Württ | | Baden-Württemberg | 72555 | Germany |
| GEE275.00 | GE04 | Outlet Store | Neumunster | Oderstrabe 10, Unit 207-208 | Neumunster | | Schleswig-Holstein | 24939 | Germany |
| GEH258.00 | STGE01 | Retail Store | Frankfurt | Große Bockenheimer Str. 43 | Frankfurt | | Hessen | 60313 | Germany |
| HK0257.00 | HK30 | Retail Store | Hong Kong Times Square | 3/F, Times Square, 1 Matheson Street | Causeway Bay | | | | Hong Kong |
| HK0261.00 | HK29 | Retail Store | Canton Road | Shop G109 & G110 & Façade, 7-25 Canton Road, Harbour City | Tsimshatsui | | Kowloon | | Hong Kong |
| HK0365.00 | HK08 | Retail Store | New Town Plaza | Shop 398, New Town Plaza, 18 Sha Tin Centre St | Hong Kong | | Hong Kong Island | | Hong Kong |
| HK0405.00 | KSHK17 | Outlet Store | Horizon Plaza | 2 Lee Wing Street | Hong Kong | | | | Hong Kong |
| HK0425.00 | HK19 | Retail Store | Moko | Grand Century Place, 193 Prince Edward Road West | Mongkok | | Kowloon | | Hong Kong |

Dated:  04-April-2019

Page 72 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| HK0473.00 | KSHK03 | Office | Kate Spade International Limited | 5F Trade Square 681 Cheung Sha Wan Road | Cheung Sha Wan | | Kowloon | | Hong Kong |
| HK0684.00 | KSHK13 | Retail Store | Ocean Centre | 17 Canton Road | Hong Kong | | Central and Western | | Hong Kong |
| HK0737.00 | HK05A | Retail Store | Sogo CWB Men's, Sogo Causeway Bay, Sogo@CWB | Shop 5-20B, 5/F, Shop G-35A, Ground Floor, Sogo Causeway Bay, 555 Hennessy Road | Causeway Bay | | Hong Kong Island | | Hong Kong |
| HK0743.00 | HK14 | Retail Store | IFC | Shop No.1038, Level One, IFC Mall, 8 Finance Street | Central | | Hong Kong Island | | Hong Kong |
| HK0884.00 | HK09 | Retail Store | Nathan Road | Shop G01, 101 2/F, 118-130 Nathan Road | Hong Kong | | Kowloon | | Hong Kong |
| HK0898.00 | HK06 | Retail Store | Festival Walk | Unit LG2-11 & 13, Level G2, Festival Walk, 80 Tat Chee Ave Kowloon Tong | Hong Kong | | Kowloon | | Hong Kong |
| HK1114.00 | HK28 | Retail Store | Landmark North | 39 Lung Sum Avenue, N.T. | Hong Kong | | New Territories | | Hong Kong |
| HK1409.00 | KSHK15 | Retail Store | Fashion Walk (Flagship) | 11-19 Great George Street | Hong Kong | | | | Hong Kong |
| HK1415.00 | HK13 | Retail Store | City Plaza | Shop 278-9, 2/F Cityplaza, 18 Taikoo Shing Road, Taikoo Shing | Island East | | Hong Kong Island | | Hong Kong |
| HK1420.00 | HK15 | Retail Store | Langham Place | Shop 07 & 08, Level 1, Langham Place, 8 Argyle Street | Mong Kok | | Kowloon | | Hong Kong |

Dated: 04-April-2019

Page 73 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| HK1474.00 | HK16 | Outlet Store | Citygate Women's, Citygate Men's,Citygate Outlet | Unit 246-247, Unit 237-238, Citygate, 20 Tat Tung Road | Tung Chung | | Hong Kong Island | | Hong Kong |
| HK1692.00 | HK27 | Office | CIL-HK office | 15/F, C-Bons International Center, 108 Wai Yip Street | Hong Kong | | Kwun Tong | | Hong Kong |
| HK1715.00 | KSHK09 | Off Site Storage | Damco/Maersk | DD 124, Tin Ha Road, Lau Fau Shan | Hong Kong | | New Territories | | Hong Kong |
| HK1743.00 | HK02 | Distribution Center | Hong Kong ICH | 10/F, Tai Hing Cotton Mill Building, 3 Tsing Yeung Circuit | Tuen Mun | | New Territories | | Hong Kong |
| HK1790.00 | HK03 | Office | HK Office (Harbour City) | Room 3301, 3302-05, 3310-11, 3312-14 on 33/F, Tower 6, The Gateway, Harbour City, Kowloon | Harbour City | | Kowloon | | Hong Kong |
| HK1791.00 | KSHK20 | Retail Store | Sogo@TST, Sogo TST (Sheraton) | Shop G-15 & G-16, Sogo TST, 20 Nathan Road | Hong Kong | | Kowloon | | Hong Kong |
| HK1819.00 | HK12 | Retail Store | Citygate 10/F | Shop 1007, 10th Avenue | Tung Chung | | Hong Kong Island | | Hong Kong |
| HK1820.00 | STHK01 | Office | Hong Kong office | One Island South, 2 Heung Yip Road | Wong Chuk Hang | | Hong Kong Island | | Hong Kong |
| HK1936.00 | HK31 | Outlet Store | HK QRC pop-up store | 20 and 20B Queen's Road Central | Hong Kong | | | | Hong Kong |
| IT3721.00 | IT08 | Retail Store | Bergamo | Unit 2.08 Orio Center | Bergamo | | Bergamo | 24050 | Italy |

Dated: 04-April-2019

**FM Global**

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| IT3812.00 | IT02 | Outlet Store | Fidenza | Via San Michele Campagna Snc Fidenza Village Outlet Shopping Center | Fidenza | | Parma | 43036 | Italy |
| IT3890.00 | IT04 | Retail Store | Florence | Piazza della Republica 46/R/Via degli | Florence | | Firenze | 50123 | Italy |
| IT4291.00 | IT01 | Outlet Store | Castel Romano | Via Ponte di Piscina Cupa, U.166-167 | Castel Romano | | Roma | 00128 | Italy |
| IT4684.00 | IT09 | Outlet Store | Serravalle | Unit L3-L4 Serravalle Scrivia | Serravalle | | Alessandria | 15069 | Italy |
| IT5606.00 | IT12 | Outlet Store | La Reggia Outlet | Unit 154-155, 336 Sannitica | Marcianise | | Caserta | 81025 | Italy |
| IT5607.00 | IT10 | Outlet Store | MG Venice | Unit 170 McArthur Glen Designer Centre | Noventa | | Venezia | 30020 | Italy |
| IT5824.00 | STIT01 | Retail Store | Rome | Via Condotti No. 27 | Rome | | Roma | 00187 | Italy |
| IT5917.00 | IT13 | Outlet Store | Sicilia Outlet Village | Contrada Mandre Bianche SNC Autostrada CT-PA Uscita Ditt | Agira | | Enna | 94011 | Italy |
| IT6057.00 | IT03 | Outlet Store | Leccio | Via Europa 8, 13/A Leccio Reggello | Florence | | Firenze | 50066 | Italy |
| IT6744.00 | STIT04 | Retail Store | Via Saint Andrea | Via St Andrea, 10 | Milan | | Milano | 20121 | Italy |
| IT7550.00 | STIT07 | Distribution Center | International Web | c/o XPO Logistics - Via Liberta' 215 | Bellinzago Novarese | | Novara | 28043 | Italy |
| IT7635.00 | IT11 | Outlet Store | Torino | Unit 4 Torino Outlet Village | Settimo Torinese | | Torino | 10036 | Italy |

Dated: 04-April-2019

Page 75 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A



| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| IT7647.00 | IT06 | Retail Store | | Via Monte Napoleone, 19 | Milan | | Milano | 20121 | Italy |
| IT7897.00 | STTT05 | Distribution Center | Alen Group | Terza Strada 8 | Torino | | Torino | 10040 | Italy |
| JP0295.00 | KSJP85 | Retail Store | K.NaritaDFS | The first Narita International Airport terminal south wing 3F,1-1 Character Imperial Stock Farm, Sanrizuka | Narita | | Chiba | 282-0004 | Japan |
| JP1842.00 | KSJP34B | Retail Store | K.NagoyaTK, K.NagoyaTKRTW, K.NagoyaTKWA | 1F, 3F, 1-1-4, Meieki, Nakamura-ku | Nagoya | | Aichi | 450-6001 | Japan |
| JP1885.00 | JP145 | Retail Store | Kobe Daimaru | Daimaru Department Kobe store 1F, 40 Akashi-cho, Chuo-ku, | Kobe-shi | | Hyogo | 650-0037 | Japan |
| JP1886.00 | JP152A | Retail Store | Abeno Kintetsu Mens, Abeno Kintetsu, K.AbenoKT | Kintetsu Department store Shinkan Honten 2F, 3F Abeno Harukasu Tower, 1-1-43 Abenosuji, | Abeno-ku | | Osaka | 545-8545 | Japan |
| JP1887.00 | JP251 | Retail Store | Shizuoka Matsuzakaya Pop-up | 10-2 Aoi-ku, Miyuki-cho | Shizuoka-shi | | Shizuoka | 420-8560 | Japan |
| JP1888.00 | JP190 | Retail Store | Matsuyama Mitsukoshi | Mitsukoshi Department Matsuyama store, 3-1-1 Ichiban-cho, | Matsuyama-shi | | Ehime | 790-8532 | Japan |

Dated: 04-April-2019

Page 76 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP1890.00 | JP65 | Retail Store | Sagamihara Isetan | Isetan Department Sagamihara store Honkan 2F, 4-4-3 Sagami-Ono | Sagamihara-shi | | Kanagawa | 228-0803 | Japan |
| JP1893.00 | JP58 | Retail Store | Kashiwa Takashimaya | Takashimaya Department Kashiwa store TX-3F, 3-16 Suehiro-cho | Kashiwa-shi | | Chiba | 277-8666 | Japan |
| JP1896.00 | JP17 | Retail Store | Koriyama Usui | Usui Department 1F, 13-1 Naka-machi | Koriyama-shi | | Fukushima | 963-8004 | Japan |
| JP1897.00 | JP135 | Retail Store | Kanazawa Atrio | Korinbo Atrio 1F, 1-1-1 Korinbo, | Kanazawa-shi | | Ishikawa | 920-0961 | Japan |
| JP1902.00 | KSJP178 | Retail Store | K.OkayamaTM, Okayama Tenmaya, Okayama Tenmaya Mens | Tenmanya Okayama store 1F, 4F 2-1-1 Omotecho Kitaku | Okayamashi | | Okayama | 700-8625 | Japan |
| JP1917.00 | JP183 | Retail Store | Tottori Daimaru | Daimaru Tottori 1F, 2-151 Imamachi, | Tottori-shi | | Tottori | 680-8601 | Japan |
| JP1994.00 | JP120 | Outlet Store | Gotemba, O.K.Gotenba | Gotemba Premium Outlet 850, 1312-2320, Fukazawa | Gotemba-shi | | Shizuoka | 412-0023 | Japan |
| JP1995.00 | JP124+ | Outlet Store | Karuizawa, O.K.Karuizawa | Karuizawa Prince Shopping Plaza New West B7,1178-NW 70, Karuizawa-machi, Kitasaku-gun, Nagano | Kitasaku-gun | | Nagano | 389-0193 | Japan |
| JP2134.00 | JP193 | Retail Store | Hakata Canal City | Canal City Hakata North Building 1F, 1-2-22 Sumiyoshi | Fukuoka-shi | | Fukuoka | 812-0018 | Japan |

Dated:  04-April-2019

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP2138.00 | KSJP36 | Retail Store | K.FukuokaIW | 2F, New Building, 2-5-35, Tenjin | Chuo-ku | | Fukuoka | 810-8680 | Japan |
| JP2142.00 | JP26 | Retail Store | Omiya Sogo | Sogo Department Omiya store 2F, 1-6-2, Sakuragi-cho, Omiya-ku | Saitama-shi | | Saitama | 330-9530 | Japan |
| JP2149.00 | JP52 | Retail Store | Futagotamagawa TSC, K.TamagawaTKSC | Tamagawa Takashimaya S・C 3F, 1F, 3-17-1 Tamagawa | Setagaya-ku | | Tokyo | 158-8502 | Japan |
| JP2150.00 | JP160 | Outlet Store | Kobe Marine Pia | 12-2 Kaigandori, Tarumi-ku | Kobe-shi | | Hyogo | 655-0036 | Japan |
| JP2153.00 | JP61 | Retail Store | Chiba Sogo, K.ChibaSogo | Sogo Department Chiba store 1F, 2F, 1000 Shin-machi, Chuo-ku, Chiba-shi, Chiba | Chiba-shi | | Chiba | 260-8557 | Japan |
| JP2154.00 | KSJP177 | Retail Store | K.HiroshimaSogo, Hiroshima Sogo | 1F, Main Building, 6-27, Sogo Department Hiroshima store, Motomachi, Naka-ku | Hiroshima | | Hiroshima | 730-8501 | Japan |
| JP2156.00 | KSJP62 | Retail Store | K.YokohamaSogo, Yokohama Sogo, Yokohama Sogo Mens | B1F, 5F, 2-18-1, Sogo Department Yokohama store, Takasima, Nishi-ku, Yokohama-shi, Kanagawa | Yokohama | | Kanagawa | 220-8510 | Japan |

Dated:  04-April-2019

Page 78 of 112

**Account No. 1-35582**
**Policy No. 1050294**

**SCHEDULE OF LOCATIONS, APPENDIX A**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP2158.00 | JP60 | Retail Store | Ikebukuro Seibu, Ikebukuro Seibu Mens, K.IkebukuroSB | Seibu Department Ikebukuro store, 2F, 1-28-1 Minami-Ikebukuro, Toshima-ku, Tokyo | Toshima-ku | | Tokyo | 171-8569 | Japan |
| JP2161.00 | KSJP77 | Outlet Store | O.K.Makuhari, Makuhari | Coach Factory Garden Walk 1F, 2-6-1, Hibino, Mihama-ku | Chiba | | Chiba | 261-0021 | Japan |
| JP2255.00 | KSJP81 | Retail Store | K.TachikawaIT | 13F 2-5 Akebono cho | Tachikawa-shi | | Tokyo | 190-0012 | Japan |
| JP2258.00 | KSJP104 | Retail Store | Nihonbashi Mitsukoshi Pop-up, K.NihonbashiMK | 1F, Main Building 2F, 1-4-1, Nihombashi-muromachi | Chuo-ku | | Tokyo | 103-0027 | Japan |
| JP2750.00 | KSJP02 | Retail Store | K.SapporoDM | 2F, 4-7, Kita 5-jyo Nishi, Chuo-ku | Sapporo | | Hokkaido | 060-0005 | Japan |
| JP2752.00 | JP63 | Retail Store | Ikebukuro Tobu, Ikebukuro Tobu Mens | Tobu Department Ikebukuro store 2F, 1-1-25 Nishi-Ikebukuro, Toshima-ku, Tokyo | Toshima-ku | | Tokyo | 171-8512 | Japan |
| JP3135.00 | JP25 | Retail Store | Takasaki Takashimaya | Takashimaya Department Takasaki 1F, 45 Asahi-cho | Takasaki-shi | | Gunma | 370-8565 | Japan |
| JP3278.00 | KSJP30 | Retail Store | K.NagoyaMZ | South Building 1F, 3-16-1, Sakae, Naka-ku | Nagoya | | Aichi | 460-8430 | Japan |

Dated: 04-April-2019

Page 79 of 112

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP3282.00 | JP181 | Retail Store | Hiroshima Fukuya, Hiroshima Fukuya Mens | Fukuya Hacchobori store 9F, 6-26 Ebisu-cho Naka-ku, Fukuya Hiroshima Ekimae store 1F, 9-1 Matsubara-cho Minami-ku | Hiroshima-shi | | Hiroshima | 732-8511 | Japan |
| JP3288.00 | JP18 | Retail Store | Morioka Kawatoku | 1-10-1, Saien | Morioka-shi | | Iwate | 020-0024 | Japan |
| JP3291.00 | KSJP196A | Retail Store | K.OitaTokiwa, Oita Tokiwaya | Oita Tokiha Department store 1F, 2-1-4, Funaicho | Oita | | Oita | 870-8688 | Japan |
| JP3301.00 | KSJP200 | Outlet Store | Tosu, Tosu Mens Factory | Tosu Premium Outlet 150, #1700, 8-1 Yayoigaoka | Tosu | | Saga | 841-0005 | Japan |
| JP3350.00 | JP243 | Outlet Store | Okinawa Ashibina, O.K.Ashibinaa | Okinawa Outlet mall ASHIBINA 330, 1-188 Toyosaki | Tomigusuku | | Okinawa | 389-0102 | Japan |
| JP3352.00 | JP253 | Retail Store | Hankyu Men's Osaka, Umeda Hankyu | Hankyu Department Umeda store 1F, 8-7, 7-10 Kakuta-cho, Kita-ku | Osaka | | Osaka | | Japan |
| JP3355.00 | KSJP235 | Retail Store | K.ShinjukuOKY, K.ShinjukuITRTW, Tokyo Isetan, K.ShinjukuIT, Shinjuku Isetan Pop-up | 1F, 2F, Main Building, 3-14-1, Shinjuku | Shinjuku-ku | | Tokyo | 160-0022 | Japan |
| JP3387.00 | JP51 | Retail Store | TOKYO-BAY Lalaport | LalaPort Tokyo-bay North building 1F, 2-1-1 Hama-cho, | Funabashi-shi | | Chiba | 273-8530 | Japan |

Dated:  04-April-2019

Page 80 of 112

Account No. 1-35582
Policy No. 1050294

**FM Global**

# SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP3601.00 | JP24A | Retail Store | Sendai Mitsukoshi, Sendai Mitsukoshi Mens, Sendai Mitsukoshi | Mitsukoshi department Sendai 1F, 4-8-15 Ichiban-cho, Aoba-ku, | Sendai | | Miyagi | 980-8543 | Japan |
| JP3602.00 | JP57 | Retail Store | Yokohama Takashimaya, K.YokohamaTK | Takashimaya Departement Yokohama store 1F, 3F, 1-6-31 Minami Saiwai, Nishi-ku | Yokohama-shi | | Kanagawa | 220-8601 | Japan |
| JP3638.00 | JP05A | Outlet Store | Chitose Mens, Chitose | 1-2-1 Kashiwadai-minami | Chitose-city | | Hokkaido | 066-0009 | Japan |
| JP3671.00 | JP107 | Retail Store | Tokyo Daimaru Mens, Tokyo Daimaru Womens Pop-up, K.TokyoDMSMG | Daimaru Tokyo2F, 1-9-1 Marunouchi | Chiyoda-ku | | Tokyo | 100-6701 | Japan |
| JP3719.00 | JP141 | Retail Store | Kyoto Takashimaya, Kyoto Takashimaya Mens, K.KyotoTK | Department Kyoto store 1F, 4F, 52, Nishiru Shincho, Shijo-dori, Kawaramachi, Takashimaya, Sijyo-dori | Shimogyo-ku | | Kyoto | 600-8520 | Japan |
| JP3723.00 | KSJP142 | Retail Store | K.NambaTK, Osaka, Takashimaya Men's, Osaka Takashimaya | Takashimaya Department Osaka store 2F, H246, 2F, 5-1-5, Namba, Chuo-ku | Osaka | | Osaka | 542-8510 | Japan |
| JP3725.00 | KSJP69 | Retail Store | K.ShibuyaSB | A-3F, 21-1, Udagawa-cho | Shibuya-ku | | Tokyo | 150-8330 | Japan |

Dated:  04-April-2019

Page 81 of 112

Account No. 1-35582
Policy No. 1050294

**FM** Global

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP3726.00 | JP59 | Retail Store | Shinjuku Takashimaya, Shinjuku Takashimaya Mens Pop-up | Takashimaya Department Shinjuku store 2F, 5-24-2 Sendagaya, Shibuya-ku | Shibuya-ku | | Tokyo | 151-8580 | Japan |
| JP3980.00 | JP45--- | Office | Tokyo Office | Roppongi Hills Mori Tower 19th Floor, 6-10-1 Roppongi | Minato-ku | | Tokyo | 106-6119 | Japan |
| JP4003.00 | JP184 | Retail Store | Yonago Takashimaya | 1-30, Kakuban-cho, | Yonago-shi | | Tottori | 683-0812 | Japan |
| JP4206.00 | KSJP237 | Outlet Store | O.K.Nagashima, Nagashima | Mitsui Outlet Park Jazz Dream Nagashima 1F,368-8130, Urayasu, Nagashima-cho | Kuwana | | Mie | 511-1135 | Japan |
| JP4207.00 | JP155B | Retail Store | Rinku Pop-up, Rinku, Rinkuu Mens Factory, O.K.Rinku | Rinku outlet 1135, 1525, 1840 3-28 Ouraiminami, Rinku | Izumisano | | Osaka | 598-8508 | Japan |
| JP4354.00 | KSJP131 | Retail Store | K.EbisuAtre | 4F 1-5-5, Ebisuminami | Shibuya-ku | | Tokyo | 150-0022 | Japan |
| JP4623.00 | JP76 | Outlet Store | Minami-Osawa | Coach Factory La Fete Tama Mianami Osawa 1F, 1-600 Minami Osawa | Hachioji-shi | | Tokyo | 192-0364 | Japan |
| JP4631.00 | JP222 | Outlet Store | Osaka Tsurumi Pop-up | Mitsui Outlet Park Osaka Tsurumi 320, 2-7-70 Matta Omiya, Tsurumi-ku | Osaka | | Osaka | 538-0031 | Japan |

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP4762.00 | KSJP19 | Retail Store | K.KashiwaTK | 4F, Kashiwa Takashimaya Station Mall S Building, 1-1 Suehirocho | Kashiwa | | Chiba | 277-8550 | Japan |
| JP4773.00 | KSJP137 | Retail Store | K.KanazawaForus | 1F, 3-1, Horikawashinmachi, Kanazawa, Ishikawa | Kanazawa | | Ishikawa | 920-0849 | Japan |
| JP4799.00 | KSJP11 | Retail Store | K.GinzaMKRTW, Ginza Mitsukoshi | 1F, 3F, 4-6-16, Ginza | Chuo-ku | | Tokyo | 104-0061 | Japan |
| JP4800.00 | JP11 | Retail Store | Niigata Mitsukoshi | Nagoya Mitsukoshi Department Niigata store 1F, 866 Nishihori Dori 5 ban-cho, Nishobori | Niigata-shi | | Niigata | 951-8061 | Japan |
| JP4802.00 | JP146 | Retail Store | Umeda Daimaru, Umeda Daimaru Men's, K.UmedaDM | Daimaru Department Osaka Umeda store 4F, 3-1-1 Umeda, Kita-ku | Osaka-shi | | Osaka | 530-0001 | Japan |
| JP4902.00 | JP35A | Outlet Store | Iruma Mens, Iruma, O.K.Iruma | Mitsu Outlet Park Iruma #1161, 3169-1 Miyadera | Iruma-city | | Saitama | 358-0014 | Japan |
| JP5561.00 | JP218 | Retail Store | Hamamatsu Entetsu | Entetsu Hyakkaten 2F, 320-2 Sunayama-cho, Naka-ku, | Hamamatsu | | Shizuoka | 430-8588 | Japan |
| JP5562.00 | JP209 | Retail Store | Hakata Daimaru | 1-4-1 Tenjin Chuo-ku | Fukuoka-shi Fukuoka | | Fukuoka | 810-8717 | Japan |
| JP5590.00 | KSJP159 | Outlet Store | O.K.Sanda | Kobe Sanda Premium Outlet #600 7-3-305, Kouzu-dai, Kita-ku | Kobe | | Hyogo | 651-1515 | Japan |

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP5628.00 | JP12 | Retail Store | Akita Seibu | Seibu Department Akita Store 1F, 2-6-1 Nakadori | Akita-shi | | Akita | 010-8505 | Japan |
| JP5634.00 | JP55 | Retail Store | Aqua City Odaiba | Mitsukoshi Aqua City Odaiba, Aqua City Odaiba SR302, 1-7-1 Daiba | Minato-ku | | Tokyo | 195-0091 | Japan |
| JP5638.00 | KSJP17 | Retail Store | K.OmiyaLumine | 2F, Nishiguchi Annex, 630, Nishiki-cho, Omiya-ku | Saitama | | Saitama | 330-0853 | Japan |
| JP5644.00 | JP34 | Retail Store | Tokorozawa Seibu | Tokorozawa Seibu Department store 2F, 12-1 Hiyosi-cho | Tokorozawa-shi | | Saitama | 359-1198 | Japan |
| JP5661.00 | KSJP79 | Retail Store | K.KawasakiLazona, Lazona Kawasaki | 2F, 72-1, Horikawa-cho, Kawasaki-shi, Kanagawa, Horikawa-cho Saiwai-ku | Kawasaki | | Kanagawa | 212-0013 | Japan |
| JP5672.00 | JP137 | Retail Store | Fukui Seibu | 1-8-1 Chuo | Fukui-city Fukui | | Fukui | 910-8582 | Japan |
| JP5673.00 | JP82 | Retail Store | Ebina Marui | 1-6-1 Chuo | Ebina-shi | | Kanagawa | 243-0483 | Japan |
| JP5682.00 | JP115 | Retail Store | Okazaki Seibu | Seibu Department Okazaki store 1F, 38-5 Sotoyama,  Aza, Tosaki-cho | Okazaki-shi | | Aichi | 444-8710 | Japan |
| JP5694.00 | JP248 | Retail Store | Marui Kitasenjyu | Kitasenju Marui 2F, 3-92 Senju | Adachi-ku | | Tokyo | 120-8501 | Japan |

Dated:  04-April-2019

Page 84 of 112

Account No. 1-35582
Policy No. 1050294

FM Global

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP5725.00 | JP47 | Distribution Center, Off Site Storage | E-commerce (DC), DHL/Chiba | GLP Kashiwa 3F, 3-1 Shintoyofuta, | Kashiwa-shi | | Chiba | 277-0804 | Japan |
| JP5899.00 | KSJP126 | Retail Store | K.SendaiPARCO | 2F 3-7, Chuo, Aoba-ku | Sendi-shi | | Miyagi | 980-8450 | Japan |
| JP5900.00 | KSJP31 | Outlet Store | O.K.Sano, Sano Factory Outlet | Sano Premium Outlet #510, 2058-1503, Koena-cho | Sano | | Tochigi | 327-0822 | Japan |
| JP5910.00 | JP161 | Retail Store | Otsu Seibu | Seibu Department Otsu Store 1F, 2-3-1 Nionohama | Otsu-shi | | Shiga | 520-8580 | Japan |
| JP5978.00 | JP102 | Retail Store | Coach Omotesando | 3-6-1, Kita-aoyama | Minato-ku | | Tokyo | 107-0061 | Japan |
| JP6004.00 | JP28 | Retail Store | Urawa Isetan, K.UrawaIT | 1-15-1, Takasago, Urasa-ku | Saitama-shi | | Saitama | 330-0063 | Japan |
| JP6216.00 | JP44 | Outlet Store | Aeon Hanyu | Aeonmall Hanyu Nishimachiku 1F 141, Kawasaki 2-281-3 | Hanyu-shi Saitama | | Saitama | 348-0039 | Japan |
| JP6220.00 | JP56 | Retail Store | Tachikawa Takashimaya | Takashimaya Department Tachiakwa store 2F, 2-39-3 Akebono-cho | Tachikawa-shi | | Tokyo | 190-8507 | Japan |
| JP6222.00 | KSJP21 | Retail Store | K.KitasenLumine | 3F, 42-2, Senjyu-asahi-cho | Adachi-ku | | Tokyo | 120-0026 | Japan |
| JP6224.00 | JP68 | Retail Store | Fujisawa Saikaya | Saikaya Department Fujisawa store 2F, 555 Fujisawashi | Fujisawashi | | Kanagawa | 251-8558 | Japan |

Page 85 of 112

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP6243.00 | JP84 | Retail Store | Ginza Matsuya Mens, Ginza Matsuya | Matsuya Ginza Department Store 2F, 3-6-1 Ginza, Matsuya Ginza | Chuo-ku | | Tokyo | 104-8130 | Japan |
| JP6460.00 | JP203 | Outlet Store | Fukuoka Marinoa City, Fukuoka Marinoa City Mens | Marinoacity Fukuoka Outlet I-104, 1R-121, 2, 12-30 Koto Nishi-ku | Fukuoka-shi | | Fukuoka | 819-0001 | Japan |
| JP6532.00 | JP07A | Outlet Store | Kita Hiroshima, Kita Hitoshima Mens | Mitsui Outlet Park Sapporo Kitahiroshima Mitsui Outlet park 1450, 1080, 3-7-6 Saiwai-cho Omagari | Kitahiroshima | | Hokkaido | 061-1278 | Japan |
| JP6539.00 | JP242 | Retail Store | Iyotetsu Takashimaya | Takashimaya Department Matsuyama store 3F, 5-1-1 Minato-machi, | Matsuyama | | Ehime | 790-8587 | Japan |
| JP6668.00 | JP166A | Outlet Store | Shiga Ryuo Mens, Shiga Ryuo, O.K.ShigaRyuo | Mitsui Outlet Park Shiga Ryuo #1560, 1178-694 Sunayama, Oazayakushiji, Ryuo-cho | Gamo-gun | | Shiga | 520-2551 | Japan |
| JP6710.00 | JP195 | Retail Store | Fukuoka Iwataya | Iwataya Department store 2F, 2-11-1 Tenjin, Chuo-ku, | Fukuoka-shi | | Fukuoka | 810-0001 | Japan |
| JP6816.00 | JP123 | Outlet Store | Toki, O.K.Toki | Toki Premium Outlet #800, 1-2, 1F Tokigaoka | Toki-shi | | Gifu | 509-5127 | Japan |

Dated:  04-April-2019

Page 86 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP6844.00 | JP147 | Retail Store | Shinsaibashi Daimaru | Daimaru Department Store Shinsaibashi North Building4F（〜3/30）2F（3/31〜）, 1-7-1 Shinsaibashisuji, Chuo-ku | Osaka-shi | | Osaka | 542-8501 | Japan |
| JP7093.00 | JP89 | Retail Store | Yurakucho Hankyu Mens | Hankyu Men's Tokyo1F 2-5-1 Yurakucho | Chiyoda-ku | | Tokyo | 2406494 | Japan |
| JP7094.00 | KSJP111 | Retail Store | K.NagoyaMK, Nagoya Sakae Mitsukoshi | Nagoya Mitsukoshi Sakae Department store 1F, Sakae honten, 3-5-1, Sakae, Naka-ku-shi, Aichi | Nagoya | | Aichi | 460-8669 | Japan |
| JP7110.00 | KSJP215 | Retail Store, Outlet Store | Ami | Ami Premium Outlet 850, 4-1-1 Yoshiwara, Amimachi | Inashiki | | Ibaraki | 300-1161 | Japan |
| JP7258.00 | JP64 | Retail Store | Shinjuku Odakyu, Shinjuku Odakyu Mens, Machida Odakyu, Shinjuku Odakyu | Odakyu Department Store Honkan 3F, 1-1-3 Main Building Odakyu, Nishi-Shinjuku, Shinjuku-ku, Tokyo | Shinjuku-ku | | Tokyo | 160-8001 | Japan |
| JP7259.00 | JP148 | Retail Store | Kobe Sogo | Sogo Department Kobe store 2F, 8-1-8 Onoe-dori, Chuo-ku, | Kobe-shi | | Hyogo | 651-8511 | Japan |

Dated:  04-April-2019

Page 87 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7283.00 | JP21 | Outlet Store | Sendai-Izumi, Sendai-Izumi Men's | Sendai-Izumi Premium Outlets 1380, 1420, 6-1-1 Teraoka, Izumi-ku | Sendai-shi | | Miyagi | 981-3204 | Japan |
| JP7338.00 | KSJP53 | Outlet Store | O.K.Kisarazu | 398-4050, Nakajima | Nakajima | | Chiba | 292-0008 | Japan |
| JP7356.00 | KSJP41 | Retail Store | K.NagoyaMidLand | 3F, 4-7-1, Meieki, Nakamura-ku | Nagoya | | Aichi | 450-0002 | Japan |
| JP7485.00 | KSJP78 | Retail Store | K.Ginza | 1F,2F,3F, 5-5-19, Ginza | Chuo-ku | | Tokyo | 104-0061 | Japan |
| JP7652.00 | KSJP246 | Outlet Store, Retail Store | Shisui | Shisui Premium Outlet #870, 2-4-1 Iizumi, Shisui | Chiba | | Chiba | | Japan |
| JP7656.00 | JP250 | Outlet Store | Hokuriku Oyabe | 1-1 Aza-Washiba | Oyabe | | Toyama | | Japan |
| JP7657.00 | JP109 | Retail Store | Coach Nagoya Sakae | 3-16-25 Nishiki, Naka-ku | Nagoya-shi | | Aichi | 460-0003 | Japan |
| JP7658.00 | JP210 | Outlet Store | Okinawa JAL City Factory | Hotel JAL City   1F, 1-3-70 Makishi | Naha-shi | | Okinawa | 900-0013 | Japan |
| JP7859.00 | JP212 | Retail Store | Hakodate Marui Imai Popup | Hakodate Marui Imai 1F, 32-15 Honcho, Hakodate-shi, Hokkaido | Hokkaido | | Hokkaido | 040-0011 | Japan |
| JP7860.00 | JP213 | Office | Coach Japan LLC (Osaka Office) | Midosuji Junashida Building 5F, 2-2-7 NishiShinsaibashi, Chuo-ku, | Osaka | | Osaka | 5420086 | Japan |
| JP7862.00 | JP09 | Outlet Store | Aeon Kushiro Showa | 4-18-1 Shouwachuo | Kushiro-city | | Hokkaido | 084-0910 | Japan |

Dated:  04-April-2019

Page 88 of 112

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7863.00 | JP04 | Retail Store | Obihiro Fujimaru | Fujimaru, W2-S8-1 Nishi | Obihiro | | Hokkaido | 080-8677 | Japan |
| JP7864.00 | JP226 | Retail Store | Sapporo Daimaru | (Logi) Daimaru Sapporo logistic Center c/o Nanou, 5-6-30 Ryutsu Center, Shiraishi-ku, | Sapporo | | Hokkaido | 003-0030 | Japan |
| JP7865.00 | JP13 | Retail Store | Aomori Sakurano | Sakurano Aomori Store 1F, 1-13-2 Shinmachi | Aomori-shi | | Aomori | 030-8574 | Japan |
| JP7867.00 | JP227 | Outlet Store | Sendaiko Mens | Mitsui Outlet Park Sendaiko 1421, 3-7-2 Nakano Miyagino, | Sendai | | Miyagi | 983-0012 | Japan |
| JP7868.00 | JP15 | Retail Store | Coach Sendai | 3-8-15 Ichibanmachi, Aoba-ku | Sendai-shi | | Miyagi | 980-0811 | Japan |
| JP7869.00 | JP20 | Outlet Store | Sendaiko | Mitsui Outlet Park Sendaiko 1660, 123 Nakano-Aza-Ideka, Miyagino-ku | Sendai-shi | | Miyagi | 983-0012 | Japan |
| JP7870.00 | JP14 | Outlet Store | Aeon Tendo Factory | Aeon mail Tendo 1F 34 Tochi Kukaku Seiri Jigyochinai Haga | Tendo-shi Yamagata | | Yamagata | 994-0000 | Japan |
| JP7875.00 | JP36 | Outlet Store | Nasu Factory | 184-7 Shionozaki | Nasushiobara-shi | | Tochigi | 329-3122 | Japan |
| JP7876.00 | JP41 | Outlet Store | Nasu Mens | Nasu Garden Outlet, 184-7 Shionozaki | Nasu-Shiobara-shi | | Tochigi | 329-3122 | Japan |
| JP7877.00 | JP30 | Retail Store | Utsunomiya Tobu | Tobu Utsunomiya Department 1F, 5-4, Miyazono-cho | Utsunomiya-shi | | Tochigi | 320-8560 | Japan |

Dated:  04-April-2019

Page 89 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7878.00 | JP27 | Retail Store | Kawagoe Maruhiro | Maruhiro Department Kawagoe store 1F, 2-6-1 Shintomi-cho | Kawagoe-shi | | Saitama | 350-8511 | Japan |
| JP7879.00 | JP214 | Outlet Store | Aeon LakeTown Popup | Aeon LakeTown Outlet 1F #2110, 4-1-1 Lake Town | Koshigaya | | Saitama | 43-0828 | Japan |
| JP7881.00 | JP33 | Retail Store | Kumagaya Yagihashi | 74 Nakacho | Kumagaya-shi | | Saitama | 360-8502 | Japan |
| JP7882.00 | JP70 | Retail Store | Funabashi Tobu | Tobu Department Funabashi store 1F, 7-1-1 Hon-cho | Funabashi-shi | | Chiba | 273-0005 | Japan |
| JP7883.00 | JP219 | Outlet Store | Kisarazu | Mitsui Outlet Park Kisarazu 4160, 3-1-1 Kaneda Higashi | Kisarazu | | Chiba | 292-0009 | Japan |
| JP7885.00 | JP217 | Retail Store | Coach Ginza (3F stock) | Fujikonishi Building 3F, 5-5-18 Ginza, | Chuo-ku | | Tokyo | 104-0061 | Japan |
| JP7886.00 | JP80 | Retail Store | Fuchu Isetan | Isetan Fuchu 2F, 1-41-2 Miyamachi | Fuchu-shi | | Tokyo | 183-0023 | Japan |
| JP7887.00 | JP93 | Retail Store | DiverCity Tokyo Mens | Divercity Tokyo Plaza 3F 32100, 1-1-10 Aomi | Koto-ku | | Tokyo | 135-0064 | Japan |
| JP7888.00 | JP69 | Retail Store | Machida Odakyu | Odakyu Department Machida store 2F Fashion Walk, 6-12-20 Haramachida | Machida-shi | | Tokyo | 194-8550 | Japan |
| JP7889.00 | KSJP71 | Retail Store | K.KichijojiTKY, Kichijoji Tokyu | Tokyu Department Kichijoji store 1F, 2-3-1 Kichijoji Hon-machi | Musashino | | Tokyo | 180-8519 | Japan |

Dated:  04-April-2019

Page 90 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7890.00 | JP83 | Retail Store | Kamata Granduo | Granduo Kamata Nishikan 2F, 7-68-1 Nishi-Kamata | Ota-ku | | Tokyo | 144-0051 | Japan |
| JP7891.00 | JP228 | Retail Store | Tachikawa Granduo | Granduo Tachikawa 2F, Shibasaki-cho | Tachikawa | | Tokyo | 190-8554 | Japan |
| JP7892.00 | JP72 | Retail Store | Ueno Matsuzakaya | Ueno Matsuzakaya 1F, Ueno 3-29-5 | Taito-ku | | Tokyo | 110-8503 | Japan |
| JP7893.00 | JP86 | Retail Store | Tama Plaza Tokyu, K.TamaPlaza | Tokyu Department Store 1F West Court, 1-7 Utsukushigaoka, Aoba-ku | Yokohama | | Kanagawa | 225-0002 | Japan |
| JP7895.00 | JP74 | Retail Store | Kamiooka Keikyu | 1-6-1 Kamiooka-niashi, Kounan-ku | Yokohama-shi | | Kanagawa | 233-8556 | Japan |
| JP7896.00 | JP10 | Retail Store | Niigata Isetan | 1-6-1, Bandai | Niigata-shi | | Niigata | 950-8589 | Japan |
| JP7897.00 | JP224 | Outlet Store | Oyabe, O.K.HokurikuOyabe | Mitsui Outlet Park Hokuriku-Oyabe 1221, 1318, 972 — 1Nishi nakano | Oyabe | | Toyama | 932-8538 | Japan |
| JP7898.00 | JP136 | Retail Store | Toyama Daiwa | Toyama Daiwa Department store 1F, 3-8-6 Sougawa, | Toyama-shi | | Toyama | 930-8505 | Japan |
| JP7899.00 | JP127 | Outlet Store | Yatsugatake | Yatsugatake Kobuchizawa Resort Outlets Mall L-18, 4000 Kobuchizawa-cho, Hokuto-shi, Yamanashi | Hokuto-shi | | Yamanashi | 408-0044 | Japan |
| JP7900.00 | JP119 | Retail Store | Kofu Okajima | 1-21-15, Marunouchi | Kofu-shi | | Yamanashi | 400-8660 | Japan |

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7901.00 | JP118 | Retail Store | Nagano Tokyu | 1-1-1 Minami-Chitose | Nagano-shi | | Nagano | 380-8539 | Japan |
| JP7902.00 | JP236 | Retail Store | Gifu Takashimaya | Takashimaya Department Gifu Store 1F, 2-25 Hinode-cho, | Gifu | | Gifu | 500-8525 | Japan |
| JP7906.00 | JP232 | Retail Store | Nagoya JR Takashimaya | (Logi) NRC JR Tokai Nagoya Shizai Centre, Higashi Nakagawa, Aza Nitta, Atsuta mae, Minato-ku, | Nagoya | | Aichi | 450-6003 | Japan |
| JP7907.00 | JP112 | Retail Store | Hoshigaoka Mitsukoshi | Nagoya Mitsukoshi Department Hoshigaoka store 1F, 14-14 Hoshigaoka Motomachi, Chikusa-ku | Nagoya-shi | | Aichi | 464-8661 | Japan |
| JP7908.00 | JP117 | Retail Store | Nagoya Meitesu | Meitetsu Department store 3F, 1-2-1 Meieki, Nakamura-ku | Nagoya-shi | | Aichi | 450-0002 | Japan |
| JP7909.00 | JP126 | Retail Store | Toyohashi Honokuni | Honokuni Hyakaten 1F, 2-10 Ekimae Odori | Toyohashi-shi | | Aichi | 440-0888 | Japan |
| JP7910.00 | JP125 | Retail Store | Toyota Matsuzakaya | 6-85-1, Nishimachi, Toyota-shi, Aichi | Toyota-shi | | Aichi | 471-8560 | Japan |

Dated: 04-April-2019

Page 92 of 112

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7911.00 | JP116 | Retail Store | Yokkaichi Kintetsu, K.YokkaichiKT | Chubu Kintetsu Department Yotsukaichi store 1F, 7-34 Suwa Sakae-cho, Suwa-sakae-machi | Yokkaichi | | Mie | 510-8585 | Japan |
| JP7913.00 | JP144 | Retail Store | Kyoto Daimaru | Daimaru Department Kyoto store , 79 Tachiuri Nishi-machi, Nishiiru, Takakura 4-jo dori, Shimogyo-ku, | Kyotoshi | | Kyoto | 600-8511 | Japan |
| JP7914.00 | JP165 | Retail Store | Umeda Hankyu Mens, Umeda Hankyu, Umeda Hankyu Rtw | Hankyu Department Umeda Mens Store 1F, 8-7 Umeda Hankyu Kakuta-cho, Kita-ku | Kitaku | | Osaka | 530-0017 | Japan |
| JP7915.00 | JP156 | Retail Store | Moriguchi Keihan | Keihan Department Store 2F, 8-3 Kawahara-cho | Moriguchi-shi | | Osaka | 570-8558 | Japan |
| JP7916.00 | JP143 | Retail Store | Senboku Takashimaya | Takashimaya Department Senboku store 2F, 1-3-1 Chayama-dai, | Sakai-shi | | Osaka | 590-0115 | Japan |
| JP7917.00 | JP157 | Retail Store | Takatsuki Matsuzakaya | Matsuzakaya Takatsuki Store 1F, 2-1 Konyamachi | Takatsuki-shi | | Osaka | 569-8522 | Japan |
| JP7918.00 | JP162 | Retail Store | Senri Hankyu | Hankyu Department Senri Store 2F, 1-5-1 Shinsenri-Higashimachi | Toyonaka-shi | | Osaka | 560-8550 | Japan |

Dated: 04-April-2019

Page 93 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7919.00 | JP153 | Retail Store | Himeji Sanyo | Sanyo Department store 2F, 1 Minami-machi, | Himeji-shi | | Hyogo | 670-0912 | Japan |
| JP7920.00 | JP172 | Outlet Store | Kobe Marine Pia Mens | 2169 Kaigan-dori Tarumi-ku | Kobe-shi | | Hyogo | 655-0036 | Japan |
| JP7921.00 | KSJP163 | Retail Store | K.NishinomiyaHK, Nishinomiya Hankyu | Hankyu Department Nishinomiya store 2F, 14-1, Takamatsucho | Nishinomiya | | Hyogo | 663-8204 | Japan |
| JP7922.00 | JP154 | Retail Store | Kashinara Kintetsu | 3-65-11, Kitayagi-cho, | Kashihara-shi | | Nara | 634-8511 | Japan |
| JP7923.00 | KSJP151 | Retail Store | K.NaraKT, Nara Kintetsu | Kintetsu Department Nara store 1F, 2-4-1 Saidaijihigashi-cho, | Nara | | Nara | 631-8511 | Japan |
| JP7924.00 | JP230 | Retail Store | Wakayama Kintetsu | Kintetsu Department Wakayama store 1F, 5-18 Tomoda-cho, | Wakayama | | Wakayama | 640-8546 | Japan |
| JP7925.00 | JP180 | Retail Store | Matsue Ichibata | Ichibataata Department 1F, 661 Asahi-machi, | Matsue-shi | | Shimane | 690-8555 | Japan |
| JP7926.00 | JP185 | Retail Store | Kurashiki Tenmaya | Kurashiki Tenmaya 1F, 1-7-1 Achi | Kurashiki-shi | | Okayama | 710-8550 | Japan |
| JP7927.00 | JP175 | Retail Store | Okayama Takashimaya | Takashimaya Department Store 1f, 6-40 Honcho | Okayama-shi | | Okayama | 700-8520 | Japan |
| JP7928.00 | JP179 | Retail Store | Fukuyama Tenmaya | Tenmanya Fukuyama store 1F, 1-1 Moto-machi | Fukuyama-shi | | Hiroshima | 720-8636 | Japan |

Dated: 04-April-2019

Page 94 of 112

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7929.00 | JP174 | Retail Store | Hiroshima Mitsukoshi | Mitsukoshi Hiroshima store 1F, 5-1 Eibisu-cho, Naka-ku | Hiroshima-shi | | Hiroshima | 730-0021 | Japan |
| JP7930.00 | JP182 | Retail Store | Hiroshima Alpark Tenmaya | Hiroshima Alpark Tenmaya 2F, 1-16-1 Iguchi Myojin, Nishi-ku, | Hiroshima-shi | | Hiroshima | 733-8625 | Japan |
| JP7931.00 | JP176 | Retail Store | Shimonoseki Daimaru | Shimonoseki Department Store, 4-4-10 Takesaki-cho | Shimonoseki-shi | | Yamaguchi | 750-8503 | Japan |
| JP7932.00 | JP186 | Retail Store | Yamaguchi Izutsuya | Yamaguchi Izutsuya 1F, 3-3 Nakaichi-cho | Yamaguchi-shi | | Yamaguchi | 753-0086 | Japan |
| JP7933.00 | JP192 | Retail Store | Tokushima Sogo | Sogo Department Tokushima Store 2F, 1-5 Terashima Honcho Nishi | Tokushima-shi | | Tokushima | 770-8511 | Japan |
| JP7934.00 | JP229 | Retail Store | Takamatsu Mitsukoshi | Takamatsu Marugame Ichibangai East 1F, 1-1 Marugamemachi | Takamatsu | | Kagawa | 760-0029 | Japan |
| JP7935.00 | KSJP205 | Retail Store | K.HakataHK, Hakata Hankyu, Hakata Hankyu Mens | 6F Hakata Hankyu 4F, 1-1, Chuogai Hakataeki Hakata-ku | Fukuoka | | Fukuoka | 812-0012 | Japan |
| JP7936.00 | JP194 | Retail Store | Kokura Izutsuya, K.KokuraIZ | Izutsuya Department Okura-store 1F, new Building, 1-1 Senba-cho, Ogurakita-ku, Kokura-kita-ku | Kita Kyushu-shi | | Fukuoka | 802-0007 | Japan |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7937.00 | JP198 | Retail Store | Kurosaki Izutsuya | Izutsuya Department Kurosaki store 2F, 1-1-1 Kurosaki, Hachiman Nishi-ku, | Kita Kyushu-shi | | Fukuoka | 806-8511 | Japan |
| JP7938.00 | JP199 | Retail Store | Nagasaki Hamaya | Hamaya Department Nagasaki store 1F, 7-11 Hama-cho | Nagasaki-shi | | Nagasaki | 850-8510 | Japan |
| JP7940.00 | JP197 | Retail Store | Kumamoto Tsuruya | Tsuruya Department Kumamoto store 1F, 6-4 Tetorihonmachi, | Kumamoto-shi | | Kumamoto | 860-0808 | Japan |
| JP7941.00 | JP201 | Retail Store | Miyazaki Yamakataya | 3-4-12, Tachibanadorihigashi | Miyazaki-shi | | Miyazaki | 880-0805 | Japan |
| JP7942.00 | JP204 | Retail Store | Kagoshima Yamakataya | Yamakataya 1F, 3-1 Kinsei-cho, | Kagoshima-shi | | Kagoshima | 892-8601 | Japan |
| JP7955.00 | KSJP56 | Office | Kate Spade Japan - Tokyo | 5F & 6F Harajuku Piazza Building 4-26-18, Jingumae | Shibya-ku | | Tokyo | 150-0001 | Japan |
| JP7959.00 | KSJP10 | Retail Store | K.SapporoMaruiI | 2F, Odori Building, 2-11, Minami-ichijyo-nishi, Chuo-ku | Sapporo | | Hokkaido | 060-8567 | Japan |
| JP8150.00 | KSJP119 | Off Site Storage | Zozotown | 5F Zozobase, 3-7-10, Akanehama | Narashino-shi | | Chiba | 275-0024 | Japan |
| JP8151.00 | KSJP44 | Retail Store | K.Marunouchi | 1F, Marunouchi-2-chome Building, 2-5-1, Marunouchi | Chiyoda-ku | | Tokyo | 100-0005 | Japan |
| JP8152.00 | KSJP42 | Retail Store | K.RoppongiHills | B1F, Roppongi Hills Keyakizaka Comlex, 6-10-2, Roppongi | Minato-ku | | Tokyo | 106-0032 | Japan |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP8153.00 | JP240 | Retail Store | Shinjuku | Shinjuku Nakamuraya Building 1-2F,3-26-13Shinjuku | Shinju-ku | | Tokyo | 160-0022 | Japan |
| JP8154.00 | KSJP135 | Retail Store | K.IkebukuroLumine | B1F,1-11-1, Nishiikebukuruo, Toshima-ku, Tokyo | Tokyo | | Tokyo | 171-0021 | Japan |
| JP8155.00 | KSJP140 | Retail Store | K.UenoPARCO | 1F, 3-24-6, Ueno, Taito-ku, Tokyo | Tokyo | | Tokyo | 110-0005 | Japan |
| JP8156.00 | KSJP134 | Retail Store | K.YokohamaLumine | B1F, 2-16-1, Takashima, Nishi-ku, Yokohama-shi, Kanagawa | Yokohama | | Kanagawa | 220-0011 | Japan |
| JP8157.00 | KSJP58 | Retail Store | K.NiigataT | 2F, 1-6-1, Yachiyo, Chuo-ku | Niigata | | Niigata | 950-8589 | Japan |
| JP8158.00 | KSJP33 | Retail Store | K.HamamatsuET | 1F, 3201-2, Sunayamacho, Naka-ku | Hamamatsu | | Shizuoka | 430-8588 | Japan |
| JP8159.00 | KSJP38 | Retail Store | K.Shinsaibashi | 1F, Hearton Hotel Annex, 1-4-13, Nishi-shinsaibash Chuo-ku | Osaka | | Osaka | 542-0086 | Japan |
| JP8160.00 | KSJP88 | Retail Store | K.ExpoCityLaLaPort | 2-1, Senribanpakukouen | Suita-shi | | Osaka | 565-0826 | Japan |
| JP8161.00 | KSJP112 | Retail Store | K.Kobe | 1F, Daiichi-seimei Building, 69, Kyomachi, Chuo-ku | Kobe | | Hyogo | 650-0034 | Japan |
| JP8162.00 | KSJP136 | Outlet Store | O.K.Hiroshima, The Outlets Hiroshima | 4, Ishiuchihigashi,Saeki-ku, Ishiuchihigashi | Hiroshima | | Hiroshima | 731-5162 | Japan |

FM Global

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP8164.00 | KSJP90 | Retail Store | K.KawaramachiFlag | 1-3-1, Tokiwacho | Takamatsu | | Kagawa | 760-0054 | Japan |
| JP8165.00 | KSJP39 | Retail Store | K.TenjinIMS | 1F, 1-7-11, Tenjin, Chuo-ku | Fukuoka | | Fukuoka | 810-0001 | Japan |
| JP8166.00 | KSJP16 | Retail Store | K.KumamotoTsuru | 2F, Main Building, 6-1, Tetori-honcho, Chuo-ku | Kumamoto | | Kumamoto | 860-8586 | Japan |
| JP8204.00 | KSJP133 | Retail Store | K.AMUNagasaki | 1-11F Onouemachi | Nagasaki | | Nagasaki | 850-0058 | Japan |
| JP8205.00 | KSJP83 | Retail Store | K.AMUKagoshima | 1-11F Chuo cho | Kagoshima-shi | | Kagoshima | 260-8667 | Japan |
| JP8452.00 | JP77A | Outlet Store | Makuhari Mens Pop-up | 2-5 Hibino Mihama | Chiba | | Chiba | 261-0021 | Japan |
| JP8453.00 | JP249 | Retail Store | Kinshicho Marui Pop-up | 3-9-10, Koutobashi, Sumida-ku | Tokyo | | Tokyo | 130-0022 | Japan |
| JP8454.00 | KSJP247 | Outlet Store | The Outlets Hiroshima | 1-2 Ogawamachi | Tokyo | | Tokyo | | Japan |
| JP8455.00 | KSJP244 | Retail Store | Sendaiko | Ginza 6 chome SQUARE building | Tokyo | | Tokyo | 6-17-1 | Japan |
| JP8456.00 | KSJP248 | Retail Store | Diver City Tokyo | 1-1-10 Oume, Koto-ku | Tokyo | | Tokyo | | Japan |
| JP8457.00 | KSJP151A | Retail Store | Nara Kintetsu | 2-4-1Nara Kintetsu Higashimachi Oodera | Nara-Shi | | Nara | | Japan |
| JP8458.00 | KSJP245 | Retail Store | Kurashiki | 12-3 Kotobukicho | Kurashiki | | Okayama | 710-0813 | Japan |
| KO0453.00 | KO105 | Retail Store | Lotte Main, LOTTE MAIN MEN | 1 Sogong Dong, Jung Gu | Seoul | | Seoul City | 100-720 | South Korea |
| KO1826.00 | KO43 | Outlet Store | | 1F, 561 East ,360 Myeongpum-ro, Sanggeo-ri | Yeoju-si | | Gyeonggi-do | 12646 | South Korea |

Dated:  04-April-2019

Page 98 of 112

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| KO2152.00 | KO085 | Retail Store | LOTTE JAMSIL | 240 Olympic-ro, Songpa Gu | Seoul | | Seoul City | 02555 | South Korea |
| KO2215.00 | KO97 | Outlet Store | Shinsegae Kijang Outlet | 1133 Jeonggwan-ro | Busan | | Busan Metropolitan City | 619-953 | South Korea |
| KO2237.00 | KO107 | Outlet Store | KR Busan Lotte East Busan Outlet | Lotte Premium Outlets East Busan, 147 Kijang Haean-ro | Busan | | Busan Metropolitan City | | South Korea |
| KO2275.00 | KO84 | Retail Store | Hyundai Pangyo | 1F, 20 Pangyoyeok-ro 146 beon-gil | Pangyo | | Gyeonggi-do | 13529 | South Korea |
| KO2276.00 | KO73 | Retail Store | Hyundai Mokdong | 1F, 257 Mokdong Dong-ro | Seoul | | Seoul City | 07998 | South Korea |
| KO2277.00 | KO54 | Retail Store | Shinsegae Gyeonggi | 2F, 536, Poeun-daero, Suji-gu | Yongin-si | | Gyeonggi-do | 16842 | South Korea |
| KO2279.00 | KO67 | Retail Store | Lotte Daegu | 161, Taepyeong-ro, Buk Gu | Daegu | | Daegu Metropolitan City | 41581 | South Korea |
| KO2290.00 | KO60 | Distribution Center | Korea ICH | 91-40, Munhyeon-ro, Opo-eup | Gwangju-si | | Gangwon-do | 464894 | South Korea |
| KO2347.00 | KO113 | Outlet Store | KR Siheung Shinsegae Siheung Outlet (POP-UP) | 699 Seohaean-ro | Siheung-si | | Gyeonggi-do | 15010 | South Korea |
| KO2359.00 | KO102 | Outlet Store | Lotte Icheon Factory Outlet, Lotte Yongin Outlet | 177-74, Premium outlet-ro | Icheon | | Gyeonggi-do | 22606 | South Korea |
| KO2360.00 | KO103 | Outlet Store | Shinsegae Paju Outlet | Yeoju Premium Outlets, 200 Pilseung-ro | Paju | | Gyeonggi-do | 10862 | South Korea |
| KO2373.00 | KO58 | Retail Store | Galleria West 1941 | 343, Apgujeong-ro, Gangnam-gu | Seoul | | Seoul City | 06008 | South Korea |

Dated:  04-April-2019

Page 99 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| KO2374.00 | KO64 | Retail Store | Lotte Nowon | 1414, Dongil-ro, Nowon Gu | Seoul | | Seoul City | 139708 | South Korea |
| KO2376.00 | KO72 | Retail Store | Hyundai Shincheon | 83 Sinchon-ro, Seodaemun-gu | Seoul | | Seoul City | 03789 | South Korea |
| KO2377.00 | KO79 | Retail Store | Shinsegae Main | 1F, 63 Sogong-ro, Jung-gu | Seoul | | Seoul City | 04530 | South Korea |
| KO2378.00 | KO81 | Retail Store | Shinsegae Yeongdeungpo | 1F, 9 Yeongjung-ro | Seoul | | Seoul City | 07305 | South Korea |
| KO2379.00 | KO86 | Retail Store | Lotte Cheongnyangni | 214, Wangsan-ro, Dongdaemoon Gu | Seoul | | Seoul City | 02505 | South Korea |
| KO2380.00 | KO90 | Retail Store | Hyundai Coex | 2F, 517 Teheran-ro, Gangnam-gu | Seoul | | Seoul City | 06164 | South Korea |
| KO2381.00 | KO89 | Retail Store | Lotte Gimpo Skypark | 38, Haneul-gil, Gangseo-gu | Seoul | | Seoul City | 07505 | South Korea |
| KO2382.00 | KO92 | Retail Store | Lotte Kangnam | 401, Dogok-ro, Gangnam Gu | Seoul | | Seoul City | 06206 | South Korea |
| KO2383.00 | KO94 | Retail Store | Lotte Star City | 92, Neungdong-ro, Gwangjin Gu | Seoul | | Seoul City | 05065 | South Korea |
| KO2384.00 | KO106 | Office | Coach Korea HQ | 7F, Namdaemun 9 Gil, Jung-gu | Seoul | | Seoul City | 04526 | South Korea |
| KO2385.00 | KO75 | Retail Store | Lotte Pusan Womans | 1F, 772 Gaya-daero | Busan | | Busan Metropolitan City | 47285 | South Korea |
| KO2386.00 | KO74 | Retail Store | Shinsegae Centum City | 1F, 35 Centum nam-daero | Busan | | Busan Metropolitan City | 48058 | South Korea |
| KO2390.00 | KO93 | Retail Store | Daegu Shinsegae East Daegu | 5F, Daegu, Shinchoen-dong | Dong-gu | | Daegu Metropolitan City | 41249 | South Korea |

Dated:  04-April-2019

Page 100 of 112

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| KO2391.00 | KO99 | Outlet Store | Lotte Isiapolis | 16, Palgong-ro 49-gil | Dong-gu | | Daegu Metropolitan City | 41026 | South Korea |
| KO2392.00 | KO112 | Retail Store | Shinsegae Incheon | 35 Yeonnam-ro | Incheon | | Gyeonggi-do | | South Korea |
| KO2394.00 | KO87 | Retail Store | Galleria Daejun | 2F, 211 Daedeok-daero, Seo-gu | Daejeon | | Daejeon Metropolitan City | 35229 | South Korea |
| KO2395.00 | KO91 | Retail Store | Lotte Daejeon | 598, Gyeryong-ro, Seo Gu | Daejeon | | Daejeon Metropolitan City | 35299 | South Korea |
| KO2399.00 | KO88 | Retail Store | Lotte Ulsan | 288 Samsan-ro, Nam-gu | Ulsan | | Ulsan Metropolitan City | 44719 | South Korea |
| KO2400.00 | KO68 | Retail Store | Hyundai Jung Dong | 1F, 180 Gilju-ro | Bucheon | | Gyeonggi-do | 14546 | South Korea |
| KO2402.00 | KO65 | Retail Store | AK Bundang | 1F, 42 Hwangsaeul-ro, 360 beon-gil | Bundang | | Gyeonggi-do | 13591 | South Korea |
| KO2403.00 | KO53 | Retail Store | Hyundai Gimpo Premium Outlet | 100, Arayuk-ro 152beon-gil, Gochon-eup 1F | Gimpo-si | | Gyeonggi-do | 10135 | South Korea |
| KO2404.00 | KO66 | Retail Store | Lotte Ilsan | 1283, Jungang-ro, Ilsandong Gu | Goyang | | Gyeonggi-do | 10401 | South Korea |
| KO2407.00 | KO82 | Retail Store | Shinsegae Hanam | 1F, 750 Misa-daero | Hanam | | Gyeonggi-do | 12942 | South Korea |
| KO2408.00 | KO101 | Outlet Store | Lotte Paju Outlet | 390 Hoedong-gil | Paju | | Gyeonggi-do | 10881 | South Korea |
| KO2411.00 | KO71 | Retail Store | Galleria Suwon | 1F, 282 Hyowon-ro | Suwon | | Gyeonggi-do | 16491 | South Korea |

Dated:  04-April-2019

Page 101 of 112

**FM** Global

**Account No. 1-35582**
**Policy No. 1050294**

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| KO2413.00 | KO61 | Retail Store | AK SUWON | 1F AK Plaza, 924 Deogyeong-daero | Suwon | | Gyeonggi-do | | South Korea |
| KO2414.00 | KO40 | Retail Store | Shinsegae Wezonbu | 3F, 525 Pyounghwa-ro | Uijeongbu-si | | Gyeonggi-do | 11645 | South Korea |
| KO2415.00 | KO70 | Retail Store | Hyundai Cheongju | 1F, 308 Jikji-daero | Cheongju | | Chungcheong buk-do | 28424 | South Korea |
| KO2417.00 | KO78 | Retail Store | Shinsegae Choong Cheong | 1F, 43 Mannam-ro | Cheonan | | Chungcheong nam-do | 31120 | South Korea |
| KO2422.00 | KO108 | Retail Store | LOTTE CHANGWON | 124, Jungang-daero, Seongsan-gu | Changwon | | Gyeongsang am-do | | South Korea |
| KO2425.00 | KO77 | Retail Store | Shinsegae Gimhae | 1F, 24, 304 Jeonha-ro | Gimhae | | Gyeongsangn am-do | 50988 | South Korea |
| KO2426.00 | KO98 | Outlet Store | Lotte Gimhae Outlet | 469 JangYu-ro | Gimhae | | Gyeongsangn am-do | 51011 | South Korea |
| KO2427.00 | KO62 | Retail Store | Galleria Jinju | 1F, 1095 Jinju-daero | Jinju | | Gyeongsangn am-do | 52683 | South Korea |
| KO2430.00 | KO76 | Retail Store | Shinsegae Masan | 1F, 251 Happo-ro | Masanhappo-gu | | Gyeongsangn am-do | 631-480 | South Korea |
| KO2571.00 | KO109 | Outlet Store | HYUNDAI SONGDO OUTLET | 158-1, Songdo-Dong, Yeonsu-Gu, 1F | Incheon | | Incheon Metropolitan City | | South Korea |
| KO2572.00 | KO111 | Retail Store | Galleria Center City | 227 Gongwon-ro, 1F Galleria Dept. Store | Cheonan | | Chungcheong nam-do | 227-342 | South Korea |
| MA0680.00 | M501 | Retail Store | Malaysia KLCC, Malaysia KLCC Mens, KSN KLCC | Ground Floor, Unit G01203, Lot 102 & 103A,12A-B, Level 1, Federal Territory, Kuala Lumpur City Center | Kuala Lumpur | | Kuala Lumpur | 50088 | Malaysia |

Dated: 04-April-2019

Page 102 of 112

Account No. 1-35582
Policy No. 1050294

SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| MA1072.00 | M503 | Retail Store | Malaysia Pavilion, | 168 JALAN BUKIT BINTANG, Lot 2, 3, 9, 12 Level 3, Pavilion Kuala Lumpur Shopping Mall, 168 Jalan Bukit Bintang | Kuala Lumpur | | Kuala Lumpur | 55100 | Malaysia |
| MA1543.00 | M522A | Outlet Store | Malaysia Johor Premium Outlet, KATE SPADE JPO - MULTIBRAND | Lot 226, 228 & 230 Johor Premium Outlets, UNIT 616 | Johor Bahru | | Johor | 81000 | Malaysia |
| MA1699.00 | M502 | Retail Store | Malaysia The Gardens, KSN GARDENS | Ground Floor, SHOP G-207 The Gardens, Mid Valley City | Kuala Lumpur | | Kuala Lumpur | 59200 | Malaysia |
| MA1827.00 | M035 | Distribution Center | Malaysia ICH | SDV Transport (M) Sdn Bhd Lot 605, Complex Hamodal 1, Persiaran Subang Jaya, Off Jalan SS13/1K | Subang Jaya | | Selangor | 47500 | Malaysia |
| MA2024.00 | M509 | Retail Store | Malaysia Empire Gallery | G23-A & G25 Ground Floor, Empire Shopping Gallery, Subang Jaya | Kuala Lumpur | | Selangor | 47200 | Malaysia |
| MA2025.00 | M508 | Retail Store | Malaysia Sunway | Unit G1. 10, Ob K3A & Ob. K3B Ground Floor & Oasis Blvd, Sunway Pyramid Bandar Sunway | Petaling Jaya | | Selangor | 46150 | Malaysia |

Dated: 04-April-2019

Page 103 of 112

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| MA2026.00 | M504 | Retail Store | Malaysia One Utama | Ground Floor, Centre Concourse, 1 Utama Shopping Centre, Bandar Utama | Petaling Jaya | | Selangor | 47800 | Malaysia |
| MA2027.00 | M512 | Retail Store | Malaysia Queensbay, KSN QUEENSBAY MALL | GF-46, GF-45 &GF43A, Queensbay Mall, 100 Persiaran Bayan Indah | Bayan Lepas | | Pahang | 11900 | Malaysia |
| MA2028.00 | M505 | Retail Store | Malaysia Gurney Plaza, KSN GURNEY PARAGON | G14 & G15, Unit 170-G-35/36 Ground Floor, Plaza Gurney | George Town | | Pahang | 10250 | Malaysia |
| MA2029.00 | M516A | Outlet Store, Retail Store | Genting Highlands Premium Outlets, KSN GPO, SkyAvenue Mall | Suite 800 & 802 Genting Premium Outlets, KM 13 GENTING HIGHLANDS, SUITE 534, GENTING HIGHLANDS PREMIUM OUTLET, PAHANG DARUL MAKMUR | Pahang | | Pahang | 69000 | Malaysia |
| MA2030.00 | M522B | Outlet Store | JPO Men's | Jalan Premium Outlets, Indahputra | Kulaijaya | | Johor | 81000 | Malaysia |

Dated: 04-April-2019

Page 104 of 112

FM Global

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| MA2031.00 | M507 | Retail Store | Malaysia Suria Sabah | Lot G50, G51 & G52, Ground Floor Suria Sabah Shopping Mall, 1 Jalan Tun Fuad Stephens | Kota Kinabalu | | Sabah | 88000 | Malaysia |
| MA2032.00 | M513 | Retail Store | Malaysia Imago KK, Kota Kinabalu, KSN - IMAGO KK TIMES SQUARE | G02, G03 & G05 Imago Shopping Mall KK Times Square Phase 2, Off Coastal Highway | Kota Kinabalu | | Sabah | 88100 | Malaysia |
| MA2033.00 | M511 | Retail Store | Malaysia The Spring | Lot G17, Ground Floor,The Spring Shopping Mall,Persiaran Spring | Kuching | | Sarawak | 93300 | Malaysia |
| MA2034.00 | M510 | Retail Store | Malaysia Alamanda | Jalan Alamanda, Precinct 1, Putrajaya, Wilayah Persekutuan | Kuala Lumpur | | Kuala Lumpur | 62000 | Malaysia |
| MA2036.00 | M801 | Office | Malaysia Office | Level 16, The Pavilion Tower, Jalan Raja Chulan | Kuala Lumpur | | Kuala Lumpur | 50200 | Malaysia |
| MA2038.00 | M701 | Retail Store | Malaysia Sogo | 190 Jalan Tuanku Abdul Rahman | Kuala Lumpur | | Kuala Lumpur | 50100 | Malaysia |
| MA2152.00 | M523 | Outlet Store | MY Penang Outlet | Jalan Cassia Barat 2 | Penang | | | 14110 | Malaysia |
| MA2153.00 | M524 | Retail Store | Southkey Megamall | The Megamall Southkey, Kem Majidee | Bahru | | Johor | 81100 | Malaysia |

Dated:  04-April-2019

Page 105 of 112

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| MC0006.00 | KSMC07 | Retail Store | Four Seasons, Venetian | Shop No. 2008-2009, 2823 & 2825, Level 2, Cotai Strip Storage Unit LM1 on Mezzanine Level, Shoppes at Four Seasons, The Grand Canal Shoppes, The Venetian Macao-Resort-Hotel, Estrada Da Baia de N. Senhora da Esperanca | Coitai | | | | Macao |
| MC0021.00 | MC03 | Retail Store | MGM | Unit 7, Level 1, MGM Macau Hotel, Avenida Dr. Sun Yat Sen | Nape | | | | Macao |
| MC0043.00 | MC04 | Distribution Center | | Avenida do Almirante Magalhaes Correira No. 41, Centro Industrial Keck Seng Bl 3, 13 andar U | Macao | | | | Macao |
| MC0049.00 | MC06 | Retail Store | Studio City | Lo1-1169 , Studio City Cotai Storage Unit Shop L02-2021, Studio City, Cotai | Macao | | | | Macao |
| MO0017.00 | STMO01 | Retail Store | Montecarlo | 17 Avenue des Spelugnes | Monaco | | | 98000 | Monaco |

Dated: 04-April-2019

Page 106 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| NE3469.00 | NL02 | Outlet Store | Roermond | Designer Outlet Roermond, Stadsweide 2 | Roermond | | Limburg | 6041 TD | Netherlands |
| NE5182.00 | NL01 | Distribution Center | Europe DC | Hanzepoort 30 | Oldenzaal | | Overijssel | 7575 DA | Netherlands |
| NZ0134.00 | NZ03 | Retail Store | Travel Auckland Airport | Auckland International Airport , Ray Emery Drive | Auckland | | Northland | 2022 | New Zealand |
| NZ2306.00 | NZ01 | Retail Store | Coach Auckland City | 80 Queen Street | Auckland | | Northland | 1010 | New Zealand |
| NZ2948.00 | NZ02 | Retail Store | Coach DJ Wellington | 165/167 Lambton Quay | Wellington | | Hawkes Bay | 6011 | New Zealand |
| PH1051.00 | PH01 | Office | CIL-PH | Office Center 05G-1, Berthaphil Clark Freeport Zone | Clark | | Pampanga | | Philippines |
| PO0666.00 | PO03 | Outlet Store | Freeport | Avenida Euro 2004, No. 1298 | Alcochete | | Lisboa | 2890-154 | Portugal |
| PO1026.00 | PO04 | Outlet Store | Vila Do Condo | Unit 50, avenida fonte cova 400 | Vila do Conde | | | 4485-592 | Portugal |
| PO1229.00 | PO01 | Retail Store | ECI Lisbon | El Corte Ingles Av Antonio Augusto De Aguiar, 31 | Lisbon | | Lisboa | 1069-413 | Portugal |
| PO1230.00 | PO02 | Retail Store | ECI Oporto | El Corte InglesAvenida de Republica | Vilka Nova de Gaia | | Porto | 4430-999 | Portugal |

Dated: 04-April-2019

Page 107 of 112

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| SI0138.00 | S517 | Retail Store | KSN CHANGI AIRPORT T3, KSN CHANGI AIRPORT TERMINAL 4, Jewel Changi Airport | 78 Airport Boulevard, Jewel Changi Airport, UNIT 02-25, DEPARTURE/TRANS IT, SINGAPO CHANGI AIRPORT, TERMINAL 4 | Singapore | | Central Singapore | 819663 | Singapore |
| SI0250.00 | S509 | Retail Store | Singapore Takashimaya Men's, Takashimaya | Level 1, 391 Orchard Road Takashimaya 302 4-2 | Singapore | | Central Singapore | 238873 | Singapore |
| SI0327.00 | S035 | Distribution Center | Singapore ICH | 39 Keppel Road #05-01 Tanjong Pagar Distripark | Singapore | | Central Singapore | 089065 | Singapore |
| SI0338.00 | S520A | Retail Store | Singapore IMM, KATE SPADE NEW YORK IMM | 2 Jurong East Street 21 LOT 01-104/106/107/108/109 Imm Building | Singapore | | Central Singapore | 609601 | Singapore |
| SI0760.00 | S507 | Retail Store | Wisma Atria | 435 Orchard Road #02-19/27 Wisma Atria | Singapore | | Central Singapore | 238877 | Singapore |
| SI1094.00 | S503 | Retail Store | Singapore Raffles City, KSN RAFFLES CITY | 252 North Bridge Road #01-23/24/34 Raffles City Shopping Centre | Singapore | | Central Singapore | 179103 | Singapore |
| SI1172.00 | S506 | Retail Store | Singapore VivoCity | 1 Harbourfront Walk #01-127/128/194 Vivo City | Singapore | | Central Singapore | 098585 | Singapore |

Dated:  04-April-2019

Page 108 of 112

**Account No. 1-35582**
**Policy No. 1050294**

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| SI1184.00 | S511 | Retail Store | Marina Bay Sands, KSN MBS | THE SHOPPES AT MARINA BAY SANDS2 Bayfront Avenue #B2-017, 40 | Singapore | | Central Singapore | 018972 | Singapore |
| SI1553.00 | S501 | Retail Store | Singapore Paragon | 290 Orchard Road #01-11/12 The Paragon | Singapore | | Central Singapore | 238859 | Singapore |
| SI1715.00 | S512 | Office | Singapore Office | 77 Robinson Road #08-01 Robinson 77 | Singapore | | Central Singapore | 068896 | Singapore |
| SI1980.00 | S502A | Retail Store | KSN TAKASHIMAYA | 21 Orchard Road, Ngee Ann City, SHOP 112, LEVEL 1 | Singapore | | Central Singapore | 238873 | Singapore |
| SI2079.00 | S521 | Retail Store | Isetan | Scotts Road | Singapore | | Central Singapore | 238868 | Singapore |
| SP2631.00 | SP03 | Retail Store | ECI Serrano | El Corte Ingles C/Serrano, 47 | Madrid | | Madrid | 28025 | Spain |
| SP2725.00 | SP10 | Outlet Store | Las Rozas | Las Rozas Village C/Juan Ramon Jimenez 3 | Las Rozas Madrid | | Madrid | 28232 | Spain |
| SP3591.00 | SP08 | Outlet Store | La Roca | La Roca Village | Santa Agnes de Malanyanes | | Barcelona | 08430 | Spain |
| SP4057.00 | SP04 | Retail Store | ECI Castellana | El Corte Ingles Castellana Raimundo Fdez Villaverde, 79 | Madrid | | Madrid | 28003 | Spain |
| SP4742.00 | STSP01 | Retail Store | Barcelona | C/Paseo de Grazie 81-Bajo | Barcelona | | Barcelona | 08008 | Spain |
| SP4795.00 | SP13 | Outlet Store | Sevilla | Unit 58 Sevilla Fashion Outlet | La Rinconada | | Sevilla | 41300 | Spain |

Dated: 04-April-2019

**Account No. 1-35582**
**Policy No. 1050294**

**FM Global**

**SCHEDULE OF LOCATIONS, APPENDIX A**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| SP4947.00 | SP07 | Retail Store | ECI Diagonal, ECI Barcelona | El corte ingles Diagonal. Avenida Diagonal. Avinguda Diagonal 617 | Barcelona | | Barcelona | 08028 | Spain |
| SP5620.00 | STSP04 | Distribution Center | Euro Cargo | Poligono Industrial El Pastoret. C/ Illes Balerars | Monovar | | Valencia | 3640 | Spain |
| SP6048.00 | SP05 | Retail Store | Serrano 22 | Calle de Serrano 22 | Madrid | | Madrid | 28001 | Spain |
| SP6049.00 | STSP05 | Retail Store | Madrid | Calle de Jorge Juan | Madrid | | Madrid | 28001 | Spain |
| SP6050.00 | SP12 | Retail Store | CE ECI Malaga | Edificio 2, Calle Hilera, 8 | Malaga | | Málaga | 29002 | Spain |
| SP6051.00 | SP06 | Retail Store | ECI Marbella | El Corte Ingles C/Ramon Areces S-N Puerto Banus | Marbella | | Málaga | 29660 | Spain |
| SP6052.00 | SP02 | Retail Store | ECI Pintor Sorolla | El Corte Ingles C/Pintor Sorolla 26 | Valencia | | Valencia | 46002 | Spain |
| SP6056.00 | SP11 | Retail Store | CE ECI Alicante | Avda. de Maisonnave, 53 | Alicante | | Alicante | 03003 | Spain |
| SP6057.00 | SP01 | Retail Store | ECI Plaza Catalunya | El Corte Ingles Plaza Catalunia, 14 | Barcelona | | Barcelona | 08002 | Spain |
| SP6058.00 | SP09 | Retail Store | ECI Palma De Mallorca | El Corte Ingles, Avenida Alexandre Rosselló, 12-16 | Palma de Mallorca | | Islas Baleares | 07002 | Spain |
| SP6059.00 | STSP02 | Distribution Center | Shoes by Stuart | Calle l'Arenal, 15 | Petrer | | Alicante | 03610 | Spain |
| SZ0934.00 | SZ01 | Outlet Store | Foxtown | Via Angelo Maspoli 18, Unit 201, Mendrisio | Mendrisio | | Ticino | 6850 | Switzerland |

Dated: 04-April-2019

Page 110 of 112

Account No. 1-35582
Policy No. 1050294

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| SZ2325.00 | STSZ01 | Retail Store | Zurich | Steinmuehleplatz 1 | Zuerich | | Zurich | 8001 | Switzerland |
| UK0268.00 | KSUK172 | Retail Store | Heathrow | Heathrow Airport Terminal 5 Airside | Longford | | London, City of | TW6 2GA | United Kingdom |
| UK1826.00 | UK14 | Retail Store | Canary Wharf | 230 Cabot Square | London | | London, City of | E14 4QT | United Kingdom |
| UK3064.00 | UK05 | Outlet Store | Cheshire Oaks, Cheshire Oaks Mens, Cheshire Oaks Designer Outlet | Cheshire Oaks Designer Outlet, Unit 163, Kinsey Road Ellesmere Port | Cheshire | | Cheshire | CH65 9JJ | United Kingdom |
| UK4714.00 | UK03 | Outlet Store | Bicester, Bicester Village, Bicester | Unit 84, 50 Pingle Drive, Bicester | Bicester | | Oxfordshire | OX26 6WD | United Kingdom |
| UKA201.00 | UK16 | Retail Store | UK Bluewater, Bluewater Mall | Unit 1098 Lower Level Guild Hall, Bluewater | Greenhithe | | Kent | DA9 9SN | United Kingdom |
| UKB945.00 | UK06 | Office | Cavendish Square, Cavendish Sq First Floor | 2 Cavendish Square | London | | London, City of | W1G 0PU | United Kingdom |
| UKB960.00 | KSUK176 | Outlet Store | York Designer Outlet | MCARTHURGLEN OUTLET YORK, St Nicolas Avenue, Fulford | York | | Yorkshire | YO19 4TA | United Kingdom |
| UKC655.00 | UK13 | Retail Store | Birmingham | Unit 719, Bullring | Birmingham | | West Midlands | B5 4BA | United Kingdom |
| UKD690.00 | UK07 | Outlet Store | Gunwharf Quays | Unit 41, Philip Avenue, 48 Gunwharf Quays | Portsmouth | | Portsmouth | PO1 3TZ | United Kingdom |
| UKF175.00 | KSUK168 | Retail Store | Westfield London, London Westfield | Ariel Way, White City | London | | London, City of | W12 7DS | United Kingdom |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

**FM Global**

## SCHEDULE OF LOCATIONS, APPENDIX A

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| UKH384.00 | UK15 | Retail Store | Westfield Stratford Pop up | Montfichet Road, Westfield Stratford City | London | | London, City of | E20 1EJ | United Kingdom |
| UKJ288.00 | KSUK93 | Off Site Storage | Panalpina House | Great South West Road | Feltham | | Middlesex | TW14 8NU | United Kingdom |
| UKK485.00 | STUK01 | Retail Store | London, Regent Street, Westfield London - Unit 1052 | 200-206 Regent Street | London | | London, City of | W1B 5TP | United Kingdom |
| UKL078.00 | UK11 | Retail Store | Edinburgh | Unit 4, Multree Walk | Edinburgh | | Midlothian | EH1 3DQ | United Kingdom |
| UKM008.00 | UK12 | Retail Store | Victoria Quarter Leeds | Victoria Quarter Leeds Unit 38, 10 Queen Victoria Street | Leeds | | Leeds | LS1 6AZ | United Kingdom |
| UKM542.00 | KSUK171 | Retail Store | Regent Street | 182 Regent Street | London | | London, City of | W1B 5TH | United Kingdom |
| UKM622.00 | KSUK175 | Retail Store | St Pancras International station | Ground Floor, Euston Road | London | | London, City of | N1C 4QP | United Kingdom |
| UKN921.00 | KSUK169 | Off Site Storage | Hellman | Road One, Winsford Industrial Estate | Winsford | | Cheshire | CW7 3RA | United Kingdom |
| UKN926.00 | KSUK163 | Retail Store | Sloane Square | 2 Symons Street, Sloane Square | London | | London, City of | SW3 2TJ | United Kingdom |
| UKN928.00 | KSUK162 | Retail Store | Covent Garden | 1-3 Langley Court, Covent Garden | London | | London, City of | WC2E 9JY | United Kingdom |
| UKP402.00 | STUK03 | Retail Store | Harvey Nichols Leeds | 107-111 Briggate | Leeds | | West Yorkshire | LS1 6AS | United Kingdom |
| VN0191.00 | VT01 | Office | Coach Vietnam Company Limited | 6 Nguyen Khac Vien Street Tan Phu Ward, District 7 | Ho Chi Minh City | | Ho Chi Minh | 70000 | Vietnam |

Dated:  04-April-2019

Page 112 of 112

**FM Global**

**FLOOD PRONE LOCATIONS, APPENDIX B**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 000372.59 | 5654 | Outlet Store | Opry Mills | 236 Opry Mills Drive, Space 634A | Nashville | Davidson | Tennessee | 37214-2434 | USA |
| 000610.97 | 4000 | Outlet Store | Prime Outlets | 6060 Collier Boulevard, Space T088 | Naples | Collier | Florida | 34114-3955 | USA |
| 001072.11 | 5050 | Outlet Store | Atlantic City, Tanger Outlets Atlantic City | 31 North Michigan Avenue, Space 602, 108 Columbus Boulevard | Atlantic City | Atlantic | New Jersey | 08401-4164 | USA |
| 002258.26 | KSCA164 | Retail Store | Santana Row | 355 Santana Row | San Jose | Santa Clara | California | 95128-2049 | USA |
| 002283.25 | 5204 | Outlet Store | Tanger Outlet Center | Mebane Oaks Road & I-85/ 40, Space 894 | Mebane | Alamance | North Carolina | 27302 | USA |
| 002324.87 | 5350 | Outlet Store | The Outlet Shoppes at Oklahoma City, OKC Outlets | 7634, 7650 West Reno Avenue, Space 670 | Oklahoma City | Oklahoma | Oklahoma | 73127-7213 | USA |
| 002439.15 | W12 | Office | Hudson Yards | 10 Hudson Yards | New York | New York | New York | 10001 | USA |
| 002552.54 | STHI01 | Retail Store | Intl Market Place, HI | 2330 Kalakaua Avenue Ste 114 | Honolulu | Honolulu | Hawaii | 96815-5001 | USA |
| 003085.14 | KSMI12 | Outlet Store | Tanger Outlets-Grand Rapids | 350 84th Street Southwest | Byron Center | Kent | Michigan | 49315-7001 | USA |
| 003444.16 | STFA03 | Retail Store | Brickell City Center | 701 S. Miami Ave. | Miami | Miami-Dade | Florida | 33129-1102 | USA |
| 012854.31 | 2004 | Retail Store | Faneuil Hall Marketplace | 1 South Market Street | Boston | Suffolk | Massachusetts | 02109-6171 | USA |
| 027177.22 | 5157R | Outlet Store | Prime Outlets | 655 Route 318, Store B 083 | Waterloo | Seneca | New York | 13165 | USA |
| 027890.05 | 5155 | Outlet Store | Fashion Outlets Niagara Falls | 1078, 1708, 1900 Military Road& Connecting Blvd Space 80C | Niagara Falls | Niagara | New York | 14304-1770 | USA |
| 029118.15 | KSNJ16 | Retail Store | KS&CO - NJO | 1 Claibourne Avenue, 5901 West Side Avenue | North Bergen | Hudson | New Jersey | 07047-6448 | USA |

Dated: 04-April-2019

Page 1 of 82

FM Global

**Account No. 1-35582**
**Policy No. 1050294**

## FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 029118.84 | STNJ02 | Distribution Center | Veeco Services | 6801 West Side Avenue | North Bergen | Hudson | New Jersey | 07047-6441 | USA |
| 029536.21 | STNJ01 | Retail Store | Shops at Riverside Square | 390 Hackensack Avenue | Hackensack | Bergen | New Jersey | 07601-6310 | USA |
| 029901.84 | W002 | Office | Carlstadt | 410 Commerce Boulevard | Carlstadt | Bergen | New Jersey | 07072-3017 | USA |
| 031683.12 | 5055 | Outlet Store | Jersey Gardens, Jersey Gardens (Men's) | 651 Kapkowski Road, Space 2400, 2024 | Elizabeth | Union | New Jersey | 07201-4901 | USA |
| 057669.81 | 4650 | Outlet Store | Tanger Outlets | 2990 Cook Road Space 110 | West Branch | Ogemaw | Michigan | 48661-8733 | USA |
| 076292.24 | 3828 | Outlet Store | Livermore, San Francisco Premium Outlets | 2920, 3098 Livermore Outlets Drive | Livermore | Alameda | California | 94551-4201 | USA |
| 078681.75 | 5901 | Outlet Store | Prime Outlets | 260 Fashion Way, Space A012 | Burlington | Skagit | Washington | 98233-3204 | USA |
| 078863.43 | 5905 | Outlet Store | Auburn, The Outlet Collection Seattle | 1101 Supermall Way, Space 157 | Auburn | King | Washington | 98001-6511 | USA |
| 080277.77 | 2601 | Retail Store | Crabtree Valley Mall | 4325 Glenwood Avenue, Space 1065 | Raleigh | Wake | North Carolina | 27612-4532 | USA |
| 082981.70 | KSSC11 | Retail Store | The Belmond Charleston Place | 236 King Street | Charleston | Charleston | South Carolina | 29401-3102 | USA |
| 084487.39 | 1401 | Retail Store | Aventura Mall | 19501, 19575 Biscayne Boulevard, Space 1479 | Miami | Miami-Dade | Florida | 33180-2342 | USA |
| 087685.41 | 4321 | Outlet Store | Riverwalk | 500 Port of New Orleans Place | New Orleans | Orleans | Louisiana | 70130-1662 | USA |
| 088002.56 | 4008 | Outlet Store | Miromar Premium Outlets | 10801 Corkscrew Road, Suite 322 | Estero | Lee | Florida | 33928-9430 | USA |
| 088237.23 | 4019 | Outlet Store | Dolphin Mall II | 11401 NW 12th St | Miami | Miami-Dade | Florida | 33172-6904 | USA |
| 088516.68 | 4003 | Outlet Store | Tanger Outlets | 20350 Summerlin Road, Space 2155 | Fort Myers | Lee | Florida | 33908-3741 | USA |
| 089566.28 | 1243 | Retail Store | Montebello Town Center | 1772 Montebello Town Center Drive, Space A19 | Montebello | Los Angeles | California | 90640-2163 | USA |

Dated: 04-April-2019

**Account No. 1-35582**
**Policy No. 1050294**

## FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 089764.73 | 3805 | Outlet Store | Lake Arrowhead | 28200 Highway 189, Space T210 & T220 | Lake Arrowhead | San Bernardino | California | 92352-9700 | USA |
| 089785.64 | 3807 | Outlet Store | Camarillo Premium Outlets | 690, 740, 950 Ventura Boulevard, Space 100, 518 | Camarillo | Ventura | California | 93010-5844 | USA |
| 094943.67 | 1501 | Retail Store | Waikiki | 2335 Kalakaua Avenue, Space 106 | Honolulu | Honolulu | Hawaii | 96815-2946 | USA |
| 094944.44 | KSHI06 | Retail Store | Royal Hawaiian Center | 2233 Kalakaua Avenue | Honolulu | Honolulu | Hawaii | 96815-5200 | USA |
| 094945.85 | 1506 | Retail Store | Honu | 2110 Kalakaua Avenue | Honolulu | Honolulu | Hawaii | 96815-2319 | USA |
| 094999.79 | 1505 | Retail Store | Ala Moana Center | 1450 Ala Moana Boulevard, Space 2204 | Honolulu | Honolulu | Hawaii | 96814-4604 | USA |
| 095106.98 | 4100 | Outlet Store | Waikele Premium Outlets | 94-796, 798, 790 Lumiaina Street, Unit 301, 403 | Waipahu | Honolulu | Hawaii | 96797-5672 | USA |
| 000677.95 | 7354 | Outlet Store | Cookstown | 3311 Simcoe Road 89, Space C6 | Cookstown | | Ontario | L0L 1L0 | Canada |
| 001852.23 | 7325 | Retail Store | Carrefour Laval | 3003, 3035 boulevard le Carrefour | Laval | | Quebec | H7T 1C8 | Canada |
| 002215.10 | STCN13 | Retail Store | Rideau Centre | 50 Rideau Street, Space 344, 333 | Ottawa | | Ontario | K1N 9J7 | Canada |
| 002237.12 | 7326 | Retail Store | Markville Shopping Center | 5000 Highway 7-E, Space 425 | Markham | | Ontario | L3R 4M9 | Canada |
| 002857.28 | STCN08 | Retail Store | Sherway Gardens | 25 The West Mall, Space 1382 | Etobicoke | | Ontario | M9C 1B8 | Canada |
| 002967.15 | 7359 | Outlet Store | Ottawa | 8555 Campeau Drive | Kanata | | Ontario | K2T 0K5 | Canada |
| 003006.74 | 7361 | Outlet Store | Vancouver, McArthur Glen Designer Outlets | 999-7899 Templeton Station Road, #1000 | Richmond | | British Columbia | V7B 0B7 | Canada |
| 003011.48 | 7318 | Retail Store | Mapleview Shopping Centre | 900 Maple Avenue, Space B21 | Burlington | | Ontario | L7S 2J8 | Canada |
| 003122.54 | KSCN274 | Outlet Store | Outlet Collection Winnipeg | 555 Sterling Lyon Parkway | Winnipeg | | Manitoba | R3P 2T3 | Canada |

Dated: 04-April-2019

**Account No. 1-35582**
**Policy No. 1050294**

# FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 003542.58 | KSCN268 | Distribution Center | | 145 Cushman Road | St Catharines | | Ontario | L2M 6T2 | Canada |
| 003507.07 | KSCN273 | Outlet Store | Premium Outlet Collection Edmonton International Airport | 1 Outlet Collection Way | Edmonton | | Alberta | T9E 1J5 | Canada |
| 003951.05 | 7323 | Retail Store | Polo Park | 1485 Portage Avenue, Space 0271 | Winnipeg | | Manitoba | R3G 0W4 | Canada |
| 092103.32 | STCN10 | Retail Store | Park Royal | 731 / 925 Main Street | West Vancouver | | British Columbia | V7T 2Z3 | Canada |
| 092113.20 | 7322 | Retail Store | Mayfair | 3147 Douglas Street, Space 375 | Victoria | | British Columbia | V8Z 6E3 | Canada |
| 092129.36 | 7309 | Retail Store | Metropolis at Metrotown | 4700 Kingsway, Space 1183 | Burnaby | | British Columbia | V5H 4M1 | Canada |
| AU1367.00 | AU09 | Retail Store | Coach Chadstone Shop Centre, KSN CHADSTONE | 1341 Dandenong Road, Shop G002, G003 Chadstone Shopping Centre | Chadstone | | Victoria | 3148 | Australia |
| AU2322.00 | KSAU23 | Retail Store | KSN SYDNEY WESTFIELD | 188 PITT STREET, SHOP 4007, LEVEL 4, Westfield Sydney, Pitt St & Market St | Sydney | | New South Wales | 2000 | Australia |
| AU2323.00 | AU07 | Retail Store | Coach Pacific Fair, KSN PACIFIC FAIR | Hooker Boulevard, Shop 1580,1509, Pacific Fair Shopping Centre | Broadbeach | | Queensland | 4218 | Australia |
| AU3492.00 | AU22 | Retail Store | Travel Sydney Airport | B2-765 Departures Level | Mascot | | New South Wales | 2020 | Australia |
| AU7948.00 | AU02 | Outlet Store, Retail Store | Coach Harbour Town, KSN HARBOUR TOWN | 147 BRISBANE RD, Cnr Gold Coast Highway & Oxley Drive, Shop C23, C24A Harbourtown Shopping Centre | Biggera Waters | | Queensland | 4216 | Australia |
| AUD574.00 | AU11 | Retail Store | Coach Mens QVB | 455 George Street, Shop 14, 24 - 26 QVB | Sydney | | New South Wales | 2000 | Australia |

Dated: 04-April-2019

**FM Global**

Account No. 1-35582
Policy No. 1050294

**FLOOD PRONE LOCATIONS, APPENDIX B**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| AUN545.00 | AU05 | Outlet Store, Retail Store | COACH DFO South Wharf, KSN DFO SOUTH WHARF | 20 Convention Place, SHOP 27 | South Wharf | | Victoria | 3006 | Australia |
| AUQ186.00 | AU06 | Retail Store | Coach Emporium, KSN EMPORIUM | 269-321. 295 Lonsdale Street G-011, EMPORIUM MELBOURNE | Melbourne | | Victoria | 3000 | Australia |
| BE2155.00 | BE01 | Outlet Store | Maasmechelen | Zetellaan 100, Maasmechelen Village, Unit 39 | Eisden | | Limburg | 3630 | Belgium |
| CC1154.00 | CC002 | Office | Beijing Office (Oriental Plaza), Beijing Oriental Plaza, Oriental Plaza | Shop AA65, AA16A & AA18, Rm 4,15/F, West Tower 2 Oriental Plaza, No. 1 East Chang An Road, Dong Cheng District | Beijing | | Beijing | 100738 | China |
| CC1507.00 | STCC024 | Retail Store | Jing An Kerry Centre | 1515 Nanjing Road West, Unit N1-10A, 2F, Shanghai Kerry Center | Shanghai | | Shanghai | 200040 | China |
| CC1513.00 | STCC003A | Retail Store | Beijing World Mall | Unit NB130 and 132, Lower Level 1, No. 1 (Phase 2) Jianguomenwai Avenue, Chaoyang District | Beijing | | Beijing | | China |
| CC1959.00 | CC027 | Retail Store | Shanghai Ongoing Department Store | Shop D153, Shanghai Ongoing Department, No.1618 Nanjing Road West | Shanghai | | Shanghai | 200040 | China |
| CC2718.00 | CC115 | Retail Store | Shanghai Pudong Airport | 29-31A Domestic Department | Shanghai | | Shanghai | 200335 | China |

Page 5 of 82

Dated:  04-April-2019

Account No. 1-35582
Policy No. 1050294

# FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC2745.00 | CC220 | Retail Store | Shanghai Grand Gateway, Grand Gateway 66 | Shop 119/119A/120/162, 1F, Shop 221, Floor 2, Shanghai Grand Gateway, No.1 Hong Qiao Road | Xuhui | | Shanghai | 200000 | China |
| CC3067.00 | CC107 | Retail Store | Nanchang Fortune Shopping Plaza | F1, 1-1A2, No. 357 Bayi Avenue, Nanchang | Jiangxi | | Jiangxi | 330006 | China |
| CC4034.00 | CC297 | Retail Store | Shenyang Times Charter, Shenyang Charter Department Store | 1/F, Shenyang Charter Shopping Centre, No. 7-1 Beijing Jie, Shenhe Distric | Shenyang | | Liaoning | | China |
| CC4370.00 | CC219 | Retail Store | Qingdao Hisense | Shop 2127, 1/F, 2205, 2nd Floor No. 117 Macao Road, Shinan District | Qingdao | | Shandong | 266000 | China |
| CC4405.00 | CC146A | Retail Store | Shanghai IFC, BJSKP Men's BJ SKP, Beijing SKP Outlet Men's, Beijing SKP, Beijing SKP | 440,441,442, 1F, D2051, 2/F, Shop U104, D4033 the forth floor, M3024, 3/F, Beijing SKP, No.87 Jianguo Road, Chen Zhuang Outlet, Nankou Town, Changping District | Beijing | | Beijing | 102200 | China |
| CC4662.00 | CC069 | Retail Store | Shandong Inzone | Store 104, 1F, Jinan Inzone, No. 66 Luoyuan Street | Jinan | | Shandong | 250063 | China |
| CC4813.00 | KSCC267 | Retail Store | Taikoo Li Sanlitun The Village, Beijing Taikoo Li Sanlitun | No.19 Sanlitun Road, Chaoyang District,Beijing | Beijing | | Beijing | 100000 | China |

Page 6 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

# FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC4981.00 | CC057A | Retail Store | CQ Mixc Mall | L1 L160, Wanxiang City, No. 1881 South Baoan Road, Luohu District, Shenzhen | Chongqing | | Chongqing | 518001 | China |
| CC4985.00 | KSCC016 | Retail Store | Joy City (Xidan), Han Guang Dept. Store | 1F Hanguang Department Store, Xidan Joy City, No. 131, North Xidan Road | Beijing | | Beijing | 100032 | China |
| CC5140.00 | CC009 | Retail Store | Shenzhen Kingglory Plaza, KingGlory Plaza, Hisense Plaza - 2 | Shop. 001, King Glory Plaza, No. 2028 Renmin South Road, Luohu District | Shenzhen | | Guangdong | 518023 | China |
| CC5153.00 | CC229 | Retail Store | Tianjin Hisense 2F, Tianjin Hisense | Shop 203, 2/F, No.188, Jiefang Road, Heping District | Tianjin | | Tianjin | 300000 | China |
| CC5202.00 | CC001 | Office | Shanghai Office Wheelock | 20/F, 53/F, 1717 Nanjing Road West | Shanghai | | Shanghai | 200040 | China |
| CC5228.00 | CC032 | Retail Store | Suzhou Matro, Suzhou Matro 1941 Pop up | Shop 1024, 1049 1/F, Suzhou Matro Shopping Mall, No. 245 Guanqian Street | Suzhou | | Jiangsu | 215005 | China |
| CC5232.00 | STCC158 | Retail Store | IFC Shanghai - Mall, IFC | No.8 Central Avenue, LG1-47, IFC D Building Lujiazui Financial And Trade Zone Century Avenue | Pudong District | Pudong District | Shanghai | | China |
| CC5233.00 | CC087 | Retail Store | Deji Plaza, Nanjing Deji Plaza | L213, F219 Level 2, No. 18 Zhongshan Road | Nanjing | | Jiangsu | 210000 | China |
| CC5301.00 | CC051 | Retail Store | Pudong Yaohan Men's Store | Shop 106, Shanghai No.1 Yao Han, No.501 Zhang Yang Road, Pudong New District | Shanghai | | Shanghai | 200120 | China |

Page 7 of 82

Dated: 04-April-2019

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC5325.00 | CC037 | Retail Store | Shanghai New World City | 1F, 2-88 Nanjing Road West, Huangpu District | Shanghai | | Shanghai | 200003 | China |
| CC5612.00 | CC232 | Retail Store | XiAn Ginwa High-Tech | No.33 Ke Ji Road, Hi-Tech Zone | Xi An | | Shaanxi | 710000 | China |
| CC5678.00 | CC018 | Retail Store | Hanguang Department Store | 1/F Beijing ZhongYou Derpartment Store,No.176 Xidan North Street, Xicheng District | Beijing | | Beijing | 100032 | China |
| CC5682.00 | CC123 | Retail Store | Hangzhou Outlet | Shop B107/109/111, No. 2888 Huqingping Road No. 5555 Middle Jia Song Road | Shanghai | | Shanghai | 201703 | China |
| CC5686.00 | CC261 | Retail Store | Guangzhou Friendship Pop Up | 369 Huanshi East Road | Guangzhou | | | | China |
| CC5941.00 | CC212 | Retail Store | Kunming Gingko Shiguang | Shop F1006, F/1, No.985, Beijing Road | Kunming | | Yunnan | 650000 | China |
| CC6061.00 | CC082 | Retail Store | Changchun Charter Shopping Center, Changchun Charter Department Store | Shop C-1118, 1F, Charter Shopping Center, No. 1255 Chongqing Road | Changchun | | Jilin | 130061 | China |
| CC6062.00 | CC145 | Retail Store | Dalian Parkland Mall | G30, Parkland Mall, 19 Jiefang Road, Zhongshan district | Dalian | | Liaoning | 528400 | China |
| CC6063.00 | STCC012 | Retail Store | DaLian Time Square | Units K203 and L236, Level 2, Dalian Times Square, No 50 Renmin Road, Zhongshan District, Dalian, Liaoning Province | Dalian | | | | China |

Dated:  04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC6069.00 | CC030 | Retail Store | Nanjing Golden Eagle International Shopping Center Xinjiekou Store | 1/F, No. 89 Hanzhong Road, Baixia District | Nanjing | | Jiangsu | 210029 | China |
| CC6071.00 | CC048 | Retail Store | Shenyang Zhongxing International Famous Brand Plaza | Shop 006, Shenyang Zhongxing, No.86 North Taiyuan Road, Heping district | Shenyang | | Liaoning | 110001 | China |
| CC6073.00 | CC061 | Retail Store | Holiday Plaza | Shop L1-55, Holiday Plaza, No. 9028 Shennan Road, Nanshan District | Shenzhen | | Guangdong | 518053 | China |
| CC6075.00 | CC039 | Retail Store | Wuhan International Plaza Shopping Center | Shop.4, Block C, Wuhan International Plaza Shopping Center, No. 690, Jie Fang Avenue, Jianghan District | Wuhan | | Hubei | 430000 | China |
| CC6076.00 | CC186 | Retail Store | Xian Ginwa Zhong Lou | B1 Gulou Center No. 1 West Street, Beilin District | Xi'an | | Shaanxi | 710000 | China |
| CC6355.00 | CC012 | Retail Store | Chongqing Starlight 68 Plaza | Shop L113 L1, Starlight 68 Plaza, No. 68 Yanghe One Road, Jiangbei District | Chongqing | | Chongqing | 400000 | China |
| CC6362.00 | CC063 | Retail Store | Zhengzhou Dennis Department Store | Shop 112, 1/F., No. 2 Renmin Road, Zhengzhou | Henan | | Henan | 450000 | China |
| CC6364.00 | CC020 | Retail Store | Harbin Grand Shopping Center | 1/F, No. 378 Guo Ge Li Avenue, Nan' Gang District | Harbin | | Heilongjiang | 150001 | China |
| CC6425.00 | CC119 | Retail Store | Shanghai Bailian Youyicheng Shopping Mall | 1F-23 Bailianyouyi Shopping Center, No. 8 Songhu Road | Shanghai | | Shanghai | 200030 | China |

Dated: 04-April-2019

Page 9 of 82

**Account No. 1-35582**
**Policy No. 1050294**

# FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC6649.00 | CC035 | Retail Store | Guangzhou Taikoo | Shop L218 & L219, 383 Tianhe Road, Tianhe District | Guangzhou | | Guangdong | 510620 | China |
| CC6770.00 | CC222 | Retail Store | Shenyang MixC | Shop 104, 1F, No.288 Youth Avenue, Unit 230, No.288, Qingnian Avenue, Heping District | Shenyang | | Liaoning | 110000 | China |
| CC6844.00 | CC090 | Retail Store | Shanghai IAPM | 1F, One ICC, 999 Huaihai Middle Road Xuhui Qu | Shanghai | | Shanghai | 200031 | China |
| CC7071.00 | CC292 | Outlet Store, Retail Store | Beijing Premium Factory | 1-117 119, 1-061 F1 Scitech Outlet No. 28 North Xiangjiang Road, Chaoyang District | Beijing | | Beijing | | China |
| CC7077.00 | CC058 | Retail Store | Changsha Friendship Shop | B1F Friendship Shop, No. 368 Wuyi Road, Furong District | Changsha | | Hunan | 410011 | China |
| CC7082.00 | CC010 | Retail Store | Harbin Charter, Harbin Charter Shopping Centre | Shop 1109, 1/F, No. 106 Anlong Street, No. 1 2nd Section of Renmin South Road Daoli District | Harbin | | Heilongjiang | 150018 | China |
| CC7087.00 | CC016 | Retail Store | Ningbo Heyi Avenue Shopping Center | Shop 1027, Area B, 1/F., No. 66 Heyi Road, Haishu District | Ningbo | | Zhejiang | 315000 | China |
| CC7093.00 | CC269 | Retail Store | Shenyang One Mall | Shop C10, 1F, No. 268, Zhongjie Street, Shenhe District | Shenyang | | | | China |
| CC7095.00 | CC015 | Retail Store | Shijiazhuang Xian Tian Xia | No.326 Zhongshan East Road, Chang An District | Shijiazhuang | | Hebei | 050010 | China |

Page 10 of 82

Dated:  04-April-2019

**Account No. 1-35582**
**Policy No. 1050294**

# FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC7097.00 | CC233 | Retail Store | Xia Men Paragon | Shop 130-131,Phase 2, Paragon Center Shopping Mall, No.197 Jiahe Road, Siaming District | Xiamen | | Fujian | 361000 | China |
| CC7436.00 | CC072 | Retail Store | the Mixc | F1 173, Huarun Wanxiang City No. 136 Minzu Avenue, Qingxiu District | Nanning | | Guangxi | 530022 | China |
| CC7467.00 | CC137 | Distribution Center | Shanghai ICH | No. 3329 Jinqian Rd, (Nanfeng Rd) Fengxian District Tian Wan Logistic Inc. | Shanghai | | Shanghai | 201400 | China |
| CC7548.00 | CC091 | Retail Store | Chengdu IFS | Shop L122, 1/F, Unit L251, 2nd Floor, Chengdu IFS, No. 1 section 3, Hongxing Road, Jinjiang District | Chengdu | | Sichuan | 610021 | China |
| CC7549.00 | CC047 | Retail Store | Lanzhou Guofang Department Store | Store 111, 1F, Lanzhou Guofang Department Store, No.4-6 Square south Road, Chengguan District | Lan Zhou | | Gansu | 730000 | China |
| CC7550.00 | CC078 | Retail Store | Tianjin Lotte Dept. Store Culture Center Store | Unit 1-L-014, Culture Center Store, Lotte Department Store, No. 9 Leyuan Road | Tian Jin | | Tianjin | 300000 | China |

Dated: 04-April-2019

Page 11 of 82

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC7551.00 | CC236 | Retail Store | | Shop 1A03,2A03, ChangAn International Wangfujing Department Store, Nanguanzheng Street, Beilin District | Xian | | Shaanxi | 710000 | China |
| CC7581.00 | CC102 | Retail Store | Taiyuan Wangfujing | 1F, Wangfujing Shopping Mall, No. 99 North Qinxian Avenue | Taiyuan | | Shanxi | 030000 | China |
| CC7632.00 | CC062 | Retail Store | Hefei Intime Centre | Shop 112, 1/F, No. 98 Middle Changjiang Road | Hefei | | Anhui | 465555 | China |
| CC7646.00 | CC230 | Retail Store | Urumqi Maison Mode | Shop MN-109, North Youhao Road, Shayibake District | Urumqi | | Xinjiang | 830000 | China |
| CC7649.00 | CC021 | Retail Store | Wuxi Yaohan | Shop A127, 1st Floor, Block A, No.168, Zhongshan Road, Chong'an District | Wuxi | | Jiangsu | 214001 | China |
| CC7939.00 | CC131 | Retail Store | West Outlets Shopping Plaza | C2-101,C2-102,C2-103 F1 No. 36 Shuangyuan Road, Dongling District | Shenyang | | Liaoning | 110170 | China |
| CC7941.00 | CC130 | Retail Store | Shenyang Scitech Premium Outlet Mall | F1 183,184 No. 51 Panlong Avenue , Huangpo District | Wu Han | | Hubei | 430312 | China |
| CC8047.00 | CC100A | Retail Store | Beijing Lafayette Men's, Galeries Lafayette | Unit 148, Shop L2-2.52, Shop L1-1.13, No.110 North Avenue, Xidan District | Beijing | | Beijing | 100000 | China |

Dated:  04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC8053.00 | KSCC271 | Outlet Store | The Florentia Village, Tianjin Wuqing Outlet Men's, Tianjin Wuqing Outlet | Shop 200 & 201, 1F, Florentia Village, North of Qianjin Road | Tianjin | | Tianjin | 301700 | China |
| CC8247.00 | CC128 | Retail Store, Outlet Store | Bejing China World, Ningbo Shanjing Outlet Mall | Shanjing Outlet Plaza, No. 555 Qiushi Road, Yinzhou district | Ning bo | | Zhejiang | 315100 | China |
| CC8269.00 | CC127 | Retail Store, Outlet Store | Shanjing Outlets Plaza, Times Outlets | 1200-1203, A District, F1 No. 633 Shuangnan Avenue, Shuangliu Town | Chengdu | | Sichuan | 610200 | China |
| CC8557.00 | CC143 | Retail Store | Zhengzhou David City | F1 1021 Dannies David Erqi Road | Zhengzhou | | Henan | 450000 | China |
| CC8815.00 | CC064 | Retail Store | Kunming Shuncheng Shopping Mall | Shop T-126 & T-127, F/1, No. 11 DongFeng West Road | Kunming | | Yunnan | 650032 | China |
| CC8617.00 | CC147 | Retail Store | Shanghai Daimaru | No.228, East Nanjing Road, Huangpu District | Shanghai | | Shanghai | 200003 | China |
| CC8618.00 | CC138 | Retail Store, Outlet Store | Shanghai Florentia Village, Suzhou Village | Unit H10, No. 969,Wei Ting Yang Cheng Huan Rd, Industrial Park | Suzhou | | Jiangsu | 215021 | China |
| CC8754.00 | STCC001 | Retail Store | Beijing Badaling Outlet | Chenzhuang, Nankou Town, Changping District | Beijing | | Beijing | | China |
| CC9187.00 | C270A | Outlet Store | Shanghai Florentia Village Outlet | Shop D15-17,1F., Shanghai Florentia Village Outlet, Huazhou Road, Pudong New District | Shanghai | | Anhui | | China |
| CC9189.00 | CC204 | Retail Store | Guangzhou Panyu | No.383, North Panyu Avenue, Nancun, Panyu District | Guangzhou | | Guangdong | 510000 | China |

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC9202.00 | CC298 | Outlet Store | Chongqing Outlet | No. 1 Outlets Road, North Area of Chongqing New North Zone | Chongqing | | Chongqing | | China |
| CC9266.00 | CC171 | Retail Store | Tianjin Wuqing Outlet | F1 C No.9 East South Four Rings Road, Zhaoyang District | Beijing | | Beijing | 657000 | China |
| CC9267.00 | CC136 | Retail Store | Tianjin Wuqing Outlet Men's | F1-A02 & A03, Building 3, Liba Village, No. 6, Yuesheng Road, Fangshan District | Changyang | | Beijing | 102400 | China |
| CC9268.00 | CC133 | Retail Store | Scitech Premium Outlet Mall | No.98, North Huanhe Road, Longgang District | Tianjin | | Tianjin | 518100 | China |
| CC9269.00 | CC022 | Retail Store | Shanghai HK Plaza | NL1-13-15, 1/F & NL2-01, 2/F, North HK Plaza, No. 282 Central Huaihai Road, Luwan District | Shanghai | | Shanghai | 200021 | China |
| CC9271.00 | CC168 | Retail Store | Suzhou Village Outlet | A1112, A1113, A1114, A1115 Dalian Outlet Xianglujiao Logistic Park, Xigang District, Tianjin | Suzhou | | Jiangsu | 215000 | China |
| CC9272.00 | CC135 | Retail Store | Beijing Capital Outlets | Shop A3-105, No. 18-28 Xiqin Road | Wuxi | | Jiangsu | 214028 | China |
| CC9274.00 | CC185 | Retail Store | Nanjing Bailian Outlet | G13,G14,G15, No. 28 Shugang Road, Guicheng Street Florentia Village | Foshan | | Guangdong | 528000 | China |
| CC9276.00 | CC155 | Retail Store | Beijing SKP Outlet | No.19, West Qianwei Road | Kunming | | Yunnan | 650228 | China |
| CC9432.00 | CC295 | Retail Store | Chongqing MixC | 1/F, Chongqing MixC | Chongqing | | Chongqing | | China |

Dated: 04-April-2019

Page 14 of 82

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CC9449.00 | CC101 | Retail Store | Shanghai Global Harbor | F1 L1087-L1089 Universal Port, No. 3300 North Zhongshan Road, Putuo District | Shanghai | | Shanghai | 200063 | China |
| CC9675.00 | CC041 | Retail Store | Beijing Cuiwei Department Store | Store C-22, 1F, No. 33 Fuxing Road, Haidian District | Beijing | | Beijing | 100036 | China |
| CC9684.00 | CC013 | Retail Store | Chengdu Renhe Chuntian Guanghua Store | Shop A-B2, 1/F, Renhe Spring Department Store, Section 2 West 2nd Ring Road, Qingyang District | Chengdu | | Sichuan | 610041 | China |
| CC9730.00 | CC263 | Retail Store | Shanghai Taikoo Hui | L130,No.288 Shimenyi Road,Jingan District | Shanghai | | | | China |
| CC9950.00 | KSCC268 | Retail Store | Chaoyang Joy City, Beijing Joy City | Shop 45/46, 1/F, Beijing Joy City, No.101 Chaoyang North Road, Chaoyang District,Beijing | Beijing | | Beijing | 100123 | China |
| CCA119.00 | CC200 | Retail Store | Chengdu Lotte Popup | Shop 13, Building 1. No. 1700 North Tianfu Avenue, High Tech Zone | Chengdu | | Sichuan | 610000 | China |
| CCA137.00 | CC209 | Retail Store | Harbin Maple Leaf Outlet Pop Up | Shop A1063, A1064, A1065, A1066, No.16999, Zhongyuan Avenue, Songbei District | Harbin | | Heilongjiang | 150000 | China |

Page 15 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|-----------|--------------|------|-------|----------------|------|--------|------------------|-------------|---------|
| CCA363.00 | STCC264 | Retail Store | Chongqing IFS | No.38, JiangBeiCheng Beida Street, Chongqing International Finance Square, Shop No. L313, L324 the third floor | Jiangbei District | | Chongqing | 400000 | China |
| CCA473.00 | CC272 | Retail Store | Guilin Weixiaotang Mall | the first floor Weixiaotang Mall, NO.37 Zhongshanzhong Roud | Guilin | | | | China |
| CCA475.00 | CC266 | Retail Store | Jinlin Ouya | No. 6, East Liberation Road, Changyi District | Jilin | | | | China |
| CCA476.00 | CC277 | Outlet Store | Nanchang Shanshan Outlet Pop Up | Shop NO.1-1015/1-1016/1-1017, 1F,Shanshan Outlet Pop Up, NO.3388,Jiulong Road,Honggu beach New District | Nanchang | | | | China |
| CCA477.00 | CC262 | Retail Store | Shenzhen Haiya Mega Mall | L126 the first floor Haiya mega mall,NO.99 Jianan 1 Road,Baoan 5 District | Shenzhen | | | | China |
| CCA484.00 | CC274 | Outlet Store | Taiyuan Shanshan Outlet Pop Up | Shop NO.E-122/E-123/E-124, 1F,Shanshan Outlet Pop Up | Taiyuan | | | | China |
| CCA486.00 | CC190 | Retail Store | BJ Shuang An | 1F, NO.38 Beisanhuan Xilu, Haidian District | Beijing | | Beijing | 100000 | China |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA487.00 | CC194 | Retail Store, Outlet Store | Beijing Surprise Outlet Pop Up, Surprise Outlet | Shop B-80&81, No.1 East, Forrest Park, Jin zhan County, Chaoyang District | Beijing | | Beijing | 100000 | China |
| CCA488.00 | CC197 | Retail Store | Beijing Wangfujing | Zone A, Beijing Department Store, No.255 Beijing Wangfujing Street, Dong Cheng District | Beijing | | Beijing | 100000 | China |
| CCA489.00 | STCC004 | Retail Store | Beijing Shuang'an Mall | No.39, West Road of North Third Ring Road, Haidian District | Beijing | | Beijing | | China |
| CCA490.00 | CC240 | Office | DG | 3/F, Zone D, 3rd Building, Guanghui Industria Area, Dong Cheng Technology Park | DongGuan | | Beijing | 100000 | China |
| CCA492.00 | CC024 | Retail Store | Tianjin Isetan | 1/F, Isetan, Block C, Modern City, No. 108 Nanjing Road, Heping District | Tian Jin | | Tianjin | 300050 | China |
| CCA496.00 | CC140 | Retail Store | Tianjin Airport T2 | 7#-1,T2, Binhai International Airport, Dongli District | Tianjin | | Tianjin | 300300 | China |
| CCA497.00 | CC014 | Retail Store | Shijiazhuang Beiguo Commercial Building | F1 Beiguo Department Store, No. 188 East Zhongshan Road, Qiaodong District | Shijiazhuang | | Hebei | 050011 | China |
| CCA500.00 | CC109 | Retail Store | Datong Parkson | F1 Kaideshijia Squrare, West side of South Yongtai Road | Datong | | Shanxi | 037008 | China |

Dated: 04-April-2019

**Account No. 1-35582**
**Policy No. 1050294**

**FLOOD PRONE LOCATIONS, APPENDIX B**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA501.00 | CC099 | Retail Store | Xian Century Ginwa Times Square Shopping Plaza | No. 336 Huancheng South Road, Beilin District | Xian | | Shanxi | 710065 | China |
| CCA502.00 | CC160 | Retail Store | Baotou Wangfujing | Baotou Wangfujing, No.69 Steel Street, Kun Area | Baotou | | Neimenggu | 014000 | China |
| CCA503.00 | CC059 | Retail Store | Victory International Plaza | Shop L004, F1, No. 8 Xinhua East Street | Hohhot | | Neimenggu | 010010 | China |
| CCA505.00 | CC019 | Retail Store | Dalian Mykal | No.57 Qingni Street, Zhongshan District | Dalian | | Liaoning | 116101 | China |
| CCA508.00 | CC075 | Retail Store | Changchun Ouya Commercial Capital | No. 1128 Gongnong Road, Chaoyang District | Changchun | | Jilin | 130021 | China |
| CCA509.00 | CC210 | Retail Store | Harbin Shanshan Outlet Pop Up | Shop A13500 + B13800, No.555, Limin Avenue, Songbei Limin Development Zone | Harbin | | Heliongjiang | 150000 | China |
| CCA510.00 | CC221 | Retail Store | Shanghai Yi Ou Lai Village | Unit J3, International Tourist Holiday Zone | Pudong | | Shanghai | 200120 | China |
| CCA515.00 | CC004 | Retail Store | Changzhou Time fortune Plaza | F1 A02 Taifu Department Store, No. 95-97 West Yanling Road, Tianning District | Changzhou | | Jiangsu | 213001 | China |
| CCA518.00 | CC217 | Retail Store | Nantong Yaohan | 1/F, No. 47, Middle Ren Min Road | Nantong | | Jiangsu | 226000 | China |
| CCA519.00 | CC225 | Retail Store | Taizhou Golden Eagle | Shop A21, East 18 Dongjin Road, Hailing District | Taizhou | | Jiangsu | 225300 | China |
| CCA520.00 | CC098 | Retail Store | Wuxi Center 66 | Shop 132-1, 1F Hunglung Plaza, No. 139 Middle Renmin Road, Chongan District | Wuxi | | Jiangsu | 214001 | China |

Dated:  04-April-2019

Page 18 of 82

FMGlobal

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA521.00 | CC067 | Retail Store | Xuzhou Golden Eagle | 1F, No. 2 North Zhongshan Road, Great Eagle International Shopping Centre | Xuzhou | | Jiangsu | 221002 | China |
| CCA522.00 | CC111 | Retail Store | Yancheng Golden Eagle | Shop A40, Golden Eagle shopping mall, No.169 Middle Jianjun Road | Yancheng | | Jiangsu | 224001 | China |
| CCA523.00 | CC070 | Retail Store | Yangzhou Golden Eagle International Shopping Center | No. 120 South Wenhe Road | Yangzhou | | Jiangsu | 225001 | China |
| CCA525.00 | CC104 | Retail Store | Zhenjiang Yaohan | No. 288, Zhongshan Road(East) | Zhenjiang | | Jiangsu | 315040 | China |
| CCA530.00 | CC108 | Retail Store | Time Square Shopping Center | Times Square, No. 288 Chezhan Avenue | Wenzhou | | Zhejiang | 325000 | China |
| CCA531.00 | CC211 | Retail Store | Hefei Sasseur Outlet | B01-03, Changning Avenue, Gaoxin District | Hefei | | Anhui | 230000 | China |
| CCA532.00 | CC161 | Retail Store | Beiguo Future Plaza | F1 G2 Chaoyang North Street, Baoding | Heifei | | Anhui | 230000 | China |
| CCA534.00 | CC046 | Retail Store | Xiamen Zhongshan PCD | 1F, No.76-132 Zhongshan Road, Siming District | Xiamen | | Fujian | 360001 | China |
| CCA537.00 | CC042 | Retail Store | Jinan Hunglung | Shop 102, 1F, No. 188 Quancheng Road | Jinan | | Shandong | 250011 | China |
| CCA538.00 | CC077 | Retail Store | Yantai World Square Zhenhua Boutique Mall | 1F-B06, 39th West Main Street, Zhifu District | Yantai | | Shandong | 265500 | China |
| CCA539.00 | CC148 | Retail Store | QingDao Mixc | G102&L102,QingDao Mixc, Shi Nan Qi | Qingdao | | Shandong | 266000 | China |
| CCA541.00 | CC076 | Retail Store | Weihai Zhenhua Department Store | A13, 1/F, No. 89 Xinwei Road, Huancui District | Weihai | | Shandong | 264200 | China |

Page 19 of 82

Dated: 04-April-2019

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA543.00 | CC079 | Retail Store | Chengdu Wangfujing Shopping Mall | Shop L01-001, 1/F, No.2 Middle Kehua Road, Wuhou District | Chengdu | | Sichuan | 610021 | China |
| CCA545.00 | CC276 | Retail Store | Fuzhou DongBai DPS | Shop NO.A1F-A31, 1F,DongBai DPS,NO.84,817 north Road,Gulou District | Fuzhou | | | | China |
| CCA547.00 | CC239 | Retail Store | Zhengzhou Shanshan Outlet | No.406 Zhengkai Avenue, Zhongmou County | Zhengzhou | | Henan | 450000 | China |
| CCA548.00 | CC084 | Retail Store | Wuhan Chicony Square, Chicony Square | Shop 1020, F1, No.6 Luoyu Road, Hongshan District | Wuhan | | Hubei | 430022 | China |
| CCA551.00 | CC083 | Retail Store | Changsha Wangfujing | F1, No. 27 Middle Huangxing Road | Changsha | | Hunan | 410000 | China |
| CCA553.00 | CC198 | Retail Store, Outlet Store | Changsha Times Outlet | Shop E117-119, North Europe Road 168, Jinzhou Industrial Zone | Changsha | | Hunan | 410000 | China |
| CCA554.00 | CC199 | Retail Store | Changsha Hisence, Hisense Plaza - 1 | Shpp107, No.36 Middle Xiangjiang, Tianxin District | Changsha | | Hunan | 410000 | China |
| CCA555.00 | CC223 | Retail Store | Shenzhen Maoye | Shop 102, 1F, No. 2009 North Huaqiang Road,Futian District | Shenzhen | | Guangdong | 518000 | China |
| CCA556.00 | CC206 | Retail Store | Haikou Seaview | Shop 1-11, 1/F, No.8, East Haixiu Road, Meilan District | Haikou | | Hainan | 570100 | China |
| CCA557.00 | CC207 | Retail Store | Haikou Wanning Shouchuang Outlet Pop Up | Shop F1-B01, Capital Outlet, Lianxing Avenue, Liji Town | Wanning | | Hainan | 571500 | China |
| CCA558.00 | CC045 | Retail Store | Chengdu Mixc Mall | Store 178, 1F,No.8, Shuanqing Road | Chengdu | | Sichuan | 610058 | China |
| CCA560.00 | CC071 | Retail Store | Guiyang Modern Capital Plaza | No.1 North Zhonghua Road | Gui Yang | | Guizhou | 550001 | China |

FM Global

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA561.00 | CC008 | Retail Store | Taiyuan Tianmei | 107 Taiyuan Tianmei Xintiandi No. 113 Changfeng Street, Xiaodian District | Tai Yuan | | Shaanxi | 250011 | China |
| CCA562.00 | CC234 | Retail Store | Xian City On CA | Shop 022-023, Weiyang Economic Technology Development Zone | Xian | | Shaanxi | 710000 | China |
| CCA563.00 | CC235 | Retail Store | X'ian Sean Outlet | Shop 1-112-114, No.11, Zhiyang Square, Phoenix Street, Lin Xuan District | Xian | | Shaanxi | 710000 | China |
| CCA564.00 | CC093 | Retail Store | Xining Wangfujing No. 1 Department Store | Shop J-1, 1F, No. 40 West Street | Xining | | Qinghai | 810000 | China |
| CCA565.00 | CC094 | Retail Store | Xining Wangfujing No. 2 Department Store | Shop 1C-04, 1F, No. 1 West Wusi Road | Xining | | Qinghai | 810008 | China |
| CCA566.00 | CC103 | Retail Store | Yinchuan Xinhua Department Store | Shop X1F-23, 1F, No. 97 East Xinhua Street | Yinchuan | | Ningxia | 750000 | China |
| CCA567.00 | CC181 | Retail Store | Urumqi Maison Mode | F1 Middle Square New Century Square, Handan | Urumqi | | Xinjiang | 830000 | China |
| CCA580.00 | CC224 | Retail Store | Shijiazhuang Beiguo Outlet | No. 1 Lvdao Road | Shijiazhuang | | Hebei | 050000 | China |
| CCA581.00 | CC213 | Retail Store | Luoyang Wangfujing | No. 429, Middle Zhong Zhou Road | Luoyang | | Henan | 471000 | China |
| CCA582.00 | CC026 | Retail Store | Chengdu Wangfujing Departmenet Store | 1/F, Wangfujing Department, No. 15 Zongfu Road, Jinjiang District | Chengdu | | Sichuan | 610016 | China |
| CCA583.00 | CC205 | Retail Store | Guiyang Modern Capital Estee | 42 Shi Nan Road, Poly International Plaza | Gui Yang | | Guizhou | 550000 | China |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

**FLOOD PRONE LOCATIONS, APPENDIX B**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CCA607.00 | KSCC029 | Retail Store | IFS, Changsha IFS | 187 Jiefang West Road, Shop L159, Level 1 | Changsha | | Hunan | 410005 | China |
| CCA631.00 | CC281 | Retail Store | Xi'an SKP Men's, Xi'an SKP Women's, Xi'an SKP | Changan north road NO. 261 | Xian | | Shanxi | | China |
| CCB233.00 | CC290 | Outlet Store | Jinan Bailian Outlet | Jinan Bailian Outlet | Jinan | | | | China |
| CCB279.00 | CC291 | Outlet Store | Shenyang Xinglong Outlet Pop Up | Shenyang Xinglong Outlet Mall,No.5 Yingpan North street | Shenyang | | Liaoning | | China |
| CCB280.00 | CC289 | Outlet Store | Changchun Sasseur Outlet Pop Up | Changchun Sasseur mall,no.4802 people's street | Changchun | | Jilin | | China |
| CCB288.00 | CC287 | Retail Store | Changshao IFS | L136B, Changsha IFS, Dongpailou | Changsha | | Hunan | | China |
| CH1133.00 | CH14 | Retail Store | Mitsukoshi Tainan | 658 Simen Road, 1F | Tainan | | Tainan | 70059 | Taiwan |
| CH1438.00 | CH12 | Retail Store | Mitsukoshi Taichung, Mitsukoshi Taichung (Men's) | 2F., 5F No.301, Sec. 3, Taiwan Blvd., Xitun Dist. | TaiChung | | Taichung | 40756 | Taiwan |
| CH1861.00 | CH12B | Outlet Store, Retail Store | TW Mitsui Outlet Park Taichung Port, Far Eastern Taichung Temp | 2F, NO.251, SEC. 3, TAIWAN BLVD | Taichung | | Taichung | | Taiwan |
| CH1913.00 | CH01 | Distribution Center | Taiwan ICH | No.53, Hou-Shen Rd., Luchu, Tao Yuan County | Tao Yuan | | Taoyuan | | Taiwan |
| CH2123.00 | CH27 | Retail Store | Hsinchu Big City | No.239, Zhongyang Road East District | Hsinchu City | | Hsinchu | 30041 | Taiwan |
| CH2126.00 | CH29 | Outlet Store | Taimall | 1F, No. 112, Sec. 1, Nankan Road Luzhu Township | Taoyuan | | Taoyuan | 338 | Taiwan |

Dated:  04-April-2019

Account No. 1-35582
Policy No. 1050294

FM Global

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| CH2127.00 | CH32 | Outlet Store | TW Taoyuan Gloria Outlets | 1F, No. 189, Chunde Road Zhongli District | Taoyuan | | Taoyuan | 320 | Taiwan |
| CH2128.00 | CH26 | Retail Store | Far Eastern Taoyuan | No.20, Zhongzheng Road | Taoyuan City | | Taoyuan | 330 | Taiwan |
| CH2129.00 | CH05 | Retail Store | Sogo Zhongli | No. 357, Yuan Hua Road, 1F | Zhong Li City | | Taoyuan | 111 | Taiwan |
| EI1254.00 | KSEI02 | Retail Store, Outlet Store | Kildare | Kildare Village, Nurney Road | County Kildare | | Kildare | | Ireland |
| FR7790.00 | FR01B | Retail Store | Printemps Mens, Printemps LGF | 64 boulevard Haussmann | Paris | | Paris | 75009 | France |
| FR8793.00 | FR05 | Retail Store | GL Womens, Galeries Lafayette | Reception Mogador 12 rue de Mogador | Paris | | Paris | 75009 | France |
| FRA772.00 | FR09 | Outlet Store | La Vallee | 3 Cours de la Garrone La Vallee Shopping Centre | Serris | | Seine-et-Marne | 77700 | France |
| FRA905.00 | FR07 | Retail Store | RSH | 372-374 Rue Saint Honore | Paris | | Paris | 75001 | France |
| FRH664.00 | FR06 | Retail Store | GL Mens | Rue de la Marne | Paris | | Paris | 75019 | France |
| FRJ188.00 | KSFR03 | Retail Store | | 418 rue Saint Honore | Paris | | Paris | 75008 | France |
| FRJ557.00 | STFR10 | Retail Store | Printemps, France | Rue de Provence, Rayon 112-Code Marque 57 99 | Paris | | Paris | 75009 | France |
| GE6940.00 | GE03 | Outlet Store | Wertheim | Almosenberg Unit 135 | Wertheim a Main | | Baden-Württemberg | 97877 | Germany |
| GE8117.00 | GE05 | Outlet Store | Zweibruken Factory | Unit 42 Zweibrücken Fashion Outlet | Zweibrücken | | Rheinland-Pfalz | 66482 | Germany |
| HK0257.00 | HK30 | Retail Store | Hong Kong Times Square | 3/F, Times Square, 1 Matheson Street | Causeway Bay | | | | Hong Kong |

Dated: 04-April-2019

Page 23 of 82

Account No. 1-35582
Policy No. 1050294

# FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| HK0261.00 | HK29 | Retail Store | Canton Road | Shop G-109 & G110 & Façade, 7-25 Canton Road, Harbour City | Tsimshatsui | | Kowloon | | Hong Kong |
| HK0365.00 | HK08 | Retail Store | New Town Plaza | Shop 398, New Town Plaza, 18 Sha Tin Centre St | Hong Kong | | Hong Kong Island | | Hong Kong |
| HK0425.00 | HK19 | Retail Store | Moko | Grand Century Place, 193 Prince Edward Road West | Mongkok | | Kowloon | | Hong Kong |
| HK0684.00 | KSHK13 | Retail Store | Ocean Centre | 17 Canton Road | Hong Kong | | Central and Western | | Hong Kong |
| HK0737.00 | HK05A | Retail Store | Sogo CWB Men's, Sogo Causeway Bay, Sogo@CWB | Shop 5-20B, 5/F, Shop G-35A, Ground Floor, Sogo Causeway Bay, 555 Hennessy Road | Causeway Bay | | Hong Kong Island | | Hong Kong |
| HK0743.00 | HK14 | Retail Store | IFC | Shop No.1038, Level One, IFC Mall, 8 Finance Street | Central | | Hong Kong Island | | Hong Kong |
| HK0884.00 | HK09 | Retail Store | Nathan Road | Shop G01, 101 2/F, 118-130 Nathan Road | Hong Kong | | Kowloon | | Hong Kong |
| HK0898.00 | HK06 | Retail Store | Festival Walk | Unit LG2-11 & 13, Level G2, Festival Walk, 80 Tat Chee Ave Kowloon Tong | Hong Kong | | Kowloon | | Hong Kong |
| HK1114.00 | HK28 | Retail Store | Landmark North | 39 Lung Sum Avenue, N.T. | Hong Kong | | New Territories | | Hong Kong |
| HK1420.00 | HK15 | Retail Store | Langham Place | Shop 07 & 08, Level 1, Langham Place, 8 Argyle Street | Mong Kok | | Kowloon | | Hong Kong |
| HK1474.00 | HK16 | Outlet Store | Citygate Women's, Citygate Men's,Citygate Outlet | Unit 246-247, Unit 237-238, Citygate, 20 Tat Tung Road | Tung Chung | | Hong Kong Island | | Hong Kong |

Dated: 04-April-2019

Page 24 of 82

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| HK1692.00 | HK27 | Office | CIL-HK office | 15/F, C-Bons International Center, 108 Wai Yip Street | Hong Kong | | Kwun Tong | | Hong Kong |
| HK1715.00 | KSHK09 | Off Site Storage | Damco/Maersk | DD 124, Tin Ha Road, Lau Fau Shan | Hong Kong | | New Territories | | Hong Kong |
| HK1790.00 | HK03 | Office | HK Office (Harbour City) | Room 3301, 3302-05, 3310-11, 3312-14 on 33/F, Tower 6, The Gateway, Harbour City, Kowloon | Harbour City | | Kowloon | | Hong Kong |
| HK1791.00 | KSHK20 | Retail Store | Sogo@TST, Sogo TST (Sheraton) | Shop G-15 & G-16, Sogo TST, 20 Nathan Road | Hong Kong | | Kowloon | | Hong Kong |
| HK1819.00 | HK12 | Retail Store | Citygate 10/F | Shop 1007, 10th Avenue | Tung Chung | | Hong Kong Island | | Hong Kong |
| IT3890.00 | IT04 | Retail Store | Florence | Piazza della Repubblica 46/R/Via degli | Florence | | Firenze | 50123 | Italy |
| IT4684.00 | IT09 | Outlet Store | Serravalle | Unit L3-L4 Serravalle Scrivia | Serravalle | | Alessandria | 15069 | Italy |
| IT5607.00 | IT10 | Outlet Store | MG Venice | Unit 170 McArthur Glen Designer Centre | Noventa | | Venezia | 30020 | Italy |
| IT6057.00 | IT03 | Outlet Store | Leccio | Via Europa 8, 13/A Leccio Reggello | Florence | | Firenze | 50066 | Italy |
| IT6744.00 | STIT04 | Retail Store | Via Saint Andrea | Via St Andrea, 10 | Milan | | Milano | 20121 | Italy |
| IT7635.00 | IT11 | Outlet Store | Torino | Unit 4 Torino Outlet Village | Settimo Torinese | | Torino | 10036 | Italy |
| JP1842.00 | KSJP34B | Retail Store | K.NagoyaTK, K.NagoyaTKRTW, K.NagoyaTKWA | 1F, 3F, 1-1-4, Meieki, Nakamura-ku | Nagoya | | Aichi | 450-6001 | Japan |
| JP1886.00 | JP152A | Retail Store | Abeno Kintetsu Mens, Abeno Kintetsu, K.AbenoKT | Kintetsu Department store Shinkan Honten 2F, 3F Abeno Harukasu Tower, 1-1-43 Abenosuji. | Abeno-ku | | Osaka | 545-8545 | Japan |

Page 25 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

# FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP1897.00 | JP135 | Retail Store | Kanazawa Atrio | Korinbo Atrio 1F, 1-1-1 Korinbo, | Kanazawa-shi | | Ishikawa | 920-0961 | Japan |
| JP1902.00 | KSJP178 | Retail Store | K.OkayamaTM, Okayama Tenmaya, Okayama Tenmaya Mens | Tenmanya Okayama store 1F, 4F 2-1-1 Omotecho Kitaku | Okayamashi | | Okayama | 700-8625 | Japan |
| JP1994.00 | JP120 | Outlet Store | Gotemba, O.K.Gotemba | Gotemba Premium Outlet 850, 1312-2320, Fukazawa | Gotemba-shi | | Shizuoka | 412-0023 | Japan |
| JP1995.00 | JP121 | Outlet Store | Karuizawa, O.K.Karuizawa | Karuizawa Prince Shopping Plaza New West B7, 1178-NW 70, Karuizawa-machi, Kitasaku-gun, Nagano | Kitasaku-gun | | Nagano | 389-0193 | Japan |
| JP2134.00 | JP193 | Retail Store | Hakata Canal City | Canal City Hakata North Building 1F, 1-2-22 Sumiyoshi | Fukuoka-shi | | Fukuoka | 812-0018 | Japan |
| JP2149.00 | JP52 | Retail Store | Futagotamagawa TSC, K.TamagawaTKSC | Tamagawa Takashimaya S・C 3F, 1F, 3-17-1 Tamagawa | Setagaya-ku | | Tokyo | 158-8502 | Japan |
| JP2150.00 | JP160 | Outlet Store | Kobe Marine Pia | 12-2 Kaigandori, Tarumi-ku | Kobe-shi | | Hyogo | 655-0036 | Japan |
| JP2153.00 | JP61 | Retail Store | Chiba Sogo, K.ChibaSogo | Sogo Department Chiba store 1F, 2F, 1000 Shin-machi, Chuo-ku, Chiba-shi, Chiba | Chiba-shi | | Chiba | 260-8557 | Japan |
| JP2154.00 | KSJP177 | Retail Store | K.HiroshimaSogo, Hiroshima Sogo | 1F, Main Building, 6-27, Sogo Department Hiroshima store, Motomachi, Naka-ku | Hiroshima | | Hiroshima | 730-8501 | Japan |

Dated: 04-April-2019

# FLOOD PRONE LOCATIONS, APPENDIX B



| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP2156.00 | KSJP62 | Retail Store | K.YokohamaSogo, Yokohama Sogo, Yokohama Sogo Mens | B1F, 5F, 2-18-1, Sogo Department Yokohama store, Takasima, Nishi-ku, Yokohama-shi, Kanagawa | Yokohama | | Kanagawa | 220-8510 | Japan |
| JP2158.00 | JP60 | Retail Store | Ikebukuro Seibu, Ikebukuro Seibu Mens, K.IkebukuroSB | Seibu Department Ikebukuro store, 2F, 1-28-1 Minami-Ikebukuro, Toshima-ku, Tokyo | Toshima-ku | | Tokyo | 171-8569 | Japan |
| JP2161.00 | KSJP77 | Outlet Store | O.K.Makuhari, Makuhari | Coach Factory Garden Walk 1F, 2-6-1, Hibino, Mihama-ku | Chiba | | Chiba | 261-0021 | Japan |
| JP2752.00 | JP63 | Retail Store | Ikebukuro Tobu, Ikebukuro Tobu Mens | Tobu Department Ikebukuro store 2F, 1-1-25 Nishi-Ikebukuro, Toshima-ku, Tokyo | Toshima-ku | | Tokyo | 171-8512 | Japan |
| JP3282.00 | JP181 | Retail Store | Hiroshima Fukuya, Hiroshima Fukuya Mens | Fukuya Hacchobori store 9F, 6-26 Ebisu-cho Naka-ku, Fukuya Hiroshima Ekimae store 1F, 9-1 Matsubara-cho Minami-ku | Hiroshima-shi | | Hiroshima | 732-8511 | Japan |
| JP3288.00 | JP18 | Retail Store | Morioka Kawatoku | 1-10-1, Saien | Morioka-shi | | Iwate | 020-0024 | Japan |
| JP3291.00 | KSJP196A | Retail Store | K.OitaTokiwa, Oita Tokiwaya | Oita Tokiha Department store 1F, 2-1-4, Funaicho | Oita | | Oita | 870-8688 | Japan |
| JP3301.00 | KSJP200 | Outlet Store | Tosu, Tosu Mens Factory | Tosu Premium Outlet 150, #1700, 8-1 Yayoigaoka | Tosu | | Saga | 841-0005 | Japan |
| JP3350.00 | JP243 | Outlet Store | Okinawa Ashibina, O.K.Ashibinaa | Okinawa Outlet mall ASHIBINA 330, 1-188 Toyosaki | Tomigusuku | | Okinawa | 389-0102 | Japan |

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP3352.00 | JP253 | Retail Store | Hankyu Men's Osaka, Umeda Hankyu | Hankyu Department Umeda store 1F, 8-7, 7-10 Kakuta-cho, Kita-ku | Osaka | | Osaka | | Japan |
| JP3355.00 | KSJP235 | Retail Store | K.ShinjukuOKY, K.ShinjukuITRTW, Tokyo Isetan, K.ShinjukuIT, Shinjuku Isetan Pop-up | 1F, 2F, Main Building, 3-14-1, Shinjuku | Shinjuku-ku | | Tokyo | 160-0022 | Japan |
| JP3387.00 | JP51 | Retail Store | TOKYO-BAY Lalaport | LalaPort Tokyo-bay North building 1F, 2-1-1 Hama-cho, | Funabashi-shi | | Chiba | 273-8530 | Japan |
| JP3601.00 | JP24A | Retail Store | Sendai Mitsukoshi, Sendai Mitsukoshi Mens, Sendai Mitsukoshi | Mitsukoshi department Sendai 1F, 4-8-15 Ichiban-cho, Aoba-ku, | Sendai | | Miyagi | 980-8543 | Japan |
| JP3602.00 | JP57 | Retail Store | Yokohama Takashimaya, K.YokohamaTK | Takashimaya Departement Yokohama store 1F, 3F, 1-6-31 Minami Saiwai, Nishi-ku | Yokohama-shi | | Kanagawa | 220-8601 | Japan |
| JP3638.00 | JP05A | Outlet Store | Chitose Mens, Chitose | 1-2-1 Kashiwadai-minami | Chitose-city | | Hokkaido | 066-0009 | Japan |
| JP3671.00 | JP107 | Retail Store | Tokyo Daimaru Mens, Tokyo Daimaru Womens Pop-up, K.TokyoDMSMG | Daimaru Tokyo2F, 1-9-1 Marunouchi | Chiyoda-ku | | Tokyo | 100-6701 | Japan |
| JP3719.00 | JP141 | Retail Store | Kyoto Takashimaya, Kyoto Takashimaya Mens, K.KyotoTK | Department Kyoto store 1F, 4F, 52, Nishiiru Shincho, Shijo-dori, Kawaramachi, Takashimaya, Sijyo-dori | Shimogyo-ku | | Kyoto | 600-8520 | Japan |

Dated: 04-April-2019

Page 28 of 82

Account No. 1-35582
Policy No. 1050294

FM Global

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP3723.00 | KSJP142 | Retail Store | K.NambaTK, Osaka, Takashimaya Men's, Osaka Takashimaya | Takashimaya Department Osaka store 2F, H246, 2F, 5-1-5, Namba, Chuo-ku | Osaka | | Osaka | 542-8510 | Japan |
| JP3726.00 | JP59 | Retail Store | Shinjuku Takashimaya, Shinjuku Takashimaya Mens Pop-up | Takashimaya Department Shinjuku store 2F, 5-24-2 Sendagaya, Shibuya-ku | Shibuya-ku | | Tokyo | 151-8580 | Japan |
| JP4206.00 | KSJP237 | Outlet Store | O.K.Nagashima, Nagashima | Mitsui Outlet Park Jazz Dream Nagashima 1F,368-8130, Urayasu, Nagashima-cho | Kuwana | | Mie | 511-1135 | Japan |
| JP4207.00 | JP155B | Retail Store | Rinku Pop-up, Rinku, Rinkuu Mens Factory, O.K.Rinku | Rinku outlet 1135, 1525, 1840 3-28 Ouraiminami, Rinku | Izumisano | | Osaka | 598-8508 | Japan |
| JP4631.00 | JP222 | Outlet Store | Osaka Tsurumi Pop-up | Mitsui Outlet Park Osaka Tsurumi 320, 2-7-70 Matta Omiya, Tsurumi-ku | Osaka | | Osaka | 538-0031 | Japan |
| JP4802.00 | JP146 | Retail Store | Umeda Daimaru, Umeda Daimaru Men's, K.UmedaDM | Daimaru Department Osaka Umeda store 4F, 3-1-1 Umeda, Kita-ku | Osaka-shi | | Osaka | 530-0001 | Japan |
| JP4902.00 | JP35A | Outlet Store | Iruma Mens, Iruma, O.K.Iruma | Mitsu Outlet Park Iruma #1161, 3169-1 Miyadera | Iruma-city | | Saitama | 358-0014 | Japan |
| JP5561.00 | JP218 | Retail Store | Hamamatsu Entetsu | Entetsu Hyakkaten 2F, 320-2 Sunayama-cho, Naka-ku, | Hamamatsu | | Shizuoka | 430-8588 | Japan |
| JP5590.00 | KSJP159 | Outlet Store | O.K.Sanda | Kobe Sanda Premium Outlet #600 7-3-305, Kouzu-dai, Kita-ku | Kobe | | Hyogo | 651-1515 | Japan |

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP5634.00 | JP55 | Retail Store | Aqua City Odaiba | Mitsukoshi Aqua City Odaiba, Aqua City Odaiba SR302, 1-7-1 Daiba | Minato-ku | | Tokyo | 195-0091 | Japan |
| JP5661.00 | KSJP79 | Retail Store | K.KawasakiLazona, Lazona Kawasaki | 2F, 72-1, Horikawa-cho, Kawasaki-shi, Kanagawa, Horikawa-cho Saiwai-ku | Kawasaki | | Kanagawa | 212-0013 | Japan |
| JP5672.00 | JP137 | Retail Store | Fukui Seibu | 1-8-1 Chuo | Fukui-city Fukui | | Fukui | 910-8582 | Japan |
| JP5694.00 | JP248 | Retail Store | Marui Kitasenjyu | Kitasenju Marui 2F, 3-92 Senju | Adachi-ku | | Tokyo | 120-8501 | Japan |
| JP5725.00 | JP47 | Distribution Center, Off Site Storage | E-commerce (DC), DHL/Chiba | GLP Kashiwa 3F, 3-1 Shintoyofuta, | Kashiwa-shi | | Chiba | 277-0804 | Japan |
| JP5900.00 | KSJP31 | Outlet Store | O.K.Sano, Sano Factory Outlet | Sano Premium Outlet #510, 2058-1503, Koena-cho | Sano | | Tochigi | 327-0822 | Japan |
| JP5978.00 | JP102 | Retail Store | Coach Omotesando | 3-6-1, Kita-aoyama | Minato-ku | | Tokyo | 107-0061 | Japan |
| JP6004.00 | JP28 | Retail Store | Urawa Isetan, K.UrawaIT | 1-15-1, Takasago, Urasa-ku | Saitama-shi | | Saitama | 330-0063 | Japan |
| JP6216.00 | JP44 | Outlet Store | Aeon Hanyu | Aeonmall Hanyu Nishimachiku 1F 141, Kawasaki 2-281-3 | Hanyu-shi Saitama | | Saitama | 348-0039 | Japan |
| JP6222.00 | KSJP21 | Retail Store | K.KitasenLumine | 3F, 42-2, Senjyu-asahi-cho | Adachi-ku | | Tokyo | 120-0026 | Japan |
| JP6243.00 | JP84 | Retail Store | Ginza Matsuya Mens, Ginza Matsuya | Matsuya Ginza Department Store 2F, 3-6-1 Ginza, Matsuya Ginza | Chuo-ku | | Tokyo | 104-8130 | Japan |
| JP6460.00 | JP203 | Outlet Store | Fukuoka Marinoa City, Fukuoka Marinoa City Mens | Marinoacity Fukuoka Outlet I-104, I R-121, 2-12-30 Koto Nishi-ku | Fukuoka-shi | | Fukuoka | 819-0001 | Japan |

Dated: 04-April-2019

Page 30 of 82

FM Global

**FLOOD PRONE LOCATIONS, APPENDIX B**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP6532.00 | JP07A | Outlet Store | Kita Hiroshima, Kita Hitoshima Mens | Mitsui Outlet Park Sapporo Kitahiroshima Mitsui Outlet park 1450, 1080, 3-7-6 Saiwai-cho Omagari | Kitahiroshima | | Hokkaido | 061-1278 | Japan |
| JP6539.00 | JP242 | Retail Store | Iyotetsu Takashimaya | Takashimaya Department Matsuyama store 3F, 5-1-1 Minato-machi, | Matsuyama | | Ehime | 790-8587 | Japan |
| JP6668.00 | JP166A | Outlet Store | Shiga Ryuo Mens, Shiga Ryuo, O.K.ShigaRyuo | Mitsui Outlet Park Shiga Ryuo #1560, 1178-694 Sunayama, Oazayakushiji, Ryuo-cho | Gamo-gun | | Shiga | 520-2551 | Japan |
| JP6710.00 | JP195 | Retail Store | Fukuoka Iwataya | Iwataya Department store 2F, 2-11-1 Tenjin, Chuo-ku, | Fukuoka-shi | | Fukuoka | 810-0001 | Japan |
| JP6816.00 | JP123 | Outlet Store | Toki, O.K.Toki | Toki Premium Outlet #800, 1-2, 1F Tokigaoka | Toki-shi | | Gifu | 509-5127 | Japan |
| JP7110.00 | KSJP215 | Retail Store, Outlet Store | Ami | Ami Premium Outlet 850, 4-1-1 Yoshiwara, Amimachi | Inashiki | | Ibaraki | 300-1161 | Japan |
| JP7258.00 | JP64 | Retail Store | Shinjuku Odakyu, Shinjuku Odakyu Mens, Machida Odakyu, Shinjiyuku Odakyu | Odakyu Department Store Honkan 3F, 1-1-3 Main Building Odakyu, Nishi-Shinjuku, Shinjuku-ku, Tokyo | Shinjuku-ku | | Tokyo | 160-8001 | Japan |
| JP7283.00 | JP21 | Outlet Store | Sendai-Izumi, Sendai-Izumi Men's | Sendai-Izumi Premium Outlets 1380, 1420, 6-1-1 Teraoka, Izumi-ku | Sendai-shi | | Miyagi | 981-3204 | Japan |

Dated: 04-April-2019

**FM Global**

**FLOOD PRONE LOCATIONS, APPENDIX B**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7338.00 | KSJP53 | Outlet Store | O.K.Kisarazu | 398-4050, Nakajima | Nakajima | | Chiba | 292-0008 | Japan |
| JP7356.00 | KSJP41 | Retail Store | K.NagoyaMidLand | 3F, 4-7-1, Meieki, Nakamura-ku | Nagoya | | Aichi | 450-0002 | Japan |
| JP7485.00 | KSJP78 | Retail Store | K.Ginza | 1F,2F,3F, 5-5-19, Ginza | Chuo-ku | | Tokyo | 104-0061 | Japan |
| JP7652.00 | KSJP246 | Outlet Store, Retail Store | Shisui | Shisui Premium Outlet #870, 2-4-1 Iizumi, Shisui | Chiba | | Chiba | | Japan |
| JP7656.00 | JP250 | Outlet Store | Hokuriku Oyabe | 1-1 Aza-Washiba | Oyabe | | Toyama | | Japan |
| JP7862.00 | JP09 | Outlet Store | Aeon Kushiro Showa | 4-18-1 Shouwachuo | Kushiro-city | | Hokkaido | 084-0910 | Japan |
| JP7864.00 | JP226 | Retail Store | Sapporo Daimaru | (Logi) Daimaru Sapporo logistic Center c/o Nanou, 5-6-30 Ryutsu Center, Shiraishi-ku, | Sapporo | | Hokkaido | 003-0030 | Japan |
| JP7867.00 | JP227 | Outlet Store | Sendaiko Mens | Mitsui Outlet Park Sendaiko 1421, 3-7-2 Nakano Miyagino, | Sendai | | Miyagi | 983-0012 | Japan |
| JP7875.00 | JP36 | Outlet Store | Nasu Factory | 184-7 Shionozaki | Nasushiobara-shi | | Tochigi | 329-3122 | Japan |
| JP7876.00 | JP41 | Outlet Store | Nasu Mens | Nasu Garden Outlet, 184-7 Shionozaki | Nasu-Shiobara-shi | | Tochigi | 329-3122 | Japan |
| JP7877.00 | JP30 | Retail Store | Utsunomiya Tobu | Tobu Utsunomiya Department 1F, 5-4, Miyazono-cho | Utsunomiya-shi | | Tochigi | 320-8560 | Japan |
| JP7879.00 | JP214 | Outlet Store | Aeon LakeTown Popup | Aeon LakeTown Outlet 1F #2110, 4-1-1 Lake Town | Koshigaya | | Saitama | 43-0828 | Japan |
| JP7883.00 | JP219 | Outlet Store | Kisarazu | Mitsui Outlet Park Kisarazu 4160, 3-1-1 Kaneda Higashi | Kisarazu | | Chiba | 292-0009 | Japan |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|-----------|--------------|------|-------|----------------|------|--------|------------------|-------------|---------|
| JP7885.00 | JP217 | Retail Store | Coach Ginza (3F stock) | Fujikonishi Building 3F, 5-5-18 Ginza, | Chuo-ku | | Tokyo | 104-0061 | Japan |
| JP7887.00 | JP93 | Retail Store | DiverCity Tokyo Mens | Divercity Tokyo Plaza 3F 32100, 1-1-10 Aomi | Koto-ku | | Tokyo | 135-0064 | Japan |
| JP7889.00 | KSJP71 | Retail Store | K.KichijojiTKY, Kichijoji Tokyu | Tokyu Department Kichijoji store 1F, 2-3-1 Kichijoji Hon-machi | Musashino | | Tokyo | 180-8519 | Japan |
| JP7892.00 | JP72 | Retail Store | Ueno Matsuzakaya | Ueno Matsuzakaya 1F, Ueno 3-29-5 | Taito-ku | | Tokyo | 110-8503 | Japan |
| JP7893.00 | JP86 | Retail Store | Tama Plaza Tokyu, K.TamaPlaza | Tokyu Department Store 1F West Court, 1-7 Utsukushigaoka, Aoba-ku | Yokohama | | Kanagawa | 225-0002 | Japan |
| JP7896.00 | JP10 | Retail Store | Niigata Isetan | 1-6-1, Bandai | Niigata-shi | | Niigata | 950-8589 | Japan |
| JP7897.00 | JP224 | Outlet Store | Oyabe, O.K.HokurikuOyabe | Mitsui Outlet Park Hokuriku-Oyabe 1221, 1318, 972 – 1Nishi nakano | Oyabe | | Toyama | 932-8538 | Japan |
| JP7899.00 | JP127– | Outlet Store | Yatsugatake | Yatsugatake Kobuchizawa Resort Outlets Mall L-18, 4000 Kobuchizawa-cho, Hokuto-shi, Yamanashi | Hokuto-shi | | Yamanashi | 408-0044 | Japan |
| JP7906.00 | JP232 | Retail Store | Nagoya JR Takashimaya | (Logi) NRC JR Tokai Nagoya Shizai Centre, Higashi Nakagawa, Aza Nitta, Atsuta mae, Minato-ku, | Nagoya | | Aichi | 450-6003 | Japan |

Page 33 of 82

Dated:  04-April-2019

**FLOOD PRONE LOCATIONS, APPENDIX B**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7913.00 | JP144 | Retail Store | Kyoto Daimaru | Daimaru Department Kyoto store , 79 Tachiuri Nishi-machi, Nishiiru, Takakura 4-jo dori, Shimogyo-ku, | Kyotoshi | | Kyoto | 600-8511 | Japan |
| JP7914.00 | JP165 | Retail Store | Umeda Hankyu Mens, Umeda Hankyu, Umeda Hankyu Rtw | Hankyu Department Umeda Mens Store 1F, 8-7 Umeda Hankyu Kakuta-cho, Kita-ku | Kitaku | | Osaka | 530-0017 | Japan |
| JP7920.00 | JP172 | Outlet Store | Kobe Marine Pia Mens | 2169 Kaigan-dori Tarumi-ku | Kobe-shi | | Hyogo | 655-0036 | Japan |
| JP7923.00 | KSJP151 | Retail Store | K.NaraKT, Nara Kintetsu | Kintetsu Department Nara store 1F, 2-4-1 Saidaijihigashi-cho, | Nara | | Nara | 631-8511 | Japan |
| JP7928.00 | JP179 | Retail Store | Fukuyama Tenmaya | Tenmanya Fukuyama store 1F, 1-1 Moto-machi | Fukuyama-shi | | Hiroshima | 720-8636 | Japan |
| JP7930.00 | JP182 | Retail Store | Hiroshima Alpark Tenmaya | Hiroshima Alpark Tenmaya 2F,1-16-1 Iguchi Myojin, Nishi-ku, | Hiroshima-shi | | Hiroshima | 733-8625 | Japan |
| JP7933.00 | JP192 | Retail Store | Tokushima Sogo | Sogo Department Tokushima Store 2F, 1-5 Terashima Honcho Nishi | Tokushima-shi | | Tokushima | 770-8511 | Japan |
| JP7935.00 | KSJP205 | Retail Store | K.HakataHK, Hakata Hankyu, Hakata Hankyu Mens | 6F Hakata Hankyu 4F, 1-1, Chuogai Hakataeki Hakata-ku | Fukuoka | | | 812-0012 | Japan |
| JP7936.00 | JP194 | Retail Store | Kokura Izutsuya, K.KokuraIZ | Izutsuya Department Okura-store 1F, new Building, 1-1 Senba-cho, Ogurakita-ku, Kokura-kita-ku | Kita Kyushu-shi | | Fukuoka | 802-0007 | Japan |

Page 34 of 82

Dated: 04-April-2019

**FM Global**

**FLOOD PRONE LOCATIONS, APPENDIX B**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| JP7940.00 | JP197 | Retail Store | Kumamoto Tsuruya | Tsuruya Department Kumamoto store 1F, 6-4 Tetorihonmachi, | Kumamoto-shi | | Kumamoto | 860-0808 | Japan |
| JP7942.00 | JP204 | Retail Store | Kagoshima Yamakataya | Yamakataya 1F, 3-1 Kinsei-cho, | Kagoshima-shi | | Kagoshima | 892-8601 | Japan |
| JP8150.00 | KSJP119 | Off Site Storage | Zozotown | 5F Zozobase, 3-7-10, Akanehama | Narashino-chi | | Chiba | 275-0024 | Japan |
| JP8151.00 | KSJP44 | Retail Store | K.Marunouchi | 1F, Marunouchi-2-chome Building, 2-5-1, Marunouchi | Chiyoda-ku | | Tokyo | 100-0005 | Japan |
| JP8153.00 | JP240 | Retail Store | Shinjuku | Shinjuku Nakamuraya Building 1-2F,3-26-13Shinjuku | Shinjuku | | Tokyo | 160-0022 | Japan |
| JP8161.00 | KSJP112 | Retail Store | K.Kobe | 1F, Daiichi-seimei Building, 69, Kyomachi, Chuo-ku | Kobe | | Hyogo | 650-0034 | Japan |
| JP8162.00 | KSJP136 | Outlet Store | O.K.Hiroshima, The Outlets Hiroshima | 4, Ishiuchihigashi,Saeki-ku, Ishiuchihigashi | Hiroshima | | Hiroshima | 731-5162 | Japan |
| JP8452.00 | JP77A | Outlet Store | Makuhari Mens Pop-up | 2-5 Hibino Mihama | Chiba | | Chiba | 261-0021 | Japan |
| JP8454.00 | KSJP247 | Outlet Store | The Outlets Hiroshima | 1-2 Ogawamachi | Tokyo | | Tokyo | | Japan |
| KO0453.00 | KO105 | Retail Store | Lotte Main, LOTTE MAIN MEN | 1 Sogong Dong, Jung Gu | Seoul | | Seoul City | 100-720 | South Korea |
| KO1826.00 | KO43 | Outlet Store | | 1F, 561 East ,360 Myeongpum-ro, Sanggeo-ri | Yeoju-si | | Gyeonggi-do | 12646 | South Korea |
| KO2237.00 | KO107 | Outlet Store | KR Busan Lotte East Busan Outlet | Lotte Premium Outlets East Busan, 147 Kijang Haean-ro | Busan | | Busan Metropolitan City | | South Korea |
| KO2277.00 | KO54 | Retail Store | Shinsegae Gyeonggi | 2F, 536, Poeun-daero, Suji-gu | Yongin-si | | Gyeonggi-do | 16842 | South Korea |
| KO2290.00 | KO60 | Distribution Center | Korea ICH | 91-40, Munhyeon-ro, Opo-eup | Gwangju-si | | Gangwon-do | 464894 | South Korea |

Dated: 04-April-2019

Page 35 of 82

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| KO2347.00 | KO113 | Outlet Store | KR Siheung Shinsegae Siheung Outlet (POP-UP) | 699 Seohaean-ro | Siheung-si | | Gyeonggi-do | 15010 | South Korea |
| KO2359.00 | KO102 | Outlet Store | Lotte Icheon Factory Outlet, Lotte Yongin Outlet | 177-74, Premium outlet-ro | Icheon | | Gyeonggi-do | 22606 | South Korea |
| KO2390.00 | KO93 | Retail Store | Daegu Shinsegae East Daegu | 5F, Daegu, Shinchoen-dong | Dong-gu | | Daegu Metropolitan City | 41249 | South Korea |
| KO2391.00 | KO99 | Outlet Store | Lotte Isiapolis | 16, Paigong-ro 49-gil | Dong-gu | | Daegu Metropolitan City | 41026 | South Korea |
| KO2403.00 | KO53 | Retail Store | Hyundai Gimpo Premium Outlet | 100, Arayuk-ro 152beon-gil, Gochon-eup 1F | Gimpo-si | | Gyeonggi-do | 10135 | South Korea |
| KO2407.00 | KO82 | Retail Store | Shinsegae Hanam | 1F, 750 Misa-daero | Hanam | | Gyeonggi-do | 12942 | South Korea |
| KO2408.00 | KO101 | Outlet Store | Lotte Paju Outlet | 390 Hoedong-gil | Paju | | Gyeonggi-do | 10881 | South Korea |
| KO2414.00 | KO40 | Retail Store | Shinsegae Wezonbu | 3F, 525 Pyounghwa-ro | Uijeongbu-si | | Gyeonggi-do | 11645 | South Korea |
| KO2417.00 | KO78 | Retail Store | Shinsegae Choong Cheong | 1F, 43 Mannam-ro | Cheonan | | Chungcheon gnam-do | 31120 | South Korea |
| KO2426.00 | KO98 | Outlet Store | Lotte Gimhae Outlet | 469 JangYu-ro | Gimhae | | Gyeongsangn am-do | 51011 | South Korea |
| MA2025.00 | M508 | Retail Store | Malaysia Sunway | Unit G1. 10, Ob K3A & Ob. K3B Ground Floor & Oasis Blvd, Sunway Pyramid Bandar Sunway | Petaling Jaya | | Selangor | 46150 | Malaysia |
| MA2026.00 | M504 | Retail Store | Malaysia One Utama | Ground Floor, Centre Concourse, 1 Utama Shopping Centre, Bandar Utama | Petaling Jaya | | Selangor | 47800 | Malaysia |

Page 36 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| MA2027.00 | M512 | Retail Store | Malaysia Queensbay, KSN QUEENSBAY MALL | GF-46, GF-45 &GF43A, Queensbay Mall, 100 Persiaran Bayan Indah | Bayan Lepas | | Pahang | 11900 | Malaysia |
| MA2028.00 | M505 | Retail Store | Malaysia Gurney Plaza, KSN GURNEY PARAGON | G14 & G15, Unit 170-G-35/36 Ground Floor, Plaza Gurney | George Town | | Pahang | 10250 | Malaysia |
| MA2029.00 | M516A | Outlet Store, Retail Store | Genting Highlands Premium Outlets, KSN GPO, SkyAvenue Mall | Suite 800 & 802 Genting Premium Outlets, KM 13 GENTING HIGHLANDS, SUITE 534, GENTING HIGHLANDS PREMIUM OUTLET, PAHANG DARUL MAKMUR | Pahang | | Pahang | 69000 | Malaysia |
| MA2030.00 | M522B | Outlet Store | JPO Men's | Jalan Premium Outlets, Indahputra | Kulaijaya | | Johor | 81000 | Malaysia |
| MA2031.00 | M507 | Retail Store | Malaysia Suria Sabah | Lot G50, G51 & G52, Ground Floor Suria Sabah Shopping Mall, 1 Jalan Tun Fuad Stephens | Kota Kinabalu | | Sabah | 88000 | Malaysia |
| MA2032.00 | M513 | Retail Store | Malaysia Imago KK, Kota Kinabalu, KSN - IMAGO KK TIMES SQUARE | G02, G03 & G05 Imago Shopping Mall KK Times Square Phase 2, Off Coastal Highway | Kota Kinabalu | | Sabah | 88100 | Malaysia |
| MA2034.00 | M510 | Retail Store | Malaysia Alamanda | Jalan Alamanda, Precinct 1, Putrajaya, Wilayah Persekutuan | Kuala Lumpur | | Kuala Lumpur | 62000 | Malaysia |
| MA2152.00 | M523 | Outlet Store | MY Penang Outlet | Jalan Cassia Barat 2 | Penang | | | 14110 | Malaysia |

Page 37 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

# FLOOD PRONE LOCATIONS, APPENDIX B

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| MC0006.00 | KSMC07 | Retail Store | Four Seasons, Venetian | Shop No. 2008-2009, 2823 & 2825, Level 2, Cotai Strip Storage Unit LM1 on Mezzanine Level, Shoppes at Four Seasons, The Grand Canal Shoppes, The Venetian Macao-Resort-Hotel, Estrada Da Baia de N. Senhora da Esperanca | Coitai | | | | Macao |
| MC0021.00 | MC03 | Retail Store | MGM | Unit 7, Level 1, MGM Macau Hotel, Avenida Dr. Sun Yat Sen | Nape | | | | Macao |
| MC0043.00 | MC04 | Distribution Center | | Avenida do Almirante Magalhaes Correira No. 41, Centro Industrial Keck Seng Bl 3, 13 andar U | Macao | | | | Macao |
| MC0049.00 | MC06 | Retail Store | Studio City | Lo1-1169 , Studio City Cotai Storage Unit Shop L02-2021, Studio City, Cotai | Macao | | | | Macao |
| MO0017.00 | STMO01 | Retail Store | Montecarlo | 17 Avenue des Spelugues | Monaco | | | 98000 | Monaco |
| PO0666.00 | PO03 | Outlet Store | Freeport | Avenida Euro 2004, No. 1298 | Alcochete | | Lisboa | 2890-154 | Portugal |

Page 38 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

**FLOOD PRONE LOCATIONS, APPENDIX B**

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| SI0138.00 | S517 | Retail Store | KSN CHANGI AIRPORT T3, KSN CHANGI AIRPORT TERMINAL 4, Jewel Changi Airport | 78 Airport Boulevard, Jewel Changi Airport, UNIT 02-25, DEPARTURE/TRANSIT, SINGAPO CHANGI AIRPORT, TERMINAL 4 | Singapore | | Central Singapore | 819663 | Singapore |
| SI0250.00 | S509 | Retail Store | Singapore Takashimaya Men's, Takashimaya | Level 1, 391 Orchard Road Takashimaya 302-4-2 | Singapore | | Central Singapore | 238873 | Singapore |
| SI0327.00 | S035 | Distribution Center | Singapore ICH | 39 Keppel Road #05-01 Tanjong Pagar Distripark | Singapore | | Central Singapore | 089065 | Singapore |
| SI0338.00 | S520A | Retail Store | Singapore IMM, KATE SPADE NEW YORK IMM | 2 Jurong East Street 21 LOT 01-104/106/107/108/109 Imm Building | Singapore | | Central Singapore | 609601 | Singapore |
| SI1094.00 | S503 | Retail Store | Singapore Raffles City, KSN RAFFLES CITY | 252 North Bridge Road #01-23/24/34 Raffles City Shopping Centre | Singapore | | Central Singapore | 179103 | Singapore |
| SI1172.00 | S506 | Retail Store | Singapore VivoCity | 1 Harbourfront Walk #01-127/128/194 Vivo City | Singapore | | Central Singapore | 098585 | Singapore |
| SI1184.00 | S511 | Retail Store | Marina Bay Sands, KSN MBS | THE SHOPPES AT MARINA BAY SANDS2 Bayfront Avenue #B2-017, 40 | Singapore | | Central Singapore | 018972 | Singapore |
| SI1553.00 | S501 | Retail Store | Singapore Paragon | 290 Orchard Road #01-11/12 The Paragon | Singapore | | Central Singapore | 238859 | Singapore |
| SI1980.00 | S502A | Retail Store | KSN TAKASHIMAYA | 21 Orchard Road, Ngee Ann City, SHOP 112, LEVEL 1 | Singapore | | Central Singapore | 238873 | Singapore |
| SI2079.00 | S521 | Retail Store | Isetan | Scotts Road | Singapore | | Central Singapore | 238868 | Singapore |

Page 39 of 82

Dated:  04-April-2019

FLOOD PRONE LOCATIONS, APPENDIX B

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| SP2725.00 | SP10 | Outlet Store | Las Rozas | Las Rozas Village C/Juan Ramon Jimenez 3 | Las Rozas Madrid | | Madrid | 28232 | Spain |
| SP3591.00 | SP08 | Outlet Store | La Roca | La Roca Village | Santa Agnes de Malanyanes | | Barcelona | 08430 | Spain |
| SP4057.00 | SP04 | Retail Store | ECI Castellana | El Corte Ingles Castellana Raimundo Fdez Villaverde, 79 | Madrid | | Madrid | 28003 | Spain |
| SP4795.00 | SP13 | Outlet Store | Sevilla | Unit 58 Sevilla Fashion Outlet | La Rinconada | | Sevilla | 41300 | Spain |
| SP4947.00 | SP07 | Retail Store | ECI Diagonal, ECI Barcelona | El corte ingles Diagonal. Avenida Diagonal, Avinguda Diagonal 617 | Barcelona | | Barcelona | 08028 | Spain |
| SP5620.00 | STSP04 | Distribution Center | Euro Cargo | Poligono Industrial El Pastoret. C/ Illes Balerars | Monovar | | Valencia | 3640 | Spain |
| S22325.00 | STS201 | Retail Store | Zurich | Steinmuehleplatz 1 | Zuerich | | Zurich | 8001 | Switzerland |
| UK3064.00 | UK05 | Outlet Store | Cheshire Oaks, Cheshire Oaks Mens, Cheshire Oaks Designer Outlet | Cheshire Oaks Designer Outlet, Unit 163, Kinsey Road Ellesmere Port | Cheshire | | Cheshire | CH65 9JJ | United Kingdom |
| UK4714.00 | UK03 | Outlet Store | Bicester, Bicester Village, Bicester | Unit 84, 50 Pingle Drive, Bicester | Bicester | | Oxfordshire | OX26 6WD | United Kingdom |
| UKA201.00 | UK16 | Retail Store | UK Bluewater, Bluewater Mall | Unit 1098 Lower Level Guild Hall, Bluewater | Greenhithe | | Kent | DA9 9SN | United Kingdom |
| UKB945.00 | UK06 | Office | Cavendish Square, Cavendish Sq First Floor | 2 Cavendish Square | London | | London, City of | W1G 0PU | United Kingdom |
| UKB960.00 | KSUK176 | Outlet Store | York Designer Outlet | MCARTHURGLEN OUTLET YORK, St Nicolas Avenue, Fulford | York | | Yorkshire | YO19 4TA | United Kingdom |

Dated: 04-April-2019

Page 40 of 82

**FM Global**

**FLOOD PRONE LOCATIONS, APPENDIX B**

Account No. 1-35582
Policy No. 1050294

| Index No. | Location No. | ID 2 | Title | Street Address | City | County | State / Province | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| UKC655.00 | UK13 | Retail Store | Birmingham | Unit 719, Bullring | Birmingham | | West Midlands | B5 4BA | United Kingdom |
| UKD690.00 | UK07 | Outlet Store | Gunwharf Quays | Unit 41, Philip Avenue, 48 Gunwharf Quays | Portsmouth | | Portsmouth | PO1 3TZ | United Kingdom |
| UKF175.00 | KSUK168 | Retail Store | Westfield London, London Westfield | Ariel Way, White City | London | | London, City of | W12 7DS | United Kingdom |
| UKJ288.00 | KSUK93 | Off Site Storage | Panalpina House | Great South West Road | Feltham | | Middlesex | TW14 8NU | United Kingdom |
| UKK485.00 | STUK01 | Retail Store | London, Regent Street, Westfield London - Unit 1052 | 200-206 Regent Street | London | | London, City of | W1B 5TP | United Kingdom |
| UKM008.00 | UK12 | Retail Store | Victoria Quarter Leeds | Victoria Quarter Leeds Unit 38, 10 Queen Victoria Street | Leeds | | Leeds | LS1 6AZ | United Kingdom |
| UKM542.00 | KSUK171 | Retail Store | Regent Street | 182 Regent Street | London | | London, City of | W1B 5TH | United Kingdom |
| UKN926.00 | KSUK163 | Retail Store | Sloane Square | 2 Symons Street, Sloane Square | London | | London, City of | SW3 2TJ | United Kingdom |

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 42 of 82

Dated: 04-April-2019

FM Global

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Dated: 04-April-2019

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Dated: 04-April-2019

**FLOOD PRONE LOCATIONS, APPENDIX B**

FM Global

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 47 of 82

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 48 of 82



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 49 of 82



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 50 of 82

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Page 52 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B



Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 54 of 82



Dated: 04-April-2019

FLOOD PRONE LOCATIONS, APPENDIX B

Page 55 of 82



Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 56 of 82

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 57 of 82

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Page 58 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Page 59 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 61 of 82



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

**FLOOD PRONE LOCATIONS, APPENDIX B**



Page 62 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Page 67 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 68 of 82



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 69 of 82

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 70 of 82

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 71 of 82



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 72 of 82

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

**FLOOD PRONE LOCATIONS, APPENDIX B**

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 74 of 82



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B



Dated: 04-April-2019



Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

**FLOOD PRONE LOCATIONS, APPENDIX B**

FM Global

Page 77 of 82

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 78 of 82



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 79 of 82

FM Global

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Page 80 of 82



Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

Dated: 04-April-2019

Account No. 1-35582
Policy No. 1050294

FLOOD PRONE LOCATIONS, APPENDIX B

FM Global

Page 82 of 82

Dated:  04-April-2019

# Exhibit 2

# FM Global

**MUTUAL CORPORATION**
**NON-ASSESSABLE POLICY**

Factory Mutual Insurance Company
P.O. Box 7500
Johnston, Rhode Island 02919
1-800-343-7722

A SURCHARGE WILL BE ADDED TO THE PREMIUM OF THIS POLICY AS REQUIRED BY KENTUCKY REVISED STATUTES SECTION 136.392.

## DECLARATIONS

| Policy No. | Previous Policy No. | DATE OF ISSUE |
|---|---|---|
| 1065667 | 1050294 | 03 April 2020 |

| Account No. | Replaces Binder No. | |
|---|---|---|
| 1-35582 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and of premium charged, Factory Mutual Insurance Company, hereafter referred to as the Company, does insure:

> **INSURED:**
>
> Tapestry, Inc.
>
> (For Complete Title See Policy)

The term of this Policy is from the 4th day of April 2020 to the 4th day of April 2021 at 12:01 a.m., Standard Time, at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

By virtue of this Policy and any other policies purchased from the Company being in force, the Insured becomes a member of the Company, subject to the provisions of its charter and by-laws, and is entitled to one vote either in person or by proxy at any and all meetings of said Company.

Assignment of this Policy will not be valid except with the written consent of the Company.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in the city of Johnston, R. I.
this 3rd day of April, 2020.

_____
Authorized Signature

_____
Secretary

_____
President

Countersigned (if required) this _____ day of _____

_____
Agent

Florida information: **"THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."**

Form FMGA DEC
7020 (10/13)

Printed in U.S.A.



Factory Mutual Insurance Company
Johnston, Rhode Island
A Mutual Corporation

This policy is Non-Assessable.

It is important that the written
portions of all policies covering
the same property read exactly
alike. If they do not, they should
be made uniform at once.

In case of loss notify the company
or its local agent at once in writing.

7019 (9/01)

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies, or contracts of insurance of which the following shall apply to and form a part of this policy.

## EXTRACTS FROM CHARTER OF THIS COMPANY
### Granted by the General Assembly of the State of Rhode Island

SECTION 5:  Except as hereinafter specifically provided, each natural person, partnership, association, corporation or legal entity insured on the mutual plan by the Corporation shall be a member of the Corporation during the term of its policy but no longer, and at all meetings of the members shall be entitled to one vote either in person or by proxy, provided, however, that where there is more than one insured under any policy, such insureds shall nevertheless be deemed to be a single member of the Corporation for all purposes.  The Corporation may issue policies which do not entitle the insured to membership in the Corporation nor to participate in its surplus.

SECTION 10:  Upon the termination of the membership of any member, all his or its right and interest in the surplus, reserves and other assets of the Corporation shall forthwith cease.

## EXTRACTS FROM THE BY-LAWS OF THIS COMPANY
### Adopted July 13, 2000

ARTICLE 1 – MEETINGS OF THE MEMBERS

SECTION 1.  Annual Meeting
The annual meeting of the members shall be held at the principal offices of the Company, or at such other place as may be stated in the notice of the meeting, at 9:00 a.m. on the second Thursday of April in each year, for the election of directors and the transaction of such other business as may be brought before the meeting.  If the annual meeting is omitted on the day herein provided therefor, a special meeting may be held in place thereof; and any business transacted or elections held at such special meeting shall be as effective as if transacted or held at the annual meeting.

7019 (9/01)



<div align="right">

Account No.   1-35582
Policy No.   1065667

</div>

## TABLE OF CONTENTS
### (Order In Which They Appear)

<div align="right">Page No.</div>

**DECLARATIONS PAGE**

**DECLARATIONS**

| | | |
|---|---|---|
| 1. | NAMED INSURED AND MAILING ADDRESS | 1 |
| 2. | POLICY DATES | 1 |
| 3. | INSURANCE PROVIDED | 1 |
| 4. | PREMIUM | 1 |
| 5. | PREMIUM PAYABLE | 1 |
| 6. | LOSS ADJUSTMENT/PAYABLE | 1 |
| 7. | DEDUCTIBLE REIMBURSEMENT | 2 |
| 8. | TERRITORY | 3 |
| 9. | MASTER GLOBAL INSURING POLICY | 3 |
| 10. | JURISDICTION | 4 |
| 11. | CURRENCY | 4 |
| 12. | LIMITS OF LIABILITY | 4 |
| 13. | DEDUCTIBLES | 9 |

**PROPERTY DAMAGE**

| | | | |
|---|---|---|---|
| 1. | | INSURED PROPERTY | 13 |
| 2. | | EXCLUDED PROPERTY | 13 |
| 3. | | EXCLUSIONS | 14 |
| 4. | | APPLICATION OF POLICY TO DATE OR TIME RECOGNITION | 18 |
| 5. | | VALUATION | 19 |
| 6. | | ADDITIONAL COVERAGES | 20 |
| | | CYBER ADDITIONAL COVERAGES | 21 |
| | A. | DATA RESTORATION | 21 |
| | B. | DATA SERVICE PROVIDER PROPERTY DAMAGE | 22 |
| | | OTHER ADDITIONAL COVERAGES | 23 |
| | A. | ACCIDENTAL INTERRUPTION OF SERVICES | 23 |
| | B. | ACCOUNTS RECEIVABLE | 24 |
| | C. | AUTOMATIC COVERAGE | 25 |
| | D. | BRANDS AND LABELS | 25 |
| | E. | CLAIMS PREPARATION COSTS | 26 |
| | F. | COINSURANCE DEFICIENCY AND CURRENCY DEVALUATION | 26 |
| | G. | COMMUNICABLE DISEASE RESPONSE | 26 |
| | H. | CONSEQUENTIAL REDUCTION IN VALUE | 27 |
| | I. | CONTROL OF DAMAGED PROPERTY | 27 |
| | J. | DEBRIS REMOVAL | 28 |
| | K. | DECONTAMINATION COSTS | 28 |
| | L. | ERRORS AND OMISSIONS | 28 |
| | M. | EXPEDITING COSTS | 29 |
| | N. | FINE ARTS AND VALUABLE PAPERS AND RECORDS | 29 |
| | O. | INSTALLMENT OR DEFERRED PAYMENTS | 30 |
| | P. | LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL | 31 |
| | Q. | LAW AND ORDINANCE | 31 |



Account No.  1-35582
Policy No.  1065667

## TABLE OF CONTENTS
### (Order In Which They Appear)

Page No.

| | | |
|---|---|---|
| R. | LOSS PAYMENT INCREASED TAX LIABILITY | 32 |
| S. | MACHINERY OR EQUIPMENT STARTUP OPTION | 34 |
| T. | MISCELLANEOUS PROPERTY | 34 |
| U. | NEIGHBOUR'S RECOURSE AND TENANT'S LIABILITY | 35 |
| V. | OPERATIONAL TESTING | 36 |
| W. | PROTECTION AND PRESERVATION OF PROPERTY | 36 |
| X. | SERVICE INTERRUPTION PROPERTY DAMAGE | 36 |
| Y. | TEMPORARY REMOVAL OF PROPERTY | 37 |
| Z. | TERRORISM | 38 |
| AA. | TRANSPORTATION | 38 |

**TIME ELEMENT**

| | | |
|---|---|---|
| 1. | LOSS INSURED | 42 |
| 2. | TIME ELEMENT COVERAGES | 43 |
| | A.  INSURED OPTION | 43 |
| | B.  GROSS EARNINGS | 43 |
| | C.  GROSS PROFIT | 45 |
| | D.  EXTRA EXPENSE | 47 |
| | E.  LEASEHOLD INTEREST | 48 |
| | F.  RENTAL INSURANCE | 49 |
| 3. | PERIOD OF LIABILITY | 49 |
| 4. | TIME ELEMENT EXCLUSIONS | 52 |
| 5. | TIME ELEMENT COVERAGE EXTENSIONS | 53 |
| | CYBER TIME ELEMENT COVERAGE EXTENSIONS | 53 |
| | A.  DATA SERVICE PROVIDER TIME ELEMENT | 53 |
| | B.  OWNED NETWORK INTERRUPTION | 54 |
| | SUPPLY CHAIN TIME ELEMENT COVERAGE EXTENSIONS | 55 |
| | A.  CIVIL OR MILITARY AUTHORITY | 55 |
| | B.  CONTINGENT TIME ELEMENT EXTENDED | 56 |
| | C.  INGRESS/EGRESS | 56 |
| | D.  LOGISTICS EXTRA COST | 57 |
| | E.  SERVICE INTERRUPTION TIME ELEMENT | 59 |
| | ADDITIONAL TIME ELEMENT COVERAGE EXTENSIONS | 60 |
| | A.  ATTRACTION PROPERTY | 60 |
| | B.  CRISIS MANAGEMENT | 61 |
| | C.  DELAY IN STARTUP | 61 |
| | D.  EXTENDED PERIOD OF LIABILITY | 62 |
| | E.  INTERRUPTION BY COMMUNICABLE DISEASE | 62 |
| | F.  ON PREMISES SERVICES | 63 |
| | G.  PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT | 63 |
| | H.  RELATED REPORTED VALUES | 64 |
| | I.  RESEARCH AND DEVELOPMENT | 64 |
| | J.  SOFT COSTS | 64 |



Account No.  1-35582
Policy No.  1065667

## TABLE OF CONTENTS
## (Order In Which They Appear)

Page No.

**LOSS ADJUSTMENT AND SETTLEMENT**

1.  REQUIREMENTS IN CASE OF LOSS ..................................................................... 65
2.  CURRENCY FOR LOSS PAYMENT ...................................................................... 66
3.  PARTIAL PAYMENT OF LOSS SETTLEMENT ................................................... 66
4.  COLLECTION FROM OTHERS .............................................................................. 66
5.  SUBROGATION ........................................................................................................ 66
6.  COMPANY OPTION ................................................................................................. 67
7.  ABANDONMENT ..................................................................................................... 67
8.  APPRAISAL ............................................................................................................... 67
9.  SUIT AGAINST THE COMPANY ........................................................................... 68
10. SETTLEMENT OF CLAIMS .................................................................................... 68

**GENERAL PROVISIONS**

1.  CANCELLATION/NON-RENEWAL ........................................................................ 69
2.  INSPECTIONS ........................................................................................................... 69
3.  PROVISIONS APPLICABLE TO SPECIFIC JURISDICTIONS ............................. 69
4.  LIBERALIZATION ................................................................................................... 73
5.  MISREPRESENTATION AND FRAUD ................................................................... 73
6.  LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS ............... 73
7.  OTHER INSURANCE ............................................................................................... 74
8.  POLICY MODIFICATION ....................................................................................... 75
9.  REDUCTION BY LOSS ............................................................................................ 75
10. SUSPENSION ............................................................................................................ 76
11. TITLES ....................................................................................................................... 76
12. ASSIGNMENT ........................................................................................................... 76
13. DEFINITIONS ............................................................................................................ 76
SCHEDULE OF LOCATIONS ........................................................................... APPENDIX A
FLOOD PRONE LOCATIONS .......................................................................... APPENDIX B
NATIONAL FLOOD INSURANCE PROGRAM LOCATIONS ........................ APPENDIX C
WIND AREAS ..................................................................................................... APPENDIX D
CYBER OPTIMAL RECOVERY ENDORSEMENT, Form FMG7558, Edition October 2016
SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT, Form
FMG7308, Edition January 2020

 FM Global

**Account No.  1-35582**
**Policy No.  1065667**

# DECLARATIONS

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

### 1.   NAMED INSURED AND MAILING ADDRESS

Tapestry, Inc. and any subsidiary, and Tapestry, Inc. interest in any partnership or joint venture in which Tapestry, Inc. has management control or ownership as now constituted or hereafter is acquired, as the respective interest of each may appear; all hereafter referred to as the "Insured," including legal representatives.

10 Hudson Yards
New York, New York, 10001
United States of America

### 2.   POLICY DATES

The term of this Policy is:

FROM: 4 April 2020 at 12:01 a.m., Standard Time;
TO:      4 April 2021 at 12:01 a.m., Standard Time,

at the **location** of property involved as provided in this Policy.

### 3.   INSURANCE PROVIDED

The coverage under this Policy applies to property described on the Schedule of Locations or covered under the terms and conditions of the AUTOMATIC COVERAGE, ERRORS AND OMISSIONS or MISCELLANEOUS PROPERTY provisions, unless otherwise provided.

Schedule of Locations are as listed on the Schedule of Locations attached to this Policy.

### 4.   PREMIUM

This Policy is issued in consideration of an initial premium.

### 5.   PREMIUM PAYABLE

Willis Towers Watson Northeast, Inc. pays the premium under this Policy, and any return of the paid premium accruing under this Policy will be paid to the account of Willis Towers Watson Northeast, Inc.

### 6.   LOSS ADJUSTMENT/PAYABLE

Loss, if any, will be adjusted with and payable to Tapestry, Inc., or as may be directed by Tapestry, Inc.

 **FM** Global

**Account No.   1-35582**
**Policy No.   1065667**

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee either on a Certificate of Insurance or other evidence of insurance on file with the Company or named below.

When named on a Certificate of Insurance or other evidence of insurance, such additional interests are automatically added to this Policy as their interests may appear as of the effective date shown on the Certificate of Insurance or other evidence of insurance.  The Certificate of Insurance or other evidence of insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

The following additional interest(s) is added to the Policy as Additional Named Insured as their interests may appear.  Such interests do not extend to any TIME ELEMENT coverage under this Policy.

Coach Way Florida, LLC
1270 Soldiers Field Road
Brighton, MA 02135

As respects their interest in Real Property at the following:

| Location No. | Location Description |
|---|---|
| W04 | UNITED STATES OF AMERICA<br>JACKSONVILLE, FLORIDA, 32218-7940<br>1 Coach Way<br>Jacksonville Coach |

Limit of Liability: USD39,957,759

Adding such additional interest(s) does not amend, extend or alter the terms, conditions or provisions of this Policy.

## 7.   DEDUCTIBLE REIMBURSEMENT

At the written request of the Insured, and in accordance with any Certificates of Insurance or other written evidence that may then be issued to protect the insurable interests of any third party covered hereunder, this Company shall adjust and pay losses in full without regard to any deductible provision which would otherwise apply under the terms and conditions of this Policy; such loss to be adjusted with Tapestry, Inc. and payable to Tapestry, Inc. and appropriate loss payee(s) as their interests may appear.

It is further agreed that in any case where a loss is adjusted and payment made in accordance with the above, Tapestry, Inc. agrees to reimburse this Company as respects such loss payment for that amount which is equal to but not exceeding the amount of the deductible that would have been applicable had this provision not been in effect.  Such reimbursement shall be made within 30 days, payable to and forwarded to the Factory Mutual Insurance Company, 300 Kimball Drive, Parsippany, New Jersey 07054-2172.



**Account No.   1-35582**
**Policy No.   1065667**

## 8.   TERRITORY

Coverage as provided under this Policy applies worldwide except does not apply in:

Afghanistan; Albania; Algeria; Angola; Armenia; Azerbaijan; Bangladesh; Belarus; Belize; Benin; Bhutan; Bolivia; Bosnia and Herzegovina; Botswana; Burkina Faso; Burundi; Cameroon; Central African Republic; Chad; Cote D'Ivoire; Cuba; Democratic Republic of the Congo; Djibouti; Egypt; Equatorial Guinea; Eritrea; Ethiopia; Fiji; Gabon; Gambia; Georgia; Ghana; Grenada; Guatemala; Guinea; Guinea-Bissau; Guyana; Haiti; Honduras; Jammu and Kashmir in India; Iran; Iraq; Israel; Gaza Strip, West Bank and territories north of Latitude 32.80 N in Israel; Kenya; Laos; Lebanon; Lesotho; Liberia; Libya; Madagascar; Malawi; Mali; Mauritania; Mauritius; Moldova; Mongolia; Montenegro; Montserrat; Mozambique; Namibia; Nepal; Niger; Nigeria; North Korea; Pakistan; Papua New Guinea; Aksai Chin and Trans-Karakoram Tract in People's Republic of China; Republic of the Congo; Chechen Republic of the Russian Federation; Rwanda; Senegal; Seychelles; Sierra Leone; Somalia; Sri Lanka; South Sudan; Sudan; Swaziland; Syria; Tajikistan; Tanzania; Timor-Leste; Togo; Tunisia; Agri, Batman, Bingol, Bitlis, Diyarbakir, Elazig, Hakkari, Igdir, Mardin, Mus, Sanliurfa, Siirt, Sirnak and Van in Turkey; Turkmenistan; Uganda; Ukraine; Crimea Region of Ukraine; Uzbekistan; Venezuela; Yemen; Zambia; and Zimbabwe.

## 9.   MASTER GLOBAL INSURING POLICY

This Policy is designated the Master Global Insuring Policy.  Coverage under this Policy shall apply only after the coverage provided under the local policy issued by the Company, its **representative company(ies)** or any other insurance company has been exhausted.  Such local policy will be the first policy to respond in the event of loss or damage.  Only upon exhaustion of coverage under the local policy, this Policy covers:

A.   the difference in definitions, perils, conditions or coverages between the local policy and this Policy; and

B.   the difference between the limit(s) of liability stated in the local policy and this Policy,

provided that:

  1)   the coverage is provided under this Policy;

  2)   the limit(s) of liability has been exhausted under the local policy, and

  3)   the deductible(s) applicable to such claim for loss or damage under the local policy has been applied.  If the deductible applied in the local policy is different from the deductible that would have been applied for such loss under this Policy, then this Policy will provide for such difference in deductible.

Any coverage provided under the local policy that is not provided under this Policy does not extend to this Policy.  As respects **representative company(ies)** only, any insolvency or bankruptcy of the local insurance company shall be considered exhaustion of coverage under the local policy.



Account No.   1-35582
Policy No.   1065667

As respects local policies issued by companies other than this Company or its **representative company(ies)**, the following also applies:

A.    This Policy will not cover:

    1)    any financial loss due to insolvency or bankruptcy of the insurance company issuing the local policy.

    2)    any financial loss due to the application of deductibles, coinsurance or average clauses under the local policy.

    3)    any difference in limits of liability between the local policy and this Policy.

B.    It is agreed that during the term of this Policy the Insured will not cancel or restrict any insurance in force at the time coverage hereunder attaches, which covers the same risk(s) as covered hereunder, without the knowledge and consent of the Company.

C.    If the local policy is cancelled, restricted or allowed to expire and not renewed without the knowledge and consent of the Company, this coverage will continue to apply as though such local policy had been maintained in full force and effect.

## 10.    JURISDICTION

This Policy will be governed by the laws of the United States of America.

Any disputes arising hereunder will be exclusively subject to the jurisdiction of the United States of America.

## 11.    CURRENCY

All amounts, including deductibles, premiums and limits of liability, indicated in this Policy shall be in the currency represented by the three letter currency designation shown.  This three letter currency designator is defined in Table A.1-Currency and funds code list, International Organization for Standardization (ISO) 4217, edition in effect at the inception of this Policy.

## 12.    LIMITS OF LIABILITY

The Company's maximum limit of liability in an **occurrence**, including any insured TIME ELEMENT loss, will not exceed the Policy limit of liability of USD 1,000,000,000 subject to the following provisions:

A.    Limits of liability and time limits stated below or elsewhere in this Policy are part of, and not in addition to, the Policy limit of liability.

B.    Limits of liability apply per **occurrence**, unless otherwise stated.

C.    Limits of liability in an **occurrence** apply to the total loss or damage at all **locations** and for all coverages involved, including any insured TIME ELEMENT loss, subject to the following provisions:



**Account No.   1-35582**
**Policy No.   1065667**

1) when a limit of liability applies as an **annual aggregate**, the Company's maximum amount payable will not exceed such limit of liability during any policy year.

2) when a limit of liability applies to a **location** or other specified property, such limit of liability will be the maximum amount payable for all loss or damage at all **locations** arising from physical loss or damage at such **location** or to such other specified property.

D.   Should an **occurrence** result in liability payable under more than one policy issued to the Named Insured by the Company, or its **representative company(ies)**, the maximum amount payable in the aggregate under all such policies will be the applicable limit(s) of liability indicated in this Policy.

Applicable Limits of Liability/Time Limits:

| property located in Cambodia | USD 1,000,000 |
|---|---|
| property located in Myanmar | USD 1,000,000 |
| ATTRACTION PROPERTY | 30 days |
| AUTOMATIC COVERAGE | 120 days, not to exceed USD 100,000,000 per **location** |
| CIVIL OR MILITARY AUTHORITY | 30 days |
| CLAIMS PREPARATION COSTS | USD 100,000 plus 50% of the amount recoverable under this coverage in excess of USD 100,000 |
| COINSURANCE DEFICIENCY AND CURRENCY DEVALUATION | USD 100,000,000 |
| COMMUNICABLE DISEASE RESPONSE | USD 1,000,000 **annual aggregate**<br><br>The Company's maximum limit of liability for INTERRUPTION BY COMMUNICABLE DISEASE and this coverage combined shall not exceed USD 1,000,000 **annual aggregate**. |
| CONTINGENT TIME ELEMENT EXTENDED | USD 50,000,000, except USD 100,000,000 for the following:<br><br>1.   Dluxe Bags Philippines Inc, Tarlac Productivity Center Sta Rosa, Conception, Tarlac, Philippines, |



<div align="right">

**Account No.   1-35582**
**Policy No.   1065667**

</div>

|  |  |
|---|---|
|  | 2. Cy Vina Co., Ltd Lot N, Road 1, Long Duc Industrial Park, Tra Vinh City, Tra Vinh Province, Vietnam, |
|  | 3. Simone Accessories Collection Vietnam TG Plot AI, AI-1, AVI, AVII, KII-1 Tan Huong Industrial Park, Tan Huong Commune, Chau Thanh District, Tien Giang Province, Vietnam, |
|  | 4. Thaibinh Group #2/434 Binh Hao Town, Thuan An District, Binh Duong, Vietnam, |
|  | 5. SuperL Philippines Inc. angeles Industrial Park, Inc. Special Economic zone, Barangay Calibutbut, Bacolor ,Pampanga, Philippines, |
|  | 6. Yamani Dynasty Co., Ltd Nam Hong Commune, Nam Truc District, Nam Dinh Province, Vietnam and |
|  | 7. FCF Manufacturing Corporation 11th Avenue, Freeport of Bataan, Mariveles, Philippines |
|  | The Company's maximum limit of liability will not exceed USD 100,000,000. |
| CRISIS MANAGEMENT | 30 days |
| **cyber event** | 1. USD 1,000,000 **annual aggregate** for DATA RESTORATION and OWNED NETWORK INTERRUPTION combined |
|  | 2. USD 1,000,000 **annual aggregate** for DATA SERVICE PROVIDER PROPERTY DAMAGE and DATA SERVICE PROVIDER TIME ELEMENT combined |
|  | 3. USD 25,000,000 **annual aggregate** for physical loss or damage to stock in process or finished goods manufactured by or for the Insured caused by or resulting from a **cyber event** that impacts the processing, manufacturing, or testing of such property or while it is otherwise being worked on |
| DATA RESTORATION | USD 10,000,000 **annual aggregate** |



Account No.   1-35582
Policy No.   1065667

| | |
|---|---|
| DATA SERVICE PROVIDER PROPERTY DAMAGE and DATA SERVICE PROVIDER TIME ELEMENT combined | USD 5,000,000 **annual aggregate** |
| **earth movement** | USD 250,000,000 **annual aggregate**, not to exceed the following:<br><br>1.  USD 100,000,000 **annual aggregate** for Location No. CC29, as described on the Schedule of Locations<br><br>2.  USD 50,000,000 **annual aggregate** for property located in **Pacific Northwest Seismic Zone**<br><br>3.  USD 25,000,000 **annual aggregate** for property located in **New Madrid Seismic Zone**<br><br>4.  USD 20,000,000 **annual aggregate** for property located in Alaska, Hawaii, the Commonwealth of Puerto Rico, counties of Carson City (city), Douglas, Esmeralda, Lyon, Mineral, Storey and Washoe in Nevada, USA combined<br><br>5.  USD 10,000,000 **annual aggregate** for property located in California, USA<br><br>6.  USD 20,000,000 **annual aggregate** for property located in Japan<br><br>7.  USD 10,000,000 **annual aggregate** for property located in Taiwan<br><br>8.  USD 10,000,000 **annual aggregate** for property located in **high hazard zones for earth movement** excluding Location No. CC29, as described on the Schedule of Locations |
| ERRORS AND OMISSIONS | USD 100,000,000 |
| EXPEDITING COSTS and EXTRA EXPENSE combined | USD 100,000,000 |
| EXTENDED PERIOD OF LIABILITY | 180 days, except 365 days for Location No. W04 as described on the Schedule of Locations |



**Account No.   1-35582**
**Policy No.   1065667**

| | |
|---|---|
| **fine arts** | USD 100,000,000, not to exceed USD 10,000 per item for **irreplaceable fine arts** not on a schedule on file with the Company |
| fines or penalties for breach of contract or for late or noncompletion of orders combined | USD 100,000 |
| **flood** | USD 250,000,000 |
| GROSS PROFIT | 12 months, not to exceed 90 days for Ordinary Payroll |
| INGRESS/EGRESS | 30 days |
| INTERRUPTION BY COMMUNICABLE DISEASE | 365 days, not to exceed USD 1,000,000 **annual aggregate**<br><br>The Company's maximum limit of liability for COMMUNICABLE DISEASE RESPONSE and this coverage combined shall not exceed USD 1,000,000 **annual aggregate**. |
| LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL | USD 250,000 **annual aggregate** |
| LOGISTICS EXTRA COST | 180 days, not to exceed 200% of the **normal cost** |
| MISCELLANEOUS PROPERTY | 1.  USD 10,000,000 per **location** for property at a **location**<br>2.  USD 10,000,000 for property not at a **location** |
| NEIGHBOUR'S RECOURSE AND TENANT'S LIABILITY | USD 10,000,000 |
| Ordinary Payroll | 90 days |
| SERVICE INTERRUPTION PROPERTY DAMAGE and SERVICE INTERRUPTION TIME ELEMENT combined | USD 50,000,000 |
| TERRORISM | USD 5,000,000 **annual aggregate**, not to exceed the following: |



Account No.   1-35582
Policy No.   1065667

|  | 1. USD 5,000,000 **annual aggregate** for AUTOMATIC COVERAGE, ERRORS AND OMISSIONS, MISCELLANEOUS PROPERTY and TEMPORARY REMOVAL OF PROPERTY combined<br><br>2. USD 5,000,000 **annual aggregate** for **flood** when caused by or resulting from **terrorism**<br><br>The limits for TERRORISM shall not include the **actual cash value** portion of fire damage caused by **terrorism**.<br><br>The limits for TERRORISM do not apply to the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S). |
|---|---|
| TRANSPORTATION | USD 5,000,000 |
| **valuable papers and records** | USD 100,000,000, not to exceed USD 10,000 per item for **irreplaceable valuable papers and records** not on a schedule on file with the Company |

## 13.   DEDUCTIBLES

Subject to the deductible general provisions stated below, in each case of loss covered by this Policy the following deductibles apply per **occurrence**, for all coverages involved, unless otherwise stated:

| | |
|---|---|
| retail stores, outlet stores and off site storage as described on the Schedule of Locations excluding property located in the European Union and European Economic Area as constituted on 01 July 2013 | USD 100,000 |
| Location No. CC29 and VT01, as described on the Schedule of Locations, combined | USD 100,000 |
| property located in the European Union and European Economic Area as constituted on 01 July 2013 | USD 50,000 |
| earthquake | For property located in **high hazard zones for earth** |



| | |
|---|---|
| | movement; Japan; **New Madrid Seismic Zone**; **Pacific Northwest Seismic Zone**; Taiwan; and Alaska, California, Hawaii and the Commonwealth of Puerto Rico, counties of Carson City (city), Douglas, Esmeralda, Lyon, Mineral, Storey and Washoe in Nevada, USA and excluding Location No. CC29 as described on the Schedule of Locations:<br><br>Property Damage: 5% per **location**<br><br>Time Element: 5% per **location**<br><br>The above are subject to a minimum of USD 500,000 for Property Damage and Time Element combined per **location**, except USD 100,000 for Property Damage and Time Element combined per **location** for retail stores, outlet stores and off site storage as described on the Schedule of Locations. |
| **flood** | 1. For locations as described on National Flood Insurance Program Locations, Appendix C:<br><br>USD 100,000 per **location** subject to the National Flood Insurance Program provision in the OTHER INSURANCE clause of this Policy.<br><br>2. For locations described on Flood Prone Locations, Appendix B:<br><br>USD 500,000 per **location**<br><br>3. For Location No. 7328 as described on the Schedule of Locations:<br><br>USD 250,000 per **location** |
| LOGISTICS EXTRA COST | USD 500,000 |
| **wind** | 1. All Other locations described on Wind Areas, Appendix D:<br><br>Property Damage: 3% per **location**<br><br>Time Element: 3% per **location**<br><br>The above are subject to a minimum of |



**Account No.   1-35582**
**Policy No.   1065667**

|  |  |
|---|---|
|  | USD 500,000 for Property Damage and Time Element combined per **location** except a minimum of USD100,000 for Property Damage and Time Element combined, per **location** for retail stores, outlet stores and off site storage locations as described on the Schedule of Locations. |
|  | 2. For Location No. W04 as described on the Schedule of Locations: Property Damage: 2% per **location** Time Element: 2% per **location** The above are subject to a minimum of USD 500,000 for Property Damage and Time Element combined per **location**. |
|  | 3. Wind Areas United States Northeast locations described on Wind Areas, Appendix D: USD 500,000 per **location** except i) For retail stores, outlet stores and off site storage locations as described on the Schedule of Locations: USD100,000 per **location**, subject to a maximum deductible of USD500,000 |
| All Other Loss | USD 500,000 |

Deductible General Provisions:

In each case of loss covered by this Policy, the Company will be liable only if the Insured sustains a loss, including any insured TIME ELEMENT loss, in a single **occurrence** greater than the applicable deductible specified above, and only for its share of that greater amount.

A.   For SERVICE INTERRUPTION loss, when a deductible is not specifically stated as applying to SERVICE INTERRUPTION, the deductible applied to the SERVICE INTERRUPTION loss will be the deductible that would apply if the cause of the interruption happened at the insured **location** that sustains the interruption of the specified services.

B.   For CONTINGENT TIME ELEMENT EXTENDED loss, when a deductible is not specifically stated as applying to CONTINGENT TIME ELEMENT EXTENDED, the



deductible for CONTINGENT TIME ELEMENT EXTENDED loss will be determined as though the **contingent time element location** was an insured **location** under this Policy.

C.   The stated earthquake deductible will be applied to earthquake loss.  The stated **flood** deductible will be applied to **flood** loss.  The stated **wind** deductible will be applied to **wind** loss.  The provisions of item E below will also be applied to each.

D.   When this Policy insures more than one **location**, the deductible will apply against the total loss covered by this Policy in an **occurrence** except that a deductible that applies on a per **location** basis, if specified, will apply separately to each **location** where the physical damage happened regardless of the number of **locations** involved in the **occurrence**.

E.   Unless stated otherwise, if two or more deductibles apply to an **occurrence**, the total to be deducted will not exceed the largest deductible applicable.  For the purposes of this provision, when a separate Property Damage and a separate Time Element deductible apply, the sum of the two deductibles will be considered a single deductible.  If two or more deductibles apply on a per **location** basis in an **occurrence**, the largest deductible applying to each **location** will be applied separately to each such **location**.

F.   When a % deductible is stated above, whether separately or combined, the deductible is calculated as follows:

Property Damage – % of the value, per the Valuation clause(s) of the PROPERTY DAMAGE section, of the property insured at the **location** where the physical damage happened.

Time Element – % of the full Time Element values that would have been earned in the 12 month period following the occurrence by use of the facilities at the **location** where the physical damage happened, plus that proportion of the full Time Element values at all other **locations** where TIME ELEMENT loss ensues that was directly affected by use of such facilities and that would have been earned in the 12 month period following the **occurrence**.

G.   For insured physical loss or damage:

1)   to insured fire protection equipment; or

2)   from water or other substance discharged from fire protection equipment of the type insured,

the applicable deductible applying to items 1 or 2 above only will be reduced by fifty percent (50%), per **occurrence**.  However, this provision will not apply to loss or damage resulting from fire or **earth movement** regardless of whether claim is made for such fire or **earth movement**.

# PROPERTY DAMAGE

## 1. INSURED PROPERTY

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, as described in the INSURANCE PROVIDED provision or within 1,000 feet/300 metres thereof, to the extent of the interest of the Insured in such property:

A. Real Property, including new buildings and additions under construction, in which the Insured has an insurable interest.

B. Personal Property:

1) owned by the Insured.

2) consisting of the Insured's interest as a tenant in improvements and betterments. In the event of physical loss or damage, the Company agrees to accept and consider the Insured as sole and unconditional owner of improvements and betterments, notwithstanding any contract or lease to the contrary.

3) of officers and employees of the Insured.

4) of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

5) of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to Personal Property. The Company will defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage. The Company may, without prejudice, investigate, negotiate and settle any claim or suit as the Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction at an insured **location** or within 1,000 feet/300 metres thereof, to the extent of the Insured's legal liability for insured physical loss or damage to such property. Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and such interest will not extend to any TIME ELEMENT coverage provided under this Policy.

## 2. EXCLUDED PROPERTY

The following exclusions apply unless otherwise stated in this Policy:

This Policy excludes:

A. currency, money, notes or securities.

B. precious metal in bullion form.

Advantage - TE Select - US Global - 2016 (2019 update) ©2017 FM Global. All rights reserved



**Account No.   1-35582**
**Policy No.   1065667**

C.   land and any substance in or on land.  However, this exclusion does not apply to:

   1)   landscape gardening.

   2)   car parks, parking lots, pavement, roadways, railways, transformer enclosures or walkways.

   3)   fill beneath car parks, parking lots, pavement, roadways, railways, transformer enclosures, walkways, or buildings and structures.

D.   water.  However, this exclusion does not apply to:

   1)   water that is contained within any enclosed tank, piping system or any other processing equipment.

E.   animals, standing timber or growing crops.

F.   watercraft or aircraft, except when unfueled and manufactured by the Insured.

G.   vehicles of officers or employees of the Insured or vehicles otherwise insured for physical loss or damage.

H.   underground mines or mine shafts or any property within such mine or shaft.

I.   dams or dikes.

J.   property in transit, except as otherwise provided by this Policy.

K.   property sold by the Insured under conditional sale, trust agreement, installment plan or other deferred payment plan after delivery to customers, except as provided by the INSTALLMENT OR DEFERRED PAYMENTS coverage of this Policy.

L.   electronic data, programs or software, except when incorporated into physical goods intended to be sold as:

   1)   finished goods manufactured by the Insured; or

   2)   other merchandise not manufactured by the Insured,

   or as otherwise provided by the DATA RESTORATION coverage of this Policy.

## 3.   EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

A.   This Policy excludes:

   1)   indirect or remote loss or damage.



**Account No.   1-35582**
**Policy No.   1065667**

2)   interruption of business, except to the extent provided by this Policy.

3)   loss of market or loss of use.

4)   loss or damage or deterioration arising from any delay.

5)   mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

6)   loss from enforcement of any law or ordinance:

   a)   regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

   b)   requiring the demolition of any property, including the cost in removing its debris;

   except as provided by the DECONTAMINATION COSTS and LAW AND ORDINANCE coverages of this Policy.

7)   loss resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretence.

B.   This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1)   nuclear reaction or nuclear radiation or radioactive contamination.  However:

   a)   if physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

   b)   this Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the insured **location**, provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the insured **location**.  This coverage does not apply to any act, loss or damage excluded in item B2f of this EXCLUSIONS clause.

   This exclusion B1 and the exceptions in B1a and B1b do not apply to any act, loss or damage which also comes within the terms of exclusion B2b of this EXCLUSIONS clause.

2)   a)   hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

      (i)   government or sovereign power (de jure or de facto);



(ii) military, naval or air force; or

(iii) agent or authority of any party specified in i or ii above.

b) discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

c) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

d) seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

e) risks of contraband, or illegal transportation or trade.

f) **terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the TERRORISM coverage of the Policy. However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers only to the extent of the **actual cash value** of the resulting direct loss or damage by fire to property insured. This coverage exception for such resulting fire loss or damage does not apply to:

(i) direct loss or damage by fire which results from any other applicable exclusion in the Policy, including the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

(ii) any coverage provided in the TIME ELEMENT section of this Policy or to any other coverages provided in this Policy.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion, or any other risk of physical loss or damage covered elsewhere in this Policy.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2a of this EXCLUSIONS clause then item B2a applies in place of this item B2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2b of this EXCLUSIONS clause then item B2b applies in place of this item B2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2c of this EXCLUSIONS clause then item B2c applies in place of this item B2f exclusion.



**Account No.   1-35582**
**Policy No.   1065667**

If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this item B2f exclusion applies in place of item B1 of this EXCLUSIONS clause.

3)   any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time:

    a)   by an Insured or any proprietor, partner, director, trustee, officer, or employee of an Insured; or

    b)   by any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured.  This coverage does not apply to any act excluded in B2f of this EXCLUSIONS clause.  In no event does this Policy cover loss by theft by any individual specified in a or b above.

4)   lack of the following services:

    a)   incoming electricity, fuel, water, gas, steam or refrigerant;

    b)   outgoing sewerage;

    c)   incoming or outgoing voice, data or video,

all when caused by an event off the insured **location**, except as provided in the DATA SERVICE PROVIDER and SERVICE INTERRUPTION coverages of this Policy.  But, if the lack of such a service directly causes insured physical damage on the insured **location**, then only that resulting damage is insured.

C.   This Policy excludes the following, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1)   faulty workmanship, material, construction or design from any cause.

2)   loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested, or otherwise worked on.

3)   deterioration, depletion, rust, corrosion or erosion, wear and tear, inherent vice or latent defect.

4)   settling, cracking, shrinking, bulging, or expansion of:

    a)   foundations (including any pedestal, pad, platform or other property supporting machinery).



        b)  floors.

        c)  pavements.

        d)  walls.

        e)  ceilings.

        f)  roofs.

5)  a)  changes of temperature damage (except to machinery or equipment); or

      b)  changes in relative humidity damage,

      all whether atmospheric or not.

6)  insect, animal or vermin damage.

7)  loss or damage to the interior portion of buildings under construction from rain, sleet or snow, whether or not driven by wind, when the installation of the roof, walls or windows of such buildings has not been completed.

D.    This Policy excludes the following unless directly resulting from other physical damage not excluded by this Policy:

1)  **contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy.  If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured.  This exclusion D1 does not apply to radioactive contamination which is excluded elsewhere in this Policy.

2)  shrinkage.

3)  changes in color, flavor, texture or finish.

## 4.    APPLICATION OF POLICY TO DATE OR TIME RECOGNITION

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows.

A.    This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property.  This Policy does not pay for any TIME ELEMENT loss resulting from the foregoing remediation, change, correction, repair or assessment.



Account No.   1-35582
Policy No.   1065667

    B.    Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage. This Policy does not pay for any such incident or for any TIME ELEMENT loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000. Such covered resulting physical loss or damage does not include any loss, cost or expense described in A or B above. If such covered resulting physical loss or damage happens, and if this Policy provides TIME ELEMENT coverage, then, subject to all of its terms and conditions, this Policy also covers any insured Time Element loss directly resulting therefrom.

## 5.    VALUATION

Adjustment of the physical loss amount under this Policy will be computed as of the date of loss at the place of the loss, and for no more than the interest of the Insured.

Unless stated otherwise in an Additional Coverage, adjustment of physical loss to property will be subject to the following:

    A.    On stock in process, the value of raw materials and labor expended plus the proper proportion of overhead charges.

    B.    On finished goods manufactured by or for the Insured, the regular cash selling price, less all discounts and charges to which the finished goods would have been subject had no loss happened.

    C.    On raw materials and supplies:

        1)    if repaired or replaced, the actual expenditure incurred in repairing or replacing the damaged or destroyed property; or

        2)    if not repaired or replaced, the **actual cash value**.

    D.    On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from back-up or from originals of a previous generation. These costs will not include research, engineering or any costs of restoring or recreating lost information.

    E.    On property that is damaged by fire and such fire is the result of **terrorism**, the **actual cash value** of the fire damage loss. Any remaining fire damage loss shall be adjusted according to the terms and conditions of the Valuation clause(s) in this section of the Policy and shall be subject to the limit(s) of liability for TERRORISM, and if stated the limit of liability for SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM



ENDORSEMENT(S), as shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

F.    On all other property, the lesser of the following:

1)    The cost to repair.

2)    The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

3)    The cost in rebuilding, repairing or replacing on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

4)    The selling price of real property or machinery and equipment, other than stock, offered for sale on the date of loss.

5)    The cost to replace unrepairable electrical or mechanical equipment, including computer equipment, with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

6)    The increased cost of demolition, if any, directly resulting from insured loss, if such property is scheduled for demolition.

7)    The unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

8)    The **actual cash value** if such property is:

a)    useless to the Insured; or

b)    not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company.

The Insured may elect not to repair or replace the insured real or personal property lost, damaged or destroyed.  Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss.  As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at an insured **location** under this Policy.  This item does not extend to LAW AND ORDINANCE.

6.    **ADDITIONAL COVERAGES**

This Policy includes the following Additional Coverages for insured physical loss or damage.

These Additional Coverages:

1)    are subject to the applicable limit of liability;



Account No.   1-35582
Policy No.   1065667

2)    will not increase the Policy limit of liability; and

3)    are subject to the Policy provisions, including applicable exclusions and deductibles,

all as shown in this section and elsewhere in this Policy.

## CYBER ADDITIONAL COVERAGES

### A.    DATA RESTORATION

This Policy covers insured **physical loss or damage to electronic data, programs or software**.

With respect to **physical loss or damage to electronic data, programs or software** caused by or resulting from a **cyber event**, this Additional Coverage will apply when the time to recreate or restore such data, programs or software with due diligence and dispatch is in excess of 48 hours.

For the purposes of this Additional Coverage, insured data, programs or software can be anywhere worldwide, including while in transit, except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

This Additional Coverage also covers:

1)    the cost of the following reasonable and necessary actions taken by the Insured provided such actions are taken due to actual insured **physical loss or damage to electronic data, programs or software**:

   a)    actions to temporarily protect and preserve insured electronic data, programs or software.

   b)    actions taken for the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

   c)    actions taken to expedite the permanent repair or replacement of such damaged property.

2)    the reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**.  In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

Costs recoverable under this Additional Coverage are excluded from coverage elsewhere in this Policy.



Account No.   1-35582
Policy No.   1065667

This Additional Coverage excludes loss or damage to data, programs or software when incorporated into physical goods intended to be sold as:

1) finished goods manufactured by the Insured; or

2) other merchandise not manufactured by the Insured.

DATA RESTORATION Exclusions: As respects DATA RESTORATION, the following applies:

1) the exclusions in the EXCLUSIONS clause of this section do not apply except for A1, A2, A6, B1, B2, B3a and B4.

2) the following additional exclusions apply:

This Policy excludes the following, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

a) errors or omissions in processing or copying.

b) loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

c) deterioration, inherent vice, vermin or wear and tear.

DATA RESTORATION Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1) the cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer;

2) if not repaired, replaced or restored within two years from the date of loss, the blank value of the media.

## B.    DATA SERVICE PROVIDER PROPERTY DAMAGE

This Policy covers insured physical loss or damage to insured property at an insured **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Additional Coverage:

1) facilities of the provider of **off-premises data processing or data transmission services** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine, and



2)   an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This Additional Coverage will apply when the period of interruption of **off-premises data processing or data transmission services** as described below is in excess of 24 hours.

The period of interruption of **off-premises data processing or data transmission services** is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Provisions:

1)   The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

2)   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

DATA SERVICE PROVIDER PROPERTY DAMAGE Exclusions: As respects DATA SERVICE PROVIDER PROPERTY DAMAGE, the following applies:

1)   Items B4 and C5 of the EXCLUSIONS clause in this section do not apply except for B4 with respect to:

   a)   incoming electricity, fuel, water, gas, steam or refrigerant; and

   b)   outgoing sewerage.

2)   The following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a)   **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

   b)   **terrorism**.

# OTHER ADDITIONAL COVERAGES

## A.   ACCIDENTAL INTERRUPTION OF SERVICES

This Policy covers physical damage resulting from changes in temperature or relative humidity to insured property at an insured **location** when such changes in temperature or relative humidity result from the interruption of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at the insured **location**.



**Account No.  1-35582**
**Policy No.  1065667**

This Additional Coverage will apply when the period of service interruption as described below is in excess of 24 hours.

The period of service interruption is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored.

**B.    ACCOUNTS RECEIVABLE**

This Policy covers the following directly resulting from insured physical loss or damage to accounts receivable records while anywhere within this Policy's TERRITORY, including while in transit:

1)   any shortage in the collection of accounts receivable.

2)   the interest charges on any loan to offset such impaired collection pending repayment of such uncollectible sum.  Unearned interest and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted in determining the amount recoverable.

3)   the reasonable and necessary cost incurred for material and time required to re-establish or reconstruct accounts receivable records excluding any costs covered by any other insurance.

4)   any other necessary and reasonable costs incurred to reduce the loss, to the extent the losses are reduced.

Accounts receivable records will include accounts receivable records stored as electronic data.

In the event of loss, the Insured will:

1)   use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding accounts receivable.

2)   reduce loss by use of any suitable property or service:

   a)   owned or controlled by the Insured; or

   b)   obtainable from other sources.

3)   reconstruct, if possible, accounts receivable records so that no shortage is sustained.

The settlement of loss will be made within 90 days from the date of physical loss or damage. All amounts recovered by the Insured on outstanding accounts receivable on the date of loss will belong and be paid to the Company up to the amount of loss paid by the Company.  All recoveries exceeding the amount paid will belong to the Insured.



**Account No.   1-35582**
**Policy No.   1065667**

ACCOUNTS RECEIVABLE Exclusions: As respects ACCOUNTS RECEIVABLE, the following additional exclusions apply:

This Policy does not insure against shortage resulting from:

1) bookkeeping, accounting or billing errors or omissions; or

2) a) alteration, falsification, manipulation; or

   b) concealment, destruction or disposal,

   of accounts receivable records committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property; but only to the extent of such wrongful giving, taking, obtaining or withholding.

## C.   AUTOMATIC COVERAGE

This Policy covers insured physical loss or damage to insured property at any **location** purchased, leased or rented by the Insured after the inception date of this Policy.

This Additional Coverage applies:

1) from the date of purchase, lease or rental,

2) until the first of the following:

   a) the **location** is bound by the Company.

   b) agreement is reached that the **location** will not be insured under this Policy.

   c) the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section has been reached.  The time limit begins on the date of purchase, lease or rental.

## D.   BRANDS AND LABELS

If branded or labeled insured property is physically damaged and the Company elects to take all or any part of that property, the Insured may at the Company's expense:

1) stamp "salvage" on the property or its containers; or

2) remove or obliterate the brands or labels,

if doing so will not damage the property.

The Insured must relabel such property or its containers to be in compliance with any applicable law.



<div align="right">

**Account No.   1-35582**
**Policy No.   1065667**

</div>

**E.    CLAIMS PREPARATION COSTS**

This Policy covers the actual costs incurred by the Insured:

1)   of reasonable fees payable to the Insured's: accountants, architects, auditors, engineers, or other professionals; and

2)   the cost of using the Insured's employees,

for producing and certifying any particulars or details contained in the Insured's books or documents, or such other proofs, information or evidence required by the Company resulting from insured loss payable under this Policy for which the Company has accepted liability.

This Additional Coverage will not cover the fees and costs of:

1)   attorneys, public adjusters, and loss appraisers, all including any of their subsidiary, related or associated entities either partially or wholly owned by them or retained by them for the purpose of assisting them,

2)   loss consultants who provide consultation on coverage or negotiate claims.

This Additional Coverage is subject to the deductible that applies to the loss.

**F.    COINSURANCE DEFICIENCY AND CURRENCY DEVALUATION**

This Policy covers the deficiency in the amount of loss payable under the Insured's locally written policy(ies), if any, and its renewals, issued by the Company or its **representative company(ies)**, solely as the result of:

1)   the application of a coinsurance (or average) clause; or

2)   official government devaluation of the currency in which the local policy is written,

for physical loss or damage of the type insured under such local policy(ies) to property of the type insured under this Policy.

The Insured agrees to adjust the Policy values as a result of such devaluation within 30 days after the date of the currency's devaluation.

There is no liability under this Additional Coverage if the Insured is unable to recover any loss under such local policy(ies) due to intentional underinsurance by the Insured.

**G.    COMMUNICABLE DISEASE RESPONSE**

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

1)   an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or



2)   a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease,**

this Policy covers the reasonable and necessary costs incurred by the Insured at such **location** with the actual not suspected presence of **communicable disease** for the:

1)   cleanup, removal and disposal of the actual not suspected presence of **communicable diseases** from insured property; and

2)   actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from the actual not suspected presence of **communicable diseases** on insured property.

This Additional Coverage will apply when access to such **location** is limited, restricted or prohibited in excess of 48 hours.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the actual not suspected presence of **communicable disease.**

COMMUNICABLE DISEASE RESPONSE Exclusions: As respects COMMUNICABLE DISEASE RESPONSE, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1)   **terrorism.**

## H.   CONSEQUENTIAL REDUCTION IN VALUE

This Policy covers the reduction in value of insured merchandise that is a part of pairs, sets, or components, directly resulting from insured physical loss or damage to other insured parts of pairs, sets or components of such merchandise.  If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such merchandise to the Company.

## I.   CONTROL OF DAMAGED PROPERTY

This Policy gives control of physically damaged property consisting of finished goods manufactured by or for the Insured as follows:

1)   the Insured will have full rights to the possession and control of damaged property in the event of insured physical damage to such property provided proper testing is done to show which property is physically damaged.

2)   the Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.



**Account No.   1-35582**
**Policy No.   1065667**

3) property so judged by the Insured to be unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

4) any salvage proceeds received will go to the:

   a) Company at the time of loss settlement; or

   b) Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

## J.   DEBRIS REMOVAL

This Policy covers the reasonable and necessary costs incurred to remove debris from an insured **location** that remains as a direct result of insured physical loss or damage.

This Additional Coverage does not cover the costs of removal of:

1) contaminated uninsured property; or

2) the **contaminant** in or on uninsured property,

whether or not the **contamination** results from insured physical loss or damage. This Additional Coverage covers the costs of removal of contaminated insured property or the **contaminant** in or on insured property only if the **contamination**, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

## K.   DECONTAMINATION COSTS

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating **contamination** due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance. This Additional Coverage applies only to that part of insured property so contaminated due to the actual not suspected presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing contaminated uninsured property or the **contaminant** therein or thereon, whether or not the **contamination** results from an insured event.

## L.   ERRORS AND OMISSIONS

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

1) in the description of where insured property is physically located;

FM Global

Account No.   1-35582
Policy No.   1065667

2)  to include any **location**:

    a)  owned, leased or rented by the Insured on the effective date of this Policy; or

    b)  purchased, leased or rented by the Insured during the term of this Policy; or

3)  that results in cancellation of the property insured under this Policy;

this Policy covers such physical loss or damage, to the extent it would have provided coverage had such error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.

## M.   EXPEDITING COSTS

This Policy covers the reasonable and necessary costs incurred:

1)  for the temporary repair of insured physical damage to insured property;

2)  for the temporary replacement of insured equipment suffering insured physical damage; and

3)  to expedite the permanent repair or replacement of such damaged property.

This Additional Coverage does not cover costs recoverable elsewhere in this Policy, including the cost of permanent repair or replacement of damaged property.

## N.   FINE ARTS AND VALUABLE PAPERS AND RECORDS

This Policy covers insured physical loss or damage to **fine arts** and **valuable papers and records** while anywhere within this Policy's TERRITORY, including while in transit.

FINE ARTS AND VALUABLE PAPERS AND RECORDS Exclusions: As respects FINE ARTS AND VALUABLE PAPERS AND RECORDS, the following applies:

1)  the exclusions in the EXCLUSIONS clause of this section do not apply except for A1, A2, A6, A7, B1, B2, B3a and B4.

2)  the following additional exclusions apply:

This Policy excludes:

    a)  currency, money, securities.

    b)  errors or omissions in processing or copying of **valuable papers and records**, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured.



 c) deterioration, inherent vice, or wear and tear, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured.

 d) fungus, mold or mildew unless directly resulting from other physical damage not excluded by this Policy.

 e) loss or damage to **fine arts** from any repairing, restoration or retouching process.

FINE ARTS AND VALUABLE PAPERS AND RECORDS Valuation: On property covered under this Additional Coverage the loss amount will not exceed the lesser of the following:

1) the cost to repair or restore such property to the physical condition that existed on the date of loss.

2) the cost to replace.

3) the value, if any, designated for the item on the schedule on file with the Company.

If a **fine arts** article is part of a pair or set, and a physically damaged article cannot be replaced, or repaired or restored to the condition that existed immediately prior to the loss, the Company will be liable for the lesser of the full value of such pair or set or the amount designated on the schedule.  The Insured agrees to surrender the pair or set to the Company.

## O. INSTALLMENT OR DEFERRED PAYMENTS

This Policy covers insured physical loss or damage to personal property of the type insured sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan and after such property has been delivered to the buyer.  Coverage is limited to the unpaid balance for such property.

In the event of loss to property sold under deferred payment plans, the Insured will use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding amounts due or to regain possession of the property.

There is no liability under this Policy for loss:

1) pertaining to products recalled including, but not limited to, the costs to recall, test or to advertise such recall by the Insured.

2) from theft or conversion by the buyer of the property after the buyer has taken possession of such property.

3) to the extent the buyer continues payments.

4) not within the TERRITORY of this Policy.

INSTALLMENT OR DEFERRED PAYMENTS Valuation: On property covered under this Additional Coverage the loss amount will not exceed the lesser of the following:

FM Global

1) total amount of unpaid installments less finance charges.

2) **actual cash value** of the property at the time of loss.

3) cost to repair or replace with material of like size, kind and quality.

## P.   LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL

This Policy covers the reasonable and necessary cost for the cleanup, removal and disposal of the actual not suspected presence of **contaminant(s)** from uninsured property consisting of land, water or any other substance in or on land at the insured **location** if the release, discharge or dispersal of such **contaminant(s)** is a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to cleanup, remove and dispose of **contamination** from such property:

1) at any **location** insured for Personal Property only.

2) at any property insured under AUTOMATIC COVERAGE, ERRORS AND OMISSIONS or MISCELLANEOUS PROPERTY coverage provided by this Policy.

3) when the Insured fails to give written notice of loss to the Company within 180 days after inception of the loss.

## Q.   LAW AND ORDINANCE

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

1) such law or ordinance is enforced as a direct result of insured physical loss or damage at an insured **location**;

2) such law or ordinance is in force at the time of such loss or damage; and

3) such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:



1)  demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

2)  repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.

The Company's maximum liability for this Coverage A at each insured **location** in any **occurrence** will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

1)  the reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or

2)  the cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

LAW AND ORDINANCE Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

1)  the **actual cash value**; and

2)  the cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

LAW AND ORDINANCE Exclusions: As respects LAW AND ORDINANCE, the following additional exclusions apply:

This Policy does not cover:

1)  any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

2)  any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

**R.    LOSS PAYMENT INCREASED TAX LIABILITY**

This Policy covers the increase in tax liability as described herein incurred by the Insured.

Coverage A:



The increase in tax liability from an insured loss at an insured **location** if the tax treatment of:

1)   the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured; and/or

2)   the profit portion of a TIME ELEMENT loss payment under this Policy;

is greater than the tax treatment of profits that would have been incurred had no loss happened.

Coverage B:

If loss payment under this Policy cannot be made in the country where the loss happened, such loss is to be paid in the currency of this Policy in a country designated by the Insured where such payment is legally permissible.  The Insured will cooperate with the Company in making every reasonable effort to pay the loss or portion of it in the country in which the loss happened.

The Company will pay the net amount required to offset local taxes on income with due consideration to any tax relief/credit that accrues because of such payment using the Formula described below. Such Formula will not apply if the calculation of additional payment results in an amount less than zero.

The actual payment under this Additional Coverage will be adjusted and reduced by all appropriate tax credits and/or tax relief entitled and/or received by the Insured and/or the local entity where the loss happened provided that an income tax liability is incurred.

Any payment under this Additional Coverage will be made only after completion and acceptance by the Company of audited tax returns for the period in question for both the country where a payment under this Additional Coverage is made and the country where the loss happened.

Formula:

Additional Payment =        $[a (1 - c) / (1 - b)] - a$

Where:
$a$ = loss otherwise payable under this Policy except for operation of this coverage, after due consideration for any applicable deductible(s).
$b$ = the net effective rate of the sum of: any taxation (a positive number) plus any tax relief/credit (a negative number) that accrues in the country where loss payments are received.
$c$ = the net effective rate of the sum of: any taxation (a positive number) plus any tax relief/credit (a negative number) that accrues in the country where the loss happened.

The rates referred to will be the respective corporate income tax rates in effect on the date of the loss.



**S.    MACHINERY OR EQUIPMENT STARTUP OPTION**

After insured machinery or equipment that has sustained insured physical loss or damage is repaired or replaced and such machinery or equipment is undergoing startup, the following applies:

If physical loss or damage of the type insured directly results to such machinery or equipment from such startup, the Insured shall have the option of claiming such resulting insured damage as part of the original event of physical loss or damage or as a separate **occurrence**.

This Additional Coverage applies only:

1)  to the first startup event after the original repair or replacement; and

2)  when the first startup event happens during the term of this Policy or its renewal issued by the Company.

For the purposes of this Additional Coverage, startup means:

1)  the introduction into machinery or equipment of feedstock or other materials for processing or handling;

2)  the commencement of fuel or energy supply to machinery or equipment.

**T.    MISCELLANEOUS PROPERTY**

This Policy covers insured physical loss or damage to:

1)  insured property;

2)  property of the type insured that is under contract to be used in a construction project at an insured **location**:

    a)  from the time such property is delivered to the Insured or their contractor (with respect to the property under construction) by the manufacturer or supplier;

    b)  while such property is located at a storage site; and

    c)  while such property is in transit from a storage site to another storage site or to a construction project at an insured **location**,

that does not include any such property owned or rented by the contractor;

while anywhere within this Policy's TERRITORY, including while in transit.

This Additional Coverage excludes property covered elsewhere in this Policy.



MISCELLANEOUS PROPERTY Exclusions: As respects MISCELLANEOUS PROPERTY, the following additional exclusions apply:

1) This Policy excludes:

   a) **transmission and distribution systems** not at a **location**.

   b) property insured under import or export ocean marine insurance.

   c) property shipped between continents.

   d) airborne shipments unless by regularly scheduled passenger airlines or air freight carriers.

   e) property of others, including the Insured's legal liability for it, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

2) This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

## U.    NEIGHBOUR'S RECOURSE AND TENANT'S LIABILITY

As respects insured **locations** in France, the French Territories, Spain, Italy, Belgium, Greece, Portugal or Luxembourg:

This Policy covers the Insured's liability:

1) as a tenant or occupant under the articles of any civil or commercial code toward the owner for direct physical damage of the type insured to real or personal property of the type insured of the owner of the premises.

2) under articles of any civil or commercial code toward neighbours, co-tenants and other third parties for direct physical damage of the type insured to real or personal property of the type insured of neighbours, co-tenants and other third parties.

3) as landlord under articles of any civil or commercial code for direct physical damage of the type insured to personal property of the type insured of tenants as a result of construction defects or lack of maintenance.

4) as tenant or occupant under the articles of any civil or commercial code for total or partial loss of use by the owner of the premises resulting from direct physical damage of the type insured.

FM Global

**Account No.   1-35582**
**Policy No.   1065667**

### V.   OPERATIONAL TESTING

This Policy covers insured physical loss or damage to insured property during the **period of operational testing**.

This Additional Coverage excludes property, including stock or material, manufactured or processed by the Insured.

### W.   PROTECTION AND PRESERVATION OF PROPERTY

This Policy covers:

1)   reasonable and necessary costs incurred for actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

2)   reasonable and necessary:

   a)   fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

   b)   costs incurred of restoring and recharging fire protection systems following an insured loss.

   c)   costs incurred for the water used for fighting a fire in, on or exposing the insured property.

This Additional Coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by TERRORISM coverage as provided in this section of the Policy.

This Additional Coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

### X.   SERVICE INTERRUPTION PROPERTY DAMAGE

This Policy covers insured physical loss or damage to insured property at an insured **location** when such physical loss or damage results from the interruption of incoming services consisting of electricity, gas, fuel, steam, water, refrigeration or from the lack of outgoing sewerage service by reason of any accidental event at the facilities of the supplier of such service located within this Policy's TERRITORY, that immediately prevents in whole or in part the delivery of such usable service.

This Additional Coverage will apply when the period of service interruption as described below is in excess of 24 hours.

The period of service interruption is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored.



Account No.  1-35582
Policy No.  1065667

Additional General Provisions:

1) The Insured will immediately notify the suppliers of services of any interruption of such services.

2) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has for the supply of such specified services.

SERVICE INTERRUPTION PROPERTY DAMAGE Exclusions: As respects SERVICE INTERRUPTION PROPERTY DAMAGE, the following applies:

1) The exclusions in the EXCLUSIONS clause in this section do not apply except for:

   a) A1, A2, A3, A6, B1, B2, and

   b) B4 with respect to incoming or outgoing voice, data or video, and

   c) D1 except with respect to fungus, mold or mildew.

2) The following additional exclusions apply:

   This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

   b) **terrorism**.

## Y.   TEMPORARY REMOVAL OF PROPERTY

When insured property is removed from an insured **location** for the purpose of being repaired or serviced or in order to avoid threatened physical loss or damage of the type insured by this Policy, this Policy covers such property:

1) while at the premises to which such property has been moved; and

2) for physical loss or damage as provided at the insured **location** from which such property was removed.

This Additional Coverage does not apply to property:

1) insured, in whole or in part, elsewhere in this Policy.

2) insured, in whole or in part, by any other insurance policy.



3) removed for normal storage, processing or preparation for sale or delivery.

## Z.    TERRORISM

This Policy covers physical loss or damage to property as described in the INSURANCE PROVIDED provision caused by or resulting from **terrorism**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion, or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this Additional Coverage are excluded from coverage elsewhere in this Policy.

This Additional Coverage does not cover loss or damage which also comes within the terms of either item B2a or B2c of the EXCLUSIONS clause in this section of the Policy.

This Additional Coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

1) that involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion, or radioactive force, whether in time of peace or war and regardless of who commits the act; or

2) that is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3) in which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

4) that involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## AA.    TRANSPORTATION

This Policy covers the following personal property, except as excluded by this Policy, while in transit within the TERRITORY of this Policy:

1) owned by the Insured.

2) shipped to customers under F.O.B., C & F or similar terms.  The Insured's contingent interest in such shipments is admitted.

3) of others in the actual or constructive custody of the Insured to the extent of the Insured's interest or legal liability.



4)   of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

    a)   when shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer.

    b)   when shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer.

Coverage Attachment and Duration:

1)   This Additional Coverage covers from the time the property leaves the original point of shipment for transit.  It then covers continuously in the due course of transit:

    a)   within the continent in which the shipment commences until the property arrives at the destination within such continent; or

    b)   between Europe and Asia, for land or air shipments only, from when the shipment commences until the property arrives at the destination.

2)   However, coverage on export shipments not insured under ocean cargo policies ends when the property is loaded on board overseas vessels or aircraft.  Coverage on import shipments not insured under ocean cargo policies begins after discharge from overseas vessels or aircraft.

This Additional Coverage:

1)   covers general average and salvage charges on shipments covered while waterborne.

2)   insures physical loss or damage caused by or resulting from:

    a)   unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts.

    b)   improper parties having gained possession of property through fraud or deceit.

Additional General Provisions:

1)   This Additional Coverage will not inure directly or indirectly to the benefit of any carrier or bailee.

2)   The Insured has permission, without prejudicing this insurance, to accept:

    a)   ordinary bills of lading used by carriers;

    b)   released bills of lading;

    c)   undervalued bills of lading; and



    d)   shipping or messenger receipts.

3)   The Insured may waive subrogation against railroads under side track agreements.

Except as otherwise stated, the Insured will not enter into any special agreement with carriers releasing them from their common law or statutory liability.

TRANSPORTATION Exclusions: As respects TRANSPORTATION, the following applies:

1)   the exclusions in the EXCLUSIONS clause of this section do not apply except for A1 through A4, B1 through B4, C1, C3, C5, C6, D1 through D3.

2)   the following additional exclusions apply:

    This Policy excludes:

    a)   samples in the custody of salespeople or selling agents.

    b)   property insured under import or export ocean marine insurance.

    c)   waterborne shipments, unless:

        (i)   by inland water; or

        (ii)  by roll-on/roll-off ferries operating between European ports; or

        (iii) by coastal shipments.

    d)   airborne shipments unless by regularly scheduled passenger airlines or air freight carriers.

    e)   property of others, including the Insured's legal liability for it, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

    f)   any transporting vehicle.

    g)   property shipped between continents, except by land or air between Europe and Asia.

TRANSPORTATION Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1)   Property shipped to or for the account of the Insured will be valued at actual invoice to the Insured.  Included in the value are accrued costs and charges legally due.  Charges may include the Insured's commission as selling agent.



2)   Property sold by the Insured and shipped to or for the purchaser's account will be valued at the Insured's selling invoice amount.  Prepaid or advanced freight costs are included.

3)   Property not under invoice will be valued:

    a)   for property of the Insured, at the valuation provisions of this Policy applying at the place from which the property is being transported; or

    b)   for other property, at the actual cash market value at the destination point on the date of loss,

less any charges saved which would have become due and payable upon arrival at destination.

FM Global

**Account No.   1-35582**
**Policy No.   1065667**

## TIME ELEMENT

TIME ELEMENT loss as provided in the TIME ELEMENT COVERAGES and TIME ELEMENT COVERAGE EXTENSIONS of this section of the Policy:

A.     is subject to the applicable limit of liability that applies to the insured physical loss or damage but in no event for more than any limit of liability that is stated as applying to the specific TIME ELEMENT COVERAGE and/or TIME ELEMENT COVERAGE EXTENSION; and

B.     will not increase the Policy limit of liability; and

C.     is subject to the Policy provisions, including applicable exclusions and deductibles,

all as shown in this section and elsewhere in this Policy.

## 1.   LOSS INSURED

A.     This Policy insures TIME ELEMENT loss, as provided in the TIME ELEMENT COVERAGES, directly resulting from physical loss or damage of the type insured:

1)   to property described elsewhere in this Policy and not otherwise excluded by this Policy or otherwise limited in the TIME ELEMENT COVERAGES below;

2)   used by the Insured, or for which the Insured has contracted use;

3)   while located as described in the INSURANCE PROVIDED provision or within 1,000 feet/300 metres thereof, or as described in the TEMPORARY REMOVAL OF PROPERTY provision; or

4)   while in transit as provided by this Policy, and

5)   during the Periods of Liability described in this section,

provided such loss or damage is not at a **contingent time element location**.

B.     This Policy insures TIME ELEMENT loss only to the extent it cannot be reduced through:

1)   the use of any property or service owned or controlled by the Insured;

2)   the use of any property or service obtainable from other sources;

3)   working extra time or overtime; or

4)   the use of inventory,

all whether at an insured **location** or at any other premises. The Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the TIME ELEMENT loss.



**Account No.   1-35582**
**Policy No.   1065667**

C.    This Policy covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this section of this Policy.  The amount of such recoverable expenses will not exceed the amount by which the loss has been reduced.

D.    In determining the amount of loss payable, the Company will consider the experience of the business before and after and the probable experience during the PERIOD OF LIABILITY. The probable experience will consider any increase or decrease in demand for the Insured's goods or services during the PERIOD OF LIABILITY, even if such increase or decrease is from the same event that caused physical loss or damage starting the PERIOD OF LIABILITY.

## 2.    TIME ELEMENT COVERAGES

### A.    INSURED OPTION

The Insured has the option to make claim based on either

a)    GROSS EARNINGS and EXTENDED PERIOD OF LIABILITY; or

b)    GROSS PROFIT,

as described in the TIME ELEMENT section of this Policy and subject to the applicable terms and conditions as may be shown elsewhere.

Such option may be exercised at any time prior to the conditions set forth in the SETTLEMENT OF CLAIMS clause in the LOSS ADJUSTMENT AND SETTLEMENT section of this Policy.

If such claim involves more than one insured **location**, including interdependency at one or more insured **locations**, such claim will be adjusted by using the single coverage option chosen above.

### B.    GROSS EARNINGS

Measurement of Loss:

1)    The recoverable GROSS EARNINGS loss is the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY:

a)    Gross Earnings;

b)    less all charges and expenses that do not necessarily continue during the interruption of production or suspension of business operations or services;

c)    less ordinary payroll, and

d)    plus all other earnings derived from the operation of the business.



Account No.   1-35582
Policy No.   1065667

e) Ordinary Payroll, including taxes and charges dependent on the payment of wages:

(i) for a period of time of not more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section immediately following the interruption of production or suspension of business operations or services, and

(ii) only to the extent such payroll continues following the loss and would have been earned had no such interruption happened.

However, if an Insured reduces the daily loss payable under Ordinary Payroll, either by:

(i) providing gainful employment for, or

(ii) paying less than the normal salary rate to,

all or part of its employees, then the number of consecutive days of Ordinary Payroll may be extended. However, this provision will not increase the total liability of this Company beyond the amount it would have been liable for Ordinary Payroll costs without this provision. Ordinary Payroll does not cover any portion of salaries or wages included in Gross Earnings.

2) For the purposes of the Measurement of Loss, Gross Earnings is:

for manufacturing operations: the net sales value of production less the cost of all raw stock, materials and supplies used in such production; or

for mercantile or non-manufacturing operations: the total net sales less cost of merchandise sold, materials and supplies consumed in the operations or services rendered by the Insured.

Any amount recovered under property damage coverage at selling price will be considered to have been sold to the Insured's regular customers and will be credited against net sales.

3) In determining the indemnity payable as the Actual Loss Sustained, the Company will consider the continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or suspension of business operations or services.

4) If the Insured would have operated at a deficit had no interruption of production or suspension of business operations or services happened, the following applies:

a) for Gross Earnings, the extent to which charges and expenses would have been earned will be determined by subtracting the operating deficits from the charges and expenses that necessarily continue.



      b)  for Ordinary Payroll, the extent payroll would have been earned will be determined by subtracting the excess, if any, of the operating deficit over the fixed charges that need to continue from such payroll.

5)   There is recovery hereunder to the extent that the Insured is:

      a)  wholly or partially prevented from producing goods or continuing business operations or services;

      b)  unable to make up lost production within a reasonable period of time, not limited to the period during which production is interrupted;

      c)  unable to continue such operations or services during the PERIOD OF LIABILITY; and

      d)  able to demonstrate a loss of sales for the operations, services or production prevented.

## C.   GROSS PROFIT

Measurement of Loss:

1)   The recoverable GROSS PROFIT loss is the Actual Loss Sustained by the Insured of the following due to the necessary interruption of business during the PERIOD OF LIABILITY: a) Reduction in Sales and b) Ordinary Payroll and c) Increase in Cost of Doing Business.  The amount payable as indemnity hereunder will be:

      a)  with respect to Reduction in Sales:  The sum produced by applying the Rate of Gross Profit to the amount by which the sales during the PERIOD OF LIABILITY will fall short of the Standard Sales.  In determining the Reduction in Sales, any amount recovered under property damage coverage at selling price will be credited against lost sales.

      b)  Ordinary Payroll, including taxes and charges dependent on the payment of wages, during the PERIOD OF LIABILITY only to the extent such payroll would have been earned had such loss not happened.

      However, if an Insured reduces the daily loss payable under Ordinary Payroll, either by:

      (i)  providing gainful employment for, or

      (ii)  paying less than the normal salary rate to,

      all or part of its employees, the number of consecutive days of Ordinary Payroll may be extended. This provision will not increase the total liability of this Company beyond the amount it would have been liable for Ordinary Payroll costs without this provision.  Ordinary Payroll does not cover any portion of salaries or wages included in Net Profit or fixed charges.



   c)  with respect to Increase in Cost of Doing Business:

      (i)  the additional expenditure necessarily and reasonably incurred for the sole purpose of avoiding or diminishing the reduction in sales and a loss or Ordinary Payroll which, but for that expenditure, would have taken place during the PERIOD OF LIABILITY; but

      (ii)  not exceeding the sum produced by applying the Rate of Gross Profit to the amount of the reduction thereby avoided,

all less any sum saved during the PERIOD OF LIABILITY with respect to such of the Insured Fixed Charges as may cease or be reduced because of such interruption of business.

2)  For the purposes of the Measurement of Loss:

Gross Profit is:

The amount produced by adding to the Net Profit the amount of the Insured Fixed Charges, or if there be no Net Profit the amount of the Insured Fixed Charges less that proportion of any loss from business operations as the amount of the Insured Fixed Charges bears to all fixed charges.

Net Profit is:

The net operating profit (exclusive of all capital receipts and accruals and all outlay properly chargeable to capital) resulting from the business of the Insured at the insured **locations** after due provision has been made for all fixed charges and other expenses including depreciation but before the deduction of any taxes on profits.

Insured Fixed Charges is:

All fixed charges unless specifically excluded herein.  Ordinary Payroll is not an Insured Fixed Charge.

Sales is:

The money paid or payable to the Insured for goods sold and delivered and for services rendered in the conduct of the business at an insured **location**.

Rate of Gross Profit is:

The rate of Gross Profit earned on the sales during the twelve full calendar months immediately before the date of the physical loss or damage to the described property.

Standard Sales is:



The sales during that period in the twelve months immediately before the date of the physical loss or damage to the described property which corresponds with the PERIOD OF LIABILITY.

3)   In determining the indemnity payable as the Actual Loss Sustained:

   a)   if any fixed charges of the business are not insured hereunder, then, in computing the amount recoverable hereunder as Increase in Cost of Doing Business, that proportion only of the additional expenditure will be recoverable hereunder which the sum of the Net Profit and the Insured Fixed Charges bears to the sum of the Net Profit and all the fixed charges excluding Ordinary Payroll.

   b)   if during the PERIOD OF LIABILITY goods will be sold or services will be rendered elsewhere than at the insured **locations** for the benefit of the business, either by the Insured or by others on the Insured's behalf, the money paid or payable in respect of such sales or services will be included in arriving at the amount of sales during the PERIOD OF LIABILITY.

4)   The Insured will act with due diligence and dispatch in repairing or replacing physically damaged buildings and equipment to the same or equivalent physical and operating conditions that existed prior to the damage; and take whatever actions are necessary and reasonable to minimize the loss payable hereunder.

GROSS PROFIT Exclusions: As respects GROSS PROFIT, the TIME ELEMENT EXCLUSIONS B and C of this section do not apply and the following applies instead:

This Policy does not insure against any increase in loss due to damages for breach of contract or for late or noncompletion of orders, or fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

Coverage under GROSS PROFIT for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the PERIOD OF LIABILITY.

## D.   EXTRA EXPENSE

Measurement of Loss:

The recoverable EXTRA EXPENSE loss will be the reasonable and necessary extra costs incurred by the Insured of the following during the PERIOD OF LIABILITY:

1)   extra expenses to temporarily continue as nearly **normal** as practicable the conduct of the Insured's business;

2)   extra costs of temporarily using property or facilities of the Insured or others; and

3)   costs to purchase finished goods from third parties to fulfill orders when such orders cannot be met due to physical loss or damage to the Insured's finished goods, less payment received for the sale of such finished goods.



less any value remaining at the end of the PERIOD OF LIABILITY for property obtained in connection with the above.

If the Insured makes claim in accordance with the terms and conditions of the INSURED OPTION clause, the PERIOD OF LIABILITY for EXTRA EXPENSE coverage will be the PERIOD OF LIABILITY applicable to the Time Element coverage option selected.

EXTRA EXPENSE Exclusions: As respects EXTRA EXPENSE, the following applies:

1)   TIME ELEMENT EXCLUSIONS C does not apply to item 3 above.

2)   The following additional exclusions apply:

This Policy does not insure:

a)   any loss of income.

b)   costs that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

c)   costs of permanent repair or replacement of property that has been damaged or destroyed.  However, this exclusion does not apply to item 3 above.

d)   any expense recoverable elsewhere in this Policy.

## E.   LEASEHOLD INTEREST

Measurement of Loss:

The recoverable LEASEHOLD INTEREST incurred by the Insured of the following:

1)   If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

2)   If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the Lease Interest for the first three months following the loss; and the Net Lease Interest for the remaining unexpired term of the lease.

3)   As used above, the following terms mean:

Net Lease Interest:
That sum which placed at 6% interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

Lease Interest:



Account No.   1-35582
Policy No.   1065667

The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

LEASEHOLD INTEREST Exclusions: As respects LEASEHOLD INTEREST, the following applies:

1)   This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

2)   TIME ELEMENT EXCLUSIONS A, B and C do not apply and the following applies instead:

This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

**F.   RENTAL INSURANCE**

Measurement of Loss:

The recoverable RENTAL INSURANCE loss is the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY:

1)   the fair rental value of any portion of the property occupied by the Insured;

2)   the income reasonably expected from rentals of unoccupied or unrented portions of such property; and

3)   the rental income from the rented portions of such property according to bona fide leases, contracts or agreements in force at the time of loss,

all not to include noncontinuing charges and expenses.

RENTAL INSURANCE Exclusions: As respects RENTAL INSURANCE, TIME ELEMENT EXCLUSIONS A does not apply and the following applies instead:

This Policy does not insure any loss of rental income during any period in which the insured property would not have been tenantable for any reason other than an insured loss.

**3.   PERIOD OF LIABILITY**

A.   The PERIOD OF LIABILITY applying to all TIME ELEMENT COVERAGES, except GROSS PROFIT and LEASEHOLD INTEREST and as shown below or if otherwise provided under any TIME ELEMENT COVERAGE EXTENSION, and subject to any Time Limit provided in the LIMITS OF LIABILITY clause in the DECLARATIONS section, is as follows:

1)   For building and equipment, the period:



a) starting from the time of physical loss or damage of the type insured; and

b) ending when with due diligence and dispatch the building and equipment could be:

   (i) repaired or replaced; and

   (ii) made ready for operations,

under the same or equivalent physical and operating conditions that existed prior to the damage.

c) not to be limited by the expiration of this Policy.

2) For building and equipment under construction:

a) the equivalent of the above period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened; and

b) due consideration will be given to the actual experience of the business compiled after completion of the construction and startup.

3) For stock-in-process and mercantile stock, including finished goods not manufactured by the Insured, the time required with the exercise of due diligence and dispatch:

a) to restore stock in process to the same state of manufacture in which it stood at the inception of the interruption of production or suspension of business operations or services; and

b) to replace physically damaged mercantile stock.

This item does not apply to RENTAL INSURANCE.

4) For raw materials and supplies, the period of time:

a) of actual interruption of production or suspension of operations or services resulting from the inability to get suitable raw materials and supplies to replace similar ones damaged; but

b) limited to that period for which the damaged raw materials and supplies would have supplied operating needs.

5) If water:

a) used for any manufacturing purpose, including but not limited to as a raw material or for power;

b) stored behind dams or in reservoirs; and



c)   on any insured **location**,

is released as the result of physical damage of the type insured to such dam, reservoir or connected equipment, the Company's liability for the actual interruption of production or suspension of operations or services due to inadequate water supply will not extend beyond 30 consecutive days after the damaged dam, reservoir or connected equipment has been repaired or replaced.

This item does not apply to RENTAL INSURANCE.

6)   For physically damaged exposed films, records, manuscripts and drawings, the time required to copy from backups or from originals of a previous generation.  This time does not include research, engineering or any other time necessary to restore or recreate lost information.

This item does not apply to RENTAL INSURANCE.

7)   For physically damaged or destroyed property covered under DATA RESTORATION, the period:

a)   starting from the time of **physical loss or damage to electronic data, programs or software**; and

b)   ending when with due diligence and dispatch the electronic data, programs or software could have been recreated or restored under the same or equivalent physical and operating conditions that existed prior to the physical loss or damage.

This item does not apply to RENTAL INSURANCE.

B.   The PERIOD OF LIABILITY applying to GROSS PROFIT is as follows:

1)   The period:

a)   starting from the time of physical loss or damage of the type insured; and

b)   ending not later than the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section,

during which period the results of the business shall be directly affected by such damage.

c)   not to be limited by the expiration of this Policy.

2)   For property under construction, the period:

a)   starting on the date that production, business operation or service would have commenced if physical damage of the type insured had not happened; and



b)   ending not later than the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section,

during which period the results of the business shall be directly affected by such damage.

c)   not to be limited by the expiration of this Policy.

The Rate of Gross Profit and Standard Sales will be based on the experience of the business after construction is completed and the probable experience during the PERIOD OF LIABILITY.

C.   The PERIOD OF LIABILITY does not include any additional time due to the Insured's inability to resume operations for any reason, including but not limited to:

1)   making changes to the buildings, structures, machinery or equipment except as provided in the LAW AND ORDINANCE clause in the PROPERTY DAMAGE section.

2)   restaffing or retraining employees.  However, this item does not apply to additional time needed to train staff to use new machinery or equipment that replaces machinery or equipment that suffered insured physical loss or damage, provided such training is completed within 90 consecutive days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative.

**4.   TIME ELEMENT EXCLUSIONS**

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to TIME ELEMENT loss:

This Policy does not insure:

A.   Any loss during any idle period, including but not limited to when production, operation, service or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

1)   physical loss or damage not insured by this Policy on or off of the insured **location**.

2)   planned or rescheduled shutdown.

3)   strikes or other work stoppage.

4)   any other reason other than physical loss or damage insured under this Policy.

B.   Any increase in loss due to:

1)   suspension, cancellation or lapse of any lease, contract, license or orders.



**Account No.   1-35582**
**Policy No.   1065667**

    2)   damages for breach of contract or for late or noncompletion of orders.

    3)   fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

    4)   any other consequential or remote loss.

C.   Any loss resulting from physical loss or damage to finished goods manufactured by or for the Insured, or the time required for their reproduction.

D.   Any loss resulting from the **actual cash value** portion of direct physical loss or damage by fire caused by or resulting from **terrorism**.

## 5.   TIME ELEMENT COVERAGE EXTENSIONS

This Policy also insures TIME ELEMENT loss, as provided by the TIME ELEMENT COVERAGES of this Policy, for the TIME ELEMENT COVERAGE EXTENSIONS described below.

### CYBER TIME ELEMENT COVERAGE EXTENSIONS

### A.   DATA SERVICE PROVIDER TIME ELEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of interruption at an insured **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Extension:

    1)   facilities of the provider of **off-premises data processing or data transmission services** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine, and

    2)   an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This Extension will apply when the period of interruption of **off-premises data processing or data transmission services** is in excess of 24 hours.

Additional General Provisions:

    1)   The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

    2)   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.



Account No.   1-35582
Policy No.   1065667

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured covered by OWNED NETWORK INTERRUPTION coverage as provided in this section of the Policy.

DATA SERVICE PROVIDER TIME ELEMENT Exclusions: As respects DATA SERVICE PROVIDER TIME ELEMENT, the following applies:

1)   Item B4 of the EXCLUSIONS clause in the PROPERTY DAMAGE section does not apply except for B4 with respect to:

   a)   incoming electricity, fuel, water, gas, steam or refrigerant; and

   b)   outgoing sewerage.

2)   The following additional exclusions apply:

   This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a)   **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

   b)   **terrorism**.

As used above, the period of interruption of **off-premises data processing or data transmission services**:

1)   is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the PERIOD OF LIABILITY clause in this section.

2)   is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

3)   does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

**B.   OWNED NETWORK INTERRUPTION**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of interruption directly resulting from:



**Account No.   1-35582**
**Policy No.   1065667**

1) the failure of the Insured's **electronic data processing equipment or media** to operate, provided that such failure is the direct result of a **cyber event** directed at the NAMED INSURED; or

2) the Insured's reasonable action to temporarily protect the Insured's **electronic data processing equipment or media** against an actual or immediately impending **cyber event** directed at the NAMED INSURED, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

For the purposes of this Extension, the Insured's **electronic data processing equipment or media** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

As respects item 1 above, this Extension will apply when the period of interruption is in excess of 48 hours.

As used above, the period of interruption:

1) is the period starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when with due diligence and dispatch, the Insured's **electronic data processing equipment or media** could be restored to the same or equivalent operating condition that existed prior to the failure.

2) does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.

## SUPPLY CHAIN TIME ELEMENT COVERAGE EXTENSIONS

### A.   CIVIL OR MILITARY AUTHORITY

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location** provided such order is the direct result of physical damage of the type insured at the insured **location** or within five statute miles/eight kilometres of it.

This Extension does not apply to LEASEHOLD INTEREST.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of such physical damage; and

2) ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,



**Account No.   1-35582**
**Policy No.   1065667**

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

**B.    CONTINGENT TIME ELEMENT EXTENDED**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to property of the type insured at **contingent time element locations** located within the TERRITORY of this Policy.

As respects CONTINGENT TIME ELEMENT EXTENDED:

1)    Time Element loss recoverable under this Extension is extended to include the following TIME ELEMENT COVERAGE EXTENSIONS:

CIVIL OR MILITARY AUTHORITY
CONTINGENT TIME ELEMENT EXTENDED
DATA SERVICE PROVIDER TIME ELEMENT
DELAY IN STARTUP
EXTENDED PERIOD OF LIABILITY
INGRESS/EGRESS
ON PREMISES SERVICES
SERVICE INTERRUPTION TIME ELEMENT

2)    The Insured will influence and cooperate with the **contingent time element location** in every way and take any reasonable and necessary action to mitigate the loss payable hereunder.

3)    TIME ELEMENT EXCLUSIONS C does not apply.

CONTINGENT TIME ELEMENT EXTENDED Exclusions: As respects CONTINGENT TIME ELEMENT EXTENDED, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1)    lack of incoming or outgoing transmission of voice, data or video.

2)    **earth movement** as respects a direct or indirect customer, supplier, contract manufacturer or contract service provider located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

3)    physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence of loss.

**C.    INGRESS/EGRESS**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY due to the necessary interruption of the



Account No.   1-35582
Policy No.   1065667

Insured's business due to partial or total physical prevention of ingress to or egress from an insured **location**, whether or not the premises or property of the Insured is damaged, provided that such prevention is a direct result of physical damage of the type insured to property of the type insured.

INGRESS/EGRESS Exclusions: As respects INGRESS/EGRESS, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1) lack of incoming or outgoing service consisting of electric, fuel, gas, water, steam, refrigerant, sewerage and voice, data or video.

2) picketing or other action by strikers except for physical damage not excluded by this Policy.

3) physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of such physical damage; and

2) ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

## D.   LOGISTICS EXTRA COST

This Policy covers the extra cost incurred by the Insured during the PERIOD OF LIABILITY due to the disruption of the **normal** movement of goods or materials:

1) directly between insured **locations**; or

2) directly between an insured **location** and a **location** of a direct customer, supplier, contract manufacturer or contract service provider to the Insured,

provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured located within the TERRITORY of this Policy.

Measurement of Loss:



**Account No.   1-35582**
**Policy No.   1065667**

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

1)  extra costs to temporarily continue as nearly **normal** as practicable the movement of goods or materials.

This Extension will apply when the PERIOD OF LIABILITY is in excess of 48 hours except 168 hours applies for **earth movement** and/or **flood** and/or **wind**.

LOGISTICS EXTRA COST Exclusions: As respects LOGISTICS EXTRA COST, the following additional exclusions apply:

This Policy does not insure:

1)  any loss resulting from disruption in the movement of goods or materials between **contingent time element locations**.

2)  any loss resulting from disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

3)  any loss of income.

4)  costs that usually would have been incurred in conducting the business during the same period had there been no disruption of **normal** movement of goods or materials.

5)  costs of permanent repair or replacement of property that has been damaged or destroyed.

6)  any expense recoverable elsewhere in this Policy.

7)  any loss resulting from disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

8)  any loss resulting from disruption caused by loss or damage from **earth movement** in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

9)  any loss resulting from disruption caused by physical loss or damage to personal property of the Insured while in transit.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)  starting at the time of physical loss or damage causing the disruption of the **normal** movement of goods or materials directly between insured **locations**; or directly between

 FM Global

the insured **location** and the **location** of the direct customer, supplier, contract manufacturer or contract service provider to the Insured, and

2) ending not later than:

    a) when with due diligence and dispatch the **normal** movement of goods or materials directly between insured **locations**; or directly between the insured **location** and the **location** of the direct customer, supplier, contract manufacturer or contract service provider to the Insured could be resumed; or

    b) the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

### E.   SERVICE INTERRUPTION TIME ELEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of service interruption at an insured **location** when the loss is caused by the interruption of incoming services consisting of electricity, gas, fuel, steam, water, refrigeration or from the lack of outgoing sewerage service by reason of any accidental event at the facilities of the supplier of such service located within this Policy's TERRITORY, that immediately prevents in whole or in part the delivery of such usable services.

This Extension will apply when the period of service interruption is in excess of 24 hours.

Additional General Provisions:

1) The Insured will immediately notify the suppliers of services of any interruption of such services.

2) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has for the supply of such specified services.

SERVICE INTERRUPTION TIME ELEMENT Exclusions: As respects SERVICE INTERRUPTION TIME ELEMENT, the following applies:

1) The exclusions in the EXCLUSIONS clause in the PROPERTY DAMAGE section do not apply except for:

    a) A1, A2, A3, A6, B1, B2, and

    b) B4 with respect to incoming or outgoing voice, data or video, and

    c) D1 except with respect to fungus, mold or mildew.

2) The following additional exclusions apply:



Account No.   1-35582
Policy No.   1065667

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a)  **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

b)  **terrorism**.

As used above, the period of service interruption:

1)  is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the PERIOD OF LIABILITY clause in this section.

2)  is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

3)  does not extend to include the interruption of operations caused by any reason other than interruption of the specified service(s).

## ADDITIONAL TIME ELEMENT COVERAGE EXTENSIONS

## A.  ATTRACTION PROPERTY

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to an insured **location** and is within 1 statute mile/1.6 kilometres of the insured **location**.

ATTRACTION PROPERTY Exclusions: As respects ATTRACTION PROPERTY, the following additional exclusion applies:

This Policy does not insure loss resulting from:

1)  physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)  starting at the time of such physical damage; and



2)   ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

**B.   CRISIS MANAGEMENT**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location**, provided such order is a direct result of:

1)   a violent crime, suicide, attempted suicide, or armed robbery; or

2)   a death or bodily injury caused by a workplace accident;

at such insured **location**.

For the purposes of this Extension only, a workplace accident shall be considered a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.

This Extension of coverage will apply when the PERIOD OF LIABILITY is in excess of 4 hours.

CRISIS MANAGEMENT Exclusions: As respects CRISIS MANAGEMENT, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1)   **terrorism**.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)   starting with the time the civil or military authority prohibits access; and

2)   ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

**C.   DELAY IN STARTUP**

GROSS EARNINGS or GROSS PROFIT and EXTRA EXPENSE are extended to cover the Actual Loss Sustained incurred by the Insured during the PERIOD OF LIABILITY due to the reasonable and necessary delay in startup of business operations directly resulting from physical loss or damage of the type insured to insured property under construction at an insured **location**.

FM Global

**Account No.  1-35582**
**Policy No.  1065667**

D.    **EXTENDED PERIOD OF LIABILITY**

The GROSS EARNINGS coverage is extended to cover the reduction in sales resulting from:

1) the interruption of business as covered by GROSS EARNINGS;

2) for such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

3) commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Extension had not been included in this Policy.

However, this Extension does not apply to GROSS EARNINGS loss resulting from physical loss or damage caused by or resulting from **terrorism**.

EXTENDED PERIOD OF LIABILITY Exclusions: As respects EXTENDED PERIOD OF LIABILITY, the TIME ELEMENT EXCLUSIONS B of this section does not apply and the following applies instead:

This Policy does not insure against any increase in loss due to damages for breach of contract or for late or noncompletion of orders, or fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

Coverage under this Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

Coverage under this Extension does not apply for more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

E.    **INTERRUPTION BY COMMUNICABLE DISEASE**

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

1) an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

2) a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

this Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY at such **location** with the actual not suspected presence of **communicable disease**.



**Account No.   1-35582**
**Policy No.   1065667**

This Extension will apply when access to such **location** is limited, restricted, or prohibited in excess of 48 hours.

INTERRUPTION BY COMMUNICABLE DISEASE Exclusions: As respects INTERRUPTION BY COMMUNICABLE DISEASE, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1)  the enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

2)  loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)  starting at the time of the order of the authorized governmental agency or the Officer of the Insured; and

2)  ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

## F.   ON PREMISES SERVICES

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to the following property located within 1,000 feet/300 metres of the insured **location**:

1)  Electrical equipment and equipment used for the transmission of voice, data or video.

2)  Electrical, fuel, gas, water, steam, refrigeration, sewerage, voice, data or video transmission lines.

## G.   PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT

This Policy covers the Actual Loss Sustained by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.



This Extension does not cover the Actual Loss Sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by TERRORISM coverage as provided in the PROPERTY DAMAGE section.

This Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## H.   RELATED REPORTED VALUES

If reported TIME ELEMENT values include:

1)   **locations** used by the Insured (such as branch stores, sales outlets and other plants) but not listed on a schedule under this Policy; and

2)   a TIME ELEMENT loss would result at such **locations**,

3)   from insured physical loss or damage at an insured **location**,

then this Policy provides coverage for such resulting TIME ELEMENT loss in accordance with the coverage applicable at such insured **location**.

## I.   RESEARCH AND DEVELOPMENT

The GROSS EARNINGS and GROSS PROFIT coverages are extended to insure the Actual Loss Sustained by the Insured of continuing fixed charges and Ordinary Payroll directly attributable to the interruption of research and development activities that in themselves would not have produced income during the PERIOD OF LIABILITY.

The PERIOD OF LIABILITY for this Extension will be the period from the time of direct physical loss or damage of the type insured to the time when the property could be repaired or replaced and made ready for operations, but as respects GROSS PROFIT and Ordinary Payroll such period of time shall not exceed the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.  Such period of time shall not be limited by the date of expiration of this Policy.

## J.   SOFT COSTS

This Policy covers the Actual Loss Sustained incurred by the Insured of **soft costs** during the PERIOD OF LIABILITY arising out of the delay of completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at an insured **location**.

FM Global

Account No.   1-35582
Policy No.   1065667

## LOSS ADJUSTMENT AND SETTLEMENT

1.   **REQUIREMENTS IN CASE OF LOSS**

The Insured will:

1)   give immediate written notice to the Company of any loss.

2)   protect the property from further loss or damage.

3)   promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4)   give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by the Company.  The proof of loss must state the knowledge and belief of the Insured as to:

   a)   the time and origin of the loss.

   b)   the Insured's interest and that of all others in the property.

   c)   the **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

   d)   any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

   e)   by whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5)   include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6)   further, the Insured, will as often as may be reasonably required:

   a)   exhibit to any person designated by the Company all that remains of any property;

   b)   submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

   c)   produce for examination at the request of the Company:

      (i)   all books of accounts, business records, bills, invoices and other vouchers; or

      (ii)   certified copies if originals are lost,



at such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## 2.   CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the Insured.

In the event of a loss adjustment involving currency conversion, the exchange selling rate will be calculated as follows:

A.   As respects the calculation of deductibles and limits of liability, the rate of exchange published in The Wall Street Journal on the date of loss.

B.   As respects loss or damage to insured real and personal property:

1)   the cost to repair or replace such property will be converted at the time the cost of repair or replacement is incurred based on the rate of exchange published in The Wall Street Journal.

2)   if such property is not replaced or repaired, the conversion will be based on the rate of exchange published in The Wall Street Journal as of the date of loss.

C.   As respects TIME ELEMENT loss the conversion will be based on the average of the rate of exchange published in The Wall Street Journal on the date of loss and the rate of exchange published in The Wall Street Journal on the last day of the Period of Liability.

If The Wall Street Journal was not published on the stipulated date, the rate of exchange will be as published on the next business day.

## 3.   PARTIAL PAYMENT OF LOSS SETTLEMENT

In the event of insured physical loss or damage determined by the Company's representatives to be in excess of the applicable Policy deductible, the Company will advance mutually agreed upon partial payment(s), subject to the Policy's provisions. To obtain such partial payments, the Insured will submit a signed and sworn Proof of Loss as described in this Policy, with adequate supporting documentation.

## 4.   COLLECTION FROM OTHERS

The Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## 5.   SUBROGATION

The Insured is required to cooperate in any subrogation proceedings. The Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of the Company's payment.



**Account No.   1-35582**
**Policy No.   1065667**

The Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss, nor will such waiver affect the Insured's rights under this Policy.

Any recovery from subrogation proceedings, less costs incurred by the Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1)      any applicable deductible; and/or

2)      any provable uninsured loss,

bears to the entire provable loss amount.

## 6.      COMPANY OPTION

The Company has the option to take all or any part of damaged property at the agreed or appraised value.  The Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## 7.      ABANDONMENT

There may be no abandonment of any property to the Company.

## 8.      APPRAISAL

If the Insured and the Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

1)      the Insured has fully complied with all provisions of this Policy, including REQUIREMENTS IN CASE OF LOSS; and

2)      the Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire.  If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or the Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending.  The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for TIME ELEMENT loss, the amount of loss for each TIME ELEMENT coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire.  An award agreed to in writing by any two will determine the amount of loss.

The Insured and the Company will each:

1)      pay its chosen appraiser; and



2)    bear equally the other expenses of the appraisal and umpire.

A demand for APPRAISAL shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under REQUIREMENTS IN CASE OF LOSS.

The Company will not be held to have waived any of its rights by any act relating to appraisal.

**9.    SUIT AGAINST THE COMPANY**

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:

1)    the Insured has fully complied with all the provisions of this Policy; and

2)    legal action is started within twelve months after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such twelve months' limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

**10.   SETTLEMENT OF CLAIMS**

The amount of loss for which the Company may be liable will be paid within 30 days after:

A.    proof of loss as described in this Policy is received by the Company; and

B.    when a resolution of the amount of loss is made either by:

1)    written agreement between the Insured and the Company; or

2)    the filing with the Company of an award as provided in the APPRAISAL clause of this section.

FM Global

Account No.   1-35582
Policy No.   1065667

## GENERAL PROVISIONS

1.   **CANCELLATION/NON-RENEWAL**

This Policy may be:

A.   cancelled at any time at the request of the Insured by surrendering this Policy to the Company or by giving written notice to the Company stating when such cancellation will take effect; or

B.   cancelled by the Company by giving the Insured not less than:

1)   60 days' written notice of cancellation; or

2)   10 days' written notice of cancellation if the Insured fails to remit, when due, payment of premium for this Policy; or

C.   non-renewed by the Company by giving the Insured not less than 60 days' written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the Insured cancels and on a pro-rata basis if the Company cancels this Policy.  Return of any unearned premium will be made by the Company as soon as practicable.

2.   **INSPECTIONS**

The Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property.  The Company does not address life, safety or health issues.

The Company's:

A.   right to make inspections;

B.   making of inspections; or

C.   providing recommendations or other information in connection with any inspections,

will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.  The Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When the Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

3.   **PROVISIONS APPLICABLE TO SPECIFIC JURISDICTIONS**

A.   If the provisions of this Policy conflict with the laws of any jurisdictions in which this Policy applies, and if certain provisions are required by law to be stated in this Policy, this Policy



will be read so as to eliminate such conflict or deemed to include such provisions for insured **locations** within such jurisdictions.

B.  The Company will provide to the Insured copies of endorsements mandated for use by the laws of states in the United States of America.  The endorsements modify this Policy with respect to any insured property located in the state in which the endorsement applies.

C.  In respect of any insured property located in Australia, the definition of **terrorism** is declared null and void and it is agreed that a Declared Terrorist Incident under the Terrorism Insurance Act 2003 shall be considered an act of **terrorism** within the terms of this Policy. Coverage recoverable under the Terrorism Insurance Act 2003 is excluded from coverage under this Policy.  Any difference in limit between loss recoverable under the Terrorism Insurance Act 2003 and this Policy is not recoverable under this Policy.

D.  In respect of any insured property located in Belgium, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism in accordance with the Law of 1 April 2007 shall be considered an act of **terrorism** within the terms of this Policy. Coverage provided, in accordance with the terms and conditions of the Terrorism Reinsurance and Insurance Pool Statute, under the European policy issued by FM Insurance Europe S.A. is excluded from coverage under this Policy.  Any difference in limit between loss recoverable from Terrorism Reinsurance and Insurance Pool and this Policy is not recoverable under this Policy.

E.  In respect of any insured property located in France or in French territories, the definition of **terrorism** is declared null and void and it is agreed that any event certified to be an act of terrorism in accordance with articles L126-2, R126-1 and R126-2 of the Insurance Code and decree 2001-1337 dated 28 December 2001 shall be considered an act of **terrorism** within the terms of this Policy.  Terrorism coverage is mandatory and is provided to the Insured under the European/local policy issued by FM Insurance Europe S.A.  Coverage provided under this Policy shall not extend the coverage for terrorism provided under such European/local policy.  Any difference in limit between loss recoverable for terrorism under the European/local policy and this Policy is not recoverable under this Policy.

F.  In respect of any insured property located in **Great Britain**, the definition of **terrorism** is declared null and void and it is agreed that an act of **terrorism** shall mean an event certified by Her Majesty's Treasury to be an act of terrorism or determined to be such by an appropriately designated tribunal.  Coverage provided by the TERRORISM CERTIFICATE under the United Kingdom policy issued by FM Insurance Company Limited is excluded from coverage under this Policy.

G.  In respect of any insured property located in the Netherlands, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism in accordance with Dutch Terrorism Risk Reinsurance Company's terms and conditions shall be considered an act of **terrorism** within the terms of this Policy.  Coverage provided in accordance with the Dutch Terrorism Risk Reinsurance Company's terms and conditions under the European policy issued by FM Insurance Europe S.A. is excluded from coverage under this Policy. Any difference in limit between loss recoverable from Dutch Terrorism Risk Reinsurance Company (NHT) and this Policy is not recoverable under this Policy.



H.    Coverage is provided for physical loss or damage and any resulting TIME ELEMENT loss as provided in the TIME ELEMENT section of this Policy to insured property in Northern Ireland occasioned by or happening through or in consequence directly or indirectly of:

1)    riot, civil commotion and (except in respect of loss or damage and resulting TIME ELEMENT loss by fire or explosion) strikers, locked-out workers or persons taking part in labor disturbances or malicious persons; and

2)    **terrorism,**

subject to liability of the Company only to be for the extent of the loss not recoverable by the Insured under the "Criminal Damage (Compensation) (Northern Ireland) Order 1977" or subsequent legislation; and to all other terms, conditions and limits of this Policy.

I.    For any insured property located in Norway, this Policy insures against loss or damage to insured property resulting from Natural Catastrophe perils as designated in the Act of Natural Perils of June 16th, 1989.

J.    With respect to any insured property in South Africa, the following conditions additionally apply:

Notwithstanding anything contained herein to the contrary:

1)    This Policy does not cover loss of or damage directly or indirectly to property related to or caused by:

a)    civil commotion, labor disturbances, riot, strike, lockout or public disorder or any act or activity which is calculated or directed to bring about any of the above;

b)    war, invasion, act of foreign enemy, hostilities or warlike operations (whether war be declared or not) or civil war;

c)    (i)  mutiny, military rising, military or usurped power, martial law or state of siege, or any other event or cause which determines the proclamation or maintenance of martial law or siege;

(ii) insurrection, rebellion or revolution.

d)    any act (whether on behalf of any organization, body or person, or group of persons) calculated or directed to overthrow or influence any state or government, or any provincial, local or tribal authority with force, or by means of fear, terrorism or violence;

e)    any act which is calculated or directed to bring about loss or damage in order to further any political aim, objective or cause or to bring about any social or economic change, or in protest against any state or government, or any provincial, local or tribal authority, or for the purpose of inspiring fear in the public, or any section thereof;



    f)   any attempt to perform any act referred to in clause d or e above;

    g)   The act of any lawfully established authority in controlling, preventing, suppressing or in any other way dealing with any event referred to in clause a, b, c, d, e or f above.

    If the Insurers allege that by reason of clauses a, b, c, d, e, f, or g of this exclusion, loss or damage is not covered by this Policy, the burden of proving the contrary will rest on the Insured.

   2)   This Policy does not cover loss or damage caused directly or indirectly by or through or in consequence of any event for which a fund has been established in terms of the War Damage Insurance and Compensation Act 1976 (No. 85 of 1976) or any similar Act operative in any of the territories to which this Policy applies.

K.    In respect of any insured property located in Spain and as applies to Physical Damage coverage and any resulting TIME ELEMENT loss as provided by the TIME ELEMENT section of this Policy, this Policy does not insure against physical loss or damage caused by:

   1)   events separately insured by the Consorcio de Compensacion de Seguros, or events classified by the Public Authorities in Spain as an "extraordinary circumstance."

   2)   all losses where, despite being of an extraordinary and catastrophic nature, the Consorcio de Compensacion de Seguros does not acknowledge the rights of the Insured on account of the Insured's failure to comply with any of the conditions and stipulations contained in the Reglamento y Disposiciones Complementarias in force at the time of the loss as well as those occurring within the payment free period specified by the aforementioned authority.  The Consorcio de Compensacion de Seguros will indemnify claims of an extraordinary nature, within the terms of the various laws and/or Royal Decrees and/or Regulations of Spain which govern Consorcio de Seguros.

    In respect of any insured property in Spain, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism by Consorcio de Compensacion de Seguros shall be considered an act of **terrorism** within the terms of this Policy.

L.    As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that an event defined as a Certified Act of Terrorism under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) attached to this Policy shall be considered an act of **terrorism** within the terms of this Policy.  Coverage recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) is excluded from any other coverage under this Policy.  Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) and this Policy is not recoverable under this Policy.



**4.   LIBERALIZATION**

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

**5.   MISREPRESENTATION AND FRAUD**

This entire Policy will be void if, whether before or after a loss, an Insured has:

A.   willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

B.   made any attempt to defraud the Company.

C.   made any false swearing.

**6.   LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS**

A.   The Company will pay for loss to specified property insured under this Policy to each specified Lender Loss Payee (hereinafter referred to as Lender) as its interest may appear, and to each specified Mortgagee as its interest may appear, under all present or future mortgages upon such property, in order of precedence of the mortgages.

B.   The interest of the Lender or Mortgagee (as the case may be) in property insured under this Policy will not be invalidated by:

1)   any act or neglect of the debtor, mortgagor, or owner (as the case may be) of the property.

2)   foreclosure, notice of sale, or similar proceedings with respect to the property.

3)   change in the title or ownership of the property.

4)   change to a more hazardous occupancy.

The Lender or Mortgagee will notify the Company of any known change in ownership, occupancy, or hazard and, within 10 days of written request by the Company, may pay the increased premium associated with such known change.  If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

C.   If this Policy is cancelled at the request of the Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

1)   sooner terminated by authorization, consent, approval, acceptance, or ratification of the Insured's action by the Lender or Mortgagee, or its agent.



2)   this Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

D.   The Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment.  If the debtor, mortgagor, or owner has failed to pay any premium due under this Policy, the Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation.  If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

E.   The Company has the right to invoke this Policy's SUSPENSION clause.  The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel, subject to the suspension.  The Company will provide the Lender or Mortgagee at the last known address a copy of the suspension notice.

F.   If the Company pays the Lender or Mortgagee for any loss, and denies payment to the debtor, mortgagor or owner, the Company will, to the extent of the payment made to the Lender or Mortgagee be subrogated to the rights of the Lender or Mortgagee under all securities held as collateral to the debt or mortgage.  No subrogation will impair the right of the Lender or Mortgagee to sue or recover the full amount of its claim.  At its option, the Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest.  In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to the Company, and the remaining debt or mortgage will be paid to the Company.

G.   If the Insured fails to render proof of loss, the Lender or Mortgagee, upon notice of the Insured's failure to do so, will render proof of loss within 60 days of notice and will be subject to the provisions of this Policy relating to APPRAISAL, SETTLEMENT OF CLAIMS, and SUIT AGAINST THE COMPANY.

H.   Other provisions relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## 7.   OTHER INSURANCE

A.   If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

B.   In no event will this Policy apply as contributing insurance.

C.   The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy.  The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy.  Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

 FM Global

Account No.  1-35582
Policy No.  1065667

D.   The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy.  The existence of such other insurance will not prejudice recovery under this Policy.  If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

E.   If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with the Company.

F.   National Flood Insurance Program: This Policy shall respond as excess over those terms and conditions concurrent with the Standard Flood Insurance Policy issued to the Insured, its renewal or replacement thereof.

The **flood** deductible for location(s) described on the National Flood Insurance Program Locations, Appendix C will be reduced by one dollar for each dollar recovered under the Standard Flood Insurance Policy until no deductible applies.

It is agreed that the Insured will purchase **flood** insurance for location(s) described on the National Flood Insurance Program Locations, Appendix C from the National Flood Insurance Program and will maintain the maximum amount of available flood insurance for building and contents under the National Flood Insurance Program.

If for any reason the National Flood Insurance Program Standard Flood Insurance Policy should not be in force at the time of loss, this Policy will respond as if the terms and conditions of the Standard Flood Insurance policy were in force and the maximum amount of available flood insurance for building and contents coverage had been purchased from the National Flood Insurance Program.

## 8.   POLICY MODIFICATION

This Policy contains all of the agreements between the Insured and the Company concerning this insurance.  The Insured and the Company may request changes to this Policy.  This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

A.   create a waiver, or change any part of this Policy; or

B.   prevent the Company from asserting any rights under the provisions of this Policy.

## 9.   REDUCTION BY LOSS

Claims paid under this Policy will not reduce its limit of liability, except claims paid will reduce any **annual aggregate** limit.

## 10.   SUSPENSION

On discovery of a dangerous condition, the Company may immediately suspend this insurance on any machine, vessel or part thereof by giving written notice to the Insured.  The suspended insurance may be reinstated by the Company.  Any unearned premium resulting from such suspension will be returned by the Company.

## 11.   TITLES

The titles in this Policy are only for reference.  The titles do not in any way affect the provisions of this Policy.

## 12.   ASSIGNMENT

Assignment of this Policy will not be valid except with the written consent of the Company.

## 13.   DEFINITIONS

The following terms when appearing in **boldface** in this Policy mean:

**actual cash value**:
the amount it would cost to repair or replace insured property, on the date of loss, with material of like kind and quality, with proper deduction for obsolescence and physical depreciation.

**annual aggregate**:
the Company's maximum amount payable during any policy year.

**communicable disease**:
disease which is:

A.   transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

B.   Legionellosis.

**contaminant**:
anything that causes **contamination**.

**contamination**:
any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**contingent time element location**:
A.   any **location**:

1)   of a direct customer, supplier, contract manufacturer or contract service provider to the Insured;



    2)   of any company under a royalty, licensing fee or commission agreement with the
         Insured;

B.      any **location** of a company that is a direct or indirect customer, supplier, contract
        manufacturer or contract service provider to a **location** described in A1 above,

not including **locations** of any company directly or indirectly supplying to, or receiving from, the
Insured, electricity, fuel, gas, water, steam, refrigeration, sewage, voice, data or video.

**cyber event**:
any act involving the malicious or unauthorized access to, operation of, or use of electronic data
processing equipment or media, regardless of any other cause or event contributing concurrently or
in any other sequence of loss.  However, physical loss or damage by fire, explosion or sprinkler
leakage resulting from **cyber event** will not be considered to be loss by **cyber event** within the
terms and conditions of this Policy.

**date or time recognition**:
the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or
processing of data involving one or more dates or times, including the Year 2000.

**earth movement**:
any natural or man-made earth movement including, but not limited to earthquake or landslide,
regardless of any other cause or event contributing concurrently or in any other sequence of loss.
However, physical loss or damage by fire, explosion, sprinkler leakage, or **flood** resulting from
**earth movement** will not be considered to be loss by **earth movement** within the terms and
conditions of this Policy.

**electronic data processing equipment or media**:
any computer, computer system or component, hardware, network, microprocessor, microchip,
integrated circuit or similar devices or components in computer or non-computer equipment,
operating systems, data, programs or other software stored on electronic, electro-mechanical,
electro-magnetic data processing or production equipment, whether the property of the Insured or
not.

**fine arts**:
paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary;
sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of
rarity, historical value, or artistic merit excluding automobiles, coins, stamps, furs, jewelry,
precious stones, precious metals, watercraft, aircraft, money, securities.

**flood**:
flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or
tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or
man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer
back-up resulting from any of the foregoing; regardless of any other cause or event, whether
natural or man-made, contributing concurrently or in any other sequence of loss.  Physical loss or
damage from **flood** associated with a storm or weather disturbance whether or not identified by
name by any meteorological authority, is considered to be **flood** within the terms of this Policy.



Account No.   1-35582
Policy No.   1065667

However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.

**Great Britain**:
England and Wales and Scotland but not the territorial seas adjacent thereto as defined by the Territorial Sea Act 1987 nor the Isle of Man nor the Channel Islands.

**high hazard zones for earth movement**:
the provinces of Catamarca, Chaco, Cordoba, Formosa, Jujuy, La Rioja, Mendoza, Neuquen, Salta, San Juan, San Luis, Santiago del Estero and Tucuman in Argentina; Bulgaria; Caribbean Islands of Aruba, Cayman Islands, Dominican Republic, Jamaica, and Trinidad and Tobago; Chile; Colombia; Costa Rica; Croatia; Curacao; Cyprus; Ecuador; El Salvador; Greece; Guam; Iceland; the states of Arunachal Pradesh, Assam, Bihar, Gujarat, Himachal Pradesh, Madhya Pradesh, Manipur, Meghalaya, Tripura, Mizoram, Nagaland, Punjab, West Bengal, Uttar Pradesh and Uttaakhard in India; Indonesia; Italy; Jordan; the states of Baja California, Baja California Sur, Chiapas, Colima, Guerrero, Jalisco, Mexico (including Mexico City), Michoacán, Morelos, Nayarit, Oaxaca, Puebla, Sinaloa, Sonora, Tabasco, Tlaxcala and Veracruz in Mexico; New Zealand; Nicaragua; Northern Pacific Islands of Federated States of Micronesia, Palau, Northern Marianas, Marshall Islands and Kiribati; Panama; People's Republic of China; Peru; Philippines; Romania; the Republic of Dagestan and the oblasts of Kamchatka and Sakhalin in the Russian Federation; Serbia; the provinces of Granada and Murcia in Spain; Southern Pacific Islands of American Samoa, Loyalty Islands, French Polynesia, New Caledonia, Solomon Islands, Samoa, Tonga, Tuvalu and Vanuatu; Turkey

**irreplaceable**:
an item which cannot be replaced with other of like kind and quality.

**location**:
A.    as specified in the Schedule of Locations, or

B.    if not so specified in the Schedule of Locations:

   1)    a building, yard, dock, wharf, pier or bulkhead (or any group of the foregoing),

      a)    bounded on all sides by public streets, clear land space or open waterways, each not less than 50 feet/15 metres wide.  Any bridge or tunnel crossing such street, space or waterway will render such separation inoperative for the purpose of this definition.

**New Madrid Seismic Zone**:
Arkansas, United States of America, counties of:
Arkansas, Clay, Craighead, Crittenden, Cross, Fulton, Greene, Independence, Izard, Jackson, Lawrence, Lee, Lonoke, Mississippi, Monroe, Phillips, Poinsett, Prairie, Randolph, Sharp, St. Francis, White, Woodruff

Illinois, United States of America, counties of:
Alexander, Bond, Clay, Clinton, Crawford, Edwards, Effingham, Fayette, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Madison, Marion, Massac, Monroe, Perry, Pope, Pulaski, Randolph, Richland, Saline, St. Clair, Union, Wabash, Washington, Wayne, White, Williamson



**Account No.  1-35582**
**Policy No.  1065667**

Indiana, United States of America, counties of:
Gibson, Knox, Pike, Posey, Spencer, Vanderburgh, Warrick

Kentucky, United States of America, counties of:
Ballard, Caldwell, Calloway, Carlisle, Christian, Crittenden, Daviess, Fulton, Graves, Henderson, Hickman, Hopkins, Livingston, Lyon, Marshall, McCracken, McLean, Muhlenberg, Todd, Trigg, Union, Webster

Mississippi, United States of America, counties of:
Alcorn, Benton, Coahoma, De Soto, Lafayette, Marshall, Panola, Quitman, Tate, Tippah, Tunica

Missouri, United States of America, counties of:
Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Jefferson, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, St. Francois, St. Louis, City of St. Louis, Ste. Genevieve, Stoddard, Washington, Wayne

Tennessee, United States of America, counties of:
Benton, Carroll, Chester, Crockett, Decatur, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Houston, Humphreys, Lake, Lauderdale, Madison, McNairy, Montgomery, Obion, Perry, Shelby, Stewart, Tipton, Weakley

**normal**:
the condition that would have existed had no physical loss or damage happened.

**normal cost**:
the cost associated with the movement of goods or materials suffering the disruption that the Insured would have incurred had no physical loss or damage causing disruption happened.

**occurrence**:
the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

A.   **terrorism**: **occurrence** shall mean the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

B.   **earth movement**: **occurrence** shall mean the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services**:
the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**Pacific Northwest Seismic Zone**:
Oregon, United States of America, counties of:



Account No.   1-35582
Policy No.   1065667

Benton, Clackamas, Clatsop, Columbia, Coos, Curry, Douglas, Hood River, Jackson, Josephine, Klamath, Lane, Lincoln, Linn, Marion, Multnomah, Polk, Tillamook, Washington, Yamhill

Washington, United States of America, counties of:
Chelan, Clallam, Clark, Cowlitz, Grays Harbor, Island, Jefferson, King, Kitsap, Kittitas, Lewis, Mason, Pacific, Pierce, San Juan, Skagit, Skamania, Snohomish, Thurston, Wahkiakum, Whatcom

British Columbia (includes Vancouver Island), Canada:
South of 50° N latitude and west of 120° W longitude

**period of operational testing**:
the period of time beginning 24 hours prior to the earlier of the following:

A.    introduction, into a system, of feedstock or other materials for processing or handling;

B.    commencement of fuel or energy supply to a system,

and ending with the earlier of the following:

A.    the expiration date or cancellation date of this Policy.

B.    if specified, the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

**physical loss or damage to electronic data, programs or software**:
the destruction, distortion or corruption of electronic data, programs or software.

**representative company(ies)**:
Factory Mutual Insurance Company, FM Insurance Company Limited or FM Insurance Europe S.A.; Affiliated FM Insurance Company; Appalachian Insurance Company or any other company issuing a local policy at the direction of the Company.

**soft costs**:
costs over and above those that are **normal** at an insured **location** undergoing renovation or in the course of construction, limited to the following:

A.    construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including; the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, charges by the lenders for the extension or renewal of loans necessary.

B.    commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of re-leasing and marketing due to loss of tenant(s) or purchaser(s).

C.    additional fees for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.



D.    property taxes, building permits, additional interest on loans, realty taxes and insurance premiums.

**terrorism**:
any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

when the effect or apparent purpose is:

A.    to influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or

B.    to further or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems**:
transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data, and video. Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records**:
written, printed or otherwise inscribed documents and records, including books, maps, films, drawings, abstracts, deeds, mortgages and manuscripts, all of which must be of value to the Insured.

**wind**:
direct action of wind including substance driven by wind.  **Wind** does not mean or include anything defined as **flood** in this Policy.

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AU19 | AU2542.00 | Retail Store | Coach, Inc. | Coach DJ Adelaide | 100 Rundle Mall Concession DJ's Sydney | Adelaide | | South Australia | 5000 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ DJ ADELAIDE | 100 Rundle Mall, David Jones, Adelaide Central Plaza, Lower Ground | Adelaide | | South Australia | 5000 | AUS |
| AU24 | AUL160.00 | Distribution Center | Coach, Inc. | Sydney, Australia | 19 O'Riordan Street | Alexandria | | New South Wales | 2015 | AUS |
| AU02 | AU7948.00 | Outlet Store | Coach, Inc. | Coach Harbour Town | Cnr Gold Coast Highway & Oxley Drive Shop C24A Harbourtown Shopping Centre | Biggera Waters | | Queensland | 4216 | AUS |
| | | Retail Store | Kate Spade | KSN HARBOUR TOWN | 147 BRISBANE RD, SHOP NO. C23, HARBOUR TOWN SHOPPING CENTRE, BIGGERA WATERS | Biggera Waters | | Queensland | 4216 | AUS |
| STAU01 | AU2549.00 | Retail Store | Stuart Weitzman | ANZ DJ OXFORD STREET | 500 Oxford Street, David Jones, Store 2107 | Bondi Junction | | New South Wales | 2022 | AUS |
| STAU17 | AU6072.00 | Retail Store | Coach, Inc. | Coach DJ Brisbane | 210 Queen Street Concession DJ's Sydney | Brisbane City | | Queensland | 4000 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ DJ QUEEN'S PLAZA | 210 Queen Street | Brisbane City | | Queensland | 4000 | AUS |

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AU07 | AU2323.00 | Retail Store | Coach, Inc. | Coach Pacific Fair | Hooker Boulevard, Shop 1509, Pacific Fair Shopping Centre | Broadbeach | | Queensland | 4218 | AUS |
| | | Retail Store | Kate Spade | KSN PACIFIC FAIR | CNR HOOKER AND SUNSHINE BLVD, SHOP 1580, PACIFIC FAIR SHOPPING CENTRE | Broadbeach | | Queensland | 4218 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ DJ PACIFIC FAIR GOLD COAST | 2-3 Hooker Boulevard, David Jones, Pacific Fair | Broadbeach Waters | | Queensland | 4218 | AUS |
| STAU03 | AU2538.00 | Retail Store | Stuart Weitzman | ANZ DJ CANBERRA | 260-262 Alinga Street, David Jones, Civic Centre | Canberra | | Australian Capital Territory | 2600 | AUS |
| AU09 | AU1367.00 | Retail Store | Coach, Inc. | Coach Chadstone Shop Centre | 1341 Dandenong Road Shop G002 Chadstone Shopping Centre | Chadstone | | Victoria | 3148 | AUS |
| | | Retail Store | Kate Spade | KSN CHADSTONE | 1341 DANDENONG RD, SHOP G-030, CHADSTONE SHOPPING CENTRE | Chadstone | | Victoria | 3148 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ CHADSTONE | 1341 Dandenong Road, Chadstone Shopping Centre, Shop G061, | Chadstone | | Victoria | 3148 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ DJ CHADSTONE | 1341 Dandenong Road, Chadstone Shopping Centre, David Jones Melbourne-Lower Ground | Chadstone | | Victoria | 3148 | AUS |

Dated:  04-April-2020

Page 2 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. ID2 | | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AU04 | AU2546.00 | Retail Store | Coach, Inc. | Coach Chatswood | 345 Victoria Avenue | Chatswood | | New South Wales | 2067 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ DJ CHATSWOOD CHASE | 91 Archer Street, David Jones, Chatswood Chase | Chatswood | | New South Wales | 2067 | AUS |
| AU01 | AU8495.00 | Outlet Store | Coach, Inc. | COACH Birkenhead Point | 19 Roseby Street, Birkenhead Point Shopping Centre Shop 55 | Drummoyne | | New South Wales | 2047 | AUS |
| AU08 | AUH013.00 | Outlet Store | Coach, Inc. | Coach DFO Essendon | 100 Bulla Road | Essendon Fields | | Victoria | 3041 | AUS |
| AU10 | AU5438.00 | Outlet Store | Coach, Inc. | Coach DFO Homebush | 3-5 Underwood Road and 10 Homebush Bay Drive Shop 3-028 | Homebush | | New South Wales | 2140 | AUS |
| | | Retail Store | Kate Spade | Homebush Outlet | 3-5 Underwood Road | Homebush | | New South Wales | 2140 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ Homebush Outlet | 3-5 Underwood Road | Homebush | | New South Wales | 2140 | AUS |
| AU22 | AU3492.00 | Retail Store | Coach, Inc. | Travel Sydney Airport | B2-765 Departures Level | Mascot | | New South Wales | 2020 | AUS |
| AU03 | AUP275.00 | Retail Store | Coach, Inc. | Coach Collins Lane | 260 Collins Street Shop FGA & FLA | Melbourne | | Victoria | 3000 | AUS |
| AU06 | AUQ186.00 | Retail Store | Coach, Inc. | Coach Emporium | 269-321 Lonsdale Street | Melbourne | | Victoria | 3000 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ EMPORIUM | 295 Lonsdale Street, Emporium Melbourne Shop G038 | Melbourne | | Victoria | 3000 | AUS |

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AU16 | AU2534.00 | Retail Store | Coach, Inc. | Coach Con. C/O DJ Melbourne | 310 Bourke Street Concession DJ's Melbourne | Melbourne | | Victoria | 3000 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ DJ BOURKE STREET | 310 Bourke Street, David Jones Melbourne, Store 3201 | Melbourne | | Victoria | 3000 | AUS |
| AU18 | AU8508.00 | Retail Store | Coach, Inc. | Coach DJ Perth | 622 Hay Street | Perth | | Western Australia | 6000 | AUS |
| AU21 | AU5521.00 | Outlet Store | Coach, Inc. | Perth DFO | 11 High St, Perth Airport | Perth Airport | | Western Australia | 6105 | AUS |
| AU05 | AUN545.00 | Outlet Store | Coach, Inc. | COACH DFO South Wharf | 20 Convention Place | South Wharf | | Victoria | 3006 | AUS |
| STAU24 | AUU0089.00 | Retail Store | Stuart Weitzman | David Jones Elizabeth Street (Level 7) | 2101 Elizabeth Street | Surry Hills | | New South Wales | 2010 | AUS |
| AU12 | AUD574.00 | Retail Store | Coach, Inc. | Coach Store QVB | 455 George Street Shop 14, Ground Floor and Storage Room,QVB Building | Sydney | | New South Wales | 2000 | AUS |
| | | Retail Store | Kate Spade | AUS - QVB Sydney | Shop 14, Ground Floor, 455 George Street | Sydney | | New South Wales | 2000 | AUS |
| | | Retail Store | Stuart Weitzman | QVB Womens | 455 George Street, Ground Floor | Sydney | | New South Wales | 2000 | AUS |
| AU13 | AU6058.00 | Retail Store | Coach, Inc. | Coach Con DJ Eliz St Store | 86-108 Castlereagh Street Concession DJ's Sydney | Sydney | | New South Wales | 2000 | AUS |
| | | Retail Store | Stuart Weitzman | ANZ DJ CASTEREAGH | 86-108 Castlereagh Street, David Jones, Store 2101 | Sydney | | New South Wales | 2000 | AUS |
| KSAU23 | AU2322.00 | Retail Store | Kate Spade | KSN SYDNEY WESTFIELD | 188 PITT STREET, SHOP 4007, LEVEL 4 | Sydney | | New South Wales | 2000 | AUS |
| | | Retail Store | Coach, Inc. | Sydney Westfield | Westfield Sydney, Pitt St & Market St | Sydney | | New South Wales | 2000 | AUS |

FM Global

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AA01A | AA0965.00 | Outlet Store | Coach, Inc. | Parndorf | 1 Designer-Outlet-Straße | Parndorf | | Burgenland | 7111 | AUT |
| AA02 | AA1185.00 | Outlet Store | Coach, Inc. | DESIGNER OUTLET SALZBURG | KASERNENSTRASSE 1 | WALS-HIMMELRE ICH | | Salzburg | 5073 | AUT |
| BE01 | BE2155.00 | Outlet Store | Coach, Inc. | Maasmechelen | Zetellaan 100 Maasmechelen Village Unit 39 | Eisden | | Limburg | 3630 | BEL |
| 7318 | 003011.48 | Retail Store | Coach, Inc. | Mapleview Shopping Centre | 900 Maple Avenue Space B21 | Burlington | | Ontario | L7S 2J8 | CAN |
| 7309 | 092129.36 | Retail Store | Coach, Inc. | Metropolis at Metrotown | 4700 Kingsway Space 1183 | Burnaby | | British Columbia | V5H 4M1 | CAN |
| | | Retail Store | Kate Spade | Metropolis at Metrotown | 4800 Kingsway | Burnaby | | British Columbia | V5H 4J2 | CAN |
| 7321 | 003971.18 | Retail Store | Coach, Inc. | Chinook Centre | 6455 Macleod Trail South Space 1167 | Calgary | | Alberta | T2H 0K8 | CAN |
| | | Retail Store | Kate Spade | Chinook Centre | 6455 Macleod Trail Southwest | Calgary | | Alberta | T2H 0K9 | CAN |
| | | Retail Store | Stuart Weitzman | Calgary | 6455 MacLeod Trail SW | Calgary | | Alberta | T2H 0K9 | CAN |
| 7363 | 003879.97 | Off Site Storage | Coach, Inc. | Offsite Storage (644 Milway Ave) (Vaughan Mills) | 644 Millway Avenue | Concord | | Ontario | L4K 4H4 | CAN |
| KSCN266 | 000654.69 | Outlet Store | Kate Spade | Vaughan Mills | 1 Bass Pro Mills Drive | Concord | | Ontario | L4K 5W4 | CAN |
| | | Retail Store | Coach, Inc. | Vaughan Mills Shopping Center (permanent) | 1 Bass Pro Mills Drive | Concord | | Ontario | L4K 5W4 | CAN |
| 7354 | 000677.95 | Outlet Store | Coach, Inc. | Cookstown | 3311 Simcoe Road 89 Space C6 | Cookstown | | Ontario | L0L 1L0 | CAN |

Dated: 04-April-2020

Page 5 of 136

FM Global

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 7306 | 061514.00 | Retail Store | Coach, Inc. | West Edmonton Mall | 8882-170 Street Space S-221/223 West Edmonton Mall | Edmonton | | Alberta | T5T 4M2 | CAN |
| | | Retail Store | Stuart Weitzman | Edmonton | | Edmonton | | Alberta | T5T 4J2 | CAN |
| | | Retail Store | Kate Spade | West Edmonton Mall | 8882-170 Street Northwest | Edmonton | | Alberta | T5T 4J2 | CAN |
| 7314 | 061496.48 | Retail Store | Coach, Inc. | Southgate Centre | 5015-111 Street NW | Edmonton | | Alberta | T6H 4M6 | CAN |
| 7368 | 003507.07 | Outlet Store | Kate Spade | Premium Outlet Collection Edmonton International Airport | 1 Outlet Collection Way | Edmonton | | Alberta | T9E 1J5 | CAN |
| | | Retail Store | Coach, Inc. | Edmonton Airport | Premium Outlet Collection Edmonton International Airport, #1 Outlet Collection Way, Edmonton International Airport | Edmonton | | Alberta | T9E 1J5 | CAN |
| 7303 | 002857.28 | Retail Store | Stuart Weitzman | Sherway Gardens | 25 The West Mall Space 1382 | Etobicoke | | Ontario | M9C 1B8 | CAN |
| | | Retail Store | Coach, Inc. | Sherway | 25 The West Mall | Etobicoke | | Ontario | M9C 1B8 | CAN |
| | | Retail Store | Kate Spade | Sherway Gardens | 25 The West Mall | Etobicoke | | Ontario | M9C 1B8 | CAN |
| 7319 | 000163.75 | Retail Store | Coach, Inc. | Halifax Shopping Centre | 7001 Mumford Road Space 160 | Halifax | | Nova Scotia | B3L 4N9 | CAN |

Dated:  04-April-2020

Page 6 of 136

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 7366 | 002584.66 | Outlet Store | Kate Spade | Toronto Premium Outlets | 13850 Steeles Avenue West | Halton Hills | | Ontario | L7G 0J1 | CAN |
| | | Outlet Store | Stuart Weitzman | Toronto Premium Outlets | 13850 Steeles Avenue West | Halton Hills | | Ontario | L7G 0J1 | CAN |
| | | Outlet Store | Coach, Inc. | Toronto (Outlet) | 13850 Steeles Avenue West | Halton Hills | | Ontario | L7G 0J1 | CAN |
| 7359 | 002967.15 | Outlet Store | Coach, Inc. | Ottawa | 8555 Campeau Drive | Kanata | | Ontario | K2T 0K5 | CAN |
| | | Outlet Store | Coach, Inc. | Tanger Outlets Ottawa | 8555 Campeau Drive Suite# 965 | Kanata | | Ontario | K2T 0K5 | CAN |
| 7315 | 003432.03 | Retail Store | Coach, Inc. | Fairview Park | 2960 Kingsway Drive Space C010 | Kitchener | | Ontario | N2C 1X1 | CAN |
| 7351 | 000459.09 | Outlet Store | Coach, Inc. | Windsor Crossing | 1555 Talbot Road Space 506 | LaSalle | | Ontario | N9H 2N2 | CAN |
| 7325 | 001852.23 | Retail Store | Coach, Inc. | Carrefour Laval | 3035 boulevard le Carrefour | Laval | | Quebec | H7T 1C8 | CAN |
| | | Retail Store | Stuart Weitzman | Laval | 3003 boulevard le Carrefour | Laval | | Quebec | H7T 1C7 | CAN |
| 7316 | 003569.27 | Retail Store | Coach, Inc. | White Oaks Mall | 1105 Wellington Road Space 65 | London | | Ontario | N6E 1V4 | CAN |
| 7326 | 002237.12 | Retail Store | Coach, Inc. | Markville Shopping Center | 5000 Highway 7-E Space 425 | Markham | | Ontario | L3R 4M9 | CAN |
| 7360 | 002983.01 | Outlet Store | Coach, Inc. | Montreal Premium Outlets | 19001 chemin Notre-Dame | Mirabel | | Quebec | J7J 0T1 | CAN |
| | | Outlet Store | Kate Spade | Montreal Premium Outlets | 19001 Chemin Notre Dame | Mirabel | | Quebec | J7J 0T1 | CAN |

Dated:  04-April-2020

FM Global

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 7313 | 002871.41 | Retail Store | Stuart Weitzman | Square One | 100 City Centre Drive Space 2-920 & 922 | Mississauga | | Ontario | L5B 2C9 | CAN |
| | | Retail Store | Coach, Inc. | Square One | 100 City Centre Drive | Mississauga | | Ontario | L5B 2C9 | CAN |
| | | Retail Store | Kate Spade | Square One Shopping Center | 100 City Centre Drive | Mississauga | | Ontario | L5B 2C9 | CAN |
| KSCN265 | 002870.28 | Distribution Center | Kate Spade | | 6800 Kitimat Road | Mississauga | | Ontario | L5N 5M1 | CAN |
| STCN12 | 001838.41 | Retail Store | Stuart Weitzman | Rocklands | 2305 chemin Rockland | Mont-Royal | | Quebec | H3P 3E9 | CAN |
| STCN19 | 001838.41 | Office | Stuart Weitzman Office | SW Montreal | 2305 chemin Rockland | Mont-Royal | | Quebec | H3P 3E9 | CAN |
| | | Distribution Center | Stuart Weitzman | SW Montreal Distribution Center | 2305 chemin Rockland | Mont-Royal | | Quebec | H3P 3E9 | CAN |
| 7350 | 000305.00 | Outlet Store | Coach, Inc. | Canada One Factory Outlet | 7500 Lundy's Lane Space B4 | Niagara Falls | | Ontario | L2H 1G8 | CAN |
| | | Outlet Store | Coach, Inc. | Canada One (Men's) | 7500 Lundy's Lane Space A14 | Niagara Falls | | Ontario | L2H 1G8 | CAN |
| 7358 | 002635.16 | Outlet Store | Coach, Inc. | Outlet Collection at Niagara | 300 Taylor Road | Niagara on the Lake | | Ontario | L0S 1J0 | CAN |
| | | Outlet Store | Kate Spade | Outlet Collection at Niagara | 300 Taylor Road | Niagara on the Lake | | Ontario | L0S 1J0 | CAN |
| 7301A | 002855.89 | Retail Store | Coach, Inc. | Yorkdale Shopping Centre | 3401 Dufferin Street, Space 242A & 242B | North York | | Ontario | M6A 3A1 | CAN |
| | | Retail Store | Stuart Weitzman | Yorkdale | 3401 Dufferin Street | North York | | Ontario | M6A 2T9 | CAN |
| | | Retail Store | Kate Spade | Yorkdale Shopping Centre | 3401 Dufferin Street | North York | | Ontario | M6A 2T9 | CAN |

Dated:  04-April-2020

Page 8 of 136

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| STCN06 | 002710.43 | Retail Store | Stuart Weitzman | BayView | 2901 Bayview Avenue Bayview Village Shopping Center | North York | | Ontario | M2K 1E6 | CAN |
| 7311 | 002215.10 | Retail Store | Stuart Weitzman | Rideau Centre | 50 Rideau Street Space 344 | Ottawa | | Ontario | K1N 9J7 | CAN |
| | | Retail Store | Kate Spade | Rideau | 50 Rideau Street | Ottawa | | Ontario | K1N 9J7 | CAN |
| | | Retail Store | Coach, Inc. | Rideau Centre | Cru 333B Rideau Centre, 50 Rideau St | Ottawa | | Ontario | K1N 9J7 | CAN |
| 7327 | 001834.94 | Retail Store | Coach, Inc. | Fairview Pointe-Claire | 6801 Transcanada Highway Space H015 | Pointe-Claire | | Quebec | H9R 5J2 | CAN |
| 7181 | 003006.74 | Outlet Store | Coach, Inc. | Designer Outlet Vancouver | 7899 Templeton Road  Space 344 81 | Richmond | | British Columbia | V7B 1A2 | CAN |
| | | Outlet Store | Kate Spade | McArthur Glen Desigeur Outlets | 999-7899 Templeton Station Road | Richmond | | British Columbia | V7B 0B7 | CAN |
| | | Retail Store | Stuart Weitzman | McArthur Glen | 7899 Templeton Station Road, Suite 126E | Richmond | | British Columbia | V7B 0B7 | CAN |
| 7328 | 092115.41 | Retail Store | Coach, Inc. | Richmond Centre | 6551 No. 3 Road Space 1550B | Richmond | | British Columbia | V6y 2B7 | CAN |
| | | Retail Store | Kate Spade | Richmond Centre | 6551 No. 3 Road | Richmond | | British Columbia | V6Y 2C2 | CAN |
| 7356 | 001198.57 | Outlet Store | Coach, Inc. | CrossIron Mills | 261055 CrossIron Boulevard Space 333 | Rocky View County | | Alberta | T4A 0G3 | CAN |
| | | Outlet Store | Coach, Inc. | CrossIron Mills (Men's) | 261055 CrossIron Boulevard Space 203 | Rocky View County | | Alberta | T4A 0G3 | CAN |
| | | Retail Store | Kate Spade | CrossIron Mills | 261055 CrossIron Blve | Rocky View County | | Alberta | T4A 0G3 | CAN |
| KSCN268 | 003542.58 | Distribution Center | Kate Spade | | 145 Cushman Road | St Catharines | | Ontario | L2M 6T2 | CAN |

Dated:  04-April-2020

Page 9 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 7304 | 002734.02 | Retail Store | Coach, Inc. | Toronto Eaton Centre | 220 Yonge Street Space 1327 | Toronto | | Ontario | M5B 2H1 | CAN |
| | | Retail Store | Stuart Weitzman | Toronto | 220 Yonge Street Eaton Center | Toronto | | Ontario | M5B 2H1 | CAN |
| | | Retail Store | Kate Spade | Toronto Eaton Centre | 220 Yonge Street, Suite C026 | Toronto | | Ontario | M5B 2H1 | CAN |
| 7305 | 002797.22 | Retail Store | Coach, Inc. | The Colonnade | 131 Bloor Street Unit 1-02 | Toronto | | Ontario | M5S 1R1 | CAN |
| 7369 | 000933.46 | Retail Store | Coach, Inc. | 138 Cumberland Street | 115 Yorkville Avenue | Toronto | | Ontario | M5R 1C1 | CAN |
| 7370 | 002733.06 | Outlet Store | Coach, Inc. | Canada Head Quarter Office | 2 Bloor Street West | Toronto | | Ontario | M4W 3R1 | CAN |
| STCN05 | 002818.61 | Retail Store | Stuart Weitzman | Bloor | 151 Bloor Street West, Suite 101 | Toronto | | Ontario | M5S 1S4 | CAN |
| 7362 | 002440.71 | Retail Store | Coach, Inc. | Tsawwassen Mills | 5000 Canoe Pass Way | Tsawwassen | | British Columbia | V4M 0B3 | CAN |
| 7310 | 092138.42 | Retail Store | Coach, Inc. | Pacific Centre | 910-609 Granville Street Space D034 | Vancouver | | British Columbia | V7Y 1G5 | CAN |
| | | Retail Store | Stuart Weitzman | Vancouvr | 701 West Georgia Street Pacific Center Unit G054 | Vancouver | | British Columbia | V7Y 1G5 | CAN |
| | | Retail Store | Kate Spade | | 725 Granville Street | Vancouver | | British Columbia | V6P 4X6 | CAN |
| 7300B | 092140.97 | Retail Store | Coach, Inc. | Vancouver | 755 Burrard Street Suite 105 | Vancouver | | British Columbia | V6Z 1X6 | CAN |
| STCN03 | 003998.48 | Retail Store | Coach, Inc. | Oakridge Center | 650 W. 41st Avenue Space 125 & 129 | Vancouver | | British Columbia | V5Z2M9 | CAN |
| | | Retail Store | Stuart Weitzman | Oakridge | 650 West 41st Avenue Oakridge Center | Vancouver | | British Columbia | V2L 2P3 | CAN |
| 7322 | 092113.20 | Retail Store | Coach, Inc. | Mayfair | 3147 Douglas Street Space 375 | Victoria | | British Columbia | V8Z 6E3 | CAN |

Dated:  04-April-2020

Account No. 1-35582

Policy No. 1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSCN256 | 092103.32 | Retail Store | Stuart Weitzman | Park Royal | 925 Main Street | West Vancouver | | British Columbia | V7T 2Z3 | CAN |
| 7323 | | Retail Store | Kate Spade | Park Royal | 731 Main Street | West Vancouver | | British Columbia | V7T 0A5 | CAN |
| | 003951.05 | Retail Store | Coach, Inc. | Polo Park | 1485 Portage Avenue Space 0271 | Winnipeg | | Manitoba | R3G 0W4 | CAN |
| KSCN274 | 003122.54 | Outlet Store | Kate Spade | Outlet Collection Winnipeg | 555 Sterling Lyon Parkway | Winnipeg | | Manitoba | R3P 2T3 | CAN |
| SZ01 | SZ0934.00 | Outlet Store | Coach, Inc. | Foxtown | Via Angelo Maspoli 18, Unit 201, Mendrisio | Mendrisio | | Ticino | 6850 | CHE |
| STSZ01 | SZ2325.00 | Retail Store | Stuart Weitzman | Zurich | Steinmuehleplatz 1 | Zuerich | | Zurich | 8001 | CHE |
| CC040 | CCA504.00 | Retail Store | Coach, Inc. | Anshan New Mart | Shop A-02 & A-03, F1, No. 42 Shengli Road South, Tiedong District | Anshan | | Liaoning | 114001 | CHN |
| CC66 | CCB966.00 | Retail Store | Coach, Inc. | Baoding Beiguo XTX | Shop G2, 1/F, No. 799 Chaoyang North Road | Baoding | | Hebei | 071051 | CHN |
| CC160 | CCA502.00 | Retail Store | Coach, Inc. | Baotou Wangfujing | Baotou Wangfujing, No.69 Steel Street, Kun Area | Baotou | | Neimenggu | 014000 | CHN |
| CC002 | CC1154.00 | Office | Coach, Inc. | Beijing Office (Oriental Plaza) | Rm 4,15/F, West Tower 2 Oriental Plaza, No. 1 East Chang An Road | Beijing | | Beijing | 100738 | CHN |
| CC018 | CC5678.00 | Retail Store | Coach, Inc. | Hanguang Department Store | 1/F Beijing ZhongYou Department Store,No.176 Xidan North Street, Xicheng District | Beijing | | Beijing | 100032 | CHN |
| CC041 | CC9675.00 | Retail Store | Coach, Inc. | Beijing Cuiwei Department Store | Store C-22, 1F, No. 33 Fuxing Road, Haidian District | Beijing | | Beijing | 100036 | CHN |

Dated: 04-April-2020

Page 11 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC100A | CC8047.00 | Retail Store | Coach, Inc. | Beijing Lafayette Men's | Shop L2-2.52, No.110 North Avenue, Xidan District | Beijing | | Beijing | 100000 | CHN |
| CC190 | CCA486.00 | Retail Store | Coach, Inc. | BJ Shuang An | 1F, NO.38 Beisanhuan Xilu, Haidian District | Beijing | | Beijing | 100000 | CHN |
| CC194 | CCA487.00 | Retail Store | Coach, Inc. | Beijing Surprise Outlet Pop Up | Shop B-80&81, No.1 East, Forrest Park, Jin zhan County, Chaoyang District | Beijing | | Beijing | 100000 | CHN |
| CC197 | CCA488.00 | Retail Store | Coach, Inc. | Beijing Wangfujing | Zone A, Beijing Department Store, No.255 Beijing Wangfujing Street, Dong Cheng District | Beijing | | Beijing | 100000 | CHN |
| CC267 | CC4813.00 | Retail Store | Coach, Inc. | Beijing Taikoo Li Sanlitun | No.19 Sanlitun Road,Chaoyang District,Beijing | Beijing | | | | CHN |
| CC268 | CC9950.00 | Retail Store | Coach, Inc. | Beijing Joy City | Shop 45/46, 1/F, Beijing Joy City, No.101 Chaoyang North Road, Chaoyang District,Beijing | Beijing | | Beijing | | CHN |
| | | Retail Store | Kate Spade | Chaoyang Joy City | No.101 North Chaoyang Rd | Beijing | | Beijing | 100123 | CHN |

Dated: 04-April-2020

**Account No.** 1-35582

**Policy No.** 1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC292 | CC7071.00 | Outlet Store | Coach, Inc. | Beijing Scitech Premium Factory | Beijing Scitech Premium Outlet Mall, Xiangjiangbeilu North No.28 Xiangjiang Road, Store Unit 1-094, Beijing Premium Outlet, Chaoyang District | Beijing | | Beijing | | CHN |
| | | Retail Store | Coach, Inc. | Beijing Premium Outlet Men's | | Beijing | | Beijing | 100102 | CHN |
| | | Retail Store | Stuart Weitzman | Beijing Premium Outlet | No. 28 Xiangjiang North Road, Chaoyang District | Beijing | | Beijing | 215500 | CHN |
| | | Outlet Store | Kate Spade | Beijing Premium Outlet | F11-018, Beijing Premium Outlet | Beijing | | Beijing | 100102 | CHN |
| CC313 | CCB965.00 | Outlet Store | Coach, Inc. | Beijing Lufthansa Factory | Block C, South of East 4th Ring Road | Beijing | | Beijing | 100124 | CHN |
| CC314 | CC9267.00 | Outlet Store | Coach, Inc. | Beijing Shouchuang Outlet | No. 6, Yuesheng Road, Building 3, Liba Village, Changyang Town | Beijing | | Beijing | | CHN |
| | | Outlet Store | Coach, Inc. | Beijing Shouchuang Outlet | No. 6 Yuesheng Road, Changyang Town | Beijing | | Beijing | | CHN |
| CC315 | CCA626.00 | Retail Store | Coach, Inc. | Beijing WF Center | No. 269 Wangfujin Street | Beijing | | Hebei | 100038 | CHN |
| KSCC014 | CC4385.00 | Retail Store | Kate Spade | APM | No.138 Wangfujing Street | Beijing | | Beijing | | CHN |
| KSCC016 | CC4985.00 | Retail Store | Kate Spade | Joy City (Xidan) | Xidan Joy City, No. 131, North Xidan Road | Beijing | | Beijing | 100032 | CHN |
| | | Retail Store | Kate Spade | Han Guang Dept. Store | 1F Hanguang Department Store No. 131 North Xidan Street | Beijing | | Beijing | 100000 | CHN |

Dated: 04-April-2020

Page 13 of 136

FM Global

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location Index No. No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|
| KSCC028 CC1154.00 | Retail Store | Coach, Inc. | Beijing Oriental Plaza | Shop AA16A&AA18, Beijing Oriental Plaza, No. 1 East Chang An Avenue, Dong Cheng District | Beijing | | Beijing | 100000 | CHN |
| | Retail Store | Stuart Weitzman | Beijing Oriental Plaza | Unit AA65, 1st Floor, the Mall at Oriental Plaza, No.1 East Chang'an Avenue, Dongcheng District | Beijing | | Beijing | | CHN |
| | Retail Store | Kate Spade | Oriental Plaza | The Malls At Oriental Plaza, 1 East Chang An Ave. | Beijing | | Beijing | | CHN |
| STCC001 CC8754.00 | Retail Store | Stuart Weitzman | Beijing Badaling Outlet | Chenzhuang, Nankou Town, Changping District | Beijing | | Beijing | | CHN |
| STCC004 CCA489.00 | Retail Store | Stuart Weitzman | Beijing Shuang'an Mall | No.39, West Road of North Third Ring Road, Haidian District | Beijing | | Beijing | | CHN |

Dated:   04-April-2020

Page 14 of 136

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| STCC146 | CC4405.00 | Retail Store | Coach, Inc. | Shanghai IFC | 440,441,442, 1F, Beijing SKP Outlet,Nankou Town, Changping District | Beijing | | Beijing | 102200 | CHN |
| | | Retail Store | Coach, Inc. | BJSKP Men's BJ SKP | D2051, 2/F, Beijing SKP, No.87 Jianguo Road, Chaoyang District, Beijing | Beijing | | Beijing | 100000 | CHN |
| | | Retail Store | Coach, Inc. | Beijing SKP Outlet Men's | Shop U104, Beijing SKP Outlet, Chen Zhuang, Nan Kou Town, Changping District | Beijing | | Beijing | 102200 | CHN |
| | | Retail Store | Coach, Inc. | Beijing SKP | M3024, 3/F, Beijing SKP, No.87 Jianguo Road, Chaoyang District, Beijing | Beijing | | Beijing | | CHN |
| | | Retail Store | Stuart Weitzman | Beijng SKP | D4033 the forth floor, Huamao Mall, 87 Jianguo Road, Chaoyang District | Beijing | | Beijing | | CHN |
| CC075 | CCA508.00 | Retail Store | Coach, Inc. | Changchun Ouya Commercial Capital | No. 1128 Gongnong Road, Chaoyang District | Changchun | | Jilin | 130021 | CHN |
| CC082 | CC6061.00 | Retail Store | Coach, Inc. | Changchun Charter Shopping Center | Shop C-1118, 1F, Charter Shopping Center, No. 1255 Chongqing Road | Changchun | | Jilin | 130061 | CHN |
| | | Retail Store | Stuart Weitzman | Changchun Charter Department Store | No.1255, Chongqing Road, Changchun, Jilin Province | Changchun | | Jilin | | CHN |
| | | Retail Store | Kate Spade | Charter Shopping Center | Changchun Charter, No. 1255 Chongqing Rd. | Changchun | | Jilin | 130061 | CHN |
| CC294 | CCB273.00 | Outlet Store | Coach, Inc. | Changchun Wangfujing Outlet | Shop F1-A-026/027/028/029, NO.388 Yongshun Road, Changchun | Changchun | | | | CHN |

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC301 | CCB458.00 | Retail Store | Coach, Inc. | Changchun Sassour Outlet Pop Up | Jiutai North Street, Sassour Outlet, Kuancheng District | Changchun | | Jilin | | CHN |
| CC058 | CC7077.00 | Retail Store | Coach, Inc. | Changsha Friendship Shop | B1F Friendship Shop, No. 368 Wuyi Road, Furong District | Changsha | | Hunan | 410011 | CHN |
| CC083 | CCA551.00 | Retail Store | Coach, Inc. | Changsha Wangfujing | F1, No. 27 Middle Huanxing Road | Changsha | | Hunan | 410000 | CHN |
| CC198 | CCA553.00 | Retail Store | Coach, Inc. | Changsha Times Outlet | Shop E117-119, North Europe Road 168, Jinzhou Industrial Zone | Changsha | | Hunan | 410000 | CHN |
| | | Outlet Store | Kate Spade | Changsha Times Outlets | No.168 North Ouzhou Road | Changsha | | Hunan | 410005 | CHN |
| CC199 | CCA554.00 | Retail Store | Coach, Inc. | Changsha Hisense | Shpp107, No.36 Middle Xiangjiang, Tianxin District | Changsha | | Hunan | 410000 | CHN |
| | | Retail Store | Kate Spade | Hisense Plaza - 1 | Hisense Plaza, No. 36 Middle Xiangjiang Road | Changsha | | Hunan | | CHN |
| CC287 | CCB288.00 | Retail Store | Coach, Inc. | Changshao IFS | L136B, Changsha IFS, Dongpailou | Changsha | | Hunan | | CHN |
| KSCC029 | CCA607.00 | Retail Store | Kate Spade | IFS | 188 Jiefang West Road | Changsha | | Hunan | 410005 | CHN |
| CC004 | CCA515.00 | Retail Store | Coach, Inc. | Changzhou Time fortune Plaza | F1 A02 Taifu Department Store, No. 95-97 West Yanling Road, Tianning District | Changzhou | | Jiangsu | 213001 | CHN |
| CC247 | CC1513.00 | Retail Store | Coach, Inc. | SN CN Beijing Chinaworld | No. 1, Jian Guo Men Wai Aveune | Chaoyang District | | Beijing | | CHN |
| CC312 | CCB865.00 | Retail Store | Coach, Inc. | Chengdu Chicony | No.8 South Chunxi Road, Chengdu, 1B-12, 1F | Chendu | | Sichuan | 610021 | CHN |

Dated:  04-April-2020

Page 16 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|
| CC013 | CC9684.00 | Retail Store | Coach, Inc. | Chengdu Renhe Chuntian Guanghua Store | Shop A-B2, 1/F, Renhe Spring Department Store, Section 2 West 2nd Ring Road, Qingyang District | Chengdu | | Sichuan | 610041 | CHN |
| CC026 | CCA582.00 | Retail Store | Coach, Inc. | Chengdu Wangfujing Departmenet Store | 1/F, Wangfujing Department, No. 15 Zongfu Road, Jinjiang District | Chengdu | | Sichuan | 610016 | CHN |
| CC045 | CCA558.00 | Retail Store | Coach, Inc. | Chengdu Mixc Mall | Store 178, 1F,No.8, Shuangqing Road | Chengdu | | Sichuan | 610058 | CHN |
| CC079 | CCA543.00 | Retail Store | Coach, Inc. | Chengdu Wangfujing Shopping Mall | Shop L01-001, 1/F, No.2 Middle Kehua Road, Wuhou District | Chengdu | | Sichuan | 610021 | CHN |
| | | Retail Store | Stuart Weitzman | Chengdu Wangfujing department store | 1F, Wangfujing Shopping Mal, ChengDu, Sichuan Province | Chengdu | | Sichuan | | CHN |
| | | Retail Store | Coach, Inc. | Chengdu WFJ NO2 | No. 2 Middle Kehua Road, 1/F | Chengdu | | Sichuan | 610021 | CHN |
| CC091 | CC7548.00 | Retail Store | Coach, Inc. | Chengdu IFS | Shop L122, 1/F, Chengdu IFS, No.1 section 3, Hongxing Road, Jinjiang District | Chengdu | | Sichuan | 610021 | CHN |
| | | Retail Store | Stuart Weitzman | ChengDu IFS | Unit L251, 2nd Floor, Chengdu IFS, No. 1, 3rd Section of Hongxin Road, Jinjiang District, Chengdu | Chengdu | | Sichuan | | CHN |
| CC127 | CC8269.00 | Retail Store | Coach, Inc. | Shanjing Outlets Plaza | 1200-1203, A District, F1 No. 633 Shuangnan Avenue, Shuangliu Town | Chengdu | | Sichuan | 610200 | CHN |
| | | Outlet Store | Kate Spade | Times Outlets | No.633 Shuangnan Avenue | Chengdu | | Sichuan | 610200 | CHN |

Dated:   04-April-2020

Page 17 of 136

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582

Policy No. 1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC200 | CCA119.00 | Retail Store | Coach, Inc. | Chengdu Lotte Popup | Shop 13, Building 1. No. 1700 North Tianfu Avenue, High Tech Zone | Chengdu | | Sichuan | 610000 | CHN |
| CC283 | CCB291.00 | Outlet Store | Coach, Inc. | Chengdu Florentia Village | 3F,Pingan road no.6 | Chengdu | | Sichuan | | CHN |
| CC50 | CCA559.00 | Retail Store | Coach, Inc. | Chengdu Isetan | 1/F, Block B, Lido Plaza, No.8 Da Ke Jia Lane, Jinjiang District | Chengdu | | Sichuan | 610016 | CHN |
| KSCC018 | CC8684.00 | Retail Store | Kate Spade | Sino-Ocean Taikoo Li - 1 | No.8 Zhongshamao Street | Chengdu | | Sichuan | | CHN |
| CC012 | CC6355.00 | Retail Store | Coach, Inc. | Chongqing Starlight 68 Plaza | Shop L113 L1, Starlight 68 Plaza, No. 68 Yanghe One Road, Jiangbei District | Chongqing | | Chongqing | 400000 | CHN |
| | | Retail Store | Kate Spade | Starlight 68 Plaza | No.68 Yanghe 1st Road | Chongqing | | Chongqing | | CHN |
| CC264 | CCA363.00 | Retail Store | Coach, Inc. | Chongqing IFS | L313,the third floor,IFS,NO.38,North street,Jiangbei | Chongqing | | | | CHN |
| CC278 | CCA544.00 | Retail Store | Coach, Inc. | Chongqing SKP | No. 99 Jiazhou Road, Longxi Street, Yubei District, Shop NO.01028-1 | Chongqing | | | | CHN |
| CC295 | CC9432.00 | Retail Store | Coach, Inc. | Chongqing MixC | 1/F, Chongqing MixC | Chongqing | | Chongqing | | CHN |
| CC298 | CC9202.00 | Outlet Store | Coach, Inc. | Chongqing Outlet | No. 1 Outlets Road, North Area of Chongqing New North Zone | Chongqing | | Chongqing | 400000 | CHN |
| | | Outlet Store | Coach, Inc. | Chongqing West Outlet | No. 1, Outlets Road, North District | Chongqing | | Chongqing | 400000 | CHN |
| CC019 | CCA505.00 | Retail Store | Coach, Inc. | Dalian Mykal | No.57 Qingni Street, Zhongshan District | Dalian | | Liaoning | 116101 | CHN |

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC145 | CC6062.00 | Retail Store | Coach, Inc. | Dalian Parkland Mall | G30, Parkland Mall, 19 Jiefang Road, Zhongshan district | Dalian | | Liaoning | 528400 | CHN |
| CC150 | CCB968.00 | Outlet Store | Coach, Inc. | Dalian Parkland Bay Outlet | Parkland outlet-A5.Xiang Lu Jiao logistics park, Xi Gang District, Dalian | Dalian | | Liaoming | 116011 | CHN |
| CC202 | CCA507.00 | Retail Store | Coach, Inc. | Dalian Hang Lung | Shop 158-159, No. 66 Wusi Road, Xigang District | Dalian | | Liaoming | 116000 | CHN |
| STCC012 | CC6063.00 | Retail Store | Stuart Weitzman | DaLian Time Square | Units K203 and L236, Level 2, Dalian Times Square, No 50 Renmin Road, Zhongshan District, Dalian, Liaoning Province | Dalian | | | | CHN |
| CC109 | CCA500.00 | Retail Store | Coach, Inc. | Datong Parkson | F1 Kaideshijia Squrare, West side of South Yongtai Road | Datong | | Shanxi | 037008 | CHN |
| CC203 | CCA535.00 | Retail Store | Coach, Inc. | Dezhou DPS | 1F, No.118, Middle Hubin Avenue | Dezhou | | Shandong | 253000 | CHN |
| CC240 | CCA490.00 | Office | Coach, Inc. | DG | 3/F, Zone D, 3rd Building, Guanghui Industria Area, Dong Cheng Technology Park | DongGuan | | Beijing | 100000 | CHN |
| CC305 | CCB862.00 | Retail Store | Coach, Inc. | Dongguan Haiya DPS | 1S03, Dongguan Haiya Dongcheng DPS, A Area of Shibo Square, Dongcheng District | Dongguan | | Beijing | | CHN |
| CC189 | CCA536.00 | Retail Store | Coach, Inc. | Beijing SKP Outlet Men's | A -19 Store F1 Zhenhua Department Stall No. 36 Jinan Road | Dongying | | Shandong | 257000 | CHN |

Dated:  04-April-2020

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC185 | CC9274.00 | Retail Store | Coach, Inc. | Nanjing Bailian Outlet | G13,G14,G15, No. 28 Shugang Road, Guicheng Street Florentia Village | Foshan | | Guangdong | 528000 | CHN |
| CC060 | CC8614.00 | Retail Store | Coach, Inc. | Fuzhou Grand Ocean Classic | No. 268 North 817 Road, Gulou District Shop 125, L1, Guanya Mall, Grand Classic | Fuzhou | | Fujian | 851001 | CHN |
| CC276 | CCA545.00 | Retail Store | Coach, Inc. | Fuzhou DongBai DPS | 817 North Road, Gulou District, Shop No .A1F-A31, 1F, DongBai DPS, No. 84 | Fuzhou | | Fujian | | CHN |
| CC282 | CCB285.00 | Retail Store | Coach, Inc. | Fuzhou Wangfujing No.1 | F1, No. 128 Wusi Road | Fuzhou | | Fujian | | CHN |
| CC035 | CC6649.00 | Retail Store | Coach, Inc. | Guangzhou Taikoo | Shop L218 & L219, 383 Tianhe Road, Tianhe District | Guangzhou | | Guangdong | 510620 | CHN |
| CC204 | CC9189.00 | Retail Store | Kate Spade | Coach Shanghai Limited | No. 383, North Panyu Avenue, Nancun, Panyu District | Guangzhou | | Guangdong | 511442 | CHN |
| | | Retail Store | Coach, Inc. | Guangzhou Panyu | No.383, North Panyu Avenue, Nancun, Panyu District | Guangzhou | | Guangdong | 510000 | CHN |
| CC261 | CC5686.00 | Retail Store | Coach, Inc. | Guangzhou Friendship Pop Up | 369 Huanshi East Road | Guangzhou | | | | CHN |
| CC306 | CC9291.00 | Retail Store | Coach, Inc. | Guangzhou IGC | No.222 Xingmin Road, L108-109, Guangzhou IGC Mall, Tianhe District | Guangzhou | | Guangdong | 510100 | CHN |
| | | Retail Store | Kate Spade | Guangzhou IGC | 222 Xingmin Road, 1st floor, Building 101 | Guangzhou | | Guangdong | 510100 | CHN |

Dated:  04-April-2020

Page 20 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC071 | CCA560.00 | Retail Store | Coach, Inc. | Guiyang Modern Capital Plaza | No.1 North Zhonghua Road | Gui Yang | | Guizhou | 550001 | CHN |
| CC205 | CCA583.00 | Retail Store | Coach, Inc. | Guiyang Modern Capital Estee | 42 Shi Nan Road, Poly International Plaza | Gui Yang | | Guizhou | 550000 | CHN |
| CC272 | CCA473.00 | Retail Store | Coach, Inc. | Guilin Weixiaotang Mall | the first floor Weixiaotang Mall,  NO.37 Zhongshanzhong Roud | Guilin | | | | CHN |
| CC206 | CCA556.00 | Retail Store | Coach, Inc. | Haikou Seaview | Shop 1-11, 1/F, No.8, East Haixiu Road, Meilan District | Haikou | | Hainan | 570100 | CHN |
| CC180 | CCD004.00 | Retail Store | Coach, Inc. | Handan New Century | 29 Zhonghua Avenue | Handan | | Hubei | 056002 | CHN |
| CC208 | CC3647.00 | Retail Store | Stuart Weitzman | Hangzhou Tower - Mall | Hangzhou Tower, Huan Cheng Bei Lu, Shop A215, L2, Tower A | Hangzhou | | Zhejiang | 310006 | CHN |
| CC067A | CC6366.00 | Retail Store | Coach, Inc. | Coach Shanghai Limited | No. 701 Fuchun Road, Jiangan District Shop 105 | Hangzhou | | Zhejiang | 310006 | CHN |
| | | Retail Store | Coach, Inc. | Hangzhou MixC Mall | 105 Hangzhou Wanxiang City, No. 701 Qianjiang Xincheng Fuchun Road, Jiangan District | Hangzhou | | Zhejiang | 310020 | CHN |
| CC067A | CC6366.00 | Retail Store | Kate Spade | The MixC | No.701 Four Season Grean Street Daofuchun Road | Hangzhou | | Zhejiang | | CHN |
| CC068 | CC9022.00 | Retail Store | Coach, Inc. | Hangzhou Intime | No. 530 Yan'An Road Yintai Wulin's 1A-07,1/F | Hangzhou | | Zhejiang | 31006 | CHN |
| | | Retail Store | Coach, Inc. | Hangzhou Intime Department Store (Wulin) | 1A-07, 1/F, No. 530 Yan'an Road Yintai Wulin Department Store | Hangzhou | | Zhejiang | 310006 | CHN |

Dated:  04-April-2020

Page 21 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC124 | CC6357.00 | Retail Store | Coach, Inc. | Beijing Lufthansa Outlets | Shop A156-167, No. 199 Qichao Road, Xiasha District | Hangzhou | | Zhejiang | 310018 | CHN |
| | | Outlet Store | Kate Spade | Bailian Outlets (Xiasha) | No.199 Qichao Rd. | Hangzhou | | Zhejiang | 314423 | CHN |
| CC208 | CC3647.00 | Retail Store | Coach, Inc. | Hangzhou Tower | L206, 2F, No.1 Hangzhou Tower, Wulin Square | Hangzhou | | Zhejiang | 310000 | CHN |
| CC280 | CCB282.00 | Outlet Store | Coach, Inc. | Hangzhou Shouchuang Outlet Pop Up | Jiangbin East avenue no.889 Shouchuang Outlet | Hangzhou | | Zhejiang | | CHN |
| CC311 | CC9023.00 | Retail Store | Coach, Inc. | Hangzhou ln77 | No.258 Yanan Road, Shangcheng District, Shop A102, 1/F, Hangzhou In77 | Hangzhou | | Zhejiang | 310006 | CHN |
| KSCC034 | CCB976.00 | Retail Store | Kate Spade | Hangzhou ln77 | No.278, Yan'an Road, Shangcheng District | Hangzhou | | Zhejiang | | CHN |
| CC010 | CC7082.00 | Retail Store | Coach, Inc. | Harbin Charter | Shop 1109, 1/F, No. 106 Anlong Street, Daoli District | Harbin | | Heilongjiang | 150018 | CHN |
| | | Retail Store | Stuart Weitzman | Harbin Charter Shopping Centre | No. 1 2nd Section of Renmin South Road No.1 2nd Section of Renmin South Road | Harbin | | Heilongjiang | | CHN |
| | | Retail Store | Stuart Weitzman | Harbin Charter | No.106, Anlong Street | Harbin | | Heilongjiang | 150016 | CHN |
| CC020 | CC6364.00 | Retail Store | Coach, Inc. | Harbin Grand Shopping Center | 1/F, No. 378 Guo Ge Li Avenue, Nan' Gang District | Harbin | | Heilongjiang | 150001 | CHN |
| CC209 | CCA137.00 | Retail Store | Coach, Inc. | Harbin Maple Leaf Outlet Pop Up | Shop A1063, A1064, A1065, A1063, No.16999, Zhongyuan Avenue, Songbei District | Harbin | | Heilongjiang | 150000 | |

Dated:  04-April-2020

Page 22 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC210 | CCA509.00 | Retail Store | Coach, Inc. | Harbin Shanshan Outlet Pop Up | Shop A13500 + B13800, No.555, Limin Avenue, Songbei Limin Development Zone | Harbin | | Heilongjiang | 150000 | CHN |
| CC316 | CC5227.00 | Retail Store | Coach, Inc. | Harbin Mykal | No. 73 Sahngzhi Avenue | Harbin | | Heilongjiang | 150076 | CHN |
| STCC265 | CCB459.00 | Retail Store | Stuart Weitzman | Harbin Songlei | No.329 Dongdazhijie Street, Nangang District | Harbin | | Heilongjiang | | CHN |
| CC062 | CC7632.00 | Retail Store | Coach, Inc. Kate Spade | Hefei Intime Centre Hefei Intime | Shop 112, 1/F, No. 98 Middle Changjiang Road No. 98 Middle Changjiang Road | Hefei | | Anhui | 465555 230001 | CHN CHN |
| CC211 | CCA531.00 | Retail Store | Coach, Inc. | Hefei Sasseur Outlet | B01-03, Changning Avenue, Gaoxin District | Hefei | | Anhui | 230000 | CHN |
| CC063 | CC6362.00 | Retail Store | Coach, Inc. | Zhengzhou Dennis Department Store | Shop 112, 1/F, No. 2 Renmin Road, Zhengzhou | Henan | | Henan | 450000 | CHN |
| CC059 | CCA503.00 | Retail Store | Coach, Inc. | Victory International Plaza | Shop L004, F1, No. 8 Xinhua East Street | Hohhot | | Neimenggu | 010010 | CHN |
| CC089 | CCA526.00 | Retail Store | Coach, Inc. | Huzhou Zhebei Shopping Center | Shop A13, 1st Floor, 659-697 South Street, Zhebei Mansion | Huzhou | | Zhejiang | 313000 | CHN |
| CC107 | CC3067.00 | Retail Store | Coach, Inc. | Nanchang Fortune Shopping Plaza | F1, 1-1A2, No. 357 Bayi Avenue, Nanchang | Jiangxi | | Jiangxi | 330006 | CHN |
| CC114 | CCA516.00 | Retail Store | Coach, Inc. | JiangYin Springland Department Store | No. 18, Middle Renmin Road | Jiangyin | | Jiangsu | 214431 | CHN |
| CC266 | CCA475.00 | Retail Store | Coach, Inc. | Jinlin Ouya | No. 6, East Liberation Road, Changyi District | Jilin | | | | CHN |

Dated:  04-April-2020

Page 23 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC042 | CCA537.00 | Retail Store | Coach, Inc. | Jinan Parc 66 | No. 188 Quancheng Road, lixia District Shop 102, 1F | Jinan | | Shandong | 250012 | CHN |
| | | Retail Store | Coach, Inc. | Jinan Hunglung | Shop 102, 1F, No. 188 Quancheng Road | Jinan | | Shandong | 250011 | CHN |
| CC069 | CC4662.00 | Retail Store | Coach, Inc. | Shandong Inzone | Store 104, 1F, Jinan Inzone, No. 66 Luoyuan Street | Jinan | | Shandong | 250063 | CHN |
| CC290 | CCB233.00 | Outlet Store | Coach, Inc. | Jinan Bailian Outlet | Jinan Bailian Outlet | Jinan | | | | CHN |
| STCC266 | CC8101.00 | Retail Store | Stuart Weitzman | Jinan Guihe Temp | No.1 Tiandian Street, Lixia District | Jinan | | Shandong | | CHN |
| CC062A | CCB274.00 | Retail Store | Coach, Inc. | Shantou Chicony | No. 98 Changping Road | Jinping | | | 515100 | CHN |
| CC064 | CC8615.00 | Retail Store | Coach, Inc. | Kunming Shuncheng Shopping Mall | Shop T-126 & T-127, F/1, No. 11 DongFeng West Road | Kunming | | Yunnan | 650032 | CHN |
| CC155 | CC9276.00 | Retail Store | Coach, Inc. | Beijing SKP Outlet | No.19, West Qianwei Road | Kunming | | Yunnan | 650228 | CHN |
| CC212 | CC5941.00 | Retail Store | Coach, Inc. | Kunming Gingko Shiguang | Shop F1006, F/1, No.985, Beijing Road | Kunming | | Yunnan | 650000 | CHN |
| | | Retail Store | Stuart Weitzman Time | Kunming Ginger | No. 985 Beijing Road, First Floor | Kunming | | Yunnan | 650238 | CHN |
| CC047 | CC7549.00 | Retail Store | Coach, Inc. | Lanzhou Guofang Department Store | Store 111, 1F, Lanzhou Guofang Department Store, No.4-6 Square south Road, Chengguan District | Lanzhou | | Gansu | 730000 | CHN |
| | | Retail Store | Stuart Weitzman | Lanzhou Guofang | No.4-6 Square South Street, Chengguang District | Lanzhou | | Gansu | | CHN |
| CC299 | CCB460.00 | Retail Store | Coach, Inc. | Lanzhou Center | No.16 Xijin West Road, L36,1/F,  Qiihe District | Lanzhou | | Gansu | | CHN |

Dated:  04-April-2020

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC293 | CCB275.00 | Retail Store | Coach, Inc. | Liaocheng Zhenhua | Shop A03, 1F, NO.66 North Liuyuan Road, Liaocheng | Liaocheng | | | | CHN |
| CC213 | CCA581.00 | Retail Store | Coach, Inc. | Luoyang Wangfujing | No. 429, Middle Zhong Zhou Road | Luoyang | | Henan | 471000 | CHN |
| CC096 | CC2041.00 | Retail Store | Coach, Inc. | Jiangxi Parkson Zhong Shan Cheng Department Store | Shop 1F-A31, No. 177 Zhongshan Road | Nanchang | | Jiangxi | 330006 | CHN |
| CC277 | CCA476.00 | Outlet Store | Coach, Inc. | Nanchang Shanshan Outlet Pop Up | Shop NO.1-1015/1-1016/1-1017, 1F,Shanshan Outlet Pop Up. NO.3388,Jiulong Road,Honggu beach New District | Nanchang | | | | CHN |
| CC030 | CC6069.00 | Retail Store | Coach, Inc. | Nanjing Golden Eagle International Shopping Center Xinjiekou Store | 1/F, No. 89 Hanzhong Road, Baixia District | Nanjing | | Jiangsu | 210029 | CHN |
| | | Retail Store | Kate Spade | Golden Eagle | Golden Eagle Plaza, No.89 Hanzhong Rd | Nanjing | | Jiangsu | 210005 | CHN |
| CC087 | CC5233.00 | Retail Store | Coach, Inc. | Deji Plaza | L213, Level 2, No. 18 Zhongshan Road | Nanjing | | Jiangsu | 210000 | CHN |
| | | Retail Store | Stuart Weitzman | Nanjing Deji Plaza | Shop No.F219, 2nd Floor, No.18, Zhongshan Road | Nanjing | | Jiangsu | | CHN |
| CC214 | CC8987.00 | Retail Store | Coach, Inc. | Nanjing East Outlet | 1 Linquan Road, Guozhuang, Jurong, Zhenjiang City | Nanjing | | Jiangsu | 210000 | CHN |

Dated: 04-April-2020

Page 25 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC215 | CC9203.00 | Retail Store | Coach, Inc. | Nanjing Sasseur Outlet Pop Up | Shop 1-C04, No.12, Zhoudong Road, East Mozhou Road, Jiangning District | Nanjing | | Jiangsu | 210000 | CHN |
| CC216 | CCA517.00 | Retail Store | Coach, Inc. | Nanjing Bailian Outlet Pop Up | Shop 3-1-01, No.99, Shengyang Avenue, Jiangning District | Nanjing | | Jiangsu | 210000 | CHN |
| CC072 | CC7436.00 | Retail Store | Coach, Inc. | the Mixc | F1 173, Huarun Wanxiang City No. 136 Minzu Avenue, Qingxiu District | Nanning | | Guangxi | 530022 | CHN |
| CC217 | CCA518.00 | Retail Store | Coach, Inc. | Nantong Yaohan | 1/F, No. 47, Middle Ren Min Road | Nantong | | Jiangsu | 226000 | CHN |
| CC016 | CC7087.00 | Retail Store | Coach, Inc. | Ningbo Heyi Avenue Shopping Center | Shop 1027, Area B, 1/F, No. 66 Heyi Road, Haishu District | Ningbo | | Zhejiang | 315000 | CHN |
| CC128 | CC8247.00 | Retail Store | Coach, Inc. | Bejing China World | Shanjing Outlet Plaza, No. 555 Qiushi Road, Yinzhou district | Ningbo | | Zhejiang | 315100 | CHN |
| | | Outlet Store | Kate Spade | Ningbo Shanjing Outlet Mall | No.555 Qiushi Road | Ningbo | | Zhejiang | 315177 | CHN |
| | | Outlet Store | Coach, Inc. | Ningbo Mitsui Outlet Men's Pop Up | No. 555 Qiushi Road | Ningbo | | Zhejiang | 315100 | CHN |
| STCC014 | CCB283.00 | Retail Store | Stuart Weitzman | Ningbo Heyi | Shop 1033 , one floor, Haishu District, Zhejiang Ningbo, and Yi Lu shopping Center | Ningbo | | Zhejiang | | CHN |
| CC284 | CCB292.00 | Retail Store | Coach, Inc. | Erdos Shopping Center | No. 2 South Dalate Road | Ordos | | Ningxia | | CHN |

Dated:   04-April-2020

Page 26 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC221 | CCA510.00 | Retail Store | Coach, Inc. | Shanghai Yi Ou Lai Village | Unit J3, International Tourist Holiday Zone | Pudong | | Shanghai | 200120 | CHN |
| CC148 | CCA539.00 | Retail Store | Coach, Inc. | QingDao Mixc | G102&L102,QingDao Mixc, Shi Nan Qi | Qingdao | | Shandong | 266000 | CHN |
| CC219 | CC4370.00 | Retail Store | Coach, Inc. | Qingdao Hisense | Shop 2127, 1/F, No. 117 Macao Road, Shinan District | Qingdao | | Shandong | 266000 | CHN |
| | | Retail Store | Stuart Weitzman | Qingdao Hisense Plaza | Shop No. 2205, 2nd Floor, No.117 Ao Men Road, Shi Nan District, Qingdao | Qingdao | | Shandong | | CHN |
| KSCC025 | CCB286.00 | Retail Store | Kate Spade | The Mixc | Mixc, No. 10 Shandong Rd | Qingdao | | Shandong | 266071 | CHN |
| CC001 | CC5202.00 | Office | Coach, Inc. | Shanghai Office | 20/F,1717 Nanjing Road West | Shanghai | | Shanghai | 200040 | CHN |
| CC001B | CC5202.00 | Retail Store | Coach, Inc. | Wheelock | 38F, No.1717, West Nanjing Road | Shanghai | | Shanghai | 200040 | CHN |
| CC022 | CC9269.00 | Retail Store | Coach, Inc. | Shanghai HK Plaza | NL1-13-15, 1/F & NL2-01, 2/F, North HK Plaza, No. 282 Central Huaihai Road, Luwan District | Shanghai | | Shanghai | 200021 | CHN |
| CC027 | CC1959.00 | Retail Store | Coach, Inc. | Shanghai Ongoing Department Store | Shop D153, Shanghai Ongoing Department, No.1618 Nanjing Road West | Shanghai | | Shanghai | 200040 | CHN |
| CC037 | CC5325.00 | Retail Store | Coach, Inc. | Shanghai New World City | 1F, 2-88 Nanjing Road West, Huangpu District | Shanghai | | Shanghai | 200003 | CHN |
| | | Retail Store | Kate Spade | Shanghai New World | No. 2-88 Nanjing Road West | Shanghai | | Shanghai | 200003 | CHN |

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC051 | CC5301.00 | Retail Store | Coach, Inc. | Pudong Yaohan Men's Store | Shop 106, Shanghai No.1 Yao Han, No.501 Zhang Yang Road, Pudong New District | Shanghai | | Shanghai | 200120 | CHN |
| CC317 | CC6844.00 | Retail Store | Coach, Inc. | Shanghai IAPM | 1F, One ICC, 999 Huaihai Middle Road Xuhui Qu | Shanghai | | Shanghai | 200031 | CHN |
| | | Retail Store | Stuart Weitzman | Shanghai IAPM | No. 999 Huaihai Middle Road, Xuhui District | Shanghai | | Shanghai | 200031 | CHN |
| | | Retail Store | Coach, Inc. | Shanghai APM | 999 Middle Huaihai Road, 1F | Shanghai | | Shanghai | 200020 | CHN |
| CC101 | CC9449.00 | Retail Store | Coach, Inc. | Shanghai Global Harbor | F1 L1087-L1089 Universal Port, No. 3300 North Zhongshan Road, Putuo District | Shanghai | | Shanghai | 200063 | CHN |
| CC115 | CC2718.00 | Retail Store | Coach, Inc. | Shanghai Pudong Airport | 29-31A Domestic Department | Shanghai | | Shanghai | 200335 | CHN |
| CC123 | CC5682.00 | Outlet Store | Coach, Inc. | Shanghai Qingpu Bailian | No. 2888 Huqingping Road (No.5555 Middle Jia Song Road) Shop B107/109/111 | Shanghai | | Shanghai | 201704 | CHN |
| | | Retail Store | Coach, Inc. | Hangzhou Outlet | Shop B107/109/111, No. 2888 Huqingping Road No. 5555 Middle Jia Song Road | Shanghai | | Shanghai | 201703 | CHN |
| | | Retail Store | Stuart Weitzman | Shanghai Qingpu | No.5555 Jiasong Middle Road | Shanghai | | Shanghai | | CHN |
| CC137 | CC7467.00 | Distribution Center | Coach, Inc. | Shanghai ICH | No. 3329 Jinqian Rd, (Nanfeng Rd) Fengxian District  Tian Wan Logistic Inc. | Shanghai | | Shanghai | 201400 | CHN |

Dated:  04-April-2020

Page 28 of 136

**FM Global**

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC147 | CC8617.00 | Retail Store | Coach, Inc. | Shanghai Daimaru | No.228, East Nanjing Road, Huangpu District | Shanghai | | Shanghai | 200003 | CHN |
| | | Retail Store | Stuart Weitzman SW | Shanghai Daimaru | 228 Nanjing East Road | Shanghai | | Shanghai | | CHN |
| CC158 | CC5232.00 | Retail Store | Coach, Inc. | Shanghai IFC | LG1-53,55,56&57,negative 1F,Tower D, Shanghai IFC,8 Century Avenue, Lujiazui, Pu Dong, | Shanghai | | Shanghai | 200120 | CHN |
| | | Retail Store | Stuart Weitzman | IFC Shanghai - Mall | 8 Central Avenue, LG1-47, IFC | Shanghai | | Shanghai | | CHN |
| | | Retail Store | Kate Spade | IFC | No.8 D Building Lujiazui Financial And Trade Zone Century Avenue | Shanghai | | Shanghai | | CHN |
| CC263 | CC9730.00 | Retail Store | Coach, Inc. | Shanghai Taikoo Hui | L130,No.288 Shimenyi Road,Jingan District | Shanghai | | | | CHN |
| CC270A | CC9187.00 | Outlet Store | Coach, Inc. | Shanghai Florentia Village Outlet | 1F, Shanghai Florentia Village Outlet, Huazhou Road | Shanghai | | Shanghai | | CHN |
| | | Retail Store | Coach, Inc. | Shanghai Florentia Village Men's Pop Up | Unit D10 Ground Floor, Shanghai Florentia Village Luxury Outlet Center, Huazhou Rd., Pudong District | Shanghai | | Shanghai | | CHN |
| CC29 | CC5507.00 | Distribution Center | Coach, Inc. | Asia Distribution Center | No.199 Shenfei Road Bonded Logistics Park Branch KE2-4B Stockroom | Shanghai | | Shanghai | 200137 | CHN |

Dated:  04-April-2020

Page 29 of 136

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No. 1-35582

Policy No. 1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC318 | CC6425.00 | Retail Store | Coach, Inc. | Shanghai Bailian Youyicheng | No. 8 Songhu Road | Shanghai | | Shanghai | 200441 | CHN |
| | | Retail Store | Kate Spade | Shanghai Bailian Youyicheng | 8 Songhu Road | Shanghai | | Shanghai | 200433 | CHN |
| CC321 | CCB9970.00 | Retail Store | Coach, Inc. | Shanghai Florence Town Temporary | Florence Town Shopping Center, Huazhou Road, 1st Floor | Shanghai | | Shanghai | | CHN |
| CC324 | CCB9971.00 | Retail Store | Coach, Inc. | Shanghai Hongqiao Train Station Pop Up | Shanghai Hongqiao Train Station | Shanghai | | Shanghai | | CHN |
| KSCC024 | CC8986.00 | Retail Store | Kate Spade | Joy City | Shanghai Joy City II, No. 198 North Xizang Road | Shanghai | | Shanghai | 200085 | CHN |
| KSCC027 | CC2511.00 | Retail Store | Kate Spade | Raffles City | No. 268 Middle Xizang Road | Shanghai | | Shanghai | 200040 | CHN |
| | | Retail Store | Coach, Inc. | Shanghai Raffles City | No.268 Xizang Middle Road, 1F-18/19, Shanghai Raffles City | Shanghai | | Shanghai | 200040 | CHN |
| KSCC035 | CCB972.00 | Outlet Store | Kate Spade | Shanghai Florentia Village | 58 Lane, Zhuo Yao Road, Pudong New Area | Shanghai | | Shanghai | | CHN |
| KSCC036 | CCB973.00 | Retail Store | Kate Spade | SHANGHAI ITC | No. 1901 Hua Shan Road | Shanghai | | Shanghai | 200030 | CHN |
| STCC024 | CC1507.00 | Retail Store | Stuart Weitzman | Jing An Kerry Centre | 1515 Nanjing Road West, Unit N1-10A, 2F, Shanghai Kerry Center | Shanghai | | Shanghai | 200040 | CHN |
| STCC026 | CC9190.00 | Outlet Store | Kate Spade | Shanghai Village | No. 88 East Shendi Road | Shanghai | | Shanghai | 200120 | CHN |
| | | Retail Store | Stuart Weitzman | Shanghai Value Retail | No. 88 Shendi East Road | Shanghai | | Shanghai | 201205 | CHN |

Page 30 of 136

Dated: 04-April-2020

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| STCC273 | CC1756.00 | Retail Store | Stuart Weitzman | Shanghai Plaza 66 | No. 1266 Nanjing Road, Jingan District | Shanghai | | Shanghai | 200010 | CHN |
| CC120 | CCA529.00 | Retail Store | Coach, Inc. | Shaoxing Datong Shopping Center | F1 23, No. 689 Shimin Avenue, Baiguan Street, Shangyu District | Shaoxing | | Zhejiang | 312300 | CHN |
| CC048 | CC6071.00 | Retail Store | Coach, Inc. | Shenyang Zhongxing International Famous Brand Plaza | Shop 006, Shenyang Zhongxing, No.86 North Taiyuan Road, Heping district | Shengyang | | Liaoning | 110001 | CHN |
| CC302 | CCB279.00 | Retail Store | Coach, Inc. | Shenyang Xinglong Outlet Pop Up | No.5 Yingpan Street, Building A, Xinglong Outlet, Hunnan New District | Shengyang | | Liaoming | | CHN |
| CC131 | CC7939.00 | Retail Store | Coach, Inc. | West Outlets Shopping Plaza | C2-101,C2-102,C2-103 F1 No. 36 Shuangyuan Road, Dongling District | Shenyang | | Liaoning | 110170 | CHN |
| CC269 | CC7093.00 | Retail Store | Coach, Inc. | Shenyang One Mall | Shop C10, 1F, No. 268, Zhongjie Street, Shenhe District | Shenyang | | Liaoning | | CHN |
| STCC050 | CCB969.00 | Retail Store | Stuart Weitzman | SW CN Shenyang Outlet | Harbin Seteole | Shenyang | | Liaoning | | CHN |
| STCC051 | | Retail Store | Stuart Weitzman | Shenyang Zhongxing | No.268 Middle Street | Shenyang | | Liaoning | 110011 | CHN |
| STCC222 | CC6770.00 | Retail Store | Coach, Inc. | Shenyang MixC | Shop 104, 1F, No.288 Youth Avenue, Heping District | Shenyang | | Liaoning | 110000 | CHN |
| | | Retail Store | Stuart Weitzman | ShenYang MIXC | Unit 230, No.288, Qingnian Avenue, Heping District | Shenyang | | Liaoning | | CHN |
| STCC255 | CC4034.00 | Retail Store | Stuart Weitzman | Shenyang Charter Department Store, | No.7-1, Beijing Street, Shenhe District | Shenyang | | | | CHN |

Dated:   04-April-2020

Page 31 of 136

## SCHEDULE OF LOCATIONS, APPENDIX A

**Account No.   1-35582**

**Policy No.   1065667**

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC009 | CC5140.00 | Retail Store | Kate Spade | Hisense Plaza - 2 | King Glory Plaza, No. 2028 South Remnin Road | Shenzehn | | Guangdong | | CHN |
| | | Retail Store | Coach, Inc. | Shenzhen Kingglory Plaza | Shop. 001, King Glory Plaza, No. 2028 Renmin South Road, Luohu District | Shenzhen | | Guangdong | 518023 | CHN |
| | | Retail Store | Kate Spade | KingGlory Plaza | King Glory Plaza, No. 2028 South Remnin Road | Shenzhen | | Guangdong | 518005 | CHN |
| CC061 | CC6073.00 | Retail Store | Coach, Inc. | Holiday Plaza | Shop LI-55, Holiday Plaza, No. 9028 Sheman Road, Nanshan District | Shenzhen | | Guangdong | 518053 | CHN |
| | | Retail Store | Kate Spade | Shenzhen Yitian Holiday | 9028 Shennan Avenue | Shenzhen | | Guangdong | 518053 | CHN |
| CC223 | CCA555.00 | Retail Store | Coach, Inc. | Shenzhen Maoye | Shop 102, 1F, No. 2009 North Huaqiang Road,Futian District | Shenzhen | | Guangdong | 518000 | CHN |
| CC262 | CCA477.00 | Retail Store | Coach, Inc. | Shenzhen Haiya Mega Mall | L126 the first floor Haiya mega mall,NO.99 Jianan 1 Road,Baoan 5 District | Shenzhen | | Guangdong | 518105 | CHN |
| | | Retail Store | Kate Spade | Shenzhen Haiya | 99 First Jian An Road, No.5 Bao An Area, 1st floor, | Shenzhen | | Guangdong | 518105 | CHN |
| CC273 | CCA579.00 | Retail Store | Coach, Inc. | Liu Zhou Mall | 2 Longcheng Road | Shenzhen | | | | CHN |
| CC57 | CC4981.00 | Retail Store | Coach, Inc. | Shenzhen MixC Mall | Shop 167, Mixc Mall, No.1881 Baoan Nan Road, Luohu District | Shenzhen | | Guangdong | 518001 | CHN |
| | | Retail Store | Coach, Inc. | CQ Mixc Mall | L1 L160, Wanxiang City, No. 1881 South Baoan Road, Luohu District | Shenzhen | | Guangdong | 518001 | CHN |
| KSCC015 | CCB289.00 | Retail Store | Kate Spade | Coastal City | No.33 Wenxinwu Road | Shenzhen | | Guangdong | 518054 | CHN |

Dated:  04-April-2020

Page 32 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSCC042 | CCB978.00 | Retail Store | Kate Spade | Shenzhen Uniwalk | 99 Xinhu Road | Shenzhen | | Guangdong | 518000 | CHN |
| CC014 | CCA497.00 | Retail Store | Coach, Inc. | Shijiazhuang Beiguo Commercial Building | F1 Beiguo Department Store, No. 188 East Zhongshan Road, Qiaodong District | Shijiazhuang | | Hebei | 050011 | CHN |
| CC015 | CC7095.00 | Retail Store | Coach, Inc. | Shijiazhuang Xian Tian Xia | No.326 Zhongshan East Road, Chang An District | Shijiazhuang | | Hebei | 050010 | CHN |
| | | Retail Store | Stuart Weitzman | Shijiazhuang Xiantianxia | No. 326 Zhongshan East Road | Shijiazhuang | | Hebei | | CHN |
| CC224 | CCA580.00 | Retail Store | Coach, Inc. | Shijiazhuang Beiguo Outlet | No. 1 Lvdao Road | Shijiazhuang | | Hebei | 050000 | CHN |
| CC074 | CC7580.00 | Retail Store | Coach, Inc. | Suzhou Matro - New District | Shop 1027, 1/F, No. 211 Changjiang Road, New District | Suzhou | | Jiangsu | 150000 | CHN |
| CC168 | CC9271.00 | Retail Store | Coach, Inc. | Suzhou Village Outlet | A1112, A1113, A1114, A1115 Dalian Outlet Xianglujiao Logistic Park, Xigang District, Tianjin | Suzhou | | Jiangsu | 215000 | CHN |
| CC33 | CC6365.00 | Retail Store | Coach, Inc. | Suzhou Jiu Guang | Shop 1BM15, Suzhou Jiuguang Department Store, No. 268 Wangdun Road, Suzhou Industrial Park | Suzhou | | Jiangsu | 215028 | CHN |
| | | Retail Store | Kate Spade | Jiu Guang | 268 Wang Dun Road | Suzhou | | Jiangsu | | CHN |
| KSCC039 | CCB975.00 | Retail Store | Kate Spade | Suzhou Center | No.5 of Suzhou Center square | Suzhou | | Jiangsu | 215021 | CHN |
| STCCC032 | CC5228.00 | Retail Store | Coach, Inc. | Suzhou Matro | Shop 1024, 1/F, Suzhou Matro Shopping Mall, No. 245 Guanqian Street | Suzhou | | Jiangsu | 215005 | CHN |

Dated:  04-April-2020

Page 33 of 136

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Retail Store | Stuart Weitzman | Suzhou Matro Mall | Shop 1049, 1st Floor, No. 245, Guanqian Street | Suzhou | | Jiangsu | 215005 | CHN |
| | | Retail Store | Coach, Inc. | Suzhou Matro 1941 Pop up | No. 245,Guanqian Street | Suzhou | | Jiangsu | 215005 | CHN |
| STCC271 | CC8618.00 | Outlet Store | Kate Spade | Suzhou Village | No.969 Yangcheng Ring Road, Industrial Park | Suzhou | | Jiangsu | 215121 | CHN |
| | | Retail Store | Stuart Weitzman | Suzhou Value Retail | No.969 Yang Cheng Ring Road, Wei Ting, SIP | Suzhou | | Jiangsu | | CHN |
| CC008 | CCA561.00 | Retail Store | Coach, Inc. | Taiyuan Tianmei | 107 Taiyuan Tianmei Xintiandi No. 113 Changfeng Street, Xiaodian District | Tai Yuan | | Shaanxi | 250011 | CHN |
| | | Retail Store | Stuart Weitzman | Taiyuan Tianmei | 107 Taiyuan Tianmei Xintiandi No. 113 Changfeng Street, Xiaodian District | Tai Yuan | | Shaanxi | | CHN |
| CC102 | CC7581.00 | Retail Store | Coach, Inc. | Taiyuan Wangfujing | 1F, Wangfujing Shopping Mall, No. 99 North Qinxian Avenue | Taiyuan | | Shanxi | 030000 | CHN |
| CC274 | CCA484.00 | Outlet Store | Coach, Inc. | Taiyuan Shanshan Outlet Pop Up | Shop NO.E-122/E-123/E-124, 1F,Shanshan Outlet Pop Up | Taiyuan | | | | CHN |
| CC225 | CCA519.00 | Retail Store | Coach, Inc. | Taizhou Golden Eagle | Shop A21, East 18 Dongjin Road, Hailing District | Taizhou | | Jiangsu | 225300 | CHN |
| CC226 | CCA498.00 | Retail Store | Coach, Inc. | Tang Shan Zhenhua | No.45 West Xinhua Street | Tangshan | | Hebei | 063000 | CHN |
| CC024 | CCA492.00 | Retail Store | Coach, Inc. | Tianjin Isetan | 1/F, Isetan, Block C, Modern City, No. 108 Nanjing Road, Heping District | Tian Jin | | Tianjin | 300050 | CHN |

Dated:  04-April-2020

Page 34 of 136

FM Global

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC078 | CC7550.00 | Retail Store | Coach, Inc. | Tianjin Lotte Dept. Store Culture Center Store | Unit 1-L-014, Culture Center Store, Lotte Department Store, No. 9 Leyuan Road | Tian Jin | | Tianjin | 300000 | CHN |
| CC081 | CCA493.00 | Retail Store | Coach, Inc. | Tianjin G+YuanBao International Shopping Center | Shop 1109, 1F, 19 Huanghai Road, TEDA | Tianjin | | Tianjin | 300456 | CHN |
| CC140 | CCA496.00 | Retail Store | Coach, Inc. | Tianjin Airport T2 | 7#-1,T2, Binhai International Airport, Dongli District | Tianjin | | Tianjin | 300300 | CHN |
| CC229 | CC5153.00 | Retail Store | Coach, Inc. | Tianjin Hisense 2F | Shop 203, 2/F, No.188, Jiefang Road, Heping District | Tianjin | | Tianjin | 300000 | CHN |
| | | Retail Store | Stuart Weitzman | Tianjin Hisense | No. 188, Jiefang North Road, Peace Zone | Tianjin | | Tianjin | | CHN |
| CC325 | CC9268.00 | Outlet Store | Coach, Inc. | Tianjin Lufthansa Outlet | No. 98 North Huanhe Road, Longgang District | Tianjin | | Hubei | 518100 | CHN |

Dated:   04-April-2020

Page 35 of 136

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC271 | CC8053.00 | Outlet Store | Stuart Weitzman | Tianjin Florentia Village | Unit 148 and 148bis, Level 1, Florentia Village, Wuqing District | Tianjin | | Tianjin | 301799 | CHN |
| | | Retail Store | Coach, Inc. | Tianjin Wuqing Outlet Men's | Shop 200 & 201, 1F, Florentia Village, North of Qianjin Road | Tianjin | | Tianjin | 301799 | CHN |
| | | Outlet Store | Coach, Inc. | Tianjin Wuqing Outlet | Unit 148, Florentia Village, North of Qianjin Road, Wuqing District | Tianjin | | Tianjin | 301799 | CHN |
| | | Outlet Store | Kate Spade | The Florentia Village | Qianjin Road | Tianjin | | Tianjin | 301799 | CHN |
| CC181 | CCA567.00 | Retail Store | Coach, Inc. | Urumqi Maison Mode | F1 Middle Square New Century Square, Handan | Urumqi | | Xinjiang | 830000 | CHN |
| CC230 | CC7646.00 | Retail Store | Coach, Inc. | Urumqi Maison Mode | Shop MN-109, North Youhao Road, Shayibake District | Urumqi | | Xinjiang | 830000 | CHN |
| CC207 | CCA557.00 | Retail Store | Coach, Inc. | Haikou Wanning Shouchuang Outlet Pop Up | Shop F1-B01, Capital Outlet, Lianxing Avenue, Liji Town | Wanning | | Hainan | 571500 | CHN |
| CC231 | CCA540.00 | Retail Store | Coach, Inc. | Weifang Zhonghai DPS | 1/F, Weifang DPS, No 233 West Shengli Steet | Weifang | | Shandong | 261000 | CHN |
| CC076 | CCA541.00 | Retail Store | Coach, Inc. | Weihai Zhenhua Department Store | A13, 1/F, No. 89 Xinwei Road, Huancui District | Weihai | | Shandong | 264200 | CHN |
| CC106 | CCA542.00 | Retail Store | Coach, Inc. | Lotte Department Store | Lotte Department Store WeGo Plaza, No.17-4 Xinwei Road, Huancui Zone | Weihai | | Shandong | 264200 | CHN |
| CC108 | CCA530.00 | Retail Store | Coach, Inc. | Time Square Shopping Center | Times Square, No. 288 Chezhan Avenue | Wenzhou | | Zhejiang | 325000 | CHN |

Dated:  04-April-2020

Page 36 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582

Policy No. 1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC130 | CC7941.00 | Retail Store | Coach, Inc. | Shenyang Scitech Premium Outlet Mall | F1 183,184 No. 51 Panlong Avenue , Huangpo District | Wu Han | | Hubei | 430312 | CHN |
| CC039 | CC6075.00 | Retail Store | Coach, Inc. | Wuhan International Plaza Shopping Center | Shop 4, Block C, Wuhan International Plaza Shopping Center, No. 690, Jie Fang Avenue, Jianghan District | Wuhan | | Hubei | 430000 | CHN |
| | | Retail Store | Stuart Weitzman | Wuhan International Plaza | No.690 Jiefang Avenue, Jianghan District | Wuhan | | Hubei | | CHN |
| CC084 | CCA548.00 | Retail Store | Coach, Inc. | Wuhan Chicony Square | Shop 1020, F1, No.6 Luoyu Road, Hongshan District | Wuhan | | Hubei | 430022 | CHN |
| | | Retail Store | Kate Spade | Chicony Square | No. 6 Luoyu Road | Wuhan | | Hubei | | CHN |
| CC105 | CCA549.00 | Retail Store | Coach, Inc. | Wuhan New World | Shop 010260A, 566 Jian She Da Dao | Wuhan | | Hubei | 430015 | CHN |
| CC285 | CCB276.00 | Outlet Store | Coach, Inc. | Wuhan Florentia Village | 1F, Wuhan Florentia Village | Wuhan | | | | CHN |
| CC308 | CCB863.00 | Retail Store | Coach, Inc. | Shiyan Wushang | No.1 North Renmin Road, 1F | Wuhan | | Hubei | | CHN |
| CC021 | CC7649.00 | Retail Store | Coach, Inc. | Wuxi Yaohan | Shop A127, 1st Floor, Block A, No.168, Zhongshan Road, Chong'an District | Wuxi | | Jiangsu | 214001 | CHN |
| CC098 | CCA520.00 | Retail Store | Coach, Inc. | Wuxi Center 66 | Shop 132-1, 1F Hunglung Plaza, No. 139 Middle Renmin Road, Chongan District | Wuxi | | Jiangsu | 214001 | CHN |
| CC135 | CC9272.00 | Retail Store | Coach, Inc. | Beijing Capital Outlets | Shop A3-105, No. 18-28 Xiqin Road | Wuxi | | Jiangsu | 214028 | CHN |

Dated: 04-April-2020

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC232 | CC5612.00 | Retail Store | Coach, Inc. | XiAn Ginwa High-Tech | No.33 Ke Ji Road, Hi-Tech Zone | Xi An | | Shaanxi | 710000 | CHN |
| CC046 | CCA534.00 | Retail Store | Coach, Inc. | Xiamen Zhongshan PCD | 1F, No.76-132 Zhongshan Road, Siming District | Xiamen | | Fujian | 360001 | CHN |
| CC115A | CC7097.00 | Retail Store | Coach, Inc. | Xiamen Mixc Mall | Lianhua Junction, No.197 Jiahe Road, Siming District Shop 111-112A | Xiamen | | Fujian | 361012 | CHN |
| | | Retail Store | Coach, Inc. | Xia Men Paragon | Shop 130-131,Phase 2, Paragon Center Shopping Mall, No.197 Jiahe Road, Siaming District | Xiamen | | Fujian | 361000 | CHN |
| CC326 | CCB977.00 | Outlet Store | Coach, Inc. | Xiamen Park Outlet | Park Outlet, No 1 Huaxia | Xiamen | | Fujian | | CHN |
| | | Outlet Store | Kate Spade | RFCND061 | Park Outlet, No. 1 Huaxia | Xiamen | | Fujian | 361000 | CHN |
| CC234 | CCA562.00 | Retail Store | Coach, Inc. | Xian City On CA | Shop 022-023, Weiyang Economic Technology Development Zone | Xian | | Shaanxi | 710000 | CHN |
| CC235 | CCA563.00 | Retail Store | Coach, Inc. | Xi'an Sean Outlet | Shop 1-112-114, No.11, Zhiyang Square, Phoenix Street, Lin Xuan District | Xian | | Shaanxi | 710000 | CHN |
| CC236 | CC7551.00 | Retail Store | Coach, Inc. | | Shop 1A03,2A03, ChangAn International Wangfujing Department Store, Nanguanzheng Street, Beilin District | Xian | | Shaanxi | 710000 | CHN |

Dated: 04-April-2020

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC281 | CCA631.00 | Retail Store | Coach, Inc. | Xi'an SKP Men's | Changan north road NO. 261 | Xian | | Shanxi | | CHN |
| | | Retail Store | Coach, Inc. | Xi'an SKP Women's | Changan north road NO. 261 | Xian | | Shanxi | | CHN |
| | | Retail Store | Stuart Weitzman | Xi'an SKP | No.261,Chang'an North Road | Xian | | Shanxi | | CHN |
| CC286 | CCB277.00 | Retail Store | Coach, Inc. | Xian Saga | No. 123 Chang'an mid-Road | Xian | | Shanxi | 710000 | CHN |
| | | Retail Store | Kate Spade | Xian Saga | No. 123, Mid Chang'an Road, Yanta District | Xian | | Shanxi | 710000 | CHN |
| CC099 | CCA501.00 | Retail Store | Coach, Inc. | Xian Century Ginwa Times Square Shopping Plaza | No. 336 Huancheng South Road, Beilin District | Xi'an | | Shanxi | 710065 | CHN |
| CC186 | CC6076.00 | Retail Store | Coach, Inc. | Xian Ginwa Zhong Lou | B1 Gulou Center No. 1 West Street, Beilin District | Xi'an | | Shaanxi | 710000 | CHN |
| KSCC041 | CCB967.00 | Retail Store | Kate Spade | Xian Joy City | No. 777 Cien Road, Quijiang New District | Xi'an | | Shanxi | 710000 | CHN |
| STCC013 | CC0981.00 | Retail Store | Stuart Weitzman | Xian Zhongda | Xi'an Zhongda International Mansion, No.30, South Avenue | Xi'an | | Shanxi | | CHN |
| CC118 | CCA499.00 | Retail Store | Coach, Inc. | Xingtai Beiguo Shopping Mall | 1F Shop M-04, No.188 West Zhongxing Street | Xingtai | | Hebei | 054000 | CHN |
| CC093 | CCA564.00 | Retail Store | Coach, Inc. | Xining Wangfujing No. 1 Department Store | Shop J-1, 1F, No. 40 West Street | Xining | | Qinghai | 810000 | CHN |
| CC094 | CCA565.00 | Retail Store | Coach, Inc. | Xining Wangfujing No. 2 Department Store | Shop 1C-04, 1F, No. 1 West Wusi Road | Xining | | Qinghai | 810008 | CHN |

Dated:   04-April-2020

Page 39 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC220 | CC2745.00 | Retail Store | Coach, Inc. | Shanghai Grand Gateway | Shop 119/119A/120/162, 1F, Shanghai Grand Gateway, No.1 Hong Qiao Road | Xujiahui | | Shanghai | 200000 | CHN |
| | | Retail Store | Stuart Weitzman | Grand Gateway 66 | 1 Hong Qiao Lu, Shop 221, Floor 2 | Xujiahui | | Shanghai | 200030 | CHN |
| CC067 | CCA521.00 | Retail Store | Coach, Inc. | Xuzhou Golden Eagle | 1F, No. 2 North Zhongshan Road, Great Eagle International Shopping Centre | Xuzhou | | Jiangsu | 221002 | CHN |
| CC111 | CCA522.00 | Retail Store | Coach, Inc. | Yancheng Golden Eagle | Shop A40, Golden Eagle shopping mall, No.169 Middle Jianjun Road | Yancheng | | Jiangsu | 224001 | CHN |
| CC070 | CCA523.00 | Retail Store | Coach, Inc. | Yangzhou Golden Eagle International Shopping Center | No. 120 South Wenhe Road | Yangzhou | | Jiangsu | 225001 | CHN |
| CC077 | CCA538.00 | Retail Store | Coach, Inc. | Yantai World Square Zhenhua Boutique Mall | 1F-B06, 39th West Main Street, Zhifu District | Yantai | | Shandong | 265500 | CHN |
| STCC019 | CCA485.00 | Retail Store | Stuart Weitzman | Yantai Zhenhua Shopping Mall | 1F, Zhenhua Shopping Mall, No.39 Western Street, Zhifu District, Yantai | Yantai | | | | CHN |
| CC95 | CCA550.00 | Retail Store | Coach, Inc. | Yichang Guomao | No. 106 Dongshan Avenue | Yichang | | Hubei | 443001 | CHN |
| CC103 | CCA566.00 | Retail Store | Coach, Inc. | Yinchuan Xinhua Department Store | Shop X1F-23, 1F, No. 97 East Xinhua Street | Yinchuan | | Ningxia | 750000 | CHN |
| CC307 | CCB864.00 | Retail Store | Coach, Inc. | Yueyang Parkson | Shop 1F-21, 1F, Yueyang Parkson Shopping Center, Yueyang Lou District | Yueyang | | Hunan | | CHN |

Dated:   04-April-2020

Page 40 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CC238 | CCA524.00 | Retail Store | Coach, Inc. | Zhang Jiagang Mambat | Shop1127, 1/F, No 88 Hexi Road | Zhangjiaguang | | Jiangsu | 212000 | CHN |
| CC143 | CC8557.00 | Retail Store | Coach, Inc. | Zhengzhou David City | F1 1021 Dannies David Erqi Road | Zhengzhou | | Henan | 450000 | CHN |
| | | Retail Store | Stuart Weitzman | Zhengzhou David City | F1 1021 Dannies David Erqi Road | Zhengzhou | | Henan | 450000 | CHN |
| CC239 | CCA547.00 | Retail Store | Coach, Inc. | Zhengzhou Shanshan Outlet | No.406 Zhengkai Avenue, Zhongmou County | Zhengzhou | | Henan | 450000 | CHN |
| CC296 | CCB278.00 | Retail Store | Coach, Inc. | Zhengzhou Grand Emporium | Shop L157, NO1 West Huayuan Road, Zhengzhou | Zhengzhou | | | | CHN |
| CC104 | CCA525.00 | Retail Store | Coach, Inc. | Zhenjiang Yaohan | No. 288, Zhongshan Road(East) | Zhenjiang | | Jiangsu | 315040 | CHN |
| CC279 | CCB287.00 | Retail Store | Coach, Inc. | Zibo Inzone | 1F Zibo Inzone zhangdian district no.128 | Zibo | | Shandong | | CHN |
| STGE02 | GE7103.00 | Retail Store | Stuart Weitzman | Galeries Lafayette Berlin | Friedrichstr. 76-78 | Berlin | | Berlin | 10117 | DEU |
| STGE01 | GEH258.00 | Retail Store | Stuart Weitzman | Frankfurt | Große Bockenheimer Str. 43 | Frankfurt | | Hessen | 60313 | DEU |
| GE02 | GE8614.00 | Outlet Store | Coach, Inc. | Ingolstadt | Otto-Hahn-Str. 1 | Ingolstadt | | Bayern | 85055 | DEU |
| GE01 | GEC799.00 | Outlet Store | Coach, Inc. | Coach Stores Ltd. | Reutlinger Str. 63 | Metzingen, Württ | | Baden-Württemberg | 72555 | DEU |
| GE07 | GEJ726.00 | Retail Store | Coach, Inc. | Munich Showroom | Maximilianstrasse 40 | München | | Bayern | 80539 | DEU |
| KSGE01 | GEI654.00 | Retail Store | Kate Spade | Munich | 12 Brienner Strasse | München | | Bayern | 80333 | DEU |
| STGE03 | GEC886.00 | Retail Store | Stuart Weitzman | Oberpollinger Munich | Neuhauser Str. 18 | München | | Bayern | 80331 | DEU |

Dated:  04-April-2020

Page 41 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| GE04 | GEE275.00 | Outlet Store | Coach, Inc. | Neumunster | Oderstrabe 10, Unit 207-208 | Neumunster | | Schleswig-Holstein | 24939 | DEU |
| GE03 | GE6940.00 | Outlet Store | Coach, Inc. | Wertheim | Almosenberg Unit 135 | Wertheim | | Baden-Württemberg | 97877 | DEU |
| | | Retail Store | Kate Spade | Wertheim | Almosenberg Unit 14 | Wertheim | | Baden-Württemberg | 97877 | DEU |
| GE06 | GEB419.00 | Outlet Store | Coach, Inc. | Wolfsburg Factory | Unit 27 Designer Outlet Wolfsburger Str. | Wolfsburg | | Niedersachsen | 38448 | DEU |
| GE05 | GE8117.00 | Outlet Store | Coach, Inc. | Zweibruken Factory | Unit 42 Zweibrücken Fashion Outlet | Zweibrücken | | Rheinland-Pfalz | 66482 | DEU |
| SP11 | SP6056.00 | Retail Store | Coach, Inc. | CE ECI Alicante | Avda. de Maisonnave, 53 | Alicante | | Alicante | 03003 | ESP |
| SP01 | SP6057.00 | Retail Store | Coach, Inc. | ECI Plaza Catalunya | El Corte Ingles Plaza Catalunia, 14 | Barcelona | | Barcelona | 08002 | ESP |
| SP16 | SP3553.00 | Retail Store | Coach, Inc. | ES FP COMMON STORE | Barcelona Airport T1 | Barcelona | | Cataluna | 08820 | ESP |
| STSP01 | SP4742.00 | Retail Store | Stuart Weitzman | Barcelona | C/Paseo de Grazie 81-Bajo | Barcelona | | Barcelona | 08008 | ESP |
| STSP06 | SP4947.00 | Retail Store | Coach, Inc. | ECI Diagonal | El corte ingles Diagonal. Avenida Diagonal | Barcelona | | Barcelona | 08028 | ESP |
| | | Retail Store | Stuart Weitzman | ECI Barcelona | Avinguda Diagonal 617 | Barcelona | | Barcelona | 08028 | ESP |
| SP17 | SP6372.00 | Retail Store | Coach, Inc. | COH CS ECI BILBAO FP STR | Calle Gran Via  7-9 | Bilbao | | Bizkaia | 48001 | ESP |
| SP13 | SP4795.00 | Outlet Store | Coach, Inc. | Sevilla | Unit 58 Sevilla Fashion Outlet | La Rinconada | | Sevilla | 41300 | ESP |

Dated:  04-April-2020

Page 42 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| SP10 | SP2725.00 | Outlet Store | Coach, Inc. | Las Rozas | Las Rozas Village C/ Juan Ramon Jimenez 3 | Las Rozas Madrid | | Madrid | 28232 | ESP |
| | | Outlet Store | Stuart Weitzman | Las Rozas Village | Las Rozas Village, C/ Juan Ramón Jiménez 3 | Las Rozas Madrid | | Madrid | 28232 | ESP |
| SP03 | SP2631.00 | Retail Store | Coach, Inc. | ECI Serrano | El Corte Ingles C/Serrano, 47 | Madrid | | Madrid | 28025 | ESP |
| SP04 | SP4057.00 | Retail Store | Coach, Inc. | ECI Castellana | El Corte Ingles Castellana Raimundo Fdez Villaverde, | Madrid | | Madrid | 28003 | ESP |
| SP05 | SP6048.00 | Retail Store | Coach, Inc. | Serrano 22 | Calle de Serrano 22 | Madrid | | Madrid | 28001 | ESP |
| SP15 | SP6343.00 | Retail Store | Coach, Inc. | CE ECI Preciados | 1 El Corte Inglés, Calle de Preciados, 3 | Madrid | | Madrid | 28013 | ESP |
| STSP05 | SP6049.00 | Retail Store | Stuart Weitzman | Madrid | Calle de Jorge Juan | Madrid | | Madrid | 28001 | ESP |
| SP18 | SP6373.00 | Retail Store | Coach, Inc. | Malaga | Avd Andalucia 4 y 6 | Malaga | | Málaga | 29007 | ESP |
| SP06A | SP6051.00 | Retail Store | Coach, Inc. | ECI Marbella | El Corte Ingles C/Ramon Areces S-N Puerto Banus | Marbella | | Málaga | 29660 | ESP |
| | | Retail Store | Stuart Weitzman | ECI Marbella | El Corte Inglés Puerto Banús, Calle Ramón Areces | Marbella | | Málaga | 29660 | ESP |
| | | Retail Store | Coach, Inc. | ECI Marbella women | Calle Ramón Areces, s/n | Marbella | | Málaga | 29660 | ESP |
| STSP04 | SP5620.00 | Distribution Center | Stuart Weitzman | Euro Cargo | Poligono Industrial El Pastoret. C/ Illes Balears | Monovar | | Alicante | 03640 | ESP |
| SP14 | SP6344.00 | Retail Store | Coach, Inc. | CE ECI Jaime III | El Corte Ingles, Av. de Jaume III, 15 | Palma | | Balears | 07012 | ESP |

Dated:  04-April-2020

Page 43 of 136

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| SP09 | SP6058.00 | Retail Store | Coach, Inc. | ECI Palma De Mallorca | El Corte Ingles, Avenida Alexandre Rosselló, 12-16 | Palma de Mallorca | | Islas Baleares | 07002 | ESP |
| SP08 | SP3591.00 | Outlet Store | Coach, Inc. | La Roca | La Roca Village | Santa Agnes de Malanyanes | | Barcelona | 08430 | ESP |
| SP02 | SP6052.00 | Retail Store | Coach, Inc. | ECI Pintor Sorolla | El Corte Ingles C/Pintor Sorolla 26 | Valencia | | Valencia | 46002 | ESP |
| FR11 | FRG202.00 | Retail Store | Coach, Inc. | Les Terraces du Port | Unit 271, Centre commercial les Terrasses du Port | Marseille | | | 13002 | FRA |
| FR12 | FRJ044.00 | Outlet Store | Coach, Inc. | Provence | Village de la Peronne | Miramas | | | 13140 | FRA |
| FR01B | FR7790.00 | Retail Store | Coach, Inc. | Printemps Mens | 64 boulevard Haussmann | Paris | | Paris | 75009 | FRA |
| | | Retail Store | Coach, Inc. | Printemps LGF | 64 boulevard Haussmann | Paris | | Paris | 75009 | FRA |
| FR03 | FRJ186.00 | Office | Coach, Inc. | Paris Showroom | 3 rue Meyerbeer | Paris | | Paris | 75009 | FRA |
| FR05 | FR8793.00 | Retail Store | Coach, Inc. | GL Womens | 12 rue de Mogador | Paris | | Paris | 75009 | FRA |
| | | Retail Store | Stuart Weitzman | Galeries Lafayette | Reception Mogador 12 rue de Mogador | Paris | | Paris | 75009 | FRA |
| FR06 | FRH664.00 | Retail Store | Coach, Inc. | GL Mens | Rue de la Marne | Paris | | Paris | 75019 | FRA |
| FR07 | FRA905.00 | Retail Store | Coach, Inc. | RSH | 372-374 Rue Saint Honroe | Paris | | Paris | 75001 | FRA |
| FR13 | FR8604.00 | Retail Store | Coach, Inc. | Galeries Lafayette (Women's) | 40 boulevard Haussmann | Paris | | Paris | 75009 | FRA |
| KSFR03 | FRJ188.00 | Retail Store | Kate Spade | | 418 rue Saint Honore | Paris | | Paris | 75008 | FRA |

Dated:  04-April-2020

Page 44 of 136

**FM Global**

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| STFR02 | FRE332.00 | Retail Store | Stuart Weitzman | Paris - St Honore' | 342 Rue Saint Honore | Paris | | Paris | 75001 | FRA |
| STFR10 | FRJ557.00 | Retail Store | Stuart Weitzman | Printemps, France | Rue de Provence, Rayon 112-Paris Code Marque 57 99 | | | Paris | 75009 | FRA |
| FR09 | FRA772.00 | Outlet Store | Coach, Inc. | La Vallee | 3 Cours de la Garrone La Vallee Shopping Centre | Serris | | Seine-et-Marne | 77700 | FRA |
| | | Retail Store | Stuart Weitzman | France - La Valle Outlet | 3 cours de la Garonne, La Vallée Outlet, Unit 60 La Vallée Village | Serris | | Seine-et-Marne | 77700 | FRA |
| UK22 | UK8457.00 | Outlet Store | Coach, Inc. | Ashford Designer Outlet | Kimberley Way | Ashford | | Kent | TN24 0SD | GBR |
| UK03 | UK4714.00 | Outlet Store | Coach, Inc. | Bicester | 50 Pingle Drive | Bicester | | Oxfordshire | OX26 6WD | GBR |
| | | Outlet Store | Kate Spade | Bicester Village | Unit 84 Pingle Drive, Bicester | Bicester | | Oxfordshire | OX26 6WD | GBR |
| | | Outlet Store | Stuart Weitzman | Bicester | 50 Pingle Drive | Bicester | | Oxfordshire | OX26 6WD | GBR |
| UK13 | UKC655.00 | Retail Store | Coach, Inc. | Birmingham | Unit 719, Bullring | Birmingham | | West Midlands | B5 4BA | GBR |
| UK05 | UK3064.00 | Outlet Store | Coach, Inc. | Cheshire Oaks | Cheshire Oaks Designer Outlet, Ellesmere Port | Cheshire | | Cheshire | CH65 9JJ | GBR |
| | | Outlet Store | Coach, Inc. | Cheshire Oaks Mens | Unit 163, Ellesmere Port | Cheshire | | Cheshire | CH65 9JJ | GBR |
| | | Outlet Store | Kate Spade | Cheshire Oaks Designer Outlet | Kinsey Road | Cheshire | | Cheshire | CH65 9JJ | GBR |
| UK11 | UKL078.00 | Retail Store | Coach, Inc. | Edinburgh | Unit 4, Multree Walk | Edinburgh | | Midlothian | EH1 3DQ | GBR |
| KSUK93 | UKJ288.00 | Off Site Storage | Kate Spade | Panalpina House | Great South West Road | Feltham | | Middlesex | TW14 8NU | GBR |

Dated:  04-April-2020

Page 45 of 136

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSUK177 | UKB405.00 | Retail Store | Kate Spade | Glasgow | Unit 22-23, Princes Square, 48 Buchanan Street | Glasgow | | Lanarkshire | G1 3JN | GBR |
| UK16 | UKA201.00 | Retail Store | Coach, Inc. | UK Bluewater | Unit 1098 Lower Level Guild Hall | Greenhithe | | Kent | DA9 9SN | GBR |
| | | Retail Store | Kate Spade | Bluewater Mall | Lower Guild Hall, Bluewater | Greenhithe | | Kent | DA9 9SN | GBR |
| STUK03 | UKP402.00 | Retail Store | Stuart Weitzman | Harvey Nichols Leeds | 107-111 Briggate | Leeds | | West Yorkshire | LS1 6AS | GBR |
| UK12 | UKM008.0 0 | Retail Store | Coach, Inc. | Victoria Quarter Leeds | Victoria Quarter Leeds Unit 38, 10 Queen Victoria Street | Leeds -- | | Leeds | LS1 6AZ | GBR |
| KSUK162 | UKN928.00 | Retail Store | Kate Spade | Covent Garden | 1-3 Langley Court, Covent Garden | London | | London, City of | WC2E 9JY | GBR |
| KSUK163 | UKN926.00 | Retail Store | Kate Spade | Sloane Square | 2 Symons Street, Sloane Square | London | | London, City of | SW3 2TJ | GBR |
| KSUK171 | UKM542.0 0 | Retail Store | Kate Spade | Regent Street | 182 Regent Street | London | | London, City of | W1B 5TH | GBR |
| KSUK175 | UKM622.0 0 | Retail Store | Kate Spade | St Pancras International station | Ground Floor, Euston Road | London | | London, City of | N1C 4QP | GBR |
| STUK01 | UKK485.00 | Retail Store | Stuart Weitzman | London | 200 Regent Street | London | | London, City of | W1B 5TP | GBR |
| | | Retail Store | Coach, Inc. | Regent Street | 200-206 REGENT STREET | London | | London, City of | W1B 5BN | GBR |
| | | Retail Store | Coach, Inc. | Westfield London Unit 1052 | 200-206 Regent Street | London | | London, City of | W1B 5RL | GBR |
| KSUK168 | UKF175.00 | Retail Store | Kate Spade | Westfield London | Ariel Way | London | | London, City of | W12 7DS | GBR |
| | | Retail Store | Stuart Weitzman | London Westfield | Ariel Way, White City | London | | London, City of | W12 7GF | GBR |

Dated:   04-April-2020

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|
| UK14 | UK1826.00 | Retail Store | Coach, Inc. | Canary Wharf | 230 Cabot Square | London | | London, City of | E14 4QT | GBR |
| UK21 | UKH384.00 | Retail Store | Coach, Inc. | CE Westfield Stratford | Montficher Road, Olympic Park East London | London | | London, City of | E20 1EJ | GBR |
| KSUK172 | UK0268.00 | Retail Store | Kate Spade | Heathrow | Heathrow Airport Terminal 5 Airside | Longford | | London, City of | TW6 2GA | GBR |
| UK23 | UKA208.00 | Retail Store | Coach, Inc. | Trafford Centre | The Trafford Centre | Manchester | | Manchester | M17 8DF | GBR |
| UK07 | UKD690.00 | Outlet Store | Coach, Inc. | Gunwharf Quays | Unit 41, Philip Avenue, Gunwharf Quays | Portsmouth | | Portsmouth | PO1 3TZ | GBR |
| | | Outlet Store | Kate Spade | Gunwharf Quays | 48 Gunwharf Quays | Portsmouth | | Portsmouth | PO1 3TZ | GBR |
| KSUK176 | UKB960.00 | Outlet Store | Kate Spade | York Designer Outlet | St. Nicholas Avenue | York | | Yorkshire | YO19 4TA | GBR |
| | | Outlet Store | Coach, Inc. | York Designer Outlet | MCARTHURGLEN OUTLET YORK, St Nicolas Avenue, Fulford | York | | Yorkshire | YO19 4TA | GBR |
| HK05 | HK0737.00 | Retail Store | Coach, Inc. | Sogo CWB Men's | Shop 5-20B, 5/F, Shop G-35A, Gound Floor, Sogo Department Store. 555 Hennessy Road | Causeway Bay | | Hong Kong Island | | HKG |
| | | Retail Store | Coach, Inc. | Sogo Causeway Bay | Shop G-35A, Ground Floor, Sogo Causeway Bay | Causeway Bay | | Hong Kong Island | | HKG |
| | | Retail Store | Kate Spade | Sogo@CWB | 555 Hennessy Road | Causeway Bay | | Hong Kong Island | | HKG |
| HK30 | HK0257.00 | Retail Store | Coach, Inc. | Hong Kong Times Square | Shop 302-304, 3/F, Times Square, 1 Matheson Street | Causeway Bay | | Hong Kong Island | | HKG |

Dated:  04-April-2020

Page 47 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| HK14 | HK0743.00 | Retail Store | Coach, Inc. | IFC | Shop No.1038, Level One, IFC Mall, 8 Finance Street | Central | | Hong Kong Island | | HKG |
| | | Retail Store | Kate Spade | Ifc Mall | 8 Finance Street | Central | | Hong Kong Island | | HKG |
| KSHK03 | HK0473.00 | Office | Kate Spade | Kate Spade International Limited | 5F Trade Square 681 Cheung Sha Wan Road | Cheung Sha Wan | | Kowloon | | HKG |
| HK08 | HK0365.00 | Retail Store | Coach, Inc. | New Town Plaza | Shop 398, Level 3. New Town Plaza Phase 1. 18 Shatin Centre Street | Hong Kong | | New Territories | | HKG |
| | | Retail Store | Kate Spade | New Town Plaza | 18 Sha Tin Centre St | Hong Kong | | New Territories | | HKG |
| HK09 | HK0884.00 | Retail Store | Coach, Inc. | Nathan Road | Shop G63 & 163, GF, 1F, Mira Place Two. 118-130 Nathan Road | Hong Kong | | Kowloon | | HKG |
| KSHK12 | HK0898.00 | Retail Store | Kate Spade | Festival Walk | 80 Tat Chee Ave | Hong Kong | | Kowloon | | HKG |
| KSHK17 | HK0405.00 | Outlet Store | Kate Spade | Horizon Plaza | 2 Lee Wing Street | Hong Kong | | | | HKG |
| HK13 | HK1415.00 | Retail Store | Coach, Inc. | City Plaza | Shop 278A, 2/F Cityplaza, 18 Taikoo Shing Road, Taikoo Shing | Island East | | Hong Kong Island | | HKG |
| HK15 | HK1420.00 | Retail Store | Coach, Inc. | Langham Place | Shop 07 & 08, Level 1, Langham Place, 8 Argyle Street | Mong Kok | | Kowloon | | HKG |
| HK19 | HK0425.00 | Retail Store | Coach, Inc. | Moko | Shop M23, Moko, 193 Prince Edward Road West | Mongkok | | Kowloon | | HKG |
| HK32 | HK1715.00 | Distribution Center | Coach, Inc. | KS HK DC | DD124 Tin Ha Road | Ping Shan | | Yuen Long | | HKG |

Dated:  04-April-2020

Page 48 of 136

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| HK28A | HK1114.00 | Retail Store | Coach, Inc. | Landmark North Men's | No.39 Lung Sum Avenue, Shop Nos.217 on Level 2, Landmark North | Sheung Shui | | New Territories | | HKG |
| HK29 | HK0261.00 | Retail Store | Coach, Inc. | Canton Road | Shop G109 & G110, G17, Harbour City. 17-19 Canton Road. | Tsim Sha Tsui | | Kowloon | | HKG |
| | | Retail Store | Kate Spade | Gateway Arcade (Relocation- New Shop) | Gateway Arcade, Harbour City | Tsim Sha Tsui | | Kowloon | | HKG |
| KSHK20 | HK1791.00 | Retail Store | Coach, Inc. | Sogo TST (Sheraton) | Shop G-15 & G-16, Sogo TST, 20 Nathan Road | Tsim Sha Tsui | | Kowloon | | HKG |
| | | Retail Store | Kate Spade | Sogo@TST | 20 Nathan Road | Tsim Sha Tsui | | Kowloon | | HKG |
| HK02 | HK1743.00 | Distribution Center | Coach, Inc. | Hong Kong ICH | 10/F, Tai Hing Cotton Mill Building, 3 Tsing Yeung Circuit | Tuen Mun | | New Territories | | HKG |
| HK16 | HK1474.00 | Outlet Store | Coach, Inc. | Citygate Women's | Unit 244-247, Citygate, 20 Tat Tung Road | Tung Chung | | Hong Kong Island | | HKG |
| | | Outlet Store | Coach, Inc. | Citygate Men's | Unit 237-238, Citygate, 20 Tat Tung Road | Tung Chung | | Hong Kong Island | | HKG |
| | | Outlet Store | Kate Spade | Citygate Outlet | 20 Tat Tung Road | Tung Chung | | Hong Kong Island | | HKG |
| | | Retail Store | Coach, Inc. | HK Citygate 10F | 20 Tat Tung Road, Shop 1007, 10th Avenue, Citygate Outlets | Tung Chung | | Hong Kong Island | | HKG |
| STHK01 | HK1820.00 | Office | Stuart Weitzman | Hong Kong office | One Island South, 2 Heung Yip Road, 6/F, 8F | Wong Chuk Hang | | Hong Kong Island | | HKG |

Dated:  04-April-2020

Page 49 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| EI02 | EI1254.00 | Retail Store | Kate Spade | Kildare | Kildare Village, Nurney Road | Kildare | | Kildare | | IRL |
| | | Outlet Store | Coach, Inc. | Kildare | Kildare Shopping Village Nurney Road | Kildare Town | | Kildare | | IRL |
| EI01 | EI1218.00 | Retail Store | Coach, Inc. | Arnotts | 12 Henry Street | Dublin | | Dublin | | IRL |
| IT13 | IT5917.00 | Outlet Store | Coach, Inc. | Sicilia Outlet Village | Contrada Mandre Bianche SNC Autostrada CT-PA Uscita Ditt | Agira | | Enna | 94011 | ITA |
| IT01 | IT4291.00 | Outlet Store | Coach, Inc. | Castel Romano | Via Ponte di Piscina Cupa, U.166-167 | Castel Romano | | Roma | 00128 | ITA |
| IT02 | IT3812.00 | Outlet Store | Coach, Inc. | Fidenza | Via San Michele Campagna Snc Fidenza Village Outlet Shopping Center | Fidenza | | Parma | 43036 | ITA |
| IT03 | IT6057.00 | Outlet Store | Coach, Inc. | Leccio | Via Europa 8, 13/A Leccio Reggello | Florence | | Firenze | 50066 | ITA |
| IT04 | IT3890.00 | Retail Store | Coach, Inc. | Florence | Piazza della Repubblica 46/R/Via degli | Florence | | Firenze | 50123 | ITA |
| IT12 | IT5606.00 | Outlet Store | Coach, Inc. | La Reggia Outlet | Unit 154-155, 336 Sannitica | Marcianise | | Caserta | 81025 | ITA |
| IT06 | IT7647.00 | Retail Store | Coach, Inc. | | Via Monte Napoleone, 19 | Milan | | Milano | 20121 | ITA |
| STIT04 | IT6744.00 | Retail Store | Stuart Weitzman | Via Saint Andrea | Via St Andrea, 10 | Milan | | Milano | 20121 | ITA |
| IT10 | IT5607.00 | Outlet Store | Coach, Inc. | MG Venice | Unit 170 McArthur Glen Designer Centre | Noventa | | Venezia | 30020 | ITA |
| STIT01 | IT5824.00 | Retail Store | Stuart Weitzman | Rome | Via Condotti No. 27 | Rome | | Roma | 00187 | ITA |
| IT09 | IT4684.00 | Outlet Store | Coach, Inc. | Serravalle | Unit L3-L4 Serravalle Scrivia | Serravalle | | Alessandria | 15069 | ITA |

Page 50 of 136

Dated:  04-April-2020

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| IT11 | IT7635.00 | Outlet Store | Coach, Inc. | Torino | Unit 4 Torino Outlet Village | Settimo Torinese | | Torino | 10036 | ITA |
| STIT05 | IT7897.00 | Distribution Center | Stuart Weitzman | Alen Group | Terza Strada 8 | Torino | | Torino | 10040 | ITA |
| JP152 | JP1886.00 | Retail Store | Coach, Inc. | Abeno Kintetsu | Kintetsu Department store Honten 2F, 1-1-43 Abenosuji | Abeno-ku | | Osaka | 545-8545 | JPN |
| | | | Coach, Inc. | Abeno Kintetsu Mens | Kintetsu Department store Shinkan 1-1-43 Abenosuji | Abeno-ku | | Osaka | 545-8545 | JPN |
| | | Retail Store | Kate Spade | K.AbenoKT | 3F Abeno Harukasu Tower 1-1-43 Abenosuji | Abeno-ku | | Osaka | 545-8545 | JPN |
| JP248 | JP5694.00 | Retail Store | Coach, Inc. | Marui Kitasenjyu | Kitasenju Marui 2F, 3-92 Senju, | Adachi-ku | | Tokyo | 120-8501 | JPN |
| KSJP21 | JP6222.00 | Retail Store | Kate Spade | K.KitasenLumine | 3F, 42-2, Senjyu-asahi-cho | Adachi-ku | | Tokyo | 120-0026 | JPN |
| JP12 | JP5628.00 | Retail Store | Coach, Inc. | Akita Seibu | Seibu Department Akita Store 1F, 2-6-1 Nakadori | Akita-shi | | Akita | 010-8505 | JPN |
| JP13 | JP7865.00 | Retail Store | Coach, Inc. | Hakata Hankyu Accessories | Sakurano Aomori Store 1F, 1-13-2 Shinmachi | Aomori-shi | | Aomori | 030-8574 | JPN |
| JP77A | JP8452.00 | Outlet Store | Coach, Inc. | Makuhari Mens Pop-up | 2-5 Hibino Mihama | Chiba | | Chiba | 261-0021 | JPN |
| KSJP77 | JP2161.00 | Outlet Store | Kate Spade | O.K.Makuhari | 2-6-1, Hibino, Mihama-ku | Chiba | | Chiba | 261-0021 | JPN |
| JP61 | JP2153.00 | Retail Store | Coach, Inc. | Chiba Sogo | Sogo Department Chiba store 1F, 1000 Shin-machi, Chuo-ku, Chiba-shi, Chiba | Chiba-shi | | Chiba | 260-8557 | JPN |
| | | Retail Store | Kate Spade | K.ChibaSogo | 2F,1000, Shinmachi, Chuo-ku | Chiba-shi | | Chiba | 260-8557 | JPN |

Dated: 04-April-2020

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582

Policy No. 1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP05 | JP3638.00 | Outlet Store | Coach, Inc. | Chitose | 1-2-1 Kashiwadaiminami | Chitose | | Hokkaido | 066-8765 | JPN |
| | | Outlet Store | Coach, Inc. | Chitose Mens | 1-2-1 Kashiwadai-minami | Chitose | | Hokkaido | 066-8765 | JPN |
| JP262 | JP8653.00 | Retail Store | Coach, Inc. | Ashibinaa | 2-18-2, Iidabashi | Chiyoda | | Tokyo | | JPN |
| JP107 | JP3671.00 | Retail Store | Coach, Inc. | Tokyo Daimaru Mens | 1-9-1 Marunouchi | Chiyoda-ku | | Tokyo | 100-6701 | JPN |
| | | Retail Store | Kate Spade | K.TokyoDMSMG | 1-9-1, Marunouchi | Chiyoda-ku | | Tokyo | 100-6701 | JPN |
| | | Retail Store | Coach, Inc. | Tokyo Daimaru | 100-6701 1-9-1, Marunouchi | Chiyoda-ku | | Tokyo | 100-6701 | JPN |
| JP89 | JP7093.00 | Retail Store | Coach, Inc. | Yurakucho Hankyu Mens | Hankyu Men's Tokyo1F 2-5-1 Yurakucho | Chiyoda-ku | | Tokyo | 2406494 | JPN |
| KSJP44 | JP8151.00 | Retail Store | Kate Spade | K.Marunouchi | 1F, Marunouchi-2-chome Building, 2-5-1, Marunouchi | Chiyoda-ku | | Tokyo | 100-0005 | JPN |
| KSJP78 | JP7485.00 | Retail Store | Kate Spade | K.Ginza | 1F,2F,3F, 5-5-19, Ginza | Chuo | | Tokyo | 104-0061 | JPN |
| KSJP78A | JP7485.00 | Office | Kate Spade | Ginza | 5-5-19, Ginza, Chuo-ku | Chuo | | Tokyo | 104-0061 | JPN |
| JP217 | JP7885.00 | Retail Store | Coach, Inc. | Coach Ginza (3F stock) | Fujikonishi Building 3F, 5-5-18 Ginza, | Chuo-ku | | Tokyo | 104-0061 | JPN |
| JP254 | JP4208.00 | Retail Store | Coach, Inc. | Nihombashi Takashimaya | 2-4-1 Nihombashi | Chuo-ku | | Tokyo | | JPN |

Dated: 04-April-2020

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP84 | JP6243.00 | Retail Store | Coach, Inc. | Ginza Matsuya Mens | Matsuya Ginza Department Store 3-6-1 Ginza | Chuo-ku | | Tokyo | 104-8130 | JPN |
| | | Retail Store | Coach, Inc. | Ginza Matsuya | Matsuya Ginza Department Store 2F 3-6-1 Ginza, | Chuo-ku | | Tokyo | 104-8130 | JPN |
| | | Retail Store | Kate Spade | Ginza Matsuya | 3-6-1 Ginza Matsuya Ginza | Chuo-Ku | | Tokyo | | JPN |
| KSJP104 | JP2258.00 | Retail Store | Kate Spade | Nihonbashi Mitsukoshi Pop-up | 2F, 1-4-1, Nihombashi | Chuo-ku | | Tokyo | 103-0027 | JPN |
| | | Retail Store | Kate Spade | Nihonbashi Mitsukoshi RTW | 2F 1-4-1 muromachi nihonbashi | Chuo-ku | | Tokyo | 103-8001 | JPN |
| KSJP11 | JP4799.00 | Retail Store | Kate Spade | K.GinzaMKRTW | 1F, 4-6-16, Ginza | Chuo-ku | | Tokyo | 104-0061 | JPN |
| | | Retail Store | Kate Spade | Ginza Mitsukoshi | 3F 4-6-16 GINZA MITSUKOSHI GINZA CHUO-KU | Chuo-ku | | Tokyo | 104-0061 | JPN |
| KSJP36 | JP2138.00 | Retail Store | Kate Spade | K.FukuokaIW | 2F, New Building, 2-5-35, Tenjin | Chuo-ku | | Fukuoka | 810-8680 | JPN |
| JP82 | JP5673.00 | Retail Store | Coach, Inc. | Ebina Marui | 1-6-1 Chuo | Ebina-shi | | Kanagawa | 243-0483 | JPN |
| JP256 | JP8504.00 | Retail Store | Coach, Inc. | Fujisawa Odakyu | 21-1, Minami-fujisawa | Fujisawa | | Kanagawa | 251-8580 | JPN |
| JP137 | JP5672.00 | Retail Store | Coach, Inc. | Fukui Seibu | 1-8-1 Chuo | Fukui-city Fukui | | Fukui | 910-8582 | JPN |
| JP209 | JP5562.00 | Retail Store | Coach, Inc. | Hakata Daimaru | 1-4-1 Tenjin Chuo-ku | Fukuoka | | Fukuoka | 810-8717 | JPN |
| JP261 | JP8655.00 | Office | Coach, Inc. | 9GATES Co., Ltd. | 2-1-13, Daimyo, Chuo-ku | Fukuoka | | Fukuoka | 810-0041 | JPN |
| JP263 | JP2138.00 | Retail Store | Coach, Inc. | Fukuoka Iwataya Men's Pop-up | 2-5-35, Tenjin | Fukuoka | | Fukuoka | 810-8680 | JPN |

Dated:  04-April-2020

Page 53 of 136

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP205 | JP7935.00 | Retail Store | Coach, Inc. | Hakata Hankyu | 1-1 Chuo-gai Hataka eki Hakata | Fukuoka | | Fukuoka | 812-0012 | JPN |
| | | Retail Store | Coach, Inc. | Hakata Hankyu Mens | 6F Hakata Hankyu 1-1 Chuogai Hakataeki Hakata-ku | Fukuoka | | Fukuoka | 812-0012 | JPN |
| | | Retail Store | Kate Spade | K.HakataHK | 4F, 1-1, Chuo-gai, Hakata-eki | Fukuoka | | Fukuoka | 812-0012 | JPN |
| | | Retail Store | Coach, Inc. | Hakata Hankyu | 1-1 Chuogai Hakataeki Hakata-ku, | Fukuoka | | Fukuoka | 812-0012 | JPN |
| KSJP39 | JP8165.00 | Retail Store | Kate Spade | K.TenjinIMS | 1F, 1-7-11, Tenjin, Chuo-ku | Fukuoka | | Fukuoka | 810-0001 | JPN |
| JP195 | JP6710.00 | Retail Store | Coach, Inc. | Fukuoka Iwataya | Iwataya Department store 2F, 2-11-1 Tenjin, Chuo-ku, | Fukuoka-shi | | Fukuoka | 810-0001 | JPN |
| JP203 | JP6460.00 | Outlet Store | Coach, Inc. | Fukuoka Marinoa City | Marinoacity Fukuoka Outlet 1-104, 2-12-30 Koto Nishi-ku | Fukuoka-shi | | Fukuoka | 819-0001 | JPN |
| JP179 | JP7928.00 | Retail Store | Coach, Inc. | Fukuyama Tenmaya | Tenmanya Fukuyama store 1F, 1-1 Moto-machi | Fukuyama-shi | | Hiroshima | 720-8636 | JPN |
| JP51 | JP3387.00 | Retail Store | Coach, Inc. | TOKYO-BAY Lalaport | LalaPort Tokyo-bay North building 1F, 2-1-1 Hama-cho, | Funabashi-shi | | Chiba | 273-8530 | JPN |
| JP70 | JP7882.00 | Retail Store | Coach, Inc. | Funabashi Tobu | Tobu Department Funabashi store 1F, 7-1-1 Hon-cho | Funabashi-shi | | Chiba | 273-0005 | JPN |
| JP166 | JP6668.00 | Outlet Store | Coach, Inc. | Shiga Ryuo | Mitsui Outlet Park Shiga Ryuo #1560, 1178-694 Sunayama, Kuzushi, Ryuo-cho | Gamou-gun | | Shiga | 520-2500 | JPN |
| | | Outlet Store | Kate Spade | O.K.ShigaRyuo | 1178-694 Oaza Kuzushi Sunayama, Ryuo-cho | Gamou-gun | | Shiga | 520-255 | JPN |

Dated:  04-April-2020

Page 54 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP236 | JP7902.00 | Retail Store | Coach, Inc. | Gifu Takashimaya | Takashimaya Department Gifu Store 1F, 2-25 Hinode-cho, | Gifu | | Gifu | 500-8525 | JPN |
| KSJP94 | JP8455.00 | Outlet Store | Kate Spade | Sapporo Kitahiroshima | Ginza 6 chome SQUARE building | Ginza | | Tokyo | 104-0061 | JPN |
| JP120 | JP1994.00 | Outlet Store | Coach, Inc. | Gotemba | Gotemba Premium Outlet 850, 1312 Fukazawa | Gotemba-shi | | Shizuoka | 412-0023 | JPN |
| | | Outlet Store | Kate Spade | O.K.Gotemba | 1312-2320, Fukazawa | Gotemba-shi | | Shizuoka | 412-0023 | JPN |
| JP76 | JP4623.00 | Outlet Store | Coach, Inc. | Minami-Osawa | Coach Factory La Fete Tama Mianami Osawa 1F, 1-600 Minami Osawa | Hachioji | | Tokyo | 192-0364 | JPN |
| | | Retail Store | Kate Spade | Minamiosawa | 1 Chome-600 Minamiosawa | Hachioji | | Tokyo | 192-0364 | JPN |
| JP218 | JP5561.00 | Retail Store | Coach, Inc. | Hamamatsu Entetsu | Entetsu Hyakkaten 2F, 320-2 Sunayama-cho, Naka-ku, | Hamamatsu | | Shizuoka | 430-8588 | JPN |
| KSJP33 | JP8158.00 | Retail Store | Kate Spade | K.HamamatsuET | 1F, 3201-2, Sunayamacho, Naka-ku | Hamamatsu | | Shizuoka | 430-8588 | JPN |
| JP44 | JP6216.00 | Outlet Store | Coach, Inc. | Aeon Hanyu | Aeonmall Hanyu Nishimachiku 1F 141, Kawasaki 2-281-3 | Hanyu-shi | | Saitama | 348-0039 | JPN |
| JP153 | JP7919.00 | Retail Store | Coach, Inc. | Himeji Sanyo | Sanyo Department store 2F, 1 Minami-machi, | Himeji-shi | | Hyogo | 670-0912 | JPN |
| JP252 | JP8162.00 | Outlet Store | Coach, Inc. | The Outlets Hiroshima | Ishiuchi Higashi, Saeki-ku | Hiroshima | | Hiroshima | | JPN |
| JP177 | JP2154.00 | Retail Store | Coach, Inc. | Hiroshima Sogo | Sogo Department Hiroshima store 1F, 6-27 Moto-machi, Naka-ku | Hiroshima | | Hiroshima | 730-8501 | JPN |
| | | Retail Store | Kate Spade | K.HiroshimaSogo | 1F, Main Building, 6-27, Motomachi, Naka-ku | Hiroshima | | Hiroshima | 730-8501 | JPN |

Dated:  04-April-2020

Page 55 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP174 | JP7929.00 | Retail Store | Coach, Inc. | Hiroshima Mitsukoshi | Mitsukoshi Hiroshima store 1F, 5-1 Eibisu-cho, Naka-ku | Hiroshima-shi | | Hiroshima | 730-0021 | JPN |
| JP181 | JP3282.00 | Retail Store | Coach, Inc. | Hiroshima Fukuya | Fukuya Hiroshima Ekimae store 1F, 9-1 Matsubara-cho Minami-ku, | Hiroshima-shi | | Hiroshima | 732-8511 | JPN |
| | | Retail Store | Coach, Inc. | Hiroshima Fukuya Mens | Fukuya Hacchobori store 9F, 6-26 Ebisu-cho Naka-ku | Hiroshima-shi | | Hiroshima | 732-0822 | JPN |
| JP182 | JP7930.00 | Retail Store | Coach, Inc. | Hiroshima Alpark Tenmaya | Hiroshima Alpark Tenmaya 2F,1-16-1 Iguchi Myojin, Nishi-ku, | Hiroshima-shi | | Hiroshima | 733-8625 | JPN |
| JP212 | JP7859.00 | Retail Store | Coach, Inc. | Hakodate Marui Imai Popup | Hakodate Marui Imai 1F, 32-15 Honcho, Hakodate-shi, Hokkaido | Hokkaido | | Hokkaido | 040-0011 | JPN |
| JP127 | JP7899.00 | Outlet Store | Coach, Inc. | Yatsugatake | Yatsugatake Kobuchizawa Resort Outlets Mall L-18, 4000 Kobuchizawa-cho, Hokuto-shi, Yamanashi | Hokuto-shi | | Yamanashi | 408-0044 | JPN |
| KSJP215 | JP7110.00 | Outlet Store | Coach, Inc. | Ami | Ami Premium Outlet 850, 4-1-1 Yoshiwara, Amimachi | Inashiki | | Ibaraki | 300-1155 | JPN |
| | | Retail Store | Kate Spade | Ami | 4-1-1 Yoshiwara | Inashiki | | Ibaraki | 300-1161 | JPN |
| KSJP246 | JP7652.00 | Retail Store | Coach, Inc. | Shisui | Shisui Premium Outlet #870, 2-4-1 Izumi, Shisui | Inba-gun | | Chiba | 285-0912 | JPN |
| | | Outlet Store | Kate Spade | Shisui | 2-4-1 Izumi Shisui-cho Imba-gun gun | Inba-gun | | Chiba | | JPN |

Dated:  04-April-2020

Page 56 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP35 | JP4902.00 | Outlet Store | Coach, Inc. | Iruma | Mitsu Outlet Park Iruma #1161, 3169-1 Miyadera 3169-1 Miyadera | Iruma-shi | | Saitama | 356-8515 | JPN |
| | | Outlet Store | Coach, Inc. | Iruma Mens | 3169-1, Miyadera | Iruma-shi | | Saitama | 358-0014 | JPN |
| | | Outlet Store | Kate Spade | O.K.Iruma | 3169-1, Miyadera | Iruma-shi | | Saitama | 358-8515 | JPN |
| JP155 | JP4207.00 | Outlet Store | Coach, Inc. | Rinku | Rinku outlet 1525, 3-28 Ouraiminami, Rinku | Izumisano-shi | | Osaka | 598-0047 | JPN |
| | | Outlet Store | Coach, Inc. | Rinkuu Mens Factory | Rinku outlet 1135, 3-28 Ouraiminami, Rinku | Izumisano-shi | | Osaka | 598-0047 | JPN |
| | | Outlet Store | Kate Spade | O.K.Rinku | 3-28-1840, Rinku Ourai Minami, Izumi-sano | Izumisano-shi | | Osaka | 598-8508 | JPN |
| JP204 | JP7942.00 | Retail Store | Coach, Inc. | Kagoshima Yamakataya | Yamakataya 1F, 3-1 Kinsei-cho, | Kagoshima-shi | | Kagoshima | 892-8601 | JPN |
| KSJP83 | JP8205.00 | Retail Store | Kate Spade | K.AMUKagoshima | 1-11F Chuo cho | Kagoshima-shi | | Kagoshima | 260-8667 | JPN |
| KSJP137 | JP4773.00 | Retail Store | Kate Spade | K.KanazawaForus | 1F, 3-1, Horikawashimmachi, Kanazawa, Ishikawa | Kanazawa | | Ishikawa | 920-0849 | JPN |
| JP135 | JP1897.00 | Retail Store | Coach, Inc. | Kanazawa Atrio | Korinbo Atrio 1F, 1-1-1 Korinbo, | Kanazawa-shi | | Ishikawa | 920-0961 | JPN |
| JP154 | JP7922.00 | Retail Store | Coach, Inc. | Kashinara Kintetsu | 3-65-11, Kitayagi-cho, | Kashihara-shi | | Nara | 634-8511 | JPN |
| KSJP19 | JP4762.00 | Retail Store | Kate Spade | K.KashiwaTK | 4F, Kashinwa Takashimaya Station Mall S Building, 1-1 Suehirocho | Kashiwa | | Chiba | 277-8550 | JPN |
| JP47 | JP5725.00 | Distribution Center | Coach, Inc. | E-commerce (DC) | 3-1 Shintoyofuta | Kashiwa-shi | | Chiba | 277-0804 | JPN |
| | | Distribution Center | Kate Spade | DHL/Chiba | GLP Kashiwa 3F, 3-1 Shintoyofuta, | Kashiwa-shi | | Chiba | 277-0804 | JPN |

Dated:  04-April-2020

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP58 | JP1893.00 | Retail Store | Coach, Inc. | Kashiwa Takashimaya | Takashimaya Department Kashiwa store TX-3F, 3-16 Suehiro-cho | Kashiwa-shi | | Chiba | 277-8666 | JPN |
| JP27 | JP7878.00 | Retail Store | Coach, Inc. | Kawagoe Maruhiro Takashimaya | Maruhiro Department Kawagoe store 1F, 2-6-1 Shintomi-cho | Kawagoe-shi | | Saitama | 350-8511 | JPN |
| JP79 | JP5661.00 | Retail Store | Coach, Inc. | Lazona Kawasaki | Lazona Kawasaki 2F, 72-1 Horikawa-cho Saiwai-ku | Kawasaki | | Kanagawa | 212-0013 | JPN |
| | | Retail Store | Kate Spade | K.KawasakiLazona | 72-1, Horikawa-cho, Kawasaki-shi, Kanagawa | Kawasaki | | Kanagawa | 212-0013 | JPN |
| JP219 | JP7883.00 | Outlet Store | Coach, Inc. | Kisarazu | Mitsui Outlet Park Kisarazu 4160, 3-1-1 Kaneda Higashi | Kisarazu | | Chiba | 292-0009 | JPN |
| | | Retail Store | Coach, Inc. | Kisarazu Pop-up | 3-1-1 Kaneda-Higashi | Kisarazu | | Chiba | 292-0009 | JPN |
| | | Retail Store | Kate Spade | Kisarazu (Retail) | 3-1-1, Kanedahigashi | Kisarazu | | Chiba | | JPN |
| JP198 | JP7937.00 | Retail Store | Coach, Inc. | Kurosaki Izutsuya | Izutsuya Department Kurosaki store 2F, 1-1-1 Kurosaki, Hachiman Nishi- | Kita Kyushu-shi | | Fukuoka | 806-8511 | JPN |
| JP07A | JP6532.00 | Outlet Store | Coach, Inc. | Kita Hiroshima | Sapporo Kitahiroshima Mitsui Outlet park 1450, 3-7-a | Kitahiroshim a | | Hokkaido | 061-1278 | JPN |
| JP194 | JP7936.00 | Retail Store | Coach, Inc. | Kokura Izutsuya | Izutsuya Department Okura-store 1F, 1-1 Senba-cho, Ogurakita-ku, | Kita-Kyusyu | | Fukuoka | 802-0007 | JPN |
| | | Retail Store | Kate Spade | K.KokuraIZ | 1F, New Building, 1-1, Senba-cho, Kokura-kita-ku | Kita-Kyusyu | | Fukuoka | 802-0007 | JPN |

Dated: 04-April-2020

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP121 | JP1995.00 | Outlet Store | Coach, Inc. | Karuizawa | Karuizawa Prince Shopping Plaza New West B7, Karuizawa-machi, Kitasaku-gun, Nagano | Kitasaku-gun | | Nagano | 389-0193 | JPN |
| | | Outlet Store | Kate Spade | O.K.Karuizawa | 1178-NW 70, Karuizawa, Karuizawa-cho | Kitasaku-gun | | Nagano | 389-0102 | JPN |
| JP160 | JP2150.00 | Outlet Store | Coach, Inc. | Kobe Marine Pia | 12-2 Kaigandori, Tarumi-ku | Kobe | | Hyogo | 655-0036 | JPN |
| | | Retail Store | Kate Spade | Kobe Marin Pia | 12-2 Kaigandori Tarumi-ku | Kobe | | Hyogo | 655-0036 | JPN |
| KSJP112 | JP8161.00 | Retail Store | Kate Spade | K.Kobe | 1F, Daiichi-seimei Building, 69, Kyomachi, Chuo-ku | Kobe | | Hyogo | 650-0034 | JPN |
| JP159 | JP5590.00 | Outlet Store | Coach, Inc. | Kobe Sanda | Kobe Sanda Premium Outlet #600, 7-3 Kouzudai, Kita-ku | Kobe | | Hyogo | 651-1515 | JPN |
| | | Outlet Store | Kate Spade | O.K.Sanda | 7-3-305, Kouzu-dai, Kita-ku | Kobe | | Hyogo | 651-1515 | JPN |
| JP145 | JP1885.00 | Retail Store | Coach, Inc. | Kobe Daimaru | Daimaru Department Kobe store 1F, 40 Akashi-cho, Chuo-ku, | Kobe-shi | | Hyogo | 650-0037 | JPN |
| JP148 | JP7259.00 | Retail Store | Coach, Inc. | Kobe Sogo | Sogo Department Kobe store 2F, 8-1-8 Onoe-dori, Chuo-ku, | Kobe-shi | | Hyogo | 651-8511 | JPN |
| JP172 | JP7920.00 | Outlet Store | Coach, Inc. | Kobe Marine Pia Mens | 2169 Kaigan-dori Tarumi-ku | Kobe-shi | | Hyogo | 655-0036 | JPN |
| JP119 | JP7900.00 | Retail Store | Coach, Inc. | Kofu Okajima | 1-21-15, Marunouchi | Kofu-shi | | Yamanashi | 400-8660 | JPN |
| JP17 | JP1896.00 | Retail Store | Coach, Inc. | Koriyama Usui | Usui Department 1F, 13-1 Naka-machi | Koriyama-shi | | Fukushima | 963-8004 | JPN |
| JP214 | JP7879.00 | Outlet Store | Coach, Inc. | Aeon LakeTown Popup | Aeon LakeTown Outlet 1F #2110, 4-1-1 Lake Town | Koshigaya | | Saitama | 43-0828 | JPN |

Page 59 of 136

Dated: 04-April-2020

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP93 | | Outlet Store | Coach, Inc. | Aeon Lake Town | 4-1-1 Laketown | Koshigaya | | Saitama | 343-0828 | JPN |
| JP93 | JP7887.00 | Retail Store | Coach, Inc. | DiverCity Tokyo Mens | Divercity Tokyo Plaza 3F 32100, 1-1-10 Aomi | Koto-ku | | Tokyo | 135-0064 | JPN |
| JP33 | JP7881.00 | Retail Store | Coach, Inc. | Kumagaya Yagihashi | 74 Nakacho | Kumagaya-shi | | Saitama | 360-8502 | JPN |
| KSJP16 | JP8166.00 | Retail Store | Kate Spade | K.KumamotoTsuru | 2F, Main Building, 6-1, Tetori-honcho, Chuo-ku | Kumamoto | | Kumamoto | 860-8586 | JPN |
| JP197 | JP7940.00 | Retail Store | Coach, Inc. | Kumamoto Tsuruya | Tsuruya Department Kumamoto store 1F, 6-4 Tetorihonmachi, | Kumamoto-shi | | Kumamoto | 860-0808 | JPN |
| JP245 | JP8458.00 | Retail Store | Kate Spade | Kurashiki | 12-3 Kotobukicho | Kurashiki | | Okayama | 710-0813 | JPN |
| | | Retail Store | Coach, Inc. | Kurashiki | 12-3 Kotobuki-cho | Kurashiki | | Okayama | 710-0813 | JPN |
| JP185 | JP7926.00 | Retail Store | Coach, Inc. | Kurashiki Tennaya | Kurashiki Tennaya 1F, 1-7-1 Achi | Kurashiki-shi | | Okayama | 710-8550 | JPN |
| JP09 | JP7862.00 | Outlet Store | Coach, Inc. | Aeon Kushiro Showa | 4-18-1 Shouwachou | Kushiro-city | | Hokkaido | 084-0910 | JPN |
| KSJP237 | JP4206.00 | Outlet Store | Kate Spade | O.K.Nagashima | 368-8130, Urayasu, Nagashima-cho | Kuwana | | Mie | 511-1135 | JPN |
| | | Outlet Store | Coach, Inc. | Nagashima | Mitsui Outlet Park Jazz Dream Nagashima 1F, 368 Urayasu, Nagashima-cho, | Kuwana | | Mie | 511-1135 | JPN |
| JP144 | JP7913.00 | Retail Store | Coach, Inc. | Kyoto Daimaru | Daimaru Department Kyoto store , 79 Tachiuri Nishi-machi, Nishiiru, Takakura 4-jo dori, Shimogyo-ku, | Kyotoshi | | Kyoto | 600-8511 | JPN |

Dated:  04-April-2020

Page 60 of 136

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP69 | JP7888.00 | Retail Store | Coach, Inc. | Machida Odakyu | Odakyu Department Machida store 2F Fashion Walk, 6-12-20 Haramachida | Machida | | Tokyo | 194-8550 | JPN |
| | | Retail Store | Kate Spade | Machida Odakyu (2F) | 6-12-20, Fashion Wark Odakyu Shinjyuku Haramachida | Machida | | Tokyo | 194-8550 | JPN |
| JP87 | JP7654.00 | Retail Store | Coach, Inc. | Minami Machida Grandberry Park | Grandberry Mall, 3-4-1 Tsuruma | Machida-shi | | Tokyo | 194-8509 | JPN |
| JP180 | JP7925.00 | Retail Store | Coach, Inc. | Matsue Ichibata | Ichibataata Department 1F, 661 Asahi-machi, | Matsue-shi | | Shimane | 690-8555 | JPN |
| JP242 | JP6539.00 | Retail Store | Coach, Inc. | Iyotetsu Takashimaya | Takashimaya Department Matsuyama store 3F, 5-1-1 Minato-machi, | Matsuyama | | Ehime | 790-8587 | JPN |
| JP190 | JP1888.00 | Retail Store | Coach, Inc. | Matsuyama Mitsukoshi | Mitsukoshi Department Matsuyama store, 3-1-1 Ichiban-cho, | Matsuyama-shi | | Ehime | 790-8532 | JPN |
| JP102 | JP5978.00 | Retail Store | Coach, Inc. | Coach Omotesando | 3-6-1, Kita-aoyama | Minato-ku | | Tokyo | 107-0061 | JPN |
| JP45 | JP3980.00 | Office | Coach, Inc. | Tokyo Office | Roppongi Hills Mori Tower 19th Floor, 6-10-1 Roppongi | Minato-ku | | Tokyo | 106-6119 | JPN |
| JP55 | JP5634.00 | Retail Store | Coach, Inc. | Aqua City Odaiba | Mitsukoshi Aqua City Odaiba, Aqua City Odaiba SR302, 1-7-1 Daiba | Minato-ku | | Tokyo | 195-0091 | JPN |
| KSJP42 | JP8152.00 | Retail Store | Kate Spade | K.RoppongiHills | B1F, Roppongi Hills Keyakizaka Comlex, 6-10-2, Roppongi | Minato-ku | | Tokyo | 106-0032 | JPN |
| JP201 | JP7941.00 | Retail Store | Coach, Inc. | Miyazaki Yamakataya | 3-4-12, Tachibanadorihigashi | Miyazaki-shi | | Miyazaki | 880-0805 | JPN |

Dated:  04-April-2020

Page 61 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP156 | JP7915.00 | Retail Store | Coach, Inc. | Moriguchi Keihan | Keihan Department Store 2F, 8-3 Kawahara-cho | Moriguchi-shi | | Osaka | 570-8558 | JPN |
| JP18 | JP3288.00 | Retail Store | Coach, Inc. | Morioka Kawatoku | 1-10-1, Saien | Morioka-shi | | Iwate | 020-0024 | JPN |
| KSJP71 | JP7889.00 | Retail Store | Coach, Inc. | Kichijoji Tokyu | Tokyu Department Kichijoji store 1F, 2-3-1 Kichijoji Hon-machi | Musashino | | Tokyo | 180-8519 | JPN |
| | | Retail Store | Kate Spade | K.KichijojiTKY | 1F, 2-3-1, Kichijoji-honcho | Musashino | | Tokyo | 180-8519 | JPN |
| JP118 | JP7901.00 | Retail Store | Coach, Inc. | Nagano Tokyu | 1-1-1 Minami-Chitose | Nagano-shi | | Nagano | 380-8539 | JPN |
| KSJP133 | JP8204.00 | Retail Store | Kate Spade | K.AMUNagasaki | 1-11F Onouemachi | Nagasaki | | Nagasaki | 850-0058 | JPN |
| JP199 | JP7938.00 | Retail Store | Coach, Inc. | Nagasaki Hamaya | Hamaya Department Nagasaki store 1F, 7-11 Hama-cho | Nagasaki-shi | | Nagasaki | 850-8510 | JPN |
| JP111 | JP7094.00 | Retail Store | Coach, Inc. | Nagoya Sakae Mitsukoshi Pop-up | Nagoya Mitsukoshi Sakae Department store 1F, 3-5-1 Sakae, Naka-ku | Nagoya | | Aichi | 460-8669 | JPN |
| | | Retail Store | Kate Spade | | 1F, Sakae honten, 3-5-1, Sakae, Naka-ku | Nagoya | | Aichi | 460-8669 | JPN |
| JP232A | JP7906.00 | Retail Store | Coach, Inc. | Nagoya JR Takashimaya | (Logi) NRC JR Tokai Nagoya Shizai Centre, Higashi Nakagawa, Aza Nitta, Atsuta mae, Minato-, | Nagoya | | Aichi | 450-6003 | JPN |
| | | Retail Store | Coach, Inc. | Nagoya JR TK Mens | (Logi) NRC JR Tokai Nagoya Shizai Centre, Higashi Nakagawa, Aza Nitta, Atsuta mae, Minato- | Nagoya | | Aichi | 450-6003 | JPN |

Dated:  04-April-2020

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP260 | JP8654.00 | Office | Coach, Inc. | Regus Business Center Nagoya Co., Ltd. | 4-6-3 Meieki, Nakamura-ku | Nagoya | | Aichi | 450-0002 | JPN |
| KSJP30 | JP3278.00 | Retail Store | Kate Spade | K.NagoyaMZ | South Building 1F, 3-16-1, Sakae, Naka-ku | Nagoya | | Aichi | 460-8430 | JPN |
| KSJP34 | JP1842.00 | Retail Store | Kate Spade | K.NagoyaTKRTW | 3F, 1-1-4, Meieki, Nakamura-ku | Nagoya | | Aichi | 450-6001 | JPN |
| KSJP34 | JP1842.00 | Retail Store | Kate Spade | K.NagoyaTKWA | 1F, 1-1-4, Meieki, Nakamura-ku | Nagoya | | Aichi | 450-6001 | JPN |
| KSJP41 | JP7356.00 | Retail Store | Kate Spade | K.NagoyaMidLand | 3F, 4-7-1, Meieki, Nakamura-ku | Nagoya | | Aichi | 450-0002 | JPN |
| KSJP97 | JP1842.00 | Retail Store | Kate Spade | Nagoya Takashimaya 4F | 1-1-4 Nagoya Takashimaya Meieki Nakamura-Ku | Nagoya | | Aichi | 260-8557 | JPN |
| JP109 | JP7657.00 | Retail Store | Coach, Inc. | Coach Nagoya | 3-16-25 Nishiki, Naka-ku | Nagoya-shi | | Aichi | 460-0003 | JPN |
| JP112 | JP7907.00 | Retail Store | Coach, Inc. | Hoshigaoka Mitsukoshi | Nagoya Mitsukoshi Department Hoshigaoka store 1F, 14-14 Hoshigaoka Motomachi, Chikusa-ku | Nagoya-shi | | Aichi | 464-8661 | JPN |
| JP117 | JP7908.00 | Retail Store | Coach, Inc. | Nagoya Meitesu | Meitetsu Department store 3F, 1-2-1 Meieki, Nakamura-ku | Nagoya-shi | | Aichi | 450-0002 | JPN |
| JP210 | JP7658.00 | Outlet Store | Coach, Inc. | Okinawa JAL City Factory | Hotel JAL City   1F, 1-3-70 Makishi | Naha-shi | | Okinawa | 900-0013 | JPN |
| JP151 | JP7923.00 | Retail Store | Coach, Inc. | Nara Kinetsu | Kintetsu Department Nara store 1F, 2-4-1 Saidaijihigashi-cho, | Nara | | Nara | 631-8511 | JPN |
| | | Retail Store | Kate Spade | K.NaraKT | 2-4-1, Saidaijihigashimachi | Nara | | Nara | 631-8511 | JPN |

Dated:  04-April-2020

Page 63 of 136

**Account No.  1-35582**

**Policy No.  1065667**

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSJP151A | JP8457.00 | Retail Store | Kate Spade | Nara Kintetsu | 2-4-1Nara Kintetsu Higashimachi Oodera | Nara | | Nara | | JPN |
| JP36 | JP7876.00 | Outlet Store | Coach, Inc. | Nasu Factory | 184-7 Shionozaki | Nasushiobara | | Tochigi | 329-3122 | JPN |
| | | Outlet Store | Coach, Inc. | Nasu Mens | Nasu Garden Outlet, 184-7 Shionozaki | Nasushiobara | | Tochigi | 329-3122 | JPN |
| KSJP58 | JP8157.00 | Retail Store | Kate Spade | K.NiigataIT | 2F, 1-6-1, Yachiyo, Chuo-ku | Niigata | | Niigata | 950-8589 | JPN |
| JP10 | JP7896.00 | Retail Store | Coach, Inc. | Niigata Isetan | 1-6-1, Bandai | Niigata-shi | | Niigata | 950-8589 | JPN |
| JP11 | JP4800.00 | Retail Store | Coach, Inc. | Niigata Mitsukoshi | Nagoya Mitsukoshi Department Niigata store 1F, 866 Nishihori Dori 5 ban-cho, Nishobori | Niigata-shi | | Niigata | 951-8061 | JPN |
| JP163 | JP7921.00 | Retail Store | Kate Spade | Nishinomiya Hankyu | 14-1 Takamatsucho, Hankyu Department Nishinomiya store 2F | Nishinomiya-shi | | Hyogo | 663-8204 | JPN |
| | | Retail Store | Coach, Inc. | Nishinomiya Hankyu | Hankyu Department Nishinomiya store 2F, 14-1 Takamatsucho | Nishinomiya-shi | | Hyogo | 663-8204 | JPN |
| JP04 | JP7863.00 | Retail Store | Coach, Inc. | Obihiro Fujimaru | Fujimaru, W2-S8-1 Nishi | Obihiro | | Hokkaido | 080-8677 | JPN |
| KSJP159A | JP8656.00 | Retail Store | Kate Spade | Oita Tokiwa | 2-1-4 Oita Tokiwa Funaimachi | Oita | | Oita | 460-8430 | JPN |
| JP196 | JP3291.00 | Retail Store | Coach, Inc. | Oita Tokiwaya | Oita Tokiha Department store 1F, 2-1-4 Funai-cho, | Oita-shi | | Oita | 870-8688 | JPN |
| JP175 | JP7927.00 | Retail Store | Coach, Inc. | Okayama Takashimaya | Takashimaya Department Store 1F, 6-40 Honcho | Okayama-shi | | Okayama | 700-8520 | JPN |

Dated:  04-April-2020

Page 64 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP178 | JP1902.00 | Retail Store | Coach, Inc. | Okayama Tennaya | 2-1-1 Omote-cho, Tennanya Okayama store 1F | Okayama-shi | | Okayama | 700-8625 | JPN |
| | | Retail Store | Coach, Inc. | Okayama Tennaya Mens | 2-1-1, omote-cho, kita-ku, 4F | Okayama-shi | | Okayama | 700-8625 | JPN |
| | | Retail Store | Kate Spade | K.OkayamaTM | 2-1-1 Omotecho Kitaku | Okayama-shi | | Okayama | 700-8625 | JPN |
| JP115 | JP5682.00 | Retail Store | Coach, Inc. | Okazaki Seibu | Seibu Department Okazaki store 1F, 38-5 Sotoyama, Aza, Tosaki-cho | Okazaki-shi | | Aichi | 444-8710 | JPN |
| JP258 | JP8632.00 | Retail Store | Coach, Inc. | Urasoe PARCO City | 901-2123 3-1-1, Irijima, Urasoe-shi, Okinawa | Okinawa | | Okinawa | 901-2123 | JPN |
| JP213 | JP7860.00 | Office | Coach, Inc. | Coach Japan LLC (Osaka Office) | Midosuji Junashida Building 5F, 2-2-7 NishiShinsaibashi, Chuo-ku, | Osaka | | Osaka | 5420086 | JPN |
| JP149 | JP3352.00 | Retail Store | Coach, Inc. | Umeda Hankyu | Hankyu Department Umeda store 1F, 8-7 Kakutta-cho, Kita-ku | Osaka | | Osaka | 530-8350 | JPN |
| | | Retail Store | Coach, Inc. | Hankyu Men's Osaka | 7-10 Kakuta-cho, Kita-ku | Osaka | | Osaka | 530-8350 | JPN |
| | | Retail Store | Stuart Weitzman | | 8-7, Kakuda-cho | Osaka | | Osaka | 530-8350 | JPN |
| JP259 | JP4631.00 | Retail Store | Coach, Inc. | Osaka Tsurumi | 2-7-70 Mattaomiya, Tsurumi-ku | Osaka | | Osaka | 538-0031 | JPN |
| | | Retail Store | Kate Spade | Osaka Tsurumi | No. 3204 2-7-70 Mattaomiya, Tsurumi-ku | Osaka | | Osaka | 538-0031 | JPN |

Dated: 04-April-2020

Page 65 of 136

FM global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP142 | JP3723.00 | Retail Store | Coach, Inc. | Osaka Takashimaya | Takashimaya Department Osaka store 2F, 5-1-5 Namba, Chuo-ku | Osaka | | Osaka | 542-8510 | JPN |
| | | Retail Store | Coach, Inc. | Osaka Takashimaya Men's | 5-1-5 Namba Chyuo-ku | Osaka | | Osaka | 542-8510 | JPN |
| | | Retail Store | Kate Spade | K.NambaTK | H246, 2F, 5-1-5, Namba, Chuo-ku | Osaka | | Osaka | 542-8510 | JPN |
| KSJP93 | JP6448.00 | Retail Store | Kate Spade | Namba Parks | No. 234,2-10-70, Nanbanaka, Naniwa-ku | Osaka | | Osaka | 556-0011 | JPN |
| KSJP149 | JP7914.00 | Retail Store | Coach, Inc. | Umeda Hankyu Mens | Hankyu Department Umeda Mens Store 1F, 8-7 Kakuta-cho, Kita-ku | Osaka-city | | Osaka | 530-0017 | JPN |
| | | Retail Store | Kate Spade | Umeda Hankyu | 8-7 Umeda Hankyu Kakuda-Cho Kita-Ku | Osaka-city | | Osaka | 542-8510 | JPN |
| | | Retail Store | Kate Spade | Umeda Hankyu Rtw | 8-7 Umeda Hankyu Kakuda-Cho Kita-Ku | Osaka-city | | Osaka | 950-8589 | JPN |
| JP146 | JP4802.00 | Retail Store | Coach, Inc. | Umeda Daimaru | Daimaru Department Osaka Umeda store 4F, 3-1-1 Umeda, Kita-ku | Osaka-shi | | Osaka | 530-0001 | JPN |
| | | Retail Store | Coach, Inc. | Umeda Daimaru Men's | 3-1-1 Umeda, Kita-ku | Osaka-shi | | Osaka | 530-0001 | JPN |
| | | Retail Store | Kate Spade | K.UmedaDM | 4F, 3-1-1, Umeda, Kita-ku | Osaka-shi | | Osaka | 530-8202 | JPN |
| JP83 | JP7890.00 | Retail Store | Coach, Inc. | Kamata Granduo | Granduo Kamata Nishikan 2F, 7-68-1 Nishi-Kamata | Ota-ku | | Tokyo | 144-0051 | JPN |
| JP161 | JP5910.00 | Retail Store | Coach, Inc. | Otsu Seibu | Seibu Department Otsu Store 1F, 2-3-1 Nionohama | Otsu-shi | | Shiga | 520-8580 | JPN |
| JP250 | JP7656.00 | Outlet Store | Coach, Inc. | Hokuriku Oyabe | 1-1 Aza-Washiba | Oyabe | | Toyama | | JPN |

Dated:  04-April-2020

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSJP224 | JP7897.00 | Outlet Store | Kate Spade | O.K.HokurikuOyabe | 1221, 972-1 Nishi Nakano | Oyabe-shi | | Toyama | 932-8538 | JPN |
| KSJP17 | JP5638.00 | Retail Store | Kate Spade | K.OmiyaLumine | 2F, Nishiguchi Annex, 630, Nishiki-cho, Omiya-ku | Saitama | | Saitama | 330-0853 | JPN |
| JP26 | JP2142.00 | Retail Store | Coach, Inc. | Omiya Sogo | Sogo Department Omiya store 2F, 1-6-2, Sakuragi-cho, Omiya-ku | Saitama-shi | | Saitama | 330-9530 | JPN |
| JP28 | JP6004.00 | Retail Store | Coach, Inc. | Urawa Isetan | 1-15-1, Takasago, Urasa-ku | Saitama-shi | | Saitama | 330-0063 | JPN |
| | | Retail Store | Kate Spade | K.UrawaIT | 1-15-1, Takasago, Urawa-ku | Saitama-shi | | Saitama | 330-0063 | JPN |
| JP143 | JP7916.00 | Retail Store | Coach, Inc. | Senboku Takashimaya | Takashimaya Department Senboku store 2F, 1-3-1 Chayama-dai, | Sakai-shi | | Osaka | 590-0115 | JPN |
| JP31 | JP5900.00 | Outlet Store | Coach, Inc. | Sano Factory Outlet | Sano Premium Outlet #510, 2058 Koena-cho | Sano | | Tochigi | 327-0822 | JPN |
| | | Outlet Store | Kate Spade | O.K.Sano | 2058-1503, Koena-cho | Sano | | Tochigi | 327-0822 | JPN |
| JP264 | JP2750.00 | Retail Store | Kate Spade | K.SapporoDM | 2F, 4-7, Kita 5-jyo Nishi, Chuo-ku | Sapporo | | Hokkaido | 060-0005 | JPN |
| | | Retail Store | Coach, Inc. | Sapporo Daimaru | Kita 5-Jo Nishi 4-7 Chuo- Ku | Sapporo | | Hokkaido | 060-0005 | JPN |
| KSJP10 | JP7959.00 | Retail Store | Kate Spade | K.SapporoMaruiI | 2F, Odori Building, 2-11, Mnami-ichiyo-nishi, Chuo-ku | Sapporo | | Hokkaido | 060-8567 | JPN |
| JP227 | JP7867.00 | Outlet Store | Coach, Inc. | Sendaiko Mens | Mitsui Outlet Park Sendaiko 1421, 3-7-2 Nakano Miyagino, | Sendai | | Miyagi | 983-0012 | JPN |

Dated:  04-April-2020

Page 67 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP24 | JP3601.00 | Retail Store | Coach, Inc. | Sendai Mitsukoshi Mens | 4-8-15 Ichiban-cho, Aoba-ku | Sendai | | Miyagi | 980-8543 | JPN |
| | | Retail Store | Coach, Inc. | Sendai Mitsukoshi | Mitsukoshi department Sendai 1F, 4-8-15 Ichiban-cho, Aoba-ku, | Sendai | | Miyagi | 980-8543 | JPN |
| | | Retail Store | Kate Spade | Sendai Mitsukoshi | 4-8-15,Ichiban-machi,Aoba-ku | Sendai | | Miyagi | 171-8569 | JPN |
| JP15 | JP7868.00 | Retail Store | Coach, Inc. | Coach Sendai | 3-8-15 Ichibanmachi, Aoba-ku | Sendai-shi | | Miyagi | 980-0811 | JPN |
| JP20 | JP7869.00 | Outlet Store | Coach, Inc. | Sendaiko | Mitsui Outlet Park Sendaiko 1660, 123 Nakano-Aza-Ideka, Miyagino-ku | Sendai-shi | | Miyagi | 983-0012 | JPN |
| JP21 | JP7283.00 | Outlet Store | Coach, Inc. | Sendai-Izumi | Sendai-Izumi Premium Outlets 1380, 6-1 Teraoka, Izumi-ku | Sendai-shi | | Miyagi | 981-3204 | JPN |
| | | Outlet Store | Coach, Inc. | Sendai-Izumi Men's | 1420, 6-1-1 Teraoka Izumi-Ku, Sendai Izumi Premium Outlet | Sendai-shi | | Miyagi | 981-3204 | JPN |
| KSJP126 | JP5899.00 | Retail Store | Kate Spade | K.SendaiPARCO | 2F 3-7, Chuo, Aoba-ku | Sendi-shi | | Miyagi | 980-8450 | JPN |
| KSJP52 | JP2149.00 | Retail Store | Coach, Inc. | Futagotamagawa TSC | Tamagawa Takashimaya S・C 3F, 3-17-1 Tamagawa | Setagaya-ku | | Tokyo | 158-8502 | JPN |
| | | Retail Store | Kate Spade | K.TamagawaTKSC | 1F, South Building, 3-17-1, Tamagawa | Setagaya-ku | | Tokyo | 158-0094 | JPN |

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP59 | JP3726.00 | Retail Store | Coach, Inc. | Shinjuku Takashimaya | Takashimaya Department Shinjuku store 2F, 5-24-2 Sendagaya | Shibuya-ku | | Tokyo | 151-8580 | JPN |
| | | Retail Store | Coach, Inc. | Shinjuku Takashimaya Mens Pop-up | 5-24-2 Sendagaya | Shibuya-ku | | Tokyo | 151-8580 | JPN |
| KSJP131 | JP4354.00 | Retail Store | Kate Spade | K.EbisuAtre | 4F 1-5-5, Ebisuminami | Shibuya-ku | | Tokyo | 150-0022 | JPN |
| KSJP69 | JP3725.00 | Retail Store | Kate Spade | K.ShibuyaSB | A-3F, 21-1, Udagawa-cho | Shibuya-ku | | Tokyo | 150-8330 | JPN |
| KSJP56 | JP7955.00 | Office | Kate Spade | Kate Spade Japan - Tokyo | 5F & 6F Harajuku Piazza Building 4-26-18, Jingumae | Shibya-ku | | Tokyo | 150-0001 | JPN |
| JP141 | JP3719.00 | Retail Store | Coach, Inc. | Kyoto Takashimaya | 52, Nishiru Shincho, Shijo-dori, Kawaramachi, Takashimaya Department Kyoto store 1F | Shimogyo-ku | | Kyoto | 600-8520 | JPN |
| | | Retail Store | Coach, Inc. | Kyoto Takashimaya Mens | Takashimaya Department Kyoto store 4F, 52 Shin-machi, Nishiiru, 4-jo dori Kawara-machi | Shimogyo-ku | | Kyoto | 600-8520 | JPN |
| | | Retail Store | Kate Spade | K.KyotoTK | 1F, 52, Shin-cho, Nishi-hairu, Kawara-machi Sijyo-dori | Shimogyo-ku | | Kyoto | 600-8520 | JPN |
| JP176 | JP7931.00 | Retail Store | Coach, Inc. | Shimonoseki Daimaru | Shimonoseki Department Store, 4-4-10 Takesaki-cho | Shimonoseki-shi | | Yamaguchi | 750-8503 | JPN |
| KSJP87 | JP8167.00 | Retail Store | Kate Spade | K.ShinjuLumine2 | 3-3&-2, Shinjuku | Shinjuku | | Tokyo | 160-0022 | JPN |

Dated:  04-April-2020

**Account No.** 1-35582

**Policy No.** 1065667

# SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP240 | JP8153.00 | Retail Store | Coach, Inc. | Shinjuku | Shinjuku Nakamuraya Building 1-2F,3-26-13Shinjuku | Shinjiku-ku | | Tokyo | 160-0022 | JPN |
| JP64 | JP7258.00 | Retail Store | Coach, Inc. | Shinjuku Odakyu | Odakyu Department Store Honkan 3F, 1-1-3 Nishi-Shinjuku, Shinjuku-ku, Tokyo | Shinjuku-ku | | Tokyo | 160-8001 | JPN |
| | | Retail Store | Coach, Inc. | Shinjuku Odakyu Mens | 1-1-3 Nishi-Shinjuku | Shinjuku-ku | | Tokyo | 160-8001 | JPN |
| | | Retail Store | Kate Spade | Shinjuku Odakyu | 1-1-3 Main Building Odakyu Shinjyuku Nishi-Shinjuku | Shinjuku-Ku | | Tokyo | 160-8001 | JPN |
| JP235 | JP3355.00 | Retail Store | Kate Spade | K.ShinjukuOKY | 1F, Main Building, 3-14-1, Shinjuku | Shinjuku-ku | | Tokyo | 160-0022 | JPN |
| | | Retail Store | Kate Spade | K.ShinjukuITRTW | 2F, Main Building, 3-14-1, Shinjuku | Shinjuku-ku | | Tokyo | 160-0022 | JPN |
| | | Retail Store | Coach, Inc. | Shinjuku Isetan Footwear | 3-14-1 ShinjukuShinjuku-kuTokyo 160-0022 | Shinjuku-ku | | Tokyo | 160-0022 | JPN |
| | | Retail Store | Coach, Inc. | Shinjuku Isetan Pop-up | 3-14-1 Shinjuku, Shinjuku-ku | Shinjuku-ku | | Tokyo | 160-0022 | JPN |
| | | Retail Store | Stuart Weitzman | Tokyo Isetan | Shinjuku Isetan Shoes, 2F 3-14-1, Shinjuku | Shinjuku-ku | | Tokyo | 160-0022 | JPN |
| | | Retail Store | Coach, Inc. | Shinjuku Isetan Men's | 3-14-1 Shinjuku | Shinjuku-ku | | Tokyo | | JPN |
| JP251 | JP1887.00 | Retail Store | Coach, Inc. | Shizuoka Matsuzakaya Pop-up | 10-2 Aoi-ku, Miyuki-cho | Shizuoka-shi | | Shizuoka | 420-8560 | JPN |
| KSJP88 | JP8160.00 | Retail Store | Kate Spade | K.ExpoCityLaLaPort | 2-1, Senribanpakukouen | Suita-shi | | Osaka | 565-0826 | JPN |

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP255 | JP5647.00 | Retail Store | Coach, Inc. | Kinshicho PARCO | 4-27-14, Kotobashi | Sumida-ku | | Tokyo | | JPN |
| JP228 | JP7891.00 | Retail Store | Coach, Inc. | Tachikawa Granduo | Granduo Tachikawa 2F, Shibasaki-cho | Tachikawa | | Tokyo | 190-8554 | JPN |
| JP56 | JP6220.00 | Retail Store | Coach, Inc. | Tachikawa Takashimaya | Takashimaya Department Tachikawa store 2F, 2-39-3 Akebono-cho | Tachikawa-shi | | Tokyo | 190-8507 | JPN |
| KSJP81 | JP2255.00 | Retail Store | Kate Spade | K.TachikawaIT | 13F 2-5 Akebono cho | Tachikawa-shi | | Tokyo | 190-0012 | JPN |
| JP72 | JP7892.00 | Retail Store | Coach, Inc. | Ueno Matsuzakaya | Ueno Matsuzakaya 1F, Ueno 3-29-5 | Taito-ku | | Tokyo | 110-8503 | JPN |
| JP229 | JP7934.00 | Retail Store | Coach, Inc. | Takamatsu Mitsukoshi | Takamatsu Marugame Ichibangai East 1F, 1-1 Marugamemachi | Takamatsu | | Kagawa | 760-0029 | JPN |
| KSJP90 | JP8164.00 | Retail Store | Kate Spade | K.KawaramachiFlag | 1-3-1, Tokiwacho | Takamatsu | | Kagawa | 760-0054 | JPN |
| JP25 | JP3135.00 | Retail Store | Coach, Inc. | Takasaki Takashimaya | Takashimaya Department Takasaki 1F, 45 Asahi-cho | Takasaki-shi | | Gunma | 370-8565 | JPN |
| JP157 | JP7917.00 | Retail Store | Coach, Inc. | Takatsuki Matsuzakaya | Matsuzakaya Takatsuki Store 1F, 2-1 Konyamachi | Takatsuki-shi | | Osaka | 569-8522 | JPN |
| JP14 | JP7870.00 | Outlet Store | Coach, Inc. | Aeon Tendo Factory | Aeon mail Tendo 1F 34 Tochi Kukaku Seiri Jigyochinai Haga | Tendo-shi Yamagata | | Yamagata | 994-0000 | JPN |
| JP123 | JP6816.00 | Outlet Store | Coach, Inc. | Toki | Toki Premium Outlet #800, 1-2 Tokigaoka | Toki-shi | | Gifu | 509-5127 | JPN |
| | | Outlet Store | Kate Spade | O.K.Toki | 1-2, 1F Tokigaoka | Toki-shi | | Gifu | 509-5127 | JPN |
| JP34 | JP5644.00 | Retail Store | Coach, Inc. | Tokorozawa Seibu | Tokorozawa Seibu Department store 2F, 12-1 Hiyosi-cho | Tokorozawa-shi | | Saitama | 359-1198 | JPN |

Dated:  04-April-2020

Page 71 of 136

**FM** Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP192 | JP7933.00 | Retail Store | Coach, Inc. | Tokushima Sogo | Sogo Department Tokushima Store 2F, 1-5 Terashima Honcho Nishi | Tokushima-shi | | Tokushima | 770-8511 | JPN |
| KSJP135 | JP8154.00 | Retail Store | Kate Spade | K.IkebukuroLumine | B1F,1-11-1, Nishiikebukuruo, Toshima-ku, Tokyo | Tokyo | | Tokyo | 171-0021 | JPN |
| KSJP140 | JP8155.00 | Retail Store | Kate Spade | K.UenoPARCO | 1F, 3-24-6, Ueno, Taito-ku, Tokyo | Tokyo | | Tokyo | 110-0005 | JPN |
| KSJP244 | JP8455.00 | Retail Store | Kate Spade | Sendaiko | Ginza 6 chome SQUARE building | Tokyo | | Tokyo | 6-17-1 | JPN |
| KSJP247 | JP8454.00 | Outlet Store | Kate Spade | The Outlets Hiroshima | 1-2 Ogawamachi | Tokyo | | Tokyo | | JPN |
| KSJP248 | JP8456.00 | Retail Store | Kate Spade | Diver City Tokyo | 1-1-10 Oume, Koto-ku | Tokyo | | Tokyo | | JPN |
| JP243 | JP3350.00 | Outlet Store | Coach, Inc. | Okinawa Ashibina | Okinawa Outlet mall ASHIBINA 330, 1-188 Toyosaki | Tomigusuku | | Okinawa | 389-0102 | JPN |
| JP60 | JP2158.00 | Retail Store | Coach, Inc. | Ikebukuro Seibu | Seibu Department Ikebukuro store, 1-28-1 Minami-1-28-1 Minami Ikebukuro | Toshima-ku | | Tokyo | 171-8569 | JPN |
| | | Retail Store | Coach, Inc. | Ikebukuro Seibu Mens | 1-28-1 Minami Ikebukuro | Toshima-ku | | Tokyo | 171-8569 | JPN |
| | | Retail Store | Kate Spade | K.IkebukuroSB | 2F, 1-28-1, Minami-ikebukuro | Toshima-ku | | Tokyo | 171-8569 | JPN |
| | | Retail Store | Kate Spade | K.IkebukuroSBRT W | 3F, 1-28-1, Minami-ikebukuro | Toshima-ku | | Tokyo | 171-8569 | JPN |

Dated:  04-April-2020

Page 72 of 136

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP63 | JP2752.00 | Retail Store | Coach, Inc. | Ikebukuro Tobu | Tobu Department Ikebukuro store 2F, 1-1-25 Nishi-Ikebukuro, Toshima-ku, Tokyo | Toshima-ku | | Tokyo | 171-8512 | JPN |
| | | Retail Store | Coach, Inc. | Ikebukuro Tobu Mens | 1-1-25 Nishi-Ikebukuro | Toshima-ku | | Tokyo | 171-8512 | JPN |
| JP200 | JP3301.00 | Outlet Store | Coach, Inc. | Tosu | Tosu Premium Outlet #1700, 8-1 Yayoigaoka | Tosu | | Saga | 841-0005 | JPN |
| | | Outlet Store | Coach, Inc. | Tosu Mens Factory | Tosu Premium Outlet 150, 8-1, Yayoigaoka | Tosu | | Saga | 841-0005 | JPN |
| | | Outlet Store | Kate Spade | Tosu | 8-1 Yayoigaoka | Tosu | | Saga | 841-0005 | JPN |
| JP183 | JP1917.00 | Retail Store | Coach, Inc. | Tottori Daimaru | Daimaru Tottori 1F, 2-151 Imamachi, | Tottori-shi | | Tottori | 680-8601 | JPN |
| JP136 | JP7898.00 | Retail Store | Coach, Inc. | Toyama Daiwa | Toyama Daiwa Department store 1F, 3-8-6 Sougawa, | Toyama-shi | | Toyama | 930-8505 | JPN |
| JP126 | JP7909.00 | Retail Store | Coach, Inc. | Toyohashi Honokuni | Honokuni Hyakaten 1F, 2-10 Ekimae Odori | Toyohashi | | Aichi | 440-0888 | JPN |
| | | Retail Store | Coach, Inc. | Toyota Matsuzakaya | 2-10 Ekimae Odori | Toyohashi | | Aichi | 440-0888 | JPN |
| JP162 | JP7918.00 | Retail Store | Coach, Inc. | Senri Hankyu | Hankyu Department Senri Store 2F, 1-5-1 Shinsenri-Higashimachi | Toyonaka-shi | | Osaka | 560-8550 | JPN |
| JP30 | JP7877.00 | Retail Store | Coach, Inc. | Utsunomiya Tobu | Tobu Utsunomiya Department 1F, 5-4, Miyazono-cho | Utsunomiya-shi | | Tochigi | 320-8560 | JPN |
| JP230 | JP7924.00 | Retail Store | Coach, Inc. | Wakayama Kintetsu | Kintetsu Department Wakayama store 1F, 5-18 Tomoda-cho, | Wakayama | | Wakayama | 640-8546 | JPN |

Dated:  04-April-2020

Page 73 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| JP186 | JP7932.00 | Retail Store | Coach, Inc. | Yamaguchi Izutsuya | Yamaguchi Izutsuya 1F, 3-3 Nakaichi-cho | Yamaguchi-shi | | Yamaguchi | 753-0086 | JPN |
| JP116 | JP7911.00 | Retail Store | Coach, Inc. | Yokkaichi Kintetsu | Chubu Kintetsu Department Yotsukaichi store 1F, 7-34 Suwa Sakae-cho | Yokkaichi | | Mie | 510-8585 | JPN |
| | | Retail Store | Kate Spade | K.YokkaichiKT | 1F, 7-34, Suwa-sakae-machi | Yokkaichi | | Mie | 510-8585 | JPN |
| JP86 | JP7893.00 | Retail Store | Coach, Inc. | Tama Plaza Tokyu | Tokyu Department Store 1F, 1-7 Utsukushigaoka, Aoba-ku | Yokohama | | Kanagawa | 225-0002 | JPN |
| KSJP134 | JP8156.00 | Retail Store | Kate Spade | K.YokohamaLumine | B1F, 2-16-1, Takashima, Nishi-ku, Yokohama-shi, Kanagawa | Yokohama | | Kanagawa | 220-0011 | JPN |
| JP62 | JP2156.00 | Retail Store | Coach, Inc. | Yokohama Sogo | Sogo Department Yokohama store B1F, 2-18-1 Takashima, Nishi-ku | Yokohama | | Kanagawa | 220-8510 | JPN |
| | | Retail Store | Coach, Inc. | Yokohama Sogo Mens | Sogo Department Yokohama store 5F, 2-18-1 Takashima, Nishi-ku | Yokohama | | Kanagawa | 220-8510 | JPN |
| | | Retail Store | Kate Spade | K.YokohamaSogo | B1F, 2-18-1, Takasima, Nishi-ku | Yokohama | | Kanagawa | 220-8510 | JPN |
| JP57 | JP3602.00 | Retail Store | Coach, Inc. | Yokohama Takashimaya | Takashimaya Departement Yokohama store 1F, 1-6-31 Minami Saiwai, Nishi-ku | Yokohama-shi | | Kanagawa | 220-8601 | JPN |
| | | Retail Store | Kate Spade | K.YokohamaTK | 3F, 1-6-31, Minamisaiwai, Nishi-ku | Yokohama-shi | | Kanagawa | 220-0005 | JPN |
| JP74 | JP7895.00 | Retail Store | Coach, Inc. | Kamiooka Keikyu | 1-6-1 Kamiooka-niashi, Kounan-ku | Yokohama-shi | | Kanagawa | 233-8556 | JPN |
| JP184 | JP4003.00 | Retail Store | Coach, Inc. | Yonago Takashimaya | 1-30, Kakuban-cho, | Yonago-shi | | Tottori | 683-0812 | JPN |

**FM Global**

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KO68 | KO2400.00 | Retail Store | Coach, Inc. | Hyundai Jung Dong | 1F, 180 Gijiu-ro | Bucheon | | Gyeonggi-do | 14546 | KOR |
| KO65 | KO2402.00 | Retail Store | Coach, Inc. | AK Bundang | 1F, 42 Hwangsaeul-ro, 360 beon-gil | Bundang | | Gyeonggi-do | 13591 | KOR |
| KO107 | KO2237.00 | Outlet Store | Coach, Inc. | KR Busan Lotte East Busan Outlet | Lotte Premium Outlets East Busan, 147 Kijang Haean-ro | Busan | | Busan Metropolitan City | | KOR |
| KO74 | KO2386.00 | Retail Store | Coach, Inc. | Shinsegae Centum City | 1F, 35 Centum nam-daero | Busan | | Busan Metropolitan City | 48058 | KOR |
| KO97 | KO2215.00 | Outlet Store | Coach, Inc. | Shinsegae Kijang Outlet | 1133 Jeonggwan-ro | Busan | | Busan Metropolitan City | 619-953 | KOR |
| KO108 | KO2422.00 | Retail Store | Coach, Inc. | LOTTE CHANGWON | 124, Jungang-daero, Seongsan-gu | Changwon | | Gyeongsangnam-do | | KOR |
| KO111 | KO2572.00 | Retail Store | Coach, Inc. | Galleria Center City | 227 Gongwon-ro, 1F Galleria Dept. Store | Cheonan | | Chungcheongnam-do | 227-342 | KOR |
| KO78 | KO2417.00 | Retail Store | Coach, Inc. | Shinsegae Choong Cheong | 1F, 43 Mannam-ro | Cheonan | | Chungcheongnam-do | 31120 | KOR |
| KO70 | KO2415.00 | Retail Store | Coach, Inc. | Hyundai Cheongju | 1F, 308 Jikji-daero | Cheongju | | Chungcheongbuk-do | 28424 | KOR |
| KO67 | KO2279.00 | Retail Store | Coach, Inc. | Lotte Daegu | 161, Taepyeong-ro, Buk Gu | Daegu | | Daegu Metropolitan City | 41581 | KOR |
| KO87 | KO2394.00 | Retail Store | Coach, Inc. | Galleria Daejun | 2F, 211 Daedeok-daero, Seo-gu | Daejeon | | Daejeon Metropolitan City | 35229 | KOR |
| KO91 | KO2395.00 | Retail Store | Coach, Inc. | Lotte Daejeon | 598, Gyeryong-ro, Seo Gu | Daejeon | | Daejeon Metropolitan City | 35299 | KOR |
| KO114 | KO2815.00 | Retail Store | Kate Spade | KR Lotte Gwangju | 268 Dongmin-ro, Daein-dong | Dong-gu | | Gwangju Metropolitan City | | KOR |
| KO93 | KO2390.00 | Retail Store | Coach, Inc. | Daegu Shinsegae East Daegu | 5F, Daegu, Shincheon-dong | Dong-gu | | Daegu Metropolitan City | 41249 | KOR |
| KO99 | KO2391.00 | Outlet Store | Coach, Inc. | Lotte Isiapolis | 16, Palgong-ro 49-gil | Dong-gu | | Daegu Metropolitan City | 41026 | KOR |

Dated:  04-April-2020

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KO77 | KO2425.00 | Retail Store | Coach, Inc. | Shinsegae Gimhae | 1F, 24, 304 Jeonha-ro | Gimhae | | Gyeongsangnam-do | 50988 | KOR |
| KO98 | KO2426.00 | Outlet Store | Coach, Inc. | Lotte Gimhae Outlet | 469 JangYu-ro | Gimhae | | Gyeongsangnam-do | 51011 | KOR |
| KO53 | KO2403.00 | Retail Store | Coach, Inc. | Hyundai Gimpo Premium Outlet | 100, Arayuk-ro 152beon-gil, Gochon-eup 1F | Gimpo-si | | Gyeonggi-do | 10135 | KOR |
| KO66 | KO2404.00 | Retail Store | Coach, Inc. | Lotte Ilsan | 1283, Jungang-ro, Ilsandong Gu | Goyang | | Gyeonggi-do | 10401 | KOR |
| KO21 | KO2859.00 | Retail Store | Coach, Inc. | Shinsegae Gyeonggi | 677, Inchang-dong Lotte Square 1st Floor | Guri-si | | Gyeonggi-do | 471-712 | KOR |
| KO60 | KO2290.00 | Distribution Center | Coach, Inc. | Korea ICH | 91-40, Munhyeon-ro, Opo-eup | Gwangju-si | | Gangwon-do | 464894 | KOR |
| KO82 | KO2407.00 | Retail Store | Coach, Inc. | Shinsegae Hanam | 1F, 750 Misa-daero | Hanam | | Gyeonggi-do | 12942 | KOR |
| KO102 | KO2359.00 | Outlet Store | Coach, Inc. | Lotte Icheon Factory Outlet | 177-74, Premium outlet-ro | Icheon | | Gyeonggi-do | 22606 | KOR |
| KO109 | KO2571.00 | Outlet Store | Coach, Inc. | HYUNDAI SONGDO OUTLET | 158-1, Songdo-Dong, Yeonsu-Gu, 1F | Incheon | | Incheon Metropolitan City | | KOR |
| KO112 | KO2392.00 | Retail Store | Coach, Inc. | Shinsegae Incheon | 35 Yeonnam-ro | Incheon | | Gyeonggi-do | | KOR |
| KO62 | KO2427.00 | Retail Store | Coach, Inc. | Galleria Jinju | 1F, 1095 Jinju-daero | Jinju | | Gyeongsangnam-do | 52683 | KOR |
| KO76 | KO2430.00 | Retail Store | Coach, Inc. | Shinsegae Masan | 1F, 251 Happo-ro | Masanhappo-gu | | Gyeongsangnam-do | 631-480 | KOR |
| KO101 | KO2408.00 | Outlet Store | Coach, Inc. | Lotte Paju Outlet | 390 Hoedong-gil | Paju | | Gyeonggi-do | 10881 | KOR |
| KO103 | KO2360.00 | Outlet Store | Coach, Inc. | Shinsegae Paju Outlet | Yeoju Premium Outlets, 200 Pilseung-ro | Paju | | Gyeonggi-do | 10862 | KOR |

Dated:  04-April-2020

Page 76 of 136

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KO84 | KO2275.00 | Retail Store | Coach, Inc. | Hyundai Pangyo | 1F, 20 Pangyoyeok-ro 146 beon-gil | Pangyo | | Gyeonggi-do | 13529 | KOR |
| KO95 | KO2420.00 | Retail Store | Coach, Inc. | Lotte Pohang | 62, Haksan-ro, Buk Gu, Pohang | Pohang | | Gyeongsangbuk-do | 37718 | KOR |
| KO105 | KO0453.00 | Retail Store | Coach, Inc. | Lotte Main | 1 Sogong Dong, Jung Gu | Seoul | | Seoul City | 100-720 | KOR |
| KO106 | KO2384.00 | Office | Coach, Inc. | Coach Korea HQ | 7F, Namdaemun 9 Gil, Jung-gu | Seoul | | Seoul City | 04526 | KOR |
| KO58 | KO2373.00 | Retail Store | Coach, Inc. | Galleria West 1941 | 343, Apgujeong-ro, Gangnam-gu | Seoul | | Seoul City | 06008 | KOR |
| KO64 | KO2374.00 | Retail Store | Coach, Inc. | Lotte Nowon | 1414, Dongil-ro, Nowon Gu | Seoul | | Seoul City | 139708 | KOR |
| KO72 | KO2376.00 | Retail Store | Coach, Inc. | Hyundai Shincheon | 83 Sinchon-ro, Seodaemun-gu | Seoul | | Seoul City | 03789 | KOR |
| KO73 | KO2276.00 | Retail Store | Coach, Inc. | Hyundai Mokdong | 1F, 257 Mokdong Dong-ro | Seoul | | Seoul City | 07998 | KOR |
| KO79 | KO2377.00 | Retail Store | Coach, Inc. | Shinsegae Main | 1F, 63 Sogong-ro, Jung-gu | Seoul | | Seoul City | 04530 | KOR |
| KO81 | KO2378.00 | Retail Store | Coach, Inc. | Shinsegae Yeongdeungpo | 1F, 9 Yeongjung-ro | Seoul | | Seoul City | 07305 | KOR |
| KO85 | KO2152.00 | Retail Store | Coach, Inc. | LOTTE JAMSIL | 240 Olympic-ro, Songpa Gu | Seoul | | Seoul City | 02555 | KOR |
| KO89 | KO2381.00 | Retail Store | Coach, Inc. | Lotte Gimpo Skypark | 38, Haneul-gil, Gangseo-gu | Seoul | | Seoul City | 07505 | KOR |
| KO90 | KO2380.00 | Retail Store | Coach, Inc. | Hyundai Coex | 2F, 517 Teheran-ro, Gangnam-gu | Seoul | | Seoul City | 06164 | KOR |
| KO92 | KO2382.00 | Retail Store | Coach, Inc. | Lotte Kangnam | 401, Dogok-ro, Gangnam Gu | Seoul | | Seoul City | 06206 | KOR |
| KO94 | KO2383.00 | Retail Store | Coach, Inc. | Lotte Star City | 92, Neungdong-ro, Gwangjin Gu | Seoul | | Seoul City | 05065 | KOR |

Dated:  04-April-2020

Page 77 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KO113 | KO2347.00 | Outlet Store | Coach, Inc. | KR Siheung Shinsegae Siheung Outlet (POP-UP) | 699 Seohaean-ro | Siheung-si | | Gyeonggi-do | 15010 | KOR |
| KO61 | KO2413.00 | Retail Store | Coach, Inc. | AK SUWON | 1F AK Plaza, 924 Deogyeong-daero | Suwon | | Gyeonggi-do | | KOR |
| KO71 | KO2411.00 | Retail Store | Coach, Inc. | Galleria Suwon | 1F, 282 Hyowon-ro | Suwon | | Gyeonggi-do | 16491 | KOR |
| KO40 | KO2414.00 | Retail Store | Coach, Inc. | Shinsegae Wezonbu | 3F, 525 Pyounghwa-ro | Uijeongbu-si | | Gyeonggi-do | 11645 | KOR |
| KO88 | KO2399.00 | Retail Store | Coach, Inc. | Lotte Ulsan | 288 Samsan-ro, Nam-gu | Ulsan | | Ulsan Metropolitan City | 44719 | KOR |
| KO43 | KO1826.00 | Outlet Store | Coach, Inc. | | 1F, 561 East, 360 Myeongpum-ro, Sanggeo-ri | Yeoju-si | | Gyeonggi-do | 12646 | KOR |
| KO115 | KO2860.00 | Outlet Store | Coach, Inc. | KR Yongin Lotte Kiheung Premium Outlet | San 38-1, Gomae-dong, Giheung-gu | Yongin | | Gyeonggi-do | 16842 | KOR |
| MC04 | MC0043.00 | Distribution Center | Coach, Inc. | | Avenida do Almirante Magalhaes Correira No. 41, Centro Industrial Keck Seng B13, 13 andar U | Macao | | | | MAC |
| MC06 | MC0049.00 | Retail Store | Coach, Inc. | Studio City | Lo1-1169 , Studio City Cotai Storage Unit Shop L02-2021, Studio City, Cotai | Macao | | | | MAC |
| MC03 | MC0021.00 | Retail Store | Coach, Inc. | MGM | Unit 7, Level 1, MGM Macau Hotel, Avenida Dr. Sun Yat Sen | Nape | | | | MAC |

Dated: 04-April-2020

Page 78 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582
Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| MC01 | MC0006.00 | Retail Store | Coach, Inc. | Four Seasons | Shop No. 2823 & 2825, Level 2, Shops at Four Seasons, Shop No. 2823 & 2825, Cotai Strip Storage Unit LM1 on Mezzanine Level, Shoppes at Four | Taipa | | | | MAC |
| | | Retail Store | Coach, Inc. | Venetian | Shop 2008-2009, The Grand Canal Shoppes, The Venetian Macao-Resort-Hotel, Estrada Da Baia de N. Senhora da Esperanca | Taipa | | | | MAC |
| | | Retail Store | Kate Spade | Four Seasons | Estrada da Baia de Nossa Senhora da Esperanca | Taipa | | | | MAC |
| | | Retail Store | Kate Spade | Venetian | Shoppes at Venetian, Estrada da Baia de N. Senhora da Esperanca | Taipa | | | | MAC |
| STMO01 | MO0017.00 | Retail Store | Stuart Weitzman | Montecarlo | 17 Avenue des Spelugues | Monaco | | | 98000 | MCO |
| M524 | MA2153.00 | Retail Store | Coach, Inc. | Southkey Megamall | The Megamall Southkey, Kem Majidee | Bahru | | Johor | 81100 | MYS |
| KSM523 | MA2152.00 | Retail Store | Kate Spade | Penang Design Village | Jalan Cassia Barat 2, Lot No-G-146A | Bandar Cassia | | Pahang | 14110 | MYS |
| M512 | MA2027.00 | Retail Store | Coach, Inc. | Malaysia Queensbay | GF-46, GF-45 &GF43A, Queensbay Mall, 100 Persiaran Bayan Indah | Bayan Lepas | | Pahang | 11900 | MYS |
| M512A | MA2027.00 | Retail Store | Kate Spade | KSN QUEENSBAY MALL | 100 PERSIARAN BAYAN INDAH | Bayan Lepas | | Pahang | 11900 | MYS |
| KSM525 | MA2029.00 | Retail Store | Kate Spade | Genting SkyAvenue | Sky Avenue | Genting Highlands | | Pahang | 69000 | MYS |

Dated:  04-April-2020

FM Global

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| M516C | MA2029.00 | Off Site Storage | Coach, Inc. | Genting Highlands Premium Outlets Storeroom | Genting Highlands Resort | Genting Highlands | | Pahang | 69000 | MYS |
| M516D | MA2029.00 | Off Site Storage | Coach, Inc. | My Genting Sky Avenue St | Level T2A Genting Highlands Resort | Genting Highlands | | Pahang | 69000 | MYS |
| M505 | MA2028.00 | Retail Store | Coach, Inc. | Malaysia Gurney Plaza | Unit 170-G-35/36 Ground Floor, Plaza Gurney | George Town | | Pahang | 10250 | MYS |
| STM505 | MA2028.00 | Retail Store | Stuart Weitzman | SW Gurney | No. 170-G10B, Ground Floor, Plaza Gurney | George Town | | Pahang | 10250 | MYS |
| STM503 | MA1072.00 | Retail Store | Stuart Weitzman | MY Pavilion | Lot No 2.09.01, Level 2. Pavilion Kuala Lumpur Mall, 168, Jalan Bukit Bintang. | Jalan Bukit | | Kuala Lumpur | 55100 | MYS |
| KSM524 | MA2153.00 | Retail Store | Kate Spade | Johor SKM | Lot G-068, The Megamall Southkey, Kem Majidee | Johor Bahru | | Johor | 81100 | MYS |
| M522 | MA1543.00 | Retail Store | Kate Spade | KATE SPADE JPO - MULTIBRAND | JOHOR PREMIUM OUTLETS, UNIT 616, JALAN PREMIUM OUTLETS, INDAHPURA | Johor Bahru | | Johor | 81000 | MYS |
| KSM507 | MA2031.00 | Retail Store | Kate Spade | Suria Sabah | Lot G50, G51 & G52, Ground Floor Suria Sabah Shopping Mall, 1 Jalan Tun Fuad Stephens | Kota Kinabalu | | Sabah | 88000 | MYS |
| M507 | MA2031.00 | Retail Store | Coach, Inc. | Malaysia Suria Sabah | Lot G50, G51 & G52, Ground Floor Suria Sabah Shopping Mall, 1 Jalan Tun | Kota Kinabalu | | Sabah | 88000 | MYS |
| M513 | MA2032.00 | Retail Store | Coach, Inc. | Malaysia Imago KK | G02 & G03 Imago Shopping Mall KK Times Square Phase 2, Off Coastal Highway | Kota Kinabalu | | Sabah | 88100 | MYS |

Dated:  04-April-2020

Page 80 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| M513B | MA2032.00 | Off Site Storage | Coach, Inc. | Imago Storeroom | Ground Floor, KK Times Square Phase 2 off Coastal Highway | Kota Kinabalu | | Sabah | 88100 | MYS |
| M501 | MA0680.00 | Retail Store | Coach, Inc. | Malaysia KLCC | Ground Floor, Unit G010203 Federal Territory | Kuala Lumpur | | Kuala Lumpur | 50088 | MYS |
| M501A | MA0680.00 | Retail Store | Kate Spade | KSN KLCC | SURIA KLCC, KUALA LUMPUR CITY CENTRE, LOT 112A-B, LEVEL 1 | Kuala Lumpur | | Kuala Lumpur | 50088 | MYS |
| M501B | MA0680.00 | Retail Store | Coach, Inc. | Malaysia KLCC Mens | Lot 102 & 103A, Level 1, Kuala Lumpur City Center | Kuala Lumpur | | Kuala Lumpur | 50088 | MYS |
| M502 | MA1699.00 | Retail Store | Coach, Inc. | Malaysia The Gardens | Ground Floor, The Gardens, Mid Valley City | Kuala Lumpur | | Kuala Lumpur | 59200 | MYS |
| M502A | MA1699.00 | Retail Store | Kate Spade | KSN GARDENS | THE GARDENS MALL, MID VALLEY CITY LINGKARAN SYED PUTRA, SHOP G-207 | Kuala Lumpur | | Kuala Lumpur | 59200 | MYS |
| M503 | MA1072.00 | Retail Store | Coach, Inc. | Malaysia Pavillion | Lot 3.12 Level 3, Pavilion Kuala Lumpur Shopping Mall, 168 Jalan Bukit Bintang | Kuala Lumpur | | Kuala Lumpur | 55100 | MYS |
| M509 | MA2024.00 | Retail Store | Coach, Inc. | Malaysia Empire Gallery | G23-A & G25 Ground Floor, Empire Shopping Gallery, Subang Jaya | Kuala Lumpur | | Selangor | 47200 | MYS |
| M510 | MA2034.00 | Retail Store | Coach, Inc. | Malaysia Alamanda | Lot No. LG48-50, Jalan Alamanda, Precinct 1, Putrajaya, Wilayah Persekutuan | Kuala Lumpur | | Kuala Lumpur | 62000 | MYS |
| M527 | MA2282.00 | Retail Store | Coach, Inc. | NU Sentral | Level LG, Subcourt, NU Sentral Mall No 201, Jalan Tun Sambanthan | Kuala Lumpur | | | 50470 | MYS |

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| M701 | MA2038.00 | Retail Store | Coach, Inc. | Malaysia Sogo | 190 Jalan Tuanku Abdul Rahman | Kuala Lumpur | | Kuala Lumpur | 50100 | MYS |
| M801 | MA2036.00 | Office | Coach, Inc. | Malaysia Office | Level 16, The Pavilion Tower, Jalan Raja Chulan | Kuala Lumpur | | Kuala Lumpur | 50200 | MYS |
| STM501 | MA0680.00 | Retail Store | Stuart Weitzman | KLCC | #Lot G15 Ground Floor, Kuala Lumpur City Center | Kuala Lumpur | | Selangor | 50088 | MYS |
| M511 | MA2033.00 | Retail Store | Coach, Inc. | Malaysia The Spring | Lot G17, Ground Floor,The Spring Shopping Mall,Persiaran Spring | Kuching | | Sarawak | 93300 | MYS |
| M522B | MA2030.00 | Outlet Store | Coach, Inc. | JPO Men's | Lot No. 610, D1-D29 Jalan Premium Outlets, Indahputra | Kulaijaya | | Johor | 81000 | MYS |
| STM522 | MA2030.00 | Retail Store | Stuart Weitzman | SW JPO | No. 610 Jalan Premium Outlets, Indahputra | Kulaijaya | | Johor | 81000 | MYS |
| M516 | MA2029.00 | Retail Store | Kate Spade | KSN GPO | KM 13 GENTING HIGHLANDS, SUITE 534, GENTING HIGHLANDS PREMIUM OUTLET, PAHANG DARUL MAKMUR | Pahang | | Pahang | 11900 | MYS |
| M516A | MA2029.00 | Outlet Store | Coach, Inc. | Genting Highlands Premium Outlets | Suite 800 & 802 Genting Premium Outlets | Pahang | | Pahang | 69000 | MYS |
| M516B | MA2029.00 | Retail Store | Coach, Inc. | SkyAvenue Mall | 1, Genting Highlands Resort | Pahang | | Pahang | 69000 | MYS |
| M505A | MA2028.00 | Retail Store | Kate Spade | KSN GURNEY PARAGON | G14 & G15, GURNEY PARAGON MALL, PERSIARAN GURNEY | Penang | | Pahang | 10450 | MYS |
| M523 | MA2152.00 | Outlet Store | Coach, Inc. | MY Penang Outlet | Jalan Cassia Barat 2 | Penang | | | 14110 | MYS |

Dated:  04-April-2020

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSM504 | MA2026.00 | Retail Store | Kate Spade | MY - One Utama | G-310 Ground Floor Highstreet, 1 Utama Shopping Centre, No. 1, Lebuh Bandar Utama, Bandar Utama, | Petaling Jaya | | Selangor | 47800 | MYS |
| M504 | MA2026.00 | Retail Store | Coach, Inc. | Malaysia One Utama | Ground Floor, Centre Concourse, 1 Utama Shopping Centre, Bandar Utama | Petaling Jaya | | Selangor | 47800 | MYS |
| M508 | MA2025.00 | Retail Store | Coach, Inc. | Malaysia Sunway | Unit G1. 10, Ob K3A & Ob. K3B Ground Floor & Oasis Blvd, Sunway Pyramid Bandar Sunway | Petaling Jaya | | Selangor | 46150 | MYS |
| M513A | MA2032.00 | Retail Store | Kate Spade | KSN - IMAGO KK TIMES SQUARE | Lot No G03 B & G05, IMAGO SHOPPING MALL, KK TIMES SQUARE, OFF COASTAL HIGHWAY | Sabah | | Sabah | 238873 | MYS |
| M035 | MA1827.00 | Distribution Center | Coach, Inc. | Malaysia ICH | SDV Transport (M) Sdn Bhd Lot 605, Complex Hamodal 1, Persiaran Subang Jaya, Off Jalan SS13/1K | Subang Jaya | | Selangor | 47500 | MYS |
| NL01 | NE5182.00 | Distribution Center | Coach, Inc. | Europe DC | Hanzepoort 30 | Oldenzaal | | Overijssel | 7575 DA | NLD |
| NL02A | NE3469.00 | Outlet Store | Coach, Inc. | | Stadsweide 2 | Roermond | | Limburg | 6041 TD | NLD |
| | | Off Site Storage | Coach, Inc. | Roermond | Stadsweide 2 | Roermond | | Limburg | 6041 TD | NLD |
| NZ01 | NZ2306.00 | Retail Store | Coach, Inc. | Coach Auckland City | 80 Queen Street | Auckland | | Northland | 1010 | NZL |

Dated:  04-April-2020

Page 83 of 136

**FM**Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| NZ02 | NZ2948.00 | Retail Store | Coach, Inc. | Coach DJ Wellington | 165/167 Lambton Quay | Wellington | | Hawkes Bay | 6011 | NZL |
| PO03 | PO0666.00 | Outlet Store | Coach, Inc. | Freeport | Avenida Euro 2004, No. 1298 | Alcochete | | Lisboa | 2890-154 | PRT |
| PO01 | PO1229.00 | Retail Store | Coach, Inc. | ECI Lisbon | El Corte Ingles Av Antonio Augusto De Aguiar, 31 | Lisbon | | Lisboa | 1069-413 | PRT |
| PO04 | PO1026.00 | Outlet Store | Coach, Inc. | Vila Do Condo | Unit 50, avenida fonte cova 400 | Vila do Conde | | | 4485-592 | PRT |
| PO02 | PO1230.00 | Retail Store | Coach, Inc. | ECI Oporto | El Corte Ingles Avenida da Republica | Vilka Nova de Gaia | | Porto | 4430-999 | PRT |
| S035 | SI0327.00 | Distribution Center | Coach, Inc. | Singapore ICH | 39 Keppel Road #05-01 Tanjong Pagar Distripark | Singapore | | Central Singapore | 089065 | SGP |
| S501 | SI1553.00 | Retail Store | Coach, Inc. | Singapore Paragon | 290 Orchard Road #01-11/12 The Paragon | Singapore | | Central Singapore | 238859 | SGP |
| S503 | SI1094.00 | Retail Store | Coach, Inc. | Singapore Raffles City | 252 North Bridge Road #01-34 Raffles City Shopping Centre | Singapore | | Central Singapore | 179103 | SGP |
| | | Retail Store | Kate Spade | KSN RAFFLES CITY | 252 NORTH BRIDGE ROAD, #01-23/24, RAFFLES CITY | Singapore | | Central Singapore | 179103 | SGP |
| S506 | SI1172.00 | Retail Store | Coach, Inc. | Singapore VivoCity | 1 Harbourfront Walk #01-194 Vivo City | Singapore | | Central Singapore | 098585 | SGP |
| | | Retail Store | Kate Spade | KSN VIVO CITY | 1 Harbourfront Walk, SPACE NO. 01-127/128, Vivo City | Singapore | | Central Singapore | 098585 | SGP |
| S507 | SI0760.00 | Retail Store | Coach, Inc. | Wisma Atria | 435 Orchard Road #02-19/27 Wisma Atria | Singapore | | Central Singapore | 238877 | SGP |

Dated:  04-April-2020

Page 84 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| SS09 | SI0250.00 | Retail Store | Coach, Inc. | Singapore Takashimaya Men's | 391 Orchard Road Takashimaya 302-4-2 | Singapore | | Central Singapore | 238873 | SGP |
| | | Retail Store | Coach, Inc. | Takashimaya | Level 1, 391 Orchard Road | Singapore | | Central Singapore | 238873 | SGP |
| | | Retail Store | Coach, Inc. | Takashimaya | 391 Orchard Road | Singapore | | Central Singapore | 238872 | SGP |
| SS11 | SI1184.00 | Retail Store | Coach, Inc. | Marina Bay Sands | 2 Bayfront Avenue #B2-40 Marina Bay Sands | Singapore | | Central Singapore | 018972 | SGP |
| | | Retail Store | Kate Spade | KSN MBS | 2 BAYFRONT AVENUE, #B2-017, THE SHOPPES AT MARINA BAY SANDS | Singapore | | Central Singapore | 018972 | SGP |
| SS12 | SI1715.00 | Office | Coach, Inc. | Singapore Office | 77 Robinson Road #08-01 Robinson 77 | Singapore | | Central Singapore | 068896 | SGP |
| SS14 | SI1552.00 | Retail Store | Kate Spade | KSN ION ORCHARD | 2 Orchard Turn #03-27 Ion Orchard | Singapore | | Central Singapore | 238801 | SGP |
| SS20A | SI0338.00 | Retail Store | Coach, Inc. | Singapore IMM | 2 Jurong East Street 21 #01-104 Imm Building | Singapore | | Central Singapore | 609601 | SGP |
| | | Retail Store | Kate Spade | KATE SPADE NEW YORK IMM | 2 JURONG EAST STREET 21, LOT 01-106/107/108/109 IMM MALL | Singapore | | Central Singapore | 609601 | SGP |
| | | Retail Store | Coach, Inc. | SG IMM Outlet Temp | 2 Jurong East Street 21, No. 02-08, IMM Building | Singapore | | Central Singapore | 609601 | SGP |

Page 85 of 136

Dated:  04-April-2020

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| SS22 | SI0138.00 | Retail Store | Kate Spade | KSN CHANGI AIRPORT T3 | UNIT 02-25, DEPARTURE/TRANSIT, SINGAPO CHANGI AIRPORT | Singapore | | Central Singapore | 819663 | SGP |
| | | Retail Store | Kate Spade | KSN CHANGI AIRPORT TERMINAL 4 | SINGAPORE CHANGI AIRPORT, TERMINAL 4 | Singapore | | Central Singapore | 819643 | SGP |
| | | Retail Store | Coach, Inc. | Jewel Changi Airport | 78 Airport Boulevard, Jewel Changi Airport | Singapore | | Central Singapore | 819666 | SGP |
| | | Retail Store | Kate Spade | Changi Jewel | 78 Airport Boulevard, No. 01-207, Jewel Changi Airport | Singapore | | Central Singapore | 819666 | SGP |
| CH19 | CH1444.00 | Retail Store | Coach, Inc. | Far Eastern Hsinchu | 323 Xida Road 1F East District | HsinChu | | Hsinchu | 30041 | TWN |
| CH27 | CH2123.00 | Retail Store | Coach, Inc. | Hsinchu Big City | No.239, Zhongyang Road East District | Hsinchu City | | Hsinchu | 30041 | TWN |
| CH15 | CH2124.00 | Retail Store | Coach, Inc. | Mitsukoshi Zuoying | 123 Gaotie Road 1F | KaoHsiung | | Kaohsiung | 81365 | TWN |
| CH16 | CH1154.00 | Retail Store | Coach, Inc. | Hanshin Department Store | 266-1 Cheng Gong 1st Road 3F Section 1 | KaoHsiung | | Kaohsiung | 81463 | TWN |
| CH17 | CH1525.00 | Retail Store | Coach, Inc. | Hanshin Zouying | 777 Bo'ai 2nd Road 1F | KaoHsiung | | Kaohsiung | 81355 | TWN |
| CH18 | CH2125.00 | Retail Store | Coach, Inc. | Far Eastern Kaohsiung | 21 Sanduo 4th Road 1F | KaoHsiung | | Kaohsiung | 80247 | TWN |
| CH21 | CH1837.00 | Retail Store | Coach, Inc. | Uni-Hankyu Kaohsiung | 789 Zhonghua 5th Road 1F Qian Zhen District | KaoHsiung | | Kaohsiung | 80674 | TWN |
| CH25 | CH1820.00 | Retail Store | Coach, Inc. | E-DA Outlet Mall | 12 Xuecheng Road Section 1 Dashu District 2F | KaoHsiung | | Kaohsiung | 84048 | TWN |
| CH04 | CH0326.00 | Retail Store | Coach, Inc. | Taichung Chung Yo | 161 Sun Ming Road, 1F Section 3 Building B | TaiChung | | Taichung | 40446 | TWN |

Dated:  04-April-2020

Page 86 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| CH07 | CH0692.00 | Retail Store | Coach, Inc. | Sogo Taichung | 299 Taichung Port Road 1F Section 1 | TaiChung | | Taichung | 40353 | TWN |
| CH12 | CH1438.00 | Retail Store | Coach, Inc. | Mitsukoshi Taichung | 2F, No.301, Sec. 3, Taiwan Blvd., Xitun Dist. | TaiChung | | Taichung | 40756 | TWN |
| | | | Coach, Inc. | Mitsukoshi Taichung (Men's) | 5F, No.301, Sec. 3, Taiwan Blvd., Xitun Dist. | TaiChung | | Taichung | 40756 | TWN |
| CH12B | CH1861.00 | Outlet Store | Coach, Inc. | TW Mitsui Outlet Park Taichung Port | 2F, NO.251, SEC. 3, TAIWAN BLVD | Taichung | | Taichung | | TWN |
| | | Retail Store | Coach, Inc. | Far Eastern Taichung Temp | Sec. 3, Taiwan Blvd. | Taichung | | Taichung | | TWN |
| CH14 | CH1133.00 | Retail Store | Coach, Inc. | Mitsukoshi Tainan | 658 Simen Road 1F | Tainan | | Tainan | 70059 | TWN |
| CH02 | CH1892.00 | Office | Coach, Inc. | Office | 1 Songzhi Road 22F Xinyi District | Taipei | | Taipei | 11047 | TWN |
| CH03 | CH1558.00 | Retail Store | Coach, Inc. | Taipei 101 Tower | 7 Xin Yi Road 2F Section 5 | Taipei | | Taipei | 11049 | TWN |
| CH06 | CH2130.00 | Retail Store | Coach, Inc. | Sogo Tienmu | 777 Zhong Shan North Road 1F Section 6 | Taipei | | Taipei | 11152 | TWN |
| CH08 | CH1155.00 | Retail Store | Coach, Inc. | Mitsukoshi Nanking | 12 Nanjing West Road 1F | Taipei | | Taipei | 10444 | TWN |
| CH09 | CH1885.00 | Retail Store | Coach, Inc. | Mitsukoshi Hsinyi A8 | 12 Songgao Road 1F | Taipei | | Taipei | 11073 | TWN |
| CH22 | CH1911.00 | Retail Store | Coach, Inc. | Sogo BR 4 | 300 Zhongxiao East Road Section 3 | Taipei | | Taipei | 10654 | TWN |
| CH23 | CH2133.00 | Retail Store | Coach, Inc. | Dayeh Takashimaya | 55 Zhongcheng Road, 1F Section 2 Shilin District | Taipei | | Taipei | 11148 | TWN |
| CH31 | CH2135.00 | Retail Store | Coach, Inc. | TW Taipei Q Square Temp | No. 1, Sec. 1, Chengde Road Datong District | Taipei | | Taipei | 103 | TWN |

Dated:  04-April-2020

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSCH01 | CH2381.00 | Outlet Store | Kate Spade | Mitsui Outlet Park Linkou | No. 356, Section 1, Wenhuasan Road | Taipei | | Taipei | | TWN |
| KSCH02 | CH2034.00 | Retail Store | Kate Spade | Breeze - Xin Yi | No.68, Sec. 5, Zhongxiao E. Rd. | Taipei | | Taipei | | TWN |
| KSCH22 | CH2382.00 | Retail Store | Kate Spade | SOGO - Fuxing Store,Taipei | No. 300, Sec. 3, Jhongsiao East Road 3/f, Fu-Xing Branch | Taipei | | Taipei | | TWN |
| CH01 | CH1913.00 | Distribution | Coach, | Taiwan ICH | No.53, Hou-Shen Rd., | Tao Yuan | | Taoyuan | | TWN |
| CH29 | CH2126.00 | Outlet Store | Coach, Inc. | Taimall | 1F, No. 112, Sec. 1, Nankan Road Luzhu Township | Taoyuan | | Taoyuan | 338 | TWN |
| CH32 | CH2127.00 | Outlet Store | Coach, Inc. | TW Taoyuan Gloria Outlets | 1F, No. 189, Chunde Road Zhongli District | Taoyuan | | Taoyuan | 320 | TWN |
| | | Outlet Store | Kate Spade | TW Gloria Outlets | No. 189 Chunde Road | Taoyuan | | Taoyuan | 320 | TWN |
| CH26 | CH2128.00 | Retail Store | Coach, Inc. | Far Eastern Taoyuan | No.20, Zhongzheng Road | Taoyuan City | | Taoyuan | 330 | TWN |
| CH05 | CH2129.00 | Retail Store | Coach, Inc. | Sogo Zhongli | No. 357, Yuan Hua Road 1F | Zhong Li City | | Taoyuan | 111 | TWN |
| 3600 | 085866.06 | Retail Store | Coach, Inc. | Riviera Center Factory Store | 2601 South McKenzie Street Space 220 | Foley | Baldwin | Alabama | 36535-3416 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets-Foley | 2601 S McKenzie St | Foley | Baldwin | Alabama | 36535-3416 | USA |
| 3601 | 002324.83 | Outlet Store | Coach, Inc. | Grand River | 6200 Grand River Boulevard East Space 642 | Leeds | Jefferson | Alabama | 35094-6701 | USA |
| | | Outlet Store | Kate Spade | Outlet Shops of Grand River | 6200 Grand River Pkwy Suite 620A | Leeds | Jefferson | Alabama | 35094-6708 | USA |
| KSAL13 | 085446.48 | Retail Store | Kate Spade | The Summit | 225 Summit Boulevard | Vestavia | Jefferson | Alabama | 35243-3190 | USA |
| 1130 | 092003.21 | Retail Store | Coach, Inc. | Anchorage 5th Avenue Mall | 320 West 5th Avenue Space 306 | Anchorage | Anchorage | Alaska | 99501-2357 | USA |

Dated:  04-April-2020

Page 88 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582

Policy No. 1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 3700 | 000248.33 | Outlet Store | Coach, Inc. | Anthem | 4250 West Anthem Way Space 520 | Anthem | Maricopa | Arizona | 85086-7678 | USA |
| 1101 | 000261.22 | Retail Store | Coach, Inc. | Chandler Fashion Center | 3111 West Chandler Boulevard Space 1052 | Chandler | Maricopa | Arizona | 85226-5071 | USA |
| 3703 | 002692.45 | Outlet Store | Coach, Inc. | Phoenix Primium Outlets | 4976 Premium Outlets Way Suite 700 | Chandler | Maricopa | Arizona | 85226-5515 | USA |
| | | Outlet Store | Kate Spade | Phoenix Premium Outlets | 4976 Premium Outlets Way | Chandler | Maricopa | Arizona | 85226-5502 | USA |
| 1105 | 001523.38 | Retail Store | Coach, Inc. | San Tan Village | 2206 East Williams Field Road Building 9 Suite 110 | Gilbert | Maricopa | Arizona | 85295-0769 | USA |
| 1104 | 089415.65 | Retail Store | Coach, Inc. | Arrowhead Towne Center | 7700 West Arrowhead Towne Center Suite 1088 | Glendale | Maricopa | Arizona | 85308-8616 | USA |
| 3702 | 002685.81 | Outlet Store | Coach, Inc. | Westgate | 6800 North 95th Avenue | Glendale | Maricopa | Arizona | 85305-6800 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets West Gate | 6800 North 95th Avenue | Glendale | Maricopa | Arizona | 85305-6800 | USA |
| 1100 | 089480.06 | Retail Store | Coach, Inc. | Scottsdale Fashion Square | 7014 East Camelback Road Suite 1136 | Scottsdale | Maricopa | Arizona | 85251-1235 | USA |
| | | Retail Store | Stuart Weitzman | Scottsdale Fashion Square | 7014 East Camelback Road Suite 1084 | Scottsdale | Maricopa | Arizona | 85251-1242 | USA |
| | | Retail Store | Kate Spade | Scottsdale Fashion Square | 7014 East Camelback Road | Scottsdale | Maricopa | Arizona | 85251-1227 | USA |
| 1103 | 000366.02 | Retail Store | Coach, Inc. | Kierland Commons | 15215 North Kierland Boulevard Suite 130 | Scottsdale | Maricopa | Arizona | 85254-8185 | USA |
| 3704 | 003107.38 | Outlet Store | Coach, Inc. | | 6401 West Marana Center Boulevard | Tucson | Pima | Arizona | 85742-8521 | USA |
| | | Outlet Store | Kate Spade | Tuscan Premium Outlets | 6401 W Marana Center | Tucson | Pima | Arizona | 85742-8521 | USA |

Dated: 04-April-2020

Page 89 of 136

**Account No.  1-35582**

**Policy No.  1065667**

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSAZ05 | 000731.75 | Retail Store | Coach, Inc. | La Encantada | 2905 East Skyline Drive Suite 265 | Tucson | Pima | Arizona | 85718-3087 | USA |
| | | Retail Store | Kate Spade | La Encantada | 2905 East Skyline Drive | Tucson | Pima | Arizona | 85718-3087 | USA |
| 3817 | 089828.90 | Outlet Store | Coach, Inc. | Viejas Springs Village Outlet Center | 5005 Willows Road Space E102 | Alpine | San Diego | California | 91901-1675 | USA |
| 1266 | 076681.07 | Retail Store | Coach, Inc. | Santa Anita | 400 South Baldwin Avenue Space 2135 | Arcadia | Los Angeles | California | 91007-1900 | USA |
| | | Retail Store | Kate Spade | Santa Anita | 400 S Baldwin Avenue | Arcadia | Los Angeles | California | 91007-1953 | USA |
| KSCA178 | 089521.76 | Retail Store | Kate Spade | Cabazon | 368 West Lincoln Street | Banning | Riverside | California | 92220 | USA |
| 3801 | 089568.83 | Outlet Store | Coach, Inc. | Barstow (Men's) | 2796 Tanger Way Suite 300 | Barstow | San Bernardino | California | 92311-9414 | USA |
| | | Outlet Store | Coach, Inc. | Barstow | 2796 Tanger Way Space 310 | Barstow | San Bernardino | California | 92311-9414 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets - Barstow | 2796 Tanger Way | Barstow | San Bernardino | California | 92311-9414 | USA |
| 1229 | 089764.20 | Retail Store | Coach, Inc. | Rodeo Drive | 327 North Rodeo Drive | Beverly Hills | Los Angeles | California | 90210-5105 | USA |
| STCA04 | 002258.16 | Retail Store | Stuart Weitzman | Beverly Hills | 437 North Rodeo Drive | Beverly Hills | Los Angeles | California | 90210-4536 | USA |
| 1202 | 076750.01 | Retail Store | Coach, Inc. | Brea Mall | 1052 Brea Mall | Brea | Orange | California | 92821-5718 | USA |
| KSCA173 | 003537.67 | Retail Store | Kate Spade | Burlingame | 1207 Burlingame Avenue | Burlingame | San Mateo | California | 94010-4107 | USA |

Dated:  04-April-2020

Page 90 of 136

**FM** Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 3802 | 089586.01 | Outlet Store | Coach, Inc. | Desert Hills Premium Outlets | 48650 Seminole Drive Space 138 | Cabazon | Riverside | California | 92230-2116 | USA |
| | | Outlet Store | Kate Spade | Desert Hills Premium Outlets | 48650 Seminole Drive | Cabazon | Riverside | California | 92230-2116 | USA |
| STCA09 | 089586.03 | Outlet Store | Stuart Weitzman | Cabazon | 48400 Seminole Drive | Cabazon | Riverside | California | 92230-2125 | USA |
| 3831 | 002747.25 | Outlet Store | Coach, Inc. | Gran Plaza | 888 West 2nd Street | Calexico | Imperial | California | 92231-9632 | USA |
| 3807 | 089785.64 | Outlet Store | Coach, Inc. | Camarillo Premium Outlets | 690 Ventura Boulevard Space 100 | Camarillo | Ventura | California | 93010-5844 | USA |
| | | Outlet Store | Coach, Inc. | Camarillo Premium Outlets | 740 Ventura Boulevard Space 518 | Camarillo | Ventura | California | 93010-5842 | USA |
| | | Outlet Store | Kate Spade | Camarillo Premium Outlets | 950 Camarillo Center Drive | Camarillo | Ventura | California | 93010-7747 | USA |
| STCA01 | 076691.36 | Retail Store | Stuart Weitzman | Topanga Shopping Center | 6600 Topanga Canyon Boulevard Unit 18G | Canoga Park | Los Angeles | California | 91303-2617 | USA |
| 3832 | 000263.63 | Outlet Store | Coach, Inc. | Carlsbad Company Stores | 560 Paseo Del Norte | Carlsbad | San Diego | California | 92008-4458 | USA |
| | | Outlet Store | Coach, Inc. | Carlsbad | 5630 Paseo Del Norte Space A139 | Carlsbad | San Diego | California | 92008-4458 | USA |
| | | Outlet Store | Kate Spade | Carlsbad Premium Outlets | 5630 Paseo del Norte | Carlsbad | San Diego | California | 92008-4458 | USA |
| | | Off Site Storage | Kate Spade | Offsite Storage Warehouse - Carlsbad, CA | 5630 Paseo del Norte Ste 100 | Carlsbad | San Diego | California | 92008-4456 | USA |
| KSCA167 | 076585.75 | Retail Store | Kate Spade | Carmel Plaza | Ocean and Mission Street | Carmel | Monterey | California | 93923-8245 | USA |
| 3803 | 076585.86 | Retail Store | Coach, Inc. | Carmel Plaza | Ocean Avenue & San Carlos Street Space 1 | Carmel-by-the-Sea | Monterey | California | 93921 | USA |

Dated:  04-April-2020

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1248 | 076091.22 | Retail Store | Coach, Inc. | Los Cerritos Center | 251 Los Cerritos Mall Space D21 | Cerritos | Los Angeles | California | 90703-5422 | USA |
| 3827 | 089590.43 | Outlet Store | Coach, Inc. | Citadel Outlets | 100 Citadel Drive Space 616 | Commerce | Los Angeles | California | 90040-1580 | USA |
| | | Outlet Store | Kate Spade | Citadel Outlets | 100 Citadel Drive | Commerce | Los Angeles | California | 90040-1523 | USA |
| 1209 | 076787.87 | Retail Store | Coach, Inc. | South Coast Plaza- Jewel Court | 3333 Bristol Street Space 2883 | Costa Mesa | Orange | California | 92626-1873 | USA |
| | | Retail Store | Stuart Weitzman | South Coast Plaza | 3333 Bristol Street Suite 1225 | Costa Mesa | Orange | California | 92626-1803 | USA |
| | | Retail Store | Kate Spade | South Coast Plaza | 3333 Bristol St Ste 2001 | Costa Mesa | Orange | California | 92626-1823 | USA |
| 1246 | 076821.40 | Retail Store | Coach, Inc. | North County | 200 East Via Rancho Parkway | Escondido | San Diego | California | 92025 | USA |
| 3815 | 076172.61 | Outlet Store | Coach, Inc. | Folsom Premium Outlets | 13000 Folsom Boulevard Suite 706A | Folsom | Sacramento | California | 95630-8001 | USA |
| | | Outlet Store | Kate Spade | Folsom Premium Outlets | 13000 Folsom Boulevard | Folsom | Sacramento | California | 95630-8001 | USA |
| 3825 | 076590.42 | Outlet Store | Coach, Inc. | Gilroy Premium Outlets | 8325 Arroyo Circle Space B044 | Gilroy | Santa Clara | California | 95020-7325 | USA |
| | | Outlet Store | Coach, Inc. | Gilroy (Men's) | 8375 Arroyo Circle Space A059 | Gilroy | Santa Clara | California | 95020-7326 | USA |
| | | Outlet Store | Kate Spade | Gilroy Premium Outlets | 681 Leavesley Road | Gilroy | Santa Clara | California | 95020-3647 | USA |
| 6008 | 003881.46 | Off Site Storage | Coach, Inc. | Offsite Storage - Gilroy Premium | 8901 Murray Avenue | Gilroy | Santa Clara | California | 95020-3794 | USA |
| 1206 | 076688.36 | Retail Store | Coach, Inc. | Glendale Galleria | 2110 Glendale Galleria | Glendale | Los Angeles | California | 91210-2101 | USA |
| KSCA134 | 001639.36 | Retail Store | Kate Spade | The Americana at Brand | 116 Caruso Avenue | Glendale | Los Angeles | California | 91210-1563 | USA |

Dated:  04-April-2020

Page 92 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSCA166 | 003537.89 | Retail Store | Kate Spade | La Jolla | 7931 Girard Avenue | La Jolla | San Diego | California | 92037-4233 | USA |
| 3805 | 089764.73 | Outlet Store | Coach, Inc. | Lake Arrowhead | 28200 Highway 189 Space T210 & T220 | Lake Arrowhead | San Bernardino | California | 92352-9700 | USA |
| 3828 | 076292.24 | Outlet Store | Coach, Inc. | Livermore | 3098 Livermore Outlets Drive | Livermore | Alameda | California | 94551-4201 | USA |
| | | Outlet Store | Kate Spade | San Francisco Premium Outlets | 2920 Livermore Outlets Drive | Livermore | Alameda | California | 94551-4200 | USA |
| | | Retail Store | Stuart Weitzman | San Francisco Premium/Livermore | 2774 Livermore Outlets Drive | Livermore | Alameda | California | 94551-4204 | USA |
| KSCA181 | 003544.68 | Retail Store | Kate Spade | San Francisco Premium ASC (5218) | 302 Lindbergh Avenue | Livermore | Alameda | California | 94551-9511 | USA |
| 1201 | 089591.25 | Retail Store | Coach, Inc. | Beverly Center | 8500 Beverly Boulevard Space 718 | Los Angeles | Los Angeles | California | 90048-6201 | USA |
| | | Retail Store | Stuart Weitzman | Beverly Center | 8500 Beverly Boulevard | Los Angeles | Los Angeles | California | 90048-6201 | USA |
| 1226 | 000506.53 | Retail Store | Coach, Inc. | Farmers Market | 189 The Grove Drive Suite K20 | Los Angeles | Los Angeles | California | 90036-6222 | USA |
| KSCA185 | 076732.99 | Retail Store | Kate Spade | Westfield Century City | 10250 Santa Monica Boulevard | Los Angeles | Los Angeles | California | 90067-6501 | USA |
| 3818 | 076112.70 | Outlet Store | Coach, Inc. | Great Mall | 447 Great Mall Drive | Milpitas | Santa Clara | California | 95035-8041 | USA |
| | | Outlet Store | Kate Spade | Great Mall | 258 Great Mall Drive | Milpitas | Santa Clara | California | 95035-8026 | USA |
| 1269 | 076658.11 | Retail Store | Coach, Inc. | Vintage Faire Mall | 3401 Dale Road Suite 642 | Modesto | Stanislaus | California | 95356-0505 | USA |
| 1243 | 089566.28 | Retail Store | Coach, Inc. | Montebello Town Center | 1772 Montebello Town Center Drive Space A19 | Montebello | Los Angeles | California | 90640-2163 | USA |

Dated: 04-April-2020

Page 93 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KS3814 | 076202.90 | Outlet Store | Coach, Inc. | Napa Premium Outlets | 885 Factory Stores Drive Space 885 | Napa | Napa | California | 94558-5661 | USA |
| | | Outlet Store | Kate Spade | Napa Premium Outlets | 835 Factory Stores Drive | Napa | Napa | California | 94558-5660 | USA |
| 3819 | 076667.80 | Outlet Store | Coach, Inc. | Ontario Mills | 1 Mills Circle Space 912A | Ontario | San Bernardino | California | 91764-5207 | USA |
| | | Outlet Store | Kate Spade | Ontario Mills | 1 Mills Circle | Ontario | San Bernardino | California | 91764-5207 | USA |
| KSCA139 | 000769.74 | Retail Store | Kate Spade | The Gardens on El Paseo | 73-425 El Paseo Drive | Palm Desert | Riverside | California | 92260 | USA |
| KSCA33 | 076563.64 | Retail Store | Coach, Inc. | Stanford Shopping Center | 361 Stanford Shopping Center | Palo Alto | Santa Clara | California | 94304-1414 | USA |
| | | Retail Store | Stuart Weitzman | Stanford Shopping Center | 660 Stanford Shopping Center Spc 185 | Palo Alto | Santa Clara | California | 94304-1400 | USA |
| | | Retail Store | Kate Spade | Stanford Shopping Center | 115 Stanford Shopping Center | Palo Alto | Santa Clara | California | 94304-1405 | USA |
| 3810 | 076200.52 | Outlet Store | Coach, Inc. | Petaluma Village Premium Outlets | 2200 Petaluma Boulevard North Suite 935 | Petaluma | Sonoma | California | 94952-6318 | USA |
| | | Outlet Store | Kate Spade | Petaluma Village Premium Outlets | 2200 Petaluma Boulevard N | Petaluma | Sonoma | California | 94952-6318 | USA |
| 3821 | 076659.31 | Outlet Store | Coach, Inc. | Pismo Beach | 333 Five Cities Drive Suite 108 | Pismo Beach | San Luis Obispo | California | 93449-5000 | USA |
| | | Outlet Store | Kate Spade | Pismo Beach Premium Outlets | 333 Five Cities Drive | Pismo Beach | San Luis Obispo | California | 93449-5000 | USA |
| 1230 | 076377.23 | Retail Store | Coach, Inc. | Stoneridge Mall | 2037 Stoneridge Mall Road Space A - 216 | Pleasanton | Alameda | California | 94588-3281 | USA |

Dated:  04-April-2020

Page 94 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSCA143 | 076168.92 | Retail Store | Coach, Inc. | Westfield Galleria at Roseville | 1151 Roseville Parkway Space 120 | Roseville | Placer | California | 95678-1918 | USA |
|  | 076173.83 | Retail Store | Kate Spade | Westfield Galleria at Roseville | 1151 Galleria Boulevard | Roseville | Placer | California | 95678-1937 | USA |
| 1208 | 076173.83 | Retail Store | Coach, Inc. | Sacramento | 1689 Arden Way Space 1318 | Sacramento | Sacramento | California | 95815-4030 | USA |
| 1205 | 076800.07 | Retail Store | Coach, Inc. | Fashion Valley Mall | 7007 Friars Road Suite 371 | San Diego | San Diego | California | 92108-1148 | USA |
|  |  | Retail Store | Kate Spade | Fashion Valley | 7007 Friars Road | San Diego | San Diego | California | 92108-1148 | USA |
| 3813 | 076819.58 | Outlet Store | Coach, Inc. | Las Americas Outlets | 4155 Camino de la Plaza Unit 420A | San Diego | San Diego | California | 92173-5934 | USA |
| KSCA190 | 076807.02 | Outlet Store | Kate Spade | Westfield UTC | 4545 La Jolla Village Drive Ste E-25 | San Diego | San Diego | California | 92122-1272 | USA |
| 1200 | 000414.21 | Retail Store | Coach, Inc. |  | 190 Post Street | San Francisco | San Francisco | California | 94108-4703 | USA |
| KSCA148 | 076502.10 | Retail Store | Coach, Inc. | San Francisco Centre | 865 Market Street Space 222 | San Francisco | San Francisco | California | 94103-1900 | USA |
|  |  | Retail Store | Kate Spade | Westfield San Francisco Centre | 845 Market Street | San Francisco | San Francisco | California | 94103-1900 | USA |
| KSCA164 | 002258.26 | Retail Store | Kate Spade | Santana Row | 355 Santana Row | San Jose | Santa Clara | California | 95128-2049 | USA |
| KSCA381 3 | 076819.58 | Outlet Store | Kate Spade | Las Americas Premium Outlets | 4201 Camino De La Plaza | San Ysidro | San Diego | California | 92173-3047 | USA |
| 1263 | 089767.85 | Retail Store | Coach, Inc. | Main Place | 2800 North Main Street Space 332A | Santa Ana | Orange | California | 92705-6607 | USA |
| 3812 | 000676.76 | Outlet Store | Coach, Inc. | Santa Barbara | 808A State Street 1F | Santa Barbara | Santa Barbara | California | 93101-3207 | USA |
| 1211 | 076373.74 | Retail Store | Coach, Inc. | Valley Fair | 2855 Stevens Creek Boulevard Space B205 | Santa Clara | Santa Clara | California | 95050-6709 | USA |

Dated: 04-April-2020

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSCA179 | 003539.94 | Retail Store | Stuart Weitzman | Valley Fair 3 | 2855 Stevens Creek Boulevard, Suite 1207 | Santa Clara | Santa Clara | California | 95050-6709 | USA |
| | | Retail Store | Kate Spade | Citadel ASC (5223) | 8603 Chetle Avenue | Santa Fe Springs | Los Angeles | California | 90670-2207 | USA |
| 1273 | 076678.69 | Retail Store | Coach, Inc. | Santa Monica Place | 395 Santa Monica Place Space 130 | Santa Monica | Los Angeles | California | 90401-2372 | USA |
| | | Retail Store | Stuart Weitzman | Santa Monica Place | 395 Santa Monica Place | Santa Monica | Los Angeles | California | 90401-3477 | USA |
| 1220 | 076692.43 | Retail Store | Coach, Inc. | Sherman Oaks Fashion Square | 14006 Riverside Drive Suite 34 | Sherman Oaks | Los Angeles | California | 91423-1945 | USA |
| 3834 | 002914.07 | Outlet Store | Coach, Inc. | Tejon Ranch | 5701 Outlets at Tejon Parkway | Tejon Ranch | Kern | California | 93203-2485 | USA |
| | | Outlet Store | Kate Spade | The Outlets at Tejon Ranch | 5701 Outlets at Tejon Parkway | Tejon Ranch | Kern | California | 93203-2456 | USA |
| 1270 | 076846.76 | Retail Store | Coach, Inc. | Promenade | 40764 Winchester Road Space 550 | Temecula | Riverside | California | 92591-6505 | USA |
| KSCA187 | 076759.04 | Retail Store | Coach, Inc. | Del Amo Fashion Center | 21712 Hawthorne Boulevard | Torrance | Los Angeles | California | 90503-7028 | USA |
| | | Retail Store | Kate Spade | Del Amo Fashion Center | 3525 W Carson St | Torrance | Los Angeles | California | 90503-5738 | USA |
| 3816 | 076616.35 | Outlet Store | Coach, Inc. | Tulare | 1469 Retherford Street Space 060 | Tulare | Tulare | California | 93274 | USA |
| 3811 | 076192.39 | Outlet Store | Coach, Inc. | Vacaville Premium Outlets | 348 Nut Tree Road | Vacaville | Solano | California | 95687-3236 | USA |
| | | Outlet Store | Kate Spade | Vacaville Premium Outlets | 274 Nut Tree Road | Vacaville | Solano | California | 95687-3235 | USA |
| 6009 | 000872.30 | Off Site Storage | Coach, Inc. | Offsite Storage - Vacaville | 875 Cotting Lane | Vacaville | Solano | California | 95688-8700 | USA |
| 1251 | 072448.91 | Retail Store | Coach, Inc. | Flatiron Crossing | 1 West Flatiron Circle Space 1012 | Broomfield | Boulder | Colorado | 80021-8881 | USA |

Dated: 04-April-2020

Page 96 of 136

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 3850 | 072533.23 | Outlet Store | Coach, Inc. | Prime Outlets | 5050 Factory Shops Boulevard Space 460 | Castle Rock | Douglas | Colorado | 80108-1963 | USA |
| | | Outlet Store | Kate Spade | The Outlets at Castle Rock | 5050 Factory Shops Boulevard | Castle Rock | Douglas | Colorado | 80108-1963 | USA |
| 1250 | 072527.26 | Retail Store | Coach, Inc. | Cherry Creek Shopping Center | 3000 East 1st Avenue Space 246 | Denver | Denver | Colorado | 80206-5638 | USA |
| | | Retail Store | Stuart Weitzman | Cherry Creek Shopping Center | 3000 East 1st Avenue | Denver | Denver | Colorado | 80206-5638 | USA |
| | | Retail Store | Kate Spade | Cherry Creek Shopping Center | 3000 East First Avenue | Denver | Denver | Colorado | 80206-5638 | USA |
| 3853 | 072456.82 | Outlet Store | Coach, Inc. | Colorado Mills | 14500 West Colfax Avenu Unit 150A | Lakewood | Jefferson | Colorado | 80401-3225 | USA |
| 1253 | 072460.35 | Retail Store | Coach, Inc. | Park Meadows | 8405 Park Meadows Center Drive | Lone Tree | Douglas | Colorado | 80124-5005 | USA |
| 3855 | 072544.61 | Outlet Store | Coach, Inc. | Silverthorne | 227P Blue River Parkway | Silverthorne | Summit | Colorado | 80498-9648 | USA |
| 3854 | 003507.46 | Retail Store | Coach, Inc. | Denver Premium | 13801 Grant Street | Thornton | Adams | Colorado | 80023-6621 | USA |
| | | Outlet Store | Kate Spade | Denver Premium Outlets | 13801 Grant Street | Thornton | Adams | Colorado | 80023-6621 | USA |
| 3900 | 019656.18 | Outlet Store | Coach, Inc. | Clinton Crossings Premium Outlets | 20 Killingworth Turnpike Suite 500 | Clinton | Middlesex | Connecticut | 06413-1377 | USA |
| | | Outlet Store | Kate Spade | Clinton Crossing Premium Outlets | 20-A Killingworth Turnpike | Clinton | Middlesex | Connecticut | 06413-1377 | USA |
| 1300 | 020428.39 | Retail Store | Coach, Inc. | Danbury Fair Mall | 7 Backus Avenue Space D101 | Danbury | Fairfield | Connecticut | 06810-7422 | USA |

Dated: 04-April-2020

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1302 | 018100.67 | Retail Store | Coach, Inc. | Westfarms Mall | 137 Westfarms Shopping Center | Farmington | Hartford | Connecticut | 06032-1917 | USA |
|  |  | Retail Store | Kate Spade | Westfarms Mall | 511 Westfarms Mall | Farmington | Hartford | Connecticut | 06032-2635 | USA |
| STCT01 | 020706.11 | Retail Store | Stuart Weitzman | Greenwich | 120 Greenwich Avenue | Greenwich | Fairfield | Connecticut | 06830-5504 | USA |
| 3901 | 018243.76 | Outlet Store | Coach, Inc. | Foxwoods | 455 Trolley Line Boulevard Space 430 | Mashantucket | New London | Connecticut | 06338-3830 | USA |
|  |  | Outlet Store | Kate Spade | Tanger Outlets-Foxwoods | 455 Trolley Line Boulevard | Mashantucket | New London | Connecticut | 06338-3830 | USA |
| 1306 | 017215.50 | Retail Store | Coach, Inc. | Mohegan Sun | 1 Mohegan Sun Boulevard Space C-222 | Uncasville | New London | Connecticut | 06382-1355 | USA |
| 1350 | 042185.61 | Retail Store | Coach, Inc. | Christiana Mall | 147 Christiana Mall | Newark | New Castle | Delaware | 19702-3201 | USA |
| 3950 | 042273.02 | Outlet Store | Coach, Inc. | Tanger Outlets-Rehoboth Beach | 34986 Midway Outlet Drive Space 115 & 116 | Rehoboth Beach | Sussex | Delaware | 19971-8587 | USA |
| DE07 | 001216.04 | Outlet Store | Coach, Inc. | Tanger Rehoboth Outlet Center | 36470 Seaside Outlet Drive | Rehoboth Beach | Sussex | Delaware | 19971-1212 | USA |
| KSDC05 | 001168.66 | Retail Store | Kate Spade | Georgetown | 3034 M Street Northwest | Washington | District of Columbia | District of Columbia | 20007-3739 | USA |
| KSDC07 | 003132.45 | Retail Store | Kate Spade | CityCenter DC | 994 Palmer Alley Northwest | Washington | District of Columbia | District of Columbia | 20001-4508 | USA |
| KSFA31 | 088611.35 | Retail Store | Kate Spade | Town Center at Boca Raton | 6000 Glades Road Space 1150A | Boca Raton | Palm Beach | Florida | 33431-7208 | USA |
|  |  | Retail Store | Stuart Weitzman | Town Center at Boca Raton | 6000 Glades Road Spc 1068 | Boca Raton | Palm Beach | Florida | 33431-7208 | USA |
|  |  | Retail Store | Coach, Inc. | Town Center at Boca Raton | 6000 Glades Road | Boca Raton | Palm Beach | Florida | 33431-7221 | USA |

Dated:  04-April-2020

Page 98 of 136

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582

Policy No. 1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSFA80 | 003246.91 | Outlet Store | Kate Spade | Tanger Factory Outlet Center (19010) | 1100 Cornerstone Boulevard | Daytona Beach | Volusia | Florida | 32117-7101 | USA |
| 4001 | 088202.44 | Outlet Store | Coach, Inc. | Silver Sands Factory Stores | 10406 West Emerald Coast Parkway | Destin | Walton | Florida | 32550-7145 | USA |
| | | Outlet Store | Kate Spade | Silver Sands Premium Outlets | 10562 Emerald Coast Parkway | Destin | Walton | Florida | 32550 | USA |
| 4004 | 088320.06 | Outlet Store | Coach, Inc. | Ellenton Premium Outlets | 5597 Factory Shops Boulevard Space 400 | Ellenton | Manatee | Florida | 34222-4114 | USA |
| | | Outlet Store | Kate Spade | Ellenton Premium Outlets | 5703 Factory Shops Boulevard | Ellenton | Manatee | Florida | 34222-4119 | USA |
| 4008 | 088002.56 | Outlet Store | Coach, Inc. | Miromar Premium Outlets | 10801 Corkscrew Road Suite 322 | Estero | Lee | Florida | 33928-9430 | USA |
| | | Outlet Store | Kate Spade | Miromar Outlets | 10801 Corkscrew Road | Estero | Lee | Florida | 33928-9431 | USA |
| 4003 | 088516.68 | Outlet Store | Coach, Inc. | Tanger Outlets | 20350 Summerlin Road Space 2155 | Fort Myers | Lee | Florida | 33908-3741 | USA |
| 4014 | 084300.75 | Outlet Store | Coach, Inc. | Florida City | 250 East Palm Drive | Homestead | Miami-Dade | Florida | 33034-3514 | USA |
| 1425 | 000987.50 | Retail Store | Coach, Inc. | St. John's Town Center | 4813 River City Drive | Jacksonville | Duval | Florida | 32246-7429 | USA |
| W04 | 084400.25 | Distribution Center | Coach, Inc. | Jacksonville | 1 Coach Way 2 Coach Way 1549 Vantage Way South | Jacksonville | Duval | Florida | 32218-7940 | USA |
| 4006 | 000415.95 | Outlet Store | Coach, Inc. | Key West | 517 Duval Street | Key West | Monroe | Florida | 33040-6587 | USA |
| 4018 | 003121.40 | Outlet Store | Coach, Inc. | | 2300 Grand Cypress Drive | Lutz | Pasco | Florida | 33559-6824 | USA |
| | | Outlet Store | Kate Spade | Tampa Premium Outlets | 2416 Grand Cypress Drive | Lutz | Pasco | Florida | 33559-6833 | USA |

Dated: 04-April-2020

Page 99 of 136

FM Global

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1401 | 084487.39 | Retail Store | Coach, Inc. | Aventura Mall | 19501 Biscayne Boulevard Space 1479 | Miami | Miami-Dade | Florida | 33180-2342 | USA |
| | | Retail Store | Stuart Weitzman | Aventura Mall | 19575 Biscayne Boulevard | Miami | Miami-Dade | Florida | 33180-2325 | USA |
| 1405 | 088605.31 | Retail Store | Coach, Inc. | The Falls | 8888 Southwest 136th Street Space 295 | Miami | Miami-Dade | Florida | 33176-5883 | USA |
| 4019 | 088237.23 | Outlet Store | Coach, Inc. | Dolphin Mall II | 11401 NW 12th St | Miami | Miami-Dade | Florida | 33172-6904 | USA |
| STFAO3 | 003444.16 | Retail Store | Stuart Weitzman | Brickell City Center | 701 S. Miami Ave. | Miami | Miami-Dade | Florida | 33129-1102 | USA |
| | | Retail Store | Coach, Inc. | Brickell City Centre | 701 South Miami Avenue | Miami | Miami-Dade | Florida | 33130-1945 | USA |
| STFAO8 | 084479.26 | Retail Store | Stuart Weitzman | Dadeland Mall | 7535 North Kendall Drive Spc 2460 | Miami | Miami-Dade | Florida | 33156-7704 | USA |
| | | Retail Store | Coach, Inc. | Dadeland Mall | 7535 North Kendall Drive | Miami | Miami-Dade | Florida | 33156-7872 | USA |
| 7374 | 000610.97 | Retail Store | Coach, Inc. | US CORAL ISLE FA STR STR4000 | 6060 Collier Boulevard | Naples | Collier | Florida | 34114-3981 | USA |
| KSFA62 | 088505.63 | Retail Store | Kate Spade | Waterside Shops | 5485 Tamiami Trail North | Naples | Collier | Florida | 34108-2838 | USA |
| 1410 | 000317.17 | Retail Store | Coach, Inc. | Mall at Millenia | 4200 Conroy Road Suite E-129 | Orlando | Orange | Florida | 32839-2400 | USA |
| | | Retail Store | Kate Spade | The Mall at Millenia | 4200 Conroy Road | Orlando | Orange | Florida | 32839-2400 | USA |
| 1412 | 084305.01 | Retail Store | Coach, Inc. | Florida Mall | 8001 South Orange Blossom Trail Space 430 | Orlando | Orange | Florida | 32809-7654 | USA |

Dated:   04-April-2020

Page 100 of 136

Account No.   1-35582

Policy No.   1065667

# SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 4002 | 084305.70 | Outlet Store | Coach, Inc. | Orlando International Premium Outlets | 4965 International Drive | Orlando | Orange | Florida | 32819-6210 | USA |
| | | Outlet Store | Kate Spade | Orlando International Premium Outlets | 4959 International Drive | Orlando | Orange | Florida | 32819-9499 | USA |
| 4012 | 000413.84 | Outlet Store | Coach, Inc. | Orlando Vineland Premium Outlets | 8200 Vineland Avenue Space 830 | Orlando | Orange | Florida | 32821-6811 | USA |
| | | Outlet Store | Coach, Inc. | Orlando Vineland Premium Outlets | 8200 Vineland Avenue Space 430 | Orlando | Orange | Florida | 32821-6811 | USA |
| | | Outlet Store | Kate Spade | Orlando Vineland Premium Outlets | 8200 Vineland Avenue | Orlando | Orange | Florida | 32821-6811 | USA |
| KSFA77 | 088652.51 | Retail Store | Kate Spade | Orlando ASC (5213) | 2442 Viscount Row | Orlando | Orange | Florida | 32809-6218 | USA |
| KSFA79 | 084431.84 | Retail Store | Kate Spade | Disney Springs | 1520 E Buena Vista Drive | Orlando | Orange | Florida | 32830-8431 | USA |
| | | Retail Store | Coach, Inc. | Disney Springs at Town Center | 1520 E Buena Vista Drive | Orlando | Orange | Florida | 32830-8431 | USA |
| KSFA72 | 088005.17 | Retail Store | Coach, Inc. | The Gardens Mall | 3101 Pga Boulevard Suite J215 | Palm Beach Gardens | Palm Beach | Florida | 33410-2820 | USA |
| | | Retail Store | Stuart Weitzman | The Gardens Mall | 3101 Pga Boulevard Suite J205 | Palm Beach Gardens | Palm Beach | Florida | 33410-2815 | USA |
| | | Retail Store | Kate Spade | The Gardens Mall | 3101 Pga Boulevard | Palm Beach Gardens | Palm Beach | Florida | 33410-2839 | USA |
| KSFA66 | 088001.78 | Outlet Store | Kate Spade | St. Augustine Prime Outlets | 490 Outlet Mall Boulevard | Saint Augustine | Saint Johns | Florida | 32084-2480 | USA |
| 4005 | 088001.88 | Outlet Store | Kate Spade | St. Augustine Premium Outlets | 2700 State Road 16 Space 810 | St. Augustine | Saint Johns | Florida | 32092-0764 | USA |

Dated:  04-April-2020

FM Global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 4009E | 088507.18 | Outlet Store | Coach, Inc. | Sawgrass Mills | 1800 Sawgrass Mills Circle | Sunrise | Broward | Florida | 33323-3928 | USA |
| | | Outlet Store | Stuart Weitzman | Sawgrass Mills | 1800 Sawgrass Mills Circle Suite 2414 | Sunrise | Broward | Florida | 33323-3921 | USA |
| | | Outlet Store | Kate Spade | Sawgrass Mills | 1800 Sawgrass Mills Circle | Sunrise | Broward | Florida | 33323-3921 | USA |
| KSFA78 | 003540.02 | Retail Store | Kate Spade | Sawgrass ASC (5245) | 4538 & 4540 N Haitus Road | Sunrise | Broward | Florida | 33351-7944 | USA |
| KSFA14 | 084444.57 | Retail Store | Kate Spade | International Plaza | 2223 North West Shore Boulevard Space 248 | Tampa | Hillsborough | Florida | 33607-1411 | USA |
| | | Retail Store | Kate Spade | International Plaza & Bay Street | 2223 N Westshore Boulevard | Tampa | Hillsborough | Florida | 33607 | USA |
| 4011 | 088335.42 | Outlet Store | Coach, Inc. | Vero Beach Factory Outlet | 1858 94th Drive Space C100 & C110 | Vero Beach | Indian River | Florida | 32966-3613 | USA |
| 4020 | 084470.21 | Retail Store | Stuart Weitzman | Palm Beach Outlets (Temp) | 1751 Palm Beach Lakes Boulevard, Suite E244 | West Palm Beach | Palm Beach | Florida | 33401 | USA |
| | | Outlet Store | Coach, Inc. | Palm Beach Outlets | 1751 Palm Beach Lakes Boulevard | West Palm Beach | Palm Beach | Florida | 33401 | USA |
| | | Retail Store | Kate Spade | Palm Beach | 1751 Palm Beach Lakes Boulevard | West Palm Beach | Palm Beach | Florida | 33401-2038 | USA |
| 1450 | 083854.75 | Retail Store | Coach, Inc. | Lenox Square | 3393 Peachtree Road Northeast Space 3085 | Atlanta | Fulton | Georgia | 30326-1135 | USA |
| | | Retail Store | Stuart Weitzman | Lenox Square | 3393 Peachtree Road Northeast Suite 3140A | Atlanta | Fulton | Georgia | 30326-1159 | USA |
| KSGA10 | 083862.02 | Retail Store | Kate Spade | Phipps Plaza | 3500 Peachtree Road Northeast | Atlanta | Fulton | Georgia | 30326-1201 | USA |
| 1455 | 083793.11 | Retail Store | Coach, Inc. | Mall of Georgia | 3333 Buford Drive Suite 2018A | Buford | Gwinnett | Georgia | 30519-4913 | USA |

Dated:  04-April-2020

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 4053 | 083996.41 | Outlet Store | Coach, Inc. | Calhoun Premium Outlets | 455 Belwood Road Southeast Space B035 | Calhoun | Gordon | Georgia | 30701-3961 | USA |
| 4054 | 083750.27 | Outlet Store | Coach, Inc. | Tanger Outlets | 800 Steven B Tanger Boulevard Space 1200 | Commerce | Jackson | Georgia | 30529-3552 | USA |
| 4051 | 083757.03 | Outlet Store | Coach, Inc. | North Georgia Premium Outlets | 800 Highway 400 South Space 920 | Dawsonville | Dawson | Georgia | 30534-6887 | USA |
| | | Outlet Store | Kate Spade | North Georgia Premium Outlets | 800 Highway 400 South | Dawsonville | Dawson | Georgia | 30534-6887 | USA |
| 4052 | 083920.76 | Outlet Store | Coach, Inc. | Locust Grove Outlets | 1000 Tanger Drive Suite 507 | Locust Grove | Henry | Georgia | 30248-3654 | USA |
| | | Outlet Store | Kate Spade | Tanger Factory Outlet Center (19000) | 1000 Tanger Drive | Locust Grove | Henry | Georgia | 30248-3654 | USA |
| 4056 | 003246.94 | Outlet Store | Coach, Inc. | | 200 Tanger Outlets Boulevard | Pooler | Chatham | Georgia | 31322-4297 | USA |
| | | Outlet Store | Kate Spade | Tanger - Savannah/Pooler GA | 200 Tanger Outlets Boulevard | Pooler | Chatham | Georgia | 31322-4297 | USA |
| 4055 | 002466.38 | Outlet Store | Coach, Inc. | The Outlet Shoppes at Atlanta | 915 Ridgewalk Parkway | Woodstock | Cherokee | Georgia | 30188-4896 | USA |
| | | Outlet Store | Kate Spade | The Outlet Shoppes at Atlanta | 915 Ridgewalk Parkway | Woodstock | Cherokee | Georgia | 30188-4896 | USA |
| 1501 | 094943.67 | Retail Store | Coach, Inc. | Waikiki | 2335 Kalakaua Avenue Space 106 | Honolulu | Honolulu | Hawaii | 96815-2946 | USA |
| 7371 | 094945.85 | Retail Store | Coach, Inc. | US HONU FP STORE FP STR1506 | 2110 Kalakaua Avenue | Honolulu | Honolulu | Hawaii | 96815-2319 | USA |
| KSH06 | 094944.44 | Retail Store | Kate Spade | Royal Hawaiian Center | 2233 Kalakaua Avenue | Honolulu | Honolulu | Hawaii | 96815-5200 | USA |

FM Global

Dated:  04-April-2020

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSHI07 | 094999.79 | Retail Store | Coach, Inc. | Ala Moana Center | 1450 Ala Moana Boulevard Space 2204 | Honolulu | Honolulu | Hawaii | 96814-4604 | USA |
| | | Retail Store | Kate Spade | Ala Moana Center | 1450 Ala Moana Boulevard | Honolulu | Honolulu | Hawaii | 96814-4604 | USA |
| KSHI11A | 003540.04 | Off Site Storage | Kate Spade | Offsite Storage Warehouse - Honolulu, HI | 729A Emily Street | Honolulu | Honolulu | Hawaii | 96813-5114 | USA |
| STHI01 | 002552.54 | Retail Store | Stuart Weitzman | Intl Market Place, HI | 2330 Kalakaua Avenue Ste 114 | Honolulu | Honolulu | Hawaii | 96815-5001 | USA |
| 4102 | 096107.02 | Outlet Store | Coach, Inc. | Outlets of Maui | 900 Front Street Space J2 | Lahaina | Maui | Hawaii | 96761-2334 | USA |
| | | Outlet Store | Kate Spade | The Outlets of Maui | 900 Front Street | Lahaina | Maui | Hawaii | 96761-2335 | USA |
| 4100 | 095106.98 | Outlet Store | Coach, Inc. | Waikele | 94-796 Lumiaina Street Unit 301 | Waipahu | Honolulu | Hawaii | 96797-5672 | USA |
| | | Outlet Store | Coach, Inc. | Waikele Premium Outlets | 94-798 Lumiaina Street, Unit 403 | Waipahu | Honolulu | Hawaii | 96797-5045 | USA |
| | | Outlet Store | Kate Spade | Waikele Premium Outlets | 94-790 Lumiaina Street | Waipahu | Honolulu | Hawaii | 96797-5640 | USA |
| 1560 | 079153.48 | Retail Store | Coach, Inc. | Boise Town Square | 350 North Milwaukee Street Space 1164 | Boise | Ada | Idaho | 83704-9123 | USA |
| 4202 | 000947.47 | Outlet Store | Coach, Inc. | Chicago Premium Outlets | 1650 Premium Outlet Boulevard, Unit 1129 | Aurora | Kane | Illinois | 60502-2901 | USA |
| | | Outlet Store | Kate Spade | Chicago Premium Outlets | 1650 Premium Outlet Boulevard | Aurora | Kane | Illinois | 60502-2901 | USA |
| 1607 | 064475.28 | Retail Store | Coach, Inc. | The Greater North Michigan Avenue Association | 625 North Michigan Avenue Suite 100 | Chicago | Cook | Illinois | 60611-3110 | USA |
| KSIL22 | 064474.71 | Retail Store | Kate Spade | 900 North | 900 North Michigan Avenue | Chicago | Cook | Illinois | 60611-1542 | USA |

Dated: 04-April-2020

Page 104 of 136

**FM** Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| STIL02 | 064475.31 | Retail Store | Stuart Weitzman | Michigan Avenue | 701 North Michigan Avenue | Chicago | Cook | Illinois | 60611-2501 | USA |
| STIL03 | 064475.30 | Retail Store | Stuart Weitzman | The Shops at North Bridge | 520 North Michigan Avenue | Chicago | Cook | Illinois | 60611-6982 | USA |
| 1602 | 064098.35 | Retail Store | Coach, Inc. | Northbrook Court | 2158 Northbrook Court Space 158 Upper level | Northbrook | Cook | Illinois | 60062-1408 | USA |
| | | Retail Store | Kate Spade | Northbrook Court | 2171 Northbrook Court | Northbrook | Cook | Illinois | 60062-1496 | USA |
| KSIL21 | 064323.17 | Retail Store | Coach, Inc. | Oakbrook Center | 154 Oakbrook Center Space 154 | Oak Brook | DuPage | Illinois | 60523-1808 | USA |
| | | Retail Store | Stuart Weitzman | Oakbrook Center | 112 Oakbrook Center | Oak Brook | DuPage | Illinois | 60523-1808 | USA |
| | | Retail Store | Kate Spade | Oakbrook Center | 132 Oakbrook Center | Oak Brook | DuPage | Illinois | 60523-1808 | USA |
| 1608 | 065910.57 | Retail Store | Coach, Inc. | Orland Square | 432 Orland Square Drive Space D07A | Orland Park | Cook | Illinois | 60462-3215 | USA |
| 4203 | 002716.23 | Outlet Store | Coach, Inc. | Rosemont | 5220 Fashion Outlets Way | Rosemont | Cook | Illinois | 60018-5321 | USA |
| | | Outlet Store | Stuart Weitzman | Rosemont | 5220 Fashion Outlets Way Ste 2130 | Rosemont | Cook | Illinois | 60018-5323 | USA |
| 1605 | 064190.05 | Retail Store | Coach, Inc. | Woodfield Shopping Center | F-340 Woodfield Mall | Schaumburg | Cook | Illinois | 60173-5849 | USA |
| KSIL23 | 064234.22 | Retail Store | Coach, Inc. | Westfield Old Orchard Mall | 4999 Old Orchard Center | Skokie | Cook | Illinois | 60077-1406 | USA |
| | | Retail Store | Kate Spade | Westfield Old Orchard | 4905 Old Orchard Center | Skokie | Cook | Illinois | 60077-1458 | USA |
| 4200 | 066635.90 | Outlet Store | Coach, Inc. | Factory Stores | A1000 Tuscola Boulevard | Tuscola | Douglas | Illinois | 61953-4011 | USA |
| 7376 | 064092.25 | Retail Store | Coach, Inc. | US HAWTHORN CTR FP STR1612 | 522 Hawthorn Center | Vernon Hills | Lake | Illinois | 60061-1510 | USA |

Dated:  04-April-2020

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 4252 | 055610.23 | Outlet Store | Coach, Inc. | Edinburgh Premium Outlets | 11811 North Executive Drive Space B030 | Edinburgh | Bartholomew | Indiana | 46124-9128 | USA |
| | | Outlet Store | Kate Spade | Edinburgh Premium Outlets | 3205 Outlet Drive | Edinburgh | Bartholomew | Indiana | 46124-9011 | USA |
| 4250 | 056520.15 | Outlet Store | Coach, Inc. | Prime Outlets | 6245 North Old 27 Suite A-30 | Fremont | Steuben | Indiana | 46737-8711 | USA |
| 1654 | 055600.11 | Retail Store | Coach, Inc. | Greenwood Park Mall | 1251 US Highway 31 North Space D134A | Greenwood | Johnson | Indiana | 46142-4503 | USA |
| KSIN01 | 055494.01 | Retail Store | Coach, Inc. | The Fashion Mall | 8701 Keystone Crossing | Indianapolis | Marion | Indiana | 46240-4641 | USA |
| | | Retail Store | Kate Spade | The Fashion Mall at Keystone | 8702 Keystone Crossing | Indianapolis | Marion | Indiana | 46240-7811 | USA |
| 4251 | 056817.11 | Outlet Store | Coach, Inc. | Premium Outlets at Michigan | 1670 Lighthouse Place | Michigan City | LaPorte | Indiana | 46360-3469 | USA |
| | | Outlet Store | Kate Spade | LighthousePlace Premium Outlets | 1660 Lighthouse Place | Michigan City | LaPorte | Indiana | 46360-3459 | USA |
| 1653 | 056573.01 | Retail Store | Coach, Inc. | University Park Mall | 6501 Grape Road Space292A | Mishawaka | Saint Joseph | Indiana | 46545-1007 | USA |
| 7364 | 003412.70 | Outlet Store | Coach, Inc. | Outlets of Des Moines | 801 Bass Pro Drive | Altoona | Polk | Iowa | 50009-8600 | USA |
| 1550 | 000843.50 | Retail Store | Coach, Inc. | Jordan Creek Town Center | 101 Jordan Creek Parkway Space 1376 | West Des Moines | Dallas | Iowa | 50266-8181 | USA |
| 4300 | 068458.23 | Outlet Store | Coach, Inc. | Williamsburg | 451 Tanger Drive | Williamsburg | Iowa | Iowa | 52361-9653 | USA |
| 6153 | 001046.65 | Outlet Store | Coach, Inc. | Legends Outlets Kansas City | 1867 Village West Parkway | Kansas City | Wyandotte | Kansas | 66111-1315 | USA |
| | | Outlet Store | Kate Spade | Legends Outlets | 1847 Village West Parkway | Kansas City | Wyandotte | Kansas | 66111-1857 | USA |
| 1751 | 071121.99 | Retail Store | Coach, Inc. | Oak Park Mall | 11471 West 95th Street Space 61 | Overland Park | Johnson | Kansas | 66214-1827 | USA |

Dated:  04-April-2020

Page 106 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1752 | 071613.10 | Retail Store | Coach, Inc. | Town East Square | 7700 East Kellogg Drive Space P02A | Wichita | Sedgwick | Kansas | 67207-1772 | USA |
| 1800 | 054822.38 | Retail Store | Coach, Inc. | Fayette Mall | 3401 Nicholasville Road Space D412 | Lexington | Fayette | Kentucky | 40503-3611 | USA |
| KSKY02 | 054555.17 | Retail Store | Kate Spade | Oxmoor Center | 7900 Shelbyville Road | Louisville | Jefferson | Kentucky | 40222-5451 | USA |
| 4270 | 003059.59 | Outlet Store | Coach, Inc. | Outlet Shoppes of the Bluegrass | 1155 Buck Creek Road | Simpsonville | Shelby | Kentucky | 40067-7687 | USA |
| | | Outlet Store | Kate Spade | Outlet Shoppes of the Bluegrass | 1155 Buck Creek Road | Simpsonville | Shelby | Kentucky | 40067-7687 | USA |
| KSKY04 | 001162.32 | Retail Store | Kate Spade | Radial (fkn. GSI) | 40 Logistics Boulevard | Walton | Boone | Kentucky | 41094-9382 | USA |
| 4320 | 087567.14 | Outlet Store | Coach, Inc. | Gonzales | 2300 Tanger Boulevard Space 128 | Gonzales | Ascension | Louisiana | 70737-5750 | USA |
| 1900 | 087690.79 | Retail Store | Coach, Inc. | Lakeside Mall | 3301 Veterans Memorial Boulevard Suite 51 | Metairie | Jefferson | Louisiana | 70002-7657 | USA |
| 4321 | 087685.41 | Outlet Store | Coach, Inc. | Riverwalk | 500 Port of New Orleans Place | New Orleans | Orleans | Louisiana | 70130-1662 | USA |
| | | Outlet Store | Kate Spade | The Outlet Collection at RIverwalk | 500 Port of New Orleans Place | New Orleans | Orleans | Louisiana | 70130-1662 | USA |
| 4500 | 002279.30 | Outlet Store | Coach, Inc. | Freeport Village Station | 1 Freeport Village Station Space A310 | Freeport | Cumberland | Maine | 04032-1563 | USA |
| 4501 | 005847.01 | Outlet Store | Coach, Inc. | Kittery Premium | 375 US Route 1 Space T170 | Kittery | York | Maine | 03904-5582 | USA |
| | | Outlet Store | Kate Spade | Kittery Premium Outlets | 375 US Route 1 | Kittery | York | Maine | 03904-5582 | USA |

Dated: 04-April-2020

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1953 | 043697.66 | Retail Store | Coach, Inc. | Montgomery Mall | 7101 Democracy Boulevard Space 2492 & 25 | Bethesda | Montgomery | Maryland | 20817-1018 | USA |
| | | Retail Store | Stuart Weitzman | Montgomery Mall | 7101 Democracy Boulevard Space 2430 | Bethesda | Montgomery | Maryland | 20817-1054 | USA |
| 6155 | 003246.96 | Outlet Store | Coach, Inc. | Clarksburg Premium Outlet | 22705 Clarksburg Road | Clarksburg | Montgomery | Maryland | 20871-6379 | USA |
| | | Outlet Store | Kate Spade | Clarksburg Premium Outlets | 22705 Clarksburg Road | Clarksburg | Montgomery | Maryland | 20871-6379 | USA |
| 1954 | 043374.18 | Retail Store | Coach, Inc. | The Mall in Columbia | 10300 Little Patuxent Parkway Space 2720 | Columbia | Howard | Maryland | 21044-3341 | USA |
| 4707 | 043040.42 | Outlet Store | Coach, Inc. | Hagerstown Premium Outlets | 400 Premium Outlets Boulevard | Hagerstown | Washington | Maryland | 21740-9524 | USA |
| | | Outlet Store | Kate Spade | Hagerstown Premium Outlets | 700 Premium Outlets Boulevard | Hagerstown | Washington | Maryland | 21740-9543 | USA |
| 4703 | 000229.40 | Outlet Store | Kate Spade | Arundel Mills | 7000 Arundel Mills Circle Space 428 | Hanover | Anne Arundel | Maryland | 21076-1282 | USA |
| | | Outlet Store | Kate Spade | Arundel Mills | 7000 Arundel Mills Circle | Hanover | Anne Arundel | Maryland | 21076-1282 | USA |
| 4705 | 043051.49 | Outlet Store | Coach, Inc. | Ocean City | 12741 Ocean Gateway | Ocean City | Worcester | Maryland | 21842-9554 | USA |
| 4706 | 002737.37 | Outlet Store | Coach, Inc. | National Harbor | 6800 Oxon Hill Road Suite 800 | Oxon Hill | Prince George's | Maryland | 20745-4728 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets National Harbor | 6800 Oxon Hill Road | Oxon Hill | Prince George's | Maryland | 20745-4700 | USA |
| | | Retail Store | Stuart Weitzman | National Harbor | 6800 Oxon Hill Road, Space No. 310 | Oxon Hill | Prince George's | Maryland | 20745-4700 | USA |
| 4708 | 000533.15 | Outlet Store | Kate Spade | Queenstown Premium Outlets | 405 Outlet Center Drive | Queenstown | Queen Anne's | Maryland | 21658-1610 | USA |
| | | Outlet Store | Coach, Inc. | Queenstown | 417 Outlet Center Drive | Queenstown | Queen Anne's | Maryland | 21658-1610 | USA |

Dated: 04-April-2020

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1951 | 043225.24 | Retail Store | Coach, Inc. | Towson Town Center | 825 Dulaney Valley Road Space 4265 | Towson | Baltimore | Maryland | 21204-1036 | USA |
| 2004 | 012854.31 | Retail Store | Coach, Inc. | Faneuil Hall Marketplace | 1 South Market Street | Boston | Suffolk | Massachusetts | 02109-6171 | USA |
| 2006 | 012857.05 | Retail Store | Coach, Inc. | Copley Place | 100 Huntington Avenue Space C007 | Boston | Suffolk | Massachusetts | 02116-6506 | USA |
| | | Retail Store | Stuart Weitzman | Copley Place | 100 Huntington Avenue | Boston | Suffolk | Massachusetts | 02116-6506 | USA |
| KSMA29 | 012867.50 | Retail Store | Kate Spade | The Shops at Prudential Center | 800 Boylston Street | Boston | Suffolk | Massachusetts | 02199 | USA |
| 2005 | 013247.10 | Retail Store | Coach, Inc. | South Shore | 250 Granite Street | Braintree | Norfolk | Massachusetts | 02184-2801 | USA |
| KSMA27 | 012639.14 | Retail Store | Coach, Inc. | Burlington Mall | 75 Middlesex Turnpike Space 2036B | Burlington | Middlesex | Massachusetts | 01803-4923 | USA |
| | | Retail Store | Kate Spade | Burlington Mall | 75 Middlesex Turnpike | Burlington | Middlesex | Massachusetts | 01803-5389 | USA |
| STMA01 | 012293.69 | Retail Store | Stuart Weitzman | The Mall at Chestnut Hill | 199 Boylston Street Suite N127 | Chestnut Hill | Middlesex | Massachusetts | 02467-1607 | USA |
| | | Retail Store | Coach, Inc. | Chestnut Hill | 199 Boylston Street | Chestnut Hill | Middlesex | Massachusetts | 02467-1692 | USA |
| | | Retail Store | Kate Spade | The Mall at Chestnut Hill | 199 Boylston Street | Chestnut Hill | Middlesex | Massachusetts | 02467-1692 | USA |
| 4603 | 010122.22 | Outlet Store | Coach, Inc. | Lee | 145 Premium Outlets Boulevard | Lee | Berkshire | Massachusetts | 01238-8501 | USA |
| | | Outlet Store | Kate Spade | Lee Premium Outlets | 17 Premium Outlets Boulevard | Lee | Berkshire | Massachusetts | 01238-8500 | USA |
| 2009 | 012251.35 | Retail Store | Coach, Inc. | Solomon Pond | 601 Donald Lynch Boulevard | Marlborough | Middlesex | Massachusetts | 01752-4730 | USA |

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 4602 | 013315.18 | Outlet Store | Coach, Inc. | Wrentham Village Premium Outlets | 1 Premium Outlet Boulevard Space 460 | Wrentham | Norfolk | Massachusetts | 02093-1570 | USA |
| | | Outlet Store | Kate Spade | Wrentham Village Premium Outlets | 1 Premium Outlet Boulevard | Wrentham | Norfolk | Massachusetts | 02093-1570 | USA |
| 2050 | 058556.51 | Retail Store | Coach, Inc. | Briarwood Mall | 812 Briarwood Circle Space E108 | Ann Arbor | Washtenaw | Michigan | 48108-1616 | USA |
| 4653 | 058780.95 | Outlet Store | Coach, Inc. | Great Lakes Crossing | 4054 Baldwin Road Space 304 | Auburn Hills | Oakland | Michigan | 48326-1221 | USA |
| | | Outlet Store | Kate Spade | Great Lakes Crossing Outlets | 4002 Baldwin Road | Auburn Hills | Oakland | Michigan | 48326-1221 | USA |
| 4651 | 057653.21 | Outlet Store | Coach, Inc. | Birch Run Premium Outlets | 12240 South Beyer Road Space F100 | Birch Run | Saginaw | Michigan | 48415-9401 | USA |
| | | Retail Store | Kate Spade | Birch Run, MI | 12240 South Beyer Road | Birch Run | Saginaw | Michigan | 48415-9401 | USA |
| KSM112 | 003085.14 | Outlet Store | Kate Spade | Tanger Outlets-Grand Rapids | 350 84th Street Southwest | Byron Center | Kent | Michigan | 49315-7001 | USA |
| 2056 | 001195.57 | Retail Store | Coach, Inc. | Partridge Creek | 17420 Hall Road Space 185 | Clinton Township | Livingston | Michigan | 48038-6916 | USA |
| 2054 | 057360.10 | Retail Store | Coach, Inc. | River Town Crossing | 3700 Rivertown Parkway Southwest Space 1184 | Grandville | Kent | Michigan | 49418-3085 | USA |
| 4652 | 058540.72 | Outlet Store | Kate Spade | Howell Outlets | 1475 North Burkhart Road Suite C120 | Howell | Livingston | Michigan | 48855-8288 | USA |
| KSM113 | 058533.45 | Retail Store | Coach, Inc. | Twelve Oaks Mall | 27930 Novi Road | Novi | Oakland | Michigan | 48377-3418 | USA |
| | | Retail Store | Kate Spade | Twelve Oaks Mall | 27500 Novi Road | Novi | Oakland | Michigan | 48377-3418 | USA |

Dated: 04-April-2020

Page 110 of 136

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSM110 | 058504.34 | Retail Store | Coach, Inc. | The Somerset Collection | 2801 West Big Beaver Road Space G223 | Troy | Oakland | Michigan | 48084-3243 | USA |
| | | Retail Store | Stuart Weitzman | Somerset Collection | 2801 West Big Beaver Road Suite E138 | Troy | Oakland | Michigan | 48084-3203 | USA |
| | | Retail Store | Kate Spade | The Somerset Collection | 2801 West Big Beaver Road | Troy | Oakland | Michigan | 48007 | USA |
| 4650 | 057669.81 | Outlet Store | Coach, Inc. | Tanger Outlets | 2990 Cook Road Space 110 | West Branch | Ogemaw | Michigan | 48661-8733 | USA |
| 4900 | 000421.96 | Outlet Store | Coach, Inc. | Albertville Premium Outlets | 6415 Labeaux Avenue Northeast Space B050 | Albertville | Wright | Minnesota | 55301-9813 | USA |
| | | Outlet Store | Kate Spade | Albertville Premium Outlets | 6415 Labeaux Avenue Northeast | Albertville | Wright | Minnesota | 55301-9813 | USA |
| 2107 | 060402.12 | Retail Store | Coach, Inc. | Miller Hill Mall | 1600 Miller Trunk Hwy Space J01A | Duluth | Saint Louis | Minnesota | 55811-5640 | USA |
| 2100 | 061306.70 | Retail Store | Coach, Inc. | Edina Gallaria | 3510 Galleria Space 3484 | Edina | Hennepin | Minnesota | 55435-2523 | USA |
| | | Retail Store | Kate Spade | Galleria Edina | 3605 Galleria | Minneapolis | Hennepin | Minnesota | 55435-2525 | USA |
| 2105 | 061305.47 | Retail Store | Coach, Inc. | Southdale Center | 1870 Southdale Center, Space 458 | Edina | Hennepin | Minnesota | 55435-7035 | USA |
| KSMN09 | 061378.65 | Retail Store | Coach, Inc. | Mall of America | 274 West Market Space W-274 | Minneapolis | Hennepin | Minnesota | 55425-5522 | USA |
| | | Retail Store | Kate Spade | Mall of America | 60 East Broadway | Minneapolis | Anoka | Minnesota | 55425-5550 | USA |
| 2102 | 061206.86 | Retail Store | Coach, Inc. | Ridgedale Center | 12679 Wayzata Boulevard Space 2355 | Minnetonka | Scott | Minnesota | 55305-1941 | USA |
| 4901 | 002749.03 | Outlet Store | Coach, Inc. | Minneapolis | 3965 Eagan Outlets Parkway | Saint Paul | Dakota | Minnesota | 55122-4417 | USA |
| | | Outlet Store | Kate Spade | Twin Cities Premium Outlets | 3925 Eagan Outlets Parkway | Saint Paul | Dakota | Minnesota | 55122-4412 | USA |

Dated:  04-April-2020

Page 111 of 136

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSMI01 | 086504.34 | Outlet Store | Coach, Inc. | Prime Outlets | 10000 Factory Shop Boulevard | Gulfport | Harrison | Mississippi | 39503-4231 | USA |
| | | Retail Store | Kate Spade | Gulfport Premium | 10000 Factory Shops Boulevard | Gulfport | Harrison | Mississippi | 39503-4231 | USA |
| 4852 | 002749.05 | Outlet Store | Coach, Inc. | Outlets of Mississippi | I-20 & Highway 49 | Pearl | Rankin | Mississippi | 39208-9250 | USA |
| 4853 | 003121.43 | Outlet Store | Coach, Inc. | | 5205 Airways Boulevard | Southaven | DeSoto | Mississippi | 38671-5865 | USA |
| | | Outlet Store | Kate Spade | Tanger Factory Outlet Center (19380) | 5205 Airways Boulevard | Southaven | DeSoto | Mississippi | 38671-5856 | USA |
| 4802 | 069930.49 | Outlet Store | Coach, Inc. | Branson | 300 Tanger Boulevard Space 213 | Branson | Taney | Missouri | 65616-2188 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets Branson | 300 Tanger Boulevard | Branson | Taney | Missouri | 65616-2188 | USA |
| 4805 | 002749.04 | Outlet Store | Coach, Inc. | St. Louis Premium | 18505 Outlet Boulevard | Chesterfield | Saint Louis | Missouri | 63005-0010 | USA |
| | | Outlet Store | Kate Spade | St. Louis Premium Outlets | 18505 Outlet Boulevard | Chesterfield | Saint Louis | Missouri | 63005-0010 | USA |
| 4806 | 002386.99 | Outlet Store | Coach, Inc. | Prestige Outlets Chesterfield | 17017 North Outer 40 Road | Chesterfield | Saint Louis | Missouri | 63005-1471 | USA |
| KSMO10 A | 002545.30 | Off Site Storage | Kate Spade | Offsite Storage St. Louis | 18110 Chesterfield Airport Road | Chesterfield | Saint Louis | Missouri | 63005-1118 | USA |
| 2202 | 069216.80 | Retail Store | Coach, Inc. | West County Mall | 44 West County Center Space 1170 | Des Peres | Saint Louis | Missouri | 63131-3724 | USA |
| 7372 | 069597.63 | Retail Store | Coach, Inc. | US INDEPENDENCE FP STR2205 | 18813 E 39th Street South | Independence | Jackson | Missouri | 64057-1943 | USA |

Dated:  04-April-2020

Page 112 of 136

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSMO09 | 069653.01 | Retail Store | Coach, Inc. | Country Club Plaza | 336 West 47th Street | Kansas City | Jackson | Missouri | 64112-1613 | USA |
| | | Retail Store | Kate Spade | Country Club Plaza | 321 Nichols Road | Kansas City | Jackson | Missouri | 64112-1526 | USA |
| 4800 | 069550.82 | Outlet Store | Coach, Inc. | Osage Beach Premium Outlets | 4540 Osage Beach Parkway Space 04 | Osage Beach | Camden | Missouri | 65065-2358 | USA |
| KSMO08 | 069194.66 | Retail Store | Coach, Inc. | Plaza Frontenac | 261 Plaza Frontenac | Saint Louis | Saint Louis | Missouri | 63131-3508 | USA |
| | | Retail Store | Kate Spade | Plaza Frontenac | 34 Plaza Frontenac St | Saint Louis | Saint Louis | Missouri | 63131-3510 | USA |
| 2204 | 069900.08 | Retail Store | Coach, Inc. | Battlefield Mall | 2825 South Glenstone Avenue Space V01C | Springfield | Greene | Missouri | 65804-3732 | USA |
| 4920 | 070154.02 | Outlet Store | Coach, Inc. | Omaha (Nebraska Crossing Outlets) | 21311 Nebraska Crossing Drive Space B101 | Gretna | Sarpy | Nebraska | 68028-7289 | USA |
| | | Outlet Store | Kate Spade | Nebraska Crossing Outlets | 21317 Nebraska Crossing Drive Ste E155 | Gretna | Sarpy | Nebraska | 68028-7370 | USA |
| 2300 | 000987.56 | Retail Store | Coach, Inc. | Village Pointe | 17255 Davenport Street Suite 119 | Omaha | Douglas | Nebraska | 68118-4092 | USA |
| 5143 | 079451.42 | Outlet Store | Coach, Inc. | Fashion Outlets Las Vegas | 32100 Las Vegas Boulevard South | Jean | Clark | Nevada | 89019-7028 | USA |
| 2502 | 079307.15 | Retail Store | Coach, Inc. | Fashion Show Mall | 3200 Las Vegas Boulevard South Space 2022 | Las Vegas | Clark | Nevada | 89109-2612 | USA |
| | | Retail Store | Kate Spade | Fashion Show Mall | 3200 Las Vegas Boulevard South | Las Vegas | Clark | Nevada | 89109-2669 | USA |
| 2507 | 079312.81 | Retail Store | Coach, Inc. | The Shoppes at the Palazzo | 3377 Las Vegas Boulevard South Space 2846 | Las Vegas | Clark | Nevada | 89109-8910 | USA |
| | | Retail Store | Stuart Weitzman | Las Vegas Palazzo | 3327 Las Vegas Boulevard S Ste 2944 | Las Vegas | Clark | Nevada | 89109-1410 | USA |

Dated: 04-April-2020

FM global

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5141 | 000968.75 | Outlet Store | Coach, Inc. | Las Vegas North Premium Outlets | 755 South Grand Central Parkway Unit 2111 | Las Vegas | Clark | Nevada | 89106-4524 | USA |
| | | Outlet Store | Coach, Inc. | Las Vegas North Premium Outlets | 795 South Grand Central Parkway Space 2215 | Las Vegas | Clark | Nevada | 89106-4559 | USA |
| | | Outlet Store | Kate Spade | Las Vegas Premium Outlets North | 775 Grand Central Parkway | Las Vegas | Clark | Nevada | 89106-4560 | USA |
| 5142 | 079315.35 | Outlet Store | Coach, Inc. | Las Vegas Premium Outlets - South | 7400 Las Vegas Boulevard South Unit 0400 | Las Vegas | Clark | Nevada | 89123-1000 | USA |
| | | Outlet Store | Kate Spade | Las Vegas South Premium | 7400 South Las Vegas Boulevard | Las Vegas | Clark | Nevada | 89123-1000 | USA |
| KSNV02 | 079312.81 | Retail Store | Kate Spade | The Shops at the Palazzo | 3327 Las Vegas Boulevard South | Las Vegas | Clark | Nevada | 89109-1402 | USA |
| KSNV42 | 003543.30 | Retail Store | Kate Spade | Las Vegas ASC (5219) | 5925-1 Wigwam Ave, Building 3A | Las Vegas | Clark | Nevada | 89139-6999 | USA |
| STNV01 | 079313.84 | Retail Store | Coach, Inc. | The Forum Shops at Caesars | 3500 Las Vegas Boulevard Space A-01 | Las Vegas | Clark | Nevada | 89109-8900 | USA |
| | | Retail Store | Coach, Inc. | Forum Shops Men's | 3500 Las Vegas Boulevard South Space F09A | Las Vegas | Clark | Nevada | 89109-8900 | USA |
| | | Retail Store | Stuart Weitzman | Forum Shops at Caesars | 3500 Las Vegas Boulevard South Ste S13-4 | Las Vegas | Clark | Nevada | 89109-8900 | USA |
| | | Retail Store | Kate Spade | The Forum Shops at Caesars | 3500 Las Vegas Boulevard South Suite S10 | Las Vegas | Clark | Nevada | 89109-8951 | USA |
| 5143 | 079451.42 | Outlet Store | Coach, Inc. | Primm (Men's) | 32100 Las Vegas Boulevard South Space 214 | Primm | Clark | Nevada | 89109 | USA |
| 2509 | 079286.24 | Retail Store | Coach, Inc. | Meadowood Mall | 5425 Meadowood Mall Circle Space C107A | Reno | Washoe | Nevada | 89502-6508 | USA |

Dated:  04-April-2020

Page 114 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5003 | 002535.55 | Outlet Store | Coach, Inc. | Merrimack Premium Outlets | 80 Premium Outlets Boulevard Suite 341 | Merrimack | Hillsborough | New Hampshire | 03054-4775 | USA |
| | | Outlet Store | Kate Spade | Merrimack Premium Outlets | 80 Premium Outlets Boulevard | Merrimack | Hillsborough | New Hampshire | 03054-4770 | USA |
| 2352 | 006881.16 | Retail Store | Coach, Inc. | Pheasant Lane Mall | 310 Daniel Webster Highway Room W239A | Nashua | Hillsborough | New Hampshire | 03060-5730 | USA |
| 5002 | 000968.72 | Outlet Store | Coach, Inc. | Settler's Green Outlet Village | 2 Common Court Space B50 | North Conway | Carroll | New Hampshire | 03860-5423 | USA |
| | | Outlet Store | Kate Spade | Settlers' Green Outlet Village | 2 Common Court | North Conway | Carroll | New Hampshire | 03860-5423 | USA |
| 2350 | 006870.91 | Retail Store | Coach, Inc. | Rockingham Park | 99 Rockingham Park Boulevard Space E209 | Salem | Rockingham | New Hampshire | 03079-2900 | USA |
| 5000 | 006538.02 | Outlet Store | Coach, Inc. | Laconia | 120 Laconia Road Space 126 | Tilton | Belknap | New Hampshire | 03276-5234 | USA |
| | | Retail Store | Kate Spade | Tanger Outlets Tilton NH | 120 Laconia Road | Tilton | Belknap | New Hampshire | 03276-5234 | USA |
| 5050 | 001072.11 | Outlet Store | Coach, Inc. | Atlantic City | 31 North Michigan Avenue Space 602 | Atlantic City | Atlantic | New Jersey | 08401-4164 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets Atlantic City | 108 Columbus Boulevard | Atlantic City | Atlantic | New Jersey | 08401-6606 | USA |
| 7365 | 003107.39 | Outlet Store | Coach, Inc. | Gloucester Premium | 100 Premium Outlets Drive | Blackwood | Camden | New Jersey | 08012 | USA |
| W002 | 029901.84 | Office | Coach, Inc. | Carlstadt | 410 Commerce Boulevard | Carlstadt | Bergen | New Jersey | 07072-3017 | USA |
| 2456 | 033162.37 | Retail Store | Coach, Inc. | Cherry Hill Mall | 2000 Route 38 Suite 1142 | Cherry Hill | Camden | New Jersey | 08002-2100 | USA |

Dated: 04-April-2020

Page 115 of 136

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5055 | 031683.12 | Outlet Store | Coach, Inc. | Jersey Gardens | 651 Kapkowski Road Space 2400 | Elizabeth | Union | New Jersey | 07201-4901 | USA |
| | | Outlet Store | Coach, Inc. | Jersey Gardens (Men's) | 651 Kapkowski Road Space 2024 | Elizabeth | Union | New Jersey | 07201-4901 | USA |
| | | Outlet Store | Kate Spade | Mills at Jersey Gardens | 651 Kapkowski Road | Elizabeth | Union | New Jersey | 07201-4901 | USA |
| 5052 | 032233.56 | Outlet Store | Coach, Inc. | Liberty Village | 1 Church Street Suite 33 | Flemington | Hunterdon | New Jersey | 08822-1591 | USA |
| 2454 | 029536.47 | Retail Store | Coach, Inc. | Riverside Square | 1 Riverside Square Space 137 | Hackensack | Bergen | New Jersey | 07601-6307 | USA |
| STNJ01 | 029536.21 | Retail Store | Stuart Weitzman | Shops at Riverside Square | 390 Hackensack Avenue | Hackensack | Bergen | New Jersey | 07601-6310 | USA |
| 5051 | 032473.53 | Outlet Store | Coach, Inc. | Jackson Premium Outlets | 537 Monmouth Road Space 0312 | Jackson | Ocean | New Jersey | 08527-5361 | USA |
| | | Outlet Store | Kate Spade | Jackson Premium Outlets | 537 Monmouth Road | Jackson | Ocean | New Jersey | 08527-5361 | USA |
| 2468 | 029347.01 | Retail Store | Coach, Inc. | Newport Centre | 30 Mall Drive West Space B40 | Jersey City | Hudson | New Jersey | 07310-1615 | USA |
| 2472 | 032254.58 | Retail Store | Coach, Inc. | Quaker Bridge Mall | 139 Quaker Bridge Mall Space 1030 | Lawrencevill e | Mercer | New Jersey | 08648 | USA |
| 2459 | 000417.50 | Retail Store | Coach, Inc. | The Promenade at Sagemore | 500 Route 73 South Suite A27 | Marlton | Burlington | New Jersey | 08053-8000 | USA |
| KSNJ16 | 029118.15 | Retail Store | Kate Spade | KS&CO - NJO | 1 Claibourne Avenue 5901 West Side Avenue | North Bergen | Hudson | New Jersey | 07047-6448 | USA |
| STNJ02 | 029118.84 | Distribution Center | Stuart Weitzman | Vecco Services | 6801 West Side Avenue | North Bergen | Hudson | New Jersey | 07047-6441 | USA |
| 2451 | 030463.10 | Retail Store | Coach, Inc. | Garden State Plaza | Route 4 & 17 | Paramus | Bergen | New Jersey | 07652-1320 | USA |
| | | Retail Store | Kate Spade | Garden State Plaza | 1 Garden State Plaza | Paramus | Bergen | New Jersey | 07652-2417 | USA |

Dated:  04-April-2020

Page 116 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 2462 | 031195.10 | Retail Store | Coach, Inc. | Rockaway Townsquare Mall | 80 Mount Hope Road Space 1025 | Rockaway | Morris | New Jersey | 07866-1626 | USA |
| 2455 | 031119.09 | Retail Store | Coach, Inc. | The Mall at Short Hills | JFK Pkwy & Route 24 | Short Hills | Essex | New Jersey | 07078-2746 | USA |
| | | Retail Store | Stuart Weitzman | Mall at Short Hills | 1200 Morris Turnpike | Short Hills | Essex | New Jersey | 07078-2746 | USA |
| | | Retail Store | Kate Spade | Mall at Short Hills | 1200 Morris Turnpike | Short Hills | Essex | New Jersey | 07078-2746 | USA |
| 2457 | 032213.94 | Retail Store | Coach, Inc. | The Grove at Shrewsbury | 569 Route 35 Suite N12 | Shrewsbury | Monmouth | New Jersey | 07702-4150 | USA |
| 5054 | 001730.23 | Outlet Store | Coach, Inc. | Jersey Shore Premium Outlets | 1 Premium Outlet Boulevard Space 201 | Tinton Falls | Monmouth | New Jersey | 07753-7469 | USA |
| | | Outlet Store | Kate Spade | Jersey Shore Premium Outlets | 1 Premium Outlet Boulevard | Tinton Falls | Monmouth | New Jersey | 07753-7469 | USA |
| 2466 | 032470.06 | Retail Store | Coach, Inc. | Ocean County Mall | 1201 Hooper Avenue Space 1015 | Toms River | Ocean | New Jersey | 08753-3330 | USA |
| 2460 | 030394.64 | Retail Store | Coach, Inc. | Willowbrook Mall | 1400 Willowbrook Mall Space 1418 | Wayne | Passaic | New Jersey | 07470-6905 | USA |
| 2470 | 033162.66 | Retail Store | Coach, Inc. | Deptford Mall | 1750 Deptford Center Road Space 2031A | Woodbury | Gloucester | New Jersey | 08096-5222 | USA |
| 5100 | 089310.88 | Outlet Store | Coach, Inc. | Santa Fe Premium Outlets | 8380 Cerrillos Road Suite 120 & 122 | Santa Fe | Santa Fe | New Mexico | 87507-4415 | USA |
| 2575 | 027976.37 | Retail Store | Coach, Inc. | Walden Galleria | 1 Walden Galleria Space 6105 | Buffalo | Erie | New York | 14225-5408 | USA |

Dated:  04-April-2020

Page 117 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5152 | 023304.02 | Outlet Store | Coach, Inc. | Harriman | 303 Red Apple Court Space 303 & 297A | Central Valley | Orange | New York | 10917-6612 | USA |
| | | Outlet Store | Coach, Inc. | Harriman (Men's) | 254 Red Apple Court | Central Valley | Orange | New York | 10917-6606 | USA |
| | | Retail Store | Coach, Inc. | RK Woodbury Common | 804 Grapevine Court | Central Valley | Orange | New York | 10917-6900 | USA |
| | | Outlet Store | Kate Spade | Woodbury Common Premium Outlets | 269 Red Apple Court | Central Valley | Orange | New York | 10917-6607 | USA |
| | | Outlet Store | Kate Spade | Woodbury Common Premium Outlets | 234 Red Apple Court | Central Valley | Orange | New York | 10917-6606 | USA |
| KSNY79 | 003543.35 | Retail Store | Kate Spade | Woodbury ASC (5239) | 11 Elkay Drive | Chester | Orange | New York | 10918-3024 | USA |
| 5162 | 022224.61 | Outlet Store | Coach, Inc. | Deer Park | 152 The Arches Circle Space 346 | Deer Park | Suffolk | New York | 11729-7057 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlet Center at the Arches | 455 Commack Road | Deer Park | Suffolk | New York | 11729-4508 | USA |
| | | Retail Store | Stuart Weitzman | Deer Park | 152 The Arches Circle, Unit No. 341 | Deer Park | Suffolk | New York | 11729-7057 | USA |
| 2551 | 022157.31 | Retail Store | Coach, Inc. | Roosevelt Field Mall | 630 Old Country Road Space 2091 | Garden City | Nassau | New York | 11530-3467 | USA |
| | | Retail Store | Stuart Weitzman | Roosevelt Field Mall | 630 Old Country Road Unit 1067A | Garden City | Nassau | New York | 11530-3423 | USA |
| | | Retail Store | Kate Spade | Roosevelt Field Mall | 630 Old Country Road | Garden City | Nassau | New York | 11530-3420 | USA |

Dated: 04-April-2020

Page 118 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KSNY75 | 022225.42 | Retail Store | Coach, Inc. | Walt Whitman Mall | 160 Walt Whitman Road Space 1061-A | Huntington Station | Suffolk | New York | 11746-4130 | USA |
| | | Retail Store | Kate Spade | Walt Whitman Shops | 160 - 5 Route 110 | Huntington Station | Suffolk | New York | 11746-4130 | USA |
| 5158 | 024547.04 | Outlet Store | Coach, Inc. | Adirondack/Lake George Outlet Mall | 1424 State Route 9 Lake George Road | Lake George | Warren | New York | 12845-3486 | USA |
| 2550 | 022143.14 | Retail Store | Coach, Inc. | The Americana | 2108 Northern Boulevard | Manhasset | Nassau | New York | 11030-3541 | USA |
| 2578 | 022940.22 | Retail Store | Coach, Inc. | Shops at Nanuet | 9127 Fashion Drive | Nanuet | Rockland | New York | 10954-2700 | USA |
| 2556 | 021348.12 | Retail Store | Coach, Inc. | 342 Madison Avenue at 44th Street | 342 Madison Avenue | New York | New York | New York | 10173-0001 | USA |
| 2561 | 000980.41 | Retail Store | Coach, Inc. | Soho | 143 Prince Street | New York | New York | New York | 10012-3104 | USA |
| 2567 | 021402.62 | Retail Store | Coach, Inc. | The Shops at Columbus Circle | 10 Columbus Circle | New York | New York | New York | 10019-1158 | USA |
| | | Retail Store | Stuart Weitzman | Shops at Columbus Circle | 10 Columbus Circle | New York | New York | New York | 10019-1158 | USA |
| 2577 | 021374.26 | Retail Store | Coach, Inc. | Herald Square | 151 West 34th Street | New York | New York | New York | 10001-2101 | USA |
| | | Retail Store | Stuart Weitzman | Macy's Herald Square | 151 West 34th Street | New York | New York | New York | 10001-2101 | USA |
| 2579 | 021364.58 | Retail Store | Coach, Inc. | 685 Fifth Ave. | 685 Fifth Avenue | New York | New York | New York | 10022-4223 | USA |

Dated: 04-April-2020

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5165 | 002439.15 | Retail Store | Coach, Inc. | | 20 Hudson Yards | New York | Queens | New York | 10001-2166 | USA |
| | | Retail Store | Kate Spade | | 20 Hudson Yards | New York | Queens | New York | 10001 | USA |
| | | Retail Store | Stuart Weitzman | Hudson Yards | 500 West 33rd Street, Space No. 128 | New York | New York | New York | 10001-1301 | USA |
| 8311 | 002494.16 | Retail Store | Coach, Inc. | | 831 Madison Avenue | New York | New York | New York | 10021-4969 | USA |
| 2565A | 000643.21 | Retail Store | Coach, Inc. | | 79 5th Avenue | New York | New York | New York | 10003-3034 | USA |
| KSNY01 | 001319.40 | Retail Store | Kate Spade | Broome Street | 454 Broome Street | New York | New York | New York | 10013-2602 | USA |
| KSNY39 | 001139.78 | Retail Store | Kate Spade | Fifth Avenue | 135 Fifth Avenue | New York | New York | New York | 10010-7101 | USA |
| KSNY70 | 021385.70 | Retail Store | Kate Spade | KS&CO - 2 Park | 2 Park Avenue | New York | New York | New York | 10016-5614 | USA |
| KSNY73 | 002900.91 | Retail Store | Kate Spade | Madison Avenue | 789 Madison Avenue | New York | New York | New York | 10065-6106 | USA |
| KSNY74 | 003543.37 | Retail Store | Kate Spade | Columbus Avenue | 205 Columbus Avenue | New York | New York | New York | 10023-4012 | USA |
| KSNY81 | 003085.20 | Retail Store | Kate Spade | World Trade Center | 185 Greenwich Street | New York | New York | New York | 10007-2383 | USA |
| | | Retail Store | Stuart Weitzman | World Trade Center | 185 Greenwich St | New York | New York | New York | 10007-2383 | USA |
| KSNY82 | 021383.72 | Retail Store | Kate Spade | Rockefeller Center | 610 Fifth Avenue | New York | New York | New York | 10020-2403 | USA |
| KSWA22 | 003880.06 | Retail Store | Kate Spade | 152 Spring St (RM Williams Sublease) | 152 Spring Street | New York | New York | New York | 10012-4296 | USA |

Dated:  04-April-2020

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| STNY05 | 003533.63 | Retail Store | Stuart Weitzman | Soho | 118 Spring Street | New York | New York | New York | 10012-3853 | USA |
| STNY07 | 021364.46 | Retail Store | Stuart Weitzman | Madison Avenue | 625 Madison Avenue | New York | New York | New York | 10022-1801 | USA |
| STNY14 | 021365.71 | Retail Store | Stuart Weitzman | Fifth Avenue | 675 Fifth Avenue | New York | New York | New York | 10022-4245 | USA |
| W12 | 002439.15 | Office | Coach, Inc. | Hudson Yards | 10 Hudson Yards | New York | New York | New York | 10001 | USA |
| 5155 | 027890.05 | Outlet Store | Coach, Inc. | Fashion Outlets Niagara Falls | 1900 Military Road | Niagara Falls | Niagara | New York | 14304-1770 | USA |
| | | Outlet Store | Coach, Inc. | Fashion Outlets Niagara Falls | 1708 Military Road Space 80C | Niagara Falls | Niagara | New York | 14304-1770 | USA |
| | | Outlet Store | Kate Spade | Fashion Outlets of Niagara | 1900 Military Rd & Connecting Blvd | Niagara Falls | Niagara | New York | 14304-1737 | USA |
| 5156 | 022340.94 | Outlet Store | Coach, Inc. | Tanger Factory Outlet Center | 410 Tanger Mall Drive Phase I, Unit 410 & 411 | Riverhead | Suffolk | New York | 11901-6404 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets-Riverhead | 1770 West Main Street | Riverhead | Suffolk | New York | 11901-3178 | USA |
| 5164 | 026911.02 | Outlet Store | Coach, Inc. | Destiny USA | 1 Destiny USA Drive | Syracuse | Onondaga | New York | 13204-9000 | USA |
| | | Outlet Store | Kate Spade | Destiny USA | 306 Hiawatha Boulevard West | Syracuse | Onondaga | New York | 13204-6001 | USA |
| 5157R | 027177.22 | Outlet Store | Coach, Inc. | Prime Outlets | 655 Route 318 Store B-083 | Waterloo | Seneca | New York | 13165 | USA |
| | | Outlet Store | Kate Spade | Waterloo Premium Outlets | 655 State Route 318 | Waterloo | Seneca | New York | 13165-5568 | USA |
| 2554 | 021172.27 | Retail Store | Coach, Inc. | The Westchester | 125 Westchester Avenue Suite 2430-A | White Plains | Westchester | New York | 10601-4522 | USA |
| | | Retail Store | Stuart Weitzman | The Westchester | 125 Westchester Avenue Suite 1085B | White Plains | Westchester | New York | 10601-4547 | USA |

Dated:  04-April-2020

Page 121 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location Index No. No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|
| 5206 | 081809.29 | Outlet Store | Coach, Inc. | | 800 Brevard Road | Asheville | Buncombe | North Carolina | 28806-2251 | USA |
| 5205 | 003078.84 | Outlet Store | Coach, Inc. | Charlotte | 5416 New Fashion Way | Charlotte | Mecklenburg | North Carolina | 28278-5204 | USA |
| | | Outlet Store | Kate Spade | Charlotte Premium Outlets | 5416 New Fashion Way | Charlotte | Mecklenburg | North Carolina | 28278-5200 | USA |
| 6010 | 001792.65 | Off Site Storage | Coach, Inc. | Offsite Storage - Charlotte | 510 Griffith Road | Charlotte | Mecklenburg | North Carolina | 28217-3518 | USA |
| KSNC09 | 081717.28 | Retail Store | Kate Spade | Southpark Mall | 4400 Sharon Road Space M21 | Charlotte | Mecklenburg | North Carolina | 28211-3531 | USA |
| | | Retail Store | Coach, Inc. | Southpark Mall | 4400 Sharon Road | Charlotte | Mecklenburg | North Carolina | 28211-3531 | USA |
| 5203 | 081651.02 | Outlet Store | Coach, Inc. | Concord Mills | 8111 Concord Mills Boulevard Space 275 | Concord | Cabarrus | North Carolina | 28027-6462 | USA |
| | | Retail Store | Kate Spade | Concord Mills | 8111 Concord Mills Boulevard | Concord | Cabarrus | North Carolina | 28027-6462 | USA |
| KSNC13 | | Outlet Store | Kate Spade | Tanger Outlets Lancaster | 3200 Northline Ave, Ste 360 Store Suite 1001 | Greensboro | Guilford | North Carolina | 27408-7612 | USA |
| 5204 | 002283.25 | Outlet Store | Coach, Inc. | Tanger Outlet Center | Mebane Oaks Road & I-85/40 Space 894 | Mebane | Alamance | North Carolina | 27302 | USA |
| KSNC11 | 002324.86 | Outlet Store | Kate Spade | Tanger Factory Outlet Center (18550) | 4000 Arrowhead Boulevard | Mebane | Alamance | North Carolina | 27302-7645 | USA |
| 2601 | 080277.77 | Retail Store | Coach, Inc. | Crabtree Valley Mall | 4325 Glenwood Avenue Space 1065 | Raleigh | Wake | North Carolina | 27612-4532 | USA |
| 7375 | 080360.45 | Retail Store | Kate Spade | Carolina, NC | 1213 Outlet Center Drive | Smithfield | Johnston | North Carolina | 27577-6026 | USA |
| | | Outlet Store | Coach, Inc. | Smithfield | 1250 Outlet Center Drive | Smithfield | Johnston | North Carolina | 27577-6025 | USA |

Dated: 04-April-2020

SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5301 | 049362.97 | Outlet Store | Coach, Inc. | Aurora Farms Premium Outlets | 549 South Chillicothe Road Space 360 | Aurora | Portage | Ohio | 44202-7848 | USA |
| | | Outlet Store | Kate Spade | Aurora Farms Premium Outlets | 549 S Chillicothe Road | Aurora | Portage | Ohio | 44202-7848 | USA |
| KSOH15 | 049064.42 | Retail Store | Coach, Inc. | Beachwood Place | 26300 Cedar Road Space 1400 | Beachwood | Cuyahoga | Ohio | 44122-1158 | USA |
| | | Retail Store | Kate Spade | Beachwood Place Mall | 26300 Cedar Road | Beachwood | Cuyahoga | Ohio | 44122-8119 | USA |
| 2708 | 050731.31 | Retail Store | Coach, Inc. | Belden Village Mall | 4205 Belden Village Mall Space B8 | Canton | Stark | Ohio | 44718-2503 | USA |
| 2701 | 053108.96 | Retail Store | Coach, Inc. | Kenwood Towne Center | 7875 Montgomery Road Space 2429 | Cincinnati | Hamilton | Ohio | 45236-4344 | USA |
| | | Retail Store | Kate Spade | Kenwood Towne Centre | 7875 Montgomery Road | Cincinnati | Hamilton | Ohio | 45236-4344 | USA |
| | | Retail Store | Coach, Inc. | US CINCINNATI MEN FA STR5303 | 7875 Montgomery Road | Cincinnati | Hamilton | Ohio | 45236-4302 | USA |
| 2703 | 052073.03 | Retail Store | Coach, Inc. | Polaris Fashion Place | 1500 Polaris Parkway Space 1198 | Columbus | Delaware | Ohio | 43240-2126 | USA |
| KSOH13 | 000223.69 | Retail Store | Coach, Inc. | Easton Town Center | 4200 The Strand | Columbus | Franklin | Ohio | 43219-6187 | USA |
| KSOH13 | 000223.69 | Retail Store | Kate Spade | Easton Town Center | 4225 The Strand | Columbus | Franklin | Ohio | 43219-6120 | USA |
| 2707 | 049516.20 | Retail Store | Coach, Inc. | Summit Mall | 3265 West Market Street Suite 460 | Fairlawn | Summit | Ohio | 44333-3337 | USA |
| 5300R | 052672.90 | Outlet Store | Coach, Inc. | Tanger Outlets | 8175 Factory Shops Boulevard Space 175 | Jeffersonville | Fayette | Ohio | 43128-9525 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets | 8000 Factory Shops Boulevard | Jeffersonville | Fayette | Ohio | 43128-9600 | USA |

Page 123 of 136

Dated:  04-April-2020

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5302 | 001918.87 | Outlet Store | Coach, Inc. | Coach Cincinnati | 849 Premium Outlets Drive | Monroe | Warren | Ohio | 45050-1841 | USA |
| | | Outlet Store | Kate Spade | Cincinnati Premium Outlets | 616 Premium Outlets Drive | Monroe | Warren | Ohio | 45050-1836 | USA |
| 5304 | 003189.19 | Outlet Store | Coach, Inc. | Columbus | Interstate 71 and State Route 36 | Sunbury | Delaware | Ohio | 43074-1117 | USA |
| | | Outlet Store | Kate Spade | Tanger Factory Outlet Center (19040) | 400 South Wilson Road | Sunbury | Delaware | Ohio | 43074-7546 | USA |
| KSOH06 | 000205.52 | Distribution Center | Kate Spade | Distrib./OH | 8741 Jacquemin Drive | West Chester | Butler | Ohio | 45069-4860 | USA |
| 2705 | 000980.16 | Retail Store | Coach, Inc. | Crocker Park | 183 Main Street Space 1025 | Westlake | Cuyahoga | Ohio | 44145-6980 | USA |
| 2751 | 073512.75 | Retail Store | Coach, Inc. | Penn Square | 1901 NW Expressway Suite 1015B | Oklahoma City | Oklahoma | Oklahoma | 73118 | USA |
| 5350 | 002324.87 | Outlet Store | Coach, Inc. | The Outlet Shoppes at Oklahoma City | 7634 West Reno Avenue Space 670 | Oklahoma City | Oklahoma | Oklahoma | 73127-7213 | USA |
| | | Outlet Store | Kate Spade | OKC Outlets | 7650 West Reno Avenue | Oklahoma City | Oklahoma | Oklahoma | 73127-9765 | USA |
| 2750 | 073539.85 | Retail Store | Coach, Inc. | Utica Square Shopping Center | 1846 Utica Square Space 1846 | Tulsa | Tulsa | Oklahoma | 74114-1408 | USA |
| KSOK01 | 073817.51 | Retail Store | Coach, Inc. | Woodland Hills Mall | 7021 South Memorial Drive Space 0180 | Tulsa | Tulsa | Oklahoma | 74133-2025 | USA |
| | | Retail Store | Kate Spade | Woodland Hills | 7021 South Memorial Drive | Tulsa | Tulsa | Oklahoma | 74133-2025 | USA |
| 2803 | 077465.46 | Retail Store | Coach, Inc. | Clackamas Town Center | 12000 Southeast 82nd Avenue Space K-101 | Happy Valley | Clackamas | Oregon | 97086-7721 | USA |
| 5400 | 077441.88 | Outlet Store | Coach, Inc. | Tanger Outlets | 1500 Southeast East Devils Lake Road Suite A160 | Lincoln City | Lincoln | Oregon | 97367-2660 | USA |

Dated:  04-April-2020

Page 124 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 2800 | 077501.01 | Retail Store | Coach, Inc. | Pioneer Place Mall | 700 Southwest 5th Avenue Space 2045 | Portland | Multnomah | Oregon | 97204-2000 | USA |
| 2801 | 077580.20 | Retail Store | Coach, Inc. | Washington Square Shopping Center | 9569 Southwest Washington Square Road Space C08 | Portland | Washington | Oregon | 97223-4450 | USA |
| 5402 | 077487.17 | Outlet Store | Coach, Inc. | Troutdale (Columbia Gorge) | 450 Northwest 257th Avenue Space 118 | Troutdale | Multnomah | Oregon | 97060-8506 | USA |
| 5401 | 000001.85 | Outlet Store | Coach, Inc. | Woodburn Company Stores | 1001 North Arney Road Suite 910 | Woodburn | Marion | Oregon | 97071-8447 | USA |
| KSOR540 1 | 000001.85 | Retail Store | Kate Spade | Woodburn | 1001 Arney Road | Woodburn | Marion | Oregon | 97071-8447 | USA |
| 5459 | 001389.02 | Outlet Store | Coach, Inc. | Bethlehem | 77 Sands Boulevard Space 205 & 211 | Bethlehem | Northampto n | Pennsylvania | 18015-7705 | USA |
| 5463 | 000436.16 | Outlet Store | Coach, Inc. | Gettysburg | 1863 Gettysburg Village Drive Space H870 | Gettysburg | Adams | Pennsylvania | 17325-8989 | USA |
| 5450 | 039830.37 | Outlet Store | Coach, Inc. | Grove City | 1911 Leesburg Road - Grove City Road | Grove City | Mercer | Pennsylvania | 16127-3356 | USA |
| | | Outlet Store | Kate Spade | Grove City Premium Outlets | 1911 Leesburg Grove City Road | Grove City | Mercer | Pennsylvania | 16127-3356 | USA |
| 5456 | 040994.47 | Outlet Store | Coach, Inc. | The Outlets at Hershey | 51 Outlet Square Building F Space 51 | Hershey | Dauphin | Pennsylvania | 17033-2742 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets Hershey | 62 Outlet Square | Hershey | Dauphin | Pennsylvania | 17033-2743 | USA |
| 2856 | 037614.60 | Retail Store | Stuart Weitzman | King of Prussia | 160 North Gulph Road | King of Prussia | Montgomer y | Pennsylvania | 19406-2941 | USA |
| | | Retail Store | Kate Spade | King of Prussia | 160 North Gulph Road | King of Prussia | Montgomer y | Pennsylvania | 19406 | USA |
| | | Retail Store | Coach, Inc. | King of Prussia II (the Plaza) | 160 North Gulph Road Space 1213 | King of Prussia | Philadelphi a | Pennsylvania | 19406-2937 | USA |

Dated:  04-April-2020

Page 125 of 136

**FM Global**

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 2862 | 037624.04 | Retail Store | Coach, Inc. | King of Prussia II The Plaza | 690 West Dekalb Pike | King of Prussia | Montgomery | Pennsylvania | 19406-2982 | USA |
| | | Retail Store | Coach, Inc. | KOP I | 325 Mall Boulevard | King of Prussia | Montgomery | Pennsylvania | 19406-2829 | USA |
| 5451 | 037145.41 | Outlet Store | Coach, Inc. | Pennsylvania Purchase Factory Outlet | 5861 York Road Suite D1 | Lahaska | Bucks | Pennsylvania | 18931 | USA |
| 5455 | 001376.35 | Outlet Store | Coach, Inc. | Tanger Outlet Center at Mill Stream | 117 Stanley K Tanger Boulevard Suite 1001A | Lancaster | Lancaster | Pennsylvania | 17602 | USA |
| 2860 | 037149.04 | Retail Store | Coach, Inc. | Oxford Valley | 2300 East Lincoln Highway | Langhorne | Bucks | Pennsylvania | 19047-1805 | USA |
| 5457 | 001474.87 | Outlet Store | Coach, Inc. | Philadelphia Premium Outlets | 18 W. Lightcap Road Space 1233 | Limrick | Montgomery | Pennsylvania | 19464 | USA |
| 6006 | 002789.86 | Off Site Storage | Coach, Inc. | 1153 Main Street | 1153 Main Street | Linfield | Montgomery | Pennsylvania | 19468-1158 | USA |
| STPA02 | 001041.83 | Office | Stuart Weitzman | Philadelphia | 1711 Walnut Street | Philadelphia | Philadelphia | Pennsylvania | 19103-5204 | USA |
| KSPA25 | 040109.86 | Retail Store | Coach, Inc. | Ross Park Mall | 1000 Ross Park Mall Drive | Pittsburgh | Allegheny | Pennsylvania | 15237-3875 | USA |
| | | Retail Store | Kate Spade | Ross Park Mall | 1000 Ross Park Mall Drive | Pittsburgh | Allegheny | Pennsylvania | 15237-3875 | USA |
| 5457 | 001474.87 | Outlet Store | Coach, Inc. | Philadelphia Premium Outlets | 18 West Lightcap Road Suite 1101 | Pottstown | Montgomery | Pennsylvania | 19464-7806 | USA |
| | | Outlet Store | Kate Spade | Philadelphia Premium Outlets | 18 West Lightcap Road | Pottstown | Montgomery | Pennsylvania | 19464-7843 | USA |
| 5454 | 038161.06 | Outlet Store | Coach, Inc. | Crossing Factory Stores | 1000 Route 611 Unit G-05 | Tannersville | Monroe | Pennsylvania | 18372-8716 | USA |
| | | Outlet Store | Kate Spade | The Crossings Premium Outlets | 1000 Premium Outlets Drive | Tannersville | Monroe | Pennsylvania | 18372-7905 | USA |

Dated:  04-April-2020

Page 126 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No. 1-35582

Policy No. 1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5458 | 001732.36 | Outlet Store | Coach, Inc. | Pittsburgh Tanger Outlets | 2200 Tanger Boulevard Space 905 | Washington | Washington | Pennsylvania | 15301 | USA |
| | | Outlet Store | Kate Spade | Tanger Factory Outlet Center (19020) | 2200 Tanger Boulevard | Washington | Washington | Pennsylvania | 15301-7904 | USA |
| 2861 | 037906.09 | Retail Store | Coach, Inc. | Lehigh Valley Mall | 250 Lehigh Valley Mall Space 1314 | Whitehall | Lehigh | Pennsylvania | 18052-5719 | USA |
| 6101 | 000457.15 | Outlet Store | Coach, Inc. | Prime Outlets | 1 Prime Outlets Boulevard Suite 830 | Barceloneta | Barceloneta | Puerto Rico | 00617-3372 | USA |
| 6100 | 000980.36 | Outlet Store | Coach, Inc. | San Juan | 158 Calle del Santo Cristo | San Juan | San Juan | Puerto Rico | 00901-1509 | USA |
| KSPR01 | 002394.28 | Retail Store | Coach, Inc. | Mall of San Juan | 1000 Mall of San Juan Boulevard | San Juan | San Juan | Puerto Rico | 00924-4008 | USA |
| | | Retail Store | Stuart Weitzman | Mall of San Juan | 1000 Mall of San Juan Boulevard | San Juan | San Juan | Puerto Rico | 00924-4008 | USA |
| | | Retail Store | Kate Spade | Mall of San Juan | 1000 Mall of San Juan Boulevard | San Juan | San Juan | Puerto Rico | 00924-4008 | USA |
| KSRI01 | 003543.09 | Retail Store | Kate Spade | Wrentham Premium ASC (5211) | 45 Industrial Road | Cumberland | Providence | Rhode Island | 02864-4741 | USA |
| KSSC12 | 083001.30 | Outlet Store | Coach, Inc. | Hilton Head Factory Shops | 1270 Fording Island Road Space A160 | Bluffton | Beaufort | South Carolina | 29910-6575 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets-Hilton Head | 1270 Fording Island Road | Bluffton | Beaufort | South Carolina | 29910-6575 | USA |
| KSSC11 | 082981.70 | Retail Store | Kate Spade | The Belmond Charleston Place | 236 King Street | Charleston | Charleston | South Carolina | 29401-3102 | USA |
| 2952 | 082887.81 | Retail Store | Coach, Inc. | Columbiana Centre | 100 Columbiana Circle Suite 1316 | Columbia | Lexington | South Carolina | 29212-2231 | USA |

Dated: 04-April-2020

Page 127 of 136

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5552 | 082459.14 | Outlet Store | Coach, Inc. | Gaffney Premium Outlets | 1 Factory Shops Boulevard Space 800 | Gaffney | Cherokee | South Carolina | 29341-3321 | USA |
| | | Outlet Store | Kate Spade | Gaffney Premium Outlets | 1 Factory Shops Boulevard | Gaffney | Cherokee | South Carolina | 29341-3321 | USA |
| 5550 | 082945.27 | Outlet Store | Coach, Inc. | Myrtle Beach South | 4633 Factory Stores Boulevard Space DD180 | Myrtle Beach | Horry | South Carolina | 29579-1218 | USA |
| KSSC01 | 000643.20 | Outlet Store | Coach, Inc. | Tanger Factory Outlet Center | 10843 Kings Road Space 275 | Myrtle Beach | Horry | South Carolina | 29572-6084 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets-Myrtle Beach | 10819 Kings Road | Myrtle Beach | Horry | South Carolina | 29572-6082 | USA |
| 5555 | 001351.23 | Outlet Store | Coach, Inc. | Charleston Outlets | Tanger Outlet Center | North Charleston | Charleston | South Carolina | 29418-6947 | USA |
| 2980 | 061902.37 | Retail Store | Coach, Inc. | The Empire Mall | 4001 West 41st Street Space 0115 | Sioux Falls | Minnehaha | South Dakota | 57106 | USA |
| 3053 | 084628.10 | Retail Store | Coach, Inc. | West Town Mall | 7600 Kingston Pike Space 1200 | Knoxville | Knox | Tennessee | 37919-5600 | USA |
| 3051 | 084827.69 | Retail Store | Coach, Inc. | Green Hills | 2126 Abbott Martin Road Space 153 | Nashville | Davidson | Tennessee | 37215-2690 | USA |
| | | Retail Store | Kate Spade | The Mall at Green Hills | 2126 Abbott Martin Road | Nashville | Davidson | Tennessee | 37215-2650 | USA |
| | | Retail Store | Stuart Weitzman | Nashville (Temporary Space) | 2126 Abbott Martin Road | Nashville | Davidson | Tennessee | 37215-2690 | USA |
| 5654 | 000372.59 | Outlet Store | Coach, Inc. | Opry Mills | 236 Opry Mills Drive Space 634A | Nashville | Davidson | Tennessee | 37214-2434 | USA |
| | | Outlet Store | Kate Spade | Opry Mills | 305 Opry Mills Drive | Nashville | Davidson | Tennessee | 37214-2435 | USA |

Dated:  04-April-2020

Page 128 of 136

**FM** Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5653 | 084617.31 | Outlet Store | Coach, Inc. | Tanger Factory Outlet Center | 1645 Parkway Suite 1300 | Sevierville | Sevier | Tennessee | 37862-2899 | USA |
| | | Outlet Store | Kate Spade | Tanger Factory Outlet Center (18890) | 1645 Parkway | Sevierville | Sevier | Tennessee | 37862-2899 | USA |
| 5705 | 000455.08 | Outlet Store | Coach, Inc. | Allen Premium Outlets | 820 West Stacy Road Space 190 | Allen | Collin | Texas | 75013-4800 | USA |
| | | Outlet Store | Kate Spade | Allen Premium Outlets | 820 West Stacy Road | Allen | Collin | Texas | 75013-4807 | USA |
| 3112 | 074581.46 | Retail Store | Coach, Inc. | Barton Creek Square | 2901 South Capital of Texas Highway Space H11A | Austin | Williamson | Texas | 78746-8101 | USA |
| 3119 | 001301.13 | Retail Store | Coach, Inc. | The Domain | 11601 Century Oaks Terrace | Austin | Travis | Texas | 78758-8688 | USA |
| | | Retail Store | Stuart Weitzman | The Domain | 11601 Century Oaks Terrace Suite 113 | Austin | Travis | Texas | 78758-8689 | USA |
| 5703 | 001667.75 | Outlet Store | Coach, Inc. | El Paso Outlets | 7051 S. Desert Boulevard | Canutillo | El Paso | Texas | 79835-8557 | USA |
| 3150 | 074660.17 | Retail Store | Coach, Inc. | La Palmera | 5488 South Padre Island Drive Space 1224 | Corpus Christi | Nueces | Texas | 78411-4147 | USA |
| 5704 | 001617.63 | Outlet Store | Coach, Inc. | Houston Premium Outlets | 29300 Hempstead Road Space 422 | Cypress | Harris | Texas | 77433-4247 | USA |
| | | Outlet Store | Kate Spade | Houston Premium Outlets | 29300 Hempstead Road | Cypress | Harris | Texas | 77433 | USA |
| KSTX62 | 003543.15 | Retail Store | Kate Spade | Houston Premium ASC (5214) | 16326 Mueschke Road | Cypress | Harris | Texas | 77433-4953 | USA |

Dated:  04-April-2020

Page 129 of 136

# SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 3104 | 074182.62 | Retail Store | Coach, Inc. | Northpark Center | 1324 Northpark Center Space Q1-1324 | Dallas | Dallas | Texas | 75225-2213 | USA |
| | | Retail Store | Stuart Weitzman | NorthPark Center | 8687 North Central Expressway Suite 1304 | Dallas | Dallas | Texas | 75225-4460 | USA |
| | | Retail Store | Kate Spade | NorthPark Center | 8687 North Central Expressway | Dallas | Dallas | Texas | 75225-4448 | USA |
| KSTX55 | 074197.36 | Retail Store | Kate Spade | Knox Street | 3120 Knox Street | Dallas | Dallas | Texas | 75205-4030 | USA |
| KSTX65 | 003543.16 | Outlet Store | Kate Spade | Tanger Outlets Fort Worth | 15841 North Freeway | Fort Worth | Denton | Texas | 76177-3318 | USA |
| KSTX66 | 003029.84 | Retail Store | Kate Spade | The Shops at Clearfork | 5150 Monahans Avenue | Fort Worth | Tarrant | Texas | 76109-1573 | USA |
| 3108 | 074149.27 | Retail Store | Coach, Inc. | Stonebriar Centre | 2601 Preston Road Suite 2060 | Frisco | Collin | Texas | 75034-9468 | USA |
| 5711 | 002536.76 | Outlet Store | Coach, Inc. | Grand Prairie | 2950 West Interstate 20 Space 220 | Grand Prairie | Tarrant | Texas | 75052-8040 | USA |
| | | Outlet Store | Kate Spade | Grand Prairie Premium Outlets | 2950 West Interstate 20 | Grand Prairie | Tarrant | Texas | 75052-8079 | USA |
| 5709 | 074230.64 | Outlet Store | Coach, Inc. | Grapevine Mills | 3000 Grapevine Mills Parkway Space 209A | Grapevine | Tarrant | Texas | 76051-2008 | USA |
| | | Retail Store | Kate Spade | Grapevine Mills | 3000 Grapevine Mills Parkway | Grapevine | Tarrant | Texas | 76051-2008 | USA |
| 3101 | 074384.01 | Retail Store | Coach, Inc. | The Galleria | 5015 Westheimer Road Space 2450 | Houston | Harris | Texas | 77056-5621 | USA |
| | | Retail Store | Kate Spade | The Galleria | 5075 Westheimer Road | Houston | Harris | Texas | 77056-5643 | USA |
| | | Retail Store | Stuart Weitzman | The Galleria | 5085 Westheimer Road | Houston | Harris | Texas | 77056-5673 | USA |
| 3111 | 074424.03 | Retail Store | Coach, Inc. | Memorial City Mall | 900 Gessner Road Space 740 | Houston | Harris | Texas | 77024-2505 | USA |

Dated:  04-April-2020

Page 130 of 136

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5704 | 001617.63 | Outlet Store | Coach, Inc. | Houston Premium Outlets | 29300 Hempstead Road | Houston | Harris | Texas | 77433 | USA |
| 5706 | 074454.87 | Outlet Store | Coach, Inc. | Katy Mills | 5000 Katy Mills Circle | Katy | Fort Bend | Texas | 77494-4402 | USA |
| | | Outlet Store | Coach, Inc. | Katy Mills | 5000 Katy Mills Circle | Katy | Fort Bend | Texas | 77494-4402 | USA |
| 7373 | 074680.61 | Outlet Store | Coach, Inc. | Laredo Outlet Shoppes | 1600 Water Street | Laredo | Webb | Texas | 78040-5964 | USA |
| 3132 | 074679.25 | Retail Store | Coach, Inc. | La Plaza Mall | 2200 South 10th Street | McAllen | Hidalgo | Texas | 78503-5437 | USA |
| 5702 | 001100.03 | Outlet Store | Coach, Inc. | Rio Grande Valley Premium Outlets | 5001 East Expressway 83 Space 610 | Mercedes | Hidalgo | Texas | 78570-4571 | USA |
| | | Outlet Store | Kate Spade | Rio Grande Valley Premium Outlets | 5001 E Expressway 83 | Mercedes | Hidalgo | Texas | 78570-4571 | USA |
| 3148 | 074339.89 | Retail Store | Coach, Inc. | Midland Park Mall | 4511 North Midkiff Road Space E01B | Midland | Midland | Texas | 79705-3256 | USA |
| 3099 | 003377.65 | Retail Store | Coach, Inc. | Legacy West | 7200 Bishop Road, Suite F130 | Plano | Collin | Texas | 75024-3632 | USA |
| 5701 | 001281.30 | Outlet Store | Coach, Inc. | Round Rock Premium Outlets | 4401 N. IH-35 Suite 750A | Round Rock | Williamson | Texas | 78664-2669 | USA |
| | | Outlet Store | Kate Spade | Round Rock Premium Outlets | 4401 N Interstate 35 | Round Rock | Williamson | Texas | 78664-2669 | USA |
| 3115 | 074645.68 | Retail Store | Coach, Inc. | La Cantera | 15900 La Cantera Parkway | San Antonio | Bexar | Texas | 78256-2422 | USA |
| | | Retail Store | Stuart Weitzman | Shops at La Cantera Parkway | 15900 La Cantera Parkway Suite 3420 | San Antonio | Bexar | Texas | 78256-2439 | USA |
| 3134 | 074638.77 | Retail Store | Coach, Inc. | Ingram Park Mall | 6301 Northwest Loop 410 Space S08 | San Antonio | Bexar | Texas | 78238-3824 | USA |
| KSTX20 | 074638.37 | Retail Store | Coach, Inc. | North Star Mall | 7400 San Pedro Avenue Suite 1650 | San Antonio | Bexar | Texas | 78216-5353 | USA |

Dated: 04-April-2020

# SCHEDULE OF LOCATIONS, APPENDIX A

FM Global

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5700 | | Retail Store | Kate Spade | North Star Mall | 7400 San Pedro Avenue | San Antonio | Bexar | Texas | 78216-5395 | USA |
| | 074628.29 | Outlet Store | Coach, Inc. | San Marcos Premium Outlets | 3939 South Interstate Highway 35 Space 670 | San Marcos | Hays | Texas | 78666-9378 | USA |
| | | Outlet Store | Kate Spade | San Marcos Premium Outlets | 3939 South Interstate 35 | San Marcos | Hays | Texas | 78666-9378 | USA |
| | | Retail Store | Stuart Weitzman | San Marcos | Suite 1140, 3939 IH-35 South | San Marcos | Hays | Texas | 78666-5847 | USA |
| KSTX61 | 003543.17 | Retail Store | Kate Spade | San Marcos Premium ASC (5209) | 2061 Clovis r Barker Rd | San Marcos | Hays | Texas | 78666-1073 | USA |
| 3116 | 001337.30 | Retail Store | Coach, Inc. | Southlake Town Square | 400 Grand Avenue West | Southlake | Tarrant | Texas | 76092-7663 | USA |
| 3113 | 074229.07 | Retail Store | Coach, Inc. | The Woodlands Mall | 1201 Lake Woodlands Drive Suite 1134 | Spring | Montgomery | Texas | 77380-5000 | USA |
| KSTX56 | 000837.05 | Retail Store | Kate Spade | Market Street Woodlands | 9595 Six Pines Drive | Spring | Montgomery | Texas | 77380-1586 | USA |
| 3120 | 074367.87 | Retail Store | Coach, Inc. | First Colony Mall | 16535 Southwest Freeway | Sugar Land | Fort Bend | Texas | 77479-2321 | USA |
| 5712 | 002685.85 | Outlet Store | Coach, Inc. | South Houston | 5885 Gulf Freeway Space 790 | Texas City | Galveston | Texas | 77591-7052 | USA |
| | | Outlet Store | Kate Spade | Tanger Outlets-Houston | 5885 Gulf Freeway | Texas City | Galveston | Texas | 77591-7052 | USA |
| 3147 | 074016.32 | Retail Store | Coach, Inc. | Broadway Square | 4601 South Broadway Avenue Space C05 | Tyler | Smith | Texas | 75703-1332 | USA |
| 5752 | 002692.85 | Outlet Store | Coach, Inc. | Traverse Mountain Outlet | 3700 North Cabelas Boulevard W Grand Terrace Parkway Space 400 | Lehi | Utah | Utah | 84043-3866 | USA |
| 5751 | 075024.62 | Outlet Store | Coach, Inc. | Factory Stores | 6699 Landmark Drive Suite G105A | Park City | Summit | Utah | 84098-5919 | USA |

Dated:  04-April-2020

FM Global

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.   1-35582

Policy No.   1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 3152 | 075057.87 | Retail Store | Coach, Inc. | City Creek Center | 50 South Main Street Suite 261 | Salt Lake City | Salt Lake | Utah | 84101-4500 | USA |
| KSVT02 | 002348.10 | Outlet Store | Kate Spade | Manchester Designer Outlets | 97 Depot Street | Manchester Center | Bennington | Vermont | 05255-9500 | USA |
| 3251 | 044414.67 | Retail Store | Stuart Weitzman | Fashion Center at Pentagon City | 1100 South Hayes Street Space P01 | Arlington | Arlington | Virginia | 22202-4907 | USA |
| | | Retail Store | Coach, Inc. | Fashion Centre at Pentagon City | 1100 South Hayes Street | Arlington | Arlington | Virginia | 22202-4907 | USA |
| | | Retail Store | Kate Spade | Fashion Centre at Pentagon City | 1100 South Hayes Street | Arlington | Arlington | Virginia | 22202-4903 | USA |
| 3256 | 045358.31 | Retail Store | Coach, Inc. | Charlottesville Fashion Square | 1589 Rio Road East | Charlottesville | Albemarle | Virginia | 22901-1402 | USA |
| 3250 | 044443.13 | Retail Store | Coach, Inc. | Fair Oaks | 11758U Fair Oaks Mall | Fairfax | Fairfax | Virginia | 22033-3325 | USA |
| 5854 | 044451.15 | Outlet Store | Coach, Inc. | Leesburg Corner Premium Outlets | 241 Fort Evans Road Northeast Unit 699 | Leesburg | Loudoun | Virginia | 20176-4038 | USA |
| | | Outlet Store | Coach, Inc. | Leesburg Corner Premium Outlets | 241 Fort Evans Road Northeast Space 869 | Leesburg | Loudoun | Virginia | 20176-4038 | USA |
| | | Outlet Store | Kate Spade | Leesburg Corner Premium Outlets | 241 Fort Evans Road Northeast | Leesburg | Loudoun | Virginia | 20176-4038 | USA |
| 3252 | 044449.86 | Retail Store | Coach, Inc. | Tyson Galleria | 8011 Tysons Corner Center | Mc Lean | Fairfax | Virginia | 22102-4505 | USA |
| 3254 | 000676.78 | Retail Store | Coach, Inc. | Tysons Galleria | 1811G International Drive Space 1158 | MC Lean | Fairfax | Virginia | 22102-4408 | USA |
| KSVA28 | 044429.96 | Retail Store | Kate Spade | Tysons Galleria | 2001 International Drive | McLean | Fairfax | Virginia | 22102-4605 | USA |

Dated:  04-April-2020

Page 133 of 136

**SCHEDULE OF LOCATIONS, APPENDIX A**

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5855 | 003085.96 | Outlet Store | Coach, Inc. | Norfolk Premium Outlets | 1600 Premium Outlets Boulevard | Norfolk | Norfolk (City) | Virginia | 23502-5521 | USA |
|  |  | Outlet Store | Kate Spade | Norfolk Premium Outlets | 1600 Premium Outlets Boulevard | Norfolk | Norfolk (City) | Virginia | 23502-5521 | USA |
| 5852 | 044452.63 | Outlet Store | Coach, Inc. | Potomac Mills | 2700 Potomac Mills Circle Space 800A | Prince William | Prince William | Virginia | 22192-4625 | USA |
| KSVA27 | 000735.58 | Retail Store | Kate Spade | Short Pump Town Center | 11800 West Broad Street | Richmond | Henrico | Virginia | 23233 | USA |
| 6005 | 003880.13 | Off Site Storage | Coach, Inc. | Offsite Storage - Leesburg Premium | 45945 Trefoil Lane | Sterling | Loudoun | Virginia | 20166-9376 | USA |
| 6007 | 001611.80 | Off Site Storage | Coach, Inc. | Offsite Storage - Williamsburg | 8018 Hankins Industrial Park | Toano | James City | Virginia | 23168-9264 | USA |
| 5850 | 044850.39 | Outlet Store | Coach, Inc. | Williamsburg Premium Outlets | 5715 Richmond Road Space D079 | Williamsburg | James City | Virginia | 23188-1941 | USA |
|  |  | Outlet Store | Kate Spade | Williamsburg Premium Outlets | 5645 Richmond Road | Williamsburg | James City | Virginia | 23188-2018 | USA |
| 5852 | 044452.63 | Outlet Store | Kate Spade | Potomac Mills | 2700 Potomac Mills Circle | Woodbridge | Prince William | Virginia | 22192-4625 | USA |
| 5905 | 078863.43 | Outlet Store | Coach, Inc. | Auburn | 1101 Supermall Way Space 157 | Auburn | King | Washington | 98001-6511 | USA |
|  |  | Outlet Store | Kate Spade | The Outlet Collection Seattle | 1101 Outlet Collection Way | Auburn | King | Washington | 98001-6507 | USA |
| KSWA18 | 078844.06 | Retail Store | Coach, Inc. | Bellevue Square | 155 Bellevue Square | Bellevue | King | Washington | 98004-5021 | USA |
|  |  | Retail Store | Kate Spade | The Bellevue Collection | 139 Bellevue Square | Bellevue | King | Washington | 98004-5021 | USA |
| 5901 | 078681.75 | Outlet Store | Coach, Inc. | Prime Outlets | 260 Fashion Way Space A012 | Burlington | Skagit | Washington | 98233-3204 | USA |
| 5904 | 000758.58 | Outlet Store | Coach, Inc. | Centralia Factory Outlets | 1310 Lum Road | Centralia | Lewis | Washington | 98531-1818 | USA |

Dated:  04-April-2020

Page 134 of 136

Account No.   1-35582

Policy No.   1065667

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 3309 | 078412.21 | Retail Store | Coach, Inc. | Columbia Center | 1321 North Columbia Center Boulevard Space 220A | Kennewick | Benton | Washington | 99336-7689 | USA |
| KSWA21 | 003710.85 | Off Site Storage | Kate Spade | Offsite Storage Warehouse - Marysville, WA | 3804 132nd Place NE | Marysville | Snohomish | Washington | 98271-7882 | USA |
| 5903 | 078855.33 | Outlet Store | Coach, Inc. | North Bend Premium Outlets | 461 South Fork Avenue Southwest Space 661E | North Bend | King | Washington | 98045-8992 | USA |
| | | Outlet Store | Kate Spade | North Bend Premium Outlets | 461 S Fork Avenue SW | North Bend | King | Washington | 98045-8992 | USA |
| KSWA17 | 078805.79 | Retail Store | Kate Spade | Pacific Place | 600 Pine Street | Seattle | King | Washington | 98101-3701 | USA |
| 3308 | 078849.18 | Retail Store | Coach, Inc. | Southcenter | 633 Southcenter Mall | Tukwila | King | Washington | 98188-2888 | USA |
| 5902 | 000975.29 | Outlet Store | Kate Spade | Seattle Premium Outlets | 10600 Quil Ceda Boulevard | Tulalip | Snohomish | Washington | 98271-8081 | USA |
| | | Outlet Store | Coach, Inc. | Seattle Premium Outlets | 10600 Quil Ceda Boulevard Suite 1022 | Tulalip | Snohomish | Washington | 98271-8081 | USA |
| | | Retail Store | Kate Spade | Seattle Premium Outlets | 10600 Quil Ceda Blvd, Suite 1022 | Tulalip | Snohomish | Washington | 98271 | USA |
| 6002 | 001351.26 | Outlet Store | Coach, Inc. | Wisconsin Dells | 210 North Gasser Road Suite 351 | Baraboo | Sauk | Wisconsin | 53913-9529 | USA |
| 6003 | 063314.56 | Outlet Store | Coach, Inc. | Johnson Creek Premium Outlets | 575 Linmar Lane Space D40 | Johnson Creek | Jefferson | Wisconsin | 53038-9552 | USA |
| 3403 | 063528.24 | Retail Store | Coach, Inc. | West Towne Mall | 66 West Towne Mall Space B5 | Madison | Dane | Wisconsin | 53719-1019 | USA |
| KSWI04 | 063520.21 | Retail Store | Kate Spade | Hilldale Mall | 706 N Midvale Boulevard | Madison | Dane | Wisconsin | 53705-3207 | USA |
| KSWI05 | 063195.35 | Retail Store | Kate Spade | Mayfair Mall | 2500 North Mayfair Road | Milwaukee | Milwaukee | Wisconsin | 53226-1409 | USA |

Dated:  04-April-2020

Page 135 of 136

**FM Global**

## SCHEDULE OF LOCATIONS, APPENDIX A

Account No.  1-35582

Policy No.  1065667

| Location No. | Index No. | ID2 | Org Unit | Name | Street Address | City | County | State / Province | Postal Code | Country Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 6004 | 062791.27 | Outlet Store | Coach, Inc. | Oshkosh | 3001 South Washburn Street Space E-050 | Oshkosh | Winnebago | Wisconsin | 54904-8937 | USA |
| 6001 | 063784.24 | Outlet Store | Coach, Inc. | Pleasant Prairie | 11601 108th Street | Pleasant Prairie | Kenosha | Wisconsin | 53158-1703 | USA |
| | | Outlet Store | Kate Spade | Pleasant Prairie Premium Outlets | 11211 120th Avenue | Pleasant Prairie | Kenosha | Wisconsin | 53158-1704 | USA |
| VT01 | VN0191.00 | Office | Coach, Inc. | Coach Vietnam Company Limited | 6 Nguyen Khac Vien Street Tan Phu Ward, District 7 | Ho Chi Minh City | | Ho Chi Minh | 70000 | VNM |
| VT03 | VN0462.00 | Office | Coach, Inc. | Regus M Building FL 4 & 5 | Regus M Building 4th & 5th Floors, M-Building, Lot C7B-02A Zone A, saigon South New Urban Area, Tan Phu Ward, District 7 | Ho Chi Minh City | | | | VNM |

Dated: 04-April-2020

Page 136 of 136

E-FILED; Baltimore County Circuit Court
Docket: 6/24/2021 11:50 PM; Submission: 6/24/2021 11:50 PM

# Exhibit 3

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FACTORY MUTUAL INSURANCE<br>COMPANY (as Assignee of ALBANY<br>MOLECULAR RESEARCH, INC. and OSO<br>BIOPHARMACEUTICALS<br>MANUFACTURING, LLC)<br><br>               Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY and<br>DOES 1-10,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    **CASE NO.: 1:17-CV-00760-GJF-LF**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

## PLAINTIFF FACTORY MUTUAL INSURANCE COMPANY'S
## MOTION *IN LIMINE* NO. 5 RE PHYSICAL LOSS OR DAMAGE

---

## I.    INTRODUCTION

Plaintiff Factory Mutual Insurance Company ("FM Global") hereby moves this court for an order excluding any and all evidence, references to evidence, testimony and argument that the mold infestation, as well as the costs incurred to remediate and return the facility to its pre-loss condition, is not physical loss under the Federal Insurance Company policy. Plaintiff further moves the court to instruct defendant and defendant's counsel to advise all witnesses accordingly.

Evidence and argument that mold is not physical damage have no tendency to prove or disprove disputed facts relevant to the determination of this action and are contrary to the law in this regard. Accordingly, such assertions cannot lead to proper evidentiary inferences, i.e., a deduction of *fact* logically and reasonable drawn from another established *fact*. It will consume unnecessary

time and create an extreme danger of confusing and misleading the jury about what is physical loss

or damage for purposes of establishing coverage under the Federal policy.

## II.  ARGUMENT

### A.  Legal Standard.

The Court has the inherent authority to control trial proceedings, including ruling on motions

*in limine.* See, e.g., *Luce v. United States,* 469 U.S. 38, 40, n.2 and 4 (1984). In addition, a motion *in*

*limine*:

> affords an opportunity to the court to rule on the admissibility of evidence in
> advance, and prevents encumbering the record with immaterial or prejudicial matter,
> as well as providing a means of ensuring that privileged material as to which
> discovery has been allowed by the court will not be used at trial if it is found to be
> inadmissible.

75 Am.Jur.2d, *Trial* § 94 (1991) (footnotes omitted).

Federal Rule of Evidence Rule 401 states that evidence is relevant if: (a) it has any tendency

to make a fact more or less probable than it would be without the evidence; and (b) the fact is of

consequence in determining the action. *Sprint/United Mgmt. Co. v. Medelsohn*, 552 U.S. 379, 388

(2008). Rule 402 specifically prohibits irrelevant evidence. The Advisory Committee has stated that

"relevance is not an inherent characteristic of any item of evidence but exists only as a relation

between an item of evidence and a matter properly provable in the case." *Fed. R. Evid*. 401. In

addition, the Court may exclude otherwise relevant evidence "if its probative value is substantially

outweighed by the danger of unfair prejudice." *Fed. R. Evid*. 403. Further, evidence may be excluded

when there is a significant danger that the jury might base its decision on emotion, or when non-

party events would distract reasonable jurors from the real issues in the case. *Tennison v. Circus*

*Circus Enterprises, Inc.*, 244 F.3d 684, 690 (9th Cir. 2001). With this in mind, "motion[s] in limine

allow[] the parties to resolve evidentiary disputes before trial and avoid[] potentially prejudicial

evidence being presented in front of the jury, thereby relieving the trial judge from the formidable

task of neutralizing the taint of prejudicial evidence." *Brodit v. Cambra*, 350 F.3d 985, 1004-05 (9th Cir. 2003).

**B.      The Mold Infestation Is Physical Loss or Damage Under the Federal Policy.**

FM Global anticipates that Federal will argue and attempt to introduce evidence that the mold infestation is not "physical loss or damage" under its policy and thus, not covered. In addition, Federal has indicated it will assert that the costs to remediate and return the facility to its pre-loss condition are not "physical loss or damage." These arguments are contrary to the facts of this loss and the case law which broadly interprets the term "physical loss or damage" in property insurance policies.[1]

It is undisputed that the mold infestation destroyed the aseptic environment and rendered Room 152 unfit for its intended use – manufacturing injectable pharmaceutical products. Numerous courts have concluded that loss of functionality or reliability under similar circumstances constitutes physical loss or damage. *See, e.g., Western Fire Insurance Co. v. First Presbyterian Church*, 437 P.2d 52 (Colo. 1968) (church building sustained physical loss or damage when it was rendered uninhabitable and dangerous due to gasoline under the building); *Gregory Packaging, Inc. v. Travelers Property and Casualty Company of America*, Civ. No. 2:12-cv-04418 2014 U.S. Dist. LEXIS 165232, 2014 WL 6675934 (D. N.J. 2014) (unsafe levels of ammonia in the air inflicted "direct physical loss of or damage to" the juice packing facility "because the ammonia physically rendered the facility unusable for a period of time."); *Port Authority of N.Y. and N.J. v. Affiliated FM Ins. Co.*, 311 F.3d 226, 236 (3d Cir. 2002) (asbestos fibers); *Essex v. BloomSouth Flooring Corp.*, 562 F.3d 399, 406 (1st Cir. 2009) (unpleasant odor in home); *TRAVCO Ins. Co. v. Ward*, 715

---

[1] At best for Federal, 'physical loss or damage,' which is undefined, is susceptible of more than one reasonable interpretation and is therefore ambiguous and must be construed against Federal. See Memorandum and Order, docket 118, p. 9, citing *United Nuclear Corp. v. Allstate Ins. Co.*, 285 P.3d 644, 647 & 649 (N.M. 2012); *Battishill v. Farmers All. Ins. Co.*, 127 P.3d 1111, 1115 (N.M. 2006).

**PLAINTIFF'S MIL NO. 5**

**CASE NO. 1:17-CV-00760-GJF-LF**

F.Supp.2d 699, 709 (E.D.Va. 2010), aff'd, 504 F. App'x. 251 (4th Cir. 2013) ("toxic gases" released by defective drywall).

Loss of functionality and/or reliability is especially significant where, as here, the property covered involves a product to be consumed by humans. Courts have concluded that the product is damaged where its "function and value have been seriously impaired, such that the product cannot be sold." *Pepsico, Inc. v. Winterthur International America Insurance Co.*, 806 N.Y.S.2d 709, 744 (App. Div. 2005), citing *General Mills, Inc. v. Gold Medal Insurance Co.*, 622 N.W.2d 147 (Minn. Ct.App. 2001); *Pillsbury Co. v. Underwriters at Lloyd's, London*, 705 F Supp 1396 (D. Minn. 1989); *National Union Fire Ins. Co. of Pittsburgh, Pa. v. Terra Indus.*, 216 F Supp 2d 899 (N.D. Iowa 2002), aff'd 346 F3d 1160 (8th Cir. 2003), cert denied 541 US 939 (2004); *Shade Foods, Inc. v. Innovative Prods. Sales & Mktg., Inc.*, 93 Cal Rptr. 2d 364 (Cal.App. 2000); *Zurich Am. Ins. Co. v. Cutrale Citrus Juices USA, Inc.*, 2002 WL 1433728, 2002 US Dist LEXIS 26829 (M.D. Fla. 2002). These courts' rationale regarding food products applies equally, if not more so, to the injectable pharmaceuticals OSO manufactured which were exposed to mold and no longer met industry safety standard. *See, General Mills v. Gold Medal Insurance*, 622 N.W.2d at 152 (food product which no longer met FDA safety standard sustained property damage.); *Motorists Mutual Ins. Co. v. Hardinger*, 131 F.Appx. 823 (3d Cir. 2005) (E coli in water well was physical loss or damage to insured's home.)[2]

The period of time as well as costs required to bring OSO's facility to the level of cleanliness following the mold infestation required by OSO's customers is also physical loss or damage covered by the Federal policy. The facility was damaged by stringent requirements of OSO's customers regarding production to the same extent it was damaged from the mold infestation itself as the facility was unusable as the result of a covered loss. See, e.g., *Western Fire v. First Presbyterian*,

---

[2] The Court appears to agree that the mold infestation at the OSO facility was "physical loss or damage" as that term is used in property insurance policies such as the one issued by Federal. See Memorandum and Order, docket 118, p. 9.

437 P.2d at 55 (insured was awarded costs to remediate infiltration and contamination when gasoline rendered church unusable); *Farmers Insurance Co. v. Trutanich,* 858 P.2d 1332, 1335 (Ore.App. 1993) (costs of rectifying methamphetamine odor covered as direct physical loss or damage.)

The case of *Marshall Produce Co. v. St. Paul Fire & Marine Ins. Co.*, 256 Minn. 404, 98 N.W.2d 280 (1959 Minn.) is instructive. There, the insured manufactured food products for the army pursuant to a contract that required the manufacturing plant be smoke free. When smoke from a fire on a neighbor's property permeated the insured's plant for some period of time, the army refused to accept any of the products, rendering them worthless. The Minnesota Supreme Court rejected the insurer's argument that there was no physical loss or damage. According to the court, the food was damaged because of army regulations that set forth stringent requirements for the manufacturing environment. The court also noted that the impairment of value, not the physical damage, was the measure of damages. *Id.* 98 N.W. 2d at 293.

Here, Federal was familiar with OSO's manufacturing process and the contracts which required OSO to maintain an aseptic manufacturing standards at its facilities. Federal was also aware that a mold infestation could cause significant damage not only to the products exposed to the mold, but also because of the time and cost to clean the mold to the standards required by the manufacturing contracts. Without the customers' approval of the restored aseptic conditions following the mold infestation, OSO's facility remained unusable. Indeed, had OSO manufactured products without the customers' approval of the facility, the customers could have properly refused to accept the products and they would have been as worthless as the food products at issue in *Marshall Produce v. St. Paul.* See also, *General Mills, Inc. v. Gold Medal Insurance Co.*, 622 N.W.2d 147 (Minn. Ct.App. 2001) (The function and value of food products was impaired where the

PLAINTIFF'S MIL NO. 5

CASE NO. 1:17-CV-00760-GJF-LF

FDA prevented the insured from selling them.); *Pepsico, Inc. v. Winterthur International America Insurance Co.*, 806 N.Y.S.2d 709, 744 (App. Div. 2005) (Insured sustained property damage where its beverages had become "unmerchantable," i.e., the product's function and value were seriously impaired, such that the product could not be sold.)

Accordingly, evidence or argument that the mold infestation or the time and costs to remediate the infestation are not physical loss or damage does not create a reasonable inference as to the probability or lack of probability of a fact. *Fed. R. Evid.* 401; *A.I. Credit Corp v. Legion Insurance Co.*, 265 F.3d 630, 638 (7th Cir. 2001). There being no legal basis to require FM Global to prove demonstrable structural damage or alteration to property or products, evidence or argument in this regard does not involve or establish a controverted fact and should be barred from trial. Allowing Federal to argue or elicit testimony that the loss did not create structural damage or alteration to property or products, so is not covered is inconsistent the law, prejudicial to FM Global and will only confuse the jury. See *Fed. R. Evid.* 403.

## III.    CONCLUSION

Based on the foregoing, FM Global respectfully requests that the Court grant this motion *in limine* to preclude questions, testimony or argument that the mold infestation and costs to remediate the infestation are not physical loss or damage under the Federal policy.

Respectfully submitted,

/s/*Maureen A. Sanders*
MAUREEN A. SANDERS
Email:  mas@sanwestlaw.com
SANDERS & WESTBROOK, PC
102 Granite Ave. NW
Albuquerque, NM 87102
Tel.: (505) 243-2243

6

Joyce C. Wang (California Bar No. 121139)
Email: jwang@ccplaw.com
Colin C. Munro (California Bar No. 195520)
Email: cmunro@ccplaw.com
CARLSON CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Tel: (415) 391-3911
Fax: (415) 391-3898

Attorneys for Plaintiff
FACTORY MUTUAL INSURANCE COMPANY
(individually, and as Assignee of ALBANY
MOLECULAR RESEARCH, INC. and OSO
BIOPHARMACEUTICALS MANUFACTURING,
LLC)

## CERTIFICATE OF SERVICE

This is to certify that on November 19, 2019, a true and correct copy of the foregoing was

delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure and the

Local Rules of this Court.

/s/ Maureen A. Sanders
Maureen A. Sanders
Email: mas@sanwestlaw.com
SANDERS & WESTBROOK, PC

7

# Exhibit 4

SERFF Tracking #:  FMGL-130322861    State Tracking #:  R2015005270    Company Tracking #:  FMIC-2016-1

| | |
|---|---|
| **State:** | New York |
| **TOI/Sub-TOI:** | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) |
| **Product Name:** | FMIC-2016-1 |
| **Project Name/Number:** | / |

| | | |
|---|---|---|
| | | **Filing Company:** Factory Mutual Insurance Company |

## Table of Contents

**User Usage Agreement
Attachments**
Usage Agreement                                                Usage Agreement.pdf

| **Form Attachments** | (ex. Form Name | Form Number | Attachment Name) |
|---|---|---|---|
| New York Amendatory Endorsement | FMG3063 | | !! NY_FMG_3063_1015.pdf |
| FMGA 2016 | Form FMGA 2016 | | REV FMGA 2016 Core Final.pdf |
| Off Premises Data Services Property Damage Endorsement | FMG7541 | | FMG7541_Off Premises Data Services Property Damage new_0416.pdf |
| Off Premises Data Services Time Element Endorsement | FMG7542 | | FMG7542_OFF PREMISES DATA SERVICES TIME ELEMENT new _0416.pdf |
| Accidental Interruption of Services Endorsement | FMG7437 | | FMG7437_Accidental Interruption of Services_0416.pdf |
| Loss Payment Increased Tax Liability Endorsement | FMG3303 | | FMG3303_Loss Payment Increased Tax Liability _0416.pdf |
| Service Interruption Property Damage Endorsement | FMG3102 | | FMG3102_Service Interruption Property Damage_0416.pdf |
| Insured Option Endorsement | FMG7441 | | FMG7441_INSURED OPTION_0416.pdf |
| Ingress/Egress Endorsement | FMG3230 | | FMG3230_INGRESS EGRESS_0416.pdf |
| Logistics Extra Cost Endorsement | FMG7317 | | FMG7317_LOGISTICS EXTRA COST FMG-0416.pdf |
| Service Interruption Time Element Endorsement | FMG3203 | | FMG3203_SERVICE INTERRUPTION TIME ELEMENT_0416.pdf |
| Actual Loss Sustained Endorsement | FMG3233 | | FMG3233_ACTUAL LOSS SUSTAINED 0416.pdf |
| Communicable Disease Response Endorsement | FMG7446 | | REV FMG7446 Communicable Disease Response 0416.pdf |
| Coinsurance Deficiency and Currency Devaluation Endorsement | FMG3124 | | FMG3124_Coinsurance Deficiency and Currency Devaluation_0416.pdf |
| Fine Arts and Valuable Papers and Records Endorsement | FMG7440 | | FMG7440_Fine Arts and Valuable Papers and Records_0416.pdf |
| Installment or Deferred Payments Endorsement | FMG3128 | | FMG3128_Installment or Deferred Payments_0416.pdf |
| Machinery or Equipment Startup Option Endorsement | FMG7442 | | FMG7442_Machinery or Equipment Startup Option_0416.pdf |

| | | |
|---|---|---|
| *State:* | New York | |
| *TOI/Sub-TOI:* | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) | *Filing Company:* Factory Mutual Insurance Company |
| *Product Name:* | FMIC-2016-1 | |
| *Project Name/Number:* | / | |

| | | |
|---|---|---|
| Terrorism Endorsement | FMG7168 | FMG7168_Terrorism_0416.pdf |
| Gross Earnings Endorsement | FMG3201 | FMG3201_Gross Earnings_0416.pdf |
| Gross Profit Endorsement | FMG3209 | FMG3209_Gross Profit_0416.pdf |
| Extra Expense Endorsement | FMG3208 | FMG3208_Extra Expense_0416.pdf |
| Rental Insurance Endorsement | FMG3205 | FMG3205_Rental Insurance_0416.pdf |
| Leasehold Interest Endorsement | FMG3212 | FMG3212_Leasehold Interest_0416.pdf |
| Computer Systems Non Physical Damage Endorsement | FMG7243 | FMG7243_Computer Systems Non Physical Damage_0416.pdf |
| Civil or Military Authority Endorsement | FMG7236 | FMG7236_CIVIL OR MILITARY AUTHORITY_0416.pdf |
| Contingent Time Element Extended Endorsement | FMG7238 | FMG7238_CONTINGENT TIME ELEMENT EXTENDED_0416.pdf |
| Attraction Property Endorsement | FMG7438 | FMG7438_ATTRACTION PROPERTY_0416.pdf |
| Crisis Management Endorsement | FMG7439 | FMG7439_CRISIS MANAGEMENT_0416.pdf |
| Delay in Start Up Endorsement | FMG7237 | FMG7237_DELAY IN START UP ENDORSEMENT_0416.pdf |
| Interruption By Communicable Disease Endorsement | FMG7450 | REV Interruption by Communicable Disease 0416.pdf |
| Research and Development | FMG3232 | FMG3232_Research and Development_0416.pdf |
| Soft Costs Endorsement | FMG7239 | FMG7239_SOFT COSTS_0416.pdf |
| *New York Amendatory Endorsement* | *FMG3063* | *! NY_FMG_3063_1015.pdf* |
| *New York Amendatory Endorsement* | *FMG3063* | *NY_FMG_3063_0416.pdf* |
| *FMGA 2016* | *Form FMGA 2016* | *FMGA 2016 Core Final.pdf* |
| *Communicable Disease Response Endorsement* | *FMG7446* | *FMG7446_Communicable Disease Response_0416.pdf* |
| *Interruption By Communicable Disease Endorsement* | *FMG7450* | *FMG7450_INTERRUPTION BY COMMUNICABLE DISEASE_0416.pdf* |

**Supporting Document Attachments**

(ex. Supporting Document Name    Attachment Name)

Property Review Standards Checklist                 NY REVIEW STANDARDS.pdf

*SERFF Tracking #:*   FMGL-130322861    *State Tracking #:*   R2015005270    *Company Tracking #:*   FMIC-2016-1

| | |
|---|---|
| *State:* | New York |
| *TOI/Sub-TOI:* | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) |
| *Filing Company:* | Factory Mutual Insurance Company |
| *Product Name:* | FMIC-2016-1 |
| *Project Name/Number:* | / |

| | |
|---|---|
| Property Review Standards Checklist | NY Questionnaire.pdf |
| Property Review Standards Checklist | NC QUESTIONNAIRE_forms attached.pdf |
| Property Review Standards Checklist | NY CANCEL.pdf |
| Property Review Standards Checklist | NY SFP.pdf |
| Property Review Standards Checklist | NY Form Index.pdf |
| Side-By-Side Comparisons | NY REDLINE.pdf |
| Accidental Interruption of Services Endorsement | FMG7437 Redline.pdf |
| Loss Payment Increased Tax Liability Endorsement | FMG3303 Redline.pdf |
| Service Interruption Property Damage Endorsement | FMG3102 Redline.pdf |
| Insured Option Endorsement | red FMG7441_INSURED OPTION ENDORSEMENT 0416.pdf |
| Ingress/Egress Endorsement | red FMG3230_INGRESS EGRESS 0416.pdf |
| Logistics Extra Cost Endorsement | red FMG 7317 LOGISTICS EXTRA COST ENDORSEMENT 0416.pdf |
| Service Interruption Time Element Endorsement | red FMG3203_SERVICE INTERRUPTION TIME ELEMENT ENDORSEMENT 0416.pdf |
| Actual Loss Sustained Endorsement | red FMG3233_ACTUAL LOSS SUSTAINED ENDORSEMENT_0416.pdf |
| Communicable Disease Response Endorsement | REV FMG7446 Redline.pdf |
| *Communicable Disease Response Endorsement* | *FMG7446 Redline.pdf* |
| Coinsurance Deficiency and Currency Devaluation Endorsement | FMG3124 Redline.pdf |
| Fine Arts and Valuable Papers and Records Endorsement | FMG7440 Redline.pdf |
| Installment or Deferred Payments Endorsement | FMG3128 Redline.pdf |
| Machinery or Equipment Startup Option Endorsement | FMG7442 Redline.pdf |
| Terrorism Endorsement | FMG7168 Redline.pdf |

SERFF Tracking #: FMGL-130322861    State Tracking #: R2015005270    Company Tracking #: FMIC-2016-1

| | |
|---|---|
| **State:** | New York |
| **TOI/Sub-TOI:** | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) |
| **Product Name:** | FMIC-2016-1 |
| **Project Name/Number:** | / |

**Filing Company:** Factory Mutual Insurance Company

| | |
|---|---|
| Gross Earnings Endorsement | red FMG3201_GROSS EARNINGS ENDORSEMENT_0416.pdf |
| Gross Profit Endorsement | red FMG3209_GROSS PROFIT ENDORSEMENT 0416.pdf |
| Extra Expense Endorsement | red FMG3208_EXTRA EXPENSE ENDORSEMENT_0416.pdf |
| Rental Insurance Endorsement | red FMG3205_RENTAL INSURANCE ENDORSEMENT_0416.pdf |
| Leasehold Interest Endorsement | redFMG3212_LEASEHOLD INTEREST ENDORSEMENT_0416.pdf |
| Computer Systems Non Physical Damage Endorsement | red FMG7243_COMPUTER SYSTEMS NON PHYSICAL DAMAGE ENDORSEMENT_0416.pdf |
| Civil or Military Authority Endorsement | red FMG7236_CIVIL OR MILITARYAUTHORITY ENDORSEMENT 0416.pdf |
| Contingent Time Element Extended Endorsement | red FMG7238_CONTINGENT TIME ELEMENT EXTENDED ENDORSEMENT0416.pdf |
| Attraction Property Endorsement | red FMG7438_ATTRACTION PROPERTY ENDORSEMENT 0416.pdf |
| Crisis Management Endorsement | red FMG 7439_CRISIS MANAGEMENT ENDORSEMENT_0416.pdf |
| Delay in Start Up Endorsement | red FMG 7237_DELAY IN START UP ENDORSEMENT_0416.pdf |
| Interruption By Communicable Disease Endorsement | REV FMG7450 Redline.pdf |
| *Interruption By Communicable Disease Endorsement* | *red FMG7450_INTERRUPTION BY COMMUNICABLE DISEASE EXPENSE ENDORSEMENT_0416.pdf* |
| Research and Development Endorsement | red FMG3232_RESEARCH AND DEVELOPMENT ENDORSEMENT_0416.pdf |
| Soft Costs Endorsement | red FMG7239_SOFT COSTS ENDORSEMENT_0416.pdf |
| FMGA 2016 | REV FMGA 2016 Core Redline.pdf |
| *FMGA 2016* | *FMGA 2016 2016 Core final Redline 2.pdf* |
| Explanatory Memorandum | Explanatory Memorandum.pdf |
| FMG7308 SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT | FMG7308 TRIA Suppl Cert Act of Terror End  2015.pdf |

*SERFF Tracking #:* *FMGL-130322861*   *State Tracking #:* *R2015005270*   *Company Tracking #:* *FMIC-2016-1*

| State: | New York | | Filing Company: | Factory Mutual Insurance Company |
|---|---|---|---|---|
| TOI/Sub-TOI: | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) | | | |
| Product Name: | FMIC-2016-1 | | | |
| Project Name/Number: | / | | | |

*Letter to the DFS*                    NY Dept of FS letter FMIC-2016-1-signed.pdf

*Manual Rule memo*                   NY Manual Rule memo FMIC-2016-1.pdf


**Correspondence Attachments**      (ex. Correspondence Type      Attachment Name)

Note To Reviewer                    NY additional Comp response to Comment # 3.pdf

Note To Reviewer                    AAIS NY CP 02-0037c.pdf

Note To Reviewer                    AAIS CP 01-0597.pdf

Note To Reviewer                    AAIS HO 10-1104.pdf

Note To Reviewer                    NY Comp response to Comment # 3.pdf

Note To Reviewer                    NY response 3 30 16.pdf

| *State:* | *New York* | *Filing Company:* | *Factory Mutual Insurance Company* |
|---|---|---|---|
| *TOI/Sub-TOI:* | *01.0 Property/01.0001 Commercial Property (Fire and Allied Lines)* | | |
| *Product Name:* | *FMIC-2016-1* | | |
| *Project Name/Number:* | */* | | |

# Filing at a Glance

| | |
|---|---|
| Company: | Factory Mutual Insurance Company |
| Product Name: | FMIC-2016-1 |
| State: | New York |
| TOI: | 01.0 Property |
| Sub-TOI: | 01.0001 Commercial Property (Fire and Allied Lines) |
| Filing Type: | Form |
| Date Submitted: | 12/14/2015 |
| SERFF Tr Num: | FMGL-130322861 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | R2015005270 |
| State Status: | Closed |
| Co Tr Num: | FMIC-2016-1 |
| | |
| Effective Date Requested (New): | 04/01/2016 |
| Effective Date Requested (Renewal): | 04/01/2016 |
| Author(s): | Jennifer Russo, Ian Saiz, Lauren Whatmough |
| Reviewer(s): | Marielle Klempner (primary) |
| Disposition Date: | 06/06/2016 |
| Disposition Status: | Approved |
| Effective Date (New): | 06/06/2016 |
| Effective Date (Renewal): | 06/06/2016 |

| State: | New York | Filing Company: | Factory Mutual Insurance Company |
|---|---|---|---|
| TOI/Sub-TOI: | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) | | |
| Product Name: | FMIC-2016-1 | | |
| Project Name/Number: | / | | |

# General Information

Project Name:

Project Number:

Reference Organization: None

Reference Title: None

Filing Status Changed: 06/06/2016

State Status Changed: 06/06/2016

Created By: Kathleen Pinelli

Corresponding Filing Tracking Number:

Filing Description:

Status of Filing in Domicile: Not Filed

Domicile Status Comments: Not required to file in our state of domicile, RI, per Statute 27-65-1.

Reference Number: None

Advisory Org. Circular: None

Deemer Date:

Submitted By: Jennifer Russo

| | |
|---|---|
| *State:* | New York |
| *TOI/Sub-TOI:* | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) |
| *Product Name:* | FMIC-2016-1 |
| *Project Name/Number:* | / |

*Filing Company:* Factory Mutual Insurance Company

Factory Mutual Insurance Company (the "Company") submits the enclosed property damage policy and 31 endorsement forms for your review and approval. FMIC specializes in insuring high value, multi state, large and complex commercial and industrial entities commonly called Highly Protected Risk (HPR) business.

This filing description is provided only for informational purposes. It does not modify, limit or enlarge insurance policy provisions. The actual rights and responsibilities of the insurer and the Insured are contained in the policy's terms and conditions.

There is no change in the rate manual and no filing is required in the Company's state of domicile, Rhode Island. This filing is being submitted nationwide where required.

In this filing, the Company is submitting an all risk coverage property damage policy and optional endorsement forms. The majority of the policy coverages in these forms were previously filed and approved with the FMGA 2011 Policy series of forms. The Company's intent is to simplify the coverage wordings and to provide enhanced cover.

The following forms are included in this filing:


FMGA 2016: PROPERTY DAMAGE POLICY
FMG7541: Off Premises Data Services Property Damage Endorsement
FMG7542: Off Premises Data Services Time Element Endorsement
FMG7437: Accidental Interruption of Services Endorsement
FMG3303: Loss Payment Increased Tax Liability Endorsement
FMG3102: Service Interruption Property Damage Endorsement
FMG7441: Insured Option Endorsement
FMG3230: Ingress/Egress Endorsement
FMG7317: Logistics Extra Cost Endorsement
FMG3203: Service Interruption Time Element Endorsement
FMG3233: Actual Loss Sustained Endorsement
FMG7446: Communicable Disease Response Endorsement
FMG3124: Coinsurance Deficiency and Currency Devaluation Endorsement
FMG7440: Fine Arts and Valuable Papers and Records Endorsement
FMG3128: Installment or Deferred Payments Endorsement
FMG7442: Machinery or Equipment Startup Option Endorsement
FMG7168: Terrorism
FMG3201: Gross Earnings Endorsement
FMG3209: Gross Profit Endorsement
FMG3208: Extra Expense Endorsement
FMG3205: Rental Insurance Endorsement
FMG3212: Leasehold Interest Endorsement
FMG7243: Computer Systems – Non Physical Damage Endorsement
FMG7236: Civil or Military Authority Endorsement
FMG7238: Contingent Time Element Extended Endorsement
FMG7438: Attraction Property Endorsement
FMG7439: Crisis Management Endorsement
FMG7237: Delay in Startup Endorsement
FMG7450: Interruption by Communicable Disease Endorsement

| State: | New York | Filing Company: | Factory Mutual Insurance Company |
|---|---|---|---|
| TOI/Sub-TOI: | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) | | |
| Product Name: | FMIC-2016-1 | | |
| Project Name/Number: | / | | |

FMG3232: Research and Development Endorsement
FMG7239: Soft Costs Endorsement
STATE AMENDATORY ENDORSEMENT (If required)

# Company and Contact

## Filing Contact Information
Jennifer Russo, Assistant Manager Gov't &     jennifer.russo@fmglobal.com
Ind Services
270 Central Avenue                                   401-415-1145 [Phone]  1145 [Ext]
Johnston, RI 02919                                   401-275-3032 [FAX]

## Filing Company Information
Factory Mutual Insurance              CoCode: 21482                State of Domicile: Rhode
Company                               Group Code: 65               Island
270 Central Ave.                      Group Name: FM Global        Company Type: Property &
P.O.B. 7500                           FEIN Number: 05-0316605      Casualty
Government & Industry Services                                     State ID Number:
Johnston, RI  02919
(800) 343-7722 ext. 1863[Phone]

| | |
|---|---|
| *State:* | *New York* |
| *TOI/Sub-TOI:* | *01.0 Property/01.0001 Commercial Property (Fire and Allied Lines)* |
| *Product Name:* | *FMIC-2016-1* |
| *Project Name/Number:* | */* |

*Filing Company:* *Factory Mutual Insurance Company*

## Filing Fees

### State Fees

| | |
|---|---|
| Fee Required? | No |
| Retaliatory? | No |
| Fee Explanation: | |

## State Specific

Speed-To-Market Field: enter code "98" for Speed-To-Market filings.  Enter "0" for N/A.: NA

Terrorism Exclusion Field: enter code "46-01" for filings which includes forms, rates or rules for the Terrorism Exclusion.  Enter "0" for N/A.: NA

Mold (Fungi, Bacteria, Virus) Exclusion Field: enter code "46-02" for filings which includes forms, rates or rules for the Mold Exclusion.  Enter "0" for N/A.: NA

On the Rate/Rule Schedule Tab, the "Add Rate Data" button must be changed to "yes" for all rating rules and rate filings in order for the appropriate fields to be completed.  Please enter "Yes" for filings with the rate data fields completed and "No" for all other filings.: No

| SERFF Tracking #: | FMGL-130322861 | State Tracking #: | R2015005270 | Company Tracking #: | FMIC-2016-1 |
|---|---|---|---|---|---|

| | |
|---|---|
| State: | New York |
| TOI/Sub-TOI: | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) |
| Product Name: | FMIC-2016-1 |
| Project Name/Number: | / |
| Filing Company: | Factory Mutual Insurance Company |

# Correspondence Summary

## Dispositions

| Status | Created By | Created On | Date Submitted |
|---|---|---|---|
| Approved | Marielle Klempner | 06/02/2016 | 06/06/2016 |

## Objection Letters and Response Letters

### Objection Letters

| Status | Created By | Created On | Date Submitted |
|---|---|---|---|
| Pending | Marielle Klempner | 02/09/2016 | 02/09/2016 |
| Pending | Marielle Klempner | 01/15/2016 | 01/15/2016 |

### Response Letters

| Responded By | Created On | Date Submitted |
|---|---|---|
| Jennifer Russo | 02/22/2016 | 02/22/2016 |
| Jennifer Russo | 01/21/2016 | 01/22/2016 |

## Amendments

| Schedule | Schedule Item Name | Created By | Created On | Date Submitted |
|---|---|---|---|---|
| Form | New York Amendatory Endorsement | Jennifer Russo | 06/02/2016 | 06/02/2016 |
| Form | FMGA 2016 | Jennifer Russo | 01/08/2016 | 01/08/2016 |
| Form | Communicable Disease Response Endorsement | Jennifer Russo | 01/08/2016 | 01/08/2016 |
| Form | Interruption By Communicable Disease Endorsement | Jennifer Russo | 01/08/2016 | 01/08/2016 |
| Supporting Document | Communicable Disease Response Endorsement | Jennifer Russo | 01/08/2016 | 01/08/2016 |
| Supporting Document | Interruption By Communicable Disease Endorsement | Jennifer Russo | 01/08/2016 | 01/08/2016 |
| Supporting Document | FMGA 2016 | Jennifer Russo | 01/08/2016 | 01/08/2016 |

## Filing Notes

| Subject | Note Type | Created By | Created On | Date Submitted |
|---|---|---|---|---|
| Additional response to comment # 3 | Note To Reviewer | Jennifer Russo | 05/24/2016 | 05/24/2016 |
| Additional Comment # 3 response | Note To Reviewer | Jennifer Russo | 05/13/2016 | 05/13/2016 |
| Additional Comments #3 | Note To Filer | Marielle Klempner | 05/09/2016 | 05/09/2016 |
| Additional Comment # 2 response | Note To Reviewer | Jennifer Russo | 05/04/2016 | 05/04/2016 |
| Additional Comment #2 | Note To Filer | Marielle Klempner | 04/28/2016 | 04/29/2016 |
| response to Note to Filer | Note To Reviewer | Jennifer Russo | 03/30/2016 | 03/30/2016 |
| Additional Comments | Note To Filer | Marielle Klempner | 03/24/2016 | 03/24/2016 |
| extension request | Note To Reviewer | Jennifer Russo | 02/16/2016 | 02/16/2016 |

| SERFF Tracking #: | FMGL-130322861 | State Tracking #: | R2015005270 | Company Tracking #: | FMIC-2016-1 |
|---|---|---|---|---|---|

| **State:** | New York |
|---|---|
| **TOI/Sub-TOI:** | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) |
| **Product Name:** | FMIC-2016-1 |
| **Project Name/Number:** | / |

**Filing Company:** Factory Mutual Insurance Company

## Disposition

Disposition Date: 06/06/2016
Effective Date (New): 06/06/2016
Effective Date (Renewal): 06/06/2016
Status: Approved

Comment: Dear Jennifer Russo:

This is in reference to the captioned filing submitted on May 27, 2016 for approval and to the various correspondences which provided additional information.

The captioned form filing, as amended, is approved effective the date of this letter in accordance with Section 2307 of the Insurance Law.

This approval is limited to the form(s) and does not extend to the rating rules and schedules of rates.  Such information should be submitted in accordance with the instructions contained in Department Circular Letter No. 5 (2009), available at http://www.dfs.ny.gov/insurance/filer.htm.

Very truly yours,

Maria Vullo
Acting Superintendent of Financial Services

Marielle Klempner
Senior Insurance Examiner
Property Bureau
212 480-5511
marielle.klempner@dfs.ny.gov

Rate data does NOT apply to filing.

| SERFF Tracking #: | FMGL-130322861 | State Tracking #: | R2015005270 | Company Tracking #: | FMIC-2016-1 |

| State: | New York | Filing Company: | Factory Mutual Insurance Company |
| TOI/Sub-TOI: | 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines) |
| Product Name: | FMIC-2016-1 |
| Project Name/Number: | / |

# Amendment Letter

Submitted Date: 01/08/2016

Comments:

Please accept for review three revised forms under the Forms Schedule Tab.

The Company's intent is to simplify the coverage wordings to provide contract clarity.
As noted in the Explanatory Memorandum, these forms were previously filed and approved with the FMGA 2011 Policy series of forms.

The forms are:

FMGA 2016
The only change to this form is on page 30 to the definition for off-premises data processing or data transmission services, which simply entails deleting the words "the Insured's". This change has been made to clarify intent.  There is no material change in coverage.

FMG7446: Communicable Disease Response Endorsement and
FMG7450: Interruption by Communicable Disease Endorsement
The changes are grammatical and editorial to clarify intent.  There is no material change in coverage.
Changed Items:

| SERFF Tracking #: | FMGL-130322861 | State Tracking #: | R2015005270 | Company Tracking #: | FMIC-2016-1 |
| --- | --- | --- | --- | --- | --- |

**State:** New York
**TOI/Sub-TOI:** 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines)
**Product Name:** FMIC-2016-1
**Project Name/Number:** /
**Filing Company:** Factory Mutual Insurance Company

## Form Schedule Item Changes

| Item No. | Form Name | Form Number | Edition Date | Form Type | Form Action | Action Specific Data | Readability Score | Attachments | Submitted |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | FMGA 2016 | Form FMGA 2016 | (04/16) | PCF | Replaced | Previous FMIC-Filing Number: 2011-1 / Replaced Form FMGA Number: 2011 / Replaced Edition Date: | 0.000 | REV FMGA 2016 Core Final.pdf | Date Submitted: 01/08/2016 By: |

*Previous Version*

| 1 | *FMGA 2016* | *Form FMGA 2016* | *(04/16)* | *PCF* | *Replaced* | *Previous FMIC-Filing Number: 2011-1 / Replaced Form FMGA Number: 2011 / Replaced Edition Date:* | *0.000* | *FMGA 2016 Core Final.pdf* | *Date Submitted: 12/14/2015 By: Jennifer Russo* |
| 2 | Communicable Disease Response Endorsement | FMG7446 | (04/16) | END | Replaced | Previous FMIC-Filing Number: 2011-13 / Replaced Form Number: FMG7446 / Replaced Edition Date: | 0.000 | REV FMG7446 Communicable Disease Response 0416.pdf | Date Submitted: 01/08/2016 By: |

*Previous Version*

| 2 | *Communicable Disease Response Endorsement* | *FMG7446* | *(04/16)* | *END* | *Replaced* | *Previous FMIC-Filing Number: 2011-13 / Replaced Form Number: FMG7446 / Replaced Edition Date:* | *0.000* | *FMG7446_Communicable_Disease_Response_041 6.pdf* | *Date Submitted: 12/14/2015 By: Jennifer Russo* |
| 3 | Interruption By | FMG7450 | (04/16) | END | Replaced | Previous FMIC-Filing 2011-13 | 0.000 | REV | Date Submitted: |

| | SERFF Tracking #: | FMGL-130322861 | State Tracking #: | R2015005270 | Company Tracking #: | FMIC-2016-1 |

**State:** New York
**TOI/Sub-TOI:** 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines)
**Product Name:** FMIC-2016-1
**Project Name/Number:** /

**Filing Company:** Factory Mutual Insurance Company

## Form Schedule Item Changes

| Item No. | Form Name | Form Number | Edition Date | Form Type | Form Action | Action Specific Data | Readability Score | Attachments | Submitted |
|---|---|---|---|---|---|---|---|---|---|
| | Communicable Disease Endorsement | FMG7450 | | | | Number: Replaced Form Number: FMG7450 Replaced Edition Date: | | Interruption by Communicable Disease 0416.pdf | 01/08/2016 By: |
| Previous Version 3 | Interruption By Communicable Disease Endorsement | FMG7450 | (04/16) | END | Replaced | Previous FMIC-Filing Number: 2011-13 Replaced Form Number: FMG7450 Replaced Edition Date: | 0.000 | FMG7450_INT_ERRUPTION_BY_COMMUNICAB LE_DISEASE_0416.pdf | Date Submitted: 12/14/2015 By: Jennifer Russo |

No Rate Schedule Items Changed.

| SERFF Tracking #: | FMGL-130322861 | State Tracking #: | R2015005270 | Company Tracking #: | FMIC-2016-1 |
|---|---|---|---|---|---|

**State:** New York
**TOI/Sub-TOI:** 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines)
**Product Name:** FMIC-2016-1
**Project Name/Number:** /

**Filing Company:** Factory Mutual Insurance Company

## Supporting Document Schedule Item Changes

**Satisfied - Item:** Communicable Disease Response Endorsement
**Comments:**
**Attachment(s):** REV FMG7446 Redline.pdf
*Previous Version*
*Satisfied - Item: Communicable Disease Response Endorsement*
*Comments:*
*Attachment(s): FMG7446 Redline.pdf*

**Satisfied - Item:** Interruption By Communicable Disease Endorsement
**Comments:**
**Attachment(s):** REV FMG7450 Redline.pdf
*Previous Version*
*Satisfied - Item: Interruption By Communicable Disease Endorsement*
*Comments:*
*Attachment(s): red FMG7450_INTERRUPTION BY COMMUNICABLE DISEASE EXPENSE ENDORSEMENT_0416.pdf*

**Satisfied - Item:** FMGA 2016
**Comments:**
**Attachment(s):** REV FMGA 2016 Core Redline.pdf
*Previous Version*
*Satisfied - Item: FMGA 2016*
*Comments:*
*Attachment(s): FMGA 2016 2016 Core final Redline 2.pdf*

| SERRF Tracking #: | FMGL-130322861 | State Tracking #: | R2015005270 | Company Tracking #: | FMIC-2016-1 |

**State:** New York
**TOI/Sub-TOI:** 01.0 Property/01.0001 Commercial Property (Fire and Allied Lines)
**Product Name:** FMIC-2016-1
**Project Name/Number:** /

**Filing Company:** Factory Mutual Insurance Company

## Superseded Schedule Items

Please note that all items on the following pages are items, which have been replaced by a newer version. The newest version is located with the appropriate schedule on previous pages. These items are in date order with most recent first.

| Creation Date | Schedule Item Status | Schedule | Schedule Item Name | Replacement Creation Date | Attached Document(s) |
|---|---|---|---|---|---|
| 02/19/2016 | | Form | New York Amendatory Endorsement | 06/02/2016 | NY_FMG_3063_1015.pdf (Superceded) |
| 12/14/2015 | | Supporting Document | Communicable Disease Response Endorsement | 01/08/2016 | FMG7446 Redline.pdf (Superceded) |
| 12/14/2015 | | Supporting Document | Interruption By Communicable Disease Endorsement | 01/08/2016 | red FMG7450_INTERRUPTION BY COMMUNICABLE DISEASE EXPENSE ENDORSEMENT_0416.pdf (Superceded) |
| 12/14/2015 | | Supporting Document | FMGA 2016 | 01/08/2016 | FMGA 2016 2016 Core final Redline 2.pdf (Superceded) |
| 12/14/2015 | | Form | FMGA 2016 | 01/08/2016 | FMGA 2016 Core Final.pdf (Superceded) |
| 12/14/2015 | | Form | Communicable Disease Response Endorsement | 01/08/2016 | FMG7446_Communicable Disease Response_0416.pdf (Superceded) |
| 12/14/2015 | | Form | Interruption By Communicable Disease Endorsement | 01/08/2016 | FMG7450_INTERRUPTION BY COMMUNICABLE DISEASE_0416.pdf (Superceded) |
| 11/12/2015 | | Form | New York Amendatory Endorsement | 02/19/2016 | NY_FMG_3063_0416.pdf (Superceded) |

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

Factory Mutual Insurance Company (herein, the "Company") submits the enclosed property damage policy and 31 endorsement forms for your review and approval. The Company specializes in insuring high value, multi state, large and complex commercial and industrial entities commonly called Highly Protected Risk (HPR) business.

This explanatory filing memorandum is provided only for informational purposes. It does not modify, limit or enlarge insurance policy provisions. The actual rights and responsibilities of the insurer and the Insured are contained in the policy's terms and conditions.

A PDF copy of each form is included in this filing. This memorandum is to be used in conjunction with the enclosed redline comparison for the policy and each endorsement contained in this submission. Also included for your reference is Appendix A – Previous Policy Reference (herein, "Appendix A"). A majority of the policy terms in this filing were previously filed and approved. Appendix A contains the form name, form number and previous company filing number for each previously filed form and two new endorsements.

The State Amendatory Endorsement is being filed where necessary and contains only changes related to the policy language explained herein.

In this filing, the Company is submitting an all risk coverage property damage policy and endorsement forms. The majority of the policy coverages in these forms were previously filed and approved with the FMGA 2011 Policy series of forms. The Company's intent is to simplify the coverage wordings and to provide enhanced cover. There is no rate change for this filing.

The Company requests an effective date of April 1, 2016 for each form contained in this filing. The Company intends to make the enclosed forms available for new and renewal business for use from that effective date.

The following forms are included in this filing:

- FMGA 2016: Property Damage Policy
- FMG7541: Off Premises Data Services Property Damage Endorsement
- FMG7542: Off Premises Data Services Time Element Endorsement
- FMG7437: Accidental Interruption of Services Endorsement
- FMG3303: Loss Payment Increased Tax Liability Endorsement
- FMG3102: Service Interruption Property Damage Endorsement
- FMG7441: Insured Option Endorsement
- FMG3230: Ingress/Egress Endorsement
- FMG7317: Logistics Extra Cost Endorsement
- FMG3203: Service Interruption Time Element Endorsement
- FMG3233: Actual Loss Sustained Endorsement
- FMG7446: Communicable Disease Response Endorsement
- FMG3124: Coinsurance Deficiency and Currency Devaluation Endorsement
- FMG7440: Fine Arts and Valuable Papers and Records Endorsement

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

- FMG3128: Installment or Deferred Payments Endorsement
- FMG7442: Machinery or Equipment Startup Option Endorsement
- FMG7168: Terrorism Endorsement
- FMG3201: Gross Earnings Endorsement
- FMG3209: Gross Profit Endorsement
- FMG3208: Extra Expense Endorsement
- FMG3205: Rental Insurance Endorsement
- FMG3212: Leasehold Interest Endorsement
- FMG7243: Computer Systems – Non Physical Damage Endorsement
- FMG7236: Civil or Military Authority Endorsement
- FMG7238: Contingent Time Element Extended Endorsement
- FMG7438: Attraction Property Endorsement
- FMG7439: Crisis Management Endorsement
- FMG7237: Delay in Startup Endorsement
- FMG7450: Interruption by Communicable Disease Endorsement
- FMG3232: Research and Development Endorsement
- FMG7239: Soft Costs Endorsement
- State Amendatory Endorsement (If required)

**FMGA 2016: PROPERTY DAMAGE POLICY**

DECLARATIONS:

Named Insured and Mailing Address: No change.

Policy Dates: No change.

Insurance Provided: This section has been added to better describe how the insured can find coverage within the policy. This new section replaces the former Insured Location section which provided that the policy coverage applied to insured locations, as defined in the policy. Please see the Miscellaneous Property explanation below for more information. There is no material change in coverage.

*Please note that the defined term, "**insured location**" has been replaced with "insured* **location**" *throughout the policy and policy endorsements. This change is not explained further in each clause below because there is no material change in coverage.*

Premium: No change.

Premium Payable: No change.

Loss Adjustment/Payable: No change.

Territory: No change.

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

Jurisdiction: No change.

Currency: No change.

Limits of Liability: No change.

Deductibles: No change.

PROPERTY DAMAGE:

Insured Property: Section title has been changed for clarification.  There is no material change in coverage.

Excluded Property: Section title has been changed for clarification.  The "accounts, bills, deeds, evidences of debt or title" exclusions have been removed.  This is an expansion of coverage. "Currency, money, notes or securities" and "precious metal in bullion form" have been separated into two distinct categories for clarification.  There are no other changes in coverage.

Exclusions: The section referenced in Section A.6. has been changed from Demolition and Increased Cost of Construction to Law and Ordinance.  SEE Law and Ordinance below for further explanation.  OFF PREMISES DATA SERVICES has been added as additional cover. See OFF PREMISES DATA SERVICES below for further explanation. There is no material change in coverage.

Valuation: The Demolition and Increased Cost of Construction section reference has been changed to Law and Ordinance.  SEE Law and Ordinance below for further explanation.

Additional Coverages: There is no change in coverage to introductory paragraph.  Please see specific coverages below.

Automatic Coverage: No change.

Brands and Labels: No change.

Consequential Reduction in Value: No change.

Data, Programs or Software: No change.

Debris Removal: No change.

Errors and Omissions: No change.

Expediting Costs: No change.

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

Land and Water Contaminant Cleanup, Removal and Disposal: No change.

Law and Ordinance: This is a new clause which provides coverage for costs associated with a law or ordinance that is enforced as a result of a loss at an insured location. This clause contains coverage which was previously provided in Demolition and Increased Cost of Construction as well as coverage for the portions of property of buildings that have been down-zoned and cannot be fully repaired or replaced due to a law or ordinance. This is an expansion in coverage.

Miscellaneous Property: This new clause combines coverage previously provided by: Form FMG7235: Miscellaneous Personal Property Endorsement, approved in filing FMIC-2004-9; Off Premises Storage for Property under Construction, Form FMG7233, approved in filing FMIC-2011-1; Form 7327: Personal Property not at a Location, approved in filing FMIC-2011-1 and miscellaneous unnamed locations coverage provided via the Insured Location clause in Form FMGA 2011 approved in filing FMIC-2011-1. This simplifies the previous coverages into one clause for the insured. There is no material change in coverage.

Protection and Preservation of Property: No change.

Temporary Removal of Property: No change.

LOSS ADJUSTMENT AND SETTLEMENT

No changes.

GENERAL PROVISIONS

Cancellation/Non-Renewal: No change.

Inspections: No change.

Provisions Applicable to Specific Jurisdictions: No change.

Liberalization: No change.

Misrepresentation and Fraud: No change.

Lenders Loss Payee and Mortgagee Interests and Obligations: No change.

Other Insurance: No change.

Policy Modification: No change.

Reduction by Loss: No change.

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

Suspension: No change.

Titles: No change.

Assignment: No change.

Definitions:

communicable disease: this term defines the term referenced in Communicable Disease Response and Interruption by Communicable Disease coverages.

off shore: this term is no longer defined in the form as it is meant to take on its generally understood meaning within policy forms.

off premises data processing or data transmission services: this term defines the services referenced in Off Premises Data Services Property Damage coverage.

startup: this term is no longer defined in the form as it is defined within the Machinery or Equipment Startup Option Endorsement.

**Note Regarding Terrorism Coverage**

Some terrorism exclusions appear within the FMGA 2016 policy form mentioned above and the Endorsements contained herein.   Please note that every policy contains Form FMG7308, Supplemental United States Certified Act of Terrorism Endorsement, approved in FMIC-2015-1 and paragraph C. of Provisions Applicable to Specific Jurisdictions within Form FMGA 2016 filed herein.

With respect to property within the USA, the effect of both clauses is to replace the definition of terrorism with the "certified" acts definition and remove the terrorism exclusions within the policy as they would have applied to "certified acts".  An event that is not considered a "certified terrorism" event (sometimes known as "non-certified"), therefore will not be considered terrorism, and will not be subject to any of the terrorism exclusions. They will be addressed within the all-risks coverage, and only subject to general policy terms. The Policy will cover "non-certified" acts as it does other perils such as fire.

The Company typically issues international policies that cover property in multiple jurisdictions and therefore terrorism coverage needs to be appropriate both within the United States and outside of the United States.

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

### FMG7541: Off Premises Data Services Property Damage Endorsement

This is a new optional endorsement which provides coverage for insured property when an accidental event at a data facilities provider causes an interruption of data processing or data transmission services.

### FMG7542: Off Premises Data Services Time Element Endorsement

This is a new optional endorsement which provides coverage for losses related to off premises data processing or data transmission services when an accidental event at the facilities provider causes an interruption to the Insured's business.

### FMG7437: Accidental Interruption of Services Endorsement
### FMG3303: Loss Payment Increased Tax Liability Endorsement
### FMG3102: Service Interruption Property Damage Endorsement
### FMG7441: Insured Option Endorsement
### FMG3230: Ingress/Egress Endorsement
### FMG7317: Logistics Extra Cost Endorsement
### FMG3203: Service Interruption Time Element Endorsement
### FMG3233: Actual Loss Sustained Endorsement

The 8 Endorsements listed above are being refiled to reflect that the defined term "**insured location**" has been replaced with "insured **location**".  This is the only substantive change in these endorsements.  Some endorsements also include grammatical and editorial changes for clarification. Please see Insurance Provided coverage of Form FMGA 2016 above for more information.  Relating to FMG3203 only, the title of the endorsement has been amended from Service Interruption Endorsement for clarification.  There is no material change in coverage.

### FMG7446: Communicable Disease Response Endorsement

This endorsement was previously approved in filing FMIC-2011-13 as Communicable Disease Cleanup, Removal and Disposal Endorsement.  The replaced Endorsement was previously available to insureds with healthcare occupancies only.  Grammatical and editorial changes have been made to remove the **healthcare facility** terms because this coverage is now offered as optional to all clients.  The coverage also now allows for an officer of the Insured to trigger the coverage.  This is an expansion in coverage.

### FMG3124: Coinsurance Deficiency and Currency Devaluation Endorsement

This endorsement was previously approved in filing FMIC-2004-9, as Coinsurance Deficiency Endorsement.  Grammatical and editorial changes have been made to utilize the defined term, **representative companies** and to provide that the insured should adjust foreign policy values if affected by a significant currency devaluation.  This is a reduction of coverage which allows for clarification of the adjustment period.

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

### FMG7440: Fine Arts and Valuable Papers and Records Endorsement

This endorsement was previously approved in filing FMIC-2011-1. Grammatical and editorial changes have been made to reference the proper Property Excluded section. There is no material change in coverage.

### FMG3128: Installment or Deferred Payments Endorsement

This endorsement was previously approved in filing FMIC-2001-2 as Deferred Payments Endorsement. Grammatical and editorial changes have been made to utilize the bolded, defined term, **actual cash value** in order to invoke the definition used in the policy form, FMGA 2016. There is no material change in coverage.

### FMG7442: Machinery or Equipment Startup Option Endorsement

This endorsement was previously approved in filing FMIC-2011-1. Grammatical and editorial changes have been made to remove the bolded, defined term, **startup** and instead define the term within the endorsement as it is specific to this coverage. There is no material change in coverage.

### FMG7168: Terrorism Endorsement

This endorsement was previously approved in company filing FMIC-2011-1. Grammatical and editorial changes have been made to utilize the more general concept of insurance provided. Please see the explanation in Miscellaneous Property of form FMGA 2016 above. The valuation clause has been removed because the valuation clause relating to terrorism in the FMGA 2016 form will apply. There is no material change in coverage.

### FMG3201: Gross Earnings Endorsement
### FMG3209: Gross Profit Endorsement
### FMG3208: Extra Expense Endorsement
### FMG3205: Rental Insurance Endorsement
### FMG3212: Leasehold Interest Endorsement

The 5 endorsements listed above were previously approved in filing FMIC-2011-1. The clauses "provided such loss or damage is not at a **contingent time element location**" and "while in transit as provided by this policy" have been added to clarify how the coverage applies as it relates to the Insurance Provided and Miscellaneous Property clauses within the FMGA 2016 form. There is no material change in coverage. Coverage for contingent time element locations will be addressed within the Contingent Time Element Extended Endorsement.

Relating to FMG3201, FMG3209, FMG3208 and FMG3205, the Period of Liability exclusion relating to restaffing or retraining employees has been amended to state that the exclusion does

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

not apply to retraining staff to use new machinery and equipment within the stated period of time. This is an expansion in coverage.

Relating to FMG3208, Extra Expense Endorsement only, the costs to purchase finished goods from third parties to fulfill orders that cannot be met have been added to this coverage. This is an expansion in coverage. Additional period of liability provisions have also been added. This is a clarification.

### FMG7243: Computer Systems – Non Physical Damage Endorsement

This endorsement was previously approved in filing FMIC-2011-1. Paragraph 2 has been added to cover loss resulting from the Insured's reasonable actions to protect electronic data processing equipment or media against impending malicious acts. This is an expansion in coverage.

### FMG7236: Civil or Military Authority Endorsement

This endorsement was previously approved in filing FMIC-2011-1. This coverage extension now covers losses sustained due to a limitation, restriction or prohibition of partial or total access to an insured location due to an order of civil or military authority. This is an expansion in coverage.

### FMG7238: Contingent Time Element Extended Endorsement

This endorsement was previously approved in filing FMIC-2008-3. Grammatical and editorial changes have been made for clarification. The new endorsement form no longer defines contingent time element locations within its terms, but instead refers to the bolded, defined term **contingent time element extended locations** as utilized in the FMGA 2016 form. This endorsement also removes the condition relating to the indemnity period because it will be provided within the Time Element coverage. There is no material change in coverage.

### FMG7438: Attraction Property Endorsement

This endorsement was previously approved in filing FMIC-2011-1. The terrorism exclusion has been added to clarify the Company's intent. Please note that this terrorism exclusion will not apply within the United States as described in 'Note Regarding Terrorism Coverages' above. There is no material change in coverage.

### FMG7439: Crisis Management Endorsement

This endorsement was previously approved in filing FMIC-2011-1. This version has been updated to add workplace accident events as a trigger of coverage. This is an expansion in coverage.

### FMG7237: Delay in Startup Endorsement

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

This endorsement is was previously approved in filing FMIC-2004-9. This version has been updated to remove the reference to Off Premises Storage for Property under Construction and instead refer to the more broad insured **location** term. There is no material change in coverage.

### FMG7450: Interruption by Communicable Disease Endorsement

This endorsement was previously approved in filing FMIC-2011-13 as Interruption by Communicable Disease Expense Endorsement. The replaced Endorsement was previously available to insureds with healthcare occupancies only. This coverage has been reformatted to remove the **healthcare facility** terms and is now offered to all clients. The coverage also now allows for an officer of the Insured to trigger the coverage. This is an expansion in coverage.

### Form FMG3232: Research and Development Endorsement

This endorsement was previously approved in filing FMIC-2001-2. Grammatical and editorial changes have been made for clarification. There is no material change in coverage.

### Form FMG7239: Soft Costs Endorsement

This endorsement is was previously approved in filing FMIC-2004-9. Grammatical and editorial changes have been made for clarification. The new endorsement form no longer defines soft costs within its terms, but instead refers to the bolded, defined term **soft costs** as utilized in the FMGA 2016 form. There is no material change in coverage.

### STATE AMENDATORY ENDORSEMENT (If required)

Grammatical and editorial changes to be consistent with policy format. There is no material change in coverage.

FACTORY MUTUAL INSURANCE COMPANY
FILING FMIC-2016-1
Explanatory Filing Memorandum

| FMIC-2016-1  Appendix A: Previous Policy Reference | | |
|---|---|---|
| **POLICY FORM** | **FORM NO.** | **PRIOR COMPANY FILING NO.** |
| FMGA 2016 | FMGA 2016 | FMIC-2011-1 |
| OFF PREMISES DATA SERVICES PROPERTY DAMAGE ENDORSEMENT | FMG7541 | New |
| OFF PREMISES DATA SERVICES TIME ELEMENT ENDORSEMENT | FMG7542 | New |
| ACCIDENTAL INTERRUPTION OF SERVICES ENDORSEMENT | FMG7437 | FMIC-2011-1 |
| LOSS PAYMENT INCREASED TAX LIABILITY ENDORSEMENT | FMG3303 | FMIC-2011-1 |
| SERVICE INTERRUPTION PROPERTY DAMAGE ENDORSEMENT | FMG3102 | FMIC-2011-1 |
| INSURED OPTION ENDORSEMENT | FMG7441 | FMIC-2011-1 |
| INGRESS/EGRESS ENDORSEMENT | FMG3230 | FMIC-2011-1 |
| LOGISTICS EXTRA COST ENDORSEMENT | FMG7317 | FMIC-2011-1 |
| SERVICE INTERRUPTION TIME ELEMENT ENDORSEMENT | FMG3203 | FMIC-2011-1 |
| ACTUAL LOSS SUSTAINED ENDORSEMENT | FMG3233 | FMIC-2011-1 |
| COMMUNICABLE DISEASE RESPONSE ENDORSEMENT | FMG7446 | FMIC-2011-13 |
| COINSURANCE DEFICIENCY AND CURRENCY DEVALUATION ENDORSEMENT | FMG3124 | FMIC-2004-9 |
| FINE ARTS AND VALUABLE PAPERS AND RECORDS ENDORSEMENT | FMG7440 | FMIC-2011-1 |
| INSTALLMENT OR DEFERRED PAYMENTS ENDORSEMENT | FMG3128 | FMIC-2001-2 |
| MACHINERY OR EQUIPMENT STARTUP OPTION ENDORSEMENT | FMG7442 | FMIC-2011-1 |
| TERRORISM ENDORSEMENT | FMG7168 | FMIC-2011-1 |
| GROSS EARNINGS ENDORSEMENT | FMG3201 | FMIC-2011-1 |
| GROSS PROFIT ENDORSEMENT | FMG3209 | FMIC-2011-1 |
| EXTRA EXPENSE ENDORSEMENT | FMG3208 | FMIC-2011-1 |
| RENTAL INSURANCE ENDORSEMENT | FMG3205 | FMIC-2011-1 |
| LEASEHOLD INTEREST ENDORSEMENT | FMG3212 | FMIC-2011-1 |
| COMPUTER SYSTEMS NON PHYSICAL DAMAGE ENDORSEMENT | FMG7243 | FMIC-2011-1 |
| CIVIL OR MILITARY AUTHORITY ENDORSEMENT | FMG7236 | FMIC-2011-1 |
| CONTINGENT TIME ELEMENT EXTENDED ENDORSEMENT | FMG7238 | FMIC-2008-3 |
| ATTRACTION PROPERTY ENDORSEMENT | FMG7438 | FMIC-2011-1 |
| CRISIS MANAGEMENT ENDORSEMENT | FMG7439 | FMIC-2011-1 |
| DELAY IN START UP ENDORSEMENT | FMG 7237 | FMIC-2004-9 |
| INTERRUPTION BY COMMUNICABLE DISEASE ENDORSEMENT | FMG7450 | FMIC-2011-13 |
| RESEARCH AND DEVELOPMENT ENDORSEMENT | FMG3232 | FMIC-2001-2 |
| SOFT COSTS ENDORSEMENT | FMG7239 | FMIC-2004-9 |
| STATE AMENDATORY ENDORSEMENTS | varies state to state | varies state to state |

**COMMUNICABLE DISEASE ~~CLEANUP, REMOVAL AND DISPOSAL~~RESPONSE ENDORSEMENT**

When ~~COMMUNICABLE DISEASE CLEANUP, REMOVAL AND DISPOSAL~~Communicable Disease Response coverage is included in this Policy:

Add ~~COMMUNICABLE DISEASE CLEANUP, REMOVAL AND DISPOSAL~~Communicable Disease Response to Table of ~~—~~ Contents

Add ~~COMMUNICABLE DISEASE CLEANUP, REMOVAL AND DISPOSAL coverage to PROPERTY DAMAGE~~Communicable Disease Response Coverage under ADDITIONAL COVERAGES

**COMMUNICABLE DISEASE RESPONSE**

If access to a **location** owned, leased or rented by the Insured is limited, restricted or prohibited by:

1)  an order of an authorized governmental agency ~~prohibits access to an insured~~ **healthcare facility** ~~as a result of the enforcement of any law or ordinance regulating the actual not suspected presence of~~ **communicable disease**~~.~~; or

2)  a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**.

this Policy covers the reasonable and necessary costs incurred by the Insured at such locations for the~~:~~

1)  cleanup, removal and disposal of the actual not suspected presence of **communicable diseases** ~~from insured property at the insured~~ **healthcare facility** ~~and to restore such insured property at the insured~~ **healthcare facility**, ~~to satisfy the minimum requirements of the enforcement of any law or ordinance regulating communicable disease provided:~~; and

~~1)~~  ~~that there is an~~ 2)    actual ~~spread~~costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from the actual not suspected presence of **communicable diseases** beyond that area where such disease is normally present ~~at the~~ on insured **healthcare facility**. and~~property~~.

~~2)~~  ~~such order is the direct result of the enforcement of any law or ordinance regulating the actual not suspected spread of communicable disease at the insured~~ **healthcare facility**.

This Additional Coverage will apply when access to such **location** is limited, restricted or prohibited in excess of 48 hours.

Form FMG7446                    Page 1 of 2                    April 2016
Factory Mutual Insurance Company

**Formatted:** Header

**Style Definition:** Normal: Font: (Default) Times New Roman, Space After:  0 pt, Line spacing:  single, Tab stops:  0.4", Left + 0.8", Left + 1.06", Left + 1.3", Left + 1.55", Left + 1.8", Left + 2.05", Left

**Style Definition:** Footer: Font: (Default) Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Indent: Left: 0", Don't keep with next, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers, Tab stops: Not at 0.4" + 0.8" + 1.06" + 1.3" + 1.55" + 1.8" + 2.05"

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman, Bold

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Indent: Left: 0.8", Hanging: 0.26", Adjust space between Latin and Asian text, Adjust space between Asian text and numbers, Tab stops: Not at 0.4" + 0.8" + 1.06" + 1.3" + 1.55" + 1.8" + 2.05"

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman, Bold

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman, Bold

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

Formatted: Header

Formatted: Font: Times New Roman

Formatted: Tab stops: Not at 0.4" + 0.8" + 1.06" +
1.3" + 1.55" + 1.8" + 2.05"

Formatted: Font: Times New Roman

Formatted: Font: Times New Roman, Bold

Formatted: Font: Times New Roman

Formatted: Font: Times New Roman

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the spreadactual not suspected presence of **communicable disease**.

For the purpose of this Additional Coverage, the presence of and spread of communicable disease will be considered direct physical damage and the expenses listed above will be considered expenses to repair such damage.

DEFINITION: The following term when appearing in boldface in this Endorsement means:

**healthcare facility:**

facility where medicine is practiced.

Form FMG7446                    Page 1 of 1                    Edition August  2011
Factory Mutual Insurance CompanyCOMMUNICABLE DISEASE RESPONSE Exclusions: As respects COMMUNICABLE DISEASE RESPONSE, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1)   terrorism.

Formatted: Font: Times New Roman, 11 pt

FM Global _____   ~~Account No.~~
          _____   ~~Policy No.~~

          _____

FM Global _____   Account No.
          _____   Policy No.


**12.   ASSIGNMENT**

Assignment of this Policy will not be valid except with the written consent of the Company.

**13.   DEFINITIONS**

The following terms when appearing in **boldface** in this Policy mean:

**actual cash value:**
the amount it would cost to repair or replace insured property, on the date of loss, with material of like kind and quality, with proper deduction for obsolescence and physical depreciation.

**aggregate during any policy year:**
the Company's maximum amount payable during any policy year.

**communicable disease:**

    disease which is:

A.    transmissible from human to human by direct or indirect contact with an affected individual
      or the individual's discharges, or

B.    Legionellosis.

**contaminant:**
anything that causes **contamination**.

**contamination:**
any condition of property due to the actual or suspected presence of any foreign substance,
impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria,
virus, disease causing or illness causing agent, fungus, mold or mildew.

~~**contaminant:**~~
~~anything that causes **contamination**.~~

**contingent time element location:**

A.    any **location**:

      1)   of a direct customer, supplier, contract manufacturer or contract service provider to the
           Insured;