UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| TAPESTRY, INC. | * |
| Plaintiff, | * |
| v. | * Case No.: 1:21-cv-01941-GLR |
| FACTORY MUTUAL INSURANCE COMPANY, | * |
| | * |
| Defendant. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT, FACTORY MUTUAL INSURANCE COMPANY'S
<u>MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

COMES NOW, the Defendant, the Factory Mutual Insurance Company ("FMIC"), by and through Craig D. Roswell, Esq., Bryant S. Green, Esq, and NILES, BARTON & WILMER, LLP, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby files this Motion to Dismiss Plaintiff's First Amended Complaint, and in support thereof states as follows:

1. On June 24, 2021, Plaintiff, Tapestry, Inc. ("Tapestry") filed a two-count complaint against FMIC (the "Complaint").

2. On September 23, 2021, FMIC filed a motion to dismiss the complaint. ECF 14.

3. On October 14, 2021, Tapestry filed a First Amended Complaint. ECF 15.

4. The First Amended Complaint fails to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

3. A memorandum in support of FMIC's Motion to Dismiss the First Amended Complaint is attached hereto.

**WHEREFORE,** for the reasons set forth in the Defendant's attached Memorandum in Support of its Motion to Dismiss the First Amended Complaint, FMIC respectfully requests that this Court GRANT its Motion to Dismiss and DISMISS the Complaint with prejudice.

        Respectfully Submitted,

        /s/ Bryant S. Green, Esq. (#19752)
        Craig D. Roswell, Esq. (# 09529)
        Bryant S. Green, Esq. (# 19752)
        NILES, BARTON & WILMER, LLP
        111 S. Calvert Street, Suite 1400
        Baltimore, Maryland 21202
        (410) 783-6300
        (410) 783-6363 facsimile
        cdroswell@nilesbarton.com
        bsgreen@nilesbarton.com
        *Counsel for Defendant,*
        *Factory Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I CERTIFY that on this second day of December, 2021, a copy of this Motion to Dismiss the First Amended Complaint was served sent to chambers consistent with local rule 105(a), and served via CM/ECF on all counsel of record including:

Deborah B. Baum, Esq.
Laura A. Freid-Studlo, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, D.C. 20036
Deborah.baum@pillsburylaw.com
Laura.freidstudlo@pillsburylaw.com
*Counsel for Plaintiff,*
*Tapestry, Inc.*

        /s/ Bryant S. Green
        Bryant S. Green