IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAPESTRY, INC., | * |
| Plaintiff, | * |
| v. | *   Civil Action No. GLR-21-1941 |
| FACTORY MUTUAL INSURANCE COMPANY, | * |
| | * |
| Defendant. | |
| | * |

\*\*\*

# ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 25th day of April, 2022, hereby:

ORDERED that Plaintiff Tapestry, Inc.'s ("Tapestry") Motion to Certify a Question of Law to the Maryland Court of Appeals (ECF No. 29) is GRANTED;

IT IS FURTHER ORDERED that an Order Certifying a Question of Law to the Maryland Court of Appeals consistent with Maryland Rule 8-305(b) will FOLLOW;

IT IS FURTHER ORDERED that Defendant Factory Mutual Insurance Company ("Factory") Motion to Dismiss (ECF No. 14) is DENIED without prejudice as moot;

IT IS FURTHER ORDERED that Factory's Motion for Leave to Exceed the Page Limit Per LR 105.3 (ECF No. 37) is GRANTED;

IT IS FURTHER ORDERED that Factory's Motion for Leave to (1) File Supplemental Brief in Opposition to FM's Motion to Dismiss and (2) File the Supplemental Brief and the Exhibit Thereto Under Seal (ECF No. 41) is GRANTED; and

2

IT IS FURTHER ORDERED that Factory's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 19) is DENIED without prejudice pending the outcome of the Court of Appeals' decision.

/s/
George L. Russell, III
United States District Judge